JS 44 (Rev 09/10)

FILED - USDC -NH
2025 MAR 5 PM 3:07

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**

First Listed Plaintiff:
Mr. Dana Albrecht ;
**County of Residence:** Hillsboro County

**Defendant(s):**

First Listed Defendant:
John Pendleton ;
**County of Residence:** Rockingham County

Additional Defendants(s):
Scott Murray ;
Ellen Christo ;
Gordon MacDonald ;
James P. Bassett ;
Anna Barbara Hanz Marconi ;
Patrick E. Donovan ;
Melissa Countway ;
Erin Creegan ;
Tracy Meyer ;
24 Members of the New Hampshire Judicial Council ;
Charles M. Arlinghaus ;
New Hampshire Public Defender ;
John Formella ;
John Ventura ;
Daniel Lawrence ;
Kassandra Storms (a/k/a Kaminski) ;
Town of Seabrook ;
Thomas W. Fowler ;
Anthony King ;
Patrick Szymkowski ;
Town of Salisbury ;

**County Where Claim For Relief Arose:** Rockingham County

**Plaintiff's Attorney(s):**

Pro Se (Dana Albrecht)

131 Daniel Webster Hwy #235
Nashua, New Hampshire 03060
**Phone:** (603) 809-1097
**Fax:**
**Email:** dana.albrecht@hushmail.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** N/A
    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 440 All Other Civil Rights

**Cause of Action:** 42 U.S.C. § 1983 - Civil Rights

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):**

    **Jury Demand:** Yes

    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/ Dana Albrecht

**Date:** 3/5/2025

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.