**Mr. Dana Albrecht**
131 Daniel Webster Hwy #235
Nashua, NH 03060

dana.albrecht@hushmail.com
+1 (603) 809-1097

March 11, 2025

Mr. Daniel J. Lynch, Clerk of Court
U.S. District Court, District of New Hampshire
55 Pleasant Street, Room 110
Concord, NH 03301

Re:   *Albrecht v. Pendleton, et al.*
       1:25-cv-00093-SM-AJ

Dear Mr. Lynch,

Please find attached a copy of my request to waive service of a summons for each defendant:

1. John Pendleton - (USPS Tracking 420033019581706711765066632390)
2. Scott Murray - (USPS Tracking 420033019510806711765066632412)
3. Ellen Christo - (USPS Tracking 420033019510806711765066632436)
4. Gordon MacDonald - (USPS Tracking 420033019510806711765066632450)
5. James P. Bassett - (USPS Tracking 420033019510806711765066632474)
6. Anna Barbara Hanz Marconi - (USPS Tracking 420033019510806711765066632498)
7. Patrick E. Donovan - (USPS Tracking 420033019510806711765066632511)
8. Melissa Countway - (USPS Tracking 420033019510806711765066632535)
9. Erin Creegan - (USPS Tracking 420033019510806711765066632559)
10. Tracy Meyer - (USPS Tracking 420038429510806711765066632573)
11. 24 Members of the NH Judicial Council - (USPS Tracking 420033019510806711765066632597)
12. Charles M. Arlinghaus - (USPS Tracking 420033019510806711765066632610)
13. New Hampshire Public Defender - (USPS Tracking 420031019510806711765066632634)
14. John Formella - (USPS Tracking 420033019510806711765066632658)
15. John Ventura - (USPS Tracking 420038749510806711765066632672)
16. Daniel Lawrence - (USPS Tracking 420038749510806711765066632696)
17. Kassandra Storms (a/k/a Kaminski) - (USPS Tracking 420038749510806711765066632719)
18. Town of Seabrook - (USPS Tracking 420038749581706711765069633424)
19. Thomas W. Fowler - (USPS Tracking 420019529510806711765066632757)
20. Anthony King - (USPS Tracking 420038859510806711765066632771)
21. Patrick Szymkowski - (USPS Tracking 420019139510806711765066632795)
22. Town of Salisbury - (USPS Tracking 420019529510806711765066632818)

Thank you for your time and attention.


Sincerely,

*[signature]*

Dana Albrecht
Encl.