**Mr. Dana Albrecht**
131 Daniel Webster Hwy #235
Nashua, NH 03060

dana.albrecht@hushmail.com
+1 (603) 809-1097

March 13, 2025

Mr. Daniel J. Lynch, Clerk of Court
U.S. District Court, District of New Hampshire
55 Pleasant Street, Room 110
Concord, NH 03301

Re: *Albrecht v. Pendleton, et al.*
1:25-cv-00093-SM-AJ

Dear Mr. Lynch,

I write to request the issuance of a summons **only** for Defendant Patrick Szymkowski.

Waiver of service requests were sent to all named defendants. Ms. Nicole Reilly, former counsel for Mr. Szymkowski, has advised me that she will not be representing him in this matter and has requested that I serve him directly.[1]

At this time, I am not requesting summonses for any other defendants, as the waiver process for them remains pending.

Accordingly, I respectfully request that the Court issue a summons for Defendant Szymkowski.[2]

Thank you for your time and assistance.

Sincerely,

Dana Albrecht
Encl.

---

1 *See* Attachment 1
2 *See* Attachment 2.