**Subject:** Lawsuit-Patrick Szymkowski
**From:** "Nicole Reilly Esq." <reillylaw1@verizon.net>
**Date:** 3/13/25, 13:53
**To:** "dana.albrecht@hushmail.com" <dana.albrecht@hushmail.com>

Hello Mr. Albrecht, I received your Notice of Lawsuit today. I wanted to let you know that I will not be representing Patrick Szymkowski in this matter. Please serve him directly as I am not aware if he has other counsel. Thank you very much, Nicole Reilly

Nicole Reilly, Esq.
458 Boston St. (Route 1)
2nd Floor - Suite 5
Topsfield, MA 01983
(978) 298-4166-ph
Licensed in MA & NH