AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00093-SM-AJ

## PROOF OF SERVICE



**Essex County Sheriff's Department, PO BOX 2019, Salem, MA 01970**

March 25, 2025

I hereby certify and return that on 3/21/2025 at 11:45 AM I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Scarlett Smith, Dispatch, person in charge at the time of service for Patrick Szymkowski, Salisbury Police Department 181 Beach Road Salisbury, MA 01952. Out of State ($100.00) Total: $100.00

Deputy Sheriff Bob Kiggins

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

Print    Save As...    Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

Dana Albrecht )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:25-cv-00093-SM-AJ
John Pendleton, et al. )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Patrick Szymkowski**
**181 Beach Rd**
**Salisbury, MA 01952**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Dana Albrecht**
**131 Daniel Webster Hwy #235**
**Nashua, NH 03060**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: March 14, 2025

**with ECF Notice attached.**

*CLERK OF COURT*

Clerk

By: /s/ Lianne Wagner, Deputy Clerk

**Mar 14, 2025**

# U.S. DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

## IMPORTANT NOTICE

## ATTORNEYS REQUIRED TO FILE ELECTRONICALLY

Unless specifically exempted, all documents submitted by members of the bar of this district, as well by attorneys admitted pro hac vice, shall be filed in accordance with the district's Administrative Procedures for Electronic Case Filing ("ECF"). For attorneys, that means that while some limited documents will still be filed in paper format, the vast majority of all future pleadings must be submitted electronically using the court's Electronic Case Filing (ECF) system (including cases involving pro se parties). Pro se litigants, however, are not required to file electronically and may continue to file documents in paper format.

The District of New Hampshire is a NextGen CM/ECF court, which means attorneys use their individual PACER accounts to file documents in this district Section 6.1 of the Administrative Procedures for ECF requires that attorneys appearing in an ECF case must request access to the court's ECF system through PACER. However, attorneys who filed in this district prior to November 12, 2019 must instead link their individual PACER account with their legacy ECF account.

For more information on NextGen CM/ECF visit the court's website.

**NOTICE TO PLAINTIFF: You are instructed to serve a copy of this notice on all parties in this case along with the complaint.**

DANIEL J. LYNCH
Clerk

USDCNH-91 (Rev. 12-19)