**Mr. Dana Albrecht**
131 Daniel Webster Hwy #235
Nashua, NH 03060

dana.albrecht@hushmail.com
+1 (603) 809-1097

April 3, 2025

Mr. Daniel J. Lynch, Clerk of Court
U.S. District Court, District of New Hampshire
55 Pleasant Street, Room 110
Concord, NH 03301

Re:   *Albrecht v. Pendleton, et al.*
      1:25-cv-00093-SM-AJ

Dear Mr. Lynch,

Enclosed for filing, please find copies of a fully executed *Waiver of the Service of Summons* returned by counsel Eric A. Maher on April 3, 2025 on behalf of the following defendants:

- John Ventura
- Kassandra Storms (a/k/a Kaminski)
- Daniel Lawrence

Thank you for your time and assistance.

Sincerely,

Dana Albrecht
Encl.