UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DANA ALBRECHT,<br>    Plaintiff<br><br>v.<br><br>JUDGE JOHN PENDLETON, solely in his official capacity as a Judge of the New Hampshire Circuit Court;<br><br>REFEREE SCOTT MURRAY, solely in his official capacity as a referee pursuant to N.H. Rev. Stat.§ 490-F:15 for the State of New Hampshire;<br><br>JUDGE ELLEN CHRISTO, solely in her official capacity as the Administrative Judge of the New Hampshire Circuit Court, and her successor(s) in office;<br><br>CHIEF JUSTICE GORDON MACDONALD, JUSTICE JAMES P. BASSETT, JUSTICE ANNA BARBARA HANZ MARCONI, JUSTICE PATRICK E. DONOVAN, JUSTICE MELISSA COUNTWAY, solely in their official capacities as justices of the New Hampshire Supreme Court, and their successor(s) in office;<br><br>ERIN CREEGAN, solely in her official capacity as General Counsel of the New Hampshire Judicial Branch, and her successor(s) in office,<br><br>TRACY MEYER, solely in her official capacity as the Clerk of the 10th Circuit District Court, Hampton, New Hampshire, and her successor(s) in office;<br><br>**(continued on next page)** | Civil Action No. 1:25-CV-00093 |

THE 24 MEMBERS OF THE
NEW HAMPSHIRE JUDICIAL
COUNCIL,
solely in their official capacities as members of the council, and their successor(s) in office;

CHARLES M. ARLINGHAUS, solely in his official capacity as Commissioner at the New Hampshire Department of Administrative Services, and his successors(s) in office;

THE NEW HAMPSHIRE PUBLIC DEFENDER; a 501(c)(3) corporation;

JOHN FORMELLA, solely in his official capacity as Attorney General of the State of New Hampshire, and his successor(s) in office;

JOHN VENTURA, solely in his official capacity as Police Prosecutor for the Town of Seabrook, New Hampshire, and his successor(s) in office;

DANIEL LAWRENCE, solely in his official
capacity as Sergeant for the Seabrook Police Department, and his successor(s) in office;

KASSANDRA STORMS a/k/a KASSANDRA KAMINSKI, solely in her official capacity as a patrol officer for the Seabrook Police Department, and her successor(s) in office;

THE TOWN OF SEABROOK, a municipal corporation in New Hampshire;

**(continued on next page)**

THOMAS W. FOWLER, solely in his official capacity as Chief of Police for the Town of Salisbury, Massachusetts, and his successor(s) in office;

ANTHONY KING, solely in his official capacity as former Lieutenant of the Police Department for the Town of Salisbury, Massachusetts, and his successor(s) in office;

PATRICK SZYMKOWSKI, solely in his official capacity as a patrol officer of the Police Department for the Town of Salisbury, Massachusetts, and his successor(s) in office;

THE TOWN OF SALISBURY, a municipal corporation in Massachusetts,

   Defendants

## AFFIDAVIT OF ATTORNEY JOSEPH A. PADOLSKY FOR *PRO HAC VICE* ADMISSION IN THE ABOVE-CAPTIONED CASE

I, Joseph A. Padolsky, Esq., being sworn, do depose and say:

1. My name is Joseph A. Padolsky. I am a resident of the Commonwealth of Massachusetts.

2. I am partner and attorney of the law firm Louison, Costello, Condon & Pfaff, LLP which maintains a principal place of business at Ten Post Office Square, Suite 1330, Boston, MA 02109. My firm's telephone number is 617.439.0305. My firm's fax number is 617.439.0325. My email address is jpadolsky@lccplaw.com.

3. I am admitted to the bar of the Commonwealth of Massachusetts, the bar of the State of Maine, the United States District Court for the District of Massachusetts, the Federal Court of Appeals for the First Circuit, and United States Supreme Court.

4. I am a member in good standing in the above jurisdictions and eligible to practice in their courts.

5. I am not currently suspended or disbarred in any jurisdiction.

6. I have reviewed fully and am familiar with the Local Rules of the United States District Court for the District of New Hampshire.

7. I have never been convicted of any crime.

8. I have never been denied admission to or discipline by any Court.

Signed under the pains and penalties of perjury.

          */s/ Joseph A. Padolsky*
Joseph A. Padolsky (BBO# 679725)
jpadolsky@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
Ten Post Office Square,
Boston, MA 02109
(617) 439-0305

Dated: April 16, 2025