

UNITED STATES DISTRICT COURT FOR THE DISTIRCT OF NEW HAMPSHIRE

Dana Albrecht,

Plaintiff(s)/United States

v.                                                        Case No. 1:25-cv-00093-SM-AJ

Hon. John Pendleton, et al.,

Defendant(s)

## PRO SE MOTION TO PARTICIPATE IN ELECTRONIC FILING

NOW COMES the Movant, _____Destinie L. Berard_____, appearing pro se (hereafter "Pro Se Litigant"), and respectfully requests that the court permit said Pro Se Litigant to participate in electronic filing. In support of this motion, Pro Se Litigant states the following:

1. Pro Se Litigant is presently named a party in the above case.
2. Pro Se Litigant is not presently incarcerated.
3. Pro Se Litigant represents that he/she has the following system requirements to participate in electronic filing:
    A. Personal computer (Pentium 233 mhz or higher/Mac equivalent) (64MB Ram) running a standard platform (e.g., Windows XP or Vista 7 or 8);
    B. Portable Document Format (PDF) compatible word processing software for creating pleadings (e.g., Corel Wordperfect, Microsoft Word);
    C. PDF creation software used to convert documents to PDF and PDF reading software used to read documents converted to PDF;
    D. Internet service using point-to-point protocol (PPP) for accessing the Internet and for sending and receiving e-mails (Broadband service is highly recommended (minimum access speed of 56K));
    E. Internet browser that is compatible with PACER and CM/ECF, such as Firefox and/or Internet Explorer 7 or 8;
    F. An upgraded Individual PACER account. A PACER account suspended for a violation of PACER's Policies and Procedures, including an overdue account balance, is not valid account for CM/ECF filing purposes. Any suspension must be resolved by the account holder with PACER <u>before</u> requesting leave to file electronically;
    G. A document scanner and/or access to a document scanner;
4. As a condition of participating in electronic filing, Pro Se Litigant understand and agrees to the following:
    A. That I am required to maintain and keep the aforementioned systems in working order;
    B. That I am required to review the USDCNH Supplemental Rules for Electronic Case Filing and will be expected to comply with all rules and procedures governing ECF;

C. That I will review the interactive "New Hampshire Computer Based Training Modules" (best viewable using Internet Explorer) on the court's website at www.nhd.uscourts.gov/training;
D. That I may only file electronic documents in the above captioned case;
E. That I will keep the email addresses associated with my PACER account current and able to receive electronic notices from the court;
F. The clerk's office will terminate my ability to participate in electronic filing should an attorney subsequently file an appearance on my behalf in the above captioned case;
G. I understand that hard copies will no longer be issued by the court or opposing counsel;
H. That the court may terminate my ability to participate in electronic filing at any time for failure to comply with any of the above conditions or other conditions stated herein.

Date: April 16, 2025

Signature: /s/ Destinie Berard

Printed Name: Destinie L. Berard
Address: 46 Pond St.
Georgetown, MA 01833

Email: dlb12179@gmail.com
Telephone: (978) 518-0765

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

FOR DOMESTIC AN[D]
PLACE MAIL[ING LABEL HERE]

- Guaranteed delivery
- Guaranteed delivery t[ime]
- USPS Tracking® serv[ice] and many internation[al]
- Pick up available.
- Domestic shipments (restrictions apply).‡
- Signature included u[p to]

* Money Back Guarantee to U.S[.] select International destination[s]. See DMM and IMM at pe.usps[.com]

† Money Back Guarantee for U.S[.]

‡ Insurance does not cover cert[ain items.] Domestic Mail Manual at http:[//pe.usps.com]

WHEN USED INTERNATIONALLY, A CUST[OMS FORM IS REQUIRED]

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

This package is made from post-consumer waste. Please recycle - again.

---

US POSTAGE IMI   908150416212538   2000391472
$31.40
SSK
PME
E

04/16/25   Mailed from 02205   028W2310876

## PRIORITY MAIL EXPRESS®

DESTINIE L BERARD
46 POND ST
GEORGETOWN MA  01833-1639
(978) 518-0765

3.10 oz
RDC 07

SIGNATURE REQUIRED
SCHEDULED DELIVERY DAY: 04/18/25 06:00 PM


USPS FORT POINT STATION
APR 16 2025
BOSTON MA 02205

C011

SHIP TO:
(603) 225-1423
TRACY A UHRIN
US DISTRICT COURT (D.N.H.)
RM 110
55 PLEASANT ST
CONCORD NH  03301-3941

### USPS SIGNATURE® TRACKING NBR



9581 7066 9646 5106 3159 32



  
UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; July 2022; All rights reserved.