UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Dana Albrecht,** )  )  **Plaintiff** )  v. )  )  **Hon. John Pendleton, et al.,** )  )  **Defendants.** ) | Civil No. 1:25-cv-00093-SM-AJ |

**PARTIALLY ASSENTED-TO MOTION FOR EXTENSION OF TIME**

NOW COMES Plaintiff Dana Albrecht, *pro se*, and respectfully requests that this Court grant a 14-day extension of time up to and including May 6, 2025 for Plaintiff to file a response to the Magistrate Judge's *Report and Recommendation* (ECF No. 12). In support thereof, it is further stated:

1. Plaintiff observes Holy Week and Easter (Pascha) due to his sincerely held religious beliefs and seeks to limit work obligations during that time.

2. On April 17, 2025, Plaintiff emailed all counsel of record to request their assent to a 14-day extension of time to respond to the Magistrate Judge's Report and Recommendation (ECF No. 12). A copy of that email is attached hereto as *Exhibit 1*.

3. Counsel Joseph Padolsky responded promptly and indicated assent on behalf of the clients he represents.

4. As of the time of this filing, Plaintiff has not received a response from any other counsel indicating a position on the request.

5. For the reasons set forth above and in Plaintiff's April 17, 2025 email, Plaintiff respectfully requests a 14-day extension, through May 6, 2025, to respond to the Magistrate Judge's *Report and Recommendation* (ECF No. 12).

WHEREFORE, Plaintiff respectfully requests that this Court:

A) Grant a 14-day extension of time up to and including May 6, 2025 for Plaintiff to file a response to the Magistrate Judge's *Report and Recommendation* (ECF No. 12); and,

B) Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

_____
DANA ALBRECHT
*Pro Se*
131 Daniel Webster Hwy #235
Nashua, NH 03060
dana.albrecht@hushmail.com

April 21, 2025

## CERTIFICATE OF SERVICE

I, Dana Albrecht, certify that a copy of this Motion has been served on all parties of record via the CM/ECF system.

_____
DANA ALBRECHT

April 21, 2025.