**Subject:** Request for Assent – Albrecht v. Pendleton, et al., No. 1:25-cv-00093
**From:** Dana Albrecht <dana.albrecht@hushmail.com>
**Date:** 4/17/25, 10:56
**To:** "Samuel R.V. Garland" <samuel.rv.garland@doj.nh.gov>, Christopher Bond <christopher.g.bond@doj.nh.gov>, "Linda M. Smith" <lsmith@morrisonmahoney.com>, "Eric A. Maher" <emaher@dtclawyers.com>, "Liam D. Scully" <scully@scullylagos.com>, "Douglas I. Louison" <dlouison@lccplaw.com>, "Joseph A. Padolsky" <jpadolsky@lccplaw.com>
**CC:** DOJ-CivilBureauCourts@doj.nh.gov, "Kylie A. Myrdek" <Kylie.a.myrdek@doj.nh.gov>, Jill Tekin <jill.tekin@doj.nh.gov>, Lisa Dale <ldale@morrisonmahoney.com>, Lisa Hayes <lhayes@dtclawyers.com>, "B. Cloney" <bcloney@lccplaw.com>, "T. Gustus" <tgustus@lccplaw.com>, Linda Cristini <lcristini@lccplaw.com>, Dana Albrecht <dana.albrecht@hushmail.com>

```
Good morning Counsel,

In light of Holy Week and the upcoming Easter holiday, I'm aiming to briefly step back from work
obligations.

I plan to file a motion requesting a 14-day extension of time to respond to the Magistrate
Judge's Report and Recommendation (ECF No. 12), which would move the current deadline from April
22, 2025, to Tuesday, May 6, 2025.

For the motion to be filed as fully assented-to, I will need a response from counsel representing
each of the defendants. Naturally, any attorney within a firm may respond on behalf of that
firm's client.

Please let me know whether you assent to the requested relief.

Thank you for your time and consideration.

Sincerely,
Dana Albrecht
```