**Avicore Reporting - 15 Constitution Drive, Suite 1A - Bedford, NH  03110**

STATE OF NEW HAMPSHIRE


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
                                  \*
NEW HAMPSHIRE PORT AUTHORITY  \*
                                  \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


<u>INTERVIEW OF CHIEF JUSTICE MACDONALD - 8/2/24</u>
<u>TRANSCRIBED FROM AUDIO</u>


Prepared for:        Autumn Sayball, Paralegal
                     N.H. Department of Justice
                     1 Granite Place South
                     Concord, NH 03301

2

1          INTERVIEWER:  All right, my name is

2    Investigator Tom Desfosses, today's date is August

3    2nd, 2024.  It's approximately 10:05 by my watch and

4    we are at the Attorney General's Office in Concord,

5    New Hampshire.  And this is being audio recorded and

6    if we can just go around the room and have everyone

7    introduce themselves and whether or not they consent

8    to audio recording.

9          INTERVIEWER:  Senior Assistant Attorney

10   General Dan Jimenez and I'm okay being recorded.

11         INTERVIEWER:  Assistant Attorney General Joe

12   Fincham, I'm okay with being recorded.

13         CHIEF JUSTICE MACDONALD:  Gordon MacDonald,

14   I consent to be recorded.

15         ATTORNEY CREEGAN:  Erin Creegan, General

16   Counsel for the Judicial Branch, appearing on behalf

17   of the Chief Justice, and I consent to being

18   recorded.

19         ATTORNET O'CONNELL:  Scott O'Connell,

20   appearing on behalf of the Chief Justice, and I also

21   consent.

22         INTERVIEWER:  And I know I said this off

23   recording, but I just want to let everyone know in

3

1    the room that if Attorney O'Connell, Attorney

2    Creegan, if you guys want to take a time out, or you

3    want to talk about a question, Chief Justice, if you

4    have -- want to take a time out, ask about a

5    question, then we'll step out of the room, provide

6    you any time you need, okay, understand?

7              ATTORNEY O'CONNELL:  Thank you.

8              INTERVIEWER:  All right.

9              CHIEF JUSTICE MACDONALD:  Thank you.

10             INTERVIEWER:  So Chief Justice, can you just

11   state your name, and spell your last name just for

12   the record, sorry?

13             CHIEF JUSTICE MACDONALD:  Of course, it's

14   Gordon, G-O-R-D-O-N, MacDonald, M-A-C-D-O-N-A-L-D.

15             INTERVIEWER:  Thank you, and what do you

16   currently do for work?

17             CHIEF JUSTICE MACDONALD:  I'm the Chief

18   Justice of the New Hampshire Supreme Court.

19             INTERVIEWER:  How long have you been doing

20   that?

21             CHIEF JUSTICE MACDONALD:  I've been doing

22   that since March of 2021.

23             INTERVIEWER:  So were you Chief Justice the

4

1  entire time?

2          CHIEF JUSTICE MACDONALD:  I've been, I was

3  appointed into that position, yes.

4          INTERVIEWER:  Okay, and whose position did

5  you take over?

6          CHIEF JUSTICE MACDONALD:  It had been vacant

7  for 19 months or so.  My most immediate predecessor

8  was Robert Lynn.

9          INTERVIEWER:  Okay, who was -- was there

10  anyone taking over those duties while there was that

11  time in between?

12          CHIEF JUSTICE MACDONALD:  No, there was no

13  provision under statute for an Acting Chief Justice

14  or anything like that.  The, the four members of the

15  court --

16          INTERVIEWER:  Yeah.

17          CHIEF JUSTICE MACDONALD:  -- sort of

18  collaborated.

19          INTERVIEWER:  And what did you do before you

20  became Chief Justice?

21          CHIEF JUSTICE MACDONALD:  I was the Attorney

22  General of New Hampshire.

23          INTERVIEWER:  For how long?

1          CHIEF JUSTICE MACDONALD:  From 2017 until

2  the minute I took my current job.

3          INTERVIEWER:  Well, and could you just,

4  what's the difference between the Chief Justice and

5  an Associate Justice?

6          CHIEF JUSTICE MACDONALD:  The Chief Justice

7  really has two roles, one is to be a member, a member

8  of a five-member court, and in that position you're

9  really an equal with the others in terms of acting as

10  the final court in the State of New Hampshire.  We

11  have one Appellate Court, so we act together in

12  deciding appeals.  The other aspect of the job of

13  Chief Justice is under our Constitution the Chief

14  Justice serves as effectively the administrative head

15  of the Judicial Branch.

16          INTERVIEWER:  So you're Head Administrator

17  as long as, and as well as being --

18          CHIEF JUSTICE MACDONALD:  Um-hum.

19          INTERVIEWER:  -- one of five, is that right?

20          CHIEF JUSTICE MACDONALD:  Exactly, and --

21  and I just want to make clear in discharging my

22  administrative job I do consult and interact with my

23  colleagues on the Supreme Court regularly.

1          INTERVIEWER:  Yeah, so it's not, you know,

2    you're the Grand Poohbah dictating what goes on, it's

3    more of your collaborative process?

4          CHIEF JUSTICE MACDONALD:  We do work

5    together on --

6          INTERVIEWER:  Okay.

7          CHIEF JUSTICE MACDONALD:  -- administrative

8    tasks.

9          INTERVIEWER:  And, you know, I -- what are

10   you guys, are the Chief, are the Justices of the

11   Supreme Court, are they all on Hazen Drive, or do you

12   have offices here at 1 Granite Place?

13         CHIEF JUSTICE MACDONALD:  The, all of us are

14   located in one location --

15         INTERVIEWER:  Okay.

16         CHIEF JUSTICE MACDONALD:  -- on, it's 1

17   Charles Doe Drive which is off Hazen Drive, but we

18   all have chambers there and our chambers are in the

19   same hall.

20         INTERVIEWER:  Okay.

21         CHIEF JUSTICE MACDONALD:  So we work

22   together.

23         INTERVIEWER:  So I'm just gonna get right

1    into it, in -- in June of, in and around early June

2    of this year, do you recall being called by Governor

3    Sununu regarding a visitor that he had?

4            CHIEF JUSTICE MACDONALD:  Yes.

5            INTERVIEWER:  Can you just go through that

6    in a linear fashion about how that came about?

7            CHIEF JUSTICE MACDONALD:  Sure, there were

8    actually two calls.

9            INTERVIEWER:  Okay, okay.

10           CHIEF JUSTICE MACDONALD:  The Governor

11   called me and told me that Justice Hantz Marconi

12   wanted to come and see him and that he was going to

13   see her.

14           INTERVIEWER:  Okay.

15           CHIEF JUSTICE MACDONALD:  And then some

16   short, relatively short period of time later he

17   called me back about that meeting.

18           INTERVIEWER:  What was the conversation

19   between you and him when he said that the Associate

20   Justice is gonna come speak to him?

21           CHIEF JUSTICE MACDONALD:  My memory is it

22   was very brief.  My memory is that's news to me.  I,

23   I said that's news to me.

1          INTERVIEWER:  Yeah.

2          CHIEF JUSTICE MACDONALD:  I want to limit it

3    there 'cause that's my only clear memory.

4          INTERVIEWER:  Yeah, and whatever you

5    remember.  If you don't recall anything else, that's

6    perfectly fine.  Just we want what's the best of your

7    memory.  But it was a brief conversation, fair to

8    say?

9          CHIEF JUSTICE MACDONALD:  Very brief.

10          INTERVIEWER:  And you, you said, you

11    mentioned that you told the Governor that it was a

12    surprise to you?

13          CHIEF JUSTICE MACDONALD:  Um-hum.

14          INTERVIEWER:  Was it actually --

15          CHIEF JUSTICE MACDONALD:  Words to the

16    effect that's news to me.  I did not know she was

17    going to see the Governor.

18          INTERVIEWER:  Okay, so that's something no

19    one cleared with you or told you beforehand?

20          CHIEF JUSTICE MACDONALD:  Correct.

21          INTERVIEWER:  And then you said that there's

22    a, a follow-up phone call shortly thereafter from the

23    Governor.  Can you just tell us what that

9

1   conversation was?

2         CHIEF JUSTICE MACDONALD:  Well, let me say

3   at the outset, there were, there were sort of two

4   parts to it.

5         INTERVIEWER:  Yeah.

6         CHIEF JUSTICE MACDONALD:  The first part was

7   a read-out of what had occurred when Justice Hantz

8   Marconi was there, and then a second part which I

9   think was actually the majority of the conversation

10  was relating to a Governor and Council meeting that

11  was gonna come up at the Supreme Court and I mean --

12        ATTORNEY CREEGAN:  Doesn't relate to this

13  inquiry.

14        INTERVIEWER:  Yeah, it was a separate issue,

15  Governor and Council meeting, that was gonna happen

16  at the Supreme Court?

17        CHIEF JUSTICE MACDONALD:  Yeah, and it's,

18  it's relevant only because --

19        ATTORNEY CREEGAN:  Do you want to discuss it

20  first or --

21        CHIEF JUSTICE MACDONALD:  Sure.

22        ATTORNEY CREEGAN:  -- would you like to

23  discuss it with Scott and I, or do you think --

1          CHIEF JUSTICE MACDONALD:  It was like six

2    days later.

3          INTERVIEWER:  Okay.

4          CHIEF JUSTICE MACDONALD:  And so the timing

5    was a little bit less than ideal.

6          INTERVIEWER:  Okay.

7          CHIEF JUSTICE MACDONALD:  And, and he, he

8    told me the circumstances by which the G&C meeting

9    got scheduled and how, you know, it probably -- I'll

10   just leave it at that, and --

11         INTERVIEWER:  Yeah, just so I, just so I

12   make sure I have it correct there's gonna be a G&C

13   meeting, a Governor and Executive Council meeting

14   scheduled.  Sorry, I -- I do that sometimes and that

15   was gonna be six days later at the Supreme Court?

16         CHIEF JUSTICE MACDONALD:  Yes.

17         INTERVIEWER:  And there was discussions

18   about administrative stuff related to that?

19         CHIEF JUSTICE MACDONALD:  There the

20   Governor's Office had a few days prior to this

21   reached out to us and asked whether the Supreme Court

22   would be willing to host a breakfast for the Governor

23   and Council.  Governor and Council routinely has

1  breakfast meetings and then they have their regular

2  meetings.  And the Governor and Council breakfast

3  meetings rotate among State agencies.  And so,

4  although it was relatively at the last minute, we

5  agreed and, and we're prepared to hold the breakfast

6  meeting.

7          INTERVIEWER:  Yeah, so that's just kind of

8  administrative stuff afterwards?

9          CHIEF JUSTICE MACDONALD:  Yeah.

10         INTERVIEWER:  And that was the bulk of the

11 conversation?

12         CHIEF JUSTICE MACDONALD:  Those two --

13         INTERVIEWER:  Yeah, those two pieces?

14         CHIEF JUSTICE MACDONALD:  Yes.

15         INTERVIEWER:  And what was the, in relative

16 to the read-out of Justice Hantz Marconi's visit,

17 what was the read-out of that?

18         CHIEF JUSTICE MACDONALD:  So my memory

19 sitting here today is there were really three, three

20 points that I heard and, and retained.  The first was

21 she complained about the Attorney General.  She

22 complained, I remember, and this is the Governor

23 telling me what she said.

1          INTERVIEWER:  Yeah.

2          CHIEF JUSTICE MACDONALD:  And she said that

3   he, that the Attorney General was weak and that he

4   was being very political.  The second thing that in

5   my memory I've retained is that the Governor told me

6   that she said she knew everything that her husband

7   knew, everything that her husband knew.

8          INTERVIEWER:  Um-hum.

9          CHIEF JUSTICE MACDONALD:  And the third

10  thing was that she told the Governor that she is

11  recused in 40 percent of the cases and that there are

12  important cases, and that all of this is creating a

13  burden on her colleagues.

14         INTERVIEWER:  Does that include you?

15         CHIEF JUSTICE MACDONALD:  Yes.

16         INTERVIEWER:  Like, yeah, and anything else?

17         CHIEF JUSTICE MACDONALD:  It's, it's all I

18  really remember about the substance.

19         INTERVIEWER:  Yep, did you say anything back

20  in response to any of those statements by the

21  Governor?

22         CHIEF JUSTICE MACDONALD:  Yes, I responded

23  to the third point.

1          INTERVIEWER:  And which point was that?

2          CHIEF JUSTICE MACDONALD:  The point about

3   recusals and burden on her colleagues.

4          INTERVIEWER:  What was your response?

5          CHIEF JUSTICE MACDONALD:  I said, Governor,

6   I just want to be very clear, these words to the

7   effect, I can't quote you exactly.  Governor, I just

8   want to be very clear, we have policies and

9   procedures in place to deal with disqualifications.

10  We will get the work done.  We will serve the people

11  of New Hampshire, and it is no burden on us to do our

12  job.

13         INTERVIEWER:  Words to that effect, yeah.

14         CHIEF JUSTICE MACDONALD:  Words to that

15  effect.

16         INTERVIEWER:  And recusals happen on the

17  Supreme Court, is that fair to say?

18         CHIEF JUSTICE MACDONALD:  Yes.

19         INTERVIEWER:  You know, is it fair to say

20  that for a period of time you recused yourself from,

21  from the Attorney General's Office cases once you

22  came on the bench?

23         CHIEF JUSTICE MACDONALD:  That is correct.

1          INTERVIEWER:  You know, and that's because

2     you're the ultimate decision-makers over here, right?

3          CHIEF JUSTICE MACDONALD:  I, I felt it was,

4     it was appropriate under, under all the authorities

5     that govern judicial disqualification for me to

6     disqualify myself in cases that were in this office

7     at the time I served as Attorney General.

8          INTERVIEWER:  So in that conversation she,

9     she mentioned our investigation here.  Prior to your

10    conversation with the Governor, was there any

11    conversations with Justice Hantz Marconi about what

12    she knew, or didn't know about our investigation?

13         ATTORNEY CREEGAN:  Between herself and him?

14         INTERVIEWER:  Yep, between herself and you?

15         CHIEF JUSTICE MACDONALD:  Yes.

16         INTERVIEWER:  Can you just expound on that?

17         CHIEF JUSTICE MACDONALD:  My memory today is

18    I can recall three instances.  Oh, prior to the

19    Governor's --

20         INTERVIEWER:  Yeah, prior to the Governor's?

21         CHIEF JUSTICE MACDONALD:  -- okay, two.  The

22    first instance, I want to make sure, can you ask the

23    question again?

1          INTERVIEWER:  Yeah.

2          CHIEF JUSTICE MACDONALD:  I want to make

3     sure I'm responsive --

4          INTERVIEWER:  Yeah.

5          CHIEF JUSTICE MACDONALD:  -- because I got

6     tripped on that.

7          INTERVIEWER:  Yeah, no, no, it's okay.

8          ATTORNEY CREEGAN:  They obviously had a lot

9     of conversations about recusal.  Do you mean to ask

10    when she, when she had knowledge of something

11    specific?

12         INTERVIEWER:  Yeah, when did she have

13    knowledge of something specific as to the

14    investigation and whether she relayed that to you,

15    just her to you?

16         CHIEF JUSTICE MACDONALD:  Yeah.

17         ATTORNEY CREEGAN:  Essentially the, the

18    first time she would have indicated to you that she

19    had awareness that there was a criminal

20    investigation?

21         INTERVIEWER:  Yeah, the first time and then

22    any times thereafter.

23         CHIEF JUSTICE MACDONALD:  That she was aware

1    there was a criminal case?

2            INTERVIEWER:  Yes.

3            CHIEF JUSTICE MACDONALD:  Okay, at some

4    point during the month of May she told me there are

5    grand jury subpoenas being issued.

6            INTERVIEWER:  Anything else in regards to

7    that?

8            CHIEF JUSTICE MACDONALD:  Three to four

9    weeks ago she told me the same thing.

10           ATTORNEY O'CONNELL:  Just to be clear that

11   was after the discussion you had with the Governor

12   that you've already described?

13           CHIEF JUSTICE MACDONALD:  Correct, it was in

14   July.

15           INTERVIEWER:  Okay, thank you, Scott.  Did

16   you have a conversation with her about her meeting

17   with the Governor after the meeting?

18           CHIEF JUSTICE MACDONALD:  No.

19           INTERVIEWER:  Joe, any follow-ups?

20           INTERVIEWER:  I thought you said that there

21   were two instances when you spoke to her prior to the

22   Governor, one was in May she said there were grand

23   jury subpoenas being issued.  What was the other?

1           CHIEF JUSTICE MACDONALD:  I was confused on

2    the question.

3           INTERVIEWER:  Okay.

4           CHIEF JUSTICE MACDONALD:  And I'm sorry, I

5    -- the timeline, there were two instances where, at

6    least two that I remember, where she said that the

7    grand jury subpoenas had been issued.  One was in

8    May, and the second was in July which as Attorney

9    O'Connell's pointed out, is after the meeting with

10   the Governor.

11          INTERVIEWER:  Okay, so there's only one

12   prior to the Governor?

13          CHIEF JUSTICE MACDONALD:  That I remember

14   right now.

15          INTERVIEWER:  You said that that, those were

16   the times that she was aware of a criminal

17   investigation.  Did she ever tell you that she

18   suspected there was a criminal investigation?

19          CHIEF JUSTICE MACDONALD:  Not to my memory.

20          INTERVIEWER:  Okay.

21          ATTORNEY CREEGAN:  And if this conversation

22   jogs his memory in any way, we'll be sure to

23   supplement.

1          INTERVIEWER:  Yep, you can always, you can

2     always supplement if you feel as before Joe asks

3     another question, if you know, memory is jogged you

4     can always come back and let us know if you remember

5     something.  Obviously you can step out.  Here if you

6     remember something you can always get back to us,

7     okay?

8          CHIEF JUSTICE MACDONALD:  Thank you.

9          INTERVIEWER:  And, and I know walking into

10    this that, you know, you didn't know exactly the

11    questions but again, after our questions, you'll sort

12    of know the topics that we're interest in so --

13          INTERVIEWER:  Yeah.

14          INTERVIEWER:  -- feel free to supplement

15    later.  Normally in recusals there's not really a

16    public statement about why a particular justice is

17    recusing at times, is that correct?

18          CHIEF JUSTICE MACDONALD:  That's correct.

19          INTERVIEWER:  There was a statement publicly

20    about Justice Hantz Marconi's initial recusal from

21    cases involving the Attorney General, is that

22    correct?

23          CHIEF JUSTICE MACDONALD:  That's correct.

1          INTERVIEWER:  Who made the decision to issue

2    that statement?

3          ATTORNEY CRREGAN:  I'm sorry, I don't know,

4    I don't know if you can answer how you deliberated on

5    this issue, if you decided it.  Is there, is there a

6    way, is there something that you're getting at that

7    you can maybe ask a little more directly in terms

8    of --

9          INTERVIEWER:  Was this --

10         ATTORNEY CREEGAN:  -- are you asking, for

11   example, Justice Hantz Marconi took some action?

12         INTERVIEWER:  Right, this is a deviation

13   from sort of normal policy, did Justice Hantz Marconi

14   request this sort of special action in this case, to

15   put out a public statement about why she was recusing

16   herself?

17         ATTORNEY CREEGAN:  I think you could

18   probably say a yes or no, but then that might be all

19   that you can do for this, is that all right?  Do you

20   want to talk about it?

21         ATTORNEY O'CONNELL:  Can we just have two

22   minutes?

23         INTERVIEWER:  Yeah, of course.  Yeah, of

1  course, perfectly fine.

2          INTERVIEWER:  Do you want me to pause the --

3          INTERVIEWER:  Yeah.

4          INTERVIEWER:  Thank you.

5          INTERVIEWER:  And we'll just note the time.

6          INTERVIEWER:  All right, so it is 10:22 by

7  my watch and I'm going to pause the recording.

8  (Pause.)

9          INTERVIEWER:  Okay, the recording is back on

10 and it is approximately 10:25 by my watch.  All the

11 parties that were here previously are back again.

12 And has anything changed with consent to recording?

13         ATTORNEY CREEGAN:  No.

14         CHIEF JUSTICE MACDONALD:  No.

15         ATTORNEY O'CONNELL:  No.

16         INTERVIEWER:  No.

17         INTERVIEWER:  Okay, thank you.

18         ATTORNEY CREEGAN:  Okay, Joe, just repeat

19 your question?

20         INTERVIEWER:  Yes, Mr. Chief Justice, we had

21 talked about how normally there aren't public

22 statements put out about reasons for recusal, but

23 there was one with Justice Hantz Marconi's recusal,

1   and I'd asked if that was as a result of any

2   requests, specific requests by Justice Hantz Marconi?

3          CHIEF JUSTICE MACDONALD:  No.

4          INTERVIEWER:  The public statement said that

5   the recusal was because of the Attorney General's

6   Office civilly advising the Pease Development

7   Authority with regard to the employment of Justice

8   Hantz Marconi's husband, Geno Marconi.

9          ATTORNEY CREEGAN:  I think it may have been

10  more ambiguous but it said advising, that the

11  Attorney General's Office is involved or something

12  with regard to the situation of her spouse.  It may

13  have been ambiguously worded because it was obviously

14  a broad recusal.

15         INTERVIEWER:  It, it was fairly broad but it

16  was about this office advising the Pease Development

17  Authority, that was the language that was used.  And

18  as you know from your time as Attorney General, the

19  Civil Bureau is the one that advises government

20  agencies, correct?  The Criminal Bureau doesn't

21  really advise agencies, we don't give agency advice,

22  we're not client counseling.

23         CHIEF JUSTICE MACDONALD:  Again, I -- I

1  would be uncomfortable asking, answering these

2  questions without having that statement in front of

3  me I'm, I'm not sure what the language, exact

4  language we used, but I agree with you that the Civil

5  Bureau does it, yes.

6          INTERVIEWER:  Right.

7          ATTORNEY CREEGAN:  Well, since Justice

8  Marconi hasn't requested the statement, is there

9  something else you want to ask with regard to what

10 she may have done or --

11         INTERVIEWER:  Yeah, I'm just wondering why

12 the difference between the public statement, or if

13 there was some discussion, or if she kept some

14 information about the criminal investigation away

15 from the public statement, so she tells you that the

16 grand jury subpoenas are being issued before you

17 talked to the Governor, and was that before her

18 recusal off of the cases, or was it after that she

19 told you there was grand jury subpoenas?

20         CHIEF JUSTICE MACDONALD:  She recused or

21 disqualified herself before that statement was made.

22         INTERVIEWER:  Okay, that answers it then.

23 So you had no indication from her that there was a

1  criminal investigation at the time that statement was

2  made?

3          ATTORNEY CREEGAN:  Do, do you remember the

4  date of the statement?

5          INTERVIEWER:  It was the date of her

6  recusal, I can pull it up.

7          ATTORNEY CREEGAN:  Oh, I -- I don't, I don't

8  know if that was the date of her recusal.  Her

9  recusal was very close in time to her husband being

10 put on leave.

11         ATTORNEY O'CONNELL:  I believe it was May

12 9th.

13         ATTORNEY CREEGAN:  Is the statement?

14         ATTORNEY O'CONNELL:  I believe so.

15         ATTORNEY CREEGAN:  Okay, I -- I don't want

16 to put too much in here but I think her first

17 recusals were off of oral arguments that were made on

18 April 23rd.

19         INTERVIEWER:  Right, I remember the nurse is

20 one of them so the public statement goes out May 9th,

21 approximately, and it was some time in early May that

22 she told you grand jury subpoenas were being issued.

23 I'm just wondering if it was before or after?

1          ATTORNEY CREEGAN:  Sorry, just -- just a

2   correct, he would -- the timing in May --

3          INTERVIEWER:  I said May, May.

4          CHIEF JUSTICE MACDONALD:  I don't know when

5   in May.

6          INTERVIEWER:  Okay, you said that she said

7   that she knew everything her husband knew.

8          ATTORNEY O'CONNELL:  That's what the

9   Governor told you.

10          INTERVIEWER:  Or the Governor told you that

11   she said she knew everything her husband knew.  Did

12   the Governor elaborate on what exactly she knew, or

13   just was that sort of the general statement of just,

14   she just knew everything her husband knew?

15          CHIEF JUSTICE MACDONALD:  That's the

16   statement I remember.

17          INTERVIEWER:  Okay.

18          CHIEF JUSTICE MACDONALD:  And it stuck with

19   me.

20          INTERVIEWER:  Did the, in your first call

21   with the Governor, did the Governor indicate why she

22   had requested a meeting?

23          CHIEF JUSTICE MACDONALD:  No, not that I

1  remember.

2          INTERVIEWER:  Did he say whether it was

3  personal or professionally related?

4          CHIEF JUSTICE MACDONALD:  I really, I'm --

5  I'm sorry, I want to think about that interaction.

6          INTERVIEWER:  If --

7          CHIEF JUSTICE MACDONALD:  I just have no

8  clear memory of exactly what he said.

9          INTERVIEWER:  It's perfectly fine.

10          INTERVIEWER:  Did the Governor ask you if

11  you knew what the meeting was about?

12          CHIEF JUSTICE MACDONALD:  I don't remember

13  but if he had I would have said no.

14          INTERVIEWER:  Okay, and you said that you

15  never spoke to her about her meeting with the

16  Governor afterwards, correct?

17          CHIEF JUSTICE MACDONALD:  Correct.

18          INTERVIEWER:  And I assume that means, or I

19  don't want to assume so I'm asking this question, so

20  she never spoke to you or told you that she had met

21  with the Governor?

22          CHIEF JUSTICE MACDONALD:  That's correct.

23          ATTORNEY CREEGAN:  You can take a second.

1          INTERVIEWER:  Well, I think, Tom, if you've

2   got anything.

3          ATTORNEY CREEGAN:  Do you all want to talk

4   and see if you have anything else to ask?

5          INTERVIEWER:  I'm, I'm fine.  Tom, do you

6   have anything?

7          INTERVIEWER:  Just kind of a basic question.

8   What is, is there a typical schedule that an

9   Associate Justice would follow for a work schedule?

10          CHIEF JUSTICE MACDONALD:  In other words you

11  have to show up at a certain time, is that what

12  you're asking?

13          INTERVIEWER:  Yeah, like Monday through

14  Friday, 9 to 5 --

15          CHIEF JUSTICE MACDONALD:  Yeah.

16          INTERVIEWER:  -- sort of --

17          ATTORNEY CREEGAN:  If wishing made it so.

18          CHIEF JUSTICE MACDONALD:  No required work

19  schedule, each -- I think each Justice has their own

20  work schedule so but there's nothing required if

21  that's your question.  Each Justice I think it's fair

22  to say has their own pattern of when they come in and

23  when they go, go home.

1          INTERVIEWER:  Okay.

2          CHIEF JUSTICE MACDONALD:  Is that, is that

3    what you're asking?

4          INTERVIEWER:  Yeah, so throughout the day

5    they can leave if they need to.

6          CHIEF JUSTICE MACDONALD:  Sure.

7          INTERVIEWER:  They can come back if they

8    need to.

9          CHIEF JUSTICE MACDONALD:  Absolutely, yes.

10          INTERVIEWER:  You don't have a time card

11    that you can punch out every, every time you leave,

12    go to lunch?

13          CHIEF JUSTICE MACDONALD:  No.

14          INTERVIEWER:  Okay, are there any policies

15    or procedures regarding professional, or using the

16    court's email for private purposes, personal

17    purposes?

18          ATTORNEY CREEGAN:  Not really.

19          CHIEF JUSTICE MACDONALD:  I don't think so.

20          ATTORNEY CREEGAN:  No.

21          CHIEF JUSTICE MACDONALD:  But --

22          INTERVIEWER:  We'll follow up with Erin, or

23    counsel might be --

1      ATTORNEY CREEGAN:  We'll, we'll look into

2  it.

3      ATTORNEY O'CONNELL:  We will follow up with

4  General Counsel afterwards about that specific

5  question.

6      ATTORNEY CREEGAN:  Yeah, I can hunt around

7  and see if I can find anything.

8      ATTORNEY O'CONNELL:  Okay.

9      INTERVIEWER:  The last question is the

10  roughly 40 percent of the cases that was referenced

11  in the recusal, is that fairly accurate, or is that

12  -- how does that compare to what you can speak to?

13      CHIEF JUSTICE MACDONALD:  Yeah, it strikes

14  me as low.  I -- we could certainly get you the exact

15  number but it, it strikes me as low.  I think it's,

16  you know, the volume of cases from the Attorney

17  General's office is, is fairly significant so to

18  answer your question is I believe that's not

19  accurate, and the number is probably higher.

20      INTERVIEWER:  Okay.

21      INTERVIEWER:  Forgive me if I've already

22  asked this, Mr. Chief Justice, you referenced the two

23  conversations about subpoenas with Justice Hantz

1  Marconi, you're saying that's when she was, indicated

2  she was aware of the criminal investigation?

3          CHIEF JUSTICE MACDONALD:  Those were her

4  words.

5          INTERVIEWER:  Okay.

6          CHIEF JUSTICE MACDONALD:  Grand, that grand

7  jury subpoenas had issued.

8          INTERVIEWER:  Okay, were there ever any

9  other conversations with her where she indicated she

10  suspected there was a criminal investigation into her

11  husband that you recall?

12          CHIEF JUSTICE MACDONALD:  Not that I

13  remember.

14          INTERVIEWER:  Okay, and then one final

15  question, when the Governor called you and told you

16  about the conversation with Justice Hantz Marconi,

17  specifically about the recusal and the burden on the

18  colleagues which you indicated that you disagreed

19  with, how did that make you feel?

20          ATTORNEY CREEGAN:  I don't know if it's a

21  factual question.

22          CHIEF JUSTICE MACDONALD:  I'm happy to

23  answer it.

1          ATTORNEY CREEGAN:  It's up to you.

2          CHIEF JUSTICE MACDONALD:  I was angry, I was

3   angry.

4          INTERVIEWER:  Why?

5          CHIEF JUSTICE MACDONALD:  Because we're

6   gonna get the job done, we're gonna get the job done

7   for the people of New Hampshire.

8          INTERVIEWER:  Thank you.

9          INTERVIEWER:  Thank you, sir, that's it.

10         INTERVIEWER:  We can go off recording now.

11         INTERVIEWER:  It's 10:36 and the recording

12  has ended.

13  (End.)

14

15

16

17

18

19

20

21

22

23

## **CERTIFICATE**

I, Mary Mielke, a court-approved transcriptionist, do hereby certify that the foregoing is a correct transcript from the official electronic sound recording of the proceeding in the above-entitled matter to the best of my professional skill and ability.


*Mary Mielke*
Mary Mielke
Avicore Reporting

**0**

03301 [1] 1:12

**1**

1 [32] 1:11 2:1 3:1
4:1 5:1 6:1,12,16
7:1 8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1
10 [29] 2:10 3:10
4:10 5:10 6:10 7:
10 8:10 9:10 10:
10 11:10 12:10
13:10 14:10 15:
10 16:10 17:10
18:10 19:10 20:
10 21:10 22:10
23:10 24:10 25:
10 26:10 27:10
28:10 29:10 30:
10
10:05 [1] 2:3
10:22 [1] 20:6
10:25 [1] 20:10
10:36 [1] 30:11
11 [29] 2:11 3:11
4:11 5:11 6:11 7:
11 8:11 9:11 10:
11 11:11 12:11
13:11 14:11 15:
11 16:11 17:11
18:11 19:11 20:
11 21:11 22:11
23:11 24:11 25:
11 26:11 27:11
28:11 29:11 30:
11
12 [29] 2:12 3:12
4:12 5:12 6:12 7:
12 8:12 9:12 10:
12 11:12 12:12
13:12 14:12 15:
12 16:12 17:12

18:12 19:12 20:
12 21:12 22:12
23:12 24:12 25:
12 26:12 27:12
28:12 29:12 30:
12
13 [29] 2:13 3:13
4:13 5:13 6:13 7:
13 8:13 9:13 10:
13 11:13 12:13
13:13 14:13 15:
13 16:13 17:13
18:13 19:13 20:
13 21:13 22:13
23:13 24:13 25:
13 26:13 27:13
28:13 29:13 30:
13
14 [28] 2:14 3:14
4:14 5:14 6:14 7:
14 8:14 9:14 10:
14 11:14 12:14
13:14 14:14 15:
14 16:14 17:14
18:14 19:14 20:
14 21:14 22:14
23:14 24:14 25:
14 26:14 27:14
28:14 29:14
15 [28] 2:15 3:15
4:15 5:15 6:15 7:
15 8:15 9:15 10:
15 11:15 12:15
13:15 14:15 15:
15 16:15 17:15
18:15 19:15 20:
15 21:15 22:15
23:15 24:15 25:
15 26:15 27:15
28:15 29:15
16 [28] 2:16 3:16
4:16 5:16 6:16 7:
16 8:16 9:16 10:
16 11:16 12:16
13:16 14:16 15:
16 16:16 17:16
18:16 19:16 20:
16 21:16 22:16

23:16 24:16 25:
16 26:16 27:16
28:16 29:16
17 [28] 2:17 3:17
4:17 5:17 6:17 7:
17 8:17 9:17 10:
17 11:17 12:17
13:17 14:17 15:
17 16:17 17:17
18:17 19:17 20:
17 21:17 22:17
23:17 24:17 25:
17 26:17 27:17
28:17 29:17
18 [28] 2:18 3:18
4:18 5:18 6:18 7:
18 8:18 9:18 10:
18 11:18 12:18
13:18 14:18 15:
18 16:18 17:18
18:18 19:18 20:
18 21:18 22:18
23:18 24:18 25:
18 26:18 27:18
28:18 29:18
19 [29] 2:19 3:19
4:7,19 5:19 6:19
7:19 8:19 9:19
10:19 11:19 12:
19 13:19 14:19
15:19 16:19 17:
19 18:19 19:19
20:19 21:19 22:
19 23:19 24:19
25:19 26:19 27:
19 28:19 29:19

**2**

2 [29] 2:2 3:2 4:2
5:2 6:2 7:2 8:2 9:
2 10:2 11:2 12:2
13:2 14:2 15:2
16:2 17:2 18:2
19:2 20:2 21:2
22:2 23:2 24:2
25:2 26:2 27:2
28:2 29:2 30:2
20 [28] 2:20 3:20
4:20 5:20 6:20 7:

20 8:20 9:20 10:
20 11:20 12:20
13:20 14:20 15:
20 16:20 17:20
18:20 19:20 20:
20 21:20 22:20
23:20 24:20 25:
20 26:20 27:20
28:20 29:20
2017 [1] 5:1
2021 [1] 3:22
2024 [1] 2:3
21 [28] 2:21 3:21
4:21 5:21 6:21 7:
21 8:21 9:21 10:
21 11:21 12:21
13:21 14:21 15:
21 16:21 17:21
18:21 19:21 20:
21 21:21 22:21
23:21 24:21 25:
21 26:21 27:21
28:21 29:21
22 [28] 2:22 3:22
4:22 5:22 6:22 7:
22 8:22 9:22 10:
22 11:22 12:22
13:22 14:22 15:
22 16:22 17:22
18:22 19:22 20:
22 21:22 22:22
23:22 24:22 25:
22 26:22 27:22
28:22 29:22
23 [28] 2:23 3:23
4:23 5:23 6:23 7:
23 8:23 9:23 10:
23 11:23 12:23
13:23 14:23 15:
23 16:23 17:23
18:23 19:23 20:
23 21:23 22:23
23:23 24:23 25:
23 26:23 27:23
28:23 29:23
23rd [1] 23:18
2nd [1] 2:3

**3**

3 [29] 2:3 3:3 4:3
5:3 6:3 7:3 8:3 9:
3 10:3 11:3 12:3
13:3 14:3 15:3
16:3 17:3 18:3
19:3 20:3 21:3
22:3 23:3 24:3
25:3 26:3 27:3
28:3 29:3 30:3

**4**

4 [29] 2:4 3:4 4:4
5:4 6:4 7:4 8:4 9:
4 10:4 11:4 12:4
13:4 14:4 15:4
16:4 17:4 18:4
19:4 20:4 21:4
22:4 23:4 24:4
25:4 26:4 27:4
28:4 29:4 30:4
40 [2] 12:11 28:
10

**5**

5 [30] 2:5 3:5 4:5
5:5 6:5 7:5 8:5 9:
5 10:5 11:5 12:5
13:5 14:5 15:5
16:5 17:5 18:5
19:5 20:5 21:5
22:5 23:5 24:5
25:5 26:5,14 27:
5 28:5 29:5 30:5

**6**

6 [29] 2:6 3:6 4:6
5:6 6:6 7:6 8:6 9:
6 10:6 11:6 12:6
13:6 14:6 15:6
16:6 17:6 18:6
19:6 20:6 21:6
22:6 23:6 24:6
25:6 26:6 27:6
28:6 29:6 30:6

**7**

7 [29] 2:7 3:7 4:7
5:7 6:7 7:7 8:7 9:

7 10:7 11:7 12:7
13:7 14:7 15:7
16:7 17:7 18:7
19:7 20:7 21:7
22:7 23:7 24:7
25:7 26:7 27:7
28:7 29:7 30:7

**8**

8 [29] 2:8 3:8 4:8
5:8 6:8 7:8 8:8 9:
8 10:8 11:8 12:8
13:8 14:8 15:8
16:8 17:8 18:8
19:8 20:8 21:8
22:8 23:8 24:8
25:8 26:8 27:8
28:8 29:8 30:8
8/2/24 [1] 1:7

**9**

9 [30] 2:9 3:9 4:9
5:9 6:9 7:9 8:9 9:
9 10:9 11:9 12:9
13:9 14:9 15:9
16:9 17:9 18:9
19:9 20:9 21:9
22:9 23:9 24:9
25:9 26:9,14 27:
9 28:9 29:9 30:9
9th [2] 23:12,20

**A**

absolutely [1]
27:9
accurate [2] 28:
11,19
act [1] 5:11
acting [2] 4:13 5:
9
action [2] 19:11,
14
actually [3] 7:8
8:14 9:9
administrative
[5] 5:14,22 6:7 10:
18 11:8
administrator
[1] 5:16

**advice** [1] 21:21
**advise** [1] 21:21
**advises** [1] 21:
19
**advising** [3] 21:
6,10,16
**afterwards** [3]
11:8 25:16 28:4
**agencies** [3] 11:
3 21:20,21
**agency** [1] 21:21
**ago** [1] 16:9
**agree** [1] 22:4
**agreed** [1] 11:5
**already** [1] 16:
12 28:21
**although** [1] 11:
4
**ambiguous** [1]
21:10
**ambiguously**
[1] 21:13
**among** [1] 11:3
**angry** [2] 30:2,3
**another** [1] 18:3
**answer** [3] 19:4
28:18 29:23
**answering** [1]
22:1
**answers** [1] 22:
22
**appeals** [1] 5:12
**appearing** [2] 2:
16,20
**appellate** [1] 5:
11
**appointed** [1] 4:
3
**appropriate** [1]
14:4
**approximately**
[3] 2:3 20:10 23:
21
**april** [1] 23:18
**aren't** [1] 20:
21
**arguments** [1]
23:17

**around** [3] 2:6 7:
1 28:6
**asks** [1] 18:2
**aspect** [1] 5:12
**assistant** [2] 2:9,
11
**associate** [3] 5:
5 7:19 26:9
**assume** [2] 25:
18,19
**attornet** [1] 2:19
**attorney** [54] 2:4,
9,11,15 3:1,1,7 4:
21 9:12,19,22 11:
21 12:3 13:21 14:
7,13 15:8,17 16:
10 17:8,21 18:21
19:3,10,17,21 20:
13,15,18 21:5,9,
11,18 22:7 23:3,7,
11,13,14,15 24:1,
8 25:23 26:3,17
27:18,20 28:1,3,6,
8,16 29:20 30:1
**audio** [3] 1:8 2:5,
8
**august** [1] 2:2
**authorities** [1]
14:4
**authority** [3] 1:4
21:7,17
**autumn** [1] 1:9
**aware** [3] 15:23
17:16 29:2
**awareness** [1]
15:19
**away** [1] 22:14

---

## B

**back** [7] 7:17 12:
19 18:4,6 20:9,11
27:7
**basic** [1] 26:7
**became** [1] 4:20
**beforehand** [1]
8:19
**behalf** [2] 2:16,
20
**believe** [3] 23:11,

14 28:18
**bench** [1] 13:22
**best** [1] 8:6
**between** [6] 4:
11 5:4 7:19 14:
13,14 22:12
**bit** [1] 10:5
**branch** [2] 2:16
5:15
**breakfast** [4] 10:
22 11:1,2,5
**brief** [3] 7:22 8:7,
9
**broad** [2] 21:14,
15
**bulk** [1] 11:10
**burden** [4] 12:13
13:3,11 29:17
**bureau** [3] 21:19,
20 22:5

---

## C

**call** [2] 8:22 24:
20
**called** [4] 7:2,11,
17 29:15
**calls** [1] 7:8
**came** [2] 7:6 13:
22
**can't** [1] 13:
7
**card** [1] 27:10
**case** [2] 16:1 19:
14
**cases** [8] 12:11,
12 13:21 14:6 18:
21 22:18 28:10,
16
**certain** [1] 26:11
**certainly** [1] 28:
14
**chambers** [2] 6:
18,18
**changed** [1] 20:
12
**charles** [1] 6:17
**circumstance
s** [1] 10:8
**civil** [1] 21:19 22:

4
**civilly** [1] 21:6
**clear** [6] 5:21 8:3
13:6,8 16:10 25:
8
**cleared** [1] 8:19
**client** [1] 21:22
**close** [1] 23:9
**collaborated**
[1] 4:18
**collaborative**
[1] 6:3
**colleagues** [4]
5:23 12:13 13:3
29:18
**come** [6] 7:12,20
9:11 18:4 26:22
27:7
**compare** [1] 28:
12
**complained** [2]
11:21,22
**concord** [2] 1:
12 2:4
**confused** [1] 17:
1
**consent** [5] 2:7,
14,17,21 20:12
**constitution** [1]
5:13
**consult** [1] 5:22
**conversation**
[10] 7:18 8:7 9:1,9
11:11 14:8,10 16:
16 17:21 29:16
**conversations**
[4] 14:11 15:9 28:
23 29:9
**correct** [13] 8:20
10:12 13:23 16:
13 18:17,18,22,
23 21:20 24:2 25:
16,17,22
**council** [6] 9:10,
15 10:13,23,23
11:2
**counsel** [3] 2:16
27:23 28:4

**counseling** [1]
21:22
**course** [3] 3:13
19:23 20:1
**court** [12] 3:18 4:
15 5:8,10,11,23 6:
11 9:11,16 10:15,
21 13:17
**court's** [1]
27:16
**creating** [1] 12:
12
**creegan** [30] 2:
15,15 3:2 9:12,19,
22 14:13 15:8,17
17:21 19:10,17
20:13,18 21:9 22:
7 23:3,7,13,15 24:
1 25:23 26:3,17
27:18,20 28:1,6
29:20 30:1
**criminal** [9] 15:
19 16:1 17:16,18
21:20 22:14 23:1
29:2,10
**crregan** [1] 19:3
**current** [1] 5:2
**currently** [1] 3:
16

---

## D

**dan** [1] 2:10
**date** [4] 2:2 23:4,
5,8
**day** [1] 27:4
**days** [3] 10:2,15,
20
**deal** [1] 13:9
**decided** [1] 19:5
**deciding** [1] 5:
12
**decision** [1] 19:
1
**decision-make
rs** [1] 14:2
**deliberated** [1]
19:4
**department** [1]
1:10

**described** [1]
16:12
**desfosses** [1] 2:
2
**development**
[2] 21:6,16
**deviation** [1] 19:
12
**dictating** [1] 6:2
**didn't** [2] 14:
12 18:10
**difference** [2] 5:
4 22:12
**directly** [1] 19:7
**disagreed** [1]
29:18
**discharging** [1]
5:21
**discuss** [2] 9:19,
23
**discussion** [2]
16:11 22:13
**discussions** [1]
10:17
**disqualificatio
n** [1] 14:5
**disqualificatio
ns** [1] 13:9
**disqualified** [1]
22:21
**disqualify** [1]
14:6
**doe** [1] 6:17
**doesn't** [2]
9:12 21:20
**doing** [2] 3:19,21
**don't** [13] 8:
5 19:3,4 21:21
23:7,7,15 24:4
25:12,19 27:10,
19 29:20
**done** [4] 13:10
22:10 30:6,6
**drive** [3] 6:11,17,
17
**during** [1] 16:4
**duties** [1] 4:10

**E**

each [3] 26:19,19, 21
early [2] 7:1 23: 21
effect [4] 8:16 13: 7,13,15
effectively [1] 5: 14
elaborate [1] 24: 12
email [1] 27:16
employment [1] 21:7
end [1] 30:13
ended [1] 30:12
entire [1] 4:1
equal [1] 5:9
erin [2] 2:15 27: 22
essentially [1] 15:17
everyone [2] 2:6, 23
everything [5] 12:6,7 24:7,11,14
exact [2] 22:3 28: 14
exactly [5] 5:20 13:7 18:10 24:12 25:8
example [1] 19: 11
executive [1] 10: 13
expound [1] 14: 16

**F**

factual [1] 29:21
fair [4] 8:7 13:17, 19 26:21
fairly [3] 21:15 28:11,17
fashion [1] 7:6
feel [3] 18:2,14 29:19
felt [1] 14:3

few [1] 10:20
final [2] 5:10 29: 14
fincham [1] 2:12
find [1] 28:7
fine [4] 8:6 20:1 25:9 26:5
first [8] 9:6,20 11: 20 14:22 15:18, 21 23:16 24:20
five [1] 5:19
five-member [1] 5:8
follow [3] 26:9 27:22 28:3
follow-up [1] 8: 22
follow-ups [1] 16:19
forgive [1] 28:21
four [2] 4:14 16:8
free [1] 18:14
friday [1] 26:14
front [1] 22:2

**G**

g&c [2] 10:8,12
general [11] 2: 10,11,15 4:22 11: 21 12:3 14:7 18: 21 21:18 24:13 28:4
general's [5] 2:4 13:21 21:5, 11 28:17
geno [1] 21:8
getting [1] 19:6
give [1] 21:21
gonna [8] 6:23 7: 20 9:11,15 10:12, 15 30:6,6
gordon [2] 2:13 3:14
g-o-r-d-o-n [1] 3:14
got [3] 10:9 15:5 26:2
govern [1] 14:5
government [1]

21:19
governor [33] 7: 2,10 8:11,17,23 9: 10,15 10:13,22, 23 11:2,22 12:5, 10,21 13:5,7 14: 10 16:11,17,22 17:10,12 22:17 24:9,10,12,21,21 25:10,16,21 29: 15
governor's [3] 10:20 14:19, 20
grand [9] 6:2 16: 5,22 17:7 22:16, 19 23:22 29:6,6
granite [2] 1:11 6:5
guys [2] 3:2 6:10

**H**

hall [1] 6:19
hampshire [8] 1:1,4 2:5 3:18 4: 22 5:10 13:11 30:
hantz [12] 7:11 9: 7 11:16 14:11 18: 20 19:11,13 20: 23 21:2,8 28:23 29:16
happen [2] 9:15 13:16
happy [1] 29:22
hasn't [1] 22:8
hazen [2] 6:11, 17
head [2] 5:14,16
heard [1] 11:20
herself [4] 14:13, 14 19:16 22:21
higher [1] 28:19
hold [1] 11:5
home [1] 26:23
host [1] 10:22
hunt [1] 28:6
husband [8] 12:

6,7 21:8 23:9 24: 7,11,14 29:11

**I**

i'd [1] 21:1
i'll [1] 10:9
i'm [18] 2:10, 12 3:17 6:23 15: 3 17:4 19:3 20:7 22:3,3,11 23:23 25:4,5,19 26:5,5 29:22
i've [4] 3:21 4:2 12:5 28:21
ideal [1] 10:5
immediate [1] 4: 7
important [1] 12:12
include [1] 12: 14
indicate [1] 24: 21
indicated [4] 15: 18 29:1,9,18
indication [1] 22:23
information [1] 22:14
initial [1] 18:20
inquiry [1] 9:13
instance [1] 14: 22
instances [3] 14:18 16:21 17:5
interact [1] 5:22
interaction [1] 25:5
interest [1] 18: 12
interview [1] 1:7
introduce [1] 2: 7
investigation [10] 14:9,12 15:14, 20 17:17,18 22: 14 23:1 29:2,10
investigator [1] 2:2

involved [1] 21: 11
involving [1] 18: 21
issue [3] 9:14 19: 1,5
issued [6] 16:5, 23 17:7 22:16 23: 22 29:7
it's [16] 2:3 3:13 6:1,2,16 9: 17,18 12:17,17 15:7 25:9 26:21 28:15 29:20 30:1, 11

**J**

jimenez [1] 2:10
job [6] 5:2,12,22 13:12 30:6,6
joe [4] 2:11 16:19 18:2 20:18
jogged [1] 18:3
jogs [1] 17:22
judicial [3] 2:16 5:15 14:5
july [2] 16:14 17: 8
june [2] 7:1,1
jury [7] 16:5,23 17:7 22:16,19 23: 22 29:7
justices [1] 6:10

**K**

kept [1] 22:13
kind [2] 11:7 26: 7
knowledge [2] 15:10,13

**L**

language [3] 21: 17 22:3,4
last [3] 3:11 11:4 28:9
later [4] 7:16 10: 2,15 18:15
least [1] 17:6

leave [4] 10:10 23:10 27:5,11
less [1] 10:5
limit [1] 8:2
linear [1] 7:6
little [2] 10:5 19: 7
located [1] 6:14
location [1] 6:14
long [3] 3:19 4: 23 5:17
look [1] 28:1
lot [1] 15:8
low [2] 28:14,15
lunch [1] 27:12
lynn [1] 4:8

**M**

m-a-c-d-o-n-a-l-d [1] 3:14
made [5] 19:1 22: 21 23:2,17 26:17
majority [1] 9:9
march [1] 3:22
marconi [10] 7: 11 9:8 14:11 19: 11,13 21:2,8 22:8 29:1,16
marconi's [4] 11:16 18:20 20: 23 21:8
mean [2] 9:11 15: 9
means [1] 25:18
meeting [7] 17: 17 9:10,15 10:8, 13,13 11:6 16:16, 17 17:9 24:22 25: 11,15
meetings [3] 11: 1,2,3
member [2] 5:7, 7
members [1] 4: 14
memory [11] 7: 21,22 8:3,7 11:18 12:5 14:17 17:19, 22 18:3 25:8

**mentioned** [2] 8:
11 **14**:9
**met** [1] 25:20
**might** [2] 19:18
27:23
**minute** [2] 5:2
**11**:4
**minutes** [1] 19:
22
**monday** [1] 26:
13
**month** [1] 16:4
**months** [1] 4:7
**most** [1] 4:7
**much** [1] 23:16
**myself** [1] 14:6

### N

**n.h** [1] 1:10
**name** [3] 2:1 3:
11,11
**need** [3] 3:6 27:5,
8
**never** [2] 25:15,
20
**new** [8] 1:1,4 2:5
3:18 4:22 5:10
13:11 30:7
**news** [3] 7:22,23
8:16
**nh** [1] 1:12
**normal** [1] 19:13
**normally** [2] 18:
15 20:21
**note** [1] 20:5
**nothing** [1] 26:
20
**number** [2] 28:
15,19
**nurse** [1] 23:19

### O

**o'connell**
[12] 2:19,19 3:1,7
16:10 19:21 20:
15 23:11,14 24:8
28:3,8
**o'connell â
€™s** [1] 17:9

**obviously** [3]
15:8 18:5 21:13
**occurred** [1] 9:7
**office** [8] 2:4 10:
20 13:21 14:6 21:
6,11,16 28:17
**offices** [1] 6:12
**okay** [37] 2:10,12
3:6 4:4,9 6:6,15,
20 7:9,9,14 8:18
10:3,6 14:21 15:
7 16:3,15 17:3,11,
20 18:7 20:9,17,
18 22:22 23:15
24:6,17 25:14 27:
1,14 28:8,20 29:5,
8,14
**once** [1] 13:21
**one** [12] 5:7,11,
19 6:14 8:19 16:
22 17:7,11 20:23
21:19 23:20 29:
14
**only** [3] 8:3 9:18
17:11
**oral** [1] 23:17
**other** [4] 5:12 16:
23 26:10 29:9
**others** [1] 5:9
**out** [10] 3:2,4,5
10:21 17:9 18:5
19:15 20:22 23:
20 27:11
**outset** [1] 9:3
**over** [3] 4:5,10
14:2
**own** [2] 26:19,22

### P

**paralegal** [1] 1:
9
**part** [2] 9:6,8
**particular** [1] 18:
2
**parties** [1] 20:11
**parts** [1] 9:4
**pattern** [1] 26:22
**pause** [3] 20:2,7,
8

**pease** [2] 21:6,
16
**people** [2] 13:10
30:7
**percent** [2] 12:
11 28:10
**perfectly** [3] 8:6
20:1 25:9
**period** [2] 7:16
13:20
**personal** [2] 25:
3 27:16
**phone** [1] 8:22
**pieces** [1] 11:13
**place** [4] 1:11 6:
12 13:9
**point** [4] 12:23
13:1,2 16:4
**pointed** [1] 17:9
**points** [1] 11:20
**policies** [2] 13:8
27:14
**policy** [1] 19:13
**political** [1] 12:4
**poohbah** [1] 6:2
**port** [1] 1:4
**position** [3] 4:3,
4 5:8
**predecessor**
[4] 4:7
**prepared** [2] 1:9
11:5
**previously** [1]
20:11
**prior** [6] 10:20
14:9,18,20 16:21
17:12
**private** [1] 27:16
**probably** [3] 10:
9 19:18 28:19
**procedures** [2]
13:9 27:15
**process** [1] 6:3
**professional**
[1] 27:15
**professionally**
[1] 25:3
**provide** [1] 3:5

**provision** [1] 4:
13
**public** [7] 18:16
19:15 20:21 21:4
22:12,15 23:20
**publicly** [1] 18:
19
**pull** [1] 23:6
**punch** [1] 27:11
**purposes** [2] 27:
16,17
**put** [4] 19:15 20:
22 23:10,16

### Q

**question** [14] 3:
3,5 **14**:23 17:2
18:3 20:19 25:19
26:7,21 28:5,9,18
29:15,21
**questions** [3]
18:11,11 22:2
**quote** [1] 13:7

### R

**reached** [1] 10:
21
**read-out** [3] 9:7
11:16,17
**really** [8] 5:7,9
11:19 12:18 18:
15 21:21 25:4 27:
18
**reasons** [1] 20:
22
**recall** [4] 7:2 8:5
14:18 29:11
**record** [1] 13:21
**recorded** [5] 2:5,
10,12,14,18
**recording** [7] 2:
8,23 20:7,9,12 30:
10,11
**recusal** [12] 15:9
18:20 20:22,23
21:5,14 22:18 23:
6,8,9 28:11 29:17
**recusals** [4] 13:
3,16 18:15 23:17

**recused** [2] 12:
11 13:20 22:20
**recusing** [2] 18:
17 19:15
**referenced** [2]
28:10,22
**regard** [3] 21:7,
12 22:9
**regarding** [2] 7:
27:15
**regards** [1] 16:6
**regular** [1] 11:1
**regularly** [1] 5:
23
**relate** [1] 9:12
**related** [2] 10:18
25:3
**relating** [1] 9:10
**relative** [1] 11:
15
**relatively** [2] 7:
16 11:4
**relayed** [1] 15:
14
**relevant** [1] 9:18
**remember** [13]
8:5 11:22 12:18
17:6,13 18:4,6
23:3,19 24:16 25:
1,12 29:13
**repeat** [1] 20:18
**request** [1] 19:
14
**requested** [2]
22:8 24:22
**requests** [2] 21:
2,2
**required** [2] 26:
18,20
**responded** [1]
12:22
**response** [2] 12:
20 13:4
**responsive** [1]
15:3
**result** [1] 21:1
**retained** [2] 11:
20 12:5

**robert** [1] 4:8
**roles** [1] 5:7
**room** [3] 2:6 3:1,
5
**rotate** [1] 11:3
**roughly** [1] 28:
10
**routinely** [1] 10:
23

### S

**same** [2] 6:19 16:
9
**sayball** [1] 1:9
**saying** [1] 29:1
**schedule** [4] 26:
8,9,19,20
**scheduled** [2]
10:9,14
**scott** [3] 2:19 9:
23 16:15
**second** [4] 9:8
12:4 17:8 25:23
**see** [5] 7:12,13 8:
17 26:4 28:7
**senior** [1] 2:9
**separate** [1] 9:
14
**serve** [1] 13:10
**served** [1] 14:7
**serves** [1] 5:14
**short** [2] 7:16,16
**shortly** [1] 8:22
**show** [1] 26:11
**significant** [1]
28:17
**since** [2] 3:22 22:
7
**sir** [1] 30:9
**sitting** [1] 11:19
**situation** [1] 21:
12
**six** [2] 10:1,15
**sometimes** [1]
10:14
**sorry** [6] 3:12 10:
14 17:4 19:3 24:
1 25:5
**sort** [7] 4:17 9:3

**18**:11 **19**:13,14 **24**:13 **26**:16
**south** [1] **1**:11
**special** [1] **19**:14
**specific** [4] **15**: 11,13 **21**:2 **28**:4
**specifically** [1] **29**:17
**spell** [1] **3**:11
**spoke** [3] **16**:21 **25**:15,20
**spouse** [1] **21**: 12
**state** [4] **1**:1 **3**:11 **5**:10 **11**:3
**statement** [16] **18**:16,19 **19**:2,15 **21**:4 **22**:2,8,12,15, 21 **23**:1,4,13,20 **24**:13,16
**statements** [2] **12**:20 **20**:22
**statute** [1] **4**:13
**step** [2] **3**:5 **18**:5
**strikes** [2] **28**:13, 15
**stuck** [1] **24**:18
**stuff** [2] **10**:18 **11**: 8
**subpoenas** [8] **16**:5,23 **17**:7 **22**: 16,19 **23**:22 **28**: 23 **29**:7
**substance** [1] **12**:18
**sununu** [1] **7**:3
**supplement** [3] **17**:23 **18**:2,14
**supreme** [8] **3**: 18 **5**:23 **6**:11 **9**: 11,16 **10**:15,21 **13**:17
**surprise** [1] **8**: 12
**suspected** [2] **17**:18 **29**:10

### T

**talked** [2] **20**:21

**22**:17
**tasks** [1] **6**:8
**tells** [1] **22**:15
**terms** [2] **5**:9 **19**: 7
**thatâ€™s** [17] **7**: 22,23 **8**:3,5,16,18 **11**:7 **14**:1 **18**:18, 23 **24**:8,15 **25**:22 **26**:21 **28**:18 **29**:1 **30**:9
**themselves** [1] **2**:7
**thereâ€™s** [5] **8**:21 **10**:12 **17**:11 **18**:15 **26**:20
**thereafter** [2] **8**: 22 **15**:22
**third** [2] **12**:9,23
**three** [4] **11**:19, 19 **14**:18 **16**:8
**throughout** [1] **27**:4
**timeline** [1] **17**:5
**timing** [2] **10**:4 **24**:2
**today** [2] **11**:19 **14**:17
**todayâ€™s** [1] **2**:2
**together** [3] **5**: 1 **6**:5,22
**tom** [3] **2**:2 **26**:1, 5
**took** [2] **5**:2 **19**: 11
**topics** [1] **18**:12
**transcribed** [1] **1**:8
**tripped** [1] **15**:6
**two** [11] **5**:7 **7**:8 **9**: 3 **11**:12,13 **14**:21 **16**:21 **17**:5,6 **19**: 21 **28**:22
**typical** [1] **26**:8

### U

**ultimate** [1] **14**:2
**um-hum** [3] **5**:

18 **8**:13 **12**:8
**uncomfortable** [1] **22**:1
**under** [4] **4**:13 **5**: 13 **14**:4,4
**understand** [1] **3**:6
**until** [1] **5**:1
**up** [6] **9**:11 **23**:6 **26**:11 **27**:22 **28**:3 **30**:1
**using** [1] **27**:15

### V

**vacant** [1] **4**:6
**visit** [1] **11**:16
**visitor** [1] **7**:3
**volume** [1] **28**: 16

### W

**walking** [1] **18**:9
**wanted** [1] **7**:12
**watch** [3] **2**:3 **20**: 7,10
**way** [2] **17**:22 **19**: 6
**weâ€™ll** [6] **3**:5 **17**:22 **20**:5 **27**:22 **28**:1,1
**weâ€™re** [5] **11**: 5 **18**:12 **21**:22 **30**: 5,6
**weak** [1] **12**:3
**weeks** [1] **16**:9
**whatâ€™s** [2] **5**: 4 **8**:6
**whatever** [1] **8**:4
**whether** [4] **2**:7 **10**:21 **15**:14 **25**:2
**will** [3] **13**:10,10 **28**:3
**willing** [1] **10**:22
**wishing** [1] **26**: 17
**without** [1] **22**:2
**wondering** [2] **22**:11 **23**:23
**worded** [1] **21**:

13
**words** [6] **8**:15 **13**:6,13,14 **26**:10 **29**:4
**work** [7] **3**:16 **6**:4, 21 **13**:10 **26**:9,18, 20

### Y

**year** [1] **7**:2
**yep** [3] **12**:19 **14**: 14 **18**:1
**youâ€™ll** [1] **18**: 11
**youâ€™re** [8] **5**: 8,16 **6**:2 **14**:2 **19**: 6 **26**:12 **27**:3 **29**: 1
**youâ€™ve** [2] **16**:12 **26**:1
**yourself** [1] **13**: 20

### Â

**â€˜cause** [1] **8**:3