DOB: ███████

**Improper Influence**
RSA 629:1, I; 640:3, I(b)
ELC: All

Jiménez/Fincham (NHDOJ)
Felony B
3.5-7 years

Entries Above This Line Are Not Part of Indictment

## The State of New Hampshire

MERRIMACK, SS.                                                                 SUPERIOR COURT

### INDICTMENT

*At the SUPERIOR COURT holden at Concord, within and for the County of Merrimack, during the October 2024 session of the Grand Jury, the Grand Jurors for the State of New Hampshire, upon their oath, present that*

**ANNA BARBARA HANTZ MARCONI**
of 27 Parkman Brook Lane, Stratham, New Hampshire 03885

*committed the crime of*

**ATTEMPT TO COMMIT IMPROPER INFLUENCE**

on or about the 6th day of June 2024, at or around Concord, in the County of Merrimack,

in that:

1. Anna Barbara Hantz Marconi,
2. with a purpose that the crime of Improper Influence be committed,
3. did or omitted to do anything which, under the circumstances as she believed them to be, was an act or omission constituting a substantial step toward the commission of said crime, to wit:
4. by telling Governor Christopher Sununu that an investigation into Geno Marconi was the result of personal, petty, and/or political biases; that there was no merit to allegations against or subsequent investigation into Geno Marconi; and/or that the investigation into Geno Marconi needed to wrap up quickly because she was recused from important cases pending or imminently pending before the New Hampshire Supreme Court; or words to that effect;

*contrary to the form of the Statute, in such case made and provided, and against the peace and dignity of the State.*

MCSC #217 2024 CR 1167
CHG ID# 225729CC

Joe M. Fincham II
Assistant Attorney General
New Hampshire Department of Justice

*This is a True Bill.*

VBuckley
*Grand Jury Foreperson*

RECEIVED
OCT 16 2024
By _____