DOB: ████████
████████████████

**Criminal Solicitation**
**RSA 629:2, I; 640:3, I(b)**
**ELC: All**

Jiménez/Fincham (NHDOJ)
**Felony B**
**3.5-7 years**

**Entries Above This Line Are Not Part of Indictment**

---

# The State of New Hampshire

MERRIMACK, SS.                                                         SUPERIOR COURT

## INDICTMENT

*At the SUPERIOR COURT holden at Concord, within and for the County of Merrimack, during the October 2024 session of the Grand Jury, the Grand Jurors for the State of New Hampshire, upon their oath, present that*

## ANNA BARBARA HANTZ MARCONI

of 27 Parkman Brook Lane, Stratham, New Hampshire 03885

*committed the crime of*

## CRIMINAL SOLICITATION (IMPROPER INFLUENCE)

on or about the 6th day of June 2024, at or around Concord, in the County of Merrimack,

in that:

1. Anna Barbara Hantz Marconi,
2. with the purpose that another engage in conduct constituting the crime of Improper Influence,
3. commanded, solicited, or requested another to engage in such conduct, to wit:
4. by soliciting Governor Christopher Sununu to improperly influence a member and/or members of the New Hampshire Department of Justice regarding an investigation into Geno Marconi, or words to that effect;

*contrary to the form of the Statute, in such case made and provided, and against the peace and dignity of the State.*

MCSC #217 2024 CR 1167

CHG ID# 2257291 C

*This is a True Bill.*

Dan A. Jiménez
Senior Assistant Attorney General
*New Hampshire Department of Justice*

*Grand Jury Foreperson*

RECEIVED
OCT 16 2024