DOB: ███

Official Oppression
RSA 643:1
ELC: All

Jiménez/Fincham (NHDOJ)
Misdemeanor A
12 months

Entries Above This Line Are Not Part of Indictment

## The State of New Hampshire

MERRIMACK, SS.                                                                 SUPERIOR COURT

## INDICTMENT

*At the SUPERIOR COURT holden at Concord, within and for the County of Merrimack, during the October 2024 session of the Grand Jury, the Grand Jurors for the State of New Hampshire, upon their oath, present that*

### ANNA BARBARA HANTZ MARCONI
of 27 Parkman Brook Lane, Stratham, New Hampshire 03885

*committed the crime of*

### OFFICIAL OPPRESSION

on or about the 6th day of June 2024, at or around Concord, in the County of Merrimack,

in that:

1. Anna Barbara Hantz Marconi, a public servant,
2. with a purpose to benefit herself or another or to harm another,
3. knowingly committed an unauthorized act which purported to be an act of her office or knowingly refrained from performing a duty imposed on her by law or clearly inherent in the nature of her office, to wit:
4. by interfering with, attempting to interfere with, and/or soliciting another to interfere with an investigation into Geno Marconi; and/or violating the New Hampshire Code of Judicial Conduct (New Hampshire Supreme Court Rule 38) (specifically, Rules 1.1, 1.2, 1.3, 2.4, 2.10, 3.1, 3.2, and/or 3.3);

*contrary to the form of the Statute, in such case made and provided, and against the peace and dignity of the State.*

MCSC #217 2024 CR 1167
CHG ID# 2257292C

Joe M. Fincham II
Assistant Attorney General
New Hampshire Department of Justice

*This is a True Bill.*

V. Barthly
Grand Jury Foreperson

RECEIVED
OCT 16 2024
By ____