DOB: ███████

**Official Oppression**
RSA 629:2, I; 643:1
ELC: All

Jiménez/Fincham (NHDOJ)
Misdemeanor A
12 months

Entries Above This Line Are Not Part of Indictment

## The State of New Hampshire

MERRIMACK, SS.                                                                SUPERIOR COURT

### INDICTMENT

*At the SUPERIOR COURT holden at Concord, within and for the County of Merrimack, during the October 2024 session of the Grand Jury, the Grand Jurors for the State of New Hampshire, upon their oath, present that*

### ANNA BARBARA HANTZ MARCONI

of 27 Parkman Brook Lane, Stratham, New Hampshire 03885

*committed the crime of*

### CRIMINAL SOLICITATION (OFFICIAL OPPRESSION)

on or about the 6th day of June 2024, at or around Concord, in the County of Merrimack,

in that:

1. Anna Barbara Hantz Marconi,
2. with the purpose that another engage in conduct constituting the crime of Official Oppression,
3. commanded, solicited, or requested another to engage in such conduct, to wit:
4. by soliciting Governor Christopher Sununu to misuse his position and/or otherwise interfere with an investigation into Geno Marconi, or words to that effect;

*contrary to the form of the Statute, in such case made and provided, and against the peace and dignity of the State.*

MCSC #217-2024-CR-1167
CHG ID# 2257293C

Joe M. Fincham II
Assistant Attorney General
*New Hampshire Department of Justice*

*This is a True Bill.*

*Grand Jury Foreperson*

RECEIVED OCT 16 2024
By _____