DOB: ▓▓▓▓▓▓▓▓▓▓     **Obstructing Gov't Admin.**     **Jiménez/Fincham (NHDOJ)**
                             **RSA 642:1, I**                      **Misdemeanor A**
                             **ELC: All**                            **12 months**

**Entries Above This Line Are Not Part of Indictment**

---

## The State of New Hampshire

MERRIMACK, SS.                                                                                  SUPERIOR COURT

### INDICTMENT

*At the SUPERIOR COURT holden at Concord, within and for the County of Merrimack, during the October 2024 session of the Grand Jury, the Grand Jurors for the State of New Hampshire, upon their oath, present that*

### ANNA BARBARA HANTZ MARCONI

of 27 Parkman Brook Lane, Stratham, New Hampshire 03885

*committed the crime of*

### OBSTRUCTING GOVERNMENT ADMINISTRATION

from on or about the 19th day of April 2024, through on or about the 6th day of June 2024, at or around Concord, in the Merrimack,

in that:

1. Anna Barbara Hantz Marconi,
2. with a purpose to hinder or interfere with a public servant performing or purporting to perform an official function and/or to retaliate for the performance or purported performance of such a function,
3. engaged in any unlawful conduct, to wit:
4. by unlawfully interfering with, attempting to interfere with, and/or soliciting another to interfere with an investigation into Geno Marconi;

*contrary to the form of the Statute, in such case made and provided, and against the peace and dignity of the State.*

MCSC #217 2024 CR 1167
CHG ID# 225 7294C

Dan A. Jiménez
Senior Assistant Attorney General
*New Hampshire Department of Justice*

This is a True Bill.

*[signature]*
Grand Jury Foreperson

RECEIVED OCT 16 2024 By____