| | | |
|---|---|---|
| DOB: ▮▮▮▮▮ | **Criminal Solicitation**<br>RSA 629:2, I; 21-G:23, II<br>ELC: All | **Jiménez/Fincham (NHDOJ)**<br>**Class A Misdemeanor**<br>**12 months** |

**Entries Above This Line Are Not Part of Indictment**

## The State of New Hampshire

MERRIMACK, SS.                                                                 SUPERIOR COURT

## INDICTMENT

*At the SUPERIOR COURT holden at Concord, within and for the County of Merrimack, during the October 2024 session of the Grand Jury, the Grand Jurors for the State of New Hampshire, upon their oath, present that*

### ANNA BARBARA HANTZ MARCONI
of 27 Parkman Brook Lane, Stratham, New Hampshire 03885

*committed the crime of*

### CRIMINAL SOLICITATION (MISUSE OF POSITION)

on or about the 6th day of June 2024, at or around Concord, in the County of Merrimack,

in that:

1. Anna Barbara Hantz Marconi,
2. with the purpose that another engage in conduct constituting the crime of Misuse of Position,
3. commanded, solicited, or requested another to engage in such conduct, to wit:
4. by soliciting Governor Christopher Sununu to secure a governmental privilege and/or advantage for her to which she was not otherwise entitled regarding an investigation into Geno Marconi, or words to that effect;

*contrary to the form of the Statute, in such case made and provided, and against the peace and dignity of the State.*

MCSC #217 2024 CR 1167
CHG ID# 2257398C

Dan A. Jiménez
Senior Assistant Attorney General
*New Hampshire Department of Justice*

*This is a True Bill.*

V Buckley
*Grand Jury Foreperson*

RECEIVED
OCT 16 2024
By_____