EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

DANA ALBRECHT,

       Plaintiff,

v.

HON. JOHN PENDLETON, ET AL,

       Defendants.

Docket No. 1:25-cv-00093-SM-AJ

## AFFIDAVIT OF MARGARET KETTLES IN SUPPORT OF MOTION TO DISMISS OF NEW HAMPSHIRE PUBLIC DEFENDERS,

I, Margaret Kettles, being duly sworn, depose and state as follows:

1. I am an attorney licensed to practice in the State of New Hampshire.

2. I currently serve as the Director of Legal Services of New Hampshire Public Defender ("NHPD").

3. NHPD is an independent and private non-profit corporation organized under the laws of the State of New Hampshire.

4. NHPD is not a government agency.

5. NHPD receives appointments to represent indigent criminal defendants pursuant to RSA 604-A:2.

6. The Court, not NHPD, determines whether any particular defendant qualifies for the appointment of counsel to represent them.

104282462.v1

2

7. NHPD is paid through a contract with the State to represent indigent defendants. It is not funded through a direct allocation of state funds. Rather it is paid pursuant to a contract. See RSA 604-B:4.

Subscribed and sworn to under the penalties of perjury this 6th day of May, 2025.

_____
Margaret Kettles
Director of Legal Services
New Hampshire Public Defender
10 Ferry Street, Suite 434
Concord, NH 03301