UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Dana Albrecht,** )<br>)<br>**Plaintiff** )<br>v. )<br>)<br>**Hon. John Pendleton, et al.,** )<br>)<br>**Defendants.** ) | Civil No. 1:25-cv-00093-SM-AJ |

**PARTIALLY ASSENTED-TO MOTION FOR EXTENSION OF TIME**

NOW COMES Plaintiff Dana Albrecht and respectfully moves this Honorable Court for a brief extension of 14 days, through and including **May 20, 2025,** to file an amended complaint. In support thereof, Plaintiff states:

1. The current deadline for a response to the *Magistrate's Report and Recommendations* ([ECF No. 12](#)) is May 6, 2025.

2. Plaintiff is still waiting on copies of court documents from the New Hampshire Circuit Court in the related state matter, *State v. Berard*, No. 441-2024-CR-00353.[1] The state trial court has been short-staffed and has not yet fulfilled copy requests made over three weeks ago,[2] and more recently on April 29, 2025.[3]

3. There is a pending *Motion for Permissive Joinder* ([ECF No. 24](#)) and *Motion for Leave to File Electronically* ([ECF No. 25](#)), both filed by proposed co-plaintiff Destinie L. Berard. These motions, if granted, would materially affect the structure and contents of the amended pleading.

---

1 See state trial court case summary printed on 05/05/2025 at 12:51 PM at [ECF No. 31-1](#).
2 *See* Exhibit 1 – Request for Certificate or Copy received April 11, 2025.
3 *See* Exhibit 2 – Request for Certificate or Copy received April 29, 2025.

4. As explained in Plaintiff's recently filed *Notice of Supplemental Authorities* (ECF No. 30), the constitutional infirmities alleged in Count X—including the risk of judicial bias—**have directly impacted Plaintiff**, separate and apart from any injury to Ms. Berard. However, a related judicial recusal motion (ECF No. 30-1) is still pending before the New Hampshire Supreme Court as of the filing of this Motion.

5. Several defendants have not yet had the opportunity to file waivers of service or responsive pleadings—not due to neglect, but due to mutual scheduling burdens on all sides.

6. As of today, the New Hampshire Public Defender has filed a *Motion to Dismiss* (ECF No. 31), and it is in the interests of judicial economy for Plaintiff to file any responsive pleading concurrently with any responsive pleading to the *Magistrate's Report and Recommendations* (ECF No. 12).

7. No party will be prejudiced by the requested extension, which is brief and limited in scope. All parties will retain adequate time to respond to any amended pleading.

8. By email dated May 5, 2025, Plaintiff sought all opposing counsels' position on the relief requested.

9. Counsel Joseph Padolsky indicated his assent on behalf of those clients he represents. Counsel Eric A. Maher indicated the Seabrook Defendants take no position. Counsel Linda A. Smith indicated the NHPD takes no position.

10. Plaintiff did not receive any response from counsel Samuel R. V. Garland or Christopher G. Bond, who represent all other named defendants.

WHEREFORE, Plaintiff respectfully requests that this Court:

A) Grant a 14-day extension of time up to and including May 20, 2025 for Plaintiff to file an amended Complaint; and,

B) Grant such other and further relief as the Court deems just and proper.

- 3 -

                        Respectfully submitted,

                        _____
                        DANA ALBRECHT
                            *Pro Se*
                        131 Daniel Webster Hwy #235
                        Nashua, NH 03060
                        dana.albrecht@hushmail.com

May 6, 2025

**CERTIFICATE OF SERVICE**

I, Dana Albrecht, certify that a copy of this Motion has been served on all parties of record via the CM/ECF system.

                        _____
                        DANA ALBRECHT

May 6, 2025.