# THE STATE OF NEW HAMPSHIRE
# JUDICIAL BRANCH
http://www.courts.state.nh.us

Court Name: **10th Circuit - District Division - Hampton**

Case Name: **State of New Hampshire v. Destinie L. Berard**

Case Number: **441-2024-CR-00353**
(if known)

## REQUEST FOR CERTIFICATE OR COPY

1. Person making request **Dana Albrecht**   Telephone number **(603) 809-1097**

    Mailing address **131 Daniel Webster Hwy #235**

2. I request the following certificates or copies:

    ☐ Certificate of Name Change        Quantity _____ (photo ID copy required)

    ☐ Certificate of Appointment        Quantity _____ (photo ID copy required)

    ☐ Certificate of Adoption           Quantity _____ (See #3 below)

    ☑ Certified copy - list documents
    **6/21/2024 Financial Affidavit (Index #13)**   Quantity **1**
    **4/10/2025 Financial Affidavit**               Quantity **1**
    **(Documents are Sealed)**                      Quantity _____

    ☑ Plain copy – list documents
    **Same as above**                               Quantity **1**
    **1 plain and 1 certified copy of both documents**   Quantity _____

    ☐ Authenticated Packet              Quantity _____

    ☐ Other – explain   ☐ Foreign Country
    _____                            Quantity _____

3. For a Certificate of Adoption, please check one of the following:

    ☐ I am the adoptee identified in the certificate, and I am age 18 or older.

    ☐ I am the adoptive parent of the adoptee identified in the certificate, and this adoptee is under the age of 18.

    ☐ **Enclosed is a copy of my driver's license, or a photo ID**

4. For all requests, please check one of the following:

    ☑ I will pick up these certificates or copies.

    ☐ Please mail the certificates or copies to the address indicated in #1 above.

April 10, 2025                                  *[signature]*
Date                                            Signature

---

To be completed by Court Staff

Type of Proof of Identification provided _____

Amount paid: _____   Payment made by:  ☐ Check   ☐ Cash   ☐ Credit Card

Date sent or picked up: _____   Issued by: _____

NHJB-2420-DFP (05/17/2021)                      Page 1 of 1

# THE STATE OF NEW HAMPSHIRE
# JUDICIAL BRANCH
http://www.courts.state.nh.us

Court Name: **10th Circuit - District Division - Hampton**

Case Name: **State of New Hampshire v. Destinie L. Berard**

Case Number: **441-2024-CR-00353**
(if known)

## REQUEST FOR CERTIFICATE OR COPY

1. Person making request **Dana Albrecht**   Telephone number **(603) 809-1097**

   Mailing address **131 Daniel Webster Hwy #235, Nashua NH 03060**

2. I request the following certificates or copies:

   ☐ Certificate of Name Change   Quantity _____ (photo ID copy required)

   ☐ Certificate of Appointment   Quantity _____ (photo ID copy required)

   ☐ Certificate of Adoption   Quantity _____ (See #3 below)

   ☐ Certified copy - list documents
   _____   Quantity _____
   _____   Quantity _____
   _____   Quantity _____

   ☑ Plain copy – list documents
   **4/10/2025 Request for Lawyer Form**   Quantity **1**
   **Handwritten Request for Lawyer (Not Accepted)**   Quantity **1**

   ☐ Authenticated Packet   Quantity _____

   ☐ Other – explain   ☐ Foreign Country
   _____   Quantity _____

3. For a Certificate of Adoption, please check one of the following:

   ☐ I am the adoptee identified in the certificate, and I am age 18 or older.

   ☐ I am the adoptive parent of the adoptee identified in the certificate, and this adoptee is under the age of 18.

   ☐ **Enclosed is a copy of my driver's license, or a photo ID**

4. For all requests, please check one of the following:

   ☑ I will pick up these certificates or copies.

   ☐ Please mail the certificates or copies to the address indicated in #1 above.

April 10, 2025                                    *[signature]*
Date                                              Signature

---

To be completed by Court Staff

Type of Proof of Identification provided _____

Amount paid: _____   Payment made by: ☐ Check   ☐ Cash   ☐ Credit Card

Date sent or picked up: _____   Issued by: _____

NHJB-2420-DFP (05/17/2021)                        Page 1 of 1


**UNITED STATES POSTAL SERVICE**

April 11, 2025

Dear Dana Albrecht:

The following is in response to your request for proof of delivery on your item with the tracking number: **4200 3842 9581 7067 1176 5100 6382 89**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 11, 2025, 11:57 am |
| **Location:** | HAMPTON, NH 03842 |
| **Postal Product:** | Priority Mail Express 2-Day® |
| **Extra Services:** | PO to Addressee |
| | Signature Service |
| | Up to $100 insurance included |
| **Recipient Name:** | TRACY MEYER |
| **Actual Recipient Name:** | R FIORE |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 2.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 3 TIMBER SWAMP RD |
| **City, State ZIP Code:** | HAMPTON, NH 03842-1707 |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *Russell A. Fiore* / Russell A Fiore |
| Address of Recipient: | 3 Timber Swamp |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004