**Subject:** Request for Status – Copy Request Filed April 29, 2025 – State v. Berard, No. 441-2024-CR-00353
**From:** Dana Albrecht <dana.albrecht@hushmail.com>
**Date:** 5/2/25, 16:06
**To:** Tracy Meyer <TMeyer@courts.state.nh.us>
**CC:** Erin Creegan <ECreegan@courts.state.nh.us>, Dana Albrecht <dana.albrecht@hushmail.com>

Good afternoon Clerk Meyer,

On April 29, 2025, I submitted a request for copies of the following documents:

- Appointment of Counsel (#130), dated April 15, 2025
- Assented-to Motion to Continue (#132), dated April 16, 2025

Could you please advise on the status of this request and when I can expect to receive the copies?

For your reference, a copy of the original request is attached.

Thank you for your time and attention.

Sincerely,
Dana Albrecht

---

Attachments:

2025_04_29_Request_for_Copies.pdf                                    541 KB

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

RECEIVED
APR 29 2025
10th Circuit Court
Hampton - Family

Court Name: **10th Circuit - District Division - Hampton**

Case Name: **State of New Hampshire v. Destinie L. Berard**

Case Number: **441-2024-CR-00353**
(if known)

## REQUEST FOR CERTIFICATE OR COPY

1. Person making request **Dana Albrecht**   Telephone number **(603) 809-1097**

   Mailing address **131 Daniel Webster Hwy #235, Nashua, NH 03060**

2. I request the following certificates or copies:

   ☐ Certificate of Name Change       Quantity _____ (photo ID copy required)
   ☐ Certificate of Appointment       Quantity _____ (photo ID copy required)
   ☐ Certificate of Adoption          Quantity _____ (See #3 below)
   ☐ Certified copy - list documents
      _____     Quantity _____
      _____     Quantity _____
      _____     Quantity _____
   ☑ Plain copy – list documents
      **#130 - Appointment of Counsel**       Quantity **1**
      **#132 - Assented to Motion to Continue** Quantity **1**
   ☐ Authenticated Packet              Quantity _____
   ☐ Other – explain    ☐ Foreign Country
      _____     Quantity _____

3. For a Certificate of Adoption, please check one of the following:
   ☐ I am the adoptee identified in the certificate, and I am age 18 or older.
   ☐ I am the adoptive parent of the adoptee identified in the certificate, and this adoptee is under the age of 18.
   ☐ **Enclosed is a copy of my driver's license, or a photo ID**

4. For all requests, please check one of the following:
   ☐ I will pick up these certificates or copies.
   ☑ Please mail the certificates or copies to the address indicated in #1 above.

April 29, 2025                             [Signature]
Date                                       Signature

### To be completed by Court Staff

Type of Proof of Identification provided _____

Amount paid: _____   Payment made by:  ☐ Check   ☐ Cash   ☐ Credit Card

Date sent or picked up: _____   Issued by: _____

NHJB-2420-DFP (05/17/2021)                 Page 1 of 1