**Mr. Dana Albrecht**
131 Daniel Webster Hwy #235
Nashua, NH 03060

dana.albrecht@hushmail.com
+1 (603) 809-1097

May 8, 2025

Ms. Tracy A. Uhrin, Clerk of Court
U.S. District Court, District of New Hampshire
55 Pleasant Street, Room 110
Concord, NH 03301

Re:  *Albrecht v. Pendleton, et al.*
     1:25-cv-00093-SM-AJ

Dear Ms. Uhrin,

Enclosed for filing, please find copies of a fully executed *Waiver of the Service of Summons* returned by counsel Joseph A. Padolsky dated May 6, 2025 on behalf of the following defendants:

- Thomas W. Fowler
- Anthony King
- Patrick Szymkowski
- Town of Salisbury

Thank you for your time and assistance.

Sincerely,

Dana Albrecht
Encl.