**Subject:** Waiver of Service Deadlines and Potential Docket Discrepancies – Albrecht v. Pendleton, et al., No. 1:25-cv-00093-SM (D.N.H.)
**From:** Dana Albrecht <dana.albrecht@hushmail.com>
**Date:** 5/13/25, 22:57
**To:** "Samuel R.V. Garland" <samuel.rv.garland@doj.nh.gov>, Christopher Bond <christopher.g.bond@doj.nh.gov>
**CC:** Jill Tekin <jill.tekin@doj.nh.gov>, "Kylie A. Myrdek" <Kylie.a.myrdek@doj.nh.gov>, DOJ-CivilBureauCourts@doj.nh.gov, Dana Albrecht <dana.albrecht@hushmail.com>

Dear Attorneys Garland and Bond,

I am writing regarding the current status of several pending responses in *Albrecht v. Pendleton, et al.*, No. 1:25-cv-00093-SM (D.N.H.).

According to the waivers of service filed on the docket, a number of defendants represented by your office were served via waiver on **March 7, 2025**, triggering a **60-day deadline** under Fed. R. Civ. P. 4(d)(3), making the due date for a responsive pleading **May 6, 2025**. As of today's date, I have not seen any answer, motion to dismiss, or request for an extension filed on their behalf.

I also noticed that certain CM/ECF entries appear to reference a **service date of April 7, 2025**, rather than the actual postmarked or attested mailing date. This discrepancy may be attributable to a clerical error or data entry issue in CM/ECF. To avoid further confusion or potential prejudice, it may be worth reviewing and correcting the docket if necessary.

For your convenience, I've attached:

- A printout of the CM/ECF docket as it currently appears; and,

- A copy of the state court notice in *State v. Berard*, No. 441-2024-CR-00353, scheduling **trial** for **May 15, 2025**.

Given the connection between the two cases, including allegations in the federal complaint related to the circumstances of that upcoming hearing, the timing of any Rule 12 motion or responsive pleading is particularly significant.

I am happy to discuss stipulations or other cooperative resolutions, but I did want to raise the issue promptly and provide an opportunity to clarify the record and address any oversight. Please let me know how you wish to proceed.

Kind regards,

-Dana