# U.S. District Court
## District of New Hampshire (Concord)
## CIVIL DOCKET FOR CASE #: 1:25-cv-00093-SM

Albrecht v. NH Circuit Court, Judge et al  
Assigned to: Judge Steven J. McAuliffe  
Cause: 28:1983 Civil Rights  

Date Filed: 03/10/2025  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**Dana Albrecht**     represented by     **Dana Albrecht**  
131 Daniel Webster Hwy #235  
Nashua, NH 03060  
603 809-1097  
Email: dana.albrecht@hushmail.com  
PRO SE  

V.

**Defendant**

**NH Circuit Court, Judge**  
*in his official capacity*  
other  
John Pendleton  

represented by **Christopher George Bond**  
NH Attorney General's Office (DOJ)  
Department of Justice  
33 Capitol St  
Concord, NH 03301  
603-271-3643  
Fax: 603-271-2110  
Email: christopher.g.bond@doj.nh.gov  
*ATTORNEY TO BE NOTICED*  

**Defendant**

**Scott Murray**  
*solely in his official capacity as a referee pursuant to N.H. Rev. Stat. § 490-F:15 for the State of ) New Hampshire;*  

represented by **Christopher George Bond**  
(See above for address)  
*ATTORNEY TO BE NOTICED*  

**Defendant**

**NH Circuit Court, Administrative Judge**  
*in her official capacity*  
other  
Ellen Christo  

represented by **Christopher George Bond**  
(See above for address)  
*ATTORNEY TO BE NOTICED*  

**Defendant**

**NH Supreme Court, Chief Justice**  
*in his official capacity*  
other  
Gordon MacDonald  

represented by **Christopher George Bond**  
(See above for address)  
*ATTORNEY TO BE NOTICED*  

**Defendant**

**NH Supreme Court, Associate Justice**  
*in his official capacity*  

represented by **Christopher George Bond**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

*other*
Patrick E. Donovan

**Defendant**

| | |
|---|---|
| **Melissa Countway** | represented by **Christopher George Bond** |
| *solely in their official capacities as justices of the New Hampshire Supreme Court, and their successor(s) in office* | (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **NH Judicial Branch, General Counsel** | represented by **Christopher George Bond** |
| *in her official capacity* *other* Erin Creegan | (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **NH Circuit Court Clerk, 10th Circuit, District Division - Hampton, Clerk** | represented by **Christopher George Bond** |
| *in her official capacity* *other* Tracy Meyer | (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **24 Members of the New Hampshire Judicial Council** | represented by **Samuel R. V. Garland** |
| *solely in their official capacities as members of the council, and their successor(s) in office* | NH Attorney General's Office (Civil) Civil Bureau 33 Capitol St Concord, NH 03301-6397 603 271-3650 Email: samuel.rv.garland@doj.nh.gov *ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **NH Department of Administrative Services, Commissioner** | represented by **Samuel R. V. Garland** |
| *in his official capacity* *other* Charles Arlinghaus | (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **NH Public Defender's Office** | represented by **Linda M. Smith** |
| *a 501(c)(3) corporation* | Morrison Mahoney LLP 650 Elm St, Ste 201 Manchester, NH 03101 603-518-1971 Fax: 603-622-3466 Email: lsmith@morrisonmahoney.com *ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **NH Attorney General** | represented by **Samuel R. V. Garland** |
| *in his official capacity* *other* John Formella | (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

**John Ventura**
*solely in his official capacity as Police Prosecutor for the Town of Seabrook, New Hampshire, and his successor(s) in office*

represented by **Eric Alexander Maher**
Donahue Tucker & Ciandella PLLC
16 Acadia Ln
PO Box 630
Exeter, NH 03833
603 778-0686
Fax: 603 772-4454
Email: emaher@dtclawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Daniel Lawrence**
*solely in his official capacity as Sergeant for the Seabrook Police Department, and his successor(s) in office*

represented by **Eric Alexander Maher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kassandra Storms**
*in her official capacity as a patrol officer for the Seabrook Police Department*
agent of
Kassandra Kaminski

represented by **Eric Alexander Maher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Seabrook, NH, Town of**
*a municipal corporation in New Hampshire*

represented by **Eric Alexander Maher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Town of Salisbury MA Police Department, Chief**
*in his official capacity*

represented by **Douglas I. Louison**
Louison Costello Condon & Pfaff, LLP
10 Post Office Square
Ste 1330
Boston, MA 02109
617-439-0305
Fax: 617-439-0325
Email: dlouison@lccplaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph A. Padolsky**
Louison Costello Condon & Pfaff, LLP
10 Post Office Square
Ste 1330
Boston, MA 02109
617-439-0305
Fax: 617-439-0325
Email: jpadolsky@lccplaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Liam D. Scully**
Scully Law Office
10 Post Office Square
Suite 1330

        Boston, MA 02109
        617-307-5056
        Email: liamdscully@aol.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Anthony King**
*in his official capacity as former Lieutenant of the Police Department for the Town of Salisbury, Massachusetts*

represented by **Douglas I. Louison**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph A. Padolsky**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Liam D. Scully**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Patrick Szymkowski**
*solely in his official capacity as a patrol officer of the Police Department for the Town of Salisbury, Massachusetts, and his successor(s) in office*

represented by **Douglas I. Louison**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph A. Padolsky**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Liam D. Scully**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Salisbury, Town of, MA**
*a municipal corporation in Massachusetts*

represented by **Douglas I. Louison**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph A. Padolsky**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Liam D. Scully**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**NH Supreme Court, Associate Justice**
*in his official capacity*
*other*
James Bassett

represented by **Christopher George Bond**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| NH Supreme Court, Associate Justice<br>*In her individual capacity*<br>other<br>Anna Barbara Hantz Marconi | represented by | **Christopher George Bond**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Joinder Party**

| | | |
|---|---|---|
| **Destinie L. Berard** | represented by | **Destinie L. Berard**<br>46 Pond Street<br>Georgetown, MA 01833<br>978-518-0765<br>*PRO SE* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/05/2025 | 1 | COMPLAINT against 24 Members of the New Hampshire Judicial Council, Charles Arlinghaus, James P. Bassett, Ellen Christo, Melissa Countway, Erin Creegan, Patrick E. Donovan, John Formella, Thomas W. Fowler, Anna Barbara Hantz Marconi, Anthony King, Daniel Lawrence, Gordon MacDonald, Tracy Meyer, Scott Murray, NH Public Defender's Office, John Pendleton, Salisbury, Town of, MA, Seabrook, NH, Town of, Kassandra Storms (a/k/a Kaminski), Patrick Szymkowski, John Ventura with Jury Demand ( Filing fee $ 405.00 receipt number 2026) filed by Dana Albrecht. (Attachments: # 1 Civil Cover Sheet)(jmb) (Entered: 03/10/2025) |
| 03/05/2025 | 2 | Motion to Participate in Electronic Filing filed by Dana Albrecht.(jmb) (Entered: 03/10/2025) |
| 03/05/2025 | | Case assigned to Judge Steven J. McAuliffe and US Magistrate Judge Andrea K Johnstone. The case designation is: 1:25-cv-93-SM-AJ. Please show this number with the judge designation on all future pleadings. (jmb) (Entered: 03/10/2025) |
| 03/05/2025 | | NOTICE. This case has been designated for Electronic Case Filing. All further submissions shall be filed in compliance with the Administrative Procedures for Electronic Case Filing. Pro se litigants are not required to file electronically and may continue to file documents in paper format. Persons filing electronically are strongly encouraged to complete the interactive training modules available on the courts website. To access these modules, click HERE. (jmb) (Entered: 03/10/2025) |
| 03/10/2025 | | **ENDORSED ORDER granting 2 Motion to Participate in Electronic Filing. *Text of Order: Granted.* So Ordered by US Magistrate Judge Andrea K Johnstone.(jmb)** (Entered: 03/10/2025) |
| 03/11/2025 | 3 | WAIVER OF SERVICE Returned Executed as to Dana Albrecht by Dana Albrecht. Served/Mailed on 3/7/2025. Answer Follow Up on 5/9/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit 1 - John Pendleton - Request to Waive Service, # 2 Exhibit 2 - Scott Murray - Request to Waive Service, # 3 Exhibit 3 - Ellen Christo - Request to Waive Service, # 4 Exhibit 4 - Gordon MacDonald - Request to Waive Service, # 5 Exhibit 5 - James P. Bassett - Request to Waive Service, # 6 Exhibit 6 - Anna Barbara Hanz Marconi - Request to Waive Service, # 7 Exhibit 7 - Patrick E. Donovan - Request to Waive Service, # 8 Exhibit 8 - Melissa Countway - Request to Waive Service, # 9 Exhibit 9 - Erin Creegan - Request to Waive Service, # 10 Exhibit 10 - Tracy Meyer - Request to Waive Service, # 11 Exhibit 11 - 24 Members of the NH Judicial Council - Request to Waive Service, # 12 Exhibit 12 - Charles M. Arlinghaus - Request to Waive Service, # 13 Exhibit 13 - New Hampshire Public Defender - Request to Waive Service, # 14 Exhibit 14 - John Formella - Request to Waive Service, # 15 Exhibit 15 - John Ventura - Request to Waive Service, # 16 Exhibit 16 - Daniel Lawrence - Request to Waive Service, # 17 Exhibit 17 - Kassandra Storms (a/k/a Kaminski) - Request to Waive Service, # 18 Exhibit 18 - Town of Seabrook - Request to Waive Service, # 19 Exhibit 19 - Thomas W. Fowler - Request to Waive Service, # |

| | | |
|---|---|---|
| | 20 | Exhibit 20 - Anthony King - Request to Waive Service, # 21 Exhibit 21 - Patrick Szymkowski - Request to Waive Service, # 22 Exhibit 22 - Town of Salisbury - Request to Waive Service)(Albrecht, Dana) (Entered: 03/11/2025) |
| 03/13/2025 | 4 | REQUEST FOR ISSUANCE OF SUMMONS/WAIVER by Dana Albrecht (Attachments: # 1 Exhibit 1 - Email from Nicole Reilly, Esq., # 2 Summons - Waiver Form AO 440)(Albrecht, Dana) (Entered: 03/13/2025) |
| 03/14/2025 | 5 | Summons issued electronically as to Patrick Szymkowski. **NOTICE: Counsel shall print and serve the summons(es) and all attachments in accordance with Fed. R. Civ. P. 4.** (Attachments: # 1 Notice ECF)(lw) (Entered: 03/14/2025) |
| 03/18/2025 | 6 | NOTICE of Attorney Appearance by Eric Alexander Maher on behalf of John Ventura, Daniel Lawrence, Kassandra Storms, Seabrook, NH, Town of Attorney Eric Alexander Maher added to party John Ventura(pty:dft), Attorney Eric Alexander Maher added to party Daniel Lawrence(pty:dft), Attorney Eric Alexander Maher added to party Kassandra Storms(pty:dft), Attorney Eric Alexander Maher added to party Seabrook, NH, Town of(pty:dft).(Maher, Eric) (Entered: 03/18/2025) |
| 03/24/2025 | 7 | WAIVER OF SERVICE Returned Executed as to NH Public Defender's Office by NH Public Defender's Office. Attorney Linda M. Smith added to party NH Public Defender's Office(pty:dft). Served/Mailed on 3/7/2025. Answer Follow Up on 5/9/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Smith, Linda) (Entered: 03/24/2025) |
| 03/24/2025 | 8 | NOTICE of Attorney Appearance by Linda M. Smith on behalf of NH Public Defender's Office (Smith, Linda) (Entered: 03/24/2025) |
| 04/02/2025 | 9 | Return of Service Executed as to Patrick Szymkowski by Dana Albrecht. Served/Mailed on 3/21/2025. Answer Follow Up on 4/11/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit 1 - Return of Service for Patrick Szymkowski)(Albrecht, Dana) (Entered: 04/02/2025) |
| 04/04/2025 | 10 | WAIVER OF SERVICE Returned Executed as to Daniel Lawrence, Kassandra Storms, John Ventura by Dana Albrecht. Served/Mailed on 3/7/2025. Answer Follow Up on 5/9/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit 1 - Waiver of Service for John Ventura, # 2 Exhibit 2 - Waiver of Service for Kassandra Storms (a/k/a Kaminski), # 3 Exhibit 3 - Waiver of Service for Daniel Lawrence)(Albrecht, Dana) (Entered: 04/04/2025) |
| 04/04/2025 | 11 | WAIVER OF SERVICE Returned Executed as to Seabrook, NH, Town of by Dana Albrecht. Served/Mailed on 3/10/2025. Answer Follow Up on 5/12/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit 1 - Waiver of Service for Town of Seabrook, NH)(Albrecht, Dana) (Entered: 04/04/2025) |
| 04/08/2025 | 12 | **REPORT AND RECOMMENDATION re: 1 Complaint, recommending that the district judge dismiss this case based on lack of subject matter jurisdiction. Follow up on Objections to R&R on 4/22/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). So Ordered by US Magistrate Judge Andrea K Johnstone.**(lw) (Entered: 04/08/2025) |
| 04/08/2025 | 13 | WAIVER OF SERVICE Returned Executed as to NH Department of Administrative Services, Commissioner by NH Department of Administrative Services, Commissioner. Attorney Samuel R. V. Garland added to party NH Department of Administrative Services, Commissioner(pty:dft). Served/Mailed on 4/7/2025. Answer Follow Up on 6/9/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Garland, Samuel) (Entered: 04/08/2025) |

| | | |
|---|---|---|
| 04/08/2025 | 14 | **REPLACED - See doc. no. 19.** WAIVER OF SERVICE Returned Executed as to NH Circuit Court, Judge, Scott Murray, NH Circuit Court, Administrative Judge by NH Circuit Court, Judge, Scott Murray, NH Circuit Court, Administrative Judge. Attorney Samuel R. V. Garland added to party Scott Murray(pty:dft), Attorney Samuel R. V. Garland added to party NH Circuit Court, Administrative Judge(pty:dft), Attorney Samuel R. V. Garland added to party NH Circuit Court, Judge(pty:dft). Served/Mailed on 4/7/2025. Answer Follow Up on 6/9/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Garland, Samuel) Modified on 4/11/2025 to add: replaced text (lw). (Entered: 04/08/2025) |
| 04/08/2025 | 15 | **REPLACED - See doc. no. 20.** WAIVER OF SERVICE Returned Executed as to NH Judicial Branch, General Counsel, NH Circuit Court Clerk, 10th Circuit, District Division - Hampton, Clerk by NH Judicial Branch, General Counsel, NH Circuit Court Clerk, 10th Circuit, District Division - Hampton, Clerk. Attorney Samuel R. V. Garland added to party NH Circuit Court Clerk, 10th Circuit, District Division - Hampton, Clerk(pty:dft), Attorney Samuel R. V. Garland added to party NH Judicial Branch, General Counsel(pty:dft). Served/Mailed on 4/7/2025. Answer Follow Up on 6/9/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Garland, Samuel) Modified on 4/11/2025 to add: replaced text (lw). (Entered: 04/08/2025) |
| 04/08/2025 | 16 | WAIVER OF SERVICE Returned Executed as to NH Attorney General by NH Attorney General. Attorney Samuel R. V. Garland added to party NH Attorney General(pty:dft). Served/Mailed on 4/7/2025. Answer Follow Up on 6/9/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Garland, Samuel) (Entered: 04/08/2025) |
| 04/08/2025 | 17 | WAIVER OF SERVICE Returned Executed as to 24 Members of the New Hampshire Judicial Council by 24 Members of the New Hampshire Judicial Council. Attorney Samuel R. V. Garland added to party 24 Members of the New Hampshire Judicial Council(pty:dft). Served/Mailed on 4/7/2025. Answer Follow Up on 6/9/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Garland, Samuel) (Entered: 04/08/2025) |
| 04/08/2025 | 18 | **REPLACED - See doc. no. 21.** WAIVER OF SERVICE Returned Executed as to NH Supreme Court, Associate Justice(in his official capacity), Melissa Countway, NH Supreme Court, Chief Justice by NH Supreme Court, Associate Justice(in his official capacity), Melissa Countway, NH Supreme Court, Chief Justice. Attorney Samuel R. V. Garland added to party Melissa Countway(pty:dft), Attorney Samuel R. V. Garland added to party NH Supreme Court, Associate Justice(pty:dft), Attorney Samuel R. V. Garland added to party NH Supreme Court, Associate Justice(pty:dft), Attorney Samuel R. V. Garland added to party NH Supreme Court, Chief Justice(pty:dft). Served/Mailed on 4/7/2025. Answer Follow Up on 6/9/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Garland, Samuel) Modified on 4/11/2025 to add: replaced text (lw). (Entered: 04/08/2025) |
| 04/08/2025 | | NOTICE of ECF Filing Errors re: 14 Waiver of Service Executed, 15 Waiver of Service Executed, 18 Waiver of Service Executed.<br><br>*The login and password used must equal the /s/ name on the pleading.*<br><br>NO ACTION REQUIRED - FOR INFORMATIONAL PURPOSES ONLY AND MERELY INTENDED TO EDUCATE ALL PARTIES IN THE CASE. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603-225-1423.(lw) (Entered: 04/08/2025) |
| 04/11/2025 | 19 | WAIVER OF SERVICE Returned Executed as to NH Circuit Court, Judge, Scott Murray, NH Circuit Court, Administrative Judge, NH Circuit Court Clerk, 10th Circuit, |

| | | |
|---|---|---|
| | | District Division - Hampton, Clerk *Replaces Document 14* by NH Circuit Court, Judge, Scott Murray, NH Circuit Court, Administrative Judge, NH Circuit Court Clerk, 10th Circuit, District Division - Hampton, Clerk. Attorney Christopher George Bond added to party Scott Murray(pty:dft), Attorney Christopher George Bond added to party NH Circuit Court Clerk, 10th Circuit, District Division - Hampton, Clerk(pty:dft), Attorney Christopher George Bond added to party NH Circuit Court, Administrative Judge(pty:dft), Attorney Christopher George Bond added to party NH Circuit Court, Judge(pty:dft).(Bond, Christopher) (Entered: 04/11/2025) |
| 04/11/2025 | 20 | WAIVER OF SERVICE Returned Executed as to NH Judicial Branch, General Counsel, NH Circuit Court Clerk, 10th Circuit, District Division - Hampton, Clerk *Replaces Document 15* by NH Judicial Branch, General Counsel, NH Circuit Court Clerk, 10th Circuit, District Division - Hampton, Clerk. Attorney Christopher George Bond added to party NH Judicial Branch, General Counsel(pty:dft).(Bond, Christopher) (Entered: 04/11/2025) |
| 04/11/2025 | 21 | WAIVER OF SERVICE Returned Executed as to NH Supreme Court, Associate Justice(in his official capacity), NH Supreme Court, Associate Justice(In her individual capacity), Melissa Countway, NH Supreme Court, Chief Justice *Replaces Document 18* by NH Supreme Court, Associate Justice(in his official capacity), NH Supreme Court, Associate Justice(In her individual capacity), Melissa Countway, NH Supreme Court, Chief Justice. Attorney Christopher George Bond added to party Melissa Countway(pty:dft), Attorney Christopher George Bond added to party NH Supreme Court, Associate Justice(pty:dft), Attorney Christopher George Bond added to party NH Supreme Court, Associate Justice(pty:dft), Attorney Christopher George Bond added to party NH Supreme Court, Associate Justice(pty:dft), Attorney Christopher George Bond added to party NH Supreme Court, Chief Justice(pty:dft).(Bond, Christopher) (Entered: 04/11/2025) |
| 04/16/2025 | 22 | Assented to MOTION for Douglas I. Louison to Appear Pro Hac Vice (Filing fee $ 100, Receipt # ANHDC-2624446.) filed by Anthony King, Salisbury, Town of, MA, Patrick Szymkowski, Town of Salisbury MA Police Department, Chief. Attorney Liam D. Scully added to party Anthony King(pty:dft), Attorney Liam D. Scully added to party Salisbury, Town of, MA(pty:dft), Attorney Liam D. Scully added to party Patrick Szymkowski(pty:dft), Attorney Liam D. Scully added to party Town of Salisbury MA Police Department, Chief(pty:dft). (Attachments: # 1 Exhibit (Affidavit) AFFIDAVIT OF DOUGLAS I. LOUISON)(Scully, Liam) (Entered: 04/16/2025) |
| 04/16/2025 | 23 | Assented to MOTION for Joseph A. Padolsky to Appear Pro Hac Vice (Filing fee $ 100, Receipt # CNHDC-2624460.) filed by Anthony King, Salisbury, Town of, MA, Patrick Szymkowski, Town of Salisbury MA Police Department, Chief. (Attachments: # 1 Exhibit (Affidavit) AFFIDAVIT OF JOSEPH A. PADOLSKY)(Scully, Liam) (Entered: 04/16/2025) |
| 04/17/2025 | 24 | MOTION for Permissive Joinder Pursuant to Fed.R.Civ.P. 20(a)(1) filed by Destinie L. Berard. Follow up on Objection on 5/1/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(lw) (Entered: 04/18/2025) |
| 04/17/2025 | 25 | Motion to Participate in Electronic Filing filed by Destinie L. Berard. Follow up on Objection on 5/1/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(lw) (Entered: 04/18/2025) |
| 04/21/2025 | | **ENDORSED ORDER granting 22 Assented to Motion for Douglas I. Louison to Appear Pro Hac Vice; granting 23 Assented to Motion for Joseph A. Padolsky to Appear Pro Hac Vice.** *Text of Order: Granted. Local counsel shall comply with all obligations required by L.R. 83.2(b) absent order of the court.* **So Ordered by Judge Steven J. McAuliffe.**<br><br>**The clerks office will provide the admitted attorney with instructions on how to obtain access to electronic filing by separate email. The admitted attorney must** |

| | | |
|---|---|---|
| | | have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of New Hampshire. **After obtaining e-filing access, the admitted attorney must file an appearance to begin receiving electronic notices.**(lw) (Entered: 04/21/2025) |
| 04/21/2025 | 26 | Partially Assented to MOTION to Extend Time to Object/Respond to 12 REPORT AND RECOMMENDATION re 1 Complaint,,, recommending the district judge should dismiss this case based on lack of subject matter jurisdiction.. to May 6, 2025 filed by Dana Albrecht.Follow up on Objection on 5/5/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit 1 - Email to opposing counsel (April 17, 2025))(Albrecht, Dana) (Entered: 04/21/2025) |
| 04/22/2025 | 27 | NOTICE of Attorney Appearance by Douglas I. Louison on behalf of Anthony King, Salisbury, Town of, MA, Patrick Szymkowski, Town of Salisbury MA Police Department, Chief Attorney Douglas I. Louison added to party Anthony King(pty:dft), Attorney Douglas I. Louison added to party Salisbury, Town of, MA(pty:dft), Attorney Douglas I. Louison added to party Patrick Szymkowski(pty:dft), Attorney Douglas I. Louison added to party Town of Salisbury MA Police Department, Chief(pty:dft). (Louison, Douglas) (Entered: 04/22/2025) |
| 04/24/2025 | 28 | NOTICE of Attorney Appearance by Joseph A. Padolsky on behalf of Anthony King, Salisbury, Town of, MA, Patrick Szymkowski, Town of Salisbury MA Police Department, Chief Attorney Joseph A. Padolsky added to party Anthony King(pty:dft), Attorney Joseph A. Padolsky added to party Salisbury, Town of, MA(pty:dft), Attorney Joseph A. Padolsky added to party Patrick Szymkowski(pty:dft), Attorney Joseph A. Padolsky added to party Town of Salisbury MA Police Department, Chief(pty:dft). (Padolsky, Joseph) (Entered: 04/24/2025) |
| 04/25/2025 | | **ENDORSED ORDER granting 26 Partially Assented to Motion to Extend Time to Object/Respond re 12 Report and Recommendation. *Text of Order: Granted.* So Ordered by Judge Steven J. McAuliffe. Follow up on Objection on 5/6/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(lw)** (Entered: 04/25/2025) |
| 04/28/2025 | 29 | MOTION to Extend Time to Answer to 6/9/2025 filed by NH Public Defender's Office.Follow up on Objection on 5/12/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Smith, Linda) (Entered: 04/28/2025) |
| 05/05/2025 | 30 | NOTICE of Notice of Supplemental Authorities by Dana Albrecht. (Attachments: # 1 Exhibit 1 - Motion to Recuse Chief Justice Gordon MacDonald, State v. Berard, No. 2025-0129 (filed Apr. 7, 2025), # 2 Exhibit 2 - Interview Transcript of Chief Justice Gordon MacDonald (Aug. 2, 2024), # 3 Exhibit 3 - Verified Motion to Recuse Chief Justice MacDonald, In re Hantz Marconi, No. LD-2024-0014 (filed Oct. 23, 2024), # 4 Exhibit 4 - Indictment: Attempt to Commit Improper Influence (N.H. Rev. Stat. §§ 629:1, I; 640:3, I(b)), # 5 Exhibit 5 - Indictment: Criminal Solicitation of Improper Influence (N.H. Rev. Stat. §§ 629:2, I; 640:3, I(b)), # 6 Exhibit 6 - Indictment: Official Oppression (N.H. Rev. Stat. § 643:1), # 7 Exhibit 7 - Indictment: Criminal Solicitation of Official Oppression (N.H. Rev. Stat. §§ 629:2, I; 643:1), # 8 Exhibit 8 - Indictment: Obstructing Government Administration (N.H. Rev. Stat. § 642:1, I), # 9 Exhibit 9 - Indictment: Criminal Solicitation of Misuse of Position (re: Steve Duprey) (N.H. Rev. Stat. §§ 629:2, I; 21-G:23, I), # 10 Exhibit 10 - Indictment: Criminal Solicitation of Misuse of Position (re: Governor Sununu) (N.H. Rev. Stat. §§ 629:2, I; 21-G:23, I)) (Albrecht, Dana) (Entered: 05/05/2025) |
| 05/06/2025 | 31 | MOTION to Dismiss for Failure to State a Claim filed by NH Public Defender's Office.Follow up on Objection on 5/20/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit Docket Summary, # 2 Exhibit Appointment of Counsel, # 3 Exhibit (Affidavit) Affidavit of Margaret Kettles)(Smith, Linda) (Entered: 05/06/2025) |
| 05/06/2025 | 32 | Partially Assented to MOTION to Extend Time to Object/Respond to 12 REPORT AND RECOMMENDATION re 1 Complaint,,, recommending the district judge should dismiss this case based on lack of subject matter jurisdiction.. to May 20, 2025 filed by Dana Albrecht.Follow up on Objection on 5/20/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit 1 - Copy Request Received April 11, 2025, # 2 Exhibit 2 - Copy Request Received April 29, 2025 with Email Follow-Up)(Albrecht, Dana) (Entered: 05/06/2025) |
| 05/08/2025 | 33 | WAIVER OF SERVICE Returned Executed as to Anthony King, Salisbury, Town of, MA, Patrick Szymkowski, Town of Salisbury MA Police Department, Chief by Dana Albrecht. Served/Mailed on 3/9/2025. Answer Follow Up on 5/12/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit 1 - Waiver of Service for Thomas W. Fowler, # 2 Exhibit 2 - Waiver of Service for Anthony King, # 3 Exhibit 3 - Waiver of Service for Patrick Szymkowski, # 4 Exhibit 4 - Waiver of Service for Town of Salisbury)(Albrecht, Dana) (Entered: 05/08/2025) |
| 05/09/2025 | 34 | MOTION to Dismiss for Failure to State a Claim filed by Anthony King, Salisbury, Town of, MA, Patrick Szymkowski, Town of Salisbury MA Police Department, Chief.Follow up on Objection on 5/23/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Memorandum of Law Memorandum of Law)(Padolsky, Joseph) (Entered: 05/09/2025) |
| 05/12/2025 | 35 | MOTION to Dismiss filed by Daniel Lawrence, Seabrook, NH, Town of, Kassandra Storms, John Ventura.Follow up on Objection on 5/27/2025. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Maher, Eric) (Entered: 05/12/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/13/2025 22:17:49 | | | |
| **PACER Login:** | dalbrecht | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:25-cv-00093-SM |
| **Billable Pages:** | 11 | **Cost:** | 1.10 |