NOWCAST                                         Watch on Demand ▶



Manchester, NH  03101                           ‹  1 / 1  ›   ⏸

66°   Showers in Vicinity   61%    



# Domestic violence survivor testifies in hopes of changing way court system works

Lindsay Smith says judge denied restraining order before she was shot

Updated: 11:19 PM EDT Sep 12, 2023

Editorial Standards ⓘ

**Arielle Mitropoulos** f 𝕏
News Anchor/Reporter

**MANCHESTER, N.H.** — A woman who survived being shot in the head by her ex-boyfriend in an attempted murder-suicide testified Tuesday before a New Hampshire legislative committee.

Lindsay Smith was 33 years old when she was shot in 2021 by her ex-boyfriend, Richard Lorman, outside her workplace in Salem, Massachusetts.

"And emptied most of his magazine, trying to murder me at close range, as I pleaded on my knees for my life," Smith said.

He then shot and killed himself.

Smith told her story to a legislative committee that's looking at the family division of the circuit court.

"Despite my seven brain surgeries, and year-and-a-half hospitalization, my skull, jaw, and spine, are still smattered with bullet fragments," Smith said.

Prior to the shooting, Smith had lived with Lorman in Hampton, New Hampshire. Smith said she had asked a judge to extend a restraining order she had been granted against Lorman, but it was denied, and a judge told her Lorman wasn't a threat to her.

In her testimony Tuesday, Smith said that if a restraining order had been granted, Lorman wouldn't have been able to buy a gun.

"The domestic violence that I endured and survived was criminal, and it should have been treated as such. I did not know that then," she said. "If it had been in criminal court, my abuser would have had to show up to defend himself."

Legal expert Patricia LaFrance was on the Domestic Violence Task Force the state formed after the shooting.

"The people who work in the field, we try our best to make sure that people are protected," LaFrance said.

She said some changes have been made, but there is still work to be done around owning guns when having a restraining order against you.

"It's very scary when something like that happens," LaFrance said.

In the wake of the shooting, the state's judicial branch reviewed the judge's ruling and concluded that the judge acted appropriately, but recommended changing the law so that more support can be provided to survivors.

Case 1:25-cv-00093-SM    Document 39-3    Filed 06/20/25    Page 3 of 3