

Wakefield Police Department
Arrest Report

Page: 1
07/22/2020

Arrest #: 17-69-AR
Call #: 17-3533

Date/Time Reported: 04/11/2017 @ 2236
Arrest Date/Time: 04/12/2017 @ 2311
Booking Date/Time: 04/12/2017 @ 2327
Involves: Domestic Violence
TN #: H040172760
Court: 3rd Circuit, District Division Ossipee
Court Date: 08/24/2017 @ 0800
Reporting Officer: Patrol Christopher Waldron
Approving Officer: Lieutenant John Ventura

Signature: _____

Signature: _____



| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | BERLIND, CHRISTINE E<br>143 MEADOW ST Apt. #3<br>WAKEFIELD NH 03872 | F | * | 32 | ********** | ************ |

Military Active Duty: N
DOB: **********  PLACE OF BIRTH: ************************
LICENSE NUMBER: ************************  ETHNICITY: *******

_____[RIGHTS/BOOKING CHECKS]_____

PHONE USED: N
ARRESTEE SECURED: N

FINGERPRINTED: Y
PHOTOGRAPHED: Y
SUICIDE CHECK: Not Performed
PERSONS: State&Federal
NCIC VEHICLE CHECK: Not Performed
INJURY OR ILLNESS: N

| # | OFFENSE(S) | ATTEMPTED | TYPE | CLASS |
|---|---|---|---|---|

LOCATION TYPE: Residence/Home/Apt./Condo    Zone: SANBORNVILLE
143 MEADOW ST Apt. #3
WAKEFIELD NH 03872

| 1 | DOMESTIC VIOLENCE; ASSAULT | N | Misdemeanor | A |
|---|---|---|---|---|
|   | 631    2-B | I,A  A |   |   |

OCCURRED: 04/11/2017   2236
WEAPON/FORCED USED: Personal Weapons (Hands/Feet/Etc)

| 2 | SIMPLE ASSAULT | N | Misdemeanor | A |
|---|---|---|---|---|
|   | 631    2-A | A |   |   |

OCCURRED: 04/11/2017   2236
WEAPON/FORCED USED: Personal Weapons (Hands/Feet/Etc)

Case 1:25-cv-00093-SM    Document 39-4    Filed 06/20/25    Page 2 of 3

```
               Wakefield Police Department                     Page: 2
                      Arrest Report                          07/22/2020

                  Arrest #: 17-69-AR
                  Call   #: 17-3533
```

```
# VICTIM(S)                                    SEX  RACE  AGE   SSN           PHONE

1  KINNEY, ANTHONY P                            M    *    43   ***********  ************
   341 MEADOW ST Apt. #3
   WAKEFIELD NH 03872

   DOB: *******************************
   EMPLOYER: *****************************  .  ************
   INJURIES: None
   ETHNICITY: ********************
   RESIDENT STATUS: Resident
   VICTIM CONNECTED TO OFFENSE NUMBER(S): 1    2

# PERSON(S)                     PERSON TYPE     SEX  RACE  AGE   SSN           PHONE

1  GAGNE, PAULA                 REPORTING PARTY  F    W   58    NOT AVAIL    ************
   143 MEADOW ST Apt. #4
   WAKEFIELD NH 03872
   DOB: **********


2  MILTON, POLICE D             OTHER            M    W   00    NOT AVAIL    ************
   7 TOWNHOUSE RD   (PO BOX 556
   MILTON NH 03851
   DOB: NOT AVAIL

   *****************************
   EMPLOYER: *****************************  .  ************

3  WOLFEBORO, POLICE D          OTHER            M    W   00    NOT AVAIL    ************
   MAIN ST      PO BOX 1689
   WOLFEBORO NH 03894
   DOB: NOT AVAIL

   ****************************
   EMPLOYER: *****************************  .  ************
```

```
                  Wakefield Police Department                        Page: 1
                 NARRATIVE FOR PATROL CHRISTOPHER M WALDRON
                      Ref: 17-69-AR
       Entered: 04/12/2017 @ 0110      Entry ID: 0019
       Modified: 04/14/2017 @ 0831     Modified ID: 1524
       Approved: 04/14/2017 @ 0831     Approval ID: 1524
```

Officer Chris Waldron
4/11/17 17-69-AR

On 4/11/17 at 10:36PM I responded to a disturbance at #143 Meadow Street apartment #3 in Wakefield. Officer Emerson from the Wolfeboro PD and Officer Nirgianakis from the Milton PD responded as well under mutual aid.

A male, later identified as Anthony Kinney, answered the door to apartment #3. Anthony allowed me inside to speak. A woman, later identified as Christine Berlind, sat on a couch inside the apartment. Anthony said they had an argument this evening but there was no issue as it was not a big deal. His demeanor was agitated and defensive. Officer Emerson arrived on scene during this time, I spoke to Anthony outside while Officer Emerson spoke to Christine inside.

Anthony said Christine is his fiance and she lives at the apartment with him and their four small children. He said the kids have been asleep in bed for hours and weren't present during the argument. Anthony suspects Christine is cheating on him and he brought the issue up this evening in the apartment. Christine took offense to the accusation and an argument ensued. Anthony said he pointed at Christine and accused her of cheating on him and that 'struck a nerve'. I asked him to elaborate on what that means, he said Christine slapped him across the face. He said he did not retaliate and did not assault her at any point. Officer Nirgianakis arrived on scene during this time and spoke with Anthony as I went inside and spoke to Christine.

Christine said the argument tonight happened because Anthony accused her of cheating on him. She said she would never do that to him or their family and his words made her lose control. I asked her if she slapped him across the face and she said she did. I asked her to describe the slap and she said he pointed at her and she slapped him with her right hand across his left cheek. She said Anthony did not retaliate and she was not assaulted.

I spoke with Anthony again outside. His left cheek was red, I asked if Christine was a righty and that she slapped his left cheek with her right hand and he said yes. He said he did not want charges and refused to cooperate with a picture of his left cheek. I offered DV rights paperwork and inquired if he would answer LAP screen questions, he refused all services. I went inside and told Christine she was under arrest for DV Assault and Simple Assault. Officer Emerson placed Christine in a waist belt restraint and sat her in my cruiser. Anthony was agitated by Christine's arrest, I informed him of his right to petition the Carroll County Courthouse to amend Christine's forthcoming bail conditions.

I transported Christine to the Carroll County Jail where she was booked. I read Christine the Bail Determination Form and she requested the services of a Bail Commissioner. I requested $1000 Personal Recognizance bail with an Ossipee District court date 5/18/17 at 8AM.

End of narrative

                        ** Portions of this report have been redacted **