```
                                                                    1

 1                         STATE OF NEW HAMPSHIRE

 2           3RD CIRCUIT COURT - DISTRICT DIVISION - OSSIPEE

 3
                                     ) District Division Case No.
 4   STATE OF NEW HAMPSHIRE,          ) 464-2017-CR-00430
                                     )
 5            Complainant,            ) Ossipee, New Hampshire
                                     ) August 24, 2017
 6        vs.                         ) 2:27 p.m.
                                     )
 7   CHRISTINE E. BERLIND,            )
                                     )
 8            Defendant.              )
     _____ )
 9
                 HEARING ON SENTENCING AND DISPOSITION
10            BEFORE THE HONORABLE CHARLES GREENHAULGH
           JUDGE OF THE CIRCUIT COURT - DISTRICT DIVISION
11
     APPEARANCES:
12
     For the State:              Wakefield Police Department
13                               2017 Wakefield Road
                                 Wakefield, NH 03872
14
     For the Defendant:          Stanley M. Hawthorne, Esq.
15                               124 Tandberg Trail
                                 Suite 221
16                               Windham, ME 04062

17   Audio Operator:             Electronically Recorded
                                 **Not Monitored**
18
     TRANSCRIPTION COMPANY:      eScribers, LLC
19                               7227 N. 16th Street, Suite 207
                                 Phoenix, AZ 85020
20                               (800) 257-0885
                                 www.escribers.net
21
     Proceedings recorded by electronic sound recording; transcript
22   produced by court-approved transcription service.

23

24

25
```



1      (Proceedings commence at 2:27 p.m.)

2              THE COURT:  And gentlemen, it looks like we have
3 negotiated disposition.  Okay.  It's going to be placed on
4 trial without a finding.  Is that it?  Is it subject --

5              UNIDENTIFIED STATE ATTORNEY:  Yes.  We're placing
6 her for a one good year behavior, Your Honor, for the simple
7 assault --

8              THE COURT:  One year good behavior.

9              UNIDENTIFIED STATE ATTORNEY:  -- and the domestic
10 violence charge has been nolle prossed.

11             THE COURT:  Okay, all right.  Counsel?

12             MR. HAWTHORNE:  That's our understanding, Your
13 Honor.

14             THE COURT:  All right.  Then I'll approve that.  And
15 we're going to vacate the no contact order.

16             All right, then.  She's all set.

17             MR. HAWTHORNE:  Thank you very much.

18             THE COURT:  Thank you.

19       (Proceedings concluded at 2:28 p.m.)

20

21

22

23

24

25



CERTIFICATE

I, TreLinda Wilson, a court-approved proofreader, do hereby certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter, to the best of my professional skills and abilities.

TRANSCRIPTIONIST(S):   TreLinda Wilson, CDLT-148

TreLinda Wilson    Digitally signed by TreLinda Wilson
Date: 2023.04.19 16:27:00 -07'00'

TRELINDA WILSON, CDLT-148                          April 18, 2023
Proofreader

