# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

### ORDER

### LD-2018-0005, In the Matter of Paul S. Moore, Esquire

On May 4, 2018, the Attorney Discipline Office (ADO) filed a certified copy of documents in State of New Hampshire v. Paul S. Moore, showing that the respondent, Attorney Paul S. Moore, had pleaded guilty and was convicted of violating RSA 100-C:16, Protection Against Fraud, a class B felony. On May 9, 2018, the court suspended the respondent from the practice of law on an interim basis.

The respondent's conviction for violating RSA 100-C:16 constitutes a "serious crime," as that term is defined in Supreme Court Rule 37(9)(b). Subparagraph 9(d) of Rule 37 provides that "[u]pon the receipt of a certificate of conviction of an attorney for a 'serious crime,' the court may, and shall if suspension has been ordered pursuant to subsection (a) above, institute a formal disciplinary proceeding by issuing an order to the attorney to show cause why the attorney should not be disbarred as result of the conviction."

In accordance with this rule, the May 9, 2018 suspension order also required the respondent to show cause why he should not be disbarred as a result of the conviction. The respondent, through counsel, advised the court that he did not contest disbarment.

In light of the seriousness of the respondent's misconduct, the court concludes that the respondent should be disbarred. THEREFORE, the court orders that Paul S. Moore be disbarred from the practice of law in New Hampshire. He is hereby assessed all expenses incurred by the Professional Conduct Committee in the investigation and prosecution of this matter.

Lynn, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

DATE: July 5, 2018

ATTEST:   *Eileen Fox*
**Eileen Fox, Clerk**

Distribution:
Janet F. DeVito, Esquire
Michael A. Delaney, Esquire
File