| | | |
|---|---|---|
| DOB: ▮/1951<br>M/5'11/230/W/GRY/BRO | Witness Tampering<br>RSA 641:5, II<br>ELC: All | Jiménez/Fincham (NHDOJ)<br>Felony B<br>3.5-7 years |

**Entries Above This Line Are Not Part of Indictment**

# The State of New Hampshire

ROCKINGHAM, SS.                                                                    SUPERIOR COURT

## INDICTMENT

*At the SUPERIOR COURT holden at Brentwood, within and for the County of Rockingham, during the September 2024 session of the Grand Jury, the Grand Jurors for the State of New Hampshire, upon their oath, present that*

### GENO JOSEPH MARCONI

of ▮▮▮▮, Stratham, New Hampshire 03885

*committed the crime of*

### TAMPERING WITH WITNESSES AND INFORMANTS

on or about the 4th day of April, 2024, at or around Portsmouth, in the County of Rockingham,

in that:

1. Geno Joseph Marconi
2. purposefully committed any unlawful act
3. in retaliation for anything done by another in his capacity as witness or informant, to wit:
4. by providing confidential motor vehicle records pertaining to N.L. to another individual, B.C., in violation of the Driver Privacy Act (RSA 260:14, IX(a));

*contrary to the form of the Statute, in such case made and provided, and against the peace and dignity of the State.*

Dan A. Jiménez
Senior Assistant Attorney General
*New Hampshire Department of Justice*

This is a True Bill.

_____
Grand Jury Foreperson

218-2024-CR-1426

Charge ID: 2257801C

| | | |
|---|---|---|
| DOB: ███/1951<br>M/5'11/230/W/GRY/BRO | Obstructing Gov't Admin.<br>RSA 642:1, I<br>ELC: All | Jiménez/Fincham (NHDOJ)<br>Misdemeanor A<br>12 months |

**Entries Above This Line Are Not Part of Indictment**

## The State of New Hampshire

ROCKINGHAM, SS.                                                              SUPERIOR COURT

## INDICTMENT

*At the SUPERIOR COURT holden at Brentwood, within and for the County of Rockingham, during the September 2024 session of the Grand Jury, the Grand Jurors for the State of New Hampshire, upon their oath, present that*

### GENO JOSEPH MARCONI
of ███████████, Stratham, New Hampshire 03885

*committed the crime of*

### OBSTRUCTING GOVERNMENT ADMINISTRATION

on or about the 4th day of April, 2024, at or around Portsmouth, in the County of Rockingham,

in that:

1. Geno Joseph Marconi
2. engaged in any unlawful conduct
3. with a purpose to hinder or interfere with a public servant performing or purporting to perform an official function and/or to retaliate for the performance of such a function, to wit:
4. by providing confidential motor vehicle records pertaining to N.L. to another individual, B.C.;

*contrary to the form of the Statute, in such case made and provided, and against the peace and dignity of the State.*

_____
Dan A. Jiménez
Senior Assistant Attorney General
*New Hampshire Department of Justice*

This is a True Bill.

_____
Grand Jury Foreperson

218-2024-CR-1426
Charge ID: 2257805C

| | | |
|---|---|---|
| DOB: ▮▮/1951<br>M/5'11/230/W/GRY/BRO | **Driver Privacy Act Violation**<br>RSA 260:14, IX(a)<br>ELC: All | Jiménez/Fincham (NHDOJ)<br>Misdemeanor A<br>12 months |

**Entries Above This Line Are Not Part of Indictment**

## The State of New Hampshire

ROCKINGHAM, SS.                                                                 SUPERIOR COURT

## INDICTMENT

*At the SUPERIOR COURT holden at Brentwood, within and for the County of Rockingham, during the September 2024 session of the Grand Jury, the Grand Jurors for the State of New Hampshire, upon their oath, present that*

### GENO JOSEPH MARCONI
of ▮▮▮▮▮▮, Stratham, New Hampshire 03885

*committed the crime of*

### DRIVER PRIVACY ACT VIOLATION

on or about the 4th day of April, 2024, at or around Portsmouth, in the County of Rockingham,

in that:

1. Geno Joseph Marconi
2. knowingly disclosed information from a department record
3. to a person known by Geno Joseph Marconi to be an unauthorized person, to wit:
4. by providing confidential motor vehicle records pertaining to N.L. to another individual, B.C.;

*contrary to the form of the Statute, in such case made and provided, and against the peace and dignity of the State.*

Dan A. Jiménez
Senior Assistant Attorney General
*New Hampshire Department of Justice*

*This is a True Bill.*

_____
Grand Jury Foreperson

218-2024-CR-1426
Charge ID: 2257804C

| | | |
|---|---|---|
| DOB: ▮▮/1951<br>M/5'11/230/W/GRY/BRO | Driver Privacy Act Violation<br>RSA 260:14, IX(a)<br>ELC: All | Jiménez/Fincham (NHDOJ)<br>Misdemeanor A<br>12 months |

**Entries Above This Line Are Not Part of Indictment**

# The State of New Hampshire

ROCKINGHAM, SS.                                                           SUPERIOR COURT

## INDICTMENT

*At the SUPERIOR COURT holden at Brentwood, within and for the County of Rockingham, during the September 2024 session of the Grand Jury, the Grand Jurors for the State of New Hampshire, upon their oath, present that*

### GENO JOSEPH MARCONI

of ▮ ▮▮▮ ▮▮▮ ▮, Stratham, New Hampshire 03885

*committed the crime of*

### DRIVER PRIVACY ACT VIOLATION

on or about the 4th day of April, 2024, at or around Portsmouth, in the County of Rockingham,

in that:

1. Geno Joseph Marconi
2. knowingly used information from a department record
3. for any use other than the use authorized by the Department of Safety, to wit:
4. by providing confidential motor vehicle records pertaining to N.L. to another individual, B.C.;

*contrary to the form of the Statute, in such case made and provided, and against the peace and dignity of the State.*

Dan A. Jiménez
Senior Assistant Attorney General
*New Hampshire Department of Justice*

*This is a True Bill.*

Grand Jury Foreperson

218-2024-CR-1426
Charge ID: 2257806C