| | | |
|---|---|---|
| DOB: ███/1951<br>M/5'11/230/W/GRY/BRO | Falsifying Physical Evidence<br>RSA 641:6, I<br>ELC: All | Jiménez/Fincham (NHDOJ)<br>Felony B<br>3.5-7 years |

**Entries Above This Line Are Not Part of Indictment**

## The State of New Hampshire

ROCKINGHAM, SS.                                                                                           SUPERIOR COURT

## INDICTMENT

At the SUPERIOR COURT holden at Brentwood, within and for the County of Rockingham, during the September 2024 session of the Grand Jury, the Grand Jurors for the State of New Hampshire, upon their oath, present that

### GENO JOSEPH MARCONI
of ███████████, Stratham, New Hampshire 03885

*committed the crime of*

### FALSIFYING PHYSICAL EVIDENCE

on or about the 22nd day of April, 2024, at or around Stratham, in the County of Rockingham,

in that:

1. Geno Joseph Marconi,
2. believing than an official proceeding or investigation was pending or about to be instituted,
3. altered, destroyed, concealed, or removed any thing
4. with a purpose to impair its verity or availability in such proceeding or investigation, to wit:
5. by deleting a voicemail and/or voicemails from a phone;

*contrary to the form of the Statute, in such case made and provided, and against the peace and dignity of the State.*

_____
Joe M. Fincham II
Assistant Attorney General
*New Hampshire Department of Justice*

This is a True Bill.

_____
Grand Jury Foreperson

218-2024-CR-1426

Charge ID: 2257802C

DOB: ███/1951  Obstructing Gov't Admin.  Jiménez/Fincham (NHDOJ)
M/5'11/230/W/GRY/BRO  RSA 642:1, I  Misdemeanor A
  ELC: All  12 months

**Entries Above This Line Are Not Part of Indictment**

# The State of New Hampshire

ROCKINGHAM, SS.  SUPERIOR COURT

## INDICTMENT

*At the SUPERIOR COURT holden at Brentwood, within and for the County of Rockingham, during the September 2024 session of the Grand Jury, the Grand Jurors for the State of New Hampshire, upon their oath, present that*

**GENO JOSEPH MARCONI**
of ███████████, Stratham, New Hampshire 03885

*committed the crime of*

**OBSTRUCTING GOVERNMENT ADMINISTRATION**

on or about the 22nd day of April, 2024, at or around Stratham, in the County of Rockingham,

in that:

1. Geno Joseph Marconi
2. engaged in any unlawful conduct
3. with a purpose to hinder or interfere with a public servant performing or purporting to perform an official function and/or to retaliate for the performance of such a function, to wit:
4. by deleting a voicemail and/or voicemails from a phone;

*contrary to the form of the Statute, in such case made and provided, and against the peace and dignity of the State.*

_____
Joe M. Fincham II
Assistant Attorney General
*New Hampshire Department of Justice*

*This is a True Bill.*

_____
Grand Jury Foreperson

218-2024-CR-1426
Charge ID: 2257803C