| | | |
|---|---|---|
| DOB: ▓▓/1956 | **Improper Influence** | **Jiménez/Fincham (NHDOJ)** |
| F/5'08/175/W/RED/BRO | **RSA 629:1, I; 640:3, I(b)** | **Felony B** |
| | **ELC: All** | **3.5-7 years** |

**Entries Above This Line Are Not Part of Indictment**

## The State of New Hampshire

MERRIMACK, SS.                                                                                      SUPERIOR COURT

## INDICTMENT

*At the SUPERIOR COURT holden at Concord, within and for the County of Merrimack, during the October 2024 session of the Grand Jury, the Grand Jurors for the State of New Hampshire, upon their oath, present that*

### ANNA BARBARA HANTZ MARCONI

of ▓▓ ▓▓▓▓ ▓▓▓ ▓▓, Stratham, New Hampshire 03885

*committed the crime of*

### ATTEMPT TO COMMIT IMPROPER INFLUENCE

on or about the 6th day of June 2024, at or around Concord, in the County of Merrimack,

in that:

1. Anna Barbara Hantz Marconi,
2. with a purpose that the crime of Improper Influence be committed,
3. did or omitted to do anything which, under the circumstances as she believed them to be, was an act or omission constituting a substantial step toward the commission of said crime, to wit:
4. by telling Governor Christopher Sununu that an investigation into Geno Marconi was the result of personal, petty, and/or political biases; that there was no merit to allegations against or subsequent investigation into Geno Marconi; and/or that the investigation into Geno Marconi needed to wrap up quickly because she was recused from important cases pending or imminently pending before the New Hampshire Supreme Court; or words to that effect;

*contrary to the form of the Statute, in such case made and provided, and against the peace and dignity of the State.*

MCSC #217 2024 CR 1167
CHG ID# 225729CC

Joe M. Fincham II
Assistant Attorney General
*New Hampshire Department of Justice*

*This is a True Bill.*

*Grand Jury Foreperson*

RECEIVED OCT 16 2024 By_____

DOB: ▮▮/1956 | Criminal Solicitation | Jiménez/Fincham (NHDOJ)
F/5'08/175/W/RED/BRO | RSA 629:2, I; 640:3, I(b) | Felony B
 | ELC: All | 3.5-7 years

**Entries Above This Line Are Not Part of Indictment**

## The State of New Hampshire

MERRIMACK, SS.                                                        SUPERIOR COURT

### INDICTMENT

*At the SUPERIOR COURT holden at Concord, within and for the County of Merrimack, during the October 2024 session of the Grand Jury, the Grand Jurors for the State of New Hampshire, upon their oath, present that*

### ANNA BARBARA HANTZ MARCONI
of ▮ ▮▮▮▮▮ ▮▮▮▮ ▮▮, Stratham, New Hampshire 03885

*committed the crime of*

### CRIMINAL SOLICITATION (IMPROPER INFLUENCE)

on or about the 6th day of June 2024, at or around Concord, in the County of Merrimack,

in that:

1. Anna Barbara Hantz Marconi,
2. with the purpose that another engage in conduct constituting the crime of Improper Influence,
3. commanded, solicited, or requested another to engage in such conduct, to wit:
4. by soliciting Governor Christopher Sununu to improperly influence a member and/or members of the New Hampshire Department of Justice regarding an investigation into Geno Marconi, or words to that effect;

*contrary to the form of the Statute, in such case made and provided, and against the peace and dignity of the State.*

MCSC #217 2024 CR 1167
CHG ID# 2257291C

Dan A. Jiménez
Senior Assistant Attorney General
New Hampshire Department of Justice

*This is a True Bill.*

*Grand Jury Foreperson*

RECEIVED OCT 16 2024

DOB: ███/1956 | Official Oppression | Jiménez/Fincham (NHDOJ)
F/5'08/175/W/RED/BRO | RSA 643:1 | Misdemeanor A
 | ELC: All | 12 months

**Entries Above This Line Are Not Part of Indictment**

# The State of New Hampshire

MERRIMACK, SS.                                                                 SUPERIOR COURT

## INDICTMENT

*At the SUPERIOR COURT holden at Concord, within and for the County of Merrimack, during the October 2024 session of the Grand Jury, the Grand Jurors for the State of New Hampshire, upon their oath, present that*

### ANNA BARBARA HANTZ MARCONI

of ███ ███████ ███ ███, Stratham, New Hampshire 03885

*committed the crime of*

### OFFICIAL OPPRESSION

on or about the 6th day of June 2024, at or around Concord, in the County of Merrimack,

in that:

1. Anna Barbara Hantz Marconi, a public servant,
2. with a purpose to benefit herself or another or to harm another,
3. knowingly committed an unauthorized act which purported to be an act of her office or knowingly refrained from performing a duty imposed on her by law or clearly inherent in the nature of her office, to wit:
4. by interfering with, attempting to interfere with, and/or soliciting another to interfere with an investigation into Geno Marconi; and/or violating the New Hampshire Code of Judicial Conduct (New Hampshire Supreme Court Rule 38) (specifically, Rules 1.1, 1.2, 1.3, 2.4, 2.10, 3.1, 3.2, and/or 3.3);

*contrary to the form of the Statute, in such case made and provided, and against the peace and dignity of the State.*

MCSC #217 2024 CR 1167
CHG ID# 2257292C

Joe M. Fincham II
Assistant Attorney General
New Hampshire Department of Justice

*This is a True Bill.*

Grand Jury Foreperson



RECEIVED OCT 16 2024 By ___

| | | |
|---|---|---|
| DOB: ▇▇/1956<br>F/5'08/175/W/RED/BRO | **Official Oppression**<br>**RSA 629:2, I; 643:1**<br>**ELC: All** | **Jiménez/Fincham (NHDOJ)**<br>**Misdemeanor A**<br>**12 months** |

**Entries Above This Line Are Not Part of Indictment**

## The State of New Hampshire

MERRIMACK, SS.                                                                                   SUPERIOR COURT

## INDICTMENT

*At the SUPERIOR COURT holden at Concord, within and for the County of Merrimack, during the October 2024 session of the Grand Jury, the Grand Jurors for the State of New Hampshire, upon their oath, present that*

### ANNA BARBARA HANTZ MARCONI
of ▇ ▇▇▇▇ ▇▇▇ ▇▇, Stratham, New Hampshire 03885

*committed the crime of*

### CRIMINAL SOLICITATION (OFFICIAL OPPRESSION)

on or about the 6th day of June 2024, at or around Concord, in the County of Merrimack,

in that:

1. Anna Barbara Hantz Marconi,
2. with the purpose that another engage in conduct constituting the crime of Official Oppression,
3. commanded, solicited, or requested another to engage in such conduct, to wit:
4. by soliciting Governor Christopher Sununu to misuse his position and/or otherwise interfere with an investigation into Geno Marconi, or words to that effect;

*contrary to the form of the Statute, in such case made and provided, and against the peace and dignity of the State.*

MCSC #217-2024-CR-1167
CHG ID# 2257293C

Joe M. Fincham II
Assistant Attorney General
*New Hampshire Department of Justice*

*This is a True Bill.*

_____
Grand Jury Foreperson

RECEIVED OCT 16 2024 By _____

DOB: ▮▮/1956      **Criminal Solicitation**      **Jiménez/Fincham (NHDOJ)**
F/5'08/175/W/RED/BRO      **RSA 629:2, I; 21-G:23, II**      **Class A Misdemeanor**
     **ELC: All**      **12 months**

**Entries Above This Line Are Not Part of Indictment**

## The State of New Hampshire

MERRIMACK, SS.      SUPERIOR COURT

## INDICTMENT

*At the SUPERIOR COURT holden at Concord, within and for the County of Merrimack, during the October 2024 session of the Grand Jury, the Grand Jurors for the State of New Hampshire, upon their oath, present that*

### ANNA BARBARA HANTZ MARCONI

of ▮▮▮▮, Stratham, New Hampshire 03885

*committed the crime of*

### CRIMINAL SOLICITATION (MISUSE OF POSITION)

on or about the 6th day of June 2024, at or around Concord, in the County of Merrimack,

in that:

1. Anna Barbara Hantz Marconi,
2. with the purpose that another engage in conduct constituting the crime of Misuse of Position,
3. commanded, solicited, or requested another to engage in such conduct, to wit:
4. by soliciting Governor Christopher Sununu to secure a governmental privilege and/or advantage for her to which she was not otherwise entitled regarding an investigation into Geno Marconi, or words to that effect;

*contrary to the form of the Statute, in such case made and provided, and against the peace and dignity of the State.*

MCSC #217-2024-CR-1167
CHG ID# 2257398C

Dan A. Jiménez
Senior Assistant Attorney General
*New Hampshire Department of Justice*

*This is a True Bill.*

V Burkly
*Grand Jury Foreperson*

RECEIVED OCT 16 2024 By____