# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2023-0181, <u>K.A. v. D.A.</u>, the court on June 12, 2024, issued the following order:**

This order is being issued as a reminder that this case is governed by the Supplemental Rules of the Supreme Court of New Hampshire for Electronic Filing. Rule 4(a)(3) of the Supplemental Rules provides: "Attorneys, self-represented parties, and nonlawyer representatives must submit <u>all documents</u>, including notices of appeal or other case-initiating documents, <u>through the court's electronic filing system</u>." (Emphases added.) Exceptions to that general rule of mandatory e-filing with respect to documents are set forth in Rule 6 of the Supplemental Rules. One such exception is an "ex parte" document, as defined by Rule 3 of the Supplemental Rules. Rule 3 of the Supplemental Rules defines "ex parte" document to mean a "document submitted to the court for filing with the intention that the document shall be neither served on nor available to one or more other case parties, including their attorneys or nonlawyer representatives." The term "ex parte" is not synonymous with "urgent."

K.A. has not been removed from the service and distribution list. Accordingly, D.A. must serve K.A. with his filed documents and must include a certification of service on those documents, <u>see</u> Supreme Court Rule 26 and Supplemental Rule 18, unless the document is filed ex parte. If D.A. conventionally files a document ex parte, the document must demonstrate why the relief requested in the document or the nature of the document justifies non-service on K.A.

A document that is not filed ex parte and not otherwise within an exception set forth in Rule 6 of the Supplemental Rules must be filed <u>electronically</u>.

On June 7, 2024, D.A. conventionally filed numerous "copies of additional documents from the trial court file." The clerk's office shall not docket the above-referenced miscellaneous trial court documents, which were neither electronically filed nor filed in conjunction with a motion, brief, or other filing permitted by the rules of this court.

This order is entered by a single justice (Hantz Marconi, J.). <u>See</u> Rule 21(7).

                                                      **Timothy A. Gudas,<br>Clerk**

Distribution:
Mr. Dana Albrecht
Ms. Katherine Albrecht
File