THE STATE OF NEW HAMPSHIRE
SUPREME COURT

No. 2023-0181

**Katherine Albrecht**
v.
**Dana Albrecht**

<u>*Ex Parte* Motion for Clarification re: Justice Marconi</u>

NOW COMES Dana Albrecht, *Appellant-Defendant Pro Se*, and respectfully requests this Court for clarification concerning what is meant by "a court spokesman said [Justice Marconi's] recusal decisions are being done on a rolling basis" according to an <u>article</u> published online by Nancy West in <u>InDepthNH.org</u> on May 9, 2024. In further support thereof, it is stated:

1. On November 15, 2023, the Attorney General's office intervened in <u>this</u> matter in the trial court, when Ms. Catherine Denny, Esq. **(NH Bar #275344)** appeared on behalf of Circuit Court Administrative Judge David King and NHJB General Counsel Erin Creegan during the trial court motion(s) hearing.[1]

2. On April 26, 2024, seeking to learn more about why Justice Marconi's husband was placed on paid administrative leave, Mr. Albrecht sent a "Right to Know" request to the Attorney General's office.[2]

---

1   See transcript of November 15, 2023 *Motion(s) Hearing*, docketed by this Court on April 24, 2024. Unfortunately, this transcript, produced by eScribers, is of very poor quality.
2   A copy of Mr. Albrecht's request accompanies this pleading.

– 1 –

3. On May 9, 2024, InDepthNH.org published an article stating that "a court spokesman said [Justice Marconi's] recusal decisions are being done on a rolling basis."[3]

4. Still seeking to learn more, on June 20, 2024, Mr. Albrecht sent another "Right to Know" request to the Attorney General's office.[4]

5. Mr. Albrecht has not yet received any response to his most recent request to the Attorney General's office.

---

[3] West, Nancy. (May 9, 2024). *Supreme Court Justice recuses self from AG cases due to husband's paid leave.* InDepthNH. Available at: https://indepthnh.org/2024/05/09/3917574/ A copy of the article also accompanies this pleading.

[4] A copy of Mr. Albrecht's second request accompanies this pleading.

WHEREFORE, Mr. Albrecht respectfully requests for this Court:

A)  To clarify what is meant by Justice Marconi's "recusal decisions are being done on a rolling basis" consistent with ¶¶1-5, *supra*; and,

B)  For any other such relief as is just and equitable.

Respectfully submitted,

_____

DANA ALBRECHT
   *Appellant-Defendant Pro Se*
131 D.W. Hwy #235
Nashua, NH 03060
(603) 809-1097
dana.albrecht@hushmail.com

June 22, 2024

## CERTIFICATE OF SERVICE

I, Dana Albrecht, certify that this *Motion* is being filed *ex parte* pursuant to N.H. Sup. Ct. Supp. R. 3(h), for the reasons stated in Defendant's *Ex Parte* Motion for Instruction (filed June 21, 2024) and Defendant's *Ex Parte* Motion to Exclude Katherine Albrecht from Service (filed June 21, 2024), and that a copy has not been served on any other party.

_____
DANA ALBRECHT

June 22, 2024

– 3 –