**ATTORNEY GENERAL**
**DEPARTMENT OF JUSTICE**

1 Granite Place South
Concord, NH 03301

JOHN M. FORMELLA
ATTORNEY GENERAL



JAMES T. BOFFETTI
DEPUTY ATTORNEY GENERAL

June 27, 2024

Re:   Right to Know re Pease Development Authority Meeting

Dear Mr. Albrecht:

We have completed our search for and review of records regarding your request under New Hampshire RSA 91-A for the following:

1. All records directly relating to the April 18, 2024 PEASE Development Authority Meeting.

Please be advised that the Department of Justice has identified a limited number of records that are responsive to your request. These records are being withheld because they are attorney-client privileged communications exempted from production by RSA 91-A:5, XII. All communications identified are protected by this exemption.

Further, in your letter you request that we redact all substantive content and produce names of attorneys and clients involved in the communication. First, this information does not demonstrate what the government is "up to," which is the purpose of the Right-to-Know statute. *See N.H. Right to Life v. Dir., N.H. Charitable Trusts Unit*, 169 N.H. 95, 111 (2016). Second, you are essentially requesting a *Vaughn* index, which is not required under the Right-to-Know statute. *Id*. at 125. The Department will not be providing redacted, exempt documents in response to your request.

This letter serves to close out your Right-to-Know request.

Sincerely,

/s/ Jessica A. King
Jessica King
Senior Assistant Attorney General
Civil Bureau
(603) 271-1213
jessica.king@doj.nh.gov