**Avicore Reporting - 15 Constitution Drive, Suite 1A - Bedford, NH  03110**

STATE OF NEW HAMPSHIRE

```
* * * * * * * * * * * * * * * *
                              *
NEW HAMPSHIRE PORT AUTHORITY  *
                              *
* * * * * * * * * * * * * * * *
```

<u>INTERVIEW OF CHIEF JUSTICE MACDONALD - 8/2/24</u>
<u>TRANSCRIBED FROM AUDIO</u>

Prepared for:        Autumn Sayball, Paralegal
                     N.H. Department of Justice
                     1 Granite Place South
                     Concord, NH 03301

2

1          INTERVIEWER:  All right, my name is

2   Investigator Tom Desfosses, today's date is August

3   2nd, 2024.  It's approximately 10:05 by my watch and

4   we are at the Attorney General's Office in Concord,

5   New Hampshire.  And this is being audio recorded and

6   if we can just go around the room and have everyone

7   introduce themselves and whether or not they consent

8   to audio recording.

9          INTERVIEWER:  Senior Assistant Attorney

10  General Dan Jimenez and I'm okay being recorded.

11          INTERVIEWER:  Assistant Attorney General Joe

12  Fincham, I'm okay with being recorded.

13          CHIEF JUSTICE MACDONALD:  Gordon MacDonald,

14  I consent to be recorded.

15          ATTORNEY CREEGAN:  Erin Creegan, General

16  Counsel for the Judicial Branch, appearing on behalf

17  of the Chief Justice, and I consent to being

18  recorded.

19          ATTORNET O'CONNELL:  Scott O'Connell,

20  appearing on behalf of the Chief Justice, and I also

21  consent.

22          INTERVIEWER:  And I know I said this off

23  recording, but I just want to let everyone know in

3

1  the room that if Attorney O'Connell, Attorney

2  Creegan, if you guys want to take a time out, or you

3  want to talk about a question, Chief Justice, if you

4  have -- want to take a time out, ask about a

5  question, then we'll step out of the room, provide

6  you any time you need, okay, understand?

7          ATTORNEY O'CONNELL:  Thank you.

8          INTERVIEWER:  All right.

9          CHIEF JUSTICE MACDONALD:  Thank you.

10          INTERVIEWER:  So Chief Justice, can you just

11  state your name, and spell your last name just for

12  the record, sorry?

13          CHIEF JUSTICE MACDONALD:  Of course, it's

14  Gordon, G-O-R-D-O-N, MacDonald, M-A-C-D-O-N-A-L-D.

15          INTERVIEWER:  Thank you, and what do you

16  currently do for work?

17          CHIEF JUSTICE MACDONALD:  I'm the Chief

18  Justice of the New Hampshire Supreme Court.

19          INTERVIEWER:  How long have you been doing

20  that?

21          CHIEF JUSTICE MACDONALD:  I've been doing

22  that since March of 2021.

23          INTERVIEWER:  So were you Chief Justice the

1   entire time?

2          CHIEF JUSTICE MACDONALD:  I've been, I was

3   appointed into that position, yes.

4          INTERVIEWER:  Okay, and whose position did

5   you take over?

6          CHIEF JUSTICE MACDONALD:  It had been vacant

7   for 19 months or so.  My most immediate predecessor

8   was Robert Lynn.

9          INTERVIEWER:  Okay, who was -- was there

10  anyone taking over those duties while there was that

11  time in between?

12         CHIEF JUSTICE MACDONALD:  No, there was no

13  provision under statute for an Acting Chief Justice

14  or anything like that.  The, the four members of the

15  court --

16         INTERVIEWER:  Yeah.

17         CHIEF JUSTICE MACDONALD:  -- sort of

18  collaborated.

19         INTERVIEWER:  And what did you do before you

20  became Chief Justice?

21         CHIEF JUSTICE MACDONALD:  I was the Attorney

22  General of New Hampshire.

23              INTERVIEWER:  For how long?

1          CHIEF JUSTICE MACDONALD:   From 2017 until

2    the minute I took my current job.

3          INTERVIEWER:   Well, and could you just,

4    what's the difference between the Chief Justice and

5    an Associate Justice?

6          CHIEF JUSTICE MACDONALD:   The Chief Justice

7    really has two roles, one is to be a member, a member

8    of a five-member court, and in that position you're

9    really an equal with the others in terms of acting as

10   the final court in the State of New Hampshire.  We

11   have one Appellate Court, so we act together in

12   deciding appeals.  The other aspect of the job of

13   Chief Justice is under our Constitution the Chief

14   Justice serves as effectively the administrative head

15   of the Judicial Branch.

16         INTERVIEWER:   So you're Head Administrator

17   as long as, and as well as being --

18         CHIEF JUSTICE MACDONALD:   Um-hum.

19         INTERVIEWER:   -- one of five, is that right?

20         CHIEF JUSTICE MACDONALD:   Exactly, and --

21   and I just want to make clear in discharging my

22   administrative job I do consult and interact with my

23   colleagues on the Supreme Court regularly.

1          INTERVIEWER:  Yeah, so it's not, you know,

2    you're the Grand Poohbah dictating what goes on, it's

3    more of your collaborative process?

4          CHIEF JUSTICE MACDONALD:  We do work

5    together on --

6          INTERVIEWER:  Okay.

7          CHIEF JUSTICE MACDONALD:  -- administrative

8    tasks.

9          INTERVIEWER:  And, you know, I -- what are

10   you guys, are the Chief, are the Justices of the

11   Supreme Court, are they all on Hazen Drive, or do you

12   have offices here at 1 Granite Place?

13         CHIEF JUSTICE MACDONALD:  The, all of us are

14   located in one location --

15         INTERVIEWER:  Okay.

16         CHIEF JUSTICE MACDONALD:  -- on, it's 1

17   Charles Doe Drive which is off Hazen Drive, but we

18   all have chambers there and our chambers are in the

19   same hall.

20         INTERVIEWER:  Okay.

21         CHIEF JUSTICE MACDONALD:  So we work

22   together.

23         INTERVIEWER:  So I'm just gonna get right

1  into it, in -- in June of, in and around early June

2  of this year, do you recall being called by Governor

3  Sununu regarding a visitor that he had?

4          CHIEF JUSTICE MACDONALD:  Yes.

5          INTERVIEWER:  Can you just go through that

6  in a linear fashion about how that came about?

7          CHIEF JUSTICE MACDONALD:  Sure, there were

8  actually two calls.

9          INTERVIEWER:  Okay, okay.

10          CHIEF JUSTICE MACDONALD:  The Governor

11  called me and told me that Justice Hantz Marconi

12  wanted to come and see him and that he was going to

13  see her.

14          INTERVIEWER:  Okay.

15          CHIEF JUSTICE MACDONALD:  And then some

16  short, relatively short period of time later he

17  called me back about that meeting.

18          INTERVIEWER:  What was the conversation

19  between you and him when he said that the Associate

20  Justice is gonna come speak to him?

21          CHIEF JUSTICE MACDONALD:  My memory is it

22  was very brief.  My memory is that's news to me.  I,

23  I said that's news to me.

1          INTERVIEWER:  Yeah.

2          CHIEF JUSTICE MACDONALD:  I want to limit it

3   there 'cause that's my only clear memory.

4          INTERVIEWER:  Yeah, and whatever you

5   remember.  If you don't recall anything else, that's

6   perfectly fine.  Just we want what's the best of your

7   memory.  But it was a brief conversation, fair to

8   say?

9          CHIEF JUSTICE MACDONALD:  Very brief.

10         INTERVIEWER:  And you, you said, you

11  mentioned that you told the Governor that it was a

12  surprise to you?

13         CHIEF JUSTICE MACDONALD:  Um-hum.

14         INTERVIEWER:  Was it actually --

15         CHIEF JUSTICE MACDONALD:  Words to the

16  effect that's news to me.  I did not know she was

17  going to see the Governor.

18         INTERVIEWER:  Okay, so that's something no

19  one cleared with you or told you beforehand?

20         CHIEF JUSTICE MACDONALD:  Correct.

21         INTERVIEWER:  And then you said that there's

22  a, a follow-up phone call shortly thereafter from the

23  Governor.  Can you just tell us what that

9

1   conversation was?

2           CHIEF JUSTICE MACDONALD:  Well, let me say

3   at the outset, there were, there were sort of two

4   parts to it.

5           INTERVIEWER:  Yeah.

6           CHIEF JUSTICE MACDONALD:  The first part was

7   a read-out of what had occurred when Justice Hantz

8   Marconi was there, and then a second part which I

9   think was actually the majority of the conversation

10  was relating to a Governor and Council meeting that

11  was gonna come up at the Supreme Court and I mean --

12          ATTORNEY CREEGAN:  Doesn't relate to this

13  inquiry.

14          INTERVIEWER:  Yeah, it was a separate issue,

15  Governor and Council meeting, that was gonna happen

16  at the Supreme Court?

17          CHIEF JUSTICE MACDONALD:  Yeah, and it's,

18  it's relevant only because --

19          ATTORNEY CREEGAN:  Do you want to discuss it

20  first or --

21          CHIEF JUSTICE MACDONALD:  Sure.

22          ATTORNEY CREEGAN:  -- would you like to

23  discuss it with Scott and I, or do you think --

1          CHIEF JUSTICE MACDONALD:  It was like six

2     days later.

3          INTERVIEWER:  Okay.

4          CHIEF JUSTICE MACDONALD:  And so the timing

5     was a little bit less than ideal.

6          INTERVIEWER:  Okay.

7          CHIEF JUSTICE MACDONALD:  And, and he, he

8     told me the circumstances by which the G&C meeting

9     got scheduled and how, you know, it probably -- I'll

10    just leave it at that, and --

11         INTERVIEWER:  Yeah, just so I, just so I

12    make sure I have it correct there's gonna be a G&C

13    meeting, a Governor and Executive Council meeting

14    scheduled.  Sorry, I -- I do that sometimes and that

15    was gonna be six days later at the Supreme Court?

16         CHIEF JUSTICE MACDONALD:  Yes.

17         INTERVIEWER:  And there was discussions

18    about administrative stuff related to that?

19         CHIEF JUSTICE MACDONALD:  There the

20    Governor's Office had a few days prior to this

21    reached out to us and asked whether the Supreme Court

22    would be willing to host a breakfast for the Governor

23    and Council.  Governor and Council routinely has

1  breakfast meetings and then they have their regular

2  meetings.  And the Governor and Council breakfast

3  meetings rotate among State agencies.  And so,

4  although it was relatively at the last minute, we

5  agreed and, and we're prepared to hold the breakfast

6  meeting.

7          INTERVIEWER:  Yeah, so that's just kind of

8  administrative stuff afterwards?

9          CHIEF JUSTICE MACDONALD:  Yeah.

10          INTERVIEWER:  And that was the bulk of the

11  conversation?

12          CHIEF JUSTICE MACDONALD:  Those two --

13          INTERVIEWER:  Yeah, those two pieces?

14          CHIEF JUSTICE MACDONALD:  Yes.

15          INTERVIEWER:  And what was the, in relative

16  to the read-out of Justice Hantz Marconi's visit,

17  what was the read-out of that?

18          CHIEF JUSTICE MACDONALD:  So my memory

19  sitting here today is there were really three, three

20  points that I heard and, and retained.  The first was

21  she complained about the Attorney General.  She

22  complained, I remember, and this is the Governor

23  telling me what she said.

1    INTERVIEWER:  Yeah.

2    CHIEF JUSTICE MACDONALD:  And she said that

3    he, that the Attorney General was weak and that he

4    was being very political.  The second thing that in

5    my memory I've retained is that the Governor told me

6    that she said she knew everything that her husband

7    knew, everything that her husband knew.

8    INTERVIEWER:  Um-hum.

9    CHIEF JUSTICE MACDONALD:  And the third

10    thing was that she told the Governor that she is

11    recused in 40 percent of the cases and that there are

12    important cases, and that all of this is creating a

13    burden on her colleagues.

14    INTERVIEWER:  Does that include you?

15    CHIEF JUSTICE MACDONALD:  Yes.

16    INTERVIEWER:  Like, yeah, and anything else?

17    CHIEF JUSTICE MACDONALD:  It's, it's all I

18    really remember about the substance.

19    INTERVIEWER:  Yep, did you say anything back

20    in response to any of those statements by the

21    Governor?

22    CHIEF JUSTICE MACDONALD:  Yes, I responded

23    to the third point.

1            INTERVIEWER:  And which point was that?

2            CHIEF JUSTICE MACDONALD:  The point about

3    recusals and burden on her colleagues.

4            INTERVIEWER:  What was your response?

5            CHIEF JUSTICE MACDONALD:  I said, Governor,

6    I just want to be very clear, these words to the

7    effect, I can't quote you exactly.  Governor, I just

8    want to be very clear, we have policies and

9    procedures in place to deal with disqualifications.

10   We will get the work done.  We will serve the people

11   of New Hampshire, and it is no burden on us to do our

12   job.

13           INTERVIEWER:  Words to that effect, yeah.

14           CHIEF JUSTICE MACDONALD:  Words to that

15   effect.

16           INTERVIEWER:  And recusals happen on the

17   Supreme Court, is that fair to say?

18           CHIEF JUSTICE MACDONALD:  Yes.

19           INTERVIEWER:  You know, is it fair to say

20   that for a period of time you recused yourself from,

21   from the Attorney General's Office cases once you

22   came on the bench?

23           CHIEF JUSTICE MACDONALD:  That is correct.

1          INTERVIEWER:  You know, and that's because

2    you're the ultimate decision-makers over here, right?

3          CHIEF JUSTICE MACDONALD:  I, I felt it was,

4    it was appropriate under, under all the authorities

5    that govern judicial disqualification for me to

6    disqualify myself in cases that were in this office

7    at the time I served as Attorney General.

8          INTERVIEWER:  So in that conversation she,

9    she mentioned our investigation here.  Prior to your

10   conversation with the Governor, was there any

11   conversations with Justice Hantz Marconi about what

12   she knew, or didn't know about our investigation?

13         ATTORNEY CREEGAN:  Between herself and him?

14         INTERVIEWER:  Yep, between herself and you?

15         CHIEF JUSTICE MACDONALD:  Yes.

16         INTERVIEWER:  Can you just expound on that?

17         CHIEF JUSTICE MACDONALD:  My memory today is

18   I can recall three instances.  Oh, prior to the

19   Governor's --

20         INTERVIEWER:  Yeah, prior to the Governor's?

21         CHIEF JUSTICE MACDONALD:  -- okay, two.  The

22   first instance, I want to make sure, can you ask the

23   question again?

1          INTERVIEWER:  Yeah.

2          CHIEF JUSTICE MACDONALD:  I want to make

3    sure I'm responsive --

4          INTERVIEWER:  Yeah.

5          CHIEF JUSTICE MACDONALD:  -- because I got

6    tripped on that.

7          INTERVIEWER:  Yeah, no, no, it's okay.

8          ATTORNEY CREEGAN:  They obviously had a lot

9    of conversations about recusal.  Do you mean to ask

10   when she, when she had knowledge of something

11   specific?

12         INTERVIEWER:  Yeah, when did she have

13   knowledge of something specific as to the

14   investigation and whether she relayed that to you,

15   just her to you?

16         CHIEF JUSTICE MACDONALD:  Yeah.

17         ATTORNEY CREEGAN:  Essentially the, the

18   first time she would have indicated to you that she

19   had awareness that there was a criminal

20   investigation?

21         INTERVIEWER:  Yeah, the first time and then

22   any times thereafter.

23         CHIEF JUSTICE MACDONALD:  That she was aware

1    there was a criminal case?

2          INTERVIEWER:  Yes.

3          CHIEF JUSTICE MACDONALD:  Okay, at some

4    point during the month of May she told me there are

5    grand jury subpoenas being issued.

6          INTERVIEWER:  Anything else in regards to

7    that?

8          CHIEF JUSTICE MACDONALD:  Three to four

9    weeks ago she told me the same thing.

10          ATTORNEY O'CONNELL:  Just to be clear that

11   was after the discussion you had with the Governor

12   that you've already described?

13          CHIEF JUSTICE MACDONALD:  Correct, it was in

14   July.

15          INTERVIEWER:  Okay, thank you, Scott.  Did

16   you have a conversation with her about her meeting

17   with the Governor after the meeting?

18          CHIEF JUSTICE MACDONALD:  No.

19          INTERVIEWER:  Joe, any follow-ups?

20          INTERVIEWER:  I thought you said that there

21   were two instances when you spoke to her prior to the

22   Governor, one was in May she said there were grand

23   jury subpoenas being issued.  What was the other?

1          CHIEF JUSTICE MACDONALD:  I was confused on

2   the question.

3          INTERVIEWER:  Okay.

4          CHIEF JUSTICE MACDONALD:  And I'm sorry, I

5   -- the timeline, there were two instances where, at

6   least two that I remember, where she said that the

7   grand jury subpoenas had been issued.  One was in

8   May, and the second was in July which as Attorney

9   O'Connell's pointed out, is after the meeting with

10  the Governor.

11         INTERVIEWER:  Okay, so there's only one

12  prior to the Governor?

13         CHIEF JUSTICE MACDONALD:  That I remember

14  right now.

15         INTERVIEWER:  You said that that, those were

16  the times that she was aware of a criminal

17  investigation.  Did she ever tell you that she

18  suspected there was a criminal investigation?

19         CHIEF JUSTICE MACDONALD:  Not to my memory.

20         INTERVIEWER:  Okay.

21         ATTORNEY CREEGAN:  And if this conversation

22  jogs his memory in any way, we'll be sure to

23  supplement.

1          INTERVIEWER:  Yep, you can always, you can

2     always supplement if you feel as before Joe asks

3     another question, if you know, memory is jogged you

4     can always come back and let us know if you remember

5     something.  Obviously you can step out.  Here if you

6     remember something you can always get back to us,

7     okay?

8          CHIEF JUSTICE MACDONALD:  Thank you.

9          INTERVIEWER:  And, and I know walking into

10    this that, you know, you didn't know exactly the

11    questions but again, after our questions, you'll sort

12    of know the topics that we're interest in so --

13         INTERVIEWER:  Yeah.

14         INTERVIEWER:  -- feel free to supplement

15    later.  Normally in recusals there's not really a

16    public statement about why a particular justice is

17    recusing at times, is that correct?

18         CHIEF JUSTICE MACDONALD:  That's correct.

19         INTERVIEWER:  There was a statement publicly

20    about Justice Hantz Marconi's initial recusal from

21    cases involving the Attorney General, is that

22    correct?

23         CHIEF JUSTICE MACDONALD:  That's correct.

1          INTERVIEWER:  Who made the decision to issue

2     that statement?

3          ATTORNEY CRREGAN:  I'm sorry, I don't know,

4     I don't know if you can answer how you deliberated on

5     this issue, if you decided it.  Is there, is there a

6     way, is there something that you're getting at that

7     you can maybe ask a little more directly in terms

8     of --

9          INTERVIEWER:  Was this --

10         ATTORNEY CREEGAN:  -- are you asking, for

11    example, Justice Hantz Marconi took some action?

12         INTERVIEWER:  Right, this is a deviation

13    from sort of normal policy, did Justice Hantz Marconi

14    request this sort of special action in this case, to

15    put out a public statement about why she was recusing

16    herself?

17         ATTORNEY CREEGAN:  I think you could

18    probably say a yes or no, but then that might be all

19    that you can do for this, is that all right?  Do you

20    want to talk about it?

21         ATTORNEY O'CONNELL:  Can we just have two

22    minutes?

23         INTERVIEWER:  Yeah, of course.  Yeah, of

1    course, perfectly fine.

2            INTERVIEWER:  Do you want me to pause the --

3            INTERVIEWER:  Yeah.

4            INTERVIEWER:  Thank you.

5            INTERVIEWER:  And we'll just note the time.

6            INTERVIEWER:  All right, so it is 10:22 by

7    my watch and I'm going to pause the recording.

8    (Pause.)

9            INTERVIEWER:  Okay, the recording is back on

10   and it is approximately 10:25 by my watch.  All the

11   parties that were here previously are back again.

12   And has anything changed with consent to recording?

13           ATTORNEY CREEGAN:  No.

14           CHIEF JUSTICE MACDONALD:  No.

15           ATTORNEY O'CONNELL:  No.

16           INTERVIEWER:  No.

17           INTERVIEWER:  Okay, thank you.

18           ATTORNEY CREEGAN:  Okay, Joe, just repeat

19   your question?

20           INTERVIEWER:  Yes, Mr. Chief Justice, we had

21   talked about how normally there aren't public

22   statements put out about reasons for recusal, but

23   there was one with Justice Hantz Marconi's recusal,

1    and I'd asked if that was as a result of any

2    requests, specific requests by Justice Hantz Marconi?

3          CHIEF JUSTICE MACDONALD:  No.

4          INTERVIEWER:  The public statement said that

5    the recusal was because of the Attorney General's

6    Office civilly advising the Pease Development

7    Authority with regard to the employment of Justice

8    Hantz Marconi's husband, Geno Marconi.

9          ATTORNEY CREEGAN:  I think it may have been

10   more ambiguous but it said advising, that the

11   Attorney General's Office is involved or something

12   with regard to the situation of her spouse.  It may

13   have been ambiguously worded because it was obviously

14   a broad recusal.

15         INTERVIEWER:  It, it was fairly broad but it

16   was about this office advising the Pease Development

17   Authority, that was the language that was used.  And

18   as you know from your time as Attorney General, the

19   Civil Bureau is the one that advises government

20   agencies, correct?  The Criminal Bureau doesn't

21   really advise agencies, we don't give agency advice,

22   we're not client counseling.

23         CHIEF JUSTICE MACDONALD:  Again, I -- I

1 would be uncomfortable asking, answering these

2 questions without having that statement in front of

3 me I'm, I'm not sure what the language, exact

4 language we used, but I agree with you that the Civil

5 Bureau does it, yes.

6         INTERVIEWER: Right.

7         ATTORNEY CREEGAN: Well, since Justice

8 Marconi hasn't requested the statement, is there

9 something else you want to ask with regard to what

10 she may have done or --

11         INTERVIEWER: Yeah, I'm just wondering why

12 the difference between the public statement, or if

13 there was some discussion, or if she kept some

14 information about the criminal investigation away

15 from the public statement, so she tells you that the

16 grand jury subpoenas are being issued before you

17 talked to the Governor, and was that before her

18 recusal off of the cases, or was it after that she

19 told you there was grand jury subpoenas?

20         CHIEF JUSTICE MACDONALD: She recused or

21 disqualified herself before that statement was made.

22         INTERVIEWER: Okay, that answers it then.

23 So you had no indication from her that there was a

1  criminal investigation at the time that statement was

2  made?

3          ATTORNEY CREEGAN:  Do, do you remember the

4  date of the statement?

5          INTERVIEWER:  It was the date of her

6  recusal, I can pull it up.

7          ATTORNEY CREEGAN:  Oh, I -- I don't, I don't

8  know if that was the date of her recusal.  Her

9  recusal was very close in time to her husband being

10  put on leave.

11          ATTORNEY O'CONNELL:  I believe it was May

12  9th.

13          ATTORNEY CREEGAN:  Is the statement?

14          ATTORNEY O'CONNELL:  I believe so.

15          ATTORNEY CREEGAN:  Okay, I -- I don't want

16  to put too much in here but I think her first

17  recusals were off of oral arguments that were made on

18  April 23rd.

19          INTERVIEWER:  Right, I remember the nurse is

20  one of them so the public statement goes out May 9th,

21  approximately, and it was some time in early May that

22  she told you grand jury subpoenas were being issued.

23  I'm just wondering if it was before or after?

1          ATTORNEY CREEGAN:  Sorry, just -- just a

2   correct, he would -- the timing in May --

3          INTERVIEWER:  I said May, May.

4          CHIEF JUSTICE MACDONALD:  I don't know when

5   in May.

6          INTERVIEWER:  Okay, you said that she said

7   that she knew everything her husband knew.

8          ATTORNEY O'CONNELL:  That's what the

9   Governor told you.

10          INTERVIEWER:  Or the Governor told you that

11   she said she knew everything her husband knew.  Did

12   the Governor elaborate on what exactly she knew, or

13   just was that sort of the general statement of just,

14   she just knew everything her husband knew?

15          CHIEF JUSTICE MACDONALD:  That's the

16   statement I remember.

17          INTERVIEWER:  Okay.

18          CHIEF JUSTICE MACDONALD:  And it stuck with

19   me.

20          INTERVIEWER:  Did the, in your first call

21   with the Governor, did the Governor indicate why she

22   had requested a meeting?

23          CHIEF JUSTICE MACDONALD:  No, not that I

1    remember.

2            INTERVIEWER:  Did he say whether it was

3    personal or professionally related?

4            CHIEF JUSTICE MACDONALD:  I really, I'm --

5    I'm sorry, I want to think about that interaction.

6            INTERVIEWER:  If --

7            CHIEF JUSTICE MACDONALD:  I just have no

8    clear memory of exactly what he said.

9            INTERVIEWER:  It's perfectly fine.

10            INTERVIEWER:  Did the Governor ask you if

11    you knew what the meeting was about?

12            CHIEF JUSTICE MACDONALD:  I don't remember

13    but if he had I would have said no.

14            INTERVIEWER:  Okay, and you said that you

15    never spoke to her about her meeting with the

16    Governor afterwards, correct?

17            CHIEF JUSTICE MACDONALD:  Correct.

18            INTERVIEWER:  And I assume that means, or I

19    don't want to assume so I'm asking this question, so

20    she never spoke to you or told you that she had met

21    with the Governor?

22            CHIEF JUSTICE MACDONALD:  That's correct.

23            ATTORNEY CREEGAN:  You can take a second.

1     INTERVIEWER:  Well, I think, Tom, if you've

2  got anything.

3     ATTORNEY CREEGAN:  Do you all want to talk

4  and see if you have anything else to ask?

5     INTERVIEWER:  I'm, I'm fine.  Tom, do you

6  have anything?

7     INTERVIEWER:  Just kind of a basic question.

8  What is, is there a typical schedule that an

9  Associate Justice would follow for a work schedule?

10     CHIEF JUSTICE MACDONALD:  In other words you

11  have to show up at a certain time, is that what

12  you're asking?

13     INTERVIEWER:  Yeah, like Monday through

14  Friday, 9 to 5 --

15     CHIEF JUSTICE MACDONALD:  Yeah.

16     INTERVIEWER:  -- sort of --

17     ATTORNEY CREEGAN:  If wishing made it so.

18     CHIEF JUSTICE MACDONALD:  No required work

19  schedule, each -- I think each Justice has their own

20  work schedule so but there's nothing required if

21  that's your question.  Each Justice I think it's fair

22  to say has their own pattern of when they come in and

23  when they go, go home.

1          INTERVIEWER:  Okay.

2          CHIEF JUSTICE MACDONALD:  Is that, is that

3   what you're asking?

4          INTERVIEWER:  Yeah, so throughout the day

5   they can leave if they need to.

6          CHIEF JUSTICE MACDONALD:  Sure.

7          INTERVIEWER:  They can come back if they

8   need to.

9          CHIEF JUSTICE MACDONALD:  Absolutely, yes.

10          INTERVIEWER:  You don't have a time card

11   that you can punch out every, every time you leave,

12   go to lunch?

13          CHIEF JUSTICE MACDONALD:  No.

14          INTERVIEWER:  Okay, are there any policies

15   or procedures regarding professional, or using the

16   court's email for private purposes, personal

17   purposes?

18          ATTORNEY CREEGAN:  Not really.

19          CHIEF JUSTICE MACDONALD:  I don't think so.

20          ATTORNEY CREEGAN:  No.

21          CHIEF JUSTICE MACDONALD:  But --

22          INTERVIEWER:  We'll follow up with Erin, or

23   counsel might be --

1          ATTORNEY CREEGAN:  We'll, we'll look into

2     it.

3          ATTORNEY O'CONNELL:  We will follow up with

4     General Counsel afterwards about that specific

5     question.

6          ATTORNEY CREEGAN:  Yeah, I can hunt around

7     and see if I can find anything.

8          ATTORNEY O'CONNELL:  Okay.

9          INTERVIEWER:  The last question is the

10    roughly 40 percent of the cases that was referenced

11    in the recusal, is that fairly accurate, or is that

12    -- how does that compare to what you can speak to?

13         CHIEF JUSTICE MACDONALD:  Yeah, it strikes

14    me as low.  I -- we could certainly get you the exact

15    number but it, it strikes me as low.  I think it's,

16    you know, the volume of cases from the Attorney

17    General's office is, is fairly significant so to

18    answer your question is I believe that's not

19    accurate, and the number is probably higher.

20         INTERVIEWER:  Okay.

21         INTERVIEWER:  Forgive me if I've already

22    asked this, Mr. Chief Justice, you referenced the two

23    conversations about subpoenas with Justice Hantz

1   Marconi, you're saying that's when she was, indicated

2   she was aware of the criminal investigation?

3          CHIEF JUSTICE MACDONALD:  Those were her

4   words.

5          INTERVIEWER:  Okay.

6          CHIEF JUSTICE MACDONALD:  Grand, that grand

7   jury subpoenas had issued.

8          INTERVIEWER:  Okay, were there ever any

9   other conversations with her where she indicated she

10  suspected there was a criminal investigation into her

11  husband that you recall?

12         CHIEF JUSTICE MACDONALD:  Not that I

13  remember.

14         INTERVIEWER:  Okay, and then one final

15  question, when the Governor called you and told you

16  about the conversation with Justice Hantz Marconi,

17  specifically about the recusal and the burden on the

18  colleagues which you indicated that you disagreed

19  with, how did that make you feel?

20         ATTORNEY CREEGAN:  I don't know if it's a

21  factual question.

22         CHIEF JUSTICE MACDONALD:  I'm happy to

23  answer it.

1          ATTORNEY CREEGAN:  It's up to you.

2          CHIEF JUSTICE MACDONALD:  I was angry, I was

3  angry.

4          INTERVIEWER:  Why?

5          CHIEF JUSTICE MACDONALD:  Because we're

6  gonna get the job done, we're gonna get the job done

7  for the people of New Hampshire.

8          INTERVIEWER:  Thank you.

9          INTERVIEWER:  Thank you, sir, that's it.

10          INTERVIEWER:  We can go off recording now.

11          INTERVIEWER:  It's 10:36 and the recording

12  has ended.

13  (End.)

14

15

16

17

18

19

20

21

22

23

**<u>CERTIFICATE</u>**

I, Mary Mielke, a court-approved transcriptionist, do hereby certify that the foregoing is a correct transcript from the official electronic sound recording of the proceeding in the above-entitled matter to the best of my professional skill and ability.

*Mary Mielke*

Mary Mielke
Avicore Reporting

*N.H. PORT AUTHORITY - CHIEF JUSTICE MACDONALD 8/2/24*

**0**

03301 [1] 1:12

**1**

1 [32] 1:11 2:1 3:1 4:1 5:1 6:1,12,16 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1
10 [29] 2:10 3:10 4:10 5:10 6:10 7:10 8:10 9:10 10:10 11:10 12:10 13:10 14:10 15:10 16:10 17:10 18:10 19:10 20:10 21:10 22:10 23:10 24:10 25:10 26:10 27:10 28:10 29:10 30:10
10:05 [1] 2:3
10:22 [1] 20:6
10:25 [1] 20:10
10:36 [1] 30:11
11 [29] 2:11 3:11 4:11 5:11 6:11 7:11 8:11 9:11 10:11 11:11 12:11 13:11 14:11 15:11 16:11 17:11 18:11 19:11 20:11 21:11 22:11 23:11 24:11 25:11 26:11 27:11 28:11 29:11 30:11
12 [29] 2:12 3:12 4:12 5:12 6:12 7:12 8:12 9:12 10:12 11:12 12:12 13:12 14:12 15:12 16:12 17:12

18:12 19:12 20:12 21:12 22:12 23:12 24:12 25:12 26:12 27:12 28:12 29:12 30:12
13 [29] 2:13 3:13 4:13 5:13 6:13 7:13 8:13 9:13 10:13 11:13 12:13 13:13 14:13 15:13 16:13 17:13 18:13 19:13 20:13 21:13 22:13 23:13 24:13 25:13 26:13 27:13 28:13 29:13 30:13
14 [28] 2:14 3:14 4:14 5:14 6:14 7:14 8:14 9:14 10:14 11:14 12:14 13:14 14:14 15:14 16:14 17:14 18:14 19:14 20:14 21:14 22:14 23:14 24:14 25:14 26:14 27:14 28:14 29:14
15 [28] 2:15 3:15 4:15 5:15 6:15 7:15 8:15 9:15 10:15 11:15 12:15 13:15 14:15 15:15 16:15 17:15 18:15 19:15 20:15 21:15 22:15 23:15 24:15 25:15 26:15 27:15 28:15 29:15
16 [28] 2:16 3:16 4:16 5:16 6:16 7:16 8:16 9:16 10:16 11:16 12:16 13:16 14:16 15:16 16:16 17:16 18:16 19:16 20:16 21:16 22:16

23:16 24:16 25:16 26:16 27:16 28:16 29:16
17 [28] 2:17 3:17 4:17 5:17 6:17 7:17 8:17 9:17 10:17 11:17 12:17 13:17 14:17 15:17 16:17 17:17 18:17 19:17 20:17 21:17 22:17 23:17 24:17 25:17 26:17 27:17 28:17 29:17
18 [28] 2:18 3:18 4:18 5:18 6:18 7:18 8:18 9:18 10:18 11:18 12:18 13:18 14:18 15:18 16:18 17:18 18:18 19:18 20:18 21:18 22:18 23:18 24:18 25:18 26:18 27:18 28:18 29:18
19 [29] 2:19 3:19 4:7,19 5:19 6:19 7:19 8:19 9:19 10:19 11:19 12:19 13:19 14:19 15:19 16:19 17:19 18:19 19:19 20:19 21:19 22:19 23:19 24:19 25:19 26:19 27:19 28:19 29:19

**2**

2 [29] 2:2 3:2 4:2 5:2 6:2 7:2 8:2 9:2 10:2 11:2 12:2 13:2 14:2 15:2 16:2 17:2 18:2 19:2 20:2 21:2 22:2 23:2 24:2 25:2 26:2 27:2 28:2 29:2 30:2
20 [28] 2:20 3:20 4:20 5:20 6:20 7:20

8:20 9:20 10:20 11:20 12:20 13:20 14:20 15:20 16:20 17:20 18:20 19:20 20:20 21:20 22:20 23:20 24:20 25:20 26:20 27:20 28:20 29:20
2017 [1] 5:1
2021 [1] 3:22
2024 [1] 2:3
21 [28] 2:21 3:21 4:21 5:21 6:21 7:21 8:21 9:21 10:21 11:21 12:21 13:21 14:21 15:21 16:21 17:21 18:21 19:21 20:21 21:21 22:21 23:21 24:21 25:21 26:21 27:21 28:21 29:21
22 [28] 2:22 3:22 4:22 5:22 6:22 7:22 8:22 9:22 10:22 11:22 12:22 13:22 14:22 15:22 16:22 17:22 18:22 19:22 20:22 21:22 22:22 23:22 24:22 25:22 26:22 27:22 28:22 29:22
23 [28] 2:23 3:23 4:23 5:23 6:23 7:23 8:23 9:23 10:23 11:23 12:23 13:23 14:23 15:23 16:23 17:23 18:23 19:23 20:23 21:23 22:23 23:23 24:23 25:23 26:23 27:23 28:23 29:23
23rd [1] 23:18
2nd [1] 2:3

**3**

3 [29] 2:3 3:3 4:3 5:3 6:3 7:3 8:3 9:3 10:3 11:3 12:3 13:3 14:3 15:3 16:3 17:3 18:3 19:3 20:3 21:3 22:3 23:3 24:3 25:3 26:3 27:3 28:3 29:3 30:3

**4**

4 [29] 2:4 3:4 4:4 5:4 6:4 7:4 8:4 9:4 10:4 11:4 12:4 13:4 14:4 15:4 16:4 17:4 18:4 19:4 20:4 21:4 22:4 23:4 24:4 25:4 26:4 27:4 28:4 29:4 30:4
40 [2] 12:11 28:10

**5**

5 [30] 2:5 3:5 4:5 5:5 6:5 7:5 8:5 9:5 10:5 11:5 12:5 13:5 14:5 15:5 16:5 17:5 18:5 19:5 20:5 21:5 22:5 23:5 24:5 25:5 26:5,14 27:5 28:5 29:5 30:5

**6**

6 [29] 2:6 3:6 4:6 5:6 6:6 7:6 8:6 9:6 10:6 11:6 12:6 13:6 14:6 15:6 16:6 17:6 18:6 19:6 20:6 21:6 22:6 23:6 24:6 25:6 26:6 27:6 28:6 29:6 30:6

**7**

7 [29] 2:7 3:7 4:7 5:7 6:7 7:7 8:7 9:7

10:7 11:7 12:7 13:7 14:7 15:7 16:7 17:7 18:7 19:7 20:7 21:7 22:7 23:7 24:7 25:7 26:7 27:7 28:7 29:7 30:7

**8**

8 [29] 2:8 3:8 4:8 5:8 6:8 7:8 8:8 9:8 10:8 11:8 12:8 13:8 14:8 15:8 16:8 17:8 18:8 19:8 20:8 21:8 22:8 23:8 24:8 25:8 26:8 27:8 28:8 29:8 30:8
8/2/24 [1] 1:7

**9**

9 [30] 2:9 3:9 4:9 5:9 6:9 7:9 8:9 9:9 10:9 11:9 12:9 13:9 14:9 15:9 16:9 17:9 18:9 19:9 20:9 21:9 22:9 23:9 24:9 25:9 26:9,14 27:9 28:9 29:9 30:9
9th [2] 23:12,20

**A**

absolutely [1] 27:9
accurate [2] 28:11,19
act [1] 5:11
acting [2] 4:13 5:9
action [2] 19:11,14
actually [3] 7:8 8:14 9:9
administrative [5] 5:14,22 6:7 10:18 11:8
administrator [1] 5:16

**advice** [1] 21:21

**advise** [1] 21:21

**advises** [1] 21:19

**advising** [3] 21:6,10,16

**afterwards** [3] 11:8 25:16 28:4

**agencies** [3] 11:3 21:20,21

**agency** [1] 21:21

**ago** [1] 16:9

**agree** [1] 22:4

**agreed** [1] 11:5

**already** [2] 16:12 28:21

**although** [1] 11:4

**ambiguous** [1] 21:10

**ambiguously** [1] 21:13

**among** [1] 11:3

**angry** [2] 30:2,3

**another** [1] 18:3

**answer** [3] 19:4 28:18 29:23

**answering** [1] 22:1

**answers** [1] 22:22

**appeals** [1] 5:12

**appearing** [2] 2:16,20

**appellate** [1] 5:11

**appointed** [1] 4:3

**appropriate** [1] 14:4

**approximately** [3] 2:3 20:10 23:21

**april** [1] 23:18

**aren't** [1] 20:21

**arguments** [1] 23:17

**around** [3] 2:6 7:1 28:6

**asks** [1] 18:2

**aspect** [1] 5:12

**assistant** [2] 2:9,11

**associate** [3] 5:5 7:19 26:9

**assume** [2] 25:18,19

**attornet** [1] 2:19

**attorney** [54] 2:4,9,11,15 3:1,1,7 4:21 9:12,19,22 11:21 12:3 13:21 14:7,13 15:8,17 16:10 17:8,21 18:21 19:3,10,17,21 20:13,15,18 21:5,9,11,18,22 22:7 23:3,7, 11,13,14,15 24:1,8 25:23 26:3,17 27:18,20 28:1,3,6,8,16 29:20 30:1

**audio** [3] 1:8 2:5,8

**august** [1] 2:2

**authorities** [1] 14:4

**authority** [3] 1:4 21:7,17

**autumn** [1] 1:9

**aware** [3] 15:23 17:16 29:2

**awareness** [1] 15:19

**away** [1] 22:14

---
**B**
---

**back** [7] 7:17 12:19 18:4,6 20:9,11 27:7

**basic** [1] 26:7

**became** [1] 4:20

**beforehand** [1] 8:19

**behalf** [2] 2:16,20

**believe** [3] 23:11,14 28:18

**bench** [1] 13:22

**best** [1] 8:6

**between** [6] 4:11 5:4 7:19 14:13,14 22:12

**bit** [1] 10:5

**branch** [2] 2:16 5:15

**breakfast** [4] 10:22 11:1,2,5

**brief** [3] 7:22 8:7,9

**broad** [2] 21:14,15

**bulk** [1] 11:10

**burden** [4] 12:13 13:3,11 29:17

**bureau** [3] 21:19,20 22:5

---
**C**
---

**call** [2] 8:22 24:20

**called** [4] 7:2,11,17 29:15

**calls** [1] 7:8

**came** [2] 7:6 13:22

**can't** [1] 13:7

**card** [1] 27:10

**case** [2] 16:1 19:14

**cases** [8] 12:11,12 13:21 14:6 18:21 22:18 28:10,16

**certain** [1] 26:11

**certainly** [1] 28:14

**chambers** [2] 6:18,18

**changed** [1] 20:12

**charles** [1] 6:17

**circumstances** [1] 10:8

**civil** [1] 21:19 22:4

**civilly** [1] 21:6

**clear** [6] 5:21 8:3 13:6,8 16:10 25:8

**cleared** [1] 8:19

**client** [1] 21:22

**close** [1] 23:9

**collaborated** [1] 4:18

**collaborative** [1] 6:3

**colleagues** [4] 5:23 12:13 13:3 29:18

**come** [6] 7:12,20 9:11 18:4 26:22 27:7

**compare** [1] 28:12

**complained** [2] 11:21,22

**concord** [2] 1:12 2:4

**confused** [1] 17:1

**consent** [5] 2:7,14,17,21 20:12

**constitution** [1] 5:13

**consult** [1] 5:22

**conversation** [10] 7:18 8:7 9:1,9 11:11 14:8,10 16:16 17:21 29:16

**conversations** [4] 14:11 15:9 28:23 29:9

**correct** [13] 8:20 10:12 13:23 16:13 18:17,18,22,23 21:20 24:2 25:16,17,22

**council** [6] 9:10,15 10:13,23,23 11:2

**counsel** [3] 2:16 27:23 28:4

**counseling** [1] 21:22

**course** [3] 3:13 19:23 20:1

**court** [12] 3:18 4:15 5:8,10,11,23 6:11 9:11,16 10:15,21 13:17

**court's** [1] 27:16

**creating** [1] 12:12

**creegan** [30] 2:15,15 3:2 9:12,19,22 14:13 15:8,17 17:21 19:10,17 20:13,18 21:9 22:7 23:3,7,13,15 24:1 25:23 26:3,17 27:18,20 28:1,6 29:20 30:1

**criminal** [9] 15:19 16:1 17:16,18 21:20 22:14 23:1 29:2,10

**crregan** [1] 19:3

**current** [1] 5:2

**currently** [1] 3:16

---
**D**
---

**dan** [1] 2:10

**date** [4] 2:2 23:4,5,8

**day** [1] 27:4

**days** [3] 10:2,15,20

**deal** [1] 13:9

**decided** [1] 19:5

**deciding** [1] 5:12

**decision** [1] 19:1

**decision-makers** [1] 14:2

**deliberated** [1] 19:4

**department** [1] 1:10

**described** [1] 16:12

**desfosses** [1] 2:2

**development** [2] 21:6,16

**deviation** [1] 19:12

**dictating** [1] 6:2

**didn't** [2] 14:12 18:10

**difference** [2] 5:4 22:12

**directly** [1] 19:7

**disagreed** [1] 29:18

**discharging** [1] 5:21

**discuss** [2] 9:19,23

**discussion** [2] 16:11 22:13

**discussions** [1] 10:17

**disqualification** [1] 14:5

**disqualifications** [1] 13:9

**disqualified** [1] 22:21

**disqualify** [1] 14:6

**doe** [1] 6:17

**doesn't** [2] 9:12 21:20

**doing** [2] 3:19,21

**don't** [13] 8:5 19:3,4 21:21 23:7,7,15 24:4 25:12,19 27:10,19 29:20

**done** [4] 13:10 22:10 30:6,6

**drive** [3] 6:11,17,17

**during** [1] 16:4

**duties** [1] 4:10

**E**

**each** [3] **26:**19,19,21

**early** [2] **7:**1 **23:**21

**effect** [4] **8:**16 **13:**7,13,15

**effectively** [1] **5:**14

**elaborate** [1] **24:**12

**email** [1] **27:**16

**employment** [1] **21:**7

**end** [1] **30:**13

**ended** [1] **30:**12

**entire** [1] **4:**1

**equal** [1] **5:**9

**erin** [2] **2:**15 **27:**22

**essentially** [1] **15:**17

**everyone** [2] **2:**6,23

**everything** [5] **12:**6,7 **24:**7,11,14

**exact** [2] **22:**3 **28:**14

**exactly** [5] **5:**20 **13:**7 **18:**10 **24:**12 **25:**8

**example** [1] **19:**11

**executive** [1] **10:**13

**expound** [1] **14:**16

**F**

**factual** [1] **29:**21

**fair** [4] **8:**7 **13:**17,19 **26:**21

**fairly** [3] **21:**15 **28:**11,17

**fashion** [1] **7:**6

**feel** [3] **18:**2,14 **29:**19

**felt** [1] **14:**3

**few** [1] **10:**20

**final** [2] **5:**10 **29:**14

**fincham** [1] **2:**12

**find** [1] **28:**7

**fine** [4] **8:**6 **20:**1 **25:**9 **26:**5

**first** [8] **9:**6,20 **11:**20 **14:**22 **15:**18, 21 **23:**16 **24:**20 **25:**10,16,21 **29:**15

**five** [1] **5:**19

**five-member** [1] **5:**8

**follow** [3] **26:**9 **27:**22 **28:**3

**follow-up** [1] **8:**22

**follow-ups** [1] **16:**19

**forgive** [1] **28:**21

**four** [2] **4:**14 **16:**8

**free** [1] **18:**14

**friday** [1] **26:**14

**front** [1] **22:**2

**G**

**g&c** [2] **10:**8,12

**general** [11] **2:**10,11,15 **4:**22 **11:**21 **12:**3 **14:**7 **18:**21 **21:**18 **24:**13 **28:**4

**general's** [5] **2:**4 **13:**21 **21:**5, 18 **28:**17

**geno** [1] **21:**8

**getting** [1] **19:**6

**give** [1] **21:**21

**gonna** [8] **6:**23 **7:**20 **9:**11,15 **10:**12, 15 **30:**6,6

**gordon** [2] **2:**13 **3:**14

**g-o-r-d-o-n** [1] **3:**14

**got** [3] **10:**9 **15:**5 **26:**2

**govern** [1] **14:**5

**government** [1]

**21:**19

**governor** [33] **7:**2,10 **8:**11,17,23 **9:**10,15 **10:**13,22, 23 **11:**2,22 **12:**5, 10,21 **13:**5,7 **14:**10 **16:**11,17,22 **17:**10,12 **22:**17 **24:**9,10,12,21,21 **25:**10,16,21 **29:**15

**governor's** [3] **10:**20 **14:**19, 20

**grand** [9] **6:**2 **16:**5,22 **17:**7 **22:**16, 19 **23:**22 **29:**6,6

**granite** [2] **1:**11 **6:**12

**guys** [2] **3:**2 **6:**10

**H**

**hall** [1] **6:**19

**hampshire** [8] **1:**1,4 **2:**5 **3:**18 **4:**22 **5:**10 **13:**11 **30:**12

**hantz** [12] **7:**11 **9:**7 **11:**16 **14:**11 **18:**20 **19:**11,13 **20:**23 **21:**2,8 **28:**23 **29:**16

**happen** [2] **9:**15 **13:**16

**happy** [1] **29:**22

**hasn't** [1] **22:**8

**hazen** [2] **6:**11,17

**head** [2] **5:**14,16

**heard** [1] **11:**20

**herself** [4] **14:**13,14 **19:**16 **22:**21

**higher** [1] **28:**19

**hold** [1] **11:**5

**home** [1] **26:**23

**host** [1] **10:**22

**hunt** [1] **28:**6

**husband** [8] **12:**

6,7 **21:**8 **23:**9 **24:**7,11,14 **29:**11

**I**

**i'd** [1] **21:**1

**i'll** [1] **10:**9

**i'm** [18] **2:**10, 12 **3:**17 **6:**23 **15:**3 **17:**4 **19:**3 **20:**7 **22:**3,3,11 **23:**23 **25:**4,5,19 **26:**5,5 **29:**22

**it's** [16] **2:**3 **3:**13 **6:**1,2,16 **9:**17,18 **12:**17,17 **15:**7 **25:**9 **26:**21 **28:**15 **29:**20 **30:**1,11

**i've** [4] **3:**21 **4:**2 **12:**5 **28:**21

**ideal** [1] **10:**5

**immediate** [1] **4:**7

**important** [1] **12:**12

**include** [1] **12:**14

**indicate** [1] **24:**21

**indicated** [4] **15:**18 **29:**1,9,18

**indication** [1] **22:**23

**information** [1] **22:**14

**initial** [1] **18:**20

**inquiry** [1] **9:**13

**instance** [1] **14:**22

**instances** [3] **14:**18 **16:**21 **17:**5

**interact** [1] **5:**22

**interaction** [1] **25:**5

**interest** [1] **18:**12

**interview** [1] **1:**7

**introduce** [1] **2:**7

**investigation** [10] **14:**9,12 **15:**14, 20 **17:**17,18 **22:**14 **23:**1 **29:**2,10

**investigator** [1] **2:**2

**involved** [1] **21:**11

**involving** [1] **18:**21

**issue** [3] **9:**14 **19:**1,5

**issued** [6] **16:**5, 23 **17:**7 **22:**16 **23:**22 **29:**7

**it's** [16] **2:**3 **3:**13 **6:**1,2,16 **9:**17,18 **12:**17,17 **15:**7 **25:**9 **26:**21 **28:**15 **29:**20 **30:**1,11

**J**

**jimenez** [1] **2:**10

**job** [6] **5:**2,12,22 **13:**12 **30:**6,6

**joe** [4] **2:**11 **16:**19 **18:**2 **20:**18

**jogged** [1] **18:**3

**jogs** [1] **17:**22

**judicial** [3] **2:**16 **5:**15 **14:**5

**july** [2] **16:**14 **17:**8

**june** [2] **7:**1,1

**jury** [7] **16:**5,23 **17:**7 **22:**16,19 **23:**22 **29:**7

**justices** [1] **6:**10

**K**

**kept** [1] **22:**13

**kind** [2] **11:**7 **26:**7

**knowledge** [2] **15:**10,13

**L**

**language** [3] **21:**17 **22:**3,4

**last** [3] **3:**11 **11:**4 **28:**9

**later** [4] **7:**16 **10:**2,15 **18:**15

**least** [1] **17:**6

**leave** [4] **10:**10 **23:**10 **27:**5,11

**less** [1] **10:**5

**limit** [1] **8:**2

**linear** [1] **7:**6

**little** [2] **10:**5 **19:**7

**located** [1] **6:**14

**location** [1] **6:**14

**long** [3] **3:**19 **4:**23 **5:**17

**look** [1] **28:**1

**lot** [1] **15:**8

**low** [2] **28:**14,15

**lunch** [1] **27:**12

**lynn** [1] **4:**8

**M**

**m-a-c-d-o-n-a-l-d** [1] **3:**14

**made** [5] **19:**1 **22:**21 **23:**2,17 **26:**17

**majority** [1] **9:**9

**march** [1] **3:**22

**marconi** [10] **7:**11 **9:**8 **14:**11 **19:**11,13 **21:**2,8 **22:**8 **29:**1,16

**marconi's** [4] **11:**16 **18:**20 **20:**23 **21:**8

**mean** [2] **9:**11 **15:**9

**means** [1] **25:**18

**meeting** [7] **17:**9,10,15 **10:**8,13,13 **11:**6 **16:**16,17 **17:**9 **24:**22 **25:**11,15

**meetings** [3] **11:**1,2,3

**member** [2] **5:**7,7

**members** [1] **4:**14

**memory** [11] **7:**21,22 **8:**3,7 **11:**18 **12:**5 **14:**17 **17:**19,22 **18:**3 **25:**8

**mentioned** [2] 8:11 **14:**9

**met** [1] 25:20

**might** [2] 19:18 27:23

**minute** [2] 5:2 11:4

**minutes** [1] 19:22

**monday** [1] 26:13

**month** [1] 16:4

**months** [1] 4:7

**most** [1] 4:7

**much** [1] 23:16

**myself** [1] 14:6

### N

**n.h** [1] 1:10

**name** [3] 2:1 3:11,11

**need** [3] 3:6 27:5,8

**never** [2] 25:15,20

**new** [8] 1:1,4 2:5 3:18 4:22 5:10 13:11 30:7

**news** [3] 7:22,23 8:16

**nh** [1] 1:12

**normal** [1] 19:13

**normally** [2] 18:15 20:21

**note** [1] 20:5

**nothing** [1] 26:20

**number** [2] 28:15,19

**nurse** [1] 23:19

### O

**o'connell** [12] 2:19,19 3:1,7 16:10 19:21 20:15 23:11,14 24:8 28:3,8

**o'connellâ €™s** [1] 17:9

**obviously** [3] 15:8 18:5 21:13

**occurred** [1] 9:7

**office** [8] 2:4 10:20 13:21 14:6 21:6,11,16 28:17

**offices** [1] 6:12

**okay** [37] 2:10,12 3:6 4:4,9 6:6,15, 20 7:9,9,14 8:18 10:3,6 14:21 15:7 16:3,15 17:3,11, 20 18:7 20:9,17, 18 22:22 23:15 24:6,17 25:14 27:1,14 28:8,20 29:5,8,14

**once** [1] 13:21

**one** [12] 5:7,11, 19 6:14 8:19 16:22 17:7,11 20:23 21:19 23:20 29:14

**only** [3] 8:3 9:18 17:11

**oral** [1] 23:17

**other** [4] 5:12 16:23 26:10 29:9

**others** [1] 5:9

**out** [10] 3:2,4,5 10:21 17:9 18:5 19:15 20:22 23:20 27:11

**outset** [1] 9:3

**over** [3] 4:5,10 14:2

**own** [2] 26:19,22

### P

**paralegal** [1] 1:9

**part** [2] 9:6,8

**particular** [1] 18:22

**parties** [1] 20:11

**parts** [1] 9:4

**pattern** [1] 26:22

**pause** [3] 20:2,7,8

**pease** [2] 21:6,16

**people** [2] 13:10 30:7

**percent** [2] 12:11 28:10

**perfectly** [3] 8:6 20:1 25:9

**period** [2] 7:16 13:20

**personal** [2] 25:3 27:16

**phone** [1] 8:22

**pieces** [1] 11:13

**place** [3] 1:11 6:12 13:9

**point** [4] 12:23 13:1,2 16:4

**pointed** [1] 17:9

**points** [1] 11:20

**policies** [2] 13:8 27:14

**policy** [1] 19:13

**political** [1] 12:4

**poohbah** [1] 6:2

**port** [1] 1:4

**position** [3] 4:3, 4 5:8

**predecessor** [1] 4:7

**prepared** [2] 1:9 11:5

**previously** [1] 20:11

**prior** [6] 10:20 14:9,18,20 16:21 17:12

**private** [1] 27:16

**probably** [3] 10:9 19:18 28:19

**procedures** [2] 13:9 27:15

**process** [1] 6:3

**professional** [1] 27:15

**professionally** [1] 25:3

**provide** [1] 3:5

**provision** [1] 4:13

**public** [7] 18:16 19:15 20:21 21:4 22:12,15 23:20

**publicly** [1] 18:19

**pull** [1] 23:6

**punch** [1] 27:11

**purposes** [2] 27:16,17

**put** [4] 19:15 20:22 23:10,16

### Q

**question** [14] 3:3,5 14:23 17:2 18:3 20:19 25:19 26:7,21 28:5,9,18 29:15,21

**questions** [3] 18:11,11 22:2

**quote** [1] 13:7

### R

**reached** [1] 10:21

**read-out** [3] 9:7 11:16,17

**really** [8] 5:7,9 11:19 12:18 18:15 21:21 25:4 27:18

**reasons** [1] 20:22

**recall** [4] 7:2 8:5 14:18 29:11

**record** [1] 13:11

**recorded** [5] 2:5, 10,12,14,18

**recording** [7] 2:8,23 20:7,9,12 30:10,11

**recusal** [12] 15:9 18:20 20:22,23 21:5,14 22:18 23:6,8,9 28:11 29:17

**recusals** [4] 13:3,16 18:15 23:17

**recused** [2] 12:11 13:20 22:20

**recusing** [2] 18:17 19:15

**referenced** [2] 28:10,22

**regard** [3] 21:7,12 22:9

**regarding** [2] 7:2 27:15

**regards** [1] 16:6

**regular** [1] 11:1

**regularly** [1] 5:23

**relate** [1] 9:12

**related** [2] 10:18 25:3

**relating** [1] 9:10

**relative** [1] 11:15

**relatively** [2] 7:16 11:4

**relayed** [1] 15:14

**relevant** [1] 9:18

**remember** [13] 8:5 11:22 12:18 17:6,13 18:4,6 23:3,19 24:16 25:1,12 29:13

**repeat** [1] 20:18

**request** [1] 19:14

**requested** [2] 22:8 24:22

**requests** [2] 21:2,2

**required** [2] 26:18,20

**responded** [1] 12:22

**response** [2] 12:20 13:4

**responsive** [1] 15:3

**result** [1] 21:1

**retained** [2] 11:20 12:5

**robert** [1] 4:8

**roles** [1] 5:7

**room** [3] 2:6 3:1,5

**rotate** [1] 11:3

**roughly** [1] 28:10

**routinely** [1] 10:23

### S

**same** [2] 6:19 16:9

**sayball** [1] 1:9

**saying** [1] 29:1

**schedule** [4] 26:8,9,19,20

**scheduled** [2] 10:9,14

**scott** [3] 2:19 9:23 16:15

**second** [4] 9:8 12:4 17:8 25:23

**see** [5] 7:12,13 8:17 26:4 28:7

**senior** [1] 2:9

**separate** [1] 9:14

**serve** [1] 13:10

**served** [1] 14:7

**serves** [1] 5:14

**short** [2] 7:16,16

**shortly** [1] 8:22

**show** [1] 26:11

**significant** [1] 28:17

**since** [2] 3:22 22:7

**sir** [1] 30:9

**sitting** [1] 11:19

**situation** [1] 21:12

**six** [2] 10:1,15

**sometimes** [1] 10:14

**sorry** [6] 3:12 10:14 17:4 19:3 24:1 25:5

**sort** [7] 4:17 9:3

*N.H. PORT AUTHORITY - CHIEF JUSTICE MACDONALD 8/2/24*

**18**:11 **19**:13,14 **24**:13 **26**:16

**south** [1] **1**:11

**special** [1] **19**:14

**specific** [4] **15**:11,13 **21**:2 **28**:4

**specifically** [1] **29**:17

**spell** [1] **3**:11

**spoke** [3] **16**:21 **25**:15,20

**spouse** [1] **21**:12

**state** [4] **1**:1 **3**:11 **5**:10 **11**:3

**statement** [16] **18**:16,19 **19**:2,15 **21**:4 **22**:2,8,12,15, 21 **23**:1,4,13,20 **24**:13,16

**statements** [2] **12**:20 **20**:22

**statute** [1] **4**:13

**step** [2] **3**:5 **18**:5

**strikes** [2] **28**:13, 15

**stuck** [1] **24**:18

**stuff** [2] **10**:18 **11**:8

**subpoenas** [8] **16**:5,23 **17**:7 **22**:16,19 **23**:22 **28**:23 **29**:7

**substance** [1] **12**:18

**sununu** [1] **7**:3

**supplement** [3] **17**:23 **18**:2,14

**supreme** [8] **3**:18 **5**:23 **6**:11 **9**:11,16 **10**:15,21 **13**:17

**surprise** [1] **8**:12

**suspected** [2] **17**:18 **29**:10

------

**T**

**talked** [2] **20**:21

**22**:17

**tasks** [1] **6**:8

**tells** [1] **22**:15

**terms** [2] **5**:9 **19**:7

**thatâ€™s** [17] **7**:22,23 **8**:3,5,16,18 **11**:7 **14**:1 **18**:18, 23 **24**:8,15 **25**:22 **26**:21 **28**:18 **29**:1 **30**:9

**themselves** [1] **2**:7

**thereâ€™s** [5] **8**:21 **10**:12 **17**:11 **18**:15 **26**:20

**thereafter** [2] **8**:22 **15**:22

**third** [2] **12**:9,23

**three** [4] **11**:19, 19 **14**:18 **16**:8

**throughout** [1] **27**:4

**timeline** [1] **17**:5

**timing** [2] **10**:4 **24**:2

**today** [2] **11**:19 **14**:17

**todayâ€™s** [1] **2**:2

**together** [3] **5**:11 **6**:5,22

**tom** [3] **2**:2 **26**:1, 5

**took** [2] **5**:2 **19**:11

**topics** [1] **18**:12

**transcribed** [1] **1**:8

**tripped** [1] **15**:6

**two** [11] **5**:7 **7**:8 **9**:3 **11**:12,13 **14**:21 **16**:21 **17**:5,6 **19**:21 **28**:22

**typical** [1] **26**:8

------

**U**

**ultimate** [1] **14**:2

**um-hum** [3] **5**:

**18 8**:13 **12**:8

**uncomfortable** [1] **22**:1

**under** [4] **4**:13 **5**:13 **14**:4,4

**understand** [1] **3**:6

**until** [1] **5**:1

**up** [6] **9**:11 **23**:6 **26**:11 **27**:22 **28**:3 **30**:1

**using** [1] **27**:15

------

**V**

**vacant** [1] **4**:6

**visit** [1] **11**:16

**visitor** [1] **7**:3

**volume** [1] **28**:16

------

**W**

**walking** [1] **18**:9

**wanted** [1] **7**:12

**watch** [3] **2**:3 **20**:7,10

**way** [2] **17**:22 **19**:6

**weâ€™ll** [6] **3**:5 **17**:22 **20**:5 **27**:22 **28**:1,1

**weâ€™re** [5] **11**:5 **18**:12 **21**:22 **30**:5,6

**weak** [1] **12**:3

**weeks** [1] **16**:9

**whatâ€™s** [2] **5**:4 **8**:6

**whatever** [1] **8**:4

**whether** [4] **2**:7 **10**:21 **15**:14 **25**:2

**will** [3] **13**:10,10 **28**:3

**willing** [1] **10**:22

**wishing** [1] **26**:17

**without** [1] **22**:2

**wondering** [2] **22**:11 **23**:23

**worded** [1] **21**:

13

**words** [6] **8**:15 **13**:6,13,14 **26**:10 **29**:4

**work** [7] **3**:16 **6**:4, 21 **13**:10 **26**:9,18, 20

------

**Y**

**year** [1] **7**:2

**yep** [3] **12**:19 **14**:14 **18**:1

**youâ€™ll** [1] **18**:11

**youâ€™re** [8] **5**:8,16 **6**:2 **14**:2 **19**:6 **26**:12 **27**:3 **29**:1

**youâ€™ve** [2] **16**:12 **26**:1

**yourself** [1] **13**:20

------

**Â**

**â€˜cause** [1] **8**:3