**Avicore Reporting - 15 Constitution Drive, Suite 1A - Bedford, NH 03110**

STATE OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
                                                \*
NEW HAMPSHIRE PORT AUTHORITY  \*
                                                \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>INTERVIEW OF GOVERNOR SUNUNU - 8/6/24</u>
<u>TRANSCRIBED FROM AUDIO</u>

Prepared for:    Autumn Sayball, Paralegal
                      N.H. Department of Justice
                      1 Granite Place South
                      Concord, NH 03301

000170

1   INTERVIEWER: All right, my recorder has
2   started and my name is Investigator Tom Desfosses
3   with the New Hampshire Attorney General's Office.
4   Today's date is August 6th, 2024 and it's
5   approximately 4:13 p.m. And this is a recorded
6   telephone call with all parties consenting to my
7   knowledge. If you can all just introduce yourself
8   and acknowledge that you are in fact consenting to
9   the phone call, I'd appreciate it, or to the
10  recording.
11  GOVERNOR SUNUNU: Sure, it's Chris Sununu,
12  Governor Sununu, and yes, I'm consenting to the
13  recording.
14  INTERVIEWER: Thank you.
15  GOVERNOR SUNUNU: Is this a --
16  ATTORNEY OGDEN: Rugy Ogden, legal counsel.
17  GOVERNOR SUNUNU: Oh, sorry, go ahead, Rudy.
18  ATTORNEY OGDEN: Rudy Ogden, legal counsel
19  to Governor Sununu, I consent to the recording.
20  INTERVIEWER: Assistant Attorney General Joe
21  Fincham, I consent.
22  INTERVIEWER: All right, thank you all. And
23  so I wanted to go back to the discussion on Justice

1  Hantz Marconi and the meeting. Do you recall,
2  Governor, if there were any calls to Chief Justice
3  prior to the meeting with Justice Hantz Marconi?
4            GOVERNOR SUNUNU: Yeah, I -- I don't, I
5  don't remember having a conversation. It, it could
6  have happened if Gordon thinks that there was a call
7  I, I have no reason to doubt him, but I personally
8  don't remember that call specifically, but it could
9  have happened I suppose.
10           INTERVIEWER: Okay, and do you remember
11 having more than one conversation with Chief Justice
12 regarding Justice Hantz Marconi?
13           GOVERNOR SUNUNU: I, I -- the best I can
14 remember I, I know I spoke with him afterwards and
15 that was very, you know that had a substance in it.
16 I do talk to Gordon from time-to-time so I, again I,
17 I could have talked to him beforehand. I personally
18 don't remember that but I, like I said, it could have
19 happened. I, yeah, that's all I can, that's really
20 all I can tell you.
21           INTERVIEWER: Okay, and in any conversations
22 that you may have had with Chief Justice, I know when
23 we spoke on the 31st, I don't recall any mention

1  specifically of John Formella.  After the passage of
2  a little bit of time has, is that still accurate, or
3  did anything change regarding John Formella's name
4  coming up in discussions with Chief Justice?
5          GOVERNOR SUNUNU:  Oh, no, not that I -- you
6  mean, I -- I'm trying to understand your question.
7  Are you asking me do I remember speaking about
8  Attorney General Formella with the Chief Justice?
9          INTERVIEWER:  Yes, only in --
10         GOVERNOR SUNUNU:  Is that the question?
11         INTERVIEWER:  -- yes, but only in the
12 capacity or in the context that Justice Hantz Marconi
13 would have relayed potentially something regarding
14 John Formella?
15         GOVERNOR SUNUNU:  Yeah, I -- I don't
16 remember, I don't remember that coming up at all
17 with, with my discussions with the Chief Justice,
18 with -- with the Chief Justice, I -- I don't remember
19 anything of that nature coming up.
20         INTERVIEWER:  Okay, do you recall if Justice
21 Hantz Marconi described anyone in particular in that
22 meeting with you as being weak, or strong, or
23 anything similar to that?

1    GOVERNOR SUNUNU: Like, like specific
2 individuals or anything like that? No, I can tell
3 you the, in terms of being weak or strong, let me
4 back up. The only thing I can remember her, her
5 truly saying was she had, she had indicated that she
6 thought that the initial allegations were personal,
7 or political. Not that those were personal or
8 political within the Attorney General's Office, but
9 personal or political within whoever had kind of
10 started these initial allegations, but she never
11 brought up names or anything like that. She never
12 said, I mean, give me 30 seconds. I don't, I don't
13 specifically remember her bringing up any names in
14 terms of who she was referring to or talking about.
15 It was more just, you know, generally she thought
16 that the claims were baseless.
17    INTERVIEWER: Okay.
18    GOVERNOR SUNUNU: And had some, some type
19 of, you know, historical backing, you know. This
20 goes back a long way and this is personal, and
21 there's politics involved, and other than someone,
22 let me -- let me, other than bringing back she
23 referenced, I think we already spoke about this, she

1    referenced something that happened at Rye Harbor.
2            INTERVIEWER:  Correct.
3            GOVERNOR SUNUNU:  But that wasn't a person,
4    it was just something at Rye Harbor, but I don't
5    think she ever brought up any specific names other
6    than that.
7            INTERVIEWER:  Okay, do you recall any
8    specific complaints that Justice Hantz Marconi made
9    about any person or agency?
10           GOVERNOR SUNUNU:  A person or, or an agency?
11   No, no, no.
12           INTERVIEWER:  Okay.
13           GOVERNOR SUNUNU:  No.
14           INTERVIEWER:  Okay, have there been any
15   discussions with Chief Justice following our
16   conversation on July 31st regarding Hantz Marconi to
17   the extent that is relevant to what we've spoken
18   about?
19           GOVERNOR SUNUNU:  No, no, I haven't talked
20   to Justice MacDonald at all.
21           INTERVIEWER:  Okay, all right.  Joe, do you
22   have anything?
23           INTERVIEWER:  Just a couple quick follow-

1  ups, Governor.  Did Justice Hantz Marconi ever
2  describe the Attorney General's Office, or the
3  Attorney General as being weak, or strong, or
4  politically motivated in any direction?
5           GOVERNOR SUNUNU:  No, not the Attorney
6  General's Office, no.
7           INTERVIEWER:  And when you called the Chief
8  Justice, were you calling from a land line or a cell
9  phone?
10          GOVERNOR SUNUNU:  I assume my cell phone
11 'cause I make almost all of my calls from the cell
12 phone, so I, I don't remember exactly but I, I -- a
13 99 percent chance it was probably from my cell phone.
14 I do everything off my cell phone 'cause it was, let
15 me back -- let me back up.  It was in my office and I
16 almost never use my office line so yeah, probably my
17 cell phone.
18          INTERVIEWER:  Okay, and would you have been
19 calling the Chief Justice's cell phone?
20          GOVERNOR SUNUNU:  Good question, it could
21 have been but I, I -- I honestly don't know.  Would I
22 have called him on his office line, you know, out of
23 ease I probably, I -- I believe, I'm 99 percent sure

1   I would have called his cell phone.
2           INTERVIEWER: Okay.
3           GOVERNOR SUNUNU: Because that's, that's 99
4   percent of the time that's how I get in touch with
5   him. I don't think I would have even thought to call
6   his, his office line. That's just, I -- I normally
7   call everybody on their cell phone to be honest. If
8   I have their cell number, I'm 99 percent of the time
9   using their cell number, not -- not an office line.
10          INTERVIEWER: Okay, and Governor, I promise
11  we will protect this information but could you
12  provide us your cell phone number?
13          GOVERNOR SUNUNU: My cell phone number,
14  sure, ███████, ███████.
15          INTERVIEWER: And could you provide us with
16  the cell phone number you have for the Chief Justice?
17          GOVERNOR SUNUNU: Yeah.
18          ATTORNEY OGDEN: I don't know if he has
19  that, like we're on my phone so I don't know if he
20  has that.
21          INTERVIEWER: Oh, okay. If you could have
22  Rudy send that to us just so --
23          ATTORNEY OGDEN: Yeah, we'll --

1   GOVERNOR SUNUNU: Yeah, well, hold on, I'd
2   rather just, let me -- if you guys can just give me
3   30 seconds, let me go grab -- my phone's in the other
4   room. Give me 30 seconds, I'll go grab it, one
5   second.
6   INTERVIEWER: Yes, sir.
7   GOVERNOR SUNUNU: Hey, you guys still there?
8   INTERVIEWER: Yes, sir.
9   GOVERNOR SUNUNU: Hello, oh, hi, sorry. The
10  number I have which I believe is the number I, I
11  used, ▇▇▇▇▇▇▇. That's likely the number I would
12  have called him on, ▇▇▇▇▇▇▇ Let me just, I
13  would imagine. I, I could have called him at work
14  but I'm, I'm -- I usually call everybody on the cell
15  phone so that's probably what I used.
16  INTERVIEWER: All right, thank you.
17  INTERVIEWER: Okay, well, Tom, that's all
18  I've got.
19  INTERVIEWER: All right, Governor, Rudy, I
20  appreciate your time today and I don't want to take
21  up any more than we need to, so I will end the
22  recording. It's 4:22 p.m.
23  (End.)

## CERTIFICATE

I, Mary Mielke, a court-approved transcriptionist, do hereby certify that the foregoing is a correct transcript from the official electronic sound recording of the proceeding in the above-entitled matter to the best of my professional skill and ability.

_____
Mary Mielke
Avicore Reporting

N.H. PORT AUTHORITY - GOV. SUNUNU 8/6/24

| 0 | 22 [8] 2:22 3:22 4:22 5:22 6:22 7:22 8:22 9:22 | [1] 2:8 | calls [2] 3:2 7:11 | 16,18 5:12,12 6:4 7:12,21 8:5,18,19 9:20 | guys [2] 9:2,7 |
|---|---|---|---|---|---|
| 03301 [1] 1:12 | | afterwards [1] 3:14 | capacity [1] 4:12 | | **H** |
| **1** | 23 [7] 2:23 3:23 4:23 5:23 7:23 8:23 9:23 | agency [2] 6:9,10 | cell [15] 7:8,10,11,13,14,17,19 8:1,7,8,9,12,13,16 9:14 | doubt [1] 3:7 | hampshire [3] 1:1,4 2:3 |
| 1 [9] 1:11 2:1 3:1 4:1 5:1 6:1 7:1 8:1 9:1 | | ahead [1] 2:17 | | **E** | hantz [8] 3:1,3,12 4:12,21 6:8,16 7:1 |
| | **3** | allegations [2] 5:6,10 | chance [1] 7:13 | ease [1] 7:23 | |
| 10 [8] 2:10 3:10 4:10 5:10 6:10 7:10 8:10 9:10 | 3 [8] 2:3 3:3 4:3 5:3 6:3 7:3 8:3 9:3 | almost [2] 7:11,16 | change [1] 4:3 | end [2] 9:21,23 | happened [4] 3:6,9,19 6:1 |
| | | | chief [11] 3:2,11,22 4:4,8,17,18 6:15 7:7,19 8:16 | even [1] 8:5 | |
| 11 [8] 2:11 3:11 4:11 5:11 6:11 7:11 8:11 9:11 | 30 [3] 5:12 9:3,4 | already [1] 5:23 | | everybody [2] 8:7 9:14 | harbor [2] 6:1,4 |
| | 31st [2] 3:23 6:16 | appreciate [2] 2:9 9:20 | chris [1] 2:11 | everything [1] 7:14 | havenâ€™t [1] 6:19 |
| | **4** | | claims [1] 5:16 | | |
| 12 [8] 2:12 3:12 4:12 5:12 6:12 7:12 8:12 9:12 | 4 [8] 2:4 3:4 4:4 5:4 6:4 7:4 8:4 9:4 | approximately [1] 2:5 | coming [3] 4:4,16,19 | exactly [1] 7:12 | hello [1] 9:9 |
| | | assistant [1] 2:20 | complaints [1] 6:8 | extent [1] 6:17 | hi [1] 9:9 |
| | 4:13 [1] 2:5 | | | **F** | historical [1] 5:19 |
| 13 [8] 2:13 3:13 4:13 5:13 6:13 7:13 8:13 9:13 | 4:22 [1] 9:22 | assume [1] 7:10 | concord [1] 1:12 | fact [1] 2:8 | hold [1] 9:1 |
| | **5** | attorney [11] 2:3,16,18,20 4:8 5:8 7:2,3,5 8:18,23 | consent [2] 2:19,21 | fincham [1] 2:21 | honest [1] 8:7 |
| 14 [8] 2:14 3:14 4:14 5:14 6:14 7:14 8:14 9:14 | 5 [8] 2:5 3:5 4:5 5:5 6:5 7:5 8:5 9:5 | | | follow-23 [1] 6:23 | honestly [1] 7:21 |
| | | audio [1] 1:8 | consenting [3] 2:6,8,12 | following [1] 6:15 | |
| | **6** | august [1] 2:4 | | formella [3] 4:1,8,14 | **I** |
| 15 [8] 2:15 3:15 4:15 5:15 6:15 7:15 8:15 9:15 | 6 [8] 2:6 3:6 4:6 5:6 6:6 7:6 8:6 9:6 | authority [1] 1:4 | context [1] 4:12 | | iâ€™d [2] 2:9 9:1 |
| | | autumn [1] 1:9 | conversation [3] 3:5,11 6:16 | formellaâ€™s [1] 4:3 | iâ€™ll [1] 9:4 |
| 16 [8] 2:16 3:16 4:16 5:16 6:16 7:16 8:16 9:16 | 603-321-0711 [2] 9:11,12 | **B** | conversations [1] 3:21 | **G** | iâ€™m [6] 2:12 4:6 7:23 8:8 9:14,14 |
| | 603-969-1488 [2] 8:14,14 | back [6] 2:23 5:4,20,22 7:15,15 | correct [1] 6:2 | general [3] 2:20 4:8 7:3 | iâ€™ve [1] 9:18 |
| 17 [8] 2:17 3:17 4:17 5:17 6:17 7:17 8:17 9:17 | 6th [1] 2:4 | backing [1] 5:19 | counsel [2] 2:16,18 | generalâ€™s [4] 2:3 5:8 7:2,6 | imagine [1] 9:13 |
| | **7** | baseless [1] 5:16 | couple [1] 6:23 | generally [1] 5:15 | indicated [1] 5:5 |
| 18 [8] 2:18 3:18 4:18 5:18 6:18 7:18 8:18 9:18 | 7 [8] 2:7 3:7 4:7 5:7 6:7 7:7 8:7 9:7 | beforehand [1] 3:17 | **D** | give [3] 5:12 9:2,4 | individuals [1] 5:2 |
| 19 [8] 2:19 3:19 4:19 5:19 6:19 7:19 8:19 9:19 | **8** | believe [2] 7:23 9:10 | date [1] 2:4 | | information [1] 8:11 |
| | 8 [8] 2:8 3:8 4:8 5:8 6:8 7:8 8:8 9:8 | best [1] 3:13 | department [1] 1:10 | gordon [2] 3:6,16 | initial [2] 5:6,10 |
| | 8/6/24 [1] 1:7 | bit [1] 4:2 | describe [1] 7:2 | got [1] 9:18 | interview [1] 1:7 |
| **2** | **9** | bringing [2] 5:13,22 | described [1] 4:21 | governor [30] 1:7 2:11,12,15,17,19 3:2,4,13 4:5,10,15 5:1,18 6:3,10,13,19 7:1,5,10,20 8:3,10,13,17 9:1,7,9,19 | interviewer [27] 2:1,14,20,22 3:10,21 4:9,11,20 5:17 6:2,7,12,14,21,23 7:7,18 8:2,10,15,21 9:6,8,16,17,19 |
| 2 [8] 2:2 3:2 4:2 5:2 6:2 7:2 8:2 9:2 | 9 [8] 2:9 3:9 4:9 5:9 6:9 7:9 8:9 9:9 | brought [2] 5:11 6:5 | desfosses [1] 2:2 | | |
| 20 [8] 2:20 3:20 4:20 5:20 6:20 7:20 8:20 9:20 | 99 [4] 7:13,23 8:3,8 | **C** | direction [1] 7:4 | | |
| 2024 [1] 2:4 | **A** | call [7] 2:6,9 3:6,8 8:5,7 9:14 | discussion [1] 2:23 | | introduce [1] 2:7 |
| 21 [8] 2:21 3:21 4:21 5:21 6:21 7:21 8:21 9:21 | accurate [1] 4:2 | called [5] 7:7,22 8:1 9:12,13 | discussions [3] 4:4,17 6:15 | grab [2] 9:3,4 | investigator [1] 2:2 |
| | acknowledge | calling [2] 7:8,19 | donâ€™t [17] 3:4,5,8,18,23 4:15, | granite [1] 1:11 | |

N.H. PORT AUTHORITY - GOV. SUNUNU 8/6/24

involved [1] 5:21
it's [3] 2:4, 11 9:22

**J**
joe [2] 2:20 6:21
john [3] 4:1,3,14
july [1] 6:16
justice [19] 1:10 2:23 3:2,3,11,12, 22 4:4,8,12,17,18, 20 6:8,15,20 7:1, 8 8:16
justice's [1] 7:19

**K**
kind [1] 5:9
knowledge [1] 2:7

**L**
land [1] 7:8
legal [2] 2:16,18
likely [1] 9:11
line [5] 7:8,16,22 8:6,9
little [1] 4:2
long [1] 5:20

**M**
macdonald [1] 6:20
made [1] 6:8
marconi [8] 3:1, 3,12 4:12,21 6:8, 16 7:1
mean [2] 4:6 5:12
meeting [3] 3:1, 3 4:22
mention [1] 3:23
motivated [1] 7:4

**N**
n.h [1] 1:10
name [2] 2:2 4:3
names [3] 5:11,
13 6:5
nature [1] 4:19
need [1] 9:21
never [3] 5:10,11 7:16
new [3] 1:1,4 2:3
nh [1] 1:12
normally [1] 8:6
number [8] 8:8,9, 12,13,16 9:10,10, 11

**O**
office [9] 2:3 5:8 7:2,6,15,16,22 8:6,9
ogden [6] 2:16, 16,18,18 8:18,23
okay [13] 3:10,21 4:20 5:17 6:7,12, 14,21 7:18 8:2,10, 21 9:17
one [2] 3:11 9:4
only [3] 4:9,11 5:4
other [4] 5:21,22 6:5 9:3
out [1] 7:22

**P**
p.m [2] 2:5 9:22
paralegal [1] 1:9
particular [1] 4:21
parties [1] 2:6
passage [1] 4:1
percent [4] 7:13, 23 8:4,8
person [3] 6:3,9, 10
personal [4] 5:6, 7,9,20
personally [2] 3:7,17
phone [15] 2:9 7: 9,10,12,13,14,17, 19 8:1,7,12,13,16, 19 9:15
phone's [1] 9:3
place [1] 1:11
political [3] 5:7, 8,9
politically [1] 7:4
politics [1] 5:21
port [1] 1:4
potentially [1] 4:13
prepared [1] 1:9
prior [1] 3:3
probably [4] 7:13,16,23 9:15
promise [1] 8:10
protect [1] 8:11
provide [2] 8:12, 15

**Q**
question [3] 4:6, 10 7:20
quick [1] 6:23

**R**
rather [1] 9:2
really [1] 3:19
reason [1] 3:7
recall [4] 3:1,23 4:20 6:7
recorded [1] 2:5
recorder [1] 2:1
recording [4] 2: 10,13,19 9:22
referenced [2] 5:23 6:1
referring [1] 5:14
regarding [4] 3: 12 4:3,13 6:16
relayed [1] 4:13
relevant [1] 6:17
remember [12] 3:5,8,10,14,18 4: 7,16,16,18 5:4,13 7:12
room [1] 9:4
rudy [4] 2:17,18
8:22 9:19
rugy [1] 2:16
rye [2] 6:1,4

**S**
sayball [1] 1:9
saying [1] 5:5
second [1] 9:5
seconds [3] 5:12 9:3,4
send [1] 8:22
similar [1] 4:23
sir [2] 9:6,8
someone [1] 5:21
sorry [2] 2:17 9:9
south [1] 1:11
speaking [1] 4:7
specific [3] 5:1 6:5,8
specifically [3] 3:8 4:1 5:13
spoke [3] 3:14, 23 5:23
spoken [1] 6:17
started [2] 2:2 5:10
state [1] 1:1
still [2] 4:2 9:7
strong [3] 4:22 5:3 7:3
substance [1] 3:15
sununu [27] 1:7 2:11,11,12,15,17, 19 3:4,13 4:5,10, 15 5:1,18 6:3,10, 13,19 7:5,10,20 8: 3,13,17 9:1,7,9
suppose [1] 3:9

**T**
talked [2] 3:17 6:19
telephone [1] 2:6
terms [2] 5:3,14
that's [9] 3: 19,19 8:3,3,4,6 9:
11,15,17
there's [1] 5:21
thinks [1] 3:6
time-to-time [1] 3:16
today [1] 9:20
today's [1] 2:4
tom [2] 2:2 9:17
touch [1] 8:4
transcribed [1] 1:8
truly [1] 5:5
trying [1] 4:6
type [1] 5:18

**U**
understand [1] 4:6
up [9] 4:4,16,19 5: 4,11,13 6:5 7:15 9:21
ups [1] 7:1
using [1] 8:9

**W**
wanted [1] 2:23
wasn't [1] 6:3
way [1] 5:20
we'll [1] 8:23
we're [1] 8:19
we've [1] 6:17
weak [3] 4:22 5:3 7:3
whoever [1] 5:9
will [2] 8:11 9:21
within [2] 5:8,9
work [1] 9:13

**Y**
yourself [1] 2:7

**Ã**
'cause [2] 7:11,14