

# SIERRA MADRE POLICE DEPARTMENT
242 WEST SIERRA MADRE BOULEVARD
SIERRA MADRE, CA 910242395
1-626-355-1414

**CFS EVENT DETAIL**
CAD EVENT NUMBER: 1907300027
CALL TYPE: 911C

## CALLS FOR SERVICE INFORMATION

| AGENCY | CAD EVENT NUMBER | CASE NUMBER | AGENCY NUMBER | DATE AND TIME | CALL TYPE | CALL TYPE EXPLAINED | FINAL CALL TYPE |
|---|---|---|---|---|---|---|---|
| SMPD | 1907300027 | | | 07/30/2019 19:46 | 911C | CONTACT CITIZEN | |

| LOCATION | APT/SUITE/BOX | CITY | RESPONSE ZONE | RESPONSE AREA |
|---|---|---|---|---|
| 730 W ALEGRIA AVE | | SM | | |

| CALL SOURCE | LOCATION COMMENT |
|---|---|
| P | |

**COMMENTS**

RP CAME 10-19 REQ TO SPEAK WITH AN DET REG A DOMESTIC ISSUE THAT MAY OCCUR AT LOC INVOLVING HER AND HER EX-BF

RP EMPHASIZED THAT NO DOMESTIC HAD OCCURRED YET
----------------[CAD1/10893  07/30/19 19:48:23]

DL/NO:Y5489439*B/D:08-17-1966*NAME:MINGES KATHERINE MICHELLE*
MAIL ADDR AS OF 07-17-18:2610 DEODAR CIR PASADENA 91107*
AKA:MINGES KATHERINE M*
----------------[CAD1/10893  07/30/19 19:52:27]
RP SPEAKING WITH D1
----------------[CAD1/10893  07/30/19 20:05:11]
R/P WANTED TO ADVISE THAT HER EX-HUSBAND DANA ALBRECHT IS ON HIS WAY FROM NEW HAMPSHIRE TO TRY AND SPEAK TO HIS DAUGHTERS, G[redacted] AND S[redacted]. R/P SAID THEIR DAUGHTERS DO NOT WANT TO STAY WITH DANA AND ARE AFRAID OF HIM. R/P SAID DAUGHTERS ARE CURRENTLY IN SUMMER CAMP IN NEW HAMPSHIRE. R.P SAID FATHER DOES NOT KNOW DAUGHTERS ARE IN NEW HAMPSHIRE. R/P SAID SHE WANTED TO LET US KNOW IN ADVANCE BECAUSE DANA WILL TRY TO MAKE FALSE CLAIMS ABOUT THEIR DAUGHTERS MISSING OR R/P VIOLATING COURT ORDER. R/P EXCEPTS DANA TO GO TO HER HOUSE AT 730 W ALEGRIA SOMETIME ON 7/31/19. R/P SAID SHE WILL NOT BE HOME AND HER FRIEND,
----------------[CAD1/10893  07/30/19 20:16:28]
FRIEND : ALEX BEER
***** EVENT CLOSED BY CAD1 WITH COMMENT-NOTES ADDED TO THE CALL

| REPORTING PARTY | AREA CODE | PHONE NUMBER |
|---|---|---|
| KATHERINE MICHELLE MINGES | 626 | 9457986 |

REPORTING ADDRESS: 2610 DEODAR CIR PASADENA

| PRIMARY UNIT | DISPOSITION | DISPOSITION COMMENTS |
|---|---|---|
| D1 | COMP | NOTES ADDED TO THE CALL |

| E-911 | DISPATCH | ARRIVED | CLEARED | CLOSED |
|---|---|---|---|---|
| | 19:46:40 | 19:48:01 | 00:00:00 | 20:28:02 |

## UNITS STATUS RECORDSxxx

| TIME | UNIT | STATUS | COMMENT | LOCATION | DISPO |
|---|---|---|---|---|---|
| 7/30/2019 7:46:40 PM | D1 | D | | 730 W ALEGRIA AVE | |
| 7/30/2019 7:48:01 PM | D1 | AR | | 730 W ALEGRIA AVE | |
| 7/30/2019 8:12:16 PM | D1 | F | FREED BY CAD1 | | |
| 7/30/2019 8:12:28 PM | D1 | AR | | 730 W ALEGRIA AVE | |
| 7/30/2019 8:14:53 PM | D1 | 19 | | | |
| 7/30/2019 8:17:47 PM | D1 | AR | | 730 W ALEGRIA AVE | |
| 7/30/2019 8:28:02 PM | D1 | F | EVENT CLOSED BY CAD1 | | |

## LINKED NAMES

| UNIT | REASON | NAME (OR DL) | DOB |
|---|---|---|---|
| | RP | MINGES, KATHERINE MICHELLE  Y5489439 | |

RMS-162 v1.9   PRINTED: 8/20/2019 5:17:30 PM BY: 117   FOR OFFICIAL USE ONLY   PAGE 1 of 1



**SIERRA MADRE POLICE DEPARTMENT**
242 WEST SIERRA MADRE BOULEVARD
SIERRA MADRE, CA 910242395
1-626-355-1414

**CFS EVENT DETAIL**

CAD EVENT NUMBER: 1907310019
CALL TYPE: 919

## CALLS FOR SERVICE INFORMATION

| AGENCY | CAD EVENT NUMBER | CASE NUMBER | AGENCY NUMBER | DATE AND TIME | CALL TYPE | CALL TYPE EXPLAINED | FINAL CALL TYPE |
|---|---|---|---|---|---|---|---|
| SMPD | 1907310019 | | | 07/31/2019 15:12 | 919 | KEEP THE PEACE | 919 |

| LOCATION | APT/SUITE/BOX | CITY | RESPONSE ZONE | RESPONSE AREA |
|---|---|---|---|---|
| 730 W ALEGRIA AVE | | SIERRA MADRE | | |

| CALL SOURCE | LOCATION COMMENT |
|---|---|
| P | |

**COMMENTS**

```
------------[CAD1/117  07/31/19 15:32:30]
D1 ADV REF CAD 190730-0027
------------[CAD1/117  07/31/19 15:34:04]
C1 ADV DOOR KNOCKING
------------[CAD1/117  07/31/19 15:47:30]
C1 ADV CODE 4
------------[CAD1/117  07/31/19 16:50:22]
SPOKE TO MOTHER, KATHERINE ALBRECHT, AND SHE ADVISED DAUGHTERS ARE IN SUMMER CAMP AT THE WILD OF NEW ENGLANDS
IN DEERFIELD, NEW ENGLAND. I CALLED THE SUMMER CAMP AND SPOKE TO WORKER SARAH SMITLEY. SARAH SAID THE
DAUGHTERS WERE SAFE AND AT THE CAMP. THE COURT ORDER IS OUT OF NEW HAMPSHIRE AND THERE IS NO VIOLATION. CASE IS
CURRENLTY BEING HANDLED BY BOTH PARTIES ATTORNEYS.
```

| REPORTING PARTY | AREA CODE | PHONE NUMBER |
|---|---|---|
| DANA ALBRECHT | 626 | |

| REPORTING ADDRESS |
|---|
| |

| PRIMARY UNIT | DISPOSITION | DISPOSITION COMMENTS |
|---|---|---|
| C1 | | |

| E-911 | DISPATCH | ARRIVED | CLEARED | CLOSED |
|---|---|---|---|---|
| | 15:12:27 | 15:14:00 | 15:55:16 | 15:55:16 |

## UNITS STATUS RECORDSxxx

| TIME | UNIT | STATUS | COMMENT | LOCATION | DISPO |
|---|---|---|---|---|---|
| 7/31/2019 3:12:27 PM | C1 | D | | 730 W ALEGRIA AVE | |
| 7/31/2019 3:12:27 PM | S4 | D | | 730 W ALEGRIA AVE | |
| 7/31/2019 3:13:06 PM | S4 | F | RE-ASSIGNED | | |
| 7/31/2019 3:14:00 PM | C1 | AR | | 730 W ALEGRIA AVE | |
| 7/31/2019 3:15:17 PM | A2 | D | | 730 W ALEGRIA AVE | |
| 7/31/2019 3:15:17 PM | D1 | D | | 730 W ALEGRIA AVE | |
| 7/31/2019 3:16:51 PM | S4 | D | | 730 W ALEGRIA AVE | |
| 7/31/2019 3:17:03 PM | S4 | D | | 730 W ALEGRIA AVE | |
| 7/31/2019 3:17:11 PM | D1 | F | FREED BY CAD1 | | |
| 7/31/2019 3:18:17 PM | A2 | F | FREED BY CAD1 | | |
| 7/31/2019 3:29:52 PM | S4 | AR | | 730 W ALEGRIA AVE | |
| 7/31/2019 3:31:28 PM | D1 | AR | | 730 W ALEGRIA AVE | |
| 7/31/2019 3:34:35 PM | D1 | QV | | | |
| 7/31/2019 3:35:26 PM | D1 | QV | | | |
| 7/31/2019 3:36:22 PM | C1 | TM | UNIT TIMER: TIMER CANCELLED | | |
| 7/31/2019 3:51:13 PM | S4 | TM | UNIT TIMER: TIMER CANCELLED | | |
| 7/31/2019 3:51:16 PM | D1 | TM | UNIT TIMER: TIMER CANCELLED | | |
| 7/31/2019 3:54:44 PM | S4 | C | CLEARED BY CAD1 | | ASST |
| 7/31/2019 3:54:57 PM | C1 | C | CLEARED BY CAD1 | | ASST |
| 7/31/2019 3:55:16 PM | D1 | C | CLEARED BY CAD1 | | ASST |