# 10TH CIRCUIT - FAMILY DIVISION - BRENTWOOD
## CASE SUMMARY
### CASE NO. 618-2018-DV-00078

| | | | |
|---|---|---|---|
| In the Matter of Patrick Szymkowski v. Destinie Berard | § § § § | Location:<br>Filed on: | 10th Circuit - Family Division - Brentwood<br>05/30/2018 |

## CASE INFORMATION

Case Type: **Domestic Violence Petition**

Case Status: **05/30/2018   Closed**

## CASE ASSIGNMENT

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment**<br>Case Number          618-2018-DV-00078<br>Court                       10th Circuit - Family Division - Brentwood<br>Date Assigned       05/30/2018 |

## PARTY INFORMATION

**Plaintiff**      Szymkowski, Patrick
                    *\*\* Confidential Address \*\**

**Defendant**  Berard, Destinie
                    46 Pond St
                    Georgetown, MA 01833

**Police Department**   Georgetown MA Poilce Department

                               **Police Department**
                               *\*\* Confidential Address \*\**

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 05/30/2018 | Domestic Violence Petition | Index #1 |
| 05/30/2018 | No Temp Order Issued/Final Hearing (Judicial Officer: Weaver, Mark F ) | Index #2 |
| 05/30/2018 | Request for Withdrawal of DV/Stalking | Index #3 |
| 05/30/2018 |     Granted (Judicial Officer: Weaver, Mark F ) | |
| 05/30/2018 | **Withdrawn** | |

| TARGET DATE | TIME STANDARDS |
|---|---|
| 05/30/2023 | Destruction of File |