# Salisbury Police Department
## Images Associated with 14-741-AR



