1

2

3

4

5

6    DOMESTIC VIOLENCE TASK FORCE VIRTUAL MEETING

7                December 15, 2021

8                  Held via Webex

9

10

11   PRESENT:

12       Anna Barbara Hantz Marconi, Associate

13   Justice, New Hampshire Supreme Court

14       Susan Carbon, Circuit Court Judge

15       Diane Nicolosi, Superior Court Judge

16       John Yazinski, Circuit Court Judge

17       Mary Barton, Clerk, Circuit Court

18       Merrill Beauchamp, Director, Victim &

19   Witness Program

20       Kathy Beebe, Executive Director, HAVEN NH

21       Kristyn Bernier, Investigator, Belknap

22   County Attorney's Office

23       Steven Endres, Assistant County Attorney,

24   Merrimack County

25       Martha Ann Hornick, Grafton County



```
1    Attorney
2         Mary Krueger, Attorney, NHLA
3         Lynda Ruel, Director, Office of
4    Victim/Witness Assistance, NH DOJ
5         Scott Hampton, Director, Ending the
6    Violence
7         David Hobbs, Hampton, NH Association of
8    Chiefs of Police
9         Lyn Schollett, Executive Director, New
10   Hampshire Coalition
11        Amanda Grady Sexton, Director of Public
12   Affairs, New Hampshire Coalition
13        Jon Strasburger, New Hampshire
14   Association of Criminal Defense Attorneys
15        Michael Strauss, Attorney, DOVE Program
16        Patricia LaFrance, Attorney, The Black
17   Law Group
18        Betsy Paine, Attorney, CASA NH
19        Pam Dodge, NHBA DOVE Program & 603 Legal
20        Sarah Freeman, Circuit Court
21   Administrator
22        Jean Kilham, Manager, NHJB Domestic
23   Violence Program
24        Erin Jasina, Director, NHLA DV Program
25        Anne Zinkin, Supervisory Law Clerk, NHSC
```



Domestic Violence Task Force - 12/15/21

1        JUSTICE HANTZ MARCONI:   (Audio

2    begins mid-sentence) -- branch's ability

3    to deal with, separation of powers, all

4    that stuff.   Some things are going to be

5    short-term, I think, low-hanging fruit,

6    observations people may have made, things

7    we can fix right away.

8        Other things, I think we'll be

9    identifying longer-term projects for the

10   branch to look at and take on over a

11   period of time, things that might involve

12   planning, resources, funding, you name

13   it.

14       Some things, amendments to statutes,

15   legislative function -- so we may be able

16   to, through this process, identify areas

17   of -- where there are gaps, areas where

18   there are improvements that could be

19   made.   Some things will be for others to

20   carry on when we're done.

21       So we're looking for opportunities.

22   We're looking for possibilities.   We're

23   looking for problems.   And I think we

24   will be, at the end of this process,

25   identifying areas for other people, other

Domestic Violence Task Force - 12/15/21

1        groups, other initiatives, other

2        organizations, other sub-working groups

3        in the branch to carry forward.

4              What we're not going to be doing --

5        so you can kind of rest easy.  We're not

6        going to be amending the protocols

7        ourselves, amending forms ourselves,

8        doing that kind of thing which involves

9        more capacity, let's say, than we have.

10       We're going to identify problems, and

11       then we're going to recommend that people

12       look to solve those problems.

13             So and I anticipate there may be

14       spin-off efforts, when we are done, that

15       may involve some of you and may involve

16       new people.  So we're starting with sort

17       of a core group of various perspectives

18       to try to coordinate, schedule, identify,

19       and hand off, if you will.

20             So and the other thing I've noticed,

21       just putting the task force together,

22       there's a lot of collective experience.

23       There's a lot of collective initiatives,

24       things that people have worked on for

25       many years.  And yet there isn't always a

Domestic Violence Task Force - 12/15/21

1    lot of sharing of information.  So one

2    thing I hope that comes out of our work

3    is a process for that sharing to continue

4    well beyond our term.

5        So I sent out some documents.  I put

6    together --

7        MS. ZINKIN:  Can't hear you.

8        JUSTICE HANTZ MARCONI:  Really?

9        MS. ZINKIN:  Yeah.

10       JUSTICE HANTZ MARCONI:  Oh.  Anne

11   says she can't hear me.  Are the rest of

12   you hearing me?  Okay.  Good.  That's

13   okay.  So now Anne's in my office.

14       So I sent out some documents.  I

15   sent out some draft --

16       And that may interfere if you keep

17   it on.  You've got -- there you go.

18       I took each of the charges.  And

19   this was just an effort to get my arms

20   around what we're doing; no pride of

21   authorship.  These were just sort of

22   brain dump of issues that in our

23   discussions here at the court, things

24   we've heard from others.  I sort of

25   pulled together topics that might fit

6

Domestic Violence Task Force - 12/15/21

1           within one of the charges.

2                   And what I would ask for this group

3           to do is review that.  I'm sure you have

4           some thoughts.  Add things to the list by

5           email.  So here's our process.

6                   If you have an experience, a

7           comment, a input, anything, you would

8           email to Anne and Lisa.  They're on the

9           group email.  If you have a document, if

10          you have a bill that maybe had been

11          considered by the legislature or you have

12          a report from some prior work that you

13          think would be worthwhile to share, then

14          we will -- Anne and Lisa will drop it

15          into the Dropbox.  We'll do it by

16          category so that everybody has access to

17          the collective wisdom, if you will.

18                  If you have topics that you think

19          bear on discussion under one of these

20          charges, again, no pride of authorship.

21          This is not a complete list.  It was just

22          random thoughts that have been floating

23          around.  Feel free to email them, and we

24          will add them to the discussion points,

25          if you will.

Domestic Violence Task Force - 12/15/21

1            And I'll get through all this, and

2        then I'll let y'all talk.  So in order to

3        finish up by our March 1 deadline, it

4        occurred to me that at least one way of

5        doing this will be to schedule six of

6        these sessions in January so that we have

7        a discussion like this, one per topic

8        area.

9            Prior to that, we can gather from

10       everybody any suggestions, disseminate it

11       so that everyone has a chance, ahead of

12       time, to think, and then we're going to

13       collaborate.  And from those six

14       sessions, we should be able to pull some

15       consensus.  And then my sort of

16       architects will put it into some set of

17       recommendations that we can then

18       circulate back to the group.

19            So if we do that, we have those six

20       meetings in January.  We should be able

21       to work through the report in February

22       and have our recommendations ready in

23       March.

24            We also are able to and, hopefully,

25       will be, if you all agree, scheduling at

Domestic Violence Task Force - 12/15/21

1        least one public hearing here at the

2        court.  That will be in person, but we

3        can stream it.  I've already received

4        some input from members of the public

5        about the task force, suggestions.  So we

6        will have that.  And we also are setting

7        up a comment line which will be

8        publicized so that members of the public

9        can participate giving input.

10              And so that is, in a nutshell, how I

11       think we can accomplish what it is we're

12       trying to do.  So I would ask, right now,

13       for any thoughts, suggestions,

14       oversights, things I've missed that any

15       of you might have.

16              MS. LAFRANCE:  Justice Marconi, I

17       just had a quick clarification question

18       because I noticed the meeting is being

19       recorded.  This will be -- all be subject

20       to Right to Know request; is that

21       correct?

22              JUSTICE HANTZ MARCONI:  I believe

23       so, yes.

24              Any thoughts about our work plan,

25       our charges, our goals?  Yes.



Domestic Violence Task Force - 12/15/21

1          MS. SCHOLLETT:  Justice Marconi, hi.

2     It's Lyn Schollett.  I have a clarifying

3     question, I guess.  I appreciate you

4     laying out a structure for these six

5     meetings in January.  And as we look over

6     this initial document that you sent, if

7     there are additional areas, are you

8     asking us to try to align them with one

9     of the existing charges or just send in

10    proposals if there might be other areas

11    that we hope that this committee will

12    look at?

13         JUSTICE HANTZ MARCONI:  Luckily, the

14    charge gave us number 7, which is a big,

15    blank piece of paper.  And so if there

16    are things that don't fit within any of

17    the other categories -- now, it might

18    mean a seventh meeting, but happy to do

19    that.

20         MS. SCHOLLETT:  Thank you.

21         JUSTICE HANTZ MARCONI:  Yeah.

22         JUDGE CARBON:  Justice Marconi, can

23    you hear me?

24         JUSTICE HANTZ MARCONI:  Yes, I can.

25         JUDGE CARBON:  Okay, perfect.



Domestic Violence Task Force - 12/15/21

1       Sorry.  We're having trouble with the

2       Webex here.  The bucket number 7, I would

3       envision as well that we might come up

4       with lots of topics that we're not

5       necessarily going to be fleshing out for

6       the recommendations.  But would it be

7       appropriate in bucket number 7, if you

8       will, that we identify topics for future

9       consideration, not necessarily projects

10      here?

11          So I'm seeing Scott, for example.

12      And I know that the Governor's

13      Commission, for a long time, talked about

14      having some kind of state certification

15      or standards, if you will, for better

16      intervention groups.

17          And that might -- it's not something

18      that's listed in here but that we might

19      say, New Hampshire really needs to do

20      this.  Would that be an item to include,

21      for example, in bucket number 7, not

22      necessarily that we're going to try to

23      spearhead that but identify an area that

24      does need attention?

25          JUSTICE HANTZ MARCONI:  Right.  That



Domestic Violence Task Force - 12/15/21

1        is exactly right.  So if, again -- if

2        this collective wisdom can identify

3        initiatives, things that aren't

4        necessarily right within the court's

5        direct ability to deal with, but it's

6        something that the state should be

7        looking at, then this will be a public

8        document.

9             It has been -- it is anticipated by

10       the executive and the legislative branch.

11       We can't tell them what to do, but I

12       think we can identify initiatives that

13       need to happen.

14            JUDGE CARBON:  Thank you.

15            JUSTICE HANTZ MARCONI:  I mean, is

16       the Dropbox sharing of document things --

17       this is technical stuff, but is that --

18       does that work for people, A, and does

19       the idea of contributing if you've got,

20       again, a report, a thought, an outline,

21       an experience that would be helpful,

22       sending it by email, and we'll be able to

23       collect those and then get them out

24       before we discuss each particular group

25       of issues?



Domestic Violence Task Force - 12/15/21

1              So if that works for people, the

2        next thing -- this is the big

3        challenge -- is do we think we can

4        identify and -- well, let me back up.  Is

5        4 o'clock a good time?  It looks like it

6        from the attendance here.  And do we

7        think we can identify six or seven dates

8        in January where we can have a series of

9        these conversations?

10             Okay.  What we might do is try to do

11       that by some sort of SurveyMonkey kind of

12       thing, so you can expect to get that from

13       me so that we can find dates that work.

14       And it'll probably be two days a week,

15       and it may be dates that doesn't -- that

16       don't -- dates that do not work for

17       everyone.  However, that doesn't mean you

18       can't give input and/or pick and choose.

19             And again, not every topic is

20       something that everybody here is highly

21       invested in, so you certainly can pick

22       and choose the areas that you want to

23       focus in.  But it occurred to me that

24       having these group conversations, rather

25       than breaking into subgroups, will be

Domestic Violence Task Force - 12/15/21

1    more efficient.

2              And then as we move from the

3    discussions into the drafting phase, I'm

4    guessing I will be seeking volunteers to

5    work with the drafters on those

6    particular points.

7              So that's kind of the nuts and bolts

8    of how I think we're moving forward.  And

9    again, does anyone have anything to offer

10   right now, in terms of content,

11   perspectives, things -- expectations,

12   things you want to talk about, at this

13   point, or anything I'm missing in terms

14   of gathering input?

15             We don't seem to have time to, yeah,

16   go around the state and have lots of

17   hearings.  But I do count on this group

18   to sort of resonate through the groups

19   that you're in contact with to gather

20   feedback.

21             Yes?

22             MS. PAINE:  Justice, I wanted to ask

23   a clarifying question.  Is the Governor's

24   Commission still meeting?  Does it still

25   have any -- I don't know.  Is it still



Domestic Violence Task Force - 12/15/21

1    functioning, or is it not functioning?

2    Does anyone know?

3        JUSTICE HANTZ MARCONI:  I have no

4    idea, but that's a good question.

5    Someone might know.

6        Yes?

7        MS. RUEL:  Thank you, Justice Hantz

8    Marconi.

9        Betsy, we have not had a formal

10   lodge meeting.  We lack leadership.  What

11   we have is a lot of the subcommittees

12   that were under the Governor's Commission

13   still do meet regularly, like protocol

14   conference and committees like that.  But

15   we have not had a overall meeting in

16   several years.

17       JUSTICE HANTZ MARCONI:  So what I'm

18   hearing is that could be a

19   recommendation.

20       To the extent -- and again, I want

21   to be clear.  Our charge is to look at

22   things that are happening in the judicial

23   branch.  So to the extent there's

24   something that happens elsewhere, we can

25   note those things.  But they aren't



Domestic Violence Task Force - 12/15/21

1          things that we're looking to fix directly

2          through the branch, so -- but this is a

3          really good, collaborative platform to

4          know what else is going on outside of the

5          branch.

6                  That's why -- and I think it was

7          David Vicinanzo, who's not here, but you

8          will note that the Attorney General

9          training materials, protocols for

10         prosecutors is noted on the list.  That's

11         not something we would deal with, but

12         it's my anticipation that if we were to

13         recommend changes in branch processes,

14         there would be ripples, repercussions in

15         other areas that people would have to

16         align with.

17                 So I'm really trying to be aware of

18         the sort of holistic environment we work

19         in but also focus on those things we can

20         do within the branch to facilitate sort

21         of better support for victims-survivors

22         of domestic violence.

23                 Yes?

24                 MR. ENDRES:  Just to clarify, when

25         we're looking at the court practice



Domestic Violence Task Force - 12/15/21

1      involving domestic violence, we're not

2      just focused on 173-B domestic violence

3      hearings; it's the entire process,

4      including prosecution of domestic

5      violence cases?

6          JUSTICE HANTZ MARCONI:  We're

7      looking at court proceedings.  So we've

8      got domestic violence hearings.  We've

9      got the whole process, from the petition

10     through to the end of the 173-B

11     proceeding.  We've got civil stalking

12     cases.  We've got Superior Court

13     injunctive equitable jurisdiction, which

14     are all, if you look at it, kind of

15     remedies available to individuals in

16     different situations.

17         To the extent there are related

18     criminal prosecutions, I think our charge

19     is to just look at how those intersect

20     but not try to advise on improvements in

21     that arena, except, again, to the extent

22     they intersect and except to the extent

23     that the same victim-survivors are

24     implicated in those cases, so the

25     advocacy, the victim-witness program.



Domestic Violence Task Force - 12/15/21

1      That's why there's a little bit of

2      overlap.

3            So because I know there has been

4      some talk about sort of the

5      interrelationship once a case is resolved

6      in the Circuit Court, in the DV, then if

7      there were linked cases in Superior

8      Court.  There's just a little bit -- or

9      in the District Court.  There's a little

10     bit of overlap that we might want to

11     discuss.

12           MS. LAFRANCE:  Also, I'm sorry.

13     Yeah, I was using the hand-raise

14     function, but I'm not sure that you can

15     see.  It's very tiny.

16           I just -- I'm coming from the family

17     law perspective too.  There's also the ex

18     parte proceedings that we have in family

19     law.  I mean, ideal, sometimes it's ex

20     parte or restraining order.  So I think

21     it's important to make sure we're all

22     aware of that process too.

23           JUSTICE HANTZ MARCONI:  Right.

24     Which is limited to the sort of marital

25     arena --



Domestic Violence Task Force - 12/15/21

1            MS. LAFRANCE:  Right.  Which is --

2            JUSTICE HANTZ MARCONI:  -- not

3       unmarried parties at this point, right?

4       So but yes, there are those tools, if you

5       will, in the tool belt.  And I think that

6       is part of one of the discussions we want

7       to have is what all those tools are, who

8       they apply to, and how best, again, to

9       support a remedy where needed.

10           MS. LAFRANCE:  Well, yeah, ex partes

11      are also in parenting cases too, so --

12           JUSTICE HANTZ MARCONI:  Yes.  And

13      the Violence Against Women Act, as we've

14      sort of thrown out there in some of the

15      documentation, refers to any sort of

16      restraint.  So that raises another topic

17      we're going to be talking about,

18      application of court appellate decisions.

19      And that is a broader group of cases than

20      we might have originally anticipated.

21           It's a really lively group.  All

22      right.  Anything else, clarifying or not?

23      Okay.  We will be communicating.  Well,

24      you know Anne and Lisa's email contact.

25      I will let you know, if I haven't

Domestic Violence Task Force - 12/15/21

1        already, the -- we just set it up today,

2        the public comment email address.  So

3        we'll be taking all that in.

4            I know the holidays are coming up.

5        But if you could take some time to

6        reflect, look at adds, deletions, topics

7        you want included in the various charge

8        discussions, and send in any

9        documentation you think it would be

10       helpful for folks to have.

11           We can do that over the next couple

12       of weeks, get it back out to you, and

13       then we'll be in touch, trying to figure

14       out the best days for these meetings.

15           Yes?

16           MS. HORNICK:  Justice Marconi, would

17       it be possible -- I mean, I came on a

18       couple of minutes after 4.  I'm Marcie

19       Hornick from the Grafton County

20       Attorney's Office.  But I wondered if --

21       I mean, some of you all may know each

22       other from the other interplay of our

23       different agencies.  Would it be possible

24       for us to do sort of a go-through and

25       talk about, like, two minutes, who we are



Domestic Violence Task Force - 12/15/21

1    and what we do and that sort of thing?  I

2    mean, is that okay?

3         JUSTICE HANTZ MARCONI:  Absolutely.

4    I read the roll, probably before --

5         MS. HORNICK:  Yes.

6         JUSTICE HANTZ MARCONI:  -- you got

7    on.  But I think everybody should chime

8    in.  I think that's a great idea.

9         MS. HORNICK:  Yeah.  No, I was here

10   for the roll call.

11        JUSTICE HANTZ MARCONI:  Right.

12        MS. HORNICK:  Just I was in a

13   meeting with Steve Endres this morning,

14   and --

15        JUSTICE HANTZ MARCONI:  Yeah.

16        MS. HORNICK:  -- (audio

17   interference) and I have spoken over

18   time, and I know Lynda Ruel and you.

19   But --

20        JUSTICE HANTZ MARCONI:  Yeah.

21        MS. HORNICK:  Thank you.

22        JUSTICE HANTZ MARCONI:  Let's do

23   that.  So why don't you tell us about

24   you?

25        MS. HORNICK:  Okay.  I'm Marcie



Domestic Violence Task Force - 12/15/21

1    Hornick, and I'm the Grafton County

2    Attorney.  I'm a former -- excuse me --

3    public defender, until I became a

4    prosecutor.

5        I got very interested in this kind

6    of issue, in part, because -- and I'll

7    just put this out here, and I know

8    that -- and I'm very grateful, Patty

9    (ph.), for your question about FOIA, et

10   cetera.  But I was very concerned about

11   the language that I was reading in

12   judges' orders.  So that's how I really

13   first got to know Lyn and Amanda.  And

14   I'm just -- I'm looking forward to

15   working with this group.

16       JUSTICE HANTZ MARCONI:  All right.

17       Patty, since you were just

18   mentioned, why don't you go?

19       MS. LAFRANCE:  Hello.  Patty

20   LaFrance.  I'm in private practice right

21   now, doing mostly family law.  I was a

22   prosecutor, a felony prosecutor for

23   sixteen years.  I know at least half the

24   people on this committee from my past

25   work.  Gosh.  I was the chair of the DV

Domestic Violence Task Force - 12/15/21

1    Fatality Review Committee, worked on the

2    training team for Joshua's law back in --

3    oh my God, Amanda and Lyn, was it 2014?

4    Holy moly.

5        Let's see.  Like I said, I've been

6    in family law now for over four years.

7    Because of my background, I get a lot of

8    the domestic violence-related cases.  The

9    other attorneys just steer those cases

10   towards me.

11       And I have actually been on both

12   sides of the restraining order issue.  I

13   have clients who have had restraining

14   orders taken out against them, and I have

15   a lot of clients who take out restraining

16   orders for ex partes.

17       So looking forward to working with

18   everybody, and that's it.

19       JUSTICE HANTZ MARCONI:  Okay.  And

20   Steve, you've been mentioned, so why

21   don't you jump in?

22       MS. ENDRES:  Hello.  My name is

23   Steven Endres.  I've been a prosecutor

24   for a little over twenty years.  I'm at

25   the Merrimack County Attorney's Office



Domestic Violence Task Force - 12/15/21

1       now.  And I started my career, actually,

2       in the Rockingham County Attorney's

3       Office, so I've got three years' felony

4       prosecution experience.

5             I was at the Concord City

6       Prosecutor's Office for seventeen years

7       in Circuit Court, doing quite a few

8       domestic violence cases.  And I've gotten

9       to know many of you over the years,

10      through that work.  I'm excited to be on

11      this committee and happy to be here.

12            JUSTICE HANTZ MARCONI:  Great.

13            Judge Carbon, we all know you, but

14      why don't you just give us a thumbnail?

15            JUDGE CARBON:  Hi, everybody.  I'm

16      really happy to be a part of this effort.

17      I've been on the bench for about thirty

18      years.  And going way back to the

19      beginning of the DV work that we've done,

20      I was with Judge Kelly and Betsy and

21      others on creating the first set of court

22      protocols and was on the Governor's

23      Commission on Domestic and Sexual

24      Violence.  And I was the first chair of

25      the Fatality Review Committee, way back



Domestic Violence Task Force - 12/15/21

1        in the late '90s.

2              I've also done a lot of work with

3        the National Council of Juvenile and

4        Family Court Judges and chaired the

5        multidisciplinary -- what we call the

6        Burgundy Book or the civil protection

7        order guide that is multidisciplinary on

8        best practices around issuing protective

9        orders, and then was also the director of

10       the Office on Violence Against Women for

11       a couple of years in the early 2020s.

12             Thank you.

13             JUSTICE HANTZ MARCONI:  And Scott

14       Hampton, why don't you tell us about you?

15             DR. HAMPTON:  There.  Now I'm

16       unmuted.  Hi.  I've also been in the

17       field for a little over thirty years;

18       been doing work with offenders, both

19       domestic violence and sexual assault, and

20       run a visitation center in Strafford

21       County.

22             So I've been involved in the

23       Governor's Commission with the Fatality

24       Review and the Conference Committee and

25       protocols.  One of the things that's of



Domestic Violence Task Force - 12/15/21

1        particular interest to me, and I'm hoping

2        I'll be able to contribute a little bit

3        in this direction, is all the stories

4        that I hear from the families I work

5        with, particularly the offenders, about

6        the way they're able to identify cracks

7        in the system.  That's actually a term

8        that they've used.

9             And sorry.  This is my cat, Sam

10       (ph.).  She shows up to a lot of

11       meetings.  She's my supervisor.

12            And so I think there are a lot of

13       things about the way forms are written,

14       about to the procedural things, the

15       reliance on -- in terms of granting

16       protective orders that are really focused

17       on abuse that's as defined in the law but

18       doesn't match up really well with

19       dangerousness factors.

20            So I really am eager to be able to

21       take a look at some of that stuff and

22       glad to work with -- I know most of the

23       people on the committee, so really

24       looking forward to and appreciate the

25       opportunity.



Domestic Violence Task Force - 12/15/21

1           JUSTICE HANTZ MARCONI:   Great.

2       Thank you.

3           Judge Yazinski?

4           JUDGE YAZINSKI:   Well, hello,

5       everyone.  Jack Yazinski.  I'm the

6       Circuit Court judge in Sullivan County;

7       been on the bench for about twenty years.

8       My desk in my office is still stained

9       from Judge Nicolosi dumping coffee all

10      over it.

11          About six months into my tenure on

12      the bench, I met a woman by the name of

13      Sue (ph.) Carbon.  And she and Betsy

14      Paine dragged me into a number of

15      different projects centering on domestic

16      violence, a thing called the Greenbook.

17      I've worked on the protocols.

18          And I was calculating earlier today.

19      I've heard about 3,000 domestic violence

20      cases over the years, so I've gotten a

21      view of many different litigants, many

22      different styles, and many different

23      problems that we encounter in this realm.

24          It has always been an interest of

25      mine.  I've worked closely with our local



Domestic Violence Task Force - 12/15/21

1       advocacy group through the years, and I'm

2       happy that you, Justice Marconi, invited

3       me to be on the committee.

4               JUSTICE HANTZ MARCONI:   Thank you.

5               I don't know, Michael Strauss, if

6       you want to talk about your colleague

7       David.

8               MR. STRAUSS:   Hey, everyone.  I'm

9       happy to, as long as you don't tell him

10      what I say.  No, just kidding.

11              JUSTICE HANTZ MARCONI:

12      (Indiscernible).

13              MR. STRAUSS:   Dave (ph.) asked me to

14      participate on his behalf today, and I

15      think in part because he and I both have

16      worked on behalf of the Coalition to

17      support domestic violence victims.  And

18      in our indigent defense work, both at the

19      federal court level and state level, we

20      interface with how the -- the rights of

21      victims and how they are experiencing the

22      judicial system.

23              I think Dave is incredibly

24      passionate about these issues and will

25      muster all of our involvement at Nixon



Domestic Violence Task Force - 12/15/21

1          Peabody to support this, to the extent

2          it's necessary.  So I know our firm is

3          happy to be a support here.

4              JUSTICE HANTZ MARCONI:   Thank you.

5              Lyn, dive in.  Lyn Schollett.

6              MS. SCHOLLETT:  Hi, everyone.  Lyn

7          Schollett with the New Hampshire

8          Coalition Against Domestic and Sexual

9          Violence.  I've been at the Coalition for

10         about eight years.  And prior to that

11         time, I was the general counsel for the

12         Illinois Coalition Against Sexual Assault

13         for about seventeen years.

14             The Coalition is the umbrella

15         organization for the twelve community-

16         based crisis centers, one of which is

17         represented here by Kathy Beebe as well.

18         We engage in statewide work, including

19         public policy and administering the funds

20         to the member programs.

21             We also partner frequently with some

22         of the national leaders around crime

23         victim rights, especially the National

24         Crime Victim Law Institute and the

25         national Victims Rights Law Center.  So



Domestic Violence Task Force - 12/15/21

1       that's a great perspective for us to have

2       in doing this work.

3           I think one of the things that

4       interests us most in this work group is

5       that at the Coalition, we often hear from

6       victims about their experiences in court.

7       And they often come to us with concerns

8       or experiences that they have that they

9       would like to see resolved.  So we are

10      excited about the opportunity to create

11      some avenues for feedback and to look at

12      the processes in the court.  So thank you

13      very much.

14          JUSTICE HANTZ MARCONI:  Great.  And

15      your colleague Amanda.  Is she on?  Yes.

16          MS. SEXTON:  Thank you, Justice.  My

17      name is Amanda Grady Sexton.  I work with

18      Lyn at the New Hampshire Coalition.  And

19      for a little over twenty years now, I've

20      been able to work with many of you to

21      help advance the legal rights of victims

22      within the state legislature, as well as

23      working alongside our federal delegation

24      on federal law.

25          And I'm really happy to be here.



Domestic Violence Task Force - 12/15/21

1      It's very nice to see all of these

2      brilliant minds in one space, and I have

3      a lot of faith that we'll do some great

4      work together, so thank you.

5          JUSTICE HANTZ MARCONI:  Excellent.

6      Thank you.  All right.

7          How about Kathy Beebe, since you're

8      all in the same arena?

9          MS. BEEBE:  Good to see everybody.

10     Like many of you, I've been around in the

11     field for over thirty years, and it's

12     great to be reconvening to do this

13     important work.

14         As Lyn mentioned, I'm the executive

15     director of HAVEN, which is one of the

16     member programs of the Coalition.

17     Because we cover Rockingham and Strafford

18     counties, I'm really interested in this

19     particular task force because we cover --

20         JUSTICE HANTZ MARCONI:  I'm having a

21     hard time hearing you.  I don't know if

22     anyone else is.

23         MS. BEEBE:  Can you hear me now?  Is

24     that any better?

25         JUSTICE HANTZ MARCONI:  Not really.



Domestic Violence Task Force - 12/15/21

1       If others can hear you, that's good.  No.

2              MS. BEEBE:  (Indiscernible) shaking

3       heads.

4              JUSTICE HANTZ MARCONI:  Sign

5       language, which I happen to know.  Don't

6       know that about me, but --

7              MS. BEEBE:  So you can't hear me at

8       all?

9              JUSTICE HANTZ MARCONI:  A little

10      bit, so go ahead.

11             MS. BEEBE:  I was mostly saying that

12      because we cover nine courts in our

13      region, this committee is really

14      important to me because we see so many

15      different things happening in the

16      different courts that we're working with

17      and impact that it's having on domestic

18      violence victims.

19             Thank you for letting me be a part

20      of this.  And I will work on my audio for

21      next time.

22             JUSTICE HANTZ MARCONI:  Thank you.

23             Kristyn Bernier?

24             INV. BERNIER:  Thank you, Justice.

25      Can you hear me?



Domestic Violence Task Force - 12/15/21

1          JUSTICE HANTZ MARCONI:  I can hear

2      you.  I can't see you, but I can hear

3      you.

4          INV. BERNIER:  It's because I don't

5      want you to see the laundry in the

6      background here.

7          JUSTICE HANTZ MARCONI:  Yeah.

8          INV. BERNIER:  I am Kristyn Bernier.

9      I am currently an investigator with the

10     Belknap County Attorney's Office, which I

11     just took the position in March, after

12     twenty-eight years with the Portsmouth

13     Police Department, twenty-three of them

14     having been as a detective.  My areas of

15     specialization are victim-based crimes

16     and predatory behavior.

17          I work -- I think Amanda's on speed

18     dial on a daily basis.  I've worked with

19     many of you, Kathy and Patty and Chief,

20     John (ph.) Hampton.  I'm very territorial

21     about my cases.  I have watched the

22     frustration of victims from the beginning

23     of the case through the system.  And it's

24     a passion of mine, making things better

25     for victims, making things safer for

Domestic Violence Task Force - 12/15/21

1     victims.

2            And I cannot tell you how honored I

3     am to have been asked to be on this

4     committee, in a state where I think we

5     truly want to make things better for

6     victims and families.  And it is an

7     honor, so thank you.

8            JUSTICE HANTZ MARCONI:  Great.

9     Thank you.

10           And Merrill Beauchamp?

11           MS. BEAUCHAMP:  Hi.  I'm Merrill

12    Beauchamp.  I am the director of the

13    Victim Witness Program at the

14    Hillsborough County Attorney's Office.

15    I've been with the County Attorney's

16    Office about thirteen years now.  Prior

17    to that, I was with the New Hampshire

18    Department of Corrections in their Victim

19    Services office.

20           And I'm just really thrilled to be

21    working with this wonderful group of

22    people, and I certainly look forward to

23    us accomplishing quite a bit.  Thank you.

24           JUSTICE HANTZ MARCONI:  Mary Barton.

25           MS. BARTON:  Hello, everyone.  I'm



Domestic Violence Task Force - 12/15/21

1       Mary Barton.  I'm the clerk of the

2       Manchester Circuit Court.  I am also very

3       honored to be part of such an impressive

4       group of people.

5            I work here in Manchester with Judge

6       Carbon and a number of other great judges

7       and staff.  And I've been the clerk here

8       in Manchester for about fourteen years.

9       So thank you very much.

10           JUSTICE HANTZ MARCONI:  Thanks.

11           Chief Hobbs.

12           CHIEF HOBBS:  Hi.  Good afternoon,

13      everyone.  My name's Dave Hobbs.  I'm the

14      chief of the Hampton Police Department.

15      I've been here since 1999.  I was asked

16      to be part of the committee from Chief

17      Hoebeke from the New Hampshire Chiefs.

18           I'm happy to be a part of it.  And

19      I'm hoping I can provide some insight

20      from a law enforcement perspective, but

21      happy to be a part and hoping we can make

22      some good progress here.  So thanks for

23      having me.

24           JUSTICE HANTZ MARCONI:  Great.

25      Thank you.



Domestic Violence Task Force - 12/15/21

1            Mary Krueger.

2            MS. KRUEGER:  Hello.  I'm Mary

3       Krueger.  I'm a staff attorney at New

4       Hampshire Legal Assistance.  We're a

5       statewide nonprofit law firm providing

6       civil legal services to low-income

7       clients on a wide variety of issues

8       related to basic needs and safety.

9            I'm part of our Domestic Violence

10      Advocacy Project, and primarily, I

11      represent victims and survivors in Family

12      Court in 173-B cases and divorce and

13      parenting cases.  We screen in cases that

14      are high-lethality cases.  So we use a

15      screen-in protocol, and we take our

16      referrals primarily from the domestic

17      violence crisis centers around the state.

18           And we work very closely with the

19      603 Legal Aid, which is the newly formed

20      nonprofit that used to the Pro Bono

21      Program and the Legal Advice & Referral

22      Center, in coordinating our case referral

23      and acceptance.

24           So I'm really happy to be here and

25      honored to be asked to participate, so



Domestic Violence Task Force - 12/15/21

1    thank you.

2              JUSTICE HANTZ MARCONI:  Great.

3              Judge Nicolosi?  I think you're

4         muted, maybe.

5              JUDGE NICOLOSI:  Yes.  I just should

6         start with apologizing for being late.  I

7         was actually doing a sentencing in a

8         domestic violence case, and it went

9         longer than I thought.  So --

10             JUSTICE HANTZ MARCONI:  Yeah.

11             JUDGE NICOLOSI:  But I appreciate

12        being asked to be on the committee, and I

13        hope I can bring to it some of the long

14        experience I now have.  I think I've been

15        in this field where domestic violence has

16        touched every aspect of my practice and

17        my time on the bench for almost thirty-

18        five years now.

19             And I started my career in the court

20        and at the AG's office.  And then for a

21        time, I worked at the Public Defender's

22        as a defense lawyer and ultimately found

23        my way as a marital master, after doing

24        an awful lot of domestic violence in the

25        domestic -- in the marital realm.

Domestic Violence Task Force - 12/15/21

1           Passed briefly over Judge Yazinski's

2       desk, which I'll never stop hearing

3       about, and ended on the Superior Court,

4       which, of course, we continue so much to

5       hear tragic stories about people in our

6       court.

7           So I appreciate being part of this

8       committee, and as a judge, always wish to

9       make it easier for people who are victims

10      to be part of the system and to be heard.

11          JUSTICE HANTZ MARCONI:  Great.

12      Thank you.

13          Betsy Paine, who needs no intro --

14          MS. PAINE:  Good afternoon.

15          JUSTICE HANTZ MARCONI:  Who needs no

16      introduction, but go ahead.

17          MS. PAINE:  Thank you.  That was

18      very kind.  I'm really honored to be part

19      of the group.  And I have been working in

20      this field, in various capacities, for

21      thirty years.  And currently, I'm at CASA

22      as a senior staff attorney.  I have been

23      there for eight years.  And obviously,

24      we're very interested in the intersection

25      of family violences, as it applies to the

Domestic Violence Task Force - 12/15/21

1        children in our cases and exposure to

2        domestic violence.

3            I have chaired the Fatality Review

4        Committee of the Governor's Commission,

5        served on the Governor's Commission, and

6        have tried to shepherd the court

7        protocols through various revisions in my

8        time at the Circuit Court, in the twenty-

9        one years I was there and worked on

10       various aspects of how the Violence

11       Against Women Act really impacts state

12       law and the intersection of those two.

13           And I think that may be some of what

14       we will uncover is how some of our

15       efforts to make those two overlays work

16       have created unforeseen consequences that

17       we now have to solve for.  That would be

18       just my initial observation.  Thank you.

19           JUSTICE HANTZ MARCONI:  I think I

20       know where you're coming from.

21           Lynda Ruel.

22           MS. RUEL:  Good afternoon.  My name

23       is Lynda Ruel.  Oh, can you hear me?

24           JUSTICE HANTZ MARCONI:  Yes.

25           MS. RUEL:  My name is Lynda Ruel.  I



Domestic Violence Task Force - 12/15/21

1      am with the Office of Victim/Witness

2      Assistance at the Attorney General's

3      Office.  I started my career in the late

4      '80s with the crisis center in Carroll

5      County.  That's about as specific as I'm

6      willing to get for dating myself.

7            And I have -- at the Attorney

8      General's Office, in the Office of

9      Victim/Witness Assistance, we are charged

10     with training and protocols.  The

11     prosecutor DV protocol is definitely on

12     the board to be the next thing we tackle.

13           I'm very excited to be on this

14     committee, to see several people that

15     I've had the privilege of working with

16     before.  And I'm grateful to have the

17     band back together to do this important

18     work.  Thank you.

19           JUSTICE HANTZ MARCONI:  Excellent.

20           And Jon Strasburger?

21           MR. STRASBURGER:  Hi, everyone.  I'm

22     Jon Strasburger.  I'm a partner at

23     Bossie, Wilson & Strasburger in

24     Manchester.  For the better part of

25     twenty years, I've been doing domestic



Domestic Violence Task Force - 12/15/21

1      relations work as well as criminal

2      defense work.

3          So I guess that gives me sort of the

4      unique perspective of having to both

5      regularly represent petitioners in

6      domestic violence matters as well as

7      respondents and dealing with the

8      interplay of how these domestic violence

9      petition matters may affect pending

10     divorces or parenting cases between

11     various parties, as well as the criminal

12     process if there happens to be criminal

13     charges in a particular case.

14         I was honored to be asked to serve

15     on the committee.  Several people on the

16     committee, I see, I know.  Patty LaFrance

17     and I have cases together from time to

18     time, both being in private practice,

19     doing domestic relations work.  And I

20     have had the privilege of appearing in

21     front of Judge Carbon for nearly twenty

22     years.

23         So thank you, and I look forward to

24     serving on the committee.

25         JUSTICE HANTZ MARCONI:  Excellent.



Domestic Violence Task Force - 12/15/21

1          And now we have our five working-

2     group -- I am going to call them

3     architects.

4          Pam Dodge, you can jump in, Pam.

5          MS. DODGE:  Yes, hi.  I'm really

6     happy to be part of this committee and

7     task force.  There are so many familiar

8     faces and people I have collaborated in

9     the past to recruit and train attorneys.

10    I've been really, really fortunate to

11    know many of you and have worked with you

12    closely.

13         So I work for 603 Legal Aid as the

14    DOVE Project coordinator.  And as Mary

15    mentioned earlier, 603 Legal Aid became a

16    new agency as of June 1st of this year,

17    so we're still in our initial startup.

18    And it's a really exciting process going

19    on right now with our intake and outreach

20    and really helping New Hampshire

21    litigants with centralized intake.

22         So I am really happy to be able to

23    use the experience that I've had over the

24    past twenty years of working with victims

25    of domestic violence through the DOVE

Domestic Violence Task Force - 12/15/21

1        Program, so thank you very much for the

2        honor of working on this group.

3                JUSTICE HANTZ MARCONI:   Thank you.

4                Sarah Freeman.

5                MS. FREEMAN:   Hi, there.   I'm Sarah

6        Freeman.   I joined the judicial branch as

7        the Domestic Violence Program manager,

8        but I'm now the Circuit Court

9        administrator, and I supervise a few of

10       our circuit courts and our Domestic

11       Violence Program manager.

12               Prior to joining the branch, I

13       represented survivors of domestic

14       violence, primarily in matrimonial and

15       family law proceedings for the largest

16       victims' services organization in the

17       country, in New York City.   And I've done

18       substance misuse policy work, but I

19       started my career as a crisis center

20       advocate up north, so the majority of my

21       career has been focused on issues around

22       domestic violence.

23               JUSTICE HANTZ MARCONI:   And Erin

24       Jasina.

25               MS. JASINA:   Hi, everyone.   I'm Erin



Domestic Violence Task Force - 12/15/21

1       Jasina, and I direct the Domestic

2       Violence Advocacy Project at New

3       Hampshire Legal Assistance.

4            So as Mary said, we represent

5       victims and survivors of domestic

6       violence, sexual assault, and stalking in

7       high-lethality protective order and

8       divorce and parenting cases.

9            And in addition to that, we're also

10      very active in the legislature,

11      supporting or opposing bills affecting

12      victims and survivors.  Some of you may

13      see me in the House Children and Family

14      Law Committee.  And in addition to that

15      work, I also served two terms on the New

16      Hampshire Family Mediator Certification

17      Board.

18           I recognize a lot of faces.  I'm

19      happy to work with the new faces and get

20      to know all of you.  And thank you so

21      much for this opportunity to be part of

22      this group.

23           JUSTICE HANTZ MARCONI:  And rounding

24      out our team, Jean Kilham.

25           MS. KILHAM:  Hi, there.  My name is



Domestic Violence Task Force - 12/15/21

1       Jean --

2               JUSTICE HANTZ MARCONI:   The woman of

3       the hour.

4               MS. KILHAM:   My name is Jean Kilham.

5       I'm the Domestic Violence Program manager

6       for the judicial branch.   I've been in

7       this role since July.   And prior to this

8       role, I was a prosecutor at the Cheshire

9       County Attorney's Office for over

10      thirteen years.   I spent about eight

11      years in Circuit Court and then five in

12      Superior.

13              Since I was a baby prosecutor, I --

14      domestic violence cases were always a

15      special interest of mine.   And I look

16      forward to working with you all and

17      working on all that is -- that comes out

18      of this task force.

19              JUSTICE HANTZ MARCONI:   Excellent.

20              I told Jean that we were going to be

21      joined at the hip for the next couple of

22      months.   So I think she might get tired

23      of me.

24              MS. KILHAM:   I'm ready.

25              JUSTICE HANTZ MARCONI:   That is it



Domestic Violence Task Force - 12/15/21

1      but for Anne Zinkin, who's here in my

2      office, Supreme Court law clerk and helps

3      keep me and everyone else on track.  Been

4      here for, what, twenty years and has a

5      particular affinity in this subject area.

6           So I think we've got a ton of

7      committed people -- at least, that's what

8      I've heard -- and some work ahead of us.

9           Anything else?

10          MS. LAFRANCE:  I had a quick

11     clarification question, Justice Marconi.

12          JUSTICE HANTZ MARCONI:  Sure.

13          MS. LAFRANCE:  You had indicated

14     that we could submit documents prior to a

15     meeting or --

16          JUSTICE HANTZ MARCONI:  Yes.

17          MS. LAFRANCE:  -- work group we're

18     working with.  Just to be clear on

19     redactions, in terms of, say, if we feel

20     we have an order from a court or

21     something, we're redacting, obviously,

22     names.  Judges' names too or --

23          JUSTICE HANTZ MARCONI:  Well, what's

24     interesting is orders can't be posted.

25     And we'll get into this in more detail,



Domestic Violence Task Force - 12/15/21

1        but the regulation prevents posting

2        identifying information on the internet,

3        the orders by states and tribes.  It's

4        kind of interesting.

5              And again, there are probably people

6        with more in-depth knowledge than I.  But

7        the cases are not necessarily, from the

8        judicial branch perspective,

9        confidential.  They're not confidential

10       case types.  The orders are available

11       from the courts.

12             MS. ZINKIN:  Statute renders

13       (indiscernible).

14             JUSTICE HANTZ MARCONI:  Right.

15       There's no statute that renders them

16       confidential, beyond the federal statute

17       about posting identifying information on

18       the internet.

19             So emailing a document to this group

20       isn't federal statute violation.

21       However, if you want to redact personal

22       information from a client, for example, I

23       mean, that's kind of your call.

24             MS. ZINKIN:  Or particularly, since

25       it may be that every (audio



Domestic Violence Task Force - 12/15/21

 1      interference) --

 2              JUSTICE HANTZ MARCONI:  Right.

 3              MS. ZINKIN:  -- will be publicly

 4      available --

 5              JUSTICE HANTZ MARCONI:  Right.

 6              MS. ZINKIN:  -- you may want to

 7      redact for privacy.

 8              JUSTICE HANTZ MARCONI:  Right.  So

 9      our materials may -- I don't know yet.

10      Our materials may be available.  So I

11      would, in an abundance of caution, yeah,

12      redact as you normally would for privacy

13      reasons.  That make sense?

14              Because the admonition in the

15      Violence Against Women Act, like I said,

16      it really is just -- which is partly why

17      the branch stopped posting on the

18      website, although the cases are not

19      confidential.  So anyone could go to

20      court and get the order and, technically,

21      post it somewhere, as long as they aren't

22      a state, tribe, entity, public --

23      government entity.

24              So that is something we'll be

25      looking at a little more in depth, but



Domestic Violence Task Force - 12/15/21

1        for our purposes, you should just follow

2        your own instincts in terms of private

3        information, for sure.  That make sense?

4            Okay.  Anything else?  The cat has

5        something to offer.  Yes.

6            All right.  Well, we are almost

7        at -- I want to try to keep these

8        meetings to an hour.  They may go over

9        fifteen minutes -- don't kill me -- but

10       if we have robust discussion.  But we're

11       almost at the end of our hour.  So I will

12       thank you all.  I am impressed with the

13       wealth of experience we have here, and I

14       think we're going to have a lot of

15       sharing to do, which I think will be

16       great.

17           So I'm excited.  Start thinking.

18       Start providing.  And you'll be getting

19       some kind of survey from us about dates.

20       That work?

21           Thank you, truly.  Goodbye.

22           (End of audio)

23

24

25



1                C E R T I F I C A T I O N

2

3          I, Cheryl Odom, certify that the

4          foregoing transcript is a true and

5          accurate record of the proceedings.

6

7

8

9     _____

10         Cheryl Odom (CDLT-186)

11         TTA-Certified Digital Legal Transcriber

12

13         eScribers

14         352 Seventh Avenue, Suite #604

15         New York, NY 10001

16

17         Date:  March 21, 2022

18

19

20

21

22

23

24

25



**A**

**ability** 3:2 11:5
**able** 3:15 7:14
  7:20,24 11:22
  25:2,6,20
  29:20 41:22
**Absolutely** 20:3
**abundance**
  47:11
**abuse** 25:17
**acceptance**
  35:23
**access** 6:16
**accomplish** 8:11
**accomplishing**
  33:23
**accurate** 49:5
**Act** 18:13 38:11
  47:15
**active** 43:10
**add** 6:4,24
**addition** 43:9,14
**additional** 9:7
**address** 19:2
**adds** 19:6
**administering**
  28:19
**administrator**
  2:21 42:9
**admonition**
  47:14
**advance** 29:21
**Advice** 35:21
**advise** 16:20
**advocacy** 16:25
  27:1 35:10
  43:2
**advocate** 42:20
**Affairs** 2:12
**affect** 40:9
**affinity** 45:5
**afternoon** 34:12
  37:14 38:22
**AG's** 36:20
**agencies** 19:23
**agency** 41:16
**agree** 7:25
**ahead** 7:11
  31:10 37:16

45:8
**Aid** 35:19 41:13
  41:15
**align** 9:8 15:16
**alongside** 29:23
**Amanda** 2:11
  21:13 22:3
  29:15,17
**Amanda's** 32:17
**amending** 4:6,7
**amendments**
  3:14
**and/or** 12:18
**Ann** 1:25
**Anna** 1:12
**Anne** 2:25 5:10
  6:8,14 18:24
  45:1
**Anne's** 5:13
**anticipate** 4:13
**anticipated** 11:9
  18:20
**anticipation**
  15:12
**apologizing** 36:6
**appearing** 40:20
**appellate** 18:18
**application**
  18:18
**applies** 37:25
**apply** 18:8
**appreciate** 9:3
  25:24 36:11
  37:7
**appropriate**
  10:7
**architects** 7:16
  41:3
**area** 7:8 10:23
  45:5
**areas** 3:16,17,25
  9:7,10 12:22
  15:15 32:14
**arena** 16:21
  17:25 30:8
**arms** 5:19
**asked** 27:13 33:3
  34:15 35:25
  36:12 40:14

**asking** 9:8
**aspect** 36:16
**aspects** 38:10
**assault** 24:19
  28:12 43:6
**Assistance** 2:4
  35:4 39:2,9
  43:3
**Assistant** 1:23
**Associate** 1:12
**Association** 2:7
  2:14
**attendance** 12:6
**attention** 10:24
**attorney** 1:23
  2:1,2,15,16,18
  15:8 21:2 35:3
  37:22 39:2,7
**Attorney's** 1:22
  19:20 22:25
  23:2 32:10
  33:14,15 44:9
**attorneys** 2:14
  22:9 41:9
**audio** 3:1 20:16
  31:20 46:25
  48:22
**authorship** 5:21
  6:20
**available** 16:15
  46:10 47:4,10
**Avenue** 49:14
**avenues** 29:11
**aware** 15:17
  17:22
**awful** 36:24

**B**

**baby** 44:13
**back** 7:18 12:4
  19:12 22:2
  23:18,25 39:17
**background**
  22:7 32:6
**band** 39:17
**Barbara** 1:12
**Barton** 1:17
  33:24,25 34:1
**based** 28:16

**basic** 35:8
**basis** 32:18
**bear** 6:19
**Beauchamp**
  1:18 33:10,11
  33:12
**Beebe** 1:20
  28:17 30:7,9
  30:23 31:2,7
  31:11
**beginning** 23:19
  32:22
**begins** 3:2
**behalf** 27:14,16
**behavior** 32:16
**believe** 8:22
**Belknap** 1:21
  32:10
**belt** 18:5
**bench** 23:17
  26:7,12 36:17
**Bernier** 1:21
  31:23,24 32:4
  32:8,8
**best** 18:8 19:14
  24:8
**Betsy** 2:18 14:9
  23:20 26:13
  37:13
**better** 10:15
  15:21 30:24
  32:24 33:5
  39:24
**beyond** 5:4
  46:16
**big** 9:14 12:2
**bill** 6:10
**bills** 43:11
**bit** 17:1,8,10
  25:2 31:10
  33:23
**Black** 2:16
**blank** 9:15
**board** 39:12
  43:17
**bolts** 13:7
**Bono** 35:20
**Book** 24:6
**Bossie** 39:23

**brain** 5:22
**branch** 3:10 4:3
  11:10 14:23
  15:2,5,13,20
  42:6,12 44:6
  46:8 47:17
**branch's** 3:2
**breaking** 12:25
**briefly** 37:1
**brilliant** 30:2
**bring** 36:13
**broader** 18:19
**bucket** 10:2,7,21
**Burgundy** 24:6

**C**

**C** 49:1,1
**calculating**
  26:18
**call** 20:10 24:5
  41:2 46:23
**called** 26:16
**capacities** 37:20
**capacity** 4:9
**Carbon** 1:14
  9:22,25 11:14
  23:13,15 26:13
  34:6 40:21
**career** 23:1
  36:19 39:3
  42:19,21
**Carroll** 39:4
**carry** 3:20 4:3
**CASA** 2:18
  37:21
**case** 17:5 32:23
  35:22 36:8
  40:13 46:10
**cases** 16:5,12,24
  17:7 18:11,19
  22:8,9 23:8
  26:20 32:21
  35:12,13,13,14
  38:1 40:10,17
  43:8 44:14
  46:7 47:18
**cat** 25:9 48:4
**categories** 9:17
**category** 6:16

**caution** 47:11
**CDLT-186**
  49:10
**center** 24:20
  28:25 35:22
  39:4 42:19
**centering** 26:15
**centers** 28:16
  35:17
**centralized**
  41:21
**certainly** 12:21
  33:22
**certification**
  10:14 43:16
**certify** 49:3
**cetera** 21:10
**chair** 21:25
  23:24
**chaired** 24:4
  38:3
**challenge** 12:3
**chance** 7:11
**changes** 15:13
**charge** 9:14
  14:21 16:18
  19:7
**charged** 39:9
**charges** 5:18 6:1
  6:20 8:25 9:9
  40:13
**Cheryl** 49:3,10
**Cheshire** 44:8
**chief** 32:19
  34:11,12,14,16
**Chiefs** 2:8 34:17
**children** 38:1
  43:13
**chime** 20:7
**choose** 12:18,22
**circuit** 1:14,16
  1:17 2:20 17:6
  23:7 26:6 34:2
  38:8 42:8,10
  44:11
**circulate** 7:18
**City** 23:5 42:17
**civil** 16:11 24:6
  35:6

**clarification**
  8:17 45:11
**clarify** 15:24
**clarifying** 9:2
  13:23 18:22
**clear** 14:21
  45:18
**clerk** 1:17 2:25
  34:1,7 45:2
**client** 46:22
**clients** 22:13,15
  35:7
**closely** 26:25
  35:18 41:12
**Coalition** 2:10
  2:12 27:16
  28:8,9,12,14
  29:5,18 30:16
**coffee** 26:9
**collaborate** 7:13
**collaborated**
  41:8
**collaborative**
  15:3
**colleague** 27:6
  29:15
**collect** 11:23
**collective** 4:22
  4:23 6:17 11:2
**come** 10:3 29:7
**comes** 5:2 44:17
**coming** 17:16
  19:4 38:20
**comment** 6:7 8:7
  19:2
**Commission**
  10:13 13:24
  14:12 23:23
  24:23 38:4,5
**committed** 45:7
**committee** 9:11
  21:24 22:1
  23:11,25 24:24
  25:23 27:3
  31:13 33:4
  34:16 36:12
  37:8 38:4
  39:14 40:15,16
  40:24 41:6

43:14
**committees**
  14:14
**communicating**
  18:23
**community-**
  28:15
**complete** 6:21
**concerned** 21:10
**concerns** 29:7
**Concord** 23:5
**conference**
  14:14 24:24
**confidential**
  46:9,9,16
  47:19
**consensus** 7:15
**consequences**
  38:16
**consideration**
  10:9
**considered** 6:11
**contact** 13:19
  18:24
**content** 13:10
**continue** 5:3
  37:4
**contribute** 25:2
**contributing**
  11:19
**conversations**
  12:9,24
**coordinate** 4:18
**coordinating**
  35:22
**coordinator**
  41:14
**core** 4:17
**correct** 8:21
**Corrections**
  33:18
**Council** 24:3
**counsel** 28:11
**count** 13:17
**counties** 30:18
**country** 42:17
**County** 1:22,23
  1:24,25 19:19
  21:1 22:25

23:2 24:21
  26:6 32:10
  33:14,15 39:5
  44:9
**couple** 19:11,18
  24:11 44:21
**course** 37:4
**court** 1:13,14,15
  1:16,17 2:20
  5:23 8:2 15:25
  16:7,12 17:6,8
  17:9 18:18
  23:7,21 24:4
  26:6 27:19
  29:6,12 34:2
  35:12 36:19
  37:3,6 38:6,8
  42:8 44:11
  45:2,20 47:20
**court's** 11:4
**courts** 31:12,16
  42:10 46:11
**cover** 30:17,19
  31:12
**cracks** 25:6
**create** 29:10
**created** 38:16
**creating** 23:21
**crime** 28:22,24
**crimes** 32:15
**criminal** 2:14
  16:18 40:1,11
  40:12
**crisis** 28:16
  35:17 39:4
  42:19
**currently** 32:9
  37:21

―――――――
        **D**
―――――――
**daily** 32:18
**dangerousness**
  25:19
**Date** 49:17
**dates** 12:7,13,15
  12:16 48:19
**dating** 39:6
**Dave** 27:13,23
  34:13

**David** 2:7 15:7
  27:7
**days** 12:14
  19:14
**deadline** 7:3
**deal** 3:3 11:5
  15:11
**dealing** 40:7
**December** 1:7
**decisions** 18:18
**defender** 21:3
**Defender's**
  36:21
**defense** 2:14
  27:18 36:22
  40:2
**defined** 25:17
**definitely** 39:11
**delegation** 29:23
**deletions** 19:6
**Department**
  32:13 33:18
  34:14
**depth** 47:25
**desk** 26:8 37:2
**detail** 45:25
**detective** 32:14
**dial** 32:18
**Diane** 1:15
**different** 16:16
  19:23 26:15,21
  26:22,22 31:15
  31:16
**Digital** 49:11
**direct** 11:5 43:1
**direction** 25:3
**directly** 15:1
**director** 1:18,20
  2:3,5,9,11,24
  24:9 30:15
  33:12
**discuss** 11:24
  17:11
**discussion** 6:19
  6:24 7:7 48:10
**discussions** 5:23
  13:3 18:6 19:8
**disseminate**
  7:10

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**District** 17:9
**dive** 28:5
**divorce** 35:12
　43:8
**divorces** 40:10
**document** 6:9
　9:6 11:8,16
　46:19
**documentation**
　18:15 19:9
**documents** 5:5
　5:14 45:14
**Dodge** 2:19 41:4
　41:5
**doing** 4:4,8 5:20
　7:5 21:21 23:7
　24:18 29:2
　36:7,23 39:25
　40:19
**DOJ** 2:4
**domestic** 1:6
　2:22 15:22
　16:1,2,4,8 22:8
　23:8,23 24:19
　26:15,19 27:17
　28:8 31:17
　35:9,16 36:8
　36:15,24,25
　38:2 39:25
　40:6,8,19
　41:25 42:7,10
　42:13,22 43:1
　43:5 44:5,14
**DOVE** 2:15,19
　41:14,25
**DR** 24:15
**draft** 5:15
**drafters** 13:5
**drafting** 13:3
**dragged** 26:14
**drop** 6:14
**Dropbox** 6:15
　11:16
**dump** 5:22
**dumping** 26:9
**DV** 2:24 17:6
　21:25 23:19
　39:11

**E**

**E** 49:1
**eager** 25:20
**earlier** 26:18
　41:15
**early** 24:11
**easier** 37:9
**easy** 4:5
**efficient** 13:1
**effort** 5:19 23:16
**efforts** 4:14
　38:15
**eight** 28:10
　37:23 44:10
**email** 6:5,8,9,23
　11:22 18:24
　19:2
**emailing** 46:19
**encounter** 26:23
**ended** 37:3
**Endres** 1:23
　15:24 20:13
　22:22,23
**enforcement**
　34:20
**engage** 28:18
**entire** 16:3
**entity** 47:22,23
**environment**
　15:18
**envision** 10:3
**equitable** 16:13
**Erin** 2:24 42:23
　42:25
**eScribers** 49:13
**especially** 28:23
**et** 21:9
**everybody** 6:16
　7:10 12:20
　20:7 22:18
　23:15 30:9
**ex** 17:17,19
　18:10 22:16
**exactly** 11:1
**example** 10:11
　10:21 46:22
**Excellent** 30:5
　39:19 40:25
　44:19

**excited** 23:10
　29:10 39:13
　48:17
**exciting** 41:18
**excuse** 21:2
**executive** 1:20
　2:9 11:10
　30:14
**existing** 9:9
**expect** 12:12
**expectations**
　13:11
**experience** 4:22
　6:6 11:21 23:4
　36:14 41:23
　48:13
**experiences** 29:6
　29:8
**experiencing**
　27:21
**exposure** 38:1
**extent** 14:20,23
　16:17,21,22
　28:1

**F**

**F** 49:1
**faces** 41:8 43:18
　43:19
**facilitate** 15:20
**factors** 25:19
**faith** 30:3
**familiar** 41:7
**families** 25:4
　33:6
**family** 17:16,18
　21:21 22:6
　24:4 35:11
　37:25 42:15
　43:13,16
**Fatality** 22:1
　23:25 24:23
　38:3
**February** 7:21
**federal** 27:19
　29:23,24 46:16
　46:20
**feedback** 13:20
　29:11

**feel** 6:23 45:19
**felony** 21:22
　23:3
**field** 24:17 30:11
　36:15 37:20
**fifteen** 48:9
**figure** 19:13
**find** 12:13
**finish** 7:3
**firm** 28:2 35:5
**first** 21:13 23:21
　23:24
**fit** 5:25 9:16
**five** 36:18 41:1
　44:11
**fix** 3:7 15:1
**fleshing** 10:5
**floating** 6:22
**focus** 12:23
　15:19
**focused** 16:2
　25:16 42:21
**FOIA** 21:9
**folks** 19:10
**follow** 48:1
**force** 1:6 4:21
　8:5 30:19 41:7
　44:18
**foregoing** 49:4
**formal** 14:9
**formed** 35:19
**former** 21:2
**forms** 4:7 25:13
**fortunate** 41:10
**forward** 4:3
　13:8 21:14
　22:17 25:24
　33:22 40:23
　44:16
**found** 36:22
**four** 22:6
**fourteen** 34:8
**free** 6:23
**Freeman** 2:20
　42:4,5,6
**frequently** 28:21
**front** 40:21
**fruit** 3:5
**frustration**

　32:22
**function** 3:15
　17:14
**functioning** 14:1
　14:1
**funding** 3:12
**funds** 28:19
**future** 10:8

**G**

**gaps** 3:17
**gather** 7:9 13:19
**gathering** 13:14
**general** 15:8
　28:11
**General's** 39:2,8
**getting** 48:18
**give** 12:18 23:14
**gives** 40:3
**giving** 8:9
**glad** 25:22
**go** 5:17 13:16
　21:18 31:10
　37:16 47:19
　48:8
**go-through**
　19:24
**goals** 8:25
**God** 22:3
**going** 3:4 4:4,6
　4:10,11 7:12
　10:5,22 15:4
　18:17 23:18
　41:2,18 44:20
　48:14
**good** 5:12 12:5
　14:4 15:3 30:9
　31:1 34:12,22
　37:14 38:22
**Goodbye** 48:21
**Gosh** 21:25
**gotten** 23:8
　26:20
**government**
　47:23
**Governor's**
　10:12 13:23
　14:12 23:22
　24:23 38:4,5

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

Grady 2:11
  29:17
Grafton 1:25
  19:19 21:1
granting 25:15
grateful 21:8
  39:16
great 20:8 23:12
  26:1 29:1,14
  30:3,12 33:8
  34:6,24 36:2
  37:11 48:16
Greenbook
  26:16
group 2:17 4:17
  6:2,9 7:18
  11:24 12:24
  13:17 18:19,21
  21:15 27:1
  29:4 33:21
  34:4 37:19
  41:2 42:2
  43:22 45:17
  46:19
groups 4:1,2
  10:16 13:18
guess 9:3 40:3
guessing 13:4
guide 24:7

_____
        H
half 21:23
Hampshire 1:13
  2:10,12,13
  10:19 28:7
  29:18 33:17
  34:17 35:4
  41:20 43:3,16
Hampton 2:5,7
  24:14,15 32:20
  34:14
hand 4:19
hand-raise
  17:13
Hantz 1:12 3:1
  5:8,10 8:22
  9:13,21,24
  10:25 11:15
  14:3,7,17 16:6

17:23 18:2,12
  20:3,6,11,15
  20:20,22 21:16
  22:19 23:12
  24:13 26:1
  27:4,11 28:4
  29:14 30:5,20
  30:25 31:4,9
  31:22 32:1,7
  33:8,24 34:10
  34:24 36:2,10
  37:11,15 38:19
  38:24 39:19
  40:25 42:3,23
  43:23 44:2,19
  44:25 45:12,16
  45:23 46:14
  47:2,5,8
happen 11:13
  31:5
happening
  14:22 31:15
happens 14:24
  40:12
happy 9:18
  23:11,16 27:2
  27:9 28:3
  29:25 34:18,21
  35:24 41:6,22
  43:19
hard 30:21
HAVEN 1:20
  30:15
heads 31:3
hear 5:7,11 9:23
  25:4 29:5
  30:23 31:1,7
  31:25 32:1,2
  37:5 38:23
heard 5:24
  26:19 37:10
  45:8
hearing 5:12 8:1
  14:18 30:21
  37:2
hearings 13:17
  16:3,8
Held 1:8
hello 21:19

22:22 26:4
  33:25 35:2
help 29:21
helpful 11:21
  19:10
helping 41:20
helps 45:2
Hey 27:8
hi 9:1 23:15
  24:16 28:6
  33:11 34:12
  39:21 41:5
  42:5,25 43:25
high-lethality
  35:14 43:7
highly 12:20
Hillsborough
  33:14
hip 44:21
Hobbs 2:7 34:11
  34:12,13
Hoebeke 34:17
holidays 19:4
holistic 15:18
Holy 22:4
honor 33:7 42:2
honored 33:2
  34:3 35:25
  37:18 40:14
hope 5:2 9:11
  36:13
hopefully 7:24
hoping 25:1
  34:19,21
Hornick 1:25
  19:16,19 20:5
  20:9,12,16,21
  20:25 21:1
hour 44:3 48:8
  48:11
House 43:13

_____
        I
idea 11:19 14:4
  20:8
ideal 17:19
identify 3:16
  4:10,18 10:8
  10:23 11:2,12

12:4,7 25:6
identifying 3:9
  3:25 46:2,17
Illinois 28:12
impact 31:17
impacts 38:11
implicated
  16:24
important 17:21
  30:13 31:14
  39:17
impressed 48:12
impressive 34:3
improvements
  3:18 16:20
in-depth 46:6
include 10:20
included 19:7
including 16:4
  28:18
incredibly 27:23
indicated 45:13
indigent 27:18
indiscernible
  27:12 31:2
  46:13
individuals
  16:15
information 5:1
  46:2,17,22
  48:3
initial 9:6 38:18
  41:17
initiatives 4:1,23
  11:3,12
injunctive 16:13
input 6:7 8:4,9
  12:18 13:14
insight 34:19
instincts 48:2
Institute 28:24
intake 41:19,21
interest 25:1
  26:24 44:15
interested 21:5
  30:18 37:24
interesting
  45:24 46:4
interests 29:4

interface 27:20
interfere 5:16
interference
  20:17 47:1
internet 46:2,18
interplay 19:22
  40:8
interrelations...
  17:5
intersect 16:19
  16:22
intersection
  37:24 38:12
intervention
  10:16
intro 37:13
introduction
  37:16
INV 31:24 32:4
  32:8
invested 12:21
investigator
  1:21 32:9
invited 27:2
involve 3:11
  4:15,15
involved 24:22
involvement
  27:25
involves 4:8
involving 16:1
issue 21:6 22:12
issues 5:22 11:25
  27:24 35:7
  42:21
issuing 24:8
it'll 12:14
item 10:20

_____
        J
Jack 26:5
January 7:6,20
  9:5 12:8
Jasina 2:24
  42:24,25 43:1
Jean 2:22 43:24
  44:1,4,20
John 1:16 32:20
joined 42:6

44:21
**joining** 42:12
**Jon** 2:13 39:20
  39:22
**Joshua's** 22:2
**judge** 1:14,15,16
  9:22,25 11:14
  23:13,15,20
  26:3,4,6,9 34:5
  36:3,5,11 37:1
  37:8 40:21
**judges** 24:4 34:6
**judges'** 21:12
  45:22
**judicial** 14:22
  27:22 42:6
  44:6 46:8
**July** 44:7
**jump** 22:21 41:4
**June** 41:16
**jurisdiction**
  16:13
**Justice** 1:13 3:1
  5:8,10 8:16,22
  9:1,13,21,22
  9:24 10:25
  11:15 13:22
  14:3,7,17 16:6
  17:23 18:2,12
  19:16 20:3,6
  20:11,15,20,22
  21:16 22:19
  23:12 24:13
  26:1 27:2,4,11
  28:4 29:14,16
  30:5,20,25
  31:4,9,22,24
  32:1,7 33:8,24
  34:10,24 36:2
  36:10 37:11,15
  38:19,24 39:19
  40:25 42:3,23
  43:23 44:2,19
  44:25 45:11,12
  45:16,23 46:14
  47:2,5,8
**Juvenile** 24:3

_____
  **K**
_____

**Kathy** 1:20
  28:17 30:7
  32:19
**keep** 5:16 45:3
  48:7
**Kelly** 23:20
**kidding** 27:10
**Kilham** 2:22
  43:24,25 44:4
  44:4,24
**kill** 48:9
**kind** 4:5,8 10:14
  12:11 13:7
  16:14 21:5
  37:18 46:4,23
  48:19
**know** 8:20 10:12
  13:25 14:2,5
  15:4 17:3
  18:24,25 19:4
  19:21 20:18
  21:7,13,23
  23:9,13 25:22
  27:5 28:2
  30:21 31:5,6
  38:20 40:16
  41:11 43:20
  47:9
**knowledge** 46:6
**Kristyn** 1:21
  31:23 32:8
**Krueger** 2:2
  35:1,2,3

_____
  **L**
_____

**lack** 14:10
**LaFrance** 2:16
  8:16 17:12
  18:1,10 21:19
  21:20 40:16
  45:10,13,17
**language** 21:11
  31:5
**largest** 42:15
**late** 24:1 36:6
  39:3
**laundry** 32:5
**law** 2:17,25
  17:17,19 21:21

22:2,6 25:17
28:24,25 29:24
34:20 35:5
38:12 42:15
43:14 45:2
**lawyer** 36:22
**laying** 9:4
**leaders** 28:22
**leadership** 14:10
**legal** 2:19 29:21
  35:4,6,19,21
  41:13,15 43:3
  49:11
**legislative** 3:15
  11:10
**legislature** 6:11
  29:22 43:10
**let's** 4:9 20:22
  22:5
**letting** 31:19
**level** 27:19,19
**limited** 17:24
**line** 8:7
**linked** 17:7
**Lisa** 6:8,14
**Lisa's** 18:24
**list** 6:4,21 15:10
**listed** 10:18
**litigants** 26:21
  41:21
**little** 17:1,8,9
  22:24 24:17
  25:2 29:19
  31:9 47:25
**lively** 18:21
**local** 26:25
**lodge** 14:10
**long** 10:13 27:9
  36:13 47:21
**longer** 36:9
**longer-term** 3:9
**look** 3:10 4:12
  9:5,12 14:21
  16:14,19 19:6
  25:21 29:11
  33:22 40:23
  44:15
**looking** 3:21,22
  3:23 11:7 15:1

15:25 16:7
21:14 22:17
25:24 47:25
**looks** 12:5
**lot** 4:22,23 5:1
  14:11 22:7,15
  24:2 25:10,12
  30:3 36:24
  43:18 48:14
**lots** 10:4 13:16
**low-hanging** 3:5
**low-income** 35:6
**Luckily** 9:13
**Lyn** 2:9 9:2
  21:13 22:3
  28:5,5,6 29:18
  30:14
**Lynda** 2:3 20:18
  38:21,23,25

_____
  **M**
_____

**majority** 42:20
**making** 32:24,25
**manager** 2:22
  42:7,11 44:5
**Manchester**
  34:2,5,8 39:24
**March** 7:3,23
  32:11 49:17
**Marcie** 19:18
  20:25
**Marconi** 1:12
  3:1 5:8,10 8:16
  8:22 9:1,13,21
  9:22,24 10:25
  11:15 14:3,8
  14:17 16:6
  17:23 18:2,12
  19:16 20:3,6
  20:11,15,20,22
  21:16 22:19
  23:12 24:13
  26:1 27:2,4,11
  28:4 29:14
  30:5,20,25
  31:4,9,22 32:1
  32:7 33:8,24
  34:10,24 36:2
  36:10 37:11,15

38:19,24 39:19
40:25 42:3,23
43:23 44:2,19
44:25 45:11,12
45:16,23 46:14
47:2,5,8
**marital** 17:24
  36:23,25
**Martha** 1:25
**Mary** 1:17 2:2
  33:24 34:1
  35:1,2 41:14
  43:4
**master** 36:23
**match** 25:18
**materials** 15:9
  47:9,10
**matrimonial**
  42:14
**matters** 40:6,9
**mean** 9:18 11:15
  12:17 17:19
  19:17,21 20:2
  46:23
**Mediator** 43:16
**meet** 14:13
**meeting** 1:6 8:18
  9:18 13:24
  14:10,15 20:13
  45:15
**meetings** 7:20
  9:5 19:14
  25:11 48:8
**member** 28:20
  30:16
**members** 8:4,8
**mentioned**
  21:18 22:20
  30:14 41:15
**Merrill** 1:18
  33:10,11
**Merrimack** 1:24
  22:25
**met** 26:12
**Michael** 2:15
  27:5
**mid-sentence**
  3:2
**minds** 30:2

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**mine** 26:25
    32:24 44:15
**minutes** 19:18
    19:25 48:9
**missed** 8:14
**missing** 13:13
**misuse** 42:18
**moly** 22:4
**months** 26:11
    44:22
**morning** 20:13
**move** 13:2
**moving** 13:8
**multidisciplin...**
    24:5,7
**muster** 27:25
**muted** 36:4

——————
**N**
**N** 49:1
**name** 3:12 22:22
    26:12 29:17
    38:22,25 43:25
    44:4
**name's** 34:13
**names** 45:22,22
**national** 24:3
    28:22,23,25
**nearly** 40:21
**necessarily** 10:5
    10:9,22 11:4
    46:7
**necessary** 28:2
**need** 10:24
    11:13
**needed** 18:9
**needs** 10:19 35:8
    37:13,15
**never** 37:2
**new** 1:13 2:9,12
    2:13 4:16
    10:19 28:7
    29:18 33:17
    34:17 35:3
    41:16,20 42:17
    43:2,15,19
    49:15
**newly** 35:19
**NH** 1:20 2:4,7

2:18
**NHBA** 2:19
**NHJB** 2:22
**NHLA** 2:2,24
**NHSC** 2:25
**nice** 30:1
**Nicolosi** 1:15
    26:9 36:3,5,11
**nine** 31:12
**Nixon** 27:25
**nonprofit** 35:5
    35:20
**normally** 47:12
**north** 42:20
**note** 14:25 15:8
**noted** 15:10
**noticed** 4:20
    8:18
**number** 9:14
    10:2,7,21
    26:14 34:6
**nuts** 13:7
**nutshell** 8:10
**NY** 49:15

——————
**O**
**O** 49:1
**o'clock** 12:5
**observation**
    38:18
**observations** 3:6
**obviously** 37:23
    45:21
**occurred** 7:4
    12:23
**Odom** 49:3,10
**offenders** 24:18
    25:5
**offer** 13:9 48:5
**office** 1:22 2:3
    5:13 19:20
    22:25 23:3,6
    24:10 26:8
    32:10 33:14,16
    33:19 36:20
    39:1,3,8,8 44:9
    45:2
**oh** 5:10 22:3
    38:23

**okay** 5:12,13
    9:25 12:10
    18:23 20:2,25
    22:19 48:4
**once** 17:5
**opportunities**
    3:21
**opportunity**
    25:25 29:10
    43:21
**opposing** 43:11
**order** 7:2 17:20
    22:12 24:7
    43:7 45:20
    47:20
**orders** 21:12
    22:14,16 24:9
    25:16 45:24
    46:3,10
**organization**
    28:15 42:16
**organizations**
    4:2
**originally** 18:20
**outline** 11:20
**outreach** 41:19
**outside** 15:4
**overall** 14:15
**overlap** 17:2,10
**overlays** 38:15
**oversights** 8:14

——————
**P**
**Paine** 2:18 13:22
    26:14 37:13,14
    37:17
**Pam** 2:19 41:4,4
**paper** 9:15
**parenting** 18:11
    35:13 40:10
    43:8
**part** 18:6 21:6
    23:16 27:15
    31:19 34:3,16
    34:18,21 35:9
    37:7,10,18
    39:24 41:6
    43:21
**parte** 17:18,20

**partes** 18:10
    22:16
**participate** 8:9
    27:14 35:25
**particular** 11:24
    13:6 25:1
    30:19 40:13
    45:5
**particularly**
    25:5 46:24
**parties** 18:3
    40:11
**partly** 47:16
**partner** 28:21
    39:22
**Passed** 37:1
**passion** 32:24
**passionate** 27:24
**Patricia** 2:16
**Patty** 21:8,17,19
    32:19 40:16
**Peabody** 28:1
**pending** 40:9
**people** 3:6,25
    4:11,16,24
    11:18 12:1
    15:15 21:24
    25:23 33:22
    34:4 37:5,9
    39:14 40:15
    41:8 45:7 46:5
**perfect** 9:25
**period** 3:11
**person** 8:2
**personal** 46:21
**perspective**
    17:17 29:1
    34:20 40:4
    46:8
**perspectives**
    4:17 13:11
**petition** 16:9
    40:9
**petitioners** 40:5
**ph** 21:9 25:10
    26:13 27:13
    32:20
**phase** 13:3
**pick** 12:18,21

**piece** 9:15
**plan** 8:24
**planning** 3:12
**platform** 15:3
**point** 13:13 18:3
**points** 6:24 13:6
**Police** 2:8 32:13
    34:14
**policy** 28:19
    42:18
**Portsmouth**
    32:12
**position** 32:11
**possibilities** 3:22
**possible** 19:17
    19:23
**post** 47:21
**posted** 45:24
**posting** 46:1,17
    47:17
**powers** 3:3
**practice** 15:25
    21:20 36:16
    40:18
**practices** 24:8
**predatory** 32:16
**PRESENT** 1:11
**prevents** 46:1
**pride** 5:20 6:20
**primarily** 35:10
    35:16 42:14
**prior** 6:12 7:9
    28:10 33:16
    42:12 44:7
    45:14
**privacy** 47:7,12
**private** 21:20
    40:18 48:2
**privilege** 39:15
    40:20
**Pro** 35:20
**probably** 12:14
    20:4 46:5
**problems** 3:23
    4:10,12 26:23
**procedural**
    25:14
**proceeding**
    16:11

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

proceedings 16:7 17:18 42:15 49:5
process 3:16,24 5:3 6:5 16:3,9 17:22 40:12 41:18
processes 15:13 29:12
program 1:19 2:15,19,23,24 16:25 33:13 35:21 42:1,7 42:11 44:5
programs 28:20 30:16
progress 34:22
Project 35:10 41:14 43:2
projects 3:9 10:9 26:15
proposals 9:10
prosecution 16:4 23:4
prosecutions 16:18
prosecutor 21:4 21:22,22 22:23 39:11 44:8,13
Prosecutor's 23:6
prosecutors 15:10
protection 24:6
protective 24:8 25:16 43:7
protocol 14:13 35:15 39:11
protocols 4:6 15:9 23:22 24:25 26:17 38:7 39:10
provide 34:19
providing 35:5 48:18
public 2:11 8:1,4 8:8 11:7 19:2 21:3 28:19 36:21 47:22

publicized 8:8
publicly 47:3
pull 7:14
pulled 5:25
purposes 48:1
put 5:5 7:16 21:7
putting 4:21

———
Q
question 8:17 9:3 13:23 14:4 21:9 45:11
quick 8:17 45:10
quite 23:7 33:23

———
R
R 49:1
raises 18:16
random 6:22
read 20:4
reading 21:11
ready 7:22 44:24
really 5:8 10:19 15:3,17 18:21 21:12 23:16 25:16,18,20,23 29:25 30:18,25 31:13 33:20 35:24 37:18 38:11 41:5,10 41:10,18,20,22 47:16
realm 26:23 36:25
reasons 47:13
received 8:3
recognize 43:18
recommend 4:11 15:13
recommendati... 14:19
recommendati... 7:17,22 10:6
reconvening 30:12
record 49:5
recorded 8:19
recruit 41:9
redact 46:21

47:7,12
redacting 45:21
redactions 45:19
referral 35:21 35:22
referrals 35:16
refers 18:15
reflect 19:6
region 31:13
regularly 14:13 40:5
regulation 46:1
related 16:17 35:8
relations 40:1,19
reliance 25:15
remedies 16:15
remedy 18:9
renders 46:12 46:15
repercussions 15:14
report 6:12 7:21 11:20
represent 35:11 40:5 43:4
represented 28:17 42:13
request 8:20
resolved 17:5 29:9
resonate 13:18
resources 3:12
respondents 40:7
rest 4:5 5:11
restraining 17:20 22:12,13 22:15
restraint 18:16
review 6:3 22:1 23:25 24:24 38:3
revisions 38:7
right 3:7 8:12,20 10:25 11:1,4 13:10 17:23 18:1,3,22 20:11 21:16,20

30:6 41:19 46:14 47:2,5,8 48:6
rights 27:20 28:23,25 29:21
ripples 15:14
robust 48:10
Rockingham 23:2 30:17
role 44:7,8
roll 20:4,10
rounding 43:23
Ruel 2:3 14:7 20:18 38:21,22 38:23,25,25
run 24:20

———
S
safer 32:25
safety 35:8
Sam 25:9
Sarah 2:20 42:4 42:5
saying 31:11
says 5:11
schedule 4:18 7:5
scheduling 7:25
Schollett 2:9 9:1 9:2,20 28:5,6,7
Scott 2:5 10:11 24:13
screen 35:13
screen-in 35:15
see 17:15 22:5 29:9 30:1,9 31:14 32:2,5 39:14 40:16 43:13
seeing 10:11
seeking 13:4
send 9:9 19:8
sending 11:22
senior 37:22
sense 47:13 48:3
sent 5:5,14,15 9:6
sentencing 36:7
separation 3:3

series 12:8
serve 40:14
served 38:5 43:15
services 33:19 35:6 42:16
serving 40:24
sessions 7:6,14
set 7:16 19:1 23:21
setting 8:6
seven 12:7
seventeen 23:6 28:13
seventh 9:18 49:14
Sexton 2:11 29:16,17
sexual 23:23 24:19 28:8,12 43:6
shaking 31:2
share 6:13
sharing 5:1,3 11:16 48:15
shepherd 38:6
short-term 3:5
shows 25:10
sides 22:12
Sign 31:4
situations 16:16
six 7:5,13,19 9:4 12:7 26:11
sixteen 21:23
solve 4:12 38:17
sorry 10:1 17:12 25:9
sort 4:16 5:21,24 7:15 12:11 13:18 15:18,20 17:4,24 18:14 18:15 19:24 20:1 40:3
space 30:2
spearhead 10:23
special 44:15
specialization 32:15
specific 39:5

**speed** 32:17
**spent** 44:10
**spin-off** 4:14
**spoken** 20:17
**staff** 34:7 35:3
    37:22
**stained** 26:8
**stalking** 16:11
    43:6
**standards** 10:15
**start** 36:6 48:17
    48:18
**started** 23:1
    36:19 39:3
    42:19
**starting** 4:16
**startup** 41:17
**state** 10:14 11:6
    13:16 27:19
    29:22 33:4
    35:17 38:11
    47:22
**states** 46:3
**statewide** 28:18
    35:5
**statute** 46:12,15
    46:16,20
**statutes** 3:14
**steer** 22:9
**Steve** 20:13
    22:20
**Steven** 1:23
    22:23
**stop** 37:2
**stopped** 47:17
**stories** 25:3 37:5
**Strafford** 24:20
    30:17
**Strasburger**
    2:13 39:20,21
    39:22,23
**Strauss** 2:15
    27:5,8,13
**stream** 8:3
**structure** 9:4
**stuff** 3:4 11:17
    25:21
**styles** 26:22
**sub-working** 4:2

**subcommittees**
    14:11
**subgroups** 12:25
**subject** 8:19
    45:5
**submit** 45:14
**substance** 42:18
**Sue** 26:13
**suggestions** 7:10
    8:5,13
**Suite** 49:14
**Sullivan** 26:6
**Superior** 1:15
    16:12 17:7
    37:3 44:12
**supervise** 42:9
**supervisor** 25:11
**Supervisory**
    2:25
**support** 15:21
    18:9 27:17
    28:1,3
**supporting**
    43:11
**Supreme** 1:13
    45:2
**sure** 6:3 17:14
    17:21 45:12
    48:3
**survey** 48:19
**SurveyMonkey**
    12:11
**survivors** 35:11
    42:13 43:5,12
**Susan** 1:14
**system** 25:7
    27:22 32:23
    37:10

——————

**T**
**T** 49:1,1
**tackle** 39:12
**take** 3:10 19:5
    22:15 25:21
    35:15
**taken** 22:14
**talk** 7:2 13:12
    17:4 19:25
    27:6

**talked** 10:13
**talking** 18:17
**task** 1:6 4:21 8:5
    30:19 41:7
    44:18
**team** 22:2 43:24
**technical** 11:17
**technically**
    47:20
**tell** 11:11 20:23
    24:14 27:9
    33:2
**tenure** 26:11
**term** 5:4 25:7
**terms** 13:10,13
    25:15 43:15
    45:19 48:2
**territorial** 32:20
**thank** 9:20
    11:14 14:7
    20:21 24:12
    26:2 27:4 28:4
    29:12,16 30:4
    30:6 31:19,22
    31:24 33:7,9
    33:23 34:9,25
    36:1 37:12,17
    38:18 39:18
    40:23 42:1,3
    43:20 48:12,21
**thanks** 34:10,22
**thing** 4:8,20 5:2
    12:2,12 20:1
    26:16 39:12
**things** 3:4,6,8,11
    3:14,19 4:24
    5:23 6:4 8:14
    9:16 11:3,16
    13:11,12 14:22
    14:25 15:1,19
    24:25 25:13,14
    29:3 31:15
    32:24,25 33:5
**think** 3:5,8,23
    6:13,18 7:12
    8:11 11:12
    12:3,7 13:8
    15:6 16:18
    17:20 18:5

    19:9 20:7,8
    25:12 27:15,23
    29:3 32:17
    33:4 36:3,14
    38:13,19 44:22
    45:6 48:14,15
**thinking** 48:17
**thirteen** 33:16
    44:10
**thirty** 23:17
    24:17 30:11
    37:21
**thirty-** 36:17
**thought** 11:20
    36:9
**thoughts** 6:4,22
    8:13,24
**three** 23:3
**thrilled** 33:20
**thrown** 18:14
**thumbnail** 23:14
**time** 3:11 7:12
    10:13 12:5
    13:15 19:5
    20:18 28:11
    30:21 31:21
    36:17,21 38:8
    40:17,18
**tiny** 17:15
**tired** 44:22
**today** 19:1 26:18
    27:14
**told** 44:20
**ton** 45:6
**tool** 18:5
**tools** 18:4,7
**topic** 7:7 12:19
    18:16
**topics** 5:25 6:18
    10:4,8 19:6
**touch** 19:13
**touched** 36:16
**track** 45:3
**tragic** 37:5
**train** 41:9
**training** 15:9
    22:2 39:10
**Transcriber**
    49:11

**transcript** 49:4
**tribe** 47:22
**tribes** 46:3
**tried** 38:6
**trouble** 10:1
**true** 49:4
**truly** 33:5 48:21
**try** 4:18 9:8
    10:22 12:10
    16:20 48:7
**trying** 8:12
    15:17 19:13
**TTA-Certified**
    49:11
**twelve** 28:15
**twenty** 22:24
    26:7 29:19
    39:25 40:21
    41:24 45:4
**twenty-** 38:8
**twenty-eight**
    32:12
**twenty-three**
    32:13
**two** 12:14 19:25
    38:12,15 43:15
**types** 46:10

——————

**U**
**ultimately** 36:22
**umbrella** 28:14
**uncover** 38:14
**unforeseen**
    38:16
**unique** 40:4
**unmarried** 18:3
**unmuted** 24:16
**use** 35:14 41:23

——————

**V**
**variety** 35:7
**various** 4:17
    19:7 37:20
    38:7,10 40:11
**Vicinanzo** 15:7
**victim** 1:18
    28:23,24 33:13
    33:18
**victim-based**
    32:15

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

victim-survivo... 16:23
victim-witness 16:25
Victim/Witness 2:4 39:1,9
victims 27:17,21 28:25 29:6,21 31:18 32:22,25 33:1,6 35:11 37:9 41:24 43:5,12
victims' 42:16
victims-surviv... 15:21
view 26:21
violation 46:20
violence 1:6 2:6 2:23 15:22 16:1,2,5,8 18:13 23:8,24 24:10,19 26:16 26:19 27:17 28:9 31:18 35:9,17 36:8 36:15,24 38:2 38:10 40:6,8 41:25 42:7,11 42:14,22 43:2 43:6 44:5,14 47:15
violence-related 22:8
violences 37:25
VIRTUAL 1:6
visitation 24:20
volunteers 13:4

**W**

want 12:22 13:12 14:20 17:10 18:6 19:7 27:6 32:5 33:5 46:21 47:6 48:7
wanted 13:22
watched 32:21
way 7:4 23:18 23:25 25:6,13

36:23
we'll 3:8 6:15 11:22 19:3,13 30:3 45:25 47:24
we're 3:20,21,22 3:22 4:4,5,10 4:11,16 5:20 7:12 8:11 10:1 10:4,22 13:8 15:1,25 16:1,6 17:21 18:17 31:16 35:4 37:24 41:17 43:9 45:17,21 48:10,14
we've 5:24 16:7 16:8,11,12 18:13 23:19 45:6
wealth 48:13
Webex 1:8 10:2
website 47:18
week 12:14
weeks 19:12
went 36:8
wide 35:7
willing 39:6
Wilson 39:23
wisdom 6:17 11:2
wish 37:8
Witness 1:19 33:13
woman 26:12 44:2
Women 18:13 24:10 38:11 47:15
wondered 19:20
wonderful 33:21
work 5:2 6:12 7:21 8:24 11:18 12:13,16 13:5 15:18 21:25 23:10,19 24:2,18 25:4 25:22 27:18 28:18 29:2,4

29:17,20 30:4 30:13 31:20 32:17 34:5 35:18 38:15 39:18 40:1,2 40:19 41:13 42:18 43:15,19 45:8,17 48:20
worked 4:24 22:1 26:17,25 27:16 32:18 36:21 38:9 41:11
working 21:15 22:17 29:23 31:16 33:21 37:19 39:15 41:24 42:2 44:16,17 45:18
working- 41:1
works 12:1
worthwhile 6:13
written 25:13

**X**

**Y**

y'all 7:2
Yazinski 1:16 26:3,4,5
Yazinski's 37:1
yeah 5:9 9:21 13:15 17:13 18:10 20:9,15 20:20 32:7 36:10 47:11
year 41:16
years 4:25 14:16 21:23 22:6,24 23:6,9,18 24:11,17 26:7 26:20 27:1 28:10,13 29:19 30:11 32:12 33:16 34:8 36:18 37:21,23 38:9 39:25 40:22 41:24 44:10,11 45:4
years' 23:3

**York** 42:17 49:15

**Z**

**Zinkin** 2:25 5:7 5:9 45:1 46:12 46:24 47:3,6

**0**

**1**

**1** 7:3
**10001** 49:15
**15** 1:7
**173-B** 16:2,10 35:12
**1999** 34:15
**1st** 41:16

**2**

**2014** 22:3
**2020s** 24:11
**2021** 1:7
**2022** 49:17
**21** 49:17

**3**

**3,000** 26:19
**352** 49:14

**4**

**4** 12:5 19:18

**5**

**6**

**603** 2:19 35:19 41:13,15
**604** 49:14

**7**

**7** 9:14 10:2,7,21

**8**

**80s** 39:4

**9**

**90s** 24:1

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)