1

NEW HAMPSHIRE SUPREME COURT - CONCORD

2

3

4

5          NEW HAMPSHIRE TASK FORCE ON DOMESTIC VIOLENCE

6                            PUBLIC HEARING

7                          JANUARY 21, 2022

8

9

10

11

12

13

14

15

16

17   TRANSCRIPTION COMPANY:          eScribers, LLC
                                     7227 N. 16th Street, Suite 207
18                                   Phoenix, AZ 85020
                                     (800) 257-0885
19                                   www.escribers.net

20   Proceedings recorded by electronic sound recording; transcript
     produced by court-approved transcription service.

21

22

23

24

25



1          (Proceedings commence at 1:02 p.m.)

2          JUSTICE HANTZ MARCONI:  Okay.  We are ready with the

3     livestream.  That's why we had to have a little down time

4     here.

5          Good afternoon.  I'm Justice Hantz Marconi, an

6     associate justice here at the Supreme Court, chair of the

7     court's Task Force on Domestic Violence Cases in the Judicial

8     System.

9          Today, the task force is holding a public hearing to

10    help us in our review of the subjects the court has asked it

11    to review, which include practices in the Superior and Circuit

12    Court procedure in domestic violence cases and resources

13    needed to better support domestic violence victims, the

14    current status of New Hampshire law regarding domestic

15    violence, criteria for making appellate decisions related to

16    domestic violence and civil stalking protective orders

17    available to the public, court forms related to domestic

18    violence, increasing access for domestic violence victims to

19    legal counsel and victim advocates, the current state of

20    relationships between the courts, law enforcement, criminal

21    defense attorneys, domestic violence advocates, and steps to

22    improve communication, and any other relevant subject.

23          We look forward to your input.  Joining me are

24    members of the task force and its working group.  A complete

25    list of those members is available on the Judicial Branch



1  website.  This public hearing is being livestreamed on the

2  Judicial Branch's website, and recording -- a recording will

3  be uploaded to the website.

4       We hope that this meeting will allow us to hear

5  directly from a broad spectrum of people.  As our time is

6  limited, we expect each participant to couch your remarks and

7  be aware of time, but we're not going to put a specific time

8  limit on you.  If you do not get an opportunity to speak or

9  choose not to, there are comment sheets in back for you to

10  fill out, which will be collected at the end of the hearing.

11       You're also encouraged to email or send mail via

12  post office, with your comments, to the task force.

13  Information about how to do so is on our website and also in a

14  handout at the back, in the court lobby.

15       In addition, starting next week through the end of

16  the month, we will have a court information call center, toll-

17  free number.  It's a standard toll-free number, 855-212-1234.

18  That will be available Monday through Friday, 8 to 4, to

19  receive calls and allow for a call-back from a task force

20  member.  Detailed instructions on how to reach the task force

21  by using the call-in number is also included on the form

22  available in the court lobby.

23       So those are the preliminaries.  We will now proceed

24  with the hearing.  I will call on people to come up to the

25  microphone and speak in the order in which they signed up.



4

1          UNIDENTIFIED SPEAKER:  Where is it now?

2          JUSTICE HANTZ MARCONI:  Oh, sorry.  The sign-up

3    sheets were out front with the security.  And we will be

4    circulating pick-up or sign-up sheets as the afternoon

5    progresses.

6          So I have Dr. Rhonda Hodge first on my list.

7          DR. HODGE:  Hi.  Thank you so much.  So my name's

8    Dr. Rhonda Hodge, and I own one of the largest psychiatric

9    practices in Salem, New Hampshire.  I treat all patients from

10   all over New Hampshire.

11         This has definitely been something that I have been

12   trying to be as diligent as possible with what's been going on

13   in the State of New Hampshire; make the bold statement that I

14   no longer feel comfortable with patients coming to me (audio

15   interference) in domestic violence situations.  I no -- I no

16   longer feel comfortable actually having them leave their

17   relationship.  It's a super scary thing for me to say as a

18   provider.

19         The protocols, the things that are in place, they

20   don't make sense for the reality of what domestic violence

21   looks like.  We're constantly putting kids in really dangerous

22   situations.  One of the pieces that I've been working on and

23   kind of putting together is that I also find it not fair what

24   we do to our judges and what we do to the Supreme Court.

25         There is no way that I can expect the judges in New



5

1    Hampshire or the judges, you know, nationally to know what

2    complex PTSD looks like, to know what it feels like to be a

3    victim, to know that -- what narcissistic personality disorder

4    looks like.  You have these facts come before you that are not

5    in your wheelhouse.  There's no way.  You're not trained in

6    developmental psychology or developmental medicine or

7    pediatric medicine.

8              And I constantly have these people that will go to

9    the court, like, no, let's do it.  We'll go to the court.

10   We're going to keep you safe.  I really trusted, in the first

11   20 years of my career, that the states keep people safe.  It's

12   just not true, and I don't think it's for any other reason.  I

13   mean, I do feel like people do the best that they can, and the

14   judges are doing the best that they can with what they have.

15             And now we have lots of imagery all over all of

16   these websites of all of these judges who are really good

17   people, but they're being blamed for making these really

18   difficult decisions that they're just not trained to be able

19   to make.

20             With boots on the ground, I'm seeing it all the

21   time.  I'm seeing kids going back to abusive families

22   because -- it's usually Mom, but it is dads too, right?

23   Dads -- there are -- you know, abuse goes both ways, but it is

24   predominantly female, going back to these situations that I

25   know, in my heart and my soul, they're being abused.  The



6

1    GA -- or they're being manipulated, based on whatever is going

2    on to continue to abuse Mom.  And I have to support it.

3         And we've had so many cases throughout the state

4    that I don't want, you know, to fully, like, alarm people, but

5    we've seen -- I have been to court with people where there's a

6    service weapon being used and being threatened for Mom and

7    child.  There's no -- like, there's no supervised visits.

8    There's no, like, nothing.  The protocols just don't -- I

9    don't know if they don't work.  They don't make sense for what

10   the reality of the situation is.

11        I have situations where I've taken some patients to

12   the police station for -- in one case, and I -- I did get

13   permission to speak about it, the ex-boyfriend was actually

14   digging graves for the family in the back yard and just

15   walking -- and then walking into the home he was not supposed

16   to be at, that he had some -- he was actually a doctor, and he

17   had some psychiatric things going on.  But they're not kept

18   safe.  The restraining order was not supported.

19        He was digging graves in their back yard and then

20   putting on Instagram pictures of some Satanic something.  Not

21   supported, so she had to move.  And when you move, if you do

22   have -- like, if you do have the financial means to move,

23   which a lot of people don't, your new address is still made

24   public.  Any sort of real estate transaction's public.  I

25   mean, there are so many little things that if you don't know,

1    you don't know.

2              And there is a -- I mean, there is a program, right,

3    where we can keep -- throughout the State of New Hampshire,

4    where you can keep your residence -- you can use it -- I -- I

5    forget what it's called, the address confidentiality.  But it

6    doesn't work if you are somebody who can buy a house.  It

7    doesn't work if you are somebody who needs to put your kid in

8    school.  It doesn't work.  There's so many loopholes to that.

9    So it's a very small population that that works for.

10             And if somebody's going to stalk you, they're going

11   to stalk you.  It's not going to be -- it's not going to be

12   something, like I said, essentially, that will work, I mean,

13   with all the public information.

14             I was speaking last week at the State House, and I

15   don't even know how many people know about the devices that

16   are being used now.  You guys know, like, you can find your

17   Apple Watch, like, your Apple -- those little Apple things

18   that are just being stuck in people's cars.  I have --

19   oftentimes, I have to hide patients' phones because they will

20   leave, and their abuser will call, and they know everything we

21   just talked about.

22             Seeing me as a psychiatric provider, I do primary --

23   primary care as well, but speaking mostly from my psychiatric

24   background, that's being used against people.  So they're

25   being abused.  They have PTSD.  And then it's being brought up

1    in family court that they're crazy, and they lose some rights

2    to their children.

3              It's -- I am offering all of my extra time, which I

4    don't have a lot of.  I don't know if you guys know there's a

5    mental health crisis going on right now in New Hampshire.  But

6    I would volunteer all of my time to help make this better.  I

7    love New Hampshire.  I love my state.  This is where I'm from.

8    This is where I was educated.  I just want to be able to have

9    a person come into my office, me be able to take their hand

10   and say, I trust that the state is going to do the right thing

11   to the best of their ability.  So that's why I'm here today.

12             JUSTICE HANTZ MARCONI:  Thank you.

13             DR. HODGE:  Thank you.

14             JUSTICE HANTZ MARCONI:  Alan Cronheim.

15             MR. CRONHEIM:  Good afternoon.  My name is Alan

16   Cronheim, and I'm a lawyer in Portsmouth.  I am here today on

17   behalf of the New Hampshire Association of Criminal Defense

18   Lawyers.  While we are criminal defense lawyers, a great

19   number of us, myself included, handle restraining order cases

20   on behalf of both plaintiffs and defendants.

21             I want to start by thanking you for your work.  It

22   is both important and it is difficult.  It's important because

23   we know that domestic violence and intimate partner violence

24   is real and is, unfortunately, a problem in all of our

25   communities.



9

1        I also know that your job is difficult.  I was on

2   the first District Court domestic violence protocol committee

3   as a representative of A Safe Place, now HAVEN, that provided

4   New Hampshire's first shelter for victims of batter --

5   domestic violence.  I was also on the committee that updated

6   and revised those protocols at the behest of Judge Kelly.  So

7   I know that there are complex and competing issues as you

8   create public policy.

9        I've been able to work with a number of you on the

10  Domestic Violence Fatality Review Committee, so I also know

11  your commitment to these issues and, in my view, the

12  challenges to provide relief for those who are at risk, while

13  honoring fairness to the parties and due process.

14       I've listened to one of your meetings, the January

15  12th meeting, and would like to just quickly address some of

16  the things that came up during that meeting.  A first and easy

17  is we fully support the distribution of court decisions that

18  inform litigants, advocates, and attorneys as to the state of

19  the law.

20       Next, focusing on sentencing in criminal cases, an

21  issue came up about criminal jurisdiction concluding after a

22  period of time and what to do for people who were still

23  impacted by the victimization which was part of their criminal

24  process.

25       I've handled a number of restraining order cases



1  filed in the Superior Court, a court with full jurisdiction to

2  enter protective orders.  I don't see Dave (phonetic)

3  Vicinanzo here today, but I was going to make the comment that

4  for his 21-year-old client -- you may have remembered he

5  referenced her being at church with her abuser.  He can go to

6  Superior Court and get a permanent restraining order.

7          So it's not a situation -- and it -- and the

8  restraining order process is one endorsed by the Supreme

9  Court, so we know that it is a doable, functional process

10 under the law, approved by our State Supreme Court.

11         I don't know if this committee is going to address

12 the issue that I think Judge Yazinski raised about the open

13 question as to whether final hearings have to be held within

14 30 days of the filing of a protective order petition.  To the

15 extent you do -- and there is value to it if there is dispute

16 within the District Court judges, the Family Court judges as

17 to how to handle it -- I would strongly encourage you to

18 recommend that temporary orders can be extended with consent

19 of both parties.  So defendant has a right to a hearing within

20 30 days, but the parties, if they mutually agree, can extend

21 the temporary order.

22         In representing plaintiffs and defendants, but in

23 truth, mostly plaintiffs, I've had temporary orders extended

24 3, 6, 9, even 12 months, with the understanding that final

25 hearing on the original petition can be heard if the defendant

1  violates those temporary orders.

2          My experience representing plaintiffs is that the
3  great majority want a guarantee that the order remains in
4  place and that they are protected.  And most, in truth, are
5  anxious about testifying.  It's in public.  It's subject to
6  cross-examination, and it's about events which create trauma
7  in their lives.  So if there is a way of getting that
8  protection without the need for a full court hearing, my
9  clients, as plaintiffs, have joined that approach with
10  appreciation.

11          I was recently involved in a case where we extended
12  a temporary order for 12 months, the full relief that we could
13  get at a final hearing.  But my client, who was, at the time,
14  shaking and scared, she didn't have to testify.  So she got
15  the result she wanted.  The defendant, who had immigration
16  issues, got a result that was of value to him because there
17  was no final order that was entered.

18          If the 30-day extension period is not allowed, my
19  client would have had to go through what I think would itself
20  have been a difficult process of testifying in court, facing
21  her abuser, and being subjected to cross-examination.

22          In all of the cases where I've used the three, six,
23  and nine-month extensions, every one of those cases, it's
24  worked.  Never had somebody violate it, and I never have to
25  come back a second time for what would have been a final

12

1    hearing.   My experience is that with that break in time, there
2    can frequently -- not in every instance, but frequently be a
3    separation of the relationship, and those folks can move
4    forward.

5            The last issue I want to address is our concern
6    about the expansion of the kinds of cases that could be
7    covered by the domestic violence statute.   Under current law,
8    protective orders can be issued with the showing of criminal
9    conduct and where there's a credible present threat to the
10   petitioner's safety.

11           We think that this is a workable and an appropriate
12   standard for court intervention and the granting of judicial
13   relief.   There was a discussion in your earlier meeting that
14   dated conduct was not in some way relevant to the court's
15   consideration in determining whether to issue a protective
16   order.   Attorney Vicinanzo mentioned (audio interference)
17   bullets.

18           The dated -- the admissibility of dated evidence is
19   allowed.   It's simply not true that dated conduct is not
20   relevant to the court's consideration.   RSA 173-B:1, in
21   defining abuse, specifically provides that the court may
22   consider evidence of acts, regardless of their proximity in
23   time to the filing of the petition, and that past acts can be
24   combined with recent conduct to demonstrate an ongoing pattern
25   of behavior which reasonably causes or has caused the

1    petitioner to fear for their safety or well-being.

2            The requirement of proof of a crime creates a

3    standard that courts use every day and contains elements that

4    allow a court to avoid subjective judgments of harm.  If the

5    definition of abuse is expanded based on anecdotal evidence to

6    include offensive conduct -- Judge Yazinski mentioned yelling

7    at the petitioner -- there is all sorts of offensive conduct

8    which, sadly, we are aware of.

9            If that -- if it -- the standard is offensive

10   conduct that is not defined, the court will be applying a

11   standard that does not include a universal definition or a

12   definition that can be applied judge-to-judge in a consistent

13   way.

14           It's our view that the domestic violence statute,

15   combined with the stalking statute and protective orders that

16   are available as part of divorce proceedings, appropriately

17   protect victims.  It is not a system that is failing, but

18   instead, one that, by and large, works, not perfectly but

19   works.

20           It's also our view that any systemic changes in the

21   law should be informed not simply by anecdotal evidence but by

22   data that provides information about the system as a whole.

23   How many emergency petitions are filed but denied?  How many

24   petitions are denied temporary relief?  How many are temporary

25   orders issued, but there's no request for permanent relief

1   through a final order?  How many petitions are denied, and

2   sadly, based on the case that led to this -- the creation of

3   this committee, how many criminal cases follow the denial of

4   protective orders?

5          There is a whole set of other anecdotes that this

6   committee will not likely hear or be the subject of other

7   testimony.  It is the whispered part of this issue, difficult

8   for me to discuss because so much of my time has been

9   advocating for plaintiffs and victims of domestic abuse.  But

10  I know this to be true.

11         And it's the whispered part of this issue, the times

12  mutual contact follows the issuance of orders because

13  plaintiffs are not, in the end, in fear of the defendant,

14  times petitioners have used the protective order statutes for

15  advantage in the family court, to obtain use of an apartment

16  or a home, or to gain advantage in parenting issues.  We would

17  like to think that those kinds of things do not occur.  But

18  from bailiffs to court clerks to private conversations with

19  judges, we know that to be true.

20         There are times attorneys have sent their clients

21  pro se to get temporary orders that are then used for the

22  advantage in divorce proceedings to follow.  But do these

23  anecdotes mean that these statutes should be narrowed?  No, of

24  course not.  Just as there is no epidemic of improperly

25  granted orders, I do not think there is an epidemic of cases

where orders were improperly denied.

To the suggestion of one of your members that the courts have narrowed scope of these statutes, I haven't seen it, nor have I heard it from conversations with family court practitioners or guardians ad litem.

As I stated in the beginning of my remarks, your work is important.  It is my view that it is best approached with real data and not (audio interference) of anecdotes from either plaintiffs or defendants.  In the end, I hope your work is accomplished using -- with what Justice Hantz Marconi characterized as a balancing act, and at the words of the order creating this committee, in accordance with the principles of equal justice for all.  Thank you.

I do want to throw -- can I respond to the doctor who just testified?

JUSTICE HANTZ MARCONI:  Sure.

MR. CRONHEIM:  Thank you.  I wasn't prepared to discuss this because I had limited time.  I think one of the great failings of our court system is the focus on kids.  We know, in ways that we didn't, perhaps, 20 or 30 years ago, that domestic violence impacts kids.  We also know, on the other side, that when temporary orders are issued, there is a likelihood of no contact between the defendant in the case and those children.

This is part of the balancing act that I think is



1    difficult, to protect children but not to impact relationships

2    between parents and kids.  And our system doesn't spend enough

3    time and enough money on kids, focusing on their needs.

4                 JUSTICE HANTZ MARCONI:  Thank you.

5                 Kathryn Jones.

6                 MS. JONES:  Good afternoon.  Thank you for the

7    opportunity to share my (audio interference) today.

8                 30 years ago this coming July, I will have fled New

9    Jersey to become a permanent citizen of the State of New

10   Hampshire.  And I did so for the safety of myself and for the

11   well-being of my then-infant daughter.  And at the time, New

12   Hampshire gave me exactly what I needed for both of us.  They

13   gave us, first, a restraining order.  And finally, they gave

14   me full physical and legal custody of my daughter.

15                Now, what's kind of unique about my case was that my

16   perpetrator was not my daughter's biological father.  But the

17   state that I came from said that because he was the only

18   father she ever knew, he had right to her.  And so began a

19   six-year odyssey of trying to find permanent protection for

20   myself and my daughter.  We succeeded.

21                30 years later, I am a justice advocate for victims

22   of domestic violence, primarily for protective mothers who are

23   trying to keep their children safe through the family court

24   and child protection systems.  To say that the family court is

25   failing these families is a massive understatement.

1              I just learned about this hearing last night.  And

2    so I've been up until 3:00 in the morning, trying to prepare

3    my notes on everything I want to say.  There is entirely too

4    much to be said in respect to you folks, as well as the people

5    who are waiting to testify here.  But if I could share with

6    you just a handful of the massive ways that the family courts

7    are currently failing all families where they are targeted by

8    perpetrators of domestic violence, I would like the

9    opportunity to do so.

10             One case that I dealt with that was particularly

11   horrific was a mom who was English illiterate, who was

12   representing herself through the family court in the southern

13   half of the state.  This mother had access to local domestic

14   violence crisis services.  She had been given access to legal

15   services, initially.  But ultimately, because of her -- her

16   lack of English-speaking capability, these programs found it

17   very difficult, if not impossible, to work with her.

18             This mother was representing herself, family court

19   system, by speaking her broke English into Google translation,

20   cutting and pasting her words into motions, and then

21   submitting these documents to the court.  And because she came

22   from a country where a double negative means that something is

23   really bad, as opposed to our English where double negative is

24   something that's good, she was repeatedly misinterpreted and

25   accused of lying.

1                 At one point, the guardian ad litem assigned to this

2      case told the court that this mother was fully capable of

3      reading and understanding all court orders that were issued

4      from the court, which was absolutely 100 percent false.  And

5      when I approached this guardian ad litem to ask her to be able

6      to interpret the court orders for this mother, the guardian ad

7      litem absolutely refused to work with me because she didn't

8      like it that there was somebody watching over her shoulder.

9                 This guardian ad litem submitted motions to court,

10     threatening the mother with jail time for the fact that this

11     mother could not pay her.  And in fact, I had to, in the

12     fairness of justice, find an attorney that I paid for from my

13     own money, from my own personal money, so this mother would

14     have an attorney represent her in court.  And so -- and I

15     approached my church to cover the guardian ad litem funds so

16     this mother wouldn't face jail time.

17                 Now, the father in this case was convicted of human

18     trafficking out of U.S. District Court in Connecticut.  And

19     this father had trafficked this mother and had forced a

20     pregnancy on her, and that's how this child came to be.  And

21     this guardian ad litem recommended full physical and legal

22     custody to the predator.  And the only reason that the court

23     didn't grant it was because the child would have been

24     devastated by separation with the caretaking mother.

25                 But the only thing that finally and permanently



1    separated that child from this predator was the fact that this

2    child was forced into contact with the predator, who was in a

3    car accident where the child had to suffer a traumatic brain

4    injury in order to be finally freed from this predator.

5              In the same town that I live in, there is a

6    convicted rapist who has full physical and legal custody of

7    his three daughters, even though he was convicted of raping

8    his ex-wife and her daughter.

9              I routinely tell women now that if they're in the

10   family court system, they are in the family court system until

11   the day their youngest child turns 18.  I have clients that

12   I've been working with for over 20 years in this family court

13   system.

14             I say this with great frustration and disappointment

15   because as an advocate, when I first heard about the family

16   court system and, you know, the -- the -- the pilot project

17   that was going to be the family court, I was so excited about

18   the concept that there would be one judge who would overlook

19   the criminal aspect and the child protection aspect and

20   everything that legally related to any one family, and that

21   because they had that kind of birds-eye view of what was going

22   on, that they would be able to make appropriate orders when it

23   came to family court.

24             And from personal experience, I had seen that New

25   Hampshire had the capacity to do that.  They are failing



20

1    routinely.  Of the -- in any given month, I can be working up

2    to 275, sometimes 300 women, not just in New Hampshire now --

3    I'm a national-known advocate -- but primarily in New

4    Hampshire and Massachusetts.  And fully anywhere from 59 to 64

5    percent of the mothers that I work with have at least one

6    child who is actively suicidal, wishing to die, wanting to

7    die.

8          Another 85 percent of the total number of mothers I

9    work with have at least one child who is special needs:

10   autistic, ADD, ADHD, ODD.  So for me, there is a high

11   correlation -- I am not the doctor who can study all of that,

12   but there's a high correlation between special-needs children

13   and domestic violence.  And it's a particular area that the

14   family courts are not equipped to address at all.

15         Up to 95 percent of the women I work with have

16   significant mental health diagnoses, but I would tell you that

17   they were -- are also likely misdiagnosed.  Many of the

18   survivors that I work with have been diagnosed with bipolar or

19   with borderline personality disorder or nonspecific

20   personality disorder, when in fact, they're trauma victims,

21   and all they need is safety from their predator in order to

22   stop -- in -- in order to be able to find peace and be able to

23   recover and heal from their trauma.

24         And I would tell you, lastly, that 100 percent of

25   these victims feel revictimized and traumatized by the family



1  court process itself, 100 percent of them.  Most of them

2  should be qualified for ADA accommodations through the family

3  court.  I have seen victims repeatedly request them and be

4  denied them.  For those ones that have been granted ADA

5  accommodations, they have to go back and fight for them every

6  single time there's a change in judges.

7          I've seen one family who's had seven different

8  judges.  This is unsustainable for the survivors that I work

9  with.  And as an unfunded program, I receive no funding.  I

10  ask for no money from any of the survivors that I work with.

11  I am a one-woman, 24-hours-a-day, seven-days-a-week crisis

12  line.  This is not sustainable.  These families need help.

13  And the one thing that I love about New Hampshire is that

14  we're small enough that we can create really significant

15  change for these families if we put our hearts and minds into

16  it.

17          I don't agree -- even though I know Attorney

18  Cronheim and was part of the domestic violence program that he

19  has provided services for in the past, I don't agree that

20  victims go in to get a leg up on -- on divorce cases.  And in

21  fact, in my experience, as soon as a woman claims publicly

22  that she's a victim of domestic violence, she's immediately

23  put under a microscope and denied and disbelieved.

24          One time, I created a Clothesline T-shirt for the

25  Clothesline T-shirt Project that said, as long as I kept the

1  secret, I was just a battered woman.  Once I told the truth, I

2  was a bitter, violent, lying, lazy, crazy, drunken, (audio

3  interference), money-grubbing slut.  He said it.  The court

4  believed it.  That settled it.

5          And I can tell you that every single victim that I

6  work with, when they see that t-shirt on my website, they're

7  going, yep, that's exactly what's happened to me.

8          This can't happen.  It's got to change.  And the one

9  thing that I would look back and say, gosh, if we made one

10 wrong turn in all of this, many, many years ago, judges

11 were -- I don't know if it was a requirement or that they were

12 asked to create family violence councils where they brought

13 together the best of the best of the local community services,

14 child protection, mental health, police, domestic violence

15 crisis centers.  And judges were required to be a part of

16 those councils themselves.  And there was collaborative

17 effort, and there was training and education going on.

18          And then at some point in time, it's decided that

19 with the judges heading these councils, it created an implicit

20 bias, that, you know, they would automatically be for victims

21 of domestic violence.  We -- we couldn't have that.  So judges

22 started walking away from those councils.  And when judges

23 started walking away, so did police departments, and so did

24 child protection.  And ultimately, it's domestic violence

25 crisis centers that were left holding those bags.

1          I can see the family violence councils as

2  potentially being a renewing resource that would actually be

3  available to support local judges, that could potentially

4  review domestic violence-related cases, those high-conflict

5  cases that every judge dreads, to be able to review the cases

6  and to be able to make recommendations on the basis of what

7  they're seeing in these court files.

8          I have so much more to say, but it's not fair to the

9  others, so I appreciate your time.  And I will be submitting

10  more in email testimony.  Thank you.

11          JUSTICE HANTZ MARCONI:  Feel free.  Thank you very

12  much, but feel free to submit anything that's in writing.

13          MS. JONES:  Thank you.

14          JUSTICE HANTZ MARCONI:  Great.  Thank you.

15          Dana Albrecht.

16          MR. ALBRECHT:  Good afternoon, Your Honor and

17  members of the committee.  For the record, my name is Dana

18  Albrecht, and I'm a resident of Nashua, New Hampshire.

19          First, a brief background for context on my own DV

20  case and Supreme Court appeal, and then I'll speak to the

21  particulars with regard to some of the seven subjects under

22  consideration by this task force.

23          I've never committed a violent act in my life, nor

24  even been arrested prior to my family law case starting in

25  April 2016.  I'm a peaceful person, and I'm a father of four

24

1    wonderful children.  I've been in Nashua Family Court over

2    five years, starting with a six-month DV issued against me by

3    former Judge Paul S. Moore, which required that I had to

4    attend an independent fundamentalist Baptist church, located

5    in Dracut, Massachusetts, three times a week in order to see

6    my three minor children under supervised visitation by church

7    leadership, until it was finally dismissed when I got a

8    hearing six months later.

9          The only justification for that initial order,

10    issued ex parte, was that Mom and I had both read each other's

11    email as the marriage broke down at the very end.  It's not

12    hard to do that when people know each other's passwords.  And

13    I have to ask if that's domestic violence.

14          I've also had false criminal charges against me for

15    trespass and invasion of privacy because I showed up at our

16    marital home, pursuant to a written agreement between both our

17    attorneys for me to do so, with a real estate agent present to

18    do a walk-through of the marital home.  That went to trial

19    too, and that got thrown out.

20          Most recently, I've had a second DV against me,

21    issued by Judge Mark S. Derby, which, instead of requiring me

22    to attend the Massachusetts IFB church like Paul Moore did,

23    now prohibits me from going within 2,000 feet of it, even

24    though the other party, formerly a resident of California when

25    she filed the action, is now a resident of East China,

1    Michigan.

2            So that basically came about because on the day,

3    November 3rd, Sunday service in November 2019, I wanted to see

4    my kids.  So I was sitting quietly, alone in a church pew,

5    public service, hoping to see my kids.  IFB church leader did

6    not agree with that.  They've kind of taken sides in the

7    underlying divorce and told me I had to leave, but I could

8    come back on a different day if I wanted to listen to a

9    sermon.

10           So I guess I made the mistake of disagreeing with

11   that, and Judge Derby wrote an order to -- essentially, my

12   position, to protect the IFB church.  It's been on appeal

13   twice up to the New Hampshire Supreme Court, you know, docket

14   2021-0192.

15           So I have to ask, sitting quietly, peacefully, alone

16   in a public church service, domestic violence, the finding of

17   abuse based solely on events of a single day, when there's no

18   contact whatsoever with the other party that day.

19           I just have to say I've had a bad experience with

20   the Nashua Family Court, you know, having started out with my

21   very first DV order by Paul Moore, having Julie Introcaso

22   appoint her best friend, Kathleen Sternenberg, as guardian ad

23   litem in my divorce case, and most recently, having Marital

24   Master Bruce DalPra say, who gives an F, concerning my

25   testimony, and calling my kids a bunch of morons.  You can

26

1    read all about that in the "New Hampshire Union Leader".  But

2    suffice it to say that I've kind of completely lost confidence

3    in the New Hampshire judicial system.

4              Sort of this final background, I'd also like to say

5    that my heart goes out to all of victims, sort of what I --

6    real domestic violence out there, especially the recent

7    shooting tragedy in -- tragedy in Massachusetts.  But I also

8    believe, kind of looking at the past work of this committee,

9    that some of the statistics on how many orders get granted,

10   how many get denied are missing the point.

11             I think we need statistics on how often our courts

12   make mistakes and (audio interference) fail utterly at doing

13   their job.  Our goal should be that in cases of real,

14   legitimate domestic violence, 100 percent of those orders get

15   granted, and in cases of false accusations, 0 percent of those

16   orders get granted.  Just make the right decision.  That's the

17   gold standard.  I mean, granted, nobody's perfect and we all

18   fall short, but that's what we should be aiming for.

19             And with that background, I'd now like to speak more

20   directly to some of the seven subjects under consideration by

21   the task force.

22             So with regard to item 3 -- and I may hop around a

23   bit here -- making appellate decisions available to the

24   public, why isn't my appellate decision on the Judicial Branch

25   website?  It's actually pretty easy to find on the internet,

1    but it's published by the "New Hampshire Union Leader" on

2    their website.  You can Google it.  But it's not on yours.  I

3    suppose you could go next door and go over the whole docket,

4    you know, again, 2021-0192, at the law library if you want.

5    But why isn't it out there?

6              With regard to item 4 on court forms, I have to ask

7    why we can't design a court form for, say, a pro se victim

8    with no legal training, where they get to check some boxes

9    specifying exactly which parts of which statutes the defendant

10   is alleged to have violated, with some blank space for the

11   plaintiff to fill in any events or facts alleged to be in

12   violation of the statute.  I mean, I think that would sure

13   simplify proceedings when all parties know exactly what's

14   before the trial court, if there's a hearing.

15             I'm disturbed that Judge Derby told me that

16   plaintiffs, in their domestic violence petitions, are not

17   required to identify by name and citation which crimes in RSA

18   173-B:1 the defendant has committed.  He says, the defendant

19   and the court discern it from the facts that the plaintiff

20   pleads.  And that is what happened here.  And I know he used

21   the words "crimes".  And you know, that kind of blurs the

22   distinction between kind of what's a civil and criminal

23   action, in my mind.  Just something to think about.

24             And I still don't have any specifics on which

25   crimes -- and again, that's the word that was used in my



1    order -- I'm alleged to have committed while sitting alone in

2    a church pew in an entirely different state from where the

3    party resides.  How am I supposed to discern that?  So we need

4    to fix that.

5            And it's -- I'm actually going to say it's even more

6    important for the victims so the court can get right to the

7    point and not waste judicial resources on anything that's

8    irrelevant.  Wasting judicial resources leads to overworked

9    judges and bad decisions.

10            With regard to item 5 on increasing access to

11    counsel, I'm concerned about that.  It says increasing access

12    to counsel for only plaintiffs.  And especially as they called

13    what I did crimes, how does this not run afoul of the Equal

14    Protection Clause and the Sixth Amendment to the Federal

15    Constitution?  I have to say, from my perspective, it's a

16    complete reversal of all traditional American jurisprudence.

17    And I have to say I'd almost rather be accused of first-degree

18    murder than domestic violence, because at least then, if I'm

19    completely innocent and I just didn't do it, period, I have

20    the right to an attorney, you know, Gideon v. Wainwright,

21    1963.

22            I'm kind of going back to item 2 on your list.  Both

23    my case and kind of the case that Judge Hall decided that

24    started this whole thing both involved events in

25    Massachusetts.  So I'm a multi-state, diversity-of-citizenship

1  family law case that's involving New Hampshire, Massachusetts,

2  California, and now Michigan.  And so I think we need to look

3  more into how we're handling jurisdiction (audio

4  interference), particularly in light of the federal Violence

5  Against Women Act also being kind of controlling federal law.

6  So it's not just about New Hampshire, per se.

7          These cases can involve fundamental Constitutional

8  rights; again, can, under the First, Second, and Fourteenth

9  Amendments to the U.S. Constitution.  And those should be

10  subject to strict scrutiny review.  I think we'd be here all

11  day if I discussed case law on the First and Fourteenth

12  Amendments.  You can --

13          JUSTICE HANTZ MARCONI:  Don't have time for that.

14          MR. ALBRECHT:  Don't have time for that.

15          JUSTICE HANTZ MARCONI:  No.

16          MR. ALBRECHT:  But I point out, the Second

17  Amendment, I think, is particularly relevant just as a topic

18  in DV cases.  And we've got District of Columbia v. Heller

19  from 2008 and its progeny to contend with.  And not to mention

20  the New York Rifle & Pistol case that's currently pending

21  before the U.S. Supreme Court up in D.C.  That's docket 20-

22  843.

23          I also think that federal case law on vagueness is

24  pretty relevant here, and I kind of put all that in my

25  appellate brief.



1        Finally, with regard to both kind of item 7 and

2   including item 4, I'd like to ask if there'd been any inquiry

3   by this task force into how many DV cases there have been

4   where a plaintiff has ever been prosecuted in any capacity for

5   providing false and malicious information on their D forms --

6   DV forms.  So that's about the form also.  The last DV form I

7   saw clearly stated -- so now I am going to read verbatim:  "I

8   swear" -- quote, "I swear that the foregoing information is

9   true and correct to the best of my knowledge.  I understand

10  that making a false statement on this petition will subject me

11  to criminal penalties."

12        And so I guess my question for this task force is,

13  what exactly are those criminal penalties?  How often has that

14  happened in practice?  How do we find out?  You know, is that

15  via, like, an RSA 91-A, Right to Know, or like a Part 1

16  Article 8 request to, like, the Judicial Branch or the

17  Attorney General's Office or all of the various local police

18  departments?  And I would ask if this Task Force would be

19  doing anything like that, or sort of would that burden fall on

20  the general public to try and find that stuff out?

21        And again, this is because I think the gold standard

22  to protect everybody is all about the court system getting it

23  right in each of these cases so that the citizens of New

24  Hampshire can get the protection from harassment, and often,

25  protection from much, much worse that they deserve.



31

1          And I'd like to especially thank Justice Marconi for

2    pointing out you're hearing from all perspectives.

3          And I thank you for your time.  And if there are

4    questions, I can take them.  Other than that, I'm done.  Thank

5    you very much.

6          JUSTICE HANTZ MARCONI:  Thank you for a well-

7    prepared statement.

8          MR. ALBRECHT:  Thank you.

9          JUSTICE HANTZ MARCONI:  Erica Austin.

10         MS. AUSTIN:  Good afternoon, Justice Marconi and

11   honorable members of this domestic violence task force.  My

12   name is Erica Austin, and I'm here today as a domestic

13   violence survivor, as a mother of a child survivor of

14   violence, and as an advocate for victims and survivors in New

15   Hampshire.

16         My experience with the court -- state court system

17   profoundly impacted not only my life but the life of my oldest

18   child.  And I appreciate willingness to listen to my

19   experience.  You all have the power to bring transparency and

20   accountability to the system for victims of domestic violence,

21   and I'm so grateful for your time.

22         Like many other victims of -- of domestic abuse who

23   are acting as a protective parent, my experience with the New

24   Hampshire judicial system left me and my child unprotected and

25   with a feeling of perpetual hopelessness.  My child is still

32

1   not allowed to have a voice, so today, I speak for the both of
2   us.

3          To give a brief history, I was young and naïve and
4   unknowingly became involved with a dangerous person.  He
5   suffers from severe mental health issues and had a lengthy
6   criminal history in both Massachusetts and New Hampshire.  In
7   fact, he is a lifetime registered sexual offender.  I did not
8   have access to this information when I was dating him and
9   became pregnant with our child.

10          Being a young, single mother, forced to grow up very
11  quickly, I was and am very fortunate to have the unwavering
12  support of my family.  My child custody case quickly became
13  what the legal professionals call highly contentious when I
14  learned that my child was being abused during their time with
15  my ex.

16          Like many parents in my shoes, I was forced to be a
17  strong, protective advocate for my child, including inside the
18  courtroom.  Although our laws state the best interest of the
19  child should be central into a parenting case, the judge in my
20  case was far more interested in protecting the rights of the
21  child's father and admonishing me for reporting child abuse.

22          The fact is that horrible acts of child abuse were
23  occurring.  The ongoing abuse was evaluated and documented by
24  numerous medical professionals, and physical evidence was
25  found.  Despite credible physical evidence of abuse and direct

1    disclosures from my child, the judge ignored the

2    recommendations of the guardian ad litem and every other

3    professional and ultimately ordered that our child would have

4    unsupervised visitation with their father.

5              My job as a parent was to fight for my child's legal

6    rights to safety, and that's exactly what I did.  This legal

7    undertaking was not inexpensive, financially or emotionally.

8    And it became clear that the judge was furious that I would

9    not stop advocating for the court to protect our child.

10             I was penalized by this judge for reporting the

11   horrific acts of abuse against my child, but I did not give

12   up.  I brought my concerns to the legislature and helped pass

13   the provision in RSA 461-A that provides safeguards for

14   protective parents who act in good faith to report abuse.

15   During that process, I met many other protective parents who

16   experienced similar retaliation by judges for bringing forward

17   good-faith allegations of serious abuse which were also

18   corroborated by medical experts, DCYF, GALs, and forensic

19   interviewers.

20             As you can imagine, this judge became even more

21   angry when he learned of my advocacy efforts outside of the

22   courtroom, including a report to the Judicial Conduct

23   Committee.  My experience with this New Hampshire judge and

24   the individuals he manipulated and threatened within the

25   system for his own benefit has profoundly traumatized me and

1  forever changed how I view the world.

2          JUSTICE HANTZ MARCONI:  Take your time.

3          MS. AUSTIN:  He stripped me of the ability to

4  protect my child and left me with a near-constant fear that I

5  won't be able to protect my child.  I do not feel safe in this

6  state anymore.  He left me believing that my voice doesn't

7  matter and that it will never be heard.

8          And the pain of watching what's happening to my

9  child and seeing firsthand the injuries he returned home with

10 will forever be burned in my head.  My fear of not being able

11 to protect him from a convicted sexual predator was so severe

12 that I could only lean on the support of my family, attorneys,

13 and friends that were my constants, and I am forever grateful

14 to them.

15         As I stand here today, my fear of the power of that

16 one judge is just as strong as it was back then, and part of

17 me is afraid he will hear me speak and cause further damage.

18 No one should have to live this way.  The trauma this judge

19 caused to my son and myself will (indiscernible).

20         Even after my case ended, my family and I continued

21 to receive calls from individuals in New Hampshire who

22 struggled with cases similar to mine.  I remained in contact

23 with the various domestic violence organizations, and

24 attorneys would hear stories, the same story repeatedly.

25 Almost four years ago, I decided I could no longer be silent

1  about what was happening, and I needed to put context to what

2  happened in my case.

3          Currently, I use my experience to partner with

4  crisis centers in Massachusetts and New Hampshire.  I work

5  with (audio interference) to support women in gaining strength

6  and rebuilding their lives through a trauma-informed fitness

7  model.

8          I've learned that, through my work, my case is not

9  at all unique.  I am passion -- I am a passionate advocate,

10 and I do my very best to work with domestic violence survivors

11 interested in learning skills that help give them a fighting

12 chance, even when the system is revictimizing them and their

13 children, because to be clear, the horrific event that brought

14 us all here today, where a woman was nearly killed, is not an

15 isolated case.

16         The only difference is that what happened most

17 recently is very public.  It couldn't be swept under the rug

18 or hidden in darkness, where domestic violence so often fuels.

19 It shined a spotlight on a broken judicial system, but it is

20 neither isolated nor surprising to me that the failure of our

21 state court system caused this.

22         People who hear from victims and work in the system

23 need to know that these are not extreme cases.  There are

24 judges sitting in the Circuit Court who simply don't want to

25 preside over domestic violence and highly contentious



1  parenting cases and who have a blatant bias against victims of
2  abuse.  Further, there is, currently, no real system in place
3  to hold them accountable.

4          Although I have experienced the horrific failures of
5  this system, I stand here today because I have faith in all of
6  you.  I have seen change happen in the world and in people,
7  and I believe in hope.  My ask today is that you recommend
8  ways to provide real oversight and measures of accountability
9  for judges who make decisions that impact the safety of our
10  most vulnerable citizens and their children.

11          That is the most important thing you can do,
12  recommend a transparent process for accountability,
13  evaluation, training, and oversight by a group of experts in
14  the field of domestic violence.  Data must be collected on how
15  judges are ruling in domestic violence cases and should be
16  accessible to the public.  I should be able to see how many
17  times Judge Hall is denying protective orders versus her peers
18  who sit in other courts.

19          There are few jobs in this country where you are
20  appointed to a lifelong position with enormous power over the
21  direct safety of others, literally, life-or-death decisions.
22  The State of New Hampshire and the judiciary have an
23  obligation to ensure these enormously powerful positions are
24  not abused and that there is oversight and accountability to
25  those who are fortunate enough to be appointed.

1          The expertise is sitting right here before me, and I

2    hope that the Judicial Branch doesn't create a report that

3    sits on a shelf, gathering dust.  Rather, I hope that all of

4    you will be valued as an ongoing resource to the courts, who

5    desperately need your professional expertise.  Thank you.  Can

6    I leave my testimony here?

7          JUSTICE HANTZ MARCONI:  Vivian Girard.

8          MS. GIRARD:  Thank you, Your Honor and members of

9    the committee.  I first just want to say, with all this stuff,

10   I just feel like I have to say I -- I -- I feel like I'm

11   living the Chewbacca defense here.  You got that one, didn't

12   you?

13         I'm sorry, but I've actually had to speak quite a

14   bit before the court study this week at the House of

15   Representatives, as well as harassment for the court study and

16   through the Senate level for the -- for the Senate committee.

17         Just to give you guys a little understanding of who

18   I am -- and as you know, I've been before this -- in this room

19   before you before, so this kind of brings back a little PTSD

20   for me.  So first of all, I just want to let you know that I

21   am a business owner.  I'm a good mother of two girls.  I've

22   been in the court system for seven years, so my girls are now

23   13 and 15.  My 15-year-old had a disability.  I also cared for

24   both my parents, and now I'm just caring for my mother.  She

25   is elderly with -- she's on oxygen, has a walker, and I -- you

1    probably remember back then as well.

2           Back in 2 -- August 2015, I found out that my ex was

3    cheating after me -- cheating with -- with me, after 19 years

4    of marriage.  At the time, my ex had called in a false police

5    report after I found him cheating.  The police came, took my

6    guns from my home.  They also checked my car that day, after I

7    had 30 guns pointed at my head.

8           They (audio interference) my children out of the

9    back of my car.  Again, my daughter had a disability, and she

10   was probably about eight years old at the time.  There was no

11   guns, no alcohol, no drugs were found in the car, on me, or

12   anything else.  I was actually brought to Lowell General

13   Hospital, where I had to get a blood test.  I had to be

14   checked for suicidal.  I had to be checked for all kinds of

15   things that were just a complete false report.

16          DCI -- DCYF was told that Mother was arrested, but

17   there was no arrest found.  They told -- they were told that I

18   was manic, with borderline or narcissistic personality

19   disorder, which I was never diagnosed for anything; also a

20   false police report.

21          My divorce, at that point, caused my eight-year-old

22   child, at the time, to be put in a mental institution for a

23   week, because at the time, I had a court marital restraining

24   order against my ex from harassment, based on the RSA 644.

25   There were threats.  There was unauthorized entry into the

1    family home, based on the RSA 635.

2         At the time, this was in December of 2015.  My court

3    records contained over 400 dockets.  And when courts get too

4    many deviations from the judge, this is what happens.  This is

5    all the mistakes that were put on my case that I actually went

6    to court on in August of this year, just to fix my court

7    orders.  And still, I don't have a valid court order.  This is

8    my DCYF file.

9         Again, I'm a business owner.  I'm a good mother.  My

10   court dockets contain over 400 dockets.  I've been to this

11   Supreme Court four times on appeal, based on child support.

12   Again, been in the system for seven years.  I have 22 court

13   hearings.  I had three bad judges, which I'm sure you know.

14        So the system allowed so many frivolous motions in

15   my case, even going back to funerals, remote learning, medical

16   bills, child support, and so much more.  So the law should be

17   limited, also, on the harassment part that would stop the

18   scheduling of frivolous court motions.  And in my case, there

19   should be high-conflict judges or family case coordinators or

20   something just to keep us out of court.  And I'm going to let

21   you know why I'm going into all this at the end.

22        Unfortunately, the family court ordered so many of

23   the foundation issues on my case -- they ignored them to the

24   point that I had to come to the Supreme Court four times.  It

25   became a huge financial hardship on me, which rippled down to

1    my children.  If it's supposed to be all about the children,

2    it's not.  So based on the lack of child support in my case,

3    as well as medical support and so on, I actually could not get

4    that support from my ex.  So I was forced to be on medical

5    through the State of New Hampshire.

6           This is detriment to families by extending these

7    litigations and frivolous pleadings to the detriment of

8    financial resources.  Absolutely, this affected my

9    relationship with my children because I could not do the same

10   as what my ex did.  This led to huge financial impact to my

11   family.

12          So I am concerned that the rights were violated in

13   my case, not only with the false DCYF investigations, the --

14   the false harassments that were put on me because I got a

15   marital restraining order after what was seen by the judge, at

16   the time, of what he was doing, videotaping me, recording me,

17   breaking into the -- the family home.  Because I had that

18   marital restraining order at the time of my divorce, I was not

19   able to keep my restraining order on him.

20          This caused seven years of harassment, legal

21   harassment within the court system.  And somebody should be

22   held accountable.  This jeopardized my safety because at the

23   time, they put a false domestic violence on me, being a good

24   mother, because he called in a fake police report.  And by

25   calling in this fake police report, which I have it here and

1   I'd like to submit it at some point to you people, as well as

2   some of the other evidence that I show in here that they

3   released me from the hospital, saying, you two need marital

4   counseling.  I said, no, I need a divorce.

5           So the incident -- just to kind of give you a quick

6   heads-up here, the incident was on 8/21 of '15.  The police

7   report was 8/25 of '15.  There was an ex parte done on 11/10

8   of '15 to take my guns away from me because I was in -- my

9   kids were in imminent danger to me.  I lost my kids for a

10  short amount of time, until DCYF agreed that I was a fit

11  mother.  Again, another thing that I did not have to go

12  through; another thing my kids did not have to be traumatized

13  with.  But they returned my firearms on 8/11 of 2016.

14          Just to recap that, it took three months from the

15  time this false police report went through for them to take my

16  firearms.  I had some guy harassing me day and night, just

17  constant harassment in my family home, with my children, with

18  my elderly parents.  Took three months to take my firearms

19  away.  After that, it took me 10 months to return my firearms.

20  That is not a normal DV.  I've never had anything on my

21  record, never had an arrest, never went to court for it.  But

22  I had to go to court for the return of my firearm.

23          All I can say to you guys today is the emotional

24  trauma that it caused not only me, my children, my elderly

25  parents, the PTSD of waking up in the middle of the night,



42

1    terrified for every noise, and I had no way to protect myself

2    or my family.  And just like being in this room today, it --

3    I -- I came in here, and I -- my heart just started racing

4    because this is where I had a lot of bad memories.

5            This behavior just has to stop.  The impact on the

6    kids is huge.  The impact on me was huge.  I have friends here

7    today:  Dana, Dave, Angela (phonetic).  Thank you for your

8    support.  The -- when my sister-in-law died a couple weeks

9    ago, Dana wanted to come to my sister-in-law's funeral.  He

10   could not because of a false DV on him.  And let me just give

11   you an idea of why that is.  His church --

12           JUSTICE HANTZ MARCONI:  (Audio interference) course

13   (indiscernible) --

14           MS. GIRARD:  Yeah, that's okay.

15           JUSTICE HANTZ MARCONI:  -- into the --

16           MS. GIRARD:  I'm done.

17           JUSTICE HANTZ MARCONI:  -- topic here.  All right.

18           MS. GIRARD:  And -- and the topic is his church was

19   right next door to the funeral home.  False DV, through

20   church, funeral home next door, he couldn't go because it was

21   next door.

22           I met a lot of good people because of this, so I --

23   I have to say this did bring one good thing to light here.

24   But families should not go through this.  Being delimited on

25   what you can do, the fact that I lost my -- my safety and my

43

1   security and my freedom, my Second Amendment rights, RSA 633,

2   was taken away from me.  My protection for my family was taken

3   away from me in my most -- my -- my most precious time, when I

4   needed it, when I -- when I was being harassed, when I was

5   concerned about my safety.  I had no way to protect myself or

6   my kids because of a false DV on me.  And I have no grounds

7   for it.  So I just would like it to stop.

8                   JUSTICE HANTZ MARCONI:  Thank you.

9                   MS. GIRARD:  Thank you.

10                  JUSTICE HANTZ MARCONI:  Dave Smith.

11                  MR. SMITH:  Good afternoon, Your Honors, members of

12  the staff.  I don't public speak, so please try to enjoy me as

13  much as everyone else does.

14                  I came to this from a slightly different angle as

15  well.  I echo the sentiments of Mr. Albrecht.  I consider

16  myself an innocent respondent of 173.  I owned a home, a small

17  home-based business, a word-of-mouth contracting business at

18  the time.  And once the idea had circled around town that I

19  beat my wife, which I was never even accused of, my business

20  fell apart like wildfire.

21                  For some reason, I wasn't allowed my work property,

22  as required by law.  And upon demanding -- me demanding to

23  Marital Master DalPra to give me my work property back, he

24  said he gave me everything I need.  And it then took me

25  another two years to get my stuff back, working through my --

44

1   with my father-in-law, despite, by the time I had got it, I

2   was already awarded it after the divorce was over.  So it's

3   completely unnecessary.

4           In my case, I was having a consensual relationship

5   with someone else, and then I found myself served with a DV in

6   which I was found to have sat on my wife eight months earlier.

7   I was given no opportunity to -- to deny this, present any

8   evidence, present any testimony or police reports or anything.

9           After the hearing, was awarded a unique 90-day DV

10  from Julie Introcaso, which allowed me to go to the house

11  every day, do child exchanges at the house.  And of course,

12  they had no good reason to appeal because the alternative

13  would have been the statutory year.

14          So went straight to the police department after my

15  hearing to report this fraud against me, as I saw it.  And I

16  recall a detective stating that the extreme low standard of

17  173 and the fact everything is domestic violence is why I was

18  there.  Well, I'm here to mount an opposition to this madness.

19          Any story of good and evil can easily be manipulated

20  when only one side is telling their predetermined narrative.

21  Based on lack of standards that the DV has to do with

22  assumptions and harmful dissemination of false information and

23  the court's flagrant disinterest in the other side of the

24  story, it caused me a lot of harm.

25          173 is an amazing mechanism for building precedent



1    or shutting down Constitutional rights and civil liberties in

2    the name of security.  I hear a lot of discussion about

3    victims of abuse and their abusers.  And that's real.  I get

4    that.  But I don't hear much about the rights of the accused

5    or innocent respondents, or even -- especially if the

6    respondent did nothing whatsoever.

7           You can't just create a minority group of people and

8    then treat them differently.  173-B operates under a real due

9    process defect.  173 is structured to push stress -- stressed

10   and scorned alleged victims into bad or even illegal behaviors

11   for the exchange of a little control in their life and an easy

12   reward at taxpayer expense, not to mention the expenses to the

13   parties and the children.

14          I felt completely overwhelmed by an unstoppable wave

15   of what I see as lawlessness under the illusion of law with a

16   branch of government.  How 173 can be used as a card to gain

17   the upper hand in divorce, eliminate the presumption of

18   equitable division of property, and a way to slander and libel

19   someone, I just can't figure out.

20          Our judicial system was set up to protect the rights

21   of all.  But in the cases of 173, it's instead used to overrun

22   some of us.  It allows enablers and glorifiers the ability to

23   break stuff, annoy people, and generally harm the otherwise

24   good relations that must exist between the parties in all but

25   the most extreme cases.

46

1           This scheme currently requires that the innocent

2    shall suffer along with the guilty.  If you look at the

3    criteria for abuse, the extreme imbalance of power, creating

4    fear, controlling everything, controlling, managing all the

5    money, interference of freedom, legal harassment, placing

6    people in fear of their safety, and otherwise limiting

7    someone's pursuit of happiness, then in my case, the absolute

8    grand champion of abuse is the State of New Hampshire using

9    173 on me.  That's stunning.

10          If a -- it seems to me if a junior high class were

11   asked to write a law without using civil rights, they might

12   come up with something like this.

13          I'd be happy to answer any questions or discuss this

14   further with the committee.

15          JUSTICE HANTZ MARCONI:  Thank you.

16          MR. SMITH:  Thank you.

17          JUSTICE HANTZ MARCONI:  You don't do so badly for

18   not having public speaking training.

19          MR. SMITH:  I appreciate it.  I appreciate that.

20   Thank you.

21          JUSTICE HANTZ MARCONI:  Ashley Stowers.

22          MS. STOWERS:  Good afternoon.  Thank you for the

23   opportunity to just speak today.  I'll apologize in advance.

24   I mostly have bullet-pointed statements because this is

25   something that, for me, passion is going to invoke a little



47

1  bit more empathy here.  And I can tell you that reading the

2  list of points that were meant to be discussed today, my

3  initial reaction to everything on the list was I have

4  something to say about that.

5          I am here today because I am a domestic violence

6  survivor.  And unfortunately, my experiences with the court

7  have been negative, to say the least.  When I was 17, I was

8  groomed by a predator 10 years my age, and I found myself in

9  an abusive situation.

10         When I was 18 years old, I found out that I was

11 pregnant.  And I -- I very quickly realized that any thought

12 that I may have had that something would change, at that

13 point, was fruitless.

14         When I was finally able to get free, I did have to

15 file for a restraining order, which was granted.

16 Unfortunately, to my abuser, it was a piece of paper, and it

17 was an inconvenience for him to achieve his goal of owning me

18 in every sense of the word.  He broke into my house and

19 kidnapped me at gunpoint when I was almost eight months

20 pregnant.  He put me in the back of my vehicle, tied up like

21 an animal, and he drove around with me for almost five hours,

22 looking for a spot to kill me and dispose of my body.

23         He was charged with six Class A felonies.  He was

24 given a plea deal for 13 years.  And the conditions of his

25 sentencing mandated that he not have any contact with me, my



48

1    immediate family, or anyone living in my household for a very

2    long time.  And additionally, I still had my domestic violence

3    protective order that was granted to me at the time he

4    violated it, which, for him, was a felony charge, as he had

5    done so previously.

6           My daughter, who will be 10 years old this year, has

7    never, ever known anything about this situation.  His name was

8    never put on her birth certificate.  I asked for nothing

9    except safety.  In August of 2014, he filed a parenting

10   petition.  And for those of you who are not familiar with the

11   aspect of receiving one of those, it was jarring in the

12   situation, to say the least, but on top of that, it's

13   incredibly invasive.

14          He requested mediation.  He requested to sit in a

15   room with me and asked for access to my child.  As the

16   conditions of his sentencing stated, he was not to have any

17   contact with me.  And I spoke to the court.  I spoke with the

18   county attorney who I had dealt with.  And they agreed that

19   that was a violation of his sentencing.  And a judge agreed as

20   well and suspended -- took some of his suspended time, gave

21   him an additional two to four years, as there was a lot of

22   suspended time.

23          His case was brought before the Supreme Court, and

24   that decision was reversed.  And while I -- I understand the

25   perspective that would have led to that decision, what



49

1  astounded me was the fact that I felt there's -- there's no

2  way all of the information could have been available and led

3  to the same conclusion.

4       When I received that paperwork from the court, I was

5  not given an option to refuse.  There was no opportunity for

6  me to say, mediation is beyond inappropriate, and this is why.

7  And he was not forthcoming, on the paperwork, about the true

8  condition of his sentences.

9       I was told if I didn't go to court, a warrant would

10  be issued for my arrest.  And when I spoke to the court

11  officials and I explained my situation and I said, please,

12  this -- this is incredibly inappropriate; this doesn't apply

13  here, they told me I had no opportunity to do anything about

14  it, unless I chose to file a termination of parental rights,

15  which I was financially responsible for, and I would have been

16  financially responsible for mediation.

17       I had to fight every step of the way to stop a

18  guardian ad litem from coming into my home and speaking to my

19  daughter, who knows nothing about who this person is, and the

20  entire time, the helplessness that I felt at feeling why do I

21  have to explain why my child needs to be safe?  Her best

22  interests should come first.  There was nothing that I could

23  do.  And had I not had the support of my family, there is

24  absolutely no way I would have been able to afford to do

25  something like that.

1           To say that it traumatized me further doesn't begin

2   to cover it.  But the protection that I'm supposed to be have

3   to be safe, that my child is supposed to have to be safe, that

4   was the one thing that they could give me when they sentenced

5   him.  And then it was gone.

6           That has weighed on my mind since 2016, when that

7   decision was delivered by this court.  And I was contacted by

8   the victim advocate I had initially dealt with, who went out

9   of her way to do it because she said, you won't have an

10  opportunity to speak.  There isn't anything you can do.  There

11  isn't anything you can say.  But she wanted me to know.

12          And to think that for somebody who's -- who's been

13  through the things that I have, and for my daughter, who I

14  have fought tirelessly to make sure she never has to see that,

15  to know that for somebody who's been in my shoes, they were

16  told, he has a Constitutional right to request to know your

17  tax information, how much money you spend on utilities; for

18  the next step in the process, to ask me where I work, where my

19  daughter's pediatrician's office is, who she goes to day care

20  with, what my mental health history looks like, and that he

21  has access to all of that information, and I can't do anything

22  about it unless I can afford to hire an attorney to fight it

23  in court.  It broke me for a long time.

24          In 2019, I hit the five-year mark for the renewal

25  portion of my restraining order, which I continued to renew,



51

1    despite the protective orders from the court, because after

2    that decision, I knew I don't have that to rely on.  My

3    restraining order was finalized at the end of May.  And in

4    2019, the date that it fell on happened to be Memorial Day

5    weekend.

6           I went the following business day, and I was told

7    that because I was technically two days too late, according to

8    the date, they couldn't help me.  I've read those orders back

9    to front, multiple times.  And there's nothing in it that

10   states, we'll allow you to come in early.  I always came on

11   the day, and I was standing right outside the court because

12   there isn't anything more important than my safety or my

13   child's.  There's nothing.  It wasn't arbitrary on my part.

14   It wasn't punitive.  It was necessary.

15          And I did appeal to a judge that same day.  And I

16   sat, and I waited.  And they said, if you want to do anything

17   about it, you have to file a new one.  You'll have to come

18   back to court.  You'll have to sit in a room with him.  You'll

19   have to see him.  You'll have to go through the process all

20   over again.  And since he's incarcerated, I don't know that

21   there's anything that you can do; it's really not that

22   important right now, just like the parenting case I was told

23   the paperwork isn't written for situations like yours.  There

24   just -- there just isn't an option for you because we don't

25   really deal with it all that often, so I was told to deal with

1    it.

2              And that's unacceptable.  The law is meant to

3    protect me, not him.  It's meant to protect my child.  He made

4    his bed.  And I'm only here because I fought to live, not

5    because he changed his mind.  My daughter is a happy, healthy,

6    amazing child, who has never had to experience even a -- a

7    second of a life like that.

8              To know that unless anything changes, to give people

9    more opportunities to get help, to have access to help, to

10   have cases be looked at on an individual basis, instead of

11   being told, just don't see cases like this very often.  The

12   very first letter in the packet of a parenting petition says,

13   I am writing to you as parents, not as parties in a court

14   case.

15             And that monster is not a parent, and he's certainly

16   not a parent to my daughter.  But to be treated as if we're

17   just divorced people that can't get along and that the

18   paperwork reflects that because it doesn't matter; it's not

19   that big of a deal; it doesn't come up very often, so we don't

20   need to change it.  You need to accept less, accept less

21   protection, accept less safety.  That's what we can give you.

22             To know that I go to file my restraining orders, I

23   go to get them renewed, I take it seriously because I need it,

24   and sorry, we can't help you; you'll have to go through all of

25   that very traumatizing process again, and we may not help you

1  this time because he's incarcerated, so what does it matter?

2  That's unacceptable.  There's nothing on that paperwork that

3  says, we will accept 30 days beforehand paperwork for an

4  extension.  There's nothing, and there's no excuse why that

5  can't be there.  There's plenty of other unnecessary verbiage

6  in some of those forms, and I'm sure you know that.

7          There's nothing for me, the onus always on a

8  survivor to do anything to help themselves.  And not everybody

9  can afford to do that, both financially and mentally.

10          And I -- I -- I implore you to consider some of

11  these things -- I could stand here all day, but I won't --

12  because I can't allow my daughter to grow up in that kind of

13  world and know that I -- I didn't do anything to make it so,

14  God forbid, that happens to her or somebody else's daughter or

15  sister or mother or wife, that they'll go through exactly what

16  I did, because I can't tell you the number of times I didn't

17  want to get out of bed and do it again.

18          JUSTICE HANTZ MARCONI:  Thank you.

19          MS. STOWERS:  Thank you.

20          JUSTICE HANTZ MARCONI:  Thank you for sharing.  And

21  should anything else come to mind, feel free to submit written

22  comments in addition.  Thank you.

23          MS. STOWERS:  Thank you.

24          JUSTICE HANTZ MARCONI:  Gary Apfel.

25          MR. APFEL:  Good afternoon, Your Honor.  And good



54

1    afternoon, everyone else on the committee.  Thank you for

2    allowing me and other members of the public to address you

3    this afternoon.

4              I currently practice law in Lebanon, New Hampshire.

5    I began my legal career in 1988 as a law clerk for a federal

6    magistrate judge in the District of Connecticut.  For 14 years

7    after that, I worked as a public defender, about 10 years of

8    trial work and 4 years of appellate work.  And since 2003,

9    I've been in private practice, where my work consists of

10   representing criminal defendants, representing victims of

11   crime, representing individuals in domestic violence petitions

12   and stalking petitions.  I also have somewhat more limited

13   experience but experience in abuse and neglect cases and some

14   divorce work.

15             My point of telling you that is that yesterday's

16   victims are oftentimes today's defendants.  And today's

17   defendants are oftentimes tomorrow's victims.  And I -- I

18   think Attorney Hornick, who has served as a public defender

19   and as a county attorney, knows exactly what I'm talking

20   about.  And if there are other members of the commission who

21   may or may not be here today but who have done the sort of

22   work that we do, we know that that happens.

23             And my point of telling you that is that there are

24   instances -- and I think you've heard about some of them

25   today -- where there are some people who do really bad things,

1    and there are some people who have had really bad things done

2    to them.  And I've represented people in both those

3    categories.  But by and large, most of the people that we're

4    dealing with from day to day are people who have complex

5    situations.  They do good things and bad things, and they're

6    struggling as people, as many of us do, just to be alive and

7    be a person.

8              And when we run the risk of stereotyping them, in

9    one way or another, as being all good or all bad, bad things

10   happen.  So I come to you here this afternoon.  My primary

11   thing for you -- there is another issue I'd also like to

12   address, but it's the importance for even-handed justice.

13             I need not remind you that this is a Judicial Branch

14   task force.  It's not an attorney general or Executive Branch

15   task force, and it's not in a Legislative Branch task force.

16   It's imperative that Judicial Branch remain fair and even-

17   handed.  And I know, Justice Hantz Marconi, that you have set

18   that tone as the theme of what should happen.

19             Policy making, as well as individual cases, need to

20   be fair and even-handed.  And there must be an appearance as

21   well as actual administration of justice that is fair and

22   even-handed.  The consequences of failing to do so are

23   enormous.  They concern Constitutional denial of due process

24   if we're not fair and even-handed.  There's a concern about

25   dissatisfaction of individual litigants, which I think that

56

1   you've certainly heard something about this afternoon.  And
2   more importantly, or perhaps most importantly, we run the risk
3   of distrust of the public at large.

4           The stakes for plaintiffs can be quite significant.
5   They are people who need, oftentimes, physical separation from
6   potentially dangerous partner.  And there's the issue of
7   psychological security.  The stakes for defendants are also
8   really high, and they include the right to parent one's
9   children, the right to live in one's home, to maintain stable
10  housing, the right to maintain one's employment and earn an
11  income, and the right to associate with others within the
12  community of whom both plaintiffs and defendants in these
13  cases are members, relatives and friends.

14          I also need not tell you that the impacts are
15  immediate when one ends up in court involved in a domestic
16  violence petition or stalking petition, because issues are --
17  are often decided on an ex parte basis, initially, and the
18  orders are immediate.  So I say again that any recommendations
19  from this task force must also be even-handed, and they must
20  comply with an even-handed and fair treatment standard.

21          I am concerned several proposals from the task force
22  members to date fail to meet this standard.  It is not okay,
23  as Judge Yazinski suggested, that judges should be able to
24  guide plaintiffs via questioning to develop facts sufficient
25  to have a sufficient temporary or final order.



1           I'm not aware of any judge who aids defendants in

2    developing exculpatory evidence, either by questioning

3    defendants or by cross-examining plaintiffs in court.  And

4    I -- I would support what has been suggested by some task

5    force members.  It has been suggested here as well, which is

6    also practiced, by the way, in the State of Vermont, because I

7    live in a border community, that the (audio interference) has

8    developed check-off-the-box forms, which are supported by

9    additional narrative evidence.  And that's a really good idea.

10          And what that does is -- I mean, I also should tell

11   you I practice in front of Judge Yazinski on a regular basis.

12   He's one of the best judges in the Circuit Court bench, and he

13   wants to do the right thing.  I'm sorry I'm not here to engage

14   in discussion with him about it personally this afternoon.  So

15   like, I think, all of you, he's trying to make sure the right

16   thing is done and make sure the people who are in need of

17   services aren't deprived them.

18          But I would challenge him, and I would challenge

19   Judge Carbon, if you were handling one of these cases, and/or

20   anyone else to walk down the streets of -- of -- of Claremont

21   or Plymouth and say to someone, listen, I want to know if you

22   were a litigant -- litigant in a case, and someone on the

23   other side, I helped that person prepare the complaint against

24   you on a ex parte basis and asked them questions about that,

25   and then I'm going to decide your case; is that okay by you?

58

1  And there's no member of the public would say that's all
2  right, not one.

3         It is not okay, as it was suggested by Attorney
4  Krueger, to hide from defendants domestic violence petitions
5  that have been denied because they weren't adequate, or at
6  least that's how I understood what she was saying when she
7  spoke at the January 11th meeting.  Maybe I misunderstand
8  that, and if so, I apologize.  But we can't have documents
9  hide -- hidden from one side so only the other side is aware.
10 It's not a fair and just way to run a system, and it creates a
11 perception that what we're doing is -- is not even-handed.

12        It's not okay for the Judicial Branch to facilitate
13 access to counsel for plaintiffs without also doing the same
14 thing for defendants, as is, I understand, the task force
15 proposal.

16        I've been a member of the Bar Association (audio
17 interference) Services Committee -- well, it's changed names
18 now, and -- and function has been reduced, but since 1990.
19 And we struggled for years with the -- with the issues about
20 providing adequate legal services for the vast number of
21 people who can't afford lawyers.  It's a huge issue.  It's one
22 we struggle with all the time, and it's one that we're
23 constantly having conversations about how (audio interference)
24 lawyers to help; how do we simplify forms; how do we make the
25 system more friendly, what's inherently unfriendly for pro se

1  litigants.

2          And we're not prepared as a society, and certainly,
3  the State of New Hampshire and our legislature is not prepared
4  to say that we're going to have a legal aid system that
5  provides whatever legal services for whatever sorts of civil
6  cases when people can't afford them.  Perhaps we should, and I
7  think there are pros and cons for that.  But that's certainly
8  not going to come out of this task force or this next
9  legislative session because it requires an entirely different
10 way about thinking about how we, as a society, operate.

11         And short of that, if we're talking about developing
12 a system -- and it -- trust me that not only judges but those
13 of us who represent individuals, whether they are victims or
14 whether they are defendants, when there's not a lawyer on the
15 other side, it makes the work for all of us much harder.  And
16 oftentimes, it does make the results less fair.

17         I also see a lot of cases where due to the goodness
18 of -- of many lawyers who are willing to offer voluntary
19 services to alleged victims of domestic violence, that they
20 appear without charge.  The Bar Association has a program for
21 that, and the DOVE program.  We have no program like that for
22 defendants.  And if they're not charged criminally -- and
23 that's a separate forum, separate cases, and not something
24 that's immediately in front of the task force right now --
25 they oftentimes end up in court unrepresented.

60

1           And they're oftentimes subjected, if they don't want
2    to lose their children, if they want to have a place to live,
3    that they need to testify.  And there's been discussion in
4    task force about defense lawyers asking questions of -- of
5    plaintiffs without representation.  It works the other way
6    around as well.

7           And again, the point I stress to you, that as a
8    Judicial Branch task force, it's important for you to seek
9    systems and resolutions and make recommendations to court and
10   whatever recommendations made to the legislature that help all
11   of these people in need.

12          Alan Cronheim talked to you, earlier on today, about
13   how, oftentimes, parties, in fact, reach negotiated
14   resolutions in these cases, sometimes with findings of
15   domestic violence, sometimes with continuations of temporary
16   orders.

17          What I also want to tell you, as someone who's
18   working in the trenches, is that there are absolutely cases
19   where people will never have contact with each other again and
20   should not.  And I think you heard testimony about that just
21   before I spoke -- I got up to speak this afternoon.  And there
22   are some other mechanisms that, also, we have for dealing with
23   that, not only equity petitions in the Superior Court, but
24   if -- in a situation I just heard, it's not clear to me why
25   someone didn't advise that poor person why she shouldn't have

1 sought a termination of parental rights for the other
2 individual.

3          But most of the cases -- and I think it's what we
4 need to be concerned with, about the ones we're dealing with
5 from day to day -- are people who are going to -- whether they
6 like it or not, are going to continue to have a relationship
7 with each other for a really long time to come.

8          And a lot of times, a six-month or a year cooling-
9 off period does that for them.  And they have some mechanisms
10 through the family court that allows things to work, people to
11 counsel, people to communicate with each other on a limited
12 basis.  And I find, representing both sides, that more often
13 than not, they want to do something about that because their
14 children are demanding it and because they feel that their
15 children need that.  It also depends, of course, how old the
16 children are.

17          But if we treat everything as it's all good or all
18 bad, and we don't have mechanisms to deal with it in a even-
19 handed way, we don't serve those people who need our help as
20 the professionals, whether we're lawyers, we're judges, we're
21 victims, we -- advocates, we're psychologists, whatever we're
22 doing.  We're letting those people down.  And the bigger issue
23 that we need to look at is how do we provide other services so
24 it's not either just -- it's abuse, no contact, or it's not
25 abuse, and go about your way.

1          And we are letting people down in that way as well.

2     I know that Dr. Hampton has talked about some of the -- the

3     scientific studies dealing with some issues, but with respect

4     to domestic violence, I would submit to you there's a lot of

5     other work going on as well, including about issues about how

6     to ultimately make families stronger.

7          The third issue I'd like to address is that of --

8     composes with respect to the expanded definition of abuse.

9     The current definition effectively requires two things.

10    First, there must be an enumerated criminal act.  And by the

11    way, I think the suggestion about saying which criminal act or

12    acts that are alleged is actually a really good idea on a

13    check-off-the-box form.  It makes it clear for everyone about

14    what's going on.

15         Second element required by RSA 173-B is that there

16    be a credible, present threat of danger.  There have been

17    various proposals to eliminate one or both of these criteria,

18    and they are problematic, both conceptually and as a practical

19    matter, for judges and for litigants.

20         For example, I know there has been discussion from

21    the task force with respect to the issue of financial abuse.

22    And I say to you, how do we define that?  When is it okay for

23    one partner to decline to spend money that she or he earned on

24    something that the other party wants?  How about a family

25    member or one's sibling or one's child or, in a domestic

63

1   violence statute, we also allow petitions for roommates.  Are

2   we going to talk about financial abuse in that context, and

3   what does that mean?

4          Question arises, is there any right to set limits in

5   a financial relationship between individuals, and when does it

6   cross over the line?  If so, how will a statute give adequate

7   notice to individuals what is and isn't permitted?  And are

8   courts prepared to take evidence regarding what, in that

9   context, might be years of purely economic data, when that

10  oftentimes, in divorce cases, which, increasingly, I try to

11  avoid taking as part of my practice, are multi-day proceedings

12  that often require resolving of these types of issues?

13         I submit to you that we now have a clear statute.

14  And I'm not denying that one can use one's economic situation

15  as a power mechanism against another person in ways that are

16  inappropriate.  What I am saying to you is -- is that that is

17  a very difficult thing to define in a way that we can have a

18  workable court system.

19         The issue is even more so with respect to emotional

20  abuse.  How do we define that?  Is being mean to someone

21  adequate grounds to lose one's home and one's kids?  And how

22  mean can you be without being too mean?  That's a -- that's,

23  again, a very, very difficult thing to -- to try and figure

24  out.

25         And to the extent that you're going to be making



64

1  recommendations to the legislature about potential

2  modifications in our statute, I urge you to think about where

3  that's going to lead us.  It's just going to make -- and these

4  cases are oftentimes, especially if there are not lawyers

5  involved, cases that are decided in half an hour.  And that's

6  with testimony from both sides, because that's all AOC will

7  say is allotted for these cases by weighted caseloads.  And

8  that -- and -- and getting into those sorts of things in these

9  contexts, it's very difficult.

10          The ultimate test, I submit to you, with respect to

11  domestic violence and stalking statutes, is that they should

12  be remedial in nature.  And I apologize for (audio

13  interference) off from another jurisdiction, not specific

14  cases, but there's a lot of Vermont law on that.  I just

15  happen to know that because I often practice there.  I'm not

16  sure how much we discuss that in our New Hampshire case law,

17  and I did not research that issue before coming in front of

18  you this afternoon.  But I am fairly certain that's the notion

19  (audio interference) statute as well, or statutes, I should

20  say, which is to prevent harm from happening.

21          And it's one of the reasons why we have relaxed the

22  rules of evidence.  It's one of the reasons we have relaxed

23  the burdens of proof and that we've made other accommodations.

24  What that means is the statutes are meant to prevent a

25  credible danger of real and immediate, imminent harm.  When

1      that is not of concern, there are other adequate forums

2      available when there is no imminent danger.

3              There are divorce lawyers.  And I think Judge

4      Yazinski talked about that.  There are parenting plans.  For

5      household members, there are also civil suits, including

6      intentional infliction of emotional distress.  And we've

7      talked some also, again, this afternoon about termination of

8      parental rights.

9              So I -- I would sum up by saying that I urge you, as

10     I think it's your goal to do, to -- to think about coming up

11     with mechanisms that improves the system, that improves it for

12     all the litigants that are involved.  And certainly, both of

13     us who -- and I think Mr. Cronheim said this.  There are few

14     of us who are in private practice who aren't representing

15     people on both sides, because we're running business, and we

16     take money where it comes from.

17             So we're -- we're aware that these sorts of things

18     are going on, and it's important to us because we know that

19     one day it's one side, and one day it's the other.  And as I

20     indicated, you know, people who, as children, are emotionally

21     abused or physically abused or sexually abused, they often end

22     up in trouble as defendants in the system.  And it's

23     oftentimes -- I mean, it really is true.  I represent both,

24     first once as a victim, then as a defendant, and then a victim

25     again.

66

1          And I urge you to think of these as all people who

2    need help and support, even though that sometimes means, you

3    know, providing restrictions, separating people, and other

4    sorts of things like that.  And thank you for letting me

5    address you this afternoon.

6          JUSTICE HANTZ MARCONI:  Thank you.

7          Good?

8          Christine Monigle.  Did I get that right?

9          MS. MONIGLE:  Yes.  All members of the New Hampshire

10   DV Task Force, Counselor, Chief, Doctors, and ladies and

11   gentlemen, thank you for the opportunity to speak with you

12   today.

13          I have two boys.  I've been separated and then

14   divorced from their father since they were one and a half and

15   two and a half years old.  We had lived with their father in a

16   foreign country until the time of our separation, when I moved

17   back to my home in Boston.

18          We separated soon after our older son had been

19   hospitalized for a week during his second birthday, due to

20   trauma and anxiety.  Boston Children's Hospital, where we were

21   sent from our country of residence, recommended that Child

22   Protective Services be activated back in the country we lived

23   in.  Soon after, I filed for divorce in Massachusetts for

24   cruelty and abuse and was awarded sole legal and physical

25   custody of both boys by Suffolk County Family Court in Boston,

1    Massachusetts.

2           In 2016, I moved to the State of New Hampshire with

3    my two sons, who were five and six years old at the time.  A

4    year later, I filed my Massachusetts order in New Hampshire

5    Family Court and had their father served in his country, as

6    he's not an American citizen or a resident.

7           Both biolog -- both boys -- I'm sorry.  Boys'

8    biological father can travel to the United States on a B-1/B-2

9    visa by U.S. Immigration.  The January -- in January 2018,

10   when my request to move the Massachusetts court order to New

11   Hampshire was being heard, unbeknownst to me, upon arrival to

12   the New Hampshire court, their father also appeared for the

13   first time in a U.S. court.

14          Over the past six years, he had not only not been in

15   contact with the boys but only saw them six times,

16   disappearing for months and even years at a time.  My cell

17   phone, email, and counsel were the same as they had always

18   been since the time of our separation.  Nonetheless, I agreed

19   to mediate and would agree for him to see the children if he

20   agreed to work with their -- their therapist and the IEP team

21   at school to reunify with them.

22          After his first meeting with the children's local

23   therapist, he -- she called DCYF and the children's school.  I

24   filed an emergency ex parte, requesting the order to stop

25   contact immediately.  A guardian ad litem was then ordered by

68

1    the New Hampshire court.  This guardian ad litem provided

2    hospital reports from Boston Children's Hospital, their

3    school, and IEP records from a number 1 school district in New

4    Hampshire, psychiatric notes from the largest and most

5    respected hospital in New Hampshire, and phone contact with

6    the children's local therapist.

7          She also initiated a supervised visit with herself

8    and the children's father.  She pushed through with the visit,

9    despite the fact that the school had emailed and called her to

10   report that the older child, the same child that had been

11   hospitalized, had run away from school and couldn't be found

12   for over an hour.

13         Nonetheless, the GAL reported that the visit went

14   fine, such that the court then ordered the parents attend

15   coparenting therapy, that Father spend two three-day weekends

16   with the children, once in February and again in April of

17   2019.

18         At the February visit, I had to force my children to

19   see their father to comply with the court order.  But they

20   refused to stay overnight with him.  I brought them back and

21   forth to his hotel for three days, staying with them, at his

22   request, to make it easier for them.

23         Between February and April, we had Zoom coparenting

24   therapy, up until the boys' father receive -- refused to

25   participate.  The therapist wrote a letter to our counselor



69

1    and counselors and the GAL that I had attended every meeting

2    but that the father was passive-aggressive, uncooperative, and

3    not showing up to the scheduled meetings, and therefore, was

4    discontinuing coparenting therapy.

5           When their father returned in April, I again

6    delivered my children to his hotel, where he berated me in

7    front of the children regarding the coparenting therapy

8    later -- letter.  Then he forced the children to stay with him

9    overnight, did not allow them to call me, did not provide the

10   older children his medicate -- the older child his medication

11   or CPAP machine, as prescribed by the children's doctor, all

12   in contempt of the order.

13          I reported this to the GAL, counselors, and

14   children's therapist.  But again, the GAL stated to the court

15   that reunification was complete and recommended to the court

16   that the children be allowed to leave the United States with

17   their father for a one-week visit to his home and visit his

18   family, despite the fact that the children had never been away

19   from their mother that long.

20          In August of 2019, at Boston Logan Airport, I handed

21   my children's passports over to my abuser and watched my

22   children walk away, not knowing if I would ever see them

23   again.  But I was told if I did not do so, I could risk being

24   incarcerated.

25          They did return, and my older son was traumatized.



1    I took videos, showing the GAL and the court regression,

2    dissociation, meltdowns, and full shutdowns.  Despite

3    discussions with local therapists, hospital psychiatric notes,

4    DCYF reports, IEP school reports and behavioral charts, and

5    coparenting therapist letters, the final report that the GAL

6    presented to the New Hampshire court stated the only credible

7    source the GAL had spoken to about me and the children was a

8    woman that we had not seen in seven years and lived in the

9    father's country.

10         This was the only credible source the GAL claimed,

11   which she had no professional license, no certifications, and

12   no experience with child trauma.  The woman was, in fact, a

13   friend from church.

14         The report went on to say that credible source did

15   admit that there was yelling, hitting in our home.

16   Nonetheless, the GAL wrote that I, the mother, was well

17   educated; I had access to money and travel.  Therefore, she

18   did not believe that I or the children had been abused while

19   living with the father in a foreign country.

20         In 2019, I was kept on the stand for one and a half

21   days by opposing counsel, going page by page through my older

22   son's hospital reports.  I was berated and accused of

23   Munchausen by proxy and parent alienation -- alienation.  Yet

24   I stayed calm, while every part of me was screaming in pain.

25         The boys' father was on the stand for about 30



1    minutes, maybe.  And at that time, he finally admitted

2    emailing me a sorry for my behavior and the way I treated you

3    email.  His mask then fell off, and he blew up on the stand,

4    to the point where his lawyer had to advise him to stop

5    talking.

6              After hearing all of this, you would think that I

7    would have maintained the Suffolk County's order for me to

8    have sole legal and physical custody.  I did not.  The order

9    is joint decision-making, and I have the veto vote or final

10   decision-making, after I have proven that I have a discussion

11   with the boys' father.

12             To this day, he continues to block my ability to get

13   the children back into therapy, as court-ordered, outside of

14   school.  And within months after the final trial, the father's

15   counsel filed five additional contempts against me when I

16   tried to get them back into therapy.

17             It's been nearly three years since that order.

18   Their father never followed the Massachusetts order.  He has

19   never followed the New Hampshire order.  And he's still out --

20   in and out of the boys' lives for weeks to months on end.

21             At one time, he came to see them in the last two

22   years for a four-day visit.  I overlooked the court-ordered

23   documentation he was supposed to provide me and even received

24   an email from the -- their father's counselor, thanking me for

25   not weaponizing the pandemic.  Yet again, the boys didn't want

1    to spend time with their father.  They came home furious and
2    hurt due to his behavior.

3            The boys are now 10 and 11 years old.  They have
4    their own phone now and refuse to speak to him.  They send him
5    text messages telling him to leave them alone.  So I again got
6    involved and called him on the speakerphone to help them work
7    it out between the boys.  He proceeded to rant and rave,
8    berate me, gaslight the children, make it all our fault.  He
9    did not send birthday gifts, Christmas presents, and has not
10   called since.

11           If he's true to form, he will file against me in
12   court again in a few months or a -- a few years for another
13   round, and I will go bankrupt again trying to protect my
14   children.  I have been told by counsel that my children won't
15   be heard by the court until they're 13 or 14 years old, nor
16   will the court care about my one bad visit during the
17   pandemic.

18           After the last visit and a 20-year career in
19   academic research support, I have changed my profession.  I am
20   now a certified -- I am now certified in all 50 states as a
21   high-conflict divorce coach.  I am also a trained survivor
22   supporter on a 24-hour crisis line.  I spend most of my
23   nights, sometimes all night, in emergency rooms, police
24   stations, and on the phone, helping survivors.

25           I help them and work with their lawyers to prepare



1   highly triggering documentation so that it clearly shows

2   unhealthy parenting, co -- counter-parenting, child

3   manipulation, abuse, threatening communication.  And I help

4   survivors coparent with -- coparent and communicate with their

5   abuser when they are ordered to do so by the courts, under a

6   microscope, so that they don't lose access to their children

7   to their abuser.

8           Please help me help them.  Please train counselors

9   and guardian ad litems and judges to acknowledge what is right

10  in front of them.  Please listen to the children and be

11  accountable for holding abusers accountable for what they do

12  to their spouses and their children.

13          Thank you so much for your time and your attention.

14          JUSTICE HANTZ MARCONI:  Thank you.

15          And Betty Gay.

16          MS. GAY:  Thank you very much.  I'm not a great

17  speaker.  I'm one of those politicians who's against the rules

18  because I'm not a good speaker and I can't remember people's

19  names.  But I appreciate all very much that y'all care deeply

20  about this problem.

21          As a -- an abused mom many years ago, I was lucky

22  and didn't have to go through family court.  My ex didn't want

23  me to mention that he had a 20,000 dollar gun collection, so

24  we split everything else down the middle.  I got the kids, and

25  he broke their hearts because he didn't want to see them very

1   much.  So you know, two years apart, he'd see my son two

2   weekends for about two hours.  And they'd sit there and wait

3   for him.

4           So my experience is very different.  You know,

5   actually, it turned out to be a blessing that he wasn't

6   involved.  And now he's very hurt that his kids don't want to

7   see him.  So that's the reward you get, you know, when you

8   don't want to be a parent.

9           I just had to send my glasses off to get them a new

10  lens, so we're going back to my adjusted vision.  I have lots

11  of bullet points, so I'll try to stop talking in sentences and

12  just give you a whole lot of subjects that I've become aware

13  of from people who called me once I became a rep.  And I could

14  read messages that they would send everybody.

15          I answered one because when Kathy (phonetic) --

16  Kathy was quoted in the article, so I gave great credence

17  because I've known Kathy for about 22 years.  So I -- I

18  know -- I know this person now, and that was my baptism into

19  how many awful things can happen to you in family court.

20          I don't want to paint all judges and all court

21  officials with the same brush.  However, there are so many bad

22  apples, they need to be rooted out.  And when I found that a

23  trusted friend, who you would know if I said her name, so I'm

24  not going to say it -- she'd kill me.  When she found out

25  about things like reunification therapy, she had never heard

1    of it.  Everybody loved the judge that she had ever met, loved
2    the judge who was ordering it.

3         And it wasn't -- so I said, can I send you
4    testimony, written testimony, by people who had endured it?
5    She's a really good reader, so she said, yes.  And after she
6    read the 10 pages, she sends me a text:  this is really
7    disturbing.  So she has started asking judges about this
8    particular judge.

9         And one of them said to her -- and of course, she's
10   not going to tell me who he was, either.  Anyway, he said, oh,
11   that judge?  If he has a choice to give custody to a mother
12   who is a protective mother, who has always taken care of the
13   children, and a guy who's just got out of prison after 10
14   years, he's going to give the kids to the guy.

15        Okay.  That breaks my heart that people know bad
16   things are happening, but they're not willing or there is no
17   system for them to speak out and to hold people accountable
18   and get them off the bench.  They -- they probably are good at
19   some other form of law, but not children and children going
20   through ACEs.

21        If we don't reform family courts so that children DV
22   victims get the best treatment, the children grow up with many
23   ACEs, and we know, tragically, most of them have their lives
24   really screwed up.  The need for training, updated training in
25   domestic abuse, is critical for court personnel, not just

1    judges; GALs, everybody who has a decision-making part.

2         I'm trying to quote -- I'll just have to use my own

3    words.  You're probably familiar with the attorney Barry

4    Goldstein.  He's written multiple books about domestic abuse

5    and court.  And he's pointing out, which was reinforced by the

6    Jenesse Center in California that had a -- a seminar with

7    mothers from all across the country, talking about losing

8    their children to abusers.  One of -- one of -- I'm losing my

9    thought because I'm thinking of three things at once.

10        One of the ways to reduce domestic abuse is to make

11   judges not make decisions and expect the police to follow

12   them.  If somebody breaks a restraining order, they're

13   supposed to be arrested.  The -- his last book was about

14   success at greatly reducing domestic abuse, simply by

15   enforcing the law.  And the city in Massachusetts where the

16   Adams were from, which -- Quincy.  It's in the title of the

17   book.  But something as simple as just follow the law and

18   don't slap wrists; really make it hurt when you break the law.

19        But we really, really need to train court personnel

20   and judges how to recognize domestic abuse.  It's not bruises

21   anymore.  The threat of bruises is what keeps most families in

22   line.  But you don't have to define exactly what financial

23   coercion is.  When you get to court, you can discuss it.

24   People can figure out what coercion is.

25        If you have a whole lot of money but -- well, when



1   you see -- when you go through a -- a divorce, you can see

2   coercion.  The abuser has a really good attorney, and the

3   abused doesn't because -- usually, it's a she, 90 -- what, 97

4   percent.  She doesn't have access to the money.  So that's

5   just one example.

6        Stop reunification therapy.  It is a favorite

7   created by Richard Gardner.  He was also known for advocating

8   for sex with children, that it didn't hurt them; reporting it

9   was more damaging to them than the abuse itself.  That's in

10  writing.  You do have to look for it because the people who

11  favor reunification therapy sure don't want us to see that.

12       Reunification therapy is not family therapy.  I am a

13  strong supporter of family therapy that's done by a person who

14  has training, and they get certified after they've been

15  observed.  They don't just, you know, order a (indiscernible).

16  But you -- if you're any kind of therapist or a therapist at

17  all, you can hang out a shingle that says you're a

18  reunification therapist, and you can be ordered.

19       Currently, despite what a judge said in my hearings

20  the other day, I have 16 bills in front of the House right

21  now, each one a separate issue to try to adjust unfair

22  practices in family court.  I'm sorry.  I go off, but just so

23  many things.

24       I had a judge come to speak against my bill on

25  reunification therapy because she likes to order it.  I'll --

1    if you are interested, I can send you the testimony from five

2    people what it was like to go through.  It looks like North

3    Korean interrogation.  It was, oh, you don't want to see your

4    abusive parent?  Well, you need to make a relationship.  It

5    doesn't matter if you were abused.  You need -- it's more

6    important to have relationship with them, so you will come to

7    counseling, and you will speak -- sit in front of your abuser

8    for one to two hours, maybe even up to four hours a week for

9    months.

10          Often, it's the abused parent who gets to pay for

11   this.  It's, like, 150 to 300 dollars an hour.  And others

12   have said, I don't make that much money in a week.  And this

13   particular woman, who I can quote, they said to her, your

14   parents can pay for it.  That's got to be illegal.  But who

15   are you going to talk to?  Who are you going to appeal to when

16   you are told in no uncertain terms that if you don't do what

17   you're told to do, you are going to lose your kids; their --

18   their custody is going to be given to the abuser?

19          Part of my bills are to give more alternatives.

20   It's -- it's in these cases -- I don't mean that this happens

21   all over the state.  But it is happening.  It's continuing to

22   happen, and we've got to stop it.  And it's -- it's a money-

23   making -- money-making scheme.  Reunification therapy, because

24   it has no training and no certification, it has no medical

25   code.  Therefore, you can't get any insurance coverage.  So

1    you pay out of your pocket this huge amount of money.

2              That's not the only kind of counseling that can be

3    ordered.  I mean, they can order, and they do -- judges do

4    order regular kind of personal therapy from certified people.

5    But it can be excessive.  It can be going for a year and

6    out -- or two, and outstrip what your insurance covers.

7              So not only are you going through the heartache of

8    dealing with somebody who's abused you, you also are being

9    impoverished.  Most people going through divorce -- you know,

10   some people are rich.  But most people are pro se because they

11   don't have the money.

12             Justice needs to be timely.  Telling someone, well,

13   we're going to schedule a hearing, and then you don't hear

14   from them, and finally, it gets scheduled 10 months away,

15   that's an eternity in the -- in a life of a child, and it's

16   also an eternity if you're not getting child support.

17             One of the favorite things to do to the abusers --

18   abusers do because they're mad they got left, so they're going

19   to do whatever they can do to get even, is don't pay child

20   support until you get the summons that we're going to go to

21   court to make you pay.  So then the week before, you send the

22   checks.

23             However, right now, nobody assesses them a penalty

24   for doing this.  So meanwhile, the person who's supposed to

25   get the child support has had to do without, go without paying

1    bills, hiring an attorney.  It's just not fair.  See, I should

2    have put a 17th bill in that says you get penalty if you do

3    this.

4              JUSTICE HANTZ MARCONI:  Well, that's it.  And there

5    isn't.  There's your legislative efforts, and then there's

6    what we're doing here, which is working within the system

7    we've got and making recommendations for improvements.  So

8    you're right.  There are two different efforts here.

9              MS. GAY:  Super.  And hopefully, we're reinforcing

10   each other.  I will try now to stop speaking sentences and

11   just give you the bullets because they're so many more.  Let's

12   see.  I said justice needs to be timely.  I'll just throw out

13   some little facts here.

14             16 times as many abusers lie as victims.  When I

15   presented last year, one woman on the children and family law

16   actually said -- when I'm talking about abuse and testimony,

17   she says, women lie.  Oh, cool.  All women lie, and men don't.

18   Okay.  There's -- there's the statistics.  16 times they -- as

19   many abusers lie.

20             I do -- I will agree about creating some forms.  And

21   we have so many pro se people, and it's really hard on court

22   people to deal -- court staff to deal with people who don't

23   know proper procedures.  It would be great to have, you know,

24   a court procedures for dummies kind of book.  So you have

25   these options, and you know if you don't do this, you only

1 | have 10 days to do this.

2 |         I have a bill that says you have a right to submit

3 | evidence in a hearing or testimony.  Right now, in -- in the

4 | family law family rules, the only way you get to submit

5 | evidence is if the judge lets you.  That's not a right.

6 |         Have the right to approve or choose a court-ordered

7 | counselor.  These are your kids being sent to somebody that

8 | turns out, in some cases, these are friends, friends of the --

9 | friends of the court, friends of the judge, friends of the

10 | GAL.

11 |         JUSTICE HANTZ MARCONI:  Well, and then our focus

12 | here is a little narrower than everything that goes on at

13 | family court, because I'm just kind of --

14 |         MS. GAY:  Well, my concern, of course --

15 |         JUSTICE HANTZ MARCONI:  Right.

16 |         MS. GAY:  -- is DV.  And what I was shocked to find

17 | out is if you -- if you allege that a domestic abuse is why

18 | you want a divorce, at least in my county, you automatically

19 | get sent to high-conflict court, which implies that you're

20 | fighting -- you know, two people are fighting each other.  If

21 | you're a victim of domestic abuse, that is not an equal fight.

22 | You wouldn't be abused if you were equal.

23 |         One of my bills says, you have the right to -- a DV

24 | survivor has a right to have support person present with them

25 | when they're testifying or being deposed.  That's because that

1  became aware of how -- how important that was when a person

2  who already testified, who's the counselor, Dr. Rhonda Hodge,

3  had a victim of DV who was so traumatized -- her PTSD was so

4  strong that she could not go up by herself and depose with her

5  abuser and his attorney present.  She didn't have an attorney.

6  And she was, emotionally, real close, even if she'd had an

7  attorney.

8          The NHCADSV had provided a support person.  And I

9  know they can be wonderful.  I have a dear friend who has

10  been.  But this person knew her counselor, and that was the

11  only person she felt secure.  The judge would not let her do

12  that.

13          She said, I offered everything I could.  I

14  thought -- I said, okay, if I'm not looking at her, if I just

15  go up with her, I hold her hand, I look away, would that be

16  okay?  Nope, he wouldn't do it.  They had a ton of evidence of

17  the domestic abuse.  They wouldn't accept it unless she

18  testified, so the guy walked, scot-free.  And believe it or

19  not, the NHCADSV sent somebody to testify against my bill.

20  They did not want a person to have their friend, somebody

21  close to them who reassured them.  They did not want that.

22  They only wanted one of their people.

23          A couple of the women who are on the committee -- I

24  stayed afterward because it was lunchtime -- they could not

25  believe that the NHCADSV was sending somebody that immune to



83

1  feelings.

2          JUSTICE HANTZ MARCONI:  Can we hear the rest of your

3  recommendations?

4          MS. GAY:  Limiting harassing or intimi --

5  intimidating repeated court filings.  You've heard -- you've

6  heard some testimony now about being dragged into court again

7  and again and again.  We have -- we have RSAs.  I thought it

8  was RSA.  Maybe it's a court rule.  But you can't go asking

9  for changes in child support, I thought, but every three

10 years.  Does the -- some judges are allowing people to do this

11 every two months.  Why?

12         JUSTICE HANTZ MARCONI:  And again, I'm just going to

13 move things toward domestic violence, not --

14         MS. GAY:  Okay.

15         JUSTICE HANTZ MARCONI:  -- every other

16 (indiscernible).

17         MS. GAY:  Well, the trouble is, you know, you think

18 if you get divorced that the DV stops.  Sadly -- sadly, it

19 goes, usually, until the youngest child -- for an abuser.  I

20 don't mean all people who this -- but in the case of domestic

21 abuse, the abuse continues until the youngest child is 18 and

22 child support stops.

23         And so this continued harassment is part of the DV.

24 You can keep people impoverished, and going to court

25 repeatedly is impoverishing.  It interrupts with your work.

84

1    You can get fired for doing it.  It interrupts with your

2    personal business if you're running one.  So it's -- it is DV.

3    It's just continued.

4            Let's see.  Relative to -- I've -- I've some really

5    juicy bills.  Relative to the procedures for guardian ad

6    litem, okay, guardians ad litem are supposed to be the

7    spokespeople --

8            JUSTICE HANTZ MARCONI:  Right.

9            MS. GAY:   -- of my understanding.

10           JUSTICE HANTZ MARCONI:  And just because, again,

11   your bills will have a legislative forum, we're focused on

12   strictly domestic violence things today.  So guardian ad

13   litems are a little beyond our scope.

14           MS. GAY:  Well, the tragedy is that sometimes

15   they're abusers --

16           JUSTICE HANTZ MARCONI:  Right.

17           MS. GAY:   -- and you can't get rid of them.  So I

18   have a bill that says you could appeal because we know there

19   is a guardian ad litem licensing board that you can appeal to.

20   So far, we haven't heard of them doing anything when a

21   guardian ad litem acts like they're supporting the parent

22   paying them.

23           One woman told me, that -- that guardian ad litem

24   saw my children for 20 minutes and then said they needed

25   reunification therapy.  She didn't even know them in 20



1  minutes.  And it was then -- then the RT was very abusive.

2  Yeah, I just said that.  The GALs, the -- the bad ones are

3  representing the parent paying them.

4          I think -- I think I've given you, you know, 90

5  percent of what I've learned that needs to be addressed.  So

6  thank you very much for being patient and caring.

7          And, oh, I -- I'll make another promise.  As a

8  legislator, I will support increasing the budget.  I have now

9  recently learned that the budget for the courts got cut

10 severely in 2010.  And just like DCYF or DHHS, their budget

11 got cut severely.  And now that we have a child who was -- who

12 is missing, and we have very little hope of finding her, maybe

13 now we can get the attention of the people who will vote to

14 increase the budget so we can hire adequate personnel.  So

15 thank you.

16         JUSTICE HANTZ MARCONI:  Thank you.

17         Anyone in the audience who wants to speak but may

18 not have signed up on a form?  Any more forms?  All right.

19 We're going to suspend --

20         MS. HORNICK:  Justice, excuse me.

21         JUSTICE HANTZ MARCONI:  Yes.

22         MS. HORNICK:  I believe one of the speakers said

23 that there's someone else that you're aware of.

24         MS. HEIDEBRECHT:  Yes.  I didn't sign up.

25         JUSTICE HANTZ MARCONI:  That's okay.  Do we have

1    another speaker?

2              MS. HEIDEBRECHT:  Sure.

3              JUSTICE HANTZ MARCONI:  Okay.

4              MS. HEIDEBRECHT:  Thank you for forming this task

5    force.  My name is Sarah Heidebrecht.  I am a mother of a six-

6    year-old.  And we live in Hanover, New Hampshire.

7              People often congratulate DV survivors for leaving.

8    If you're a parent, as I know you've already heard, you never

9    leave that situation entirely.  I respectfully recommend that

10   you consider some of the following points as you're working

11   through your items.

12             One, that you would update the definition of abuse

13   to include emotional abuse, course of control, and post-

14   separation abuse.  There is a post-separation abuse DV wheel.

15   It somewhat mimics the really normal DV wheel that many of you

16   have seen.  But it's more specific to what happens after you

17   have left your abuser.  And I think it's really important that

18   the judiciary is aware of what some of those behaviors are and

19   what they might look like after you've left some of that

20   initial relationship.

21             I ask that you create new legislature and laws that

22   protect against child safety, emotional abuse, coercive

23   control, and post-separation abuse, both in criminal cases and

24   in family cases, and under that, that you somewhat abolish the

25   term "high-conflict," which I think you've also heard that

1  implies that what is happening is the fault of both people.

2  And not to say, you know, everyone's a saint or a sinner in

3  these cases.  But predominantly, there's usually one person

4  who is truly at fault.

5       That you require judges to notify survivors in all

6  family cases that mediation isn't mandatory when there is a

7  concern or finding of domestic violence.  While I know it's

8  written in the statute somewhere, that's not always clear to

9  survivors on the front end.  And attorneys are always game to

10 push for mediation.  And I feel like some of survivors' rights

11 are lost that way because it's not explicitly clear that you

12 do not have to attend mediation.

13      Protect survivors in discovery requests, including

14 depositions, when a batterer attempts back-door access of

15 prosecutorial information between cases.

16      Then tried to do some research on this because it

17 happened to me.  And in this case, my ex was trying to get

18 information for his own civil case and criminal case.  And

19 because he couldn't get that from the prosecutor, he requested

20 it from me through discovery and deposition, for his own

21 purposes.  And that was very traumatizing on me, and I also

22 did not have the same access to a DV advocate or other

23 attorney, you know, help with that to know how to stop that.

24      So I ask that you remove the friendly parent

25 statute, which is -- I believe is 461-A:6(g).  I'm not quite

1    sure why that statute was added, but often, DV survivors may

2    not behave the same way towards their abuser as you would

3    expect.  You're not always going to be buddy-buddy and warm

4    and fuzzy.  And an abuser is very good at manipulation and

5    very good at showing the face that needs to be shown in that

6    moment.

7            And I think that statute penalizes the survivor

8    because calling the police for a welfare check because you

9    haven't heard how your sick child is for four days; you don't

10   even know what -- you know, do they still have the fever, et

11   cetera, et cetera, you know, the survivor is punished because

12   that's viewed as, perhaps, invasive, yet they're not seeing

13   kind of the lead-up as to why that, you know, you're not

14   coming off as friendly.  Like, you want to know if your child

15   is well and alive.

16           And then mandate counseling between coparents, but

17   the history of DV should never be ordered.  In my own case, I

18   was ordered to coparenting therapy with my abuser and

19   threatened that I would lose time with my child, did I not

20   seek this therapeutic intervention.

21           And I quote an order of the judge:  "In keeping with

22   the legislature's clear preference that the court support

23   frequent and continued contact with both parents, the court

24   hopes the parties work diligently to follow the GAL's lead to

25   resolve their case therapeutically for the benefit of minor



1    child and so court is not forced to determine whether minor

2    child should lose time with the parent."

3            And then point 3, educate judicial officials and

4    professionals with modern research in child safety, domestic

5    violence, course of control, et cetera, et cetera, such as the

6    adverse childhood experiences study, ACEs; the Meyers

7    (phonetic) study, which was sponsored by the U.S. Justice

8    Department; the Sanders (phonetic) study, authored by

9    Rosenfeld and Oberman; and the Santa Monica University study

10   authored by Desap Sanders (phonetic), as well as there are

11   other mechanisms abusers use, such as DARVO.

12           It's a acronym for deny, attack, reverse victim

13   offender.  It's a very common tactic used to kind of throw

14   off -- you know, you claim something has happened.  You say

15   it.  The abuser deflects that and blames you for something

16   else.  And all of a sudden, he or she looks like the victim.

17   It happens a lot more frequently than you realize, until you

18   understand what's going on.

19           And then consider implementing a domestic violence-

20   specific court with highly trained professionals, as other

21   states have done.  I think this would streamline some of the

22   congestion that is happening in the family court system, where

23   you have these, in some cases, highly complex cases that need

24   extra attention to move them along safely and effectively, but

25   they're not moving at all.  And then you don't have the degree

1    of training with all of those judicial professionals that's

2    needed.  So I -- I know other states have done this

3    successfully, so I hope you are able to look at that.

4              And then I ask that you improve the gender balance

5    in all judiciary positions.  I think that is just, like, so

6    important.  I mean, the -- the majority of this task force is

7    women.  Like, I don't -- you know, I don't know what that's

8    saying.  But is it because women care about this subject

9    because it happens to them more often?

10             And then, you know, if our judges are predominantly

11   male, like, are they going to care about it as often?  I don't

12   know.  But equity is really important if we're representing a

13   population that is roughly 50 percent male, 50 percent female.

14             And I ask that you update the protocol, licensing,

15   and enforcement for batterers' intervention programs or

16   therapists.  In my case, my ex was ordered to batterers'

17   intervention in his criminal case.  He found a program in

18   Vermont.  We live right on the border.  He was eventually

19   terminated from that program due to multiple citations in his

20   records, due to his behavior.

21             He enrolled in something that a therapist was

22   offering in New Hampshire and passed her program in half the

23   time mandated by the state's regulations.  So I don't know how

24   this happens.  And you know, that was in his criminal case.

25   When it was brought to the attention of the family court

1    judge, they didn't care.

2              These interventions in criminal and -- and maybe in

3    family cases are relying on programs which are not following

4    the state's recommendation to address violent and abusive

5    behaviors, predominantly in men and fathers.  And you know,

6    batterers' intervention itself is a whole another topic,

7    and -- but if people are ordering that as part of a plea deal

8    and it's not having the effect needed or desired or wanted,

9    then it's like, what's the point?  And then you're letting

10   people back into the public who haven't completed,

11   essentially, their, you know, jail time, except it's in -- in

12   a program.

13             So and then I ask that you admonish attorneys and

14   judicial officials and hold them to a higher standard for

15   name-calling survivors in court, in motion practice, in

16   correspondence, particularly in family court.  Stop attorneys

17   and judges from perpetrating false stereotypes.  Report

18   attorneys and judges for conduct and hold them accountable.

19   And apply genuine consequences and recommendations when those

20   are brought before the judicial review board.

21             Some of the comments that I have heard -- and these

22   are just a few from an attorney -- hysterical, unhinged,

23   woeful tale of victimhood; I have represented many true

24   victims of real domestic abuse on many occasions; you are

25   clearly not such a person.

 1          From a judge, what type of DV are we talking about?

 2  I hear this stuff all day long.

 3          From a GAL, he's just a knucklehead.

 4          From a clerk, can't you have some humanity?

 5          And I think for the clerk specifically, you know,

 6  what these people do all day long, I was a pro se litigant.

 7  And so my Bible are the court rules.  I mean, I know nothing

 8  else.  It's walking into a foreign country.  And so I'm trying

 9  to follow those rules to a T, while none of the other

10  attorneys are.  The clerks don't seem to care.  And then I am

11  punished for following the rules.  And it -- I mean, it just

12  makes no sense.

13          So yeah, and then also, I know this happens, but

14  partner with DCYF to stop DV and post-separation abuse by

15  investigating the -- a person if they're responsible for false

16  accusations of child abuse.

17          Remove the DCYF anonymous number.  I'm sure this has

18  benefits and negatives, but when you are called in for a false

19  accusation through the anonymous number, it's really awful,

20  and especially when that likely happened by the abuser

21  himself, you know, trying to get me in trouble.

22          Prosecute individuals who falsely report.  And

23  also -- this may be protocol but didn't happen in my case --

24  require police to immediately report to DCYF if a minor was

25  present at a DV incident or arrest.



1           And then lastly, about the -- the gun statute, my

2    ex's guns were removed at -- at the onset of the events in my

3    case, when he was arrested.  We're still in a case, four and a

4    half years later, but the criminal case, I would much rather

5    do anything in criminal court because there's actually factual

6    evidence, and it legitimately moves through the system, but --

7    and perjury actually means something.

8           But to the gun statute, my ex, during this time, has

9    applied to get his guns returned to him twice, both denied due

10   to the federal statute and his actions.  And so no one would

11   really understand how threatening this might feel, that he

12   knows what he did; he's admitted that he was at fault by

13   pleading guilty, but because the court told him to, he put our

14   protective order docket on the gun form, return of firearms

15   form.  And so I received a notification that he was requesting

16   his firearms back, not the criminal case, where the police

17   originally took the guns from.

18          And so there seems to be, like, a loophole there

19   that's a little messed up.  And I asked the judge to move it

20   to the criminal docket, and they just ignored me.  But I was

21   personally sent both notices and -- and invited to attend,

22   which I did.

23          He was denied.  But you know, that strange

24   occurrence, which no one would really foresee, like, it didn't

25   allow me to have access to a criminal attorney, ask questions,



94

1    or a DV advocate, aside from our local organization like

2    the -- the county victim's advocate I'd worked with.  You

3    know, like, it really -- it was just very confusing that the

4    return of firearms was only lodged under the protective order

5    docket.

6            So I just wanted to finish up and say Governor

7    Sununu proclaimed November this past year, in 2021, Family

8    Court Awareness Month.  It's somewhat ironic that it didn't

9    garner any attention, but your task force was started in

10   November.  And unfortunately, a child, Harmony, was lost or

11   reported lost in November.  And I think what led to this task

12   force happened this fall.

13           So I just really appreciate the work you are all

14   doing on this.  I know there's a lot to do.  But I hope some

15   of these considerations will be reviewed.  Thank you.

16           JUSTICE HANTZ MARCONI:  Thank you very much.

17   (Indiscernible).

18           Do we have any other people who would like to

19   testify, give your statement?  Any more sign-up sheets?

20           Then I believe --

21           MS. GAY:  Ma'am, may I ask a question?  If we have

22   any -- oh, I'm sorry.  If we have any material that we think

23   is on your subject, is there any way to send it to you?  Can

24   we email it?

25           JUSTICE HANTZ MARCONI:  Absolutely.  And there's a



1   form piece of paper out front.

2          MS. ZINKIN:  Like this.

3          JUSTICE HANTZ MARCONI:  Looks like that.  Three

4   ways.  Telephone call to the court information center toll-

5   free number.

6          MS. GAY:  Okay.  That's on here?

7          JUSTICE HANTZ MARCONI:  Email, comment email.  And

8   also with a stamp through the post office to the court here.

9          MS. GAY:  Y'all must really pay attention to that

10  because they're so rare, so --

11         JUSTICE HANTZ MARCONI:  It's true.

12         MS. GAY:  Thank you.  Thank you.

13         JUSTICE HANTZ MARCONI:  You're welcome.

14         Anyone else?  Then I think we -- yes.

15         MR. ALBRECHT:  May I respectfully ask that you just

16  read the email address for everyone for the record, for anyone

17  listening?  Thank you.

18         JUSTICE HANTZ MARCONI:  Does someone have -- thank

19  you.  dvtaskforcecomments -- all one word,

20  dvtaskforcecomments@courts.state.nh.us.

21         Okay.  Then I think we will close the hearing, and

22  thank you all very much.  We very much appreciate your input

23  and your comments.  Thank you.

24         (Proceedings concluded at 3:37 p.m.)

25



<u>CERTIFICATE</u>

I, Cheryl Odom, a court-approved proofreader, do hereby

certify that the foregoing is a correct transcript from the

official electronic sound recording of the proceedings in the

above-entitled matter, to the best of my professional skills

and abilities.

TRANSCRIPTIONIST(S):   Cheryl Odom, CDLT-186

Cheryl Odom

Digitally signed by Cheryl Odom Date: 2022.03.25 17:06:02 -07'00'

CHERYL ODOM, CDLT-186                    March 23, 2022
Proofreader



## A

**abilities** 96:6
**ability** 8:11 34:3
45:22 71:12
**able** 5:18 8:8,9
9:9 18:5 19:22
20:22,22 23:5
23:6 34:5,10
36:16 40:19
47:14 49:24
56:23 90:3
**abolish** 86:24
**above-entitled**
96:5
**absolute** 46:7
**absolutely** 18:4
18:7 40:8
49:24 60:18
94:25
**abuse** 5:23 6:2
12:21 13:5
14:9 25:17
31:22 32:21,22
32:23,25 33:11
33:14,17 36:2
45:3 46:3,8
54:13 61:24,25
62:8,21 63:2
63:20 66:24
73:3 75:25
76:4,10,14,20
77:9 80:16
81:17,21 82:17
83:21,21 86:12
86:13,14,14,22
86:23 91:24
92:14,16
**abused** 5:25
7:25 32:14
36:24 65:21,21
65:21 70:18
73:21 77:3
78:5,10 79:8
81:22
**abuser** 7:20 10:5
11:21 47:16
69:21 73:5,7
77:2 78:7,18
82:5 83:19

86:17 88:2,4
88:18 89:15
92:20
**abusers** 45:3
73:11 76:8
79:17,18 80:14
80:19 84:15
89:11
**abusive** 5:21
47:9 78:4 85:1
91:4
**academic** 72:19
**accept** 52:20,20
52:21 53:3
82:17
**access** 2:18
17:13,14 28:10
28:11 32:8
48:15 50:21
52:9 58:13
70:17 73:6
77:4 87:14,22
93:25
**accessible** 36:16
**accident** 19:3
**accommodati...**
21:2,5 64:23
**accomplished**
15:10
**accountability**
31:20 36:8,12
36:24
**accountable**
36:3 40:22
73:11,11 75:17
91:18
**accusation**
92:19
**accusations**
26:15 92:16
**accused** 17:25
28:17 43:19
45:4 70:22
**ACEs** 75:20,23
89:6
**achieve** 47:17
**acknowledge**
73:9
**acronym** 89:12

**act** 15:11,25
23:23 29:5
33:14 62:10,11
**acting** 31:23
**action** 24:25
27:23
**actions** 93:10
**activated** 66:22
**actively** 20:6
**acts** 12:22,23
32:22 33:11
62:12 84:21
**actual** 55:21
**ad** 15:5 18:1,5,6
18:9,15,21
25:22 33:2
49:18 67:25
68:1 73:9 84:5
84:6,12,19,21
84:23
**ADA** 21:2,4
**Adams** 76:16
**ADD** 20:10
**added** 88:1
**addition** 3:15
53:22
**additional** 48:21
57:9 71:15
**additionally**
48:2
**address** 6:23 7:5
9:15 10:11
12:5 20:14
54:2 55:12
62:7 66:5 91:4
95:16
**addressed** 85:5
**adequate** 58:5
58:20 63:6,21
65:1 85:14
**ADHD** 20:10
**adjust** 77:21
**adjusted** 74:10
**administration**
55:21
**admissibility**
12:18
**admit** 70:15
**admitted** 71:1

93:12
**admonish** 91:13
**admonishing**
32:21
**advance** 46:23
**advantage** 14:15
14:16,22
**adverse** 89:6
**advise** 60:25
71:4
**advocacy** 33:21
**advocate** 16:21
19:15 20:3
31:14 32:17
35:9 50:8
87:22 94:1,2
**advocates** 2:19
2:21 9:18
61:21
**advocating** 14:9
33:9 77:7
**afford** 49:24
50:22 53:9
58:21 59:6
**afoul** 28:13
**afraid** 34:17
**afternoon** 2:5
4:4 8:15 16:6
23:16 31:10
43:11 46:22
53:25 54:1,3
55:10 56:1
57:14 60:21
64:18 65:7
66:5
**afterward** 82:24
**age** 47:8
**agent** 24:17
**ago** 15:20 16:8
22:10 34:25
42:9 73:21
**agree** 10:20
21:17,19 25:6
67:19 80:20
**agreed** 41:10
48:18,19 67:18
67:20
**agreement** 24:16
**aid** 59:4

**aids** 57:1
**aiming** 26:18
**Airport** 69:20
**Alan** 8:14,15
60:12
**alarm** 6:4
**Albrecht** 23:15
23:16,18 29:14
29:16 31:8
43:15 95:15
**alcohol** 38:11
**alienation** 70:23
70:23
**alive** 55:6 88:15
**allegations**
33:17
**allege** 81:17
**alleged** 27:10,11
28:1 45:10
59:19 62:12
**allotted** 64:7
**allow** 3:4,19
13:4 51:10
53:12 63:1
69:9 93:25
**allowed** 11:18
12:19 32:1
39:14 43:21
44:10 69:16
**allowing** 54:2
83:10
**allows** 45:22
61:10
**alternative**
44:12
**alternatives**
78:19
**amazing** 44:25
52:6
**Amendment**
28:14 29:17
43:1
**Amendments**
29:9,12
**American** 28:16
67:6
**amount** 41:10
79:1
**and/or** 57:19

**anecdotal** 13:5
    13:21
**anecdotes** 14:5
    14:23 15:8
**Angela** 42:7
**angle** 43:14
**angry** 33:21
**animal** 47:21
**annoy** 45:23
**anonymous**
    92:17,19
**answer** 46:13
**answered** 74:15
**anxiety** 66:20
**anxious** 11:5
**anymore** 34:6
    76:21
**Anyway** 75:10
**AOC** 64:6
**apart** 43:20 74:1
**apartment**
    14:15
**Apfel** 53:24,25
**apologize** 46:23
    58:8 64:12
**appeal** 23:20
    25:12 39:11
    44:12 51:15
    78:15 84:18,19
**appear** 59:20
**appearance**
    55:20
**appeared** 67:12
**appellate** 2:15
    26:23,24 29:25
    54:8
**Apple** 7:17,17
    7:17
**apples** 74:22
**applied** 13:12
    93:9
**apply** 49:12
    91:19
**applying** 13:10
**appoint** 25:22
**appointed** 36:20
    36:25
**appreciate** 23:9
    31:18 46:19,19

73:19 94:13
    95:22
**appreciation**
    11:10
**approach** 11:9
**approached**
    15:7 18:5,15
**appropriate**
    12:11 19:22
**appropriately**
    13:16
**approve** 81:6
**approved** 10:10
**April** 23:25
    68:16,23 69:5
**arbitrary** 51:13
**area** 20:13
**arises** 63:4
**arrest** 38:17
    41:21 49:10
    92:25
**arrested** 23:24
    38:16 76:13
    93:3
**arrival** 67:11
**article** 30:16
    74:16
**Ashley** 46:21
**aside** 94:1
**asked** 2:10 22:12
    46:11 48:8,15
    57:24 93:19
**asking** 60:4 75:7
    83:8
**aspect** 19:19,19
    48:11
**assesses** 79:23
**assigned** 18:1
**associate** 2:6
    56:11
**Association** 8:17
    58:16 59:20
**assumptions**
    44:22
**astounded** 49:1
**attack** 89:12
**attempts** 87:14
**attend** 24:4,22
    68:14 87:12

93:21
**attended** 69:1
**attention** 73:13
    85:13 89:24
    90:25 94:9
    95:9
**attorney** 12:16
    18:12,14 21:17
    28:20 30:17
    48:18 50:22
    54:18,19 55:14
    58:3 76:3 77:2
    80:1 82:5,5,7
    87:23 91:22
    93:25
**attorneys** 2:21
    9:18 14:20
    24:17 34:12,24
    87:9 91:13,16
    91:18 92:10
**audience** 85:17
**audio** 4:14 12:16
    15:8 16:7 22:2
    26:12 29:3
    35:5 38:8
    42:12 57:7
    58:16,23 64:12
    64:19
**August** 38:2
    39:6 48:9
    69:20
**Austin** 31:9,10
    31:12 34:3
**authored** 89:8
    89:10
**autistic** 20:10
**automatically**
    22:20 81:18
**available** 2:17
    2:25 3:18,22
    13:16 23:3
    26:23 49:2
    65:2
**avoid** 13:4 63:11
**awarded** 44:2,9
    66:24
**aware** 3:7 13:8
    57:1 58:9
    65:17 74:12

82:1 85:23
    86:18
**Awareness** 94:8
**awful** 74:19
    92:19
**AZ** 1:18

**B**

**B-1/B-2** 67:8
**back** 3:9,14 5:21
    5:24 6:14,19
    11:25 21:5
    22:9 25:8
    28:22 34:16
    37:19 38:1,2,9
    39:15 43:23,25
    47:20 51:8,18
    66:17,22 68:20
    71:13,16 74:10
    91:10 93:16
**back-door** 87:14
**background**
    7:24 23:19
    26:4,19
**bad** 17:23 25:19
    28:9 39:13
    42:4 45:10
    54:25 55:1,5,9
    55:9 61:18
    72:16 74:21
    75:15 85:2
**badly** 46:17
**bags** 22:25
**bailiffs** 14:18
**balance** 90:4
**balancing** 15:11
    15:25
**bankrupt** 72:13
**baptism** 74:18
**Baptist** 24:4
**Bar** 58:16 59:20
**Barry** 76:3
**based** 6:1 13:5
    14:2 25:17
    38:24 39:1,11
    40:2 44:21
**basically** 25:2
**basis** 23:6 52:10
    56:17 57:11,24

61:12
**batter** 9:4
**battered** 22:1
**batterer** 87:14
**batterers'** 90:15
    90:16 91:6
**beat** 43:19
**bed** 52:4 53:17
**began** 16:18
    54:5
**beginning** 15:6
**behalf** 8:17,20
**behave** 88:2
**behavior** 12:25
    42:5 71:2 72:2
    90:20
**behavioral** 70:4
**behaviors** 45:10
    86:18 91:5
**behest** 9:6
**believe** 26:8 36:7
    70:18 82:18,25
    85:22 87:25
    94:20
**believed** 22:4
**believing** 34:6
**bench** 57:12
    75:18
**benefit** 33:25
    88:25
**benefits** 92:18
**berate** 72:8
**berated** 69:6
    70:22
**best** 5:13,14
    8:11 15:7
    22:13,13 25:22
    30:9 32:18
    35:10 49:21
    57:12 75:22
    96:5
**better** 2:13 8:6
**Betty** 73:15
**beyond** 49:6
    84:13
**bias** 22:20 36:1
**Bible** 92:7
**big** 52:19
**bigger** 61:22

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**bill** 77:24 80:2
81:2 82:19
84:18
**bills** 39:16 77:20
78:19 80:1
81:23 84:5,11
**biolog** 67:7
**biological** 16:16
67:8
**bipolar** 20:18
**birds-eye** 19:21
**birth** 48:8
**birthday** 66:19
72:9
**bit** 26:23 37:14
47:1
**bitter** 22:2
**blamed** 5:17
**blames** 89:15
**blank** 27:10
**blatant** 36:1
**blessing** 74:5
**blew** 71:3
**block** 71:12
**blood** 38:13
**blurs** 27:21
**board** 84:19
91:20
**body** 47:22
**bold** 4:13
**book** 76:13,17
80:24
**books** 76:4
**boots** 5:20
**border** 57:7
90:18
**borderline** 20:19
38:18
**Boston** 66:17,20
66:25 68:2
69:20
**boxes** 27:8
**boys** 66:13,25
67:7,15 71:25
72:3,7
**boys'** 67:7 68:24
70:25 71:11,20
**brain** 19:3
**branch** 2:25

26:24 30:16
37:2 45:16
55:13,14,15,16
58:12 60:8
**Branch's** 3:2
**break** 12:1
45:23 76:18
**breaking** 40:17
**breaks** 75:15
76:12
**brief** 23:19
29:25 32:3
**bring** 31:19
42:23
**bringing** 33:16
**brings** 37:19
**broad** 3:5
**broke** 17:19
24:11 47:18
50:23 73:25
**broken** 35:19
**brought** 7:25
22:12 33:12
35:13 38:12
48:23 68:20
90:25 91:20
**Bruce** 25:24
**bruises** 76:20,21
**brush** 74:21
**buddy-buddy**
88:3
**budget** 85:8,9
85:10,14
**building** 44:25
**bullet** 74:11
**bullet-pointed**
46:24
**bullets** 12:17
80:11
**bunch** 25:25
**burden** 30:19
**burdens** 64:23
**burned** 34:10
**business** 37:21
39:9 43:17,17
43:19 51:6
65:15 84:2
**buy** 7:6

**C**

**California** 24:24
29:2 76:6
**call** 3:16,24 7:20
32:13 69:9
95:4
**call-back** 3:19
**call-in** 3:21
**called** 7:5 28:12
38:4 40:24
67:23 68:9
72:6,10 74:13
92:18
**calling** 25:25
40:25 88:8
**calls** 3:19 34:21
**calm** 70:24
**capability** 17:16
**capable** 18:2
**capacity** 19:25
30:4
**car** 19:3 38:6,9
38:11
**Carbon** 57:19
**card** 45:16
**care** 7:23 50:19
72:16 73:19
75:12 90:8,11
91:1 92:10
**cared** 37:23
**career** 5:11 54:5
72:18
**caretaking**
18:24
**caring** 37:24
85:6
**cars** 7:18
**case** 6:12 11:11
14:2 15:23
16:15 17:10
18:2,17 23:20
23:24 25:23
28:23,23 29:1
29:11,20,23
32:12,19,20
34:20 35:2,8
35:15 39:5,15
39:18,19,23
40:2,13 44:4

46:7 48:23
51:22 52:14
57:22,25 64:16
83:20 87:17,18
87:18 88:17,25
90:16,17,24
92:23 93:3,3,4
93:16
**caseloads** 64:7
**cases** 2:7,12 6:3
8:19 9:20,25
11:22,23 12:6
14:3,25 21:20
23:4,5,5 26:13
26:15 29:7,18
30:3,23 34:22
35:23 36:1,15
45:21,25 52:10
52:11 54:13
55:19 56:13
57:19 59:6,17
59:23 60:14,18
61:3 63:10
64:4,5,7,14
78:20 81:8
86:23,24 87:3
87:6,15 89:23
89:23 91:3
**categories** 55:3
**cause** 34:17
**caused** 12:25
34:19 35:21
38:21 40:20
41:24 44:24
**causes** 12:25
**CDLT-186** 96:7
96:15
**cell** 67:16
**center** 3:16 76:6
95:4
**centers** 22:15,25
35:4
**central** 32:19
**certain** 64:18
**certainly** 52:15
56:1 59:2,7
65:12
**certificate** 48:8
96:1

**certification**
78:24
**certifications**
70:11
**certified** 72:20
72:20 77:14
79:4
**certify** 96:3
**cetera** 88:11,11
89:5,5
**chair** 2:6
**challenge** 57:18
57:18
**challenges** 9:12
**champion** 46:8
**chance** 35:12
**change** 21:6,15
22:8 36:6
47:12 52:20
**changed** 34:1
52:5 58:17
72:19
**changes** 13:20
52:8 83:9
**characterized**
15:11
**charge** 48:4
59:20
**charged** 47:23
59:22
**charges** 24:14
**charts** 70:4
**cheating** 38:3,3
38:5
**check** 27:8 88:8
**check-off-the-...**
57:8 62:13
**checked** 38:6,14
38:14
**checks** 79:22
**Cheryl** 96:2,7,15
**Chewbacca**
37:11
**Chief** 66:10
**child** 6:7 16:24
18:20,23 19:1
19:2,3,11,19
20:6,9 22:14
22:24 31:13,18

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

31:24,25 32:9
32:12,14,17,19
32:21,22 33:1
33:3,9,11 34:4
34:5,9 38:22
39:11,16 40:2
44:11 48:15
49:21 50:3
52:3,6 62:25
66:21 68:10,10
69:10 70:12
73:2 79:15,16
79:19,25 83:9
83:19,21,22
85:11 86:22
88:9,14,19
89:1,2,4 92:16
94:10
child's 32:21
  33:5 51:13
childhood 89:6
children 8:2
  15:24 16:1,23
  20:12 24:1,6
  35:13 36:10
  38:8 40:1,1,9
  41:17,24 45:13
  56:9 60:2
  61:14,15,16
  65:20 67:19
  68:16,18 69:6
  69:7,8,10,16
  69:18,22 70:7
  70:18 71:13
  72:8,14,14
  73:6,10,12
  75:13,19,19,21
  75:22 76:8
  77:8 80:15
  84:24
children's 66:20
  67:22,23 68:2
  68:6,8 69:11
  69:14,21
China 24:25
choice 75:11
choose 3:9 81:6
chose 49:14
Christine 66:8

Christmas 72:9
church 10:5
  18:15 24:4,6
  24:22 25:4,5
  25:12,16 28:2
  42:11,18,20
  70:13
circled 43:18
Circuit 2:11
  35:24 57:12
circulating 4:4
citation 27:17
citations 90:19
citizen 16:9 67:6
citizens 30:23
  36:10
city 76:15
civil 2:16 27:22
  45:1 46:11
  59:5 65:5
  87:18
claim 89:14
claimed 70:10
claims 21:21
Claremont
  57:20
class 46:10
  47:23
Clause 28:14
clear 33:8 35:13
  60:24 62:13
  63:13 87:8,11
  88:22
clearly 30:7 73:1
  91:25
clerk 54:5 92:4,5
clerks 14:18
  92:10
client 10:4 11:13
  11:19
clients 11:9
  14:20 19:11
close 82:6,21
  95:21
Clothesline
  21:24,25
coach 72:21
code 78:25
coercion 76:23

76:24 77:2
coercive 86:22
collaborative
  22:16
collected 3:10
  36:14
collection 73:23
Columbia 29:18
combined 12:24
  13:15
come 3:24 5:4
  8:9 11:25 25:8
  39:24 42:9
  46:12 49:22
  51:10,17 52:19
  53:21 55:10
  59:8 61:7
  77:24 78:6
comes 65:16
comfortable
  4:14,16
coming 4:14
  16:8 49:18
  64:17 65:10
  88:14
commence 2:1
comment 3:9
  10:3 95:7
comments 3:12
  53:22 91:21
  95:23
commission
  54:20
commitment
  9:11
committed
  23:23 27:18
  28:1
committee 9:2,5
  9:10 10:11
  14:3,6 15:12
  23:17 26:8
  33:23 37:9,16
  46:14 54:1
  58:17 82:23
common 89:13
communicate
  61:11 73:4
communication

2:22 73:3
communities
  8:25
community
  22:13 56:12
  57:7
COMPANY
  1:17
competing 9:7
complaint 57:23
complete 2:24
  28:16 38:15
  69:15
completed 91:10
completely 26:2
  28:19 44:3
  45:14
complex 5:2 9:7
  55:4 89:23
comply 56:20
  68:19
composes 62:8
concept 19:18
conceptually
  62:18
concern 12:5
  55:23,24 65:1
  81:14 87:7
concerned 28:11
  40:12 43:5
  56:21 61:4
concerning
  25:24
concerns 33:12
concluded 95:24
concluding 9:21
conclusion 49:3
CONCORD 1:1
condition 49:8
conditions 47:24
  48:16
conduct 12:9,14
  12:19,24 13:6
  13:7,10 33:22
  91:18
confidence 26:2
confidentiality
  7:5
confusing 94:3

congestion
  89:22
congratulate
  86:7
Connecticut
  18:18 54:6
cons 59:7
consensual 44:4
consent 10:18
consequences
  55:22 91:19
consider 12:22
  43:15 53:10
  86:10 89:19
consideration
  12:15,20 23:22
  26:20
considerations
  94:15
consistent 13:12
consists 54:9
constant 41:17
constantly 4:21
  5:8 58:23
constants 34:13
Constitution
  28:15 29:9
Constitutional
  29:7 45:1
  50:16 55:23
contact 14:12
  15:23 19:2
  25:18 34:22
  47:25 48:17
  60:19 61:24
  67:15,25 68:5
  88:23
contacted 50:7
contain 39:10
contained 39:3
contains 13:3
contempt 69:12
contempts 71:15
contend 29:19
contentious
  32:13 35:25
context 23:19
  35:1 63:2,9
contexts 64:9

**continuations**
60:15
**continue** 6:2
61:6
**continued** 34:20
50:25 83:23
84:3 88:23
**continues** 71:12
83:21
**continuing**
78:21
**contracting**
43:17
**control** 45:11
86:13,23 89:5
**controlling** 29:5
46:4,4
**conversations**
14:18 15:4
58:23
**convicted** 18:17
19:6,7 34:11
**cool** 80:17
**cooling-** 61:8
**coordinators**
39:19
**coparent** 73:4,4
**coparenting**
68:15,23 69:4
69:7 70:5
88:18
**coparents** 88:16
**correct** 30:9
96:3
**correlation**
20:11,12
**correspondence**
91:16
**corroborated**
33:18
**couch** 3:6
**councils** 22:12
22:16,19,22
23:1
**counsel** 2:19
28:11,12 58:13
61:11 67:17
70:21 71:15
72:14

**counseling** 41:4
78:7 79:2
88:16
**counselor** 66:10
68:25 71:24
81:7 82:2,10
**counselors** 69:1
69:13 73:8
**counter-paren...**
73:2
**country** 17:22
36:19 66:16,21
66:22 67:5
70:9,19 76:7
92:8
**county** 48:18
54:19 66:25
81:18 94:2
**County's** 71:7
**couple** 42:8
82:23
**course** 14:24
42:12 44:11
61:15 75:9
81:14 86:13
89:5
**court** 1:1 2:6,10
2:12,17 3:14
3:16,22 4:24
5:9,9 6:5 8:1
9:2,17 10:1,1,6
10:9,10,16,16
11:8,20 12:12
12:21 13:4,10
14:15,18 15:4
15:19 16:23,24
17:12,18,21
18:2,3,4,6,9,14
18:18,22 19:10
19:10,12,16,17
19:23 21:1,3
22:3 23:7,20
24:1 25:13,20
27:6,7,14,19
28:6 29:21
30:22 31:16,16
33:9 35:21,24
37:14,15,22
38:23 39:2,6,6

39:7,10,11,12
39:18,20,22,24
40:21 41:21,22
47:6 48:17,23
49:4,9,10 50:7
50:23 51:1,11
51:18 52:13
56:15 57:3,12
59:25 60:9,23
61:10 63:18
66:25 67:5,10
67:12,13 68:1
68:14,19 69:14
69:15 70:1,6
72:12,15,16
73:22 74:19,20
75:25 76:5,19
76:23 77:22
79:21 80:21,22
80:24 81:9,13
81:19 83:5,6,8
83:24 88:22,23
89:1,20,22
90:25 91:15,16
92:7 93:5,13
94:8 95:4,8
**court's** 2:7 12:14
12:20 44:23
**court-approved**
1:20 96:2
**court-ordered**
71:13,22 81:6
**courtroom**
32:18 33:22
**courts** 2:20 13:3
15:3 17:6
20:14 26:11
36:18 37:4
39:3 63:8 73:5
75:21 85:9
**cover** 18:15 50:2
**coverage** 78:25
**covered** 12:7
**covers** 79:6
**CPAP** 69:11
**crazy** 8:1 22:2
**create** 9:8 11:6
21:14 22:12
37:2 45:7

86:21
**created** 21:24
22:19 77:7
**creates** 13:2
58:10
**creating** 15:12
46:3 80:20
**creation** 14:2
**credence** 74:16
**credible** 12:9
32:25 62:16
64:25 70:6,10
70:14
**crime** 13:2 54:11
**crimes** 27:17,21
27:25 28:13
**criminal** 2:20
8:17,18 9:20
9:21,23 12:8
14:3 19:19
24:14 27:22
30:11,13 32:6
54:10 62:10,11
86:23 87:18
90:17,24 91:2
93:4,5,16,20
93:25
**criminally** 59:22
**crisis** 8:5 17:14
21:11 22:15,25
35:4 72:22
**criteria** 2:15
46:3 62:17
**critical** 75:25
**Cronheim** 8:14
8:15,16 15:17
21:18 60:12
65:13
**cross** 63:6
**cross-examina...**
11:6,21
**cross-examining**
57:3
**cruelty** 66:24
**current** 2:14,19
12:7 62:9
**currently** 17:7
29:20 35:3
36:2 46:1 54:4

77:19
**custody** 16:14
18:22 19:6
32:12 66:25
71:8 75:11
78:18
**cut** 85:9,11
**cutting** 17:20

**D**

**D** 30:5
**D.C** 29:21
**dads** 5:22,23
**DalPra** 25:24
43:23
**damage** 34:17
**damaging** 77:9
**Dana** 23:15,17
42:7,9
**danger** 41:9
62:16 64:25
65:2
**dangerous** 4:21
32:4 56:6
**darkness** 35:18
**DARVO** 89:11
**data** 13:22 15:8
36:14 63:9
**date** 51:4,8
56:22
**dated** 12:14,18
12:18,19
**dating** 32:8
**daughter** 16:11
16:14,20 19:8
38:9 48:6
49:19 50:13
52:5,16 53:12
53:14
**daughter's**
16:16 50:19
**daughters** 19:7
**Dave** 10:2 42:7
43:10
**day** 13:3 19:11
25:2,8,17,18
29:11 38:6
41:16 44:11
50:19 51:4,6

51:11,15 53:11
55:4,4 61:5,5
65:19,19 71:12
77:20 92:2,6
**days** 10:14,20
51:7 53:3
68:21 70:21
81:1 88:9
**DCI** 38:16
**DCYF** 33:18
38:16 39:8
40:13 41:10
67:23 70:4
85:10 92:14,17
92:24
**deal** 47:24 51:25
51:25 52:19
61:18 80:22,22
91:7
**dealing** 55:4
60:22 61:4
62:3 79:8
**dealt** 17:10
48:18 50:8
**dear** 82:9
**December** 39:2
**decide** 57:25
**decided** 22:18
28:23 34:25
56:17 64:5
**decision** 26:16
26:24 48:24,25
50:7 51:2
**decision-maki...**
71:9,10 76:1
**decisions** 2:15
5:18 9:17
26:23 28:9
36:9,21 76:11
**decline** 62:23
**deeply** 73:19
**defect** 45:9
**defendant** 10:19
10:25 11:15
14:13 15:23
27:9,18,18
65:24
**defendants** 8:20
10:22 15:9

**deserve** 30:25
**design** 27:7
**desired** 91:8
**desperately** 37:5
**despite** 32:25
44:1 51:1 68:9
69:18 70:2
77:19
**Detailed** 3:20
**detective** 44:16
**determine** 89:1
**determining**
12:15
**detriment** 40:6,7
**devastated**
18:24
**develop** 56:24
**developed** 57:8
**developing** 57:2
59:11
**developmental**
5:6,6
**deviations** 39:4
**devices** 7:15
**DHHS** 85:10
**diagnosed** 20:18
38:19
**diagnoses** 20:16
**die** 20:6,7
**died** 42:8
**difference** 35:16
**different** 21:7
25:8 28:2
43:14 59:9
74:4 80:8
**differently** 45:8
**difficult** 5:18
8:22 9:1 11:20
14:7 16:1
17:17 63:17,23
64:9
**digging** 6:14,19
**diligent** 4:12
**diligently** 88:24
**direct** 32:25
36:21
**directly** 3:5
26:20
**disability** 37:23

38:9
**disagreeing**
25:10
**disappearing**
67:16
**disappointment**
19:14
**disbelieved**
21:23
**discern** 27:19
28:3
**disclosures** 33:1
**discontinuing**
69:4
**discovery** 87:13
87:20
**discuss** 14:8
15:18 46:13
64:16 76:23
**discussed** 29:11
47:2
**discussion** 12:13
45:2 57:14
60:3 62:20
71:10
**discussions** 70:3
**disinterest** 44:23
**dismissed** 24:7
**disorder** 5:3
20:19,20 38:19
**dispose** 47:22
**dispute** 10:15
**dissatisfaction**
55:25
**dissemination**
44:22
**dissociation**
70:2
**distinction**
27:22
**distress** 65:6
**distribution**
9:17
**district** 9:2
10:16 18:18
29:18 54:6
68:3
**distrust** 56:3
**disturbed** 27:15

**disturbing** 75:7
**diversity-of-ci...**
28:25
**division** 45:18
**divorce** 13:16
14:22 21:20
25:7,23 38:21
40:18 41:4
44:2 45:17
54:14 63:10
65:3 66:23
72:21 77:1
79:9 81:18
**divorced** 52:17
66:14 83:18
**doable** 10:9
**docket** 25:13
27:3 29:21
93:14,20 94:5
**dockets** 39:3,10
39:10
**doctor** 6:16
15:14 20:11
69:11
**Doctors** 66:10
**documentation**
71:23 73:1
**documented**
32:23
**documents**
17:21 58:8
**doing** 5:14 26:12
30:19 40:16
58:11,13 61:22
79:24 80:6
84:1,20 94:14
**dollar** 73:23
**dollars** 78:11
**domestic** 1:5 2:7
2:12,13,14,16
2:17,18,21
4:15,20 8:23
9:2,5,10 12:7
13:14 14:9
15:21 16:22
17:8,13 20:13
21:18,22 22:14
22:21,24 23:4
24:13 25:16

54:10,16,17
56:7,12 57:1,3
58:4,14 59:14
59:22 65:22
**defender** 54:7
54:18
**defense** 2:21
8:17,18 37:11
60:4
**define** 62:22
63:17,20 76:22
**defined** 13:10
**defining** 12:21
**definitely** 4:11
**definition** 13:5
13:11,12 62:8
62:9 86:12
**deflects** 89:15
**degree** 89:25
**delimited** 42:24
**delivered** 50:7
69:6
**demanding**
43:22,22 61:14
**demonstrate**
12:24
**denial** 14:3
55:23
**denied** 13:23,24
14:1 15:1 21:4
21:23 26:10
58:5 93:9,23
**deny** 44:7 89:12
**denying** 36:17
63:14
**department**
44:14 89:8
**departments**
22:23 30:18
**depends** 61:15
**depose** 82:4
**deposed** 81:25
**deposition** 87:20
**depositions**
87:14
**deprived** 57:17
**Derby** 24:21
25:11 27:15
**Desap** 89:10

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

26:6,14 27:16
28:18 31:11,12
31:20,22 34:23
35:10,18,25
36:14,15 40:23
44:17 47:5
48:2 54:11
56:15 58:4
59:19 60:15
62:4,25 64:11
75:25 76:4,10
76:14,20 81:17
81:21 82:17
83:13,20 84:12
87:7 89:4,19
91:24
**door** 27:3 42:19
42:20,21
**double** 17:22,23
**DOVE** 59:21
**Dr** 4:6,7,8 8:13
62:2 82:2
**Dracut** 24:5
**dragged** 83:6
**dreads** 23:5
**drove** 47:21
**drugs** 38:11
**drunken** 22:2
**due** 9:13 45:8
55:23 59:17
66:19 72:2
90:19,20 93:9
**dummies** 80:24
**dust** 37:3
**DV** 23:19 24:2
24:20 25:21
29:18 30:3,6,6
41:20 42:10,19
43:6 44:5,9,21
66:10 75:21
81:16,23 82:3
83:18,23 84:2
86:7,14,15
87:22 88:1,17
92:1,14,25
94:1
**dvtaskforceco...**
95:19
**dvtaskforceco...**

95:20
_____
**E**
**earlier** 12:13
44:6 60:12
**early** 51:10
**earn** 56:10
**earned** 62:23
**easier** 68:22
**easily** 44:19
**East** 24:25
**easy** 9:16 26:25
45:11
**echo** 43:15
**economic** 63:9
63:14
**educate** 89:3
**educated** 8:8
70:17
**education** 22:17
**effect** 91:8
**effectively** 62:9
89:24
**effort** 22:17
**efforts** 33:21
80:5,8
**eight** 38:10 44:6
47:19
**eight-year-old**
38:21
**either** 15:9 57:2
61:24 75:10
**elderly** 37:25
41:18,24
**electronic** 1:20
96:4
**element** 62:15
**elements** 13:3
**eliminate** 45:17
62:17
**else's** 53:14
**email** 3:11 23:10
24:11 67:17
71:3,24 94:24
95:7,7,16
**emailed** 68:9
**emailing** 71:2
**emergency**
13:23 67:24

72:23
**emotional** 41:23
63:19 65:6
86:13,22
**emotionally** 33:7
65:20 82:6
**empathy** 47:1
**employment**
56:10
**enablers** 45:22
**encourage** 10:17
**encouraged** 3:11
**ended** 34:20
**endorsed** 10:8
**ends** 56:15
**endured** 75:4
**enforcement**
2:20 90:15
**enforcing** 76:15
**engage** 57:13
**English** 17:11,19
17:23
**English-speak...**
17:16
**enjoy** 43:12
**enormous** 36:20
55:23
**enormously**
36:23
**enrolled** 90:21
**ensure** 36:23
**enter** 10:2
**entered** 11:17
**entire** 49:20
**entirely** 17:3
28:2 59:9 86:9
**entry** 38:25
**enumerated**
62:10
**epidemic** 14:24
14:25
**equal** 15:13
28:13 81:21,22
**equipped** 20:14
**equitable** 45:18
**equity** 60:23
90:12
**Erica** 31:9,12
**eScribers** 1:17

**especially** 26:6
28:12 31:1
45:5 64:4
92:20
**essentially** 7:12
25:11 91:11
**estate** 6:24
24:17
**et** 88:10,11 89:5
89:5
**eternity** 79:15
79:16
**evaluated** 32:23
**evaluation** 36:13
**even-** 55:16
61:18
**even-handed**
55:12,20,22,24
56:19,20 58:11
**event** 35:13
**events** 11:6
25:17 27:11
28:24 93:2
**eventually** 90:18
**everybody** 30:22
53:8 74:14
75:1 76:1
**everyone's** 87:2
**evidence** 12:18
12:22 13:5,21
32:24,25 41:2
44:8 57:2,9
63:8 64:22
81:3,5 82:16
93:6
**evil** 44:19
**ex** 24:10 32:15
38:2,4,24 40:4
40:10 41:7
56:17 57:24
67:24 73:22
87:17 90:16
93:8
**ex's** 93:2
**ex-boyfriend**
6:13
**ex-wife** 19:8
**exactly** 16:12
22:7 27:9,13

30:13 33:6
53:15 54:19
76:22
**example** 62:20
77:5
**excessive** 79:5
**exchange** 45:11
**exchanges** 44:11
**excited** 19:17
**exculpatory**
57:2
**excuse** 53:4
85:20
**Executive** 55:14
**exist** 45:24
**expanded** 13:5
62:8
**expansion** 12:6
**expect** 3:6 4:25
76:11 88:3
**expense** 45:12
**expenses** 45:12
**experience** 11:2
12:1 19:24
21:21 25:19
31:16,19,23
33:23 35:3
52:6 54:13,13
70:12 74:4
**experienced**
33:16 36:4
**experiences** 47:6
89:6
**expertise** 37:1,5
**experts** 33:18
36:13
**explain** 49:21
**explained** 49:11
**explicitly** 87:11
**extend** 10:20
**extended** 10:18
10:23 11:11
**extending** 40:6
**extension** 11:18
53:4
**extensions** 11:23
**extent** 10:15
63:25
**extra** 8:3 89:24

**extreme** 35:23
  44:16 45:25
  46:3

———————
            **F**

**F** 25:24
**face** 18:16 88:5
**facilitate** 58:12
**facing** 11:20
**fact** 18:10,11
  19:1 20:20
  21:21 32:7,22
  42:25 44:17
  49:1 60:13
  68:9 69:18
  70:12
**facts** 5:4 27:11
  27:19 56:24
  80:13
**factual** 93:5
**fail** 26:12 56:22
**failing** 13:17
  16:25 17:7
  19:25 55:22
**failings** 15:19
**failure** 35:20
**failures** 36:4
**fair** 4:23 23:8
  55:16,20,21,24
  56:20 58:10
  59:16 80:1
**fairly** 64:18
**fairness** 9:13
  18:12
**faith** 33:14 36:5
**fake** 40:24,25
**fall** 26:18 30:19
  94:12
**false** 18:4 24:14
  26:15 30:5,10
  38:4,15,20
  40:13,14,23
  41:15 42:10,19
  43:6 44:22
  91:17 92:15,18
**falsely** 92:22
**familiar** 48:10
  76:3
**families** 5:21

16:25 17:7
  21:12,15 40:6
  42:24 62:6
  76:21
**family** 6:14 8:1
  10:16 14:15
  15:4 16:23,24
  17:6,12,18
  19:10,10,12,15
  19:17,20,23
  20:14,25 21:2
  21:7 22:12
  23:1,24 24:1
  25:20 29:1
  32:12 34:12,20
  39:1,19,22
  40:11,17 41:17
  42:2 43:2 48:1
  49:23 61:10
  62:24 66:25
  67:5 69:18
  73:22 74:19
  75:21 77:12,13
  77:22 80:15
  81:4,4,13
  86:24 87:6
  89:22 90:25
  91:3,16 94:7
**far** 32:20 84:20
**Fatality** 9:10
**father** 16:16,18
  18:17,19 23:25
  32:21 33:4
  66:14,15 67:5
  67:8,12 68:8
  68:15,19,24
  69:2,5,17
  70:19,25 71:11
  71:18 72:1
**father's** 70:9
  71:14,24
**father-in-law**
  44:1
**fathers** 91:5
**fault** 72:8 87:1,4
  93:12
**favor** 77:11
**favorite** 77:6
  79:17

**fear** 13:1 14:13
  34:4,10,15
  46:4,6
**February** 68:16
  68:18,23
**federal** 28:14
  29:4,5,23 54:5
  93:10
**feel** 4:14,16 5:13
  20:25 23:11,12
  34:5 37:10,10
  53:21 61:14
  87:10 93:11
**feeling** 31:25
  49:20
**feelings** 83:1
**feels** 5:2
**feet** 24:23
**fell** 43:20 51:4
  71:3
**felonies** 47:23
**felony** 48:4
**felt** 45:14 49:1
  49:20 82:11
**female** 5:24
  90:13
**fever** 88:10
**field** 36:14
**fight** 21:5 33:5
  49:17 50:22
  81:21
**fighting** 35:11
  81:20,20
**figure** 45:19
  63:23 76:24
**file** 39:8 47:15
  49:14 51:17
  52:22 72:11
**filed** 10:1 13:23
  24:25 48:9
  66:23 67:4,24
  71:15
**files** 23:7
**filing** 10:14
  12:23
**filings** 83:5
**fill** 3:10 27:11
**final** 10:13,24
  11:13,17,25

14:1 26:4
  56:25 70:5
  71:9,14
**finalized** 51:3
**finally** 16:13
  18:25 19:4
  24:7 30:1
  47:14 71:1
  79:14
**financial** 6:22
  39:25 40:8,10
  62:21 63:2,5
  76:22
**financially** 33:7
  49:15,16 53:9
**find** 4:23 7:16
  16:19 18:12
  20:22 26:25
  30:14,20 61:12
  81:16
**finding** 25:16
  85:12 87:7
**findings** 60:14
**fine** 68:14
**finish** 94:6
**firearm** 41:22
**firearms** 41:13
  41:16,18,19
  93:14,16 94:4
**fired** 84:1
**first** 4:6 5:10 9:2
  9:4,16 16:13
  19:15 23:19
  25:21 29:8,11
  37:9,20 49:22
  52:12 62:10
  65:24 67:13,22
**first-degree**
  28:17
**firsthand** 34:9
**fit** 41:10
**fitness** 35:6
**five** 24:2 47:21
  67:3 71:15
  78:1
**five-year** 50:24
**fix** 28:4 39:6
**flagrant** 44:23
**fled** 16:8

**focus** 15:19
  81:11
**focused** 84:11
**focusing** 9:20
  16:3
**folks** 12:3 17:4
**follow** 14:3,22
  76:11,17 88:24
  92:9
**followed** 71:18
  71:19
**following** 51:6
  86:10 91:3
  92:11
**follows** 14:12
**forbid** 53:14
**force** 1:5 2:7,9
  2:24 3:12,19
  3:20 23:22
  26:21 30:3,12
  30:18 31:11
  55:14,15,15
  56:19,21 57:5
  58:14 59:8,24
  60:4,8 62:21
  66:10 68:18
  86:5 90:6 94:9
  94:12
**forced** 18:19
  19:2 32:10,16
  40:4 69:8 89:1
**foregoing** 30:8
  96:3
**foreign** 66:16
  70:19 92:8
**forensic** 33:18
**foresee** 93:24
**forever** 34:1,10
  34:13
**forget** 7:5
**form** 3:21 27:7
  30:6,6 62:13
  72:11 75:19
  85:18 93:14,15
  95:1
**former** 24:3
**formerly** 24:24
**forming** 86:4
**forms** 2:17 27:6

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

30:5,6 53:6
57:8 58:24
80:20 85:18
**forth** 68:21
**forthcoming**
49:7
**fortunate** 32:11
36:25
**forum** 59:23
84:11
**forums** 65:1
**forward** 2:23
12:4 33:16
**fought** 50:14
52:4
**found** 17:16
32:25 38:2,5
38:11,17 44:5
44:6 47:8,10
68:11 74:22,24
90:17
**foundation**
39:23
**four** 23:25 34:25
39:11,24 48:21
78:8 88:9 93:3
**four-day** 71:22
**Fourteenth** 29:8
29:11
**fraud** 44:15
**free** 3:17 23:11
23:12 47:14
53:21 95:5
**freed** 19:4
**freedom** 43:1
46:5
**frequent** 88:23
**frequently** 12:2
12:2 89:17
**Friday** 3:18
**friend** 25:22
70:13 74:23
82:9,20
**friendly** 58:25
87:24 88:14
**friends** 34:13
42:6 56:13
81:8,8,9,9,9
**frivolous** 39:14

39:18 40:7
**front** 4:3 51:9
57:11 59:24
64:17 69:7
73:10 77:20
78:7 87:9 95:1
**fruitless** 47:13
**frustration**
19:14
**fuels** 35:18
**full** 10:1 11:8,12
16:14 18:21
19:6 70:2
**fully** 6:4 9:17
18:2 20:4
**function** 58:18
**functional** 10:9
**fundamental**
29:7
**fundamentalist**
24:4
**funding** 21:9
**funds** 18:15
**funeral** 42:9,19
42:20
**funerals** 39:15
**furious** 33:8
72:1
**further** 34:17
36:2 46:14
50:1
**fuzzy** 88:4

——————
**G**
**GA** 6:1
**gain** 14:16 45:16
**gaining** 35:5
**GAL** 68:13 69:1
69:13,14 70:1
70:5,7,10,16
81:10 92:3
**GAL's** 88:24
**GALs** 33:18
76:1 85:2
**game** 87:9
**Gardner** 77:7
**garner** 94:9
**Gary** 53:24
**gaslight** 72:8

**gathering** 37:3
**Gay** 73:15,16
80:9 81:14,16
83:4,14,17
84:9,14,17
94:21 95:6,9
95:12
**gender** 90:4
**general** 30:20
38:12 55:14
**General's** 30:17
**generally** 45:23
**gentlemen** 66:11
**genuine** 91:19
**getting** 11:7
30:22 64:8
79:16
**Gideon** 28:20
**gifts** 72:9
**Girard** 37:7,8
42:14,16,18
43:9
**girls** 37:21,22
**give** 32:3 33:11
35:11 37:17
41:5 42:10
43:23 50:4
52:8,21 63:6
74:12 75:11,14
78:19 80:11
94:19
**given** 17:14 20:1
44:7 47:24
49:5 78:18
85:4
**gives** 25:24
**glasses** 74:9
**glorifiers** 45:22
**go** 5:8,9 10:5
11:19 21:5,20
27:3,3 41:11
41:22 42:20,24
44:10 49:9
51:19 52:22,23
52:24 53:15
61:25 72:13
73:22 77:1,22
78:2 79:20,25
82:4,15 83:8

**goal** 26:13 47:17
65:10
**God** 53:14
**goes** 5:23 26:5
50:19 81:12
83:19
**going** 3:7 4:12
5:10,21,24 6:1
6:17 7:10,10
7:11,11 8:5,10
10:3,11 19:17
19:21 22:7,17
24:23 28:5,22
30:7 39:15,20
39:21 46:25
57:25 59:4,8
61:5,6 62:5,14
63:2,25 64:3,3
65:18 70:21
74:10,24 75:10
75:14,19 78:15
78:15,17,18
79:5,7,9,13,18
79:20 83:12,24
85:19 88:3
89:18 90:11
**gold** 26:17 30:21
**Goldstein** 76:4
**good** 2:5 5:16
8:15 16:6
17:24 23:16
31:10 33:14
37:21 39:9
40:23 42:22,23
43:11 44:12,19
45:24 46:22
53:25,25 55:5
55:9 57:9
61:17 62:12
66:7 73:18
75:5,18 77:2
88:4,5
**good-faith** 33:17
**goodness** 59:17
**Google** 17:19
27:2
**gosh** 22:9
**government**
45:16

**Governor** 94:6
**grand** 46:8
**grant** 18:23
**granted** 14:25
21:4 26:9,15
26:16,17 47:15
48:3
**granting** 12:12
**grateful** 31:21
34:13
**graves** 6:14,19
**great** 8:18 11:3
15:19 19:14
23:14 73:16
74:16 80:23
**greatly** 76:14
**groomed** 47:8
**ground** 5:20
**grounds** 43:6
63:21
**group** 2:24
36:13 45:7
**grow** 32:10
53:12 75:22
**guarantee** 11:3
**guardian** 18:1,5
18:6,9,15,21
25:22 33:2
49:18 67:25
68:1 73:9 84:5
84:12,19,21,23
**guardians** 15:5
84:6
**guess** 25:10
30:12
**guide** 56:24
**guilty** 46:2
93:13
**gun** 73:23 93:1,8
93:14
**gunpoint** 47:19
**guns** 38:6,7,11
41:8 93:2,9,17
**guy** 41:16 75:13
75:14 82:18
**guys** 7:16 8:4
37:17 41:23

——————
**H**

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**half** 17:13 64:5
  66:14,15 70:20
  90:22 93:4
**Hall** 28:23 36:17
**Hampshire** 1:1
  1:5 2:14 4:9,10
  4:13 5:1 7:3
  8:5,7,17 16:10
  16:12 19:25
  20:2,4 21:13
  23:18 25:13
  26:1,3 27:1
  29:1,6 30:24
  31:15,24 32:6
  33:23 34:21
  35:4 36:22
  40:5 46:8 54:4
  59:3 64:16
  66:9 67:2,4,11
  67:12 68:1,4,5
  70:6 71:19
  86:6 90:22
**Hampshire's** 9:4
**Hampton** 62:2
**hand** 8:9 45:17
  82:15
**handed** 55:17
  61:19 69:20
**handful** 17:6
**handle** 8:19
  10:17
**handled** 9:25
**handling** 29:3
  57:19
**handout** 3:14
**hang** 77:17
**Hanover** 86:6
**Hantz** 2:2,5 4:2
  8:12,14 15:10
  15:16 16:4
  23:11,14 29:13
  29:15 31:6,9
  34:2 37:7
  42:12,15,17
  43:8,10 46:15
  46:17,21 53:18
  53:20,24 55:17
  66:6 73:14
  80:4 81:11,15

83:2,12,15
  84:8,10,16
  85:16,21,25
  86:3 94:16,25
  95:3,7,11,13
  95:18
**happen** 22:8
  36:6 55:10,18
  64:15 74:19
  78:22 92:23
**happened** 22:7
  27:20 30:14
  35:2,16 51:4
  87:17 89:14
  92:20 94:12
**happening** 34:8
  35:1 64:20
  75:16 78:21
  87:1 89:22
**happens** 39:4
  53:14 54:22
  78:20 86:16
  89:17 90:9,24
  92:13
**happiness** 46:7
**happy** 46:13
  52:5
**harassed** 43:4
**harassing** 41:16
  83:4
**harassment**
  30:24 37:15
  38:24 39:17
  40:20,21 41:17
  46:5 83:23
**harassments**
  40:14
**hard** 24:12
  80:21
**harder** 59:15
**hardship** 39:25
**harm** 13:4 44:24
  45:23 64:20,25
**harmful** 44:22
**Harmony** 94:10
**HAVEN** 9:3
**head** 34:10 38:7
**heading** 22:19
**heads-up** 41:6

**heal** 20:23
**health** 8:5 20:16
  22:14 32:5
  50:20
**healthy** 52:5
**hear** 3:4 14:6
  34:17,24 35:22
  45:2,4 79:13
  83:2 92:2
**heard** 10:25
  15:4 19:15
  34:7 54:24
  56:1 60:20,24
  67:11 72:15
  74:25 83:5,6
  84:20 86:8,25
  88:9 91:21
**hearing** 1:6 2:9
  3:1,10,24
  10:19,25 11:8
  11:13 12:1
  17:1 24:8
  27:14 31:2
  44:9,15 71:6
  79:13 81:3
  95:21
**hearings** 10:13
  39:13 77:19
**heart** 5:25 26:5
  42:3 75:15
**heartache** 79:7
**hearts** 21:15
  73:25
**Heidebrecht**
  85:24 86:2,4,5
**held** 10:13 40:22
**Heller** 29:18
**help** 2:10 8:6
  21:12 35:11
  51:8 52:9,9,24
  52:25 53:8
  58:24 60:10
  61:19 66:2
  72:6,25 73:3,8
  73:8 87:23
**helped** 33:12
  57:23
**helping** 72:24
**helplessness**

49:20
**Hi** 4:7
**hidden** 35:18
  58:9
**hide** 7:19 58:4,9
**high** 20:10,12
  46:10 56:8
**high-conflict**
  23:4 39:19
  72:21 81:19
  86:25
**higher** 91:14
**highly** 32:13
  35:25 73:1
  89:20,23
**hire** 50:22 85:14
**hiring** 80:1
**history** 32:3,6
  50:20 88:17
**hit** 50:24
**hitting** 70:15
**Hodge** 4:6,7,8
  8:13 82:2
**hold** 36:3 75:17
  82:15 91:14,18
**holding** 2:9
  22:25 73:11
**home** 6:15 14:16
  24:16,18 34:9
  38:6 39:1
  40:17 41:17
  42:19,20 43:16
  49:18 56:9
  63:21 66:17
  69:17 70:15
  72:1
**home-based**
  43:17
**Honor** 23:16
  37:8 53:25
**honorable** 31:11
**honoring** 9:13
**Honors** 43:11
**hop** 26:22
**hope** 3:4 15:9
  36:7 37:2,3
  85:12 90:3
  94:14
**hopefully** 80:9

**hopelessness**
  31:25
**hopes** 88:24
**hoping** 25:5
**Hornick** 54:18
  85:20,22
**horrible** 32:22
**horrific** 17:11
  33:11 35:13
  36:4
**hospital** 38:13
  41:3 66:20
  68:2,2,5 70:3
  70:22
**hospitalized**
  66:19 68:11
**hotel** 68:21 69:6
**hour** 64:5 68:12
  78:11
**hours** 47:21 74:2
  78:8,8
**house** 7:6,14
  37:14 44:10,11
  47:18 77:20
**household** 48:1
  65:5
**housing** 56:10
**huge** 39:25
  40:10 42:6,6
  58:21 79:1
**human** 18:17
**humanity** 92:4
**hurt** 72:2 74:6
  76:18 77:8
**hysterical** 91:22

**I**

**idea** 42:11 43:18
  57:9 62:12
**identify** 27:17
**IEP** 67:20 68:3
  70:4
**IFB** 24:22 25:5
  25:12
**ignored** 33:1
  39:23 93:20
**illegal** 45:10
  78:14
**illiterate** 17:11

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

illusion 45:15
imagery 5:15
imagine 33:20
imbalance 46:3
immediate 48:1
56:15,18 64:25
immediately
21:22 59:24
67:25 92:24
immigration
11:15 67:9
imminent 41:9
64:25 65:2
immune 82:25
impact 16:1
36:9 40:10
42:5,6
impacted 9:23
31:17
impacts 15:21
56:14
imperative
55:16
implementing
89:19
implicit 22:19
implies 81:19
87:1
implore 53:10
importance
55:12
important 8:22
8:22 15:7 28:6
36:11 51:12,22
60:8 65:18
78:6 82:1
86:17 90:6,12
importantly
56:2,2
impossible 17:17
impoverished
79:9 83:24
impoverishing
83:25
improperly
14:24 15:1
improve 2:22
90:4
improvements

80:7
improves 65:11
65:11
inappropriate
49:6,12 63:16
incarcerated
51:20 53:1
69:24
incident 41:5,6
92:25
include 2:11
13:6,11 56:8
86:13
included 3:21
8:19
including 30:2
32:17 33:22
62:5 65:5
87:13
income 56:11
inconvenience
47:17
increase 85:14
increasing 2:18
28:10,11 85:8
increasingly
63:10
incredibly 48:13
49:12
independent
24:4
indicated 65:20
indiscernible
34:19 42:13
77:15 83:16
94:17
individual 52:10
55:19,25 61:2
individuals
33:24 34:21
54:11 59:13
63:5,7 92:22
inexpensive 33:7
infliction 65:6
inform 9:18
information
3:13,16 7:13
13:22 30:5,8
32:8 44:22

49:2 50:17,21
87:15,18 95:4
informed 13:21
inherently 58:25
initial 24:9 47:3
86:20
initially 17:15
50:8 56:17
initiated 68:7
injuries 34:9
injury 19:4
innocent 28:19
43:16 45:5
46:1
input 2:23 95:22
inquiry 30:2
inside 32:17
Instagram 6:20
instance 12:2
instances 54:24
institution 38:22
instructions
3:20
insurance 78:25
79:6
intentional 65:6
interest 32:18
interested 32:20
35:11 78:1
interests 49:22
interference
4:15 12:16
15:8 16:7 22:3
26:12 29:4
35:5 38:8
42:12 46:5
57:7 58:17,23
64:13,19
internet 26:25
interpret 18:6
interrogation
78:3
interrupts 83:25
84:1
intervention
12:12 88:20
90:15,17 91:6
interventions
91:2

interviewers
33:19
intimate 8:23
intimi 83:4
intimidating
83:5
Introcaso 25:21
44:10
invasion 24:15
invasive 48:13
88:12
investigating
92:15
investigations
40:13
invited 93:21
invoke 46:25
involve 29:7
involved 11:11
28:24 32:4
56:15 64:5
65:12 72:6
74:6
involving 29:1
ironic 94:8
irrelevant 28:8
isolated 35:15
35:20
issuance 14:12
issue 9:21 10:12
12:5,15 14:7
14:11 55:11
56:6 58:21
61:22 62:7,21
63:19 64:17
77:21
issued 12:8
13:25 15:22
18:3 24:2,10
24:21 49:10
issues 9:7,11
11:16 14:16
32:5 39:23
56:16 58:19
62:3,5 63:12
item 26:22 27:6
28:10,22 30:1
30:2
items 86:11

J
jail 18:10,16
91:11
January 1:7
9:14 58:7 67:9
67:9
jarring 48:11
Jenesse 76:6
jeopardized
40:22
Jersey 16:9
job 9:1 26:13
33:5
jobs 36:19
joined 11:9
Joining 2:23
joint 71:9
Jones 16:5,6
23:13
judge 9:6 10:12
13:6 19:18
23:5 24:3,21
25:11 27:15
28:23 32:19
33:1,8,10,20
33:23 34:16,18
36:17 39:4
40:15 48:19
51:15 54:6
56:23 57:1,11
57:19 65:3
75:1,2,8,11
77:19,24 81:5
81:9 82:11
88:21 91:1
92:1 93:19
judge-to-judge
13:12
judges 4:24,25
5:1,14,16
10:16,16 14:19
21:6,8 22:10
22:15,19,21,22
23:3 28:9
33:16 35:24
36:9,15 39:13
39:19 56:23
57:12 59:12
61:20 62:19

73:9 74:20
75:7 76:1,11
76:20 79:3
83:10 87:5
90:10 91:17,18
**judgments** 13:4
**judicial** 2:7,25
  3:2 12:12 26:3
  26:24 28:7,8
  30:16 31:24
  33:22 35:19
  37:2 45:20
  55:13,16 58:12
  60:8 89:3 90:1
  91:14,20
**judiciary** 36:22
  86:18 90:5
**juicy** 84:5
**Julie** 25:21
  44:10
**July** 16:8
**junior** 46:10
**jurisdiction** 9:21
  10:1 29:3
  64:13
**jurisprudence**
  28:16
**justice** 2:2,5,6
  4:2 8:12,14
  15:10,13,16
  16:4,21 18:12
  23:11,14 29:13
  29:15 31:1,6,9
  31:10 34:2
  37:7 42:12,15
  42:17 43:8,10
  46:15,17,21
  53:18,20,24
  55:12,17,21
  66:6 73:14
  79:12 80:4,12
  81:11,15 83:2
  83:12,15 84:8
  84:10,16 85:16
  85:20,21,25
  86:3 89:7
  94:16,25 95:3
  95:7,11,13,18
**justification**

24:9

_____

**K**

**Kathleen** 25:22
**Kathryn** 16:5
**Kathy** 74:15,16
  74:17
**keep** 5:10,11 7:3
  7:4 16:23
  39:20 40:19
  83:24
**keeping** 88:21
**keeps** 76:21
**Kelly** 9:6
**kept** 6:17 21:25
  70:20
**kid** 7:7
**kidnapped**
  47:19
**kids** 4:21 5:21
  15:19,21 16:2
  16:3 25:4,5,25
  41:9,9,12 42:6
  43:6 63:21
  73:24 74:6
  75:14 78:17
  81:7
**kill** 47:22 74:24
**killed** 35:14
**kind** 4:23 16:15
  19:21 25:6
  26:2,8 27:21
  27:22 28:22,23
  29:5,24 30:1
  37:19 41:5
  53:12 77:16
  79:2,4 80:24
  81:13 88:13
  89:13
**kinds** 12:6 14:17
  38:14
**knew** 16:18 51:2
  82:10
**know** 5:1,1,2,3
  5:23,25 6:4,9
  6:25 7:1,15,15
  7:16,20 8:4,4
  8:23 9:1,7,10
  10:9,11 14:10

14:19 15:20,21
19:16 21:17
22:11,20 24:12
25:13,20 27:4
27:13,20,21
28:20 30:14,15
35:23 37:18,20
39:13,21 50:11
50:15,16 51:20
52:8,22 53:6
53:13 54:22
55:17 57:21
62:2,20 64:15
65:18,20 66:3
74:1,4,7,18,18
74:23 75:15,23
77:15 79:9
80:23,23,25
81:20 82:9
83:17 84:18,25
85:4 86:8 87:2
87:7,23,23
88:10,10,11,13
88:14 89:14
90:2,7,7,10,12
90:23,24 91:5
91:11 92:5,7
92:13,21 93:23
94:3,14
**knowing** 69:22
**knowledge** 30:9
**known** 48:7
  74:17 77:7
**knows** 49:19
  54:19 93:12
**knucklehead**
  92:3
**Korean** 78:3
**Krueger** 58:4

_____

**L**

**lack** 17:16 40:2
  44:21
**ladies** 66:10
**large** 13:18 55:3
  56:3
**largest** 4:8 68:4
**lastly** 20:24 93:1
**late** 51:7

**law** 2:14,20 9:19
  10:10 12:7
  13:21 23:24
  27:4 29:1,5,11
  29:23 39:16
  43:22 45:15
  46:11 52:2
  54:4,5 64:14
  64:16 75:19
  76:15,17,18
  80:15 81:4
**lawlessness**
  45:15
**laws** 32:18 86:21
**lawyer** 8:16
  59:14 71:4
**lawyers** 8:18,18
  58:21,24 59:18
  60:4 61:20
  64:4 65:3
  72:25
**lazy** 22:2
**lead** 64:3 88:24
**lead-up** 88:13
**leader** 25:5 26:1
  27:1
**leadership** 24:7
**leads** 28:8
**lean** 34:12
**learned** 17:1
  32:14 33:21
  35:8 85:5,9
**learning** 35:11
  39:15
**leave** 4:16 7:20
  25:7 37:6
  69:16 72:5
  86:9
**leaving** 86:7
**Lebanon** 54:4
**led** 14:2 40:10
  48:25 49:2
  94:11
**left** 22:25 31:24
  34:4,6 79:18
  86:17,19
**leg** 21:20
**legal** 2:19 16:14
  17:14 18:21

19:6 27:8
32:13 33:5,6
40:20 46:5
54:5 58:20
59:4,5 66:24
71:8
**legally** 19:20
**legislative** 55:15
  59:9 80:5
  84:11
**legislator** 85:8
**legislature** 33:12
  59:3 60:10
  64:1 86:21
**legislature's**
  88:22
**legitimate** 26:14
**legitimately** 93:6
**lengthy** 32:5
**lens** 74:10
**let's** 5:9 80:11
  84:4
**letter** 52:12
  68:25 69:8
**letters** 70:5
**letting** 61:22
  62:1 66:4 91:9
**level** 37:16
**libel** 45:18
**liberties** 45:1
**library** 27:4
**license** 70:11
**licensing** 84:19
  90:14
**lie** 80:14,17,17
  80:19
**life** 23:23 31:17
  31:17 45:11
  52:7 79:15
**life-or-death**
  36:21
**lifelong** 36:20
**lifetime** 32:7
**light** 29:4 42:23
**likelihood** 15:23
**likes** 77:25
**limit** 3:8
**limited** 3:6
  15:18 39:17

54:12 61:11
**limiting** 46:6
  83:4
**limits** 63:4
**line** 21:12 63:6
  72:22 76:22
**list** 2:25 4:6
  28:22 47:2,3
**listen** 25:8 31:18
  57:21 73:10
**listened** 9:14
**listening** 95:17
**litem** 15:5 18:1,5
  18:7,9,15,21
  25:23 33:2
  49:18 67:25
  68:1 84:6,6,19
  84:21,23
**litems** 73:9
  84:13
**literally** 36:21
**litigant** 57:22,22
  92:6
**litigants** 9:18
  55:25 59:1
  62:19 65:12
**litigations** 40:7
**little** 2:3 6:25
  7:17 37:17,19
  45:11 46:25
  80:13 81:12
  84:13 85:12
  93:19
**live** 19:5 34:18
  52:4 56:9 57:7
  60:2 86:6
  90:18
**lived** 66:15,22
  70:8
**lives** 11:7 35:6
  71:20 75:23
**livestream** 2:3
**livestreamed** 3:1
**living** 37:11 48:1
  70:19
**LLC** 1:17
**lobby** 3:14,22
**local** 17:13
  22:13 23:3

30:17 67:22
  68:6 70:3 94:1
**located** 24:4
**lodged** 94:4
**Logan** 69:20
**long** 21:25 48:2
  50:23 61:7
  69:19 92:2,6
**longer** 4:14,16
  34:25
**look** 2:23 22:9
  29:2 46:2
  61:23 77:10
  82:15 86:19
  90:3
**looked** 52:10
**looking** 26:8
  47:22 82:14
**looks** 4:21 5:2,4
  50:20 78:2
  89:16 95:3
**loophole** 93:18
**loopholes** 7:8
**lose** 8:1 60:2
  63:21 73:6
  78:17 88:19
  89:2
**losing** 76:7,8
**lost** 26:2 41:9
  42:25 87:11
  94:10,11
**lot** 6:23 8:4 42:4
  42:22 44:24
  45:2 48:21
  59:17 61:8
  62:4 64:14
  74:12 76:25
  89:17 94:14
**lots** 5:15 74:10
**love** 8:7,7 21:13
**loved** 75:1,1
**low** 44:16
**Lowell** 38:12
**lucky** 73:21
**lunchtime** 82:24
**lying** 17:25 22:2

———————
**M**
**Ma'am** 94:21

**machine** 69:11
**mad** 79:18
**madness** 44:18
**magistrate** 54:6
**mail** 3:11
**maintain** 56:9
  56:10
**maintained** 71:7
**majority** 11:3
  90:6
**making** 2:15
  5:17 26:23
  30:10 55:19
  63:25 78:23
  80:7
**male** 90:11,13
**malicious** 30:5
**managing** 46:4
**mandate** 88:16
**mandated** 47:25
  90:23
**mandatory** 87:6
**manic** 38:18
**manipulated** 6:1
  33:24 44:19
**manipulation**
  73:3 88:4
**March** 96:15
**Marconi** 2:2,5
  4:2 8:12,14
  15:10,16 16:4
  23:11,14 29:13
  29:15 31:1,6,9
  31:10 34:2
  37:7 42:12,15
  42:17 43:8,10
  46:15,17,21
  53:18,20,24
  55:17 66:6
  73:14 80:4
  81:11,15 83:2
  83:12,15 84:8
  84:10,16 85:16
  85:21,25 86:3
  94:16,25 95:3
  95:7,11,13,18
**marital** 24:16,18
  25:23 38:23
  40:15,18 41:3

43:23
**mark** 24:21
  50:24
**marriage** 24:11
  38:4
**mask** 71:3
**Massachusetts**
  20:4 24:5,22
  26:7 28:25
  29:1 32:6 35:4
  66:23 67:1,4
  67:10 71:18
  76:15
**massive** 16:25
  17:6
**Master** 25:24
  43:23
**material** 94:22
**matter** 34:7
  52:18 53:1
  62:19 78:5
  96:5
**mean** 5:13 6:25
  7:2,12 14:23
  26:17 27:12
  57:10 63:3,20
  63:22,22 65:23
  78:20 79:3
  83:20 90:6
  92:7,11
**means** 6:22
  17:22 64:24
  66:2 93:7
**meant** 47:2 52:2
  52:3 64:24
**measures** 36:8
**mechanism**
  44:25 63:15
**mechanisms**
  60:22 61:9,18
  65:11 89:11
**mediate** 67:19
**mediation** 48:14
  49:6,16 87:6
  87:10,12
**medical** 32:24
  33:18 39:15
  40:3,4 78:24
**medicate** 69:10

**medication**
  69:10
**medicine** 5:6,7
**meet** 56:22
**meeting** 3:4 9:15
  9:16 12:13
  58:7 67:22
  69:1
**meetings** 9:14
  69:3
**meltdowns** 70:2
**member** 3:20
  58:1,16 62:25
**members** 2:24
  2:25 15:2
  23:17 31:11
  37:8 43:11
  54:2,20 56:13
  56:22 57:5
  65:5 66:9
**Memorial** 51:4
**memories** 42:4
**men** 80:17 91:5
**mental** 8:5 20:16
  22:14 32:5
  38:22 50:20
**mentally** 53:9
**mention** 29:19
  45:12 73:23
**mentioned**
  12:16 13:6
**messages** 72:5
  74:14
**messed** 93:19
**met** 33:15 42:22
  75:1
**Meyers** 89:6
**Michigan** 25:1
  29:2
**microphone**
  3:25
**microscope**
  21:23 73:6
**middle** 41:25
  73:24
**mimics** 86:15
**mind** 27:23 50:6
  52:5 53:21
**minds** 21:15

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

mine 34:22
minor 24:6
   88:25 89:1
   92:24
minority 45:7
minutes 71:1
   84:24 85:1
misdiagnosed
   20:17
misinterpreted
   17:24
missing 26:10
   85:12
mistake 25:10
mistakes 26:12
   39:5
misunderstand
   58:7
model 35:7
modern 89:4
modifications
   64:2
mom 5:22 6:2,6
   17:11 24:10
   73:21
moment 88:6
Monday 3:18
money 16:3
   18:13,13 21:10
   46:5 50:17
   62:23 65:16
   70:17 76:25
   77:4 78:12
   79:1,11
money- 78:22
money-grubbi...
   22:3
money-making
   78:23
Monica 89:9
Monigle 66:8,9
monster 52:15
month 3:16 20:1
   94:8
months 10:24
   11:12 24:8
   41:14,18,19
   44:6 47:19
   67:16 71:14,20

72:12 78:9
   79:14 83:11
Moore 24:3,22
   25:21
morning 17:2
morons 25:25
mother 17:13,18
   18:2,6,10,11
   18:13,16,19,24
   31:13 32:10
   37:21,24 38:16
   39:9 40:24
   41:11 53:15
   69:19 70:16
   75:11,12 86:5
mothers 16:22
   20:5,8 76:7
motion 91:15
motions 17:20
   18:9 39:14,18
mount 44:18
move 6:21,21,22
   12:3 67:10
   83:13 89:24
   93:19
moved 66:16
   67:2
moves 93:6
moving 89:25
multi-day 63:11
multi-state
   28:25
multiple 51:9
   76:4 90:19
Munchausen
   70:23
murder 28:18
mutual 14:12
mutually 10:20
────────
        N
────────
N 1:17
naïve 32:3
name 8:15 23:17
   27:17 31:12
   45:2 48:7
   74:23 86:5
name's 4:7
name-calling

91:15
names 58:17
   73:19
narcissistic 5:3
   38:18
narrative 44:20
   57:9
narrowed 14:23
   15:3
narrower 81:12
Nashua 23:18
   24:1 25:20
national-known
   20:3
nationally 5:1
nature 64:12
near-constant
   34:4
nearly 35:14
   71:17
necessary 51:14
need 11:8 20:21
   21:12 26:11
   28:3 29:2
   35:23 37:5
   41:3,4 43:24
   52:20,20,23
   55:13,19 56:5
   56:14 57:16
   60:3,11 61:4
   61:15,19,23
   66:2 74:22
   75:24 76:19
   78:4,5 89:23
needed 2:13
   16:12 35:1
   43:4 84:24
   90:2 91:8
needs 7:7 16:3
   20:9 49:21
   79:12 80:12
   85:5 88:5
negative 17:22
   17:23 47:7
negatives 92:18
neglect 54:13
negotiated 60:13
neither 35:20
never 11:24,24

23:23 34:7
   38:19 41:20,21
   41:21 43:19
   48:7,8 50:14
   52:6 60:19
   69:18 71:18,19
   74:25 86:8
   88:17
new 1:1,5 2:14
   4:9,10,13,25
   6:23 7:3 8:5,7
   8:17 9:4 16:8,9
   16:11 19:24
   20:2,3 21:13
   23:18 25:13
   26:1,3 27:1
   29:1,6,20
   30:23 31:14,23
   32:6 33:23
   34:21 35:4
   36:22 40:5
   46:8 51:17
   54:4 59:3
   64:16 66:9
   67:2,4,10,12
   68:1,3,5 70:6
   71:19 74:9
   86:6,21 90:22
NHCADSV 82:8
   82:19,25
night 17:1 41:16
   41:25 72:23
nights 72:23
nine-month
   11:23
nobody's 26:17
noise 42:1
nonspecific
   20:19
Nope 82:16
normal 41:20
   86:15
North 78:2
notes 17:3 68:4
   70:3
notice 63:7
notices 93:21
notification
   93:15

notify 87:5
notion 64:18
November 25:3
   25:3 94:7,10
   94:11
number 3:17,17
   3:21 8:19 9:9
   9:25 20:8
   53:16 58:20
   68:3 92:17,19
   95:5
numerous 32:24
────────
        O
────────
Oberman 89:9
obligation 36:23
observed 77:15
obtain 14:15
occasions 91:24
occur 14:17
occurrence
   93:24
occurring 32:23
ODD 20:10
Odom 96:2,7,15
odyssey 16:19
offender 32:7
   89:13
offensive 13:6,7
   13:9
offer 59:18
offered 82:13
offering 8:3
   90:22
office 3:12 8:9
   30:17 50:19
   95:8
official 96:4
officials 49:11
   74:21 89:3
   91:14
oftentimes 7:19
   54:16,17 56:5
   59:16,25 60:1
   60:13 63:10
   64:4 65:23
oh 4:2 75:10
   78:3 80:17
   85:7 94:22

**okay** 2:2 42:14
56:22 57:25
58:3,12 62:22
75:15 80:18
82:14,16 83:14
84:6 85:25
86:3 95:6,21
**old** 38:10 47:10
48:6 61:15
66:15 67:3
72:3,15
**older** 66:18
68:10 69:10,10
69:25 70:21
**oldest** 31:17
**once** 22:1 43:18
65:24 68:16
74:13 76:9
**one's** 56:8,9,10
62:25,25 63:14
63:21,21
**one-week** 69:17
**one-woman**
21:11
**ones** 21:4 61:4
85:2
**ongoing** 12:24
32:23 37:4
**onset** 93:2
**onus** 53:7
**open** 10:12
**operate** 59:10
**operates** 45:8
**opportunities**
52:9
**opportunity** 3:8
16:7 17:9 44:7
46:23 49:5,13
50:10 66:11
**opposed** 17:23
**opposing** 70:21
**opposition** 44:18
**option** 49:5
51:24
**options** 80:25
**order** 3:25 6:18
8:19 9:25 10:6
10:8,14,21
11:3,12,17

12:16 14:1,14
15:12 16:13
19:4 20:21,22
24:5,9 25:11
25:21 28:1
38:24 39:7
40:15,18,19
47:15 48:3
50:25 51:3
56:25 67:4,10
67:24 68:19
69:12 71:7,8
71:17,18,19
76:12 77:15,25
79:3,4 88:21
93:14 94:4
**ordered** 33:3
39:22 67:25
68:14 73:5
77:18 79:3
88:17,18 90:16
**ordering** 75:2
91:7
**orders** 2:16 10:2
10:18,23 11:1
12:8 13:15,25
14:4,12,21,25
15:1,22 18:3,6
19:22 26:9,14
26:16 36:17
39:7 51:1,8
52:22 56:18
60:16
**organization**
94:1
**organizations**
34:23
**original** 10:25
**originally** 93:17
**other's** 24:10,12
**outside** 33:21
51:11 71:13
**outstrip** 79:6
**overlook** 19:18
**overlooked**
71:22
**overnight** 68:20
69:9
**overrun** 45:21

**oversight** 36:8
36:13,24
**overwhelmed**
45:14
**overworked**
28:8
**owned** 43:16
**owner** 37:21
39:9
**owning** 47:17
**oxygen** 37:25

_____
**P**
**p.m** 2:1 95:24
**packet** 52:12
**page** 70:21,21
**pages** 75:6
**paid** 18:12
**pain** 34:8 70:24
**paint** 74:20
**pandemic** 71:25
72:17
**paper** 47:16
95:1
**paperwork** 49:4
49:7 51:23
52:18 53:2,3
**parent** 31:23
33:5 52:15,16
56:8 70:23
74:8 78:4,10
84:21 85:3
86:8 87:24
89:2
**parental** 49:14
61:1 65:8
**parenting** 14:16
32:19 36:1
48:9 51:22
52:12 65:4
73:2
**parents** 16:2
32:16 33:14,15
37:24 41:18,25
52:13 68:14
78:14 88:23
**part** 9:23 13:16
14:7,11 15:25
21:18 22:15

30:15 34:16
39:17 51:13
63:11 70:24
76:1 78:19
83:23 91:7
**parte** 24:10 41:7
56:17 57:24
67:24
**participant** 3:6
**participate**
68:25
**particular** 20:13
75:8 78:13
**particularly**
17:10 29:4,17
91:16
**particulars**
23:21
**parties** 9:13
10:19,20 27:13
45:13,24 52:13
60:13 88:24
**partner** 8:23
35:3 56:6
62:23 92:14
**parts** 27:9
**party** 24:24
25:18 28:3
62:24
**pass** 33:12
**passed** 90:22
**passion** 35:9
46:25
**passionate** 35:9
**passive-aggres...**
69:2
**passports** 69:21
**passwords** 24:12
**pasting** 17:20
**patient** 85:6
**patients** 4:9,14
6:11
**patients'** 7:19
**pattern** 12:24
**Paul** 24:3,22
25:21
**pay** 18:11 78:10
78:14 79:1,19
79:21 95:9

**paying** 79:25
84:22 85:3
**peace** 20:22
**peaceful** 23:25
**peacefully** 25:15
**pediatric** 5:7
**pediatrician's**
50:19
**peers** 36:17
**penalized** 33:10
**penalizes** 88:7
**penalties** 30:11
30:13
**penalty** 79:23
80:2
**pending** 29:20
**people** 3:5,24
5:8,11,13,17
6:4,5,23 7:15
7:24 9:22 17:4
24:12 35:22
36:6 41:1
42:22 45:7,23
46:6 52:8,17
54:25 55:1,2,3
55:4,6 56:5
57:16 58:21
59:6 60:11,19
61:5,10,11,19
61:22 62:1
65:15,20 66:1
66:3 74:13
75:4,15,17
76:24 77:10
78:2 79:4,9,10
79:10 80:21,22
80:22 81:20
82:22 83:10,20
83:24 85:13
86:7 87:1 91:7
91:10 92:6
94:18
**people's** 7:18
73:18
**percent** 18:4
20:5,8,15,24
21:1 26:14,15
77:4 85:5
90:13,13

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

perception 58:11
perfect 26:17
perfectly 13:18
period 9:22 11:18 28:19 61:9
perjury 93:7
permanent 10:6 13:25 16:9,19
permanently 18:25
permission 6:13
permitted 63:7
perpetrating 91:17
perpetrator 16:16
perpetrators 17:8
perpetual 31:25
person 8:9 23:25 32:4 49:19 55:7 57:23 60:25 63:15 74:18 77:13 79:24 81:24 82:1,8,10,11 82:20 87:3 91:25 92:15
personal 18:13 19:24 79:4 84:2
personality 5:3 20:19,20 38:18
personally 57:14 93:21
personnel 75:25 76:19 85:14
perspective 28:15 48:25
perspectives 31:2
petition 10:14 10:25 12:23 30:10 48:10 52:12 56:16,16
petitioner 13:1,7
petitioner's

12:10
petitioners 14:14
petitions 13:23 13:24 14:1 27:16 54:11,12 58:4 60:23 63:1
pew 25:4 28:2
Phoenix 1:18
phone 67:17 68:5 72:4,24
phones 7:19
phonetic 10:2 42:7 74:15 89:7,8,10
physical 16:14 18:21 19:6 32:24,25 56:5 66:24 71:8
physically 65:21
pick-up 4:4
pictures 6:20
piece 47:16 95:1
pieces 4:22
pilot 19:16
Pistol 29:20
place 4:19 9:3 11:4 36:2 60:2
placing 46:5
plaintiff 27:11 27:19 30:4
plaintiffs 8:20 10:22,23 11:2 11:9 14:9,13 15:9 27:16 28:12 56:4,12 56:24 57:3 58:13 60:5
plans 65:4
plea 47:24 91:7
pleading 93:13
pleadings 40:7
pleads 27:20
please 43:12 49:11 73:8,8 73:10
plenty 53:5
Plymouth 57:21

pocket 79:1
point 18:1 22:18 26:10 28:7 29:16 38:21 39:24 41:1 47:13 54:15,23 60:7 71:4 89:3 91:9
pointed 38:7
pointing 31:2 76:5
points 47:2 74:11 86:10
police 6:12 22:14,23 30:17 38:4,5,20 40:24,25 41:6 41:15 44:8,14 72:23 76:11 88:8 92:24 93:16
policy 9:8 55:19
politicians 73:17
poor 60:25
population 7:9 90:13
portion 50:25
Portsmouth 8:16
position 25:12 36:20
positions 36:23 90:5
possible 4:12
post 3:12 95:8
post- 86:13
post-separation 86:14,23 92:14
potential 64:1
potentially 23:2 23:3 56:6
power 31:19 34:15 36:20 46:3 63:15
powerful 36:23
practical 62:18
practice 30:14 54:4,9 57:11 63:11 64:15

65:14 91:15
practiced 57:6
practices 2:11 4:9 77:22
practitioners 15:5
precedent 44:25
precious 43:3
predator 18:22 19:1,2,4 20:21 34:11 47:8
predetermined 44:20
predominantly 5:24 87:3 90:10 91:5
preference 88:22
pregnancy 18:20
pregnant 32:9 47:11,20
preliminaries 3:23
prepare 17:2 57:23 72:25
prepared 15:17 31:7 59:2,3 63:8
prescribed 69:11
present 12:9 24:17 44:7,8 62:16 81:24 82:5 92:25
presented 70:6 80:15
presents 72:9
preside 35:25
presumption 45:17
pretty 26:25 29:24
prevent 64:20 64:24
previously 48:5
primarily 16:22 20:3
primary 7:22,23

55:10
principles 15:13
prior 23:24
prison 75:13
privacy 24:15
private 14:18 54:9 65:14
pro 14:21 27:7 58:25 79:10 80:21 92:6
probably 38:1 38:10 75:18 76:3
problem 8:24 73:20
problematic 62:18
procedure 2:12
procedures 80:23,24 84:5
proceed 3:23
proceeded 72:7
proceedings 1:20 2:1 13:16 14:22 27:13 63:11 95:24 96:4
process 9:13,24 10:8,9 11:20 21:1 33:15 36:12 45:9 50:18 51:19 52:25 55:23
proclaimed 94:7
produced 1:20
profession 72:19
professional 33:3 37:5 70:11 96:5
professionals 32:13,24 61:20 89:4,20 90:1
profoundly 31:17 33:25
progeny 29:19
program 7:2 21:9,18 59:20 59:21,21 90:17 90:19,22 91:12

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

programs 17:16
90:15 91:3
progresses 4:5
prohibits 24:23
project 19:16
21:25
promise 85:7
proof 13:2 64:23
proofreader
96:2,16
proper 80:23
property 43:21
43:23 45:18
proposal 58:15
proposals 56:21
62:17
pros 59:7
Prosecute 92:22
prosecuted 30:4
prosecutor
87:19
prosecutorial
87:15
protect 13:17
16:1 25:12
30:22 33:9
34:4,5,11 42:1
43:5 45:20
52:3,3 72:13
86:22 87:13
protected 11:4
protecting 32:20
protection 11:8
16:19,24 19:19
22:14,24 28:14
30:24,25 43:2
50:2 52:21
protective 2:16
10:2,14 12:8
12:15 13:15
14:4,14 16:22
31:23 32:17
33:14,15 36:17
48:3 51:1
66:22 75:12
93:14 94:4
protocol 9:2
90:14 92:23
protocols 4:19

6:8 9:6
proven 71:10
provide 9:12
36:8 61:23
69:9 71:23
provided 9:3
21:19 68:1
82:8
provider 4:18
7:22
provides 12:21
13:22 33:13
59:5
providing 30:5
58:20 66:3
provision 33:13
proximity 12:22
proxy 70:23
psychiatric 4:8
6:17 7:22,23
68:4 70:3
psychological
56:7
psychologists
61:21
psychology 5:6
PTSD 5:2 7:25
37:19 41:25
82:3
public 1:6 2:9,17
3:1 6:24,24
7:13 9:8 11:5
25:5,16 26:24
30:20 35:17
36:16 43:12
46:18 54:2,7
54:18 56:3
58:1 91:10
publicly 21:21
published 27:1
punished 88:11
92:11
punitive 51:14
purely 63:9
purposes 87:21
pursuant 24:16
pursuit 46:7
push 45:9 87:10
pushed 68:8

put 3:7 7:7
21:15,23 29:24
35:1 38:22
39:5 40:14,23
47:20 48:8
80:2 93:13
putting 4:21,23
6:20

—————

**Q**

qualified 21:2
question 10:13
30:12 63:4
94:21
questioning
56:24 57:2
questions 31:4
46:13 57:24
60:4 93:25
quick 41:5
quickly 9:15
32:11,12 47:11
quietly 25:4,15
Quincy 76:16
quite 37:13 56:4
87:25
quote 30:8 76:2
78:13 88:21
quoted 74:16

—————

**R**

racing 42:3
raised 10:12
rant 72:7
raping 19:7
rapist 19:6
rare 95:10
rave 72:7
reach 3:20 60:13
reaction 47:3
read 24:10 26:1
30:7 51:8
74:14 75:6
95:16
reader 75:5
reading 18:3
47:1
ready 2:2
real 6:24 8:24
15:8 24:17

26:6,13 36:2,8
45:3,8 64:25
82:6 91:24
reality 4:20 6:10
realize 89:17
realized 47:11
really 4:21 5:10
5:16,17 17:23
21:14 51:21,25
54:25 55:1
56:8 57:9 61:7
62:12 65:23
75:5,6,24
76:18,19,19
77:2 80:21
84:4 86:15,17
90:12 92:19
93:11,24 94:3
94:13 95:9
reason 5:12
18:22 43:21
44:12
reasonably
12:25
reasons 64:21,22
reassured 82:21
rebuilding 35:6
recall 44:16
recap 41:14
receive 3:19
21:9 34:21
68:24
received 49:4
71:23 93:15
receiving 48:11
recognize 76:20
recommend
10:18 36:7,12
86:9
recommendati...
91:4
recommendati...
23:6 33:2
56:18 60:9,10
64:1 80:7 83:3
91:19
recommended
18:21 66:21
69:15

record 23:17
41:21 95:16
recorded 1:20
recording 1:20
3:2,2 40:16
96:4
records 39:3
68:3 90:20
recover 20:23
reduce 76:10
reduced 58:18
reducing 76:14
referenced 10:5
reflects 52:18
reform 75:21
refuse 49:5 72:4
refused 18:7
68:20,24
regard 23:21
26:22 27:6
28:10 30:1
regarding 2:14
63:8 69:7
regardless 12:22
registered 32:7
regression 70:1
regular 57:11
79:4
regulations
90:23
reinforced 76:5
reinforcing 80:9
related 2:15,17
19:20
relations 45:24
relationship
4:17 12:3 40:9
44:4 61:6 63:5
78:4,6 86:20
relationships
2:20 16:1
Relative 84:4,5
relatives 56:13
relaxed 64:21,22
released 41:3
relevant 2:22
12:14,20 29:17
29:24
relief 9:12 11:12

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

12:13 13:24,25
rely 51:2
relying 91:3
remain 55:16
remained 34:22
remains 11:3
remarks 3:6
15:6
remedial 64:12
remember 38:1
73:18
remembered
10:4
remind 55:13
remote 39:15
remove 87:24
92:17
removed 93:2
renew 50:25
renewal 50:24
renewed 52:23
renewing 23:2
rep 74:13
repeated 83:5
repeatedly 17:24
21:3 34:24
83:25
report 33:14,22
37:2 38:5,15
38:20 40:24,25
41:7,15 44:15
68:10 70:5,14
91:17 92:22,24
reported 68:13
69:13 94:11
reporting 32:21
33:10 77:8
reports 44:8
68:2 70:4,4,22
represent 18:14
59:13 65:23
representation
60:5
representative
9:3
Representatives
37:15
represented
55:2 91:23

representing
10:22 11:2
17:12,18 54:10
54:10,11 61:12
65:14 85:3
90:12
request 13:25
21:3 30:16
50:16 67:10
68:22
requested 48:14
48:14 87:19
requesting
67:24 93:15
requests 87:13
require 63:12
87:5 92:24
required 22:15
24:3 27:17
43:22 62:15
requirement
13:2 22:11
requires 46:1
59:9 62:9
requiring 24:21
research 64:17
72:19 87:16
89:4
residence 7:4
66:21
resident 23:18
24:24,25 67:6
resides 28:3
resolutions 60:9
60:14
resolve 88:25
resolving 63:12
resource 23:2
37:4
resources 2:12
28:7,8 40:8
respect 17:4
62:3,8,21
63:19 64:10
respected 68:5
respectfully 86:9
95:15
respond 15:14
respondent

43:16 45:6
respondents
45:5
responsible
49:15,16 92:15
rest 83:2
restraining 6:18
8:19 9:25 10:6
10:8 16:13
38:23 40:15,18
40:19 47:15
50:25 51:3
52:22 76:12
restrictions 66:3
result 11:15,16
results 59:16
retaliation 33:16
return 41:19,22
69:25 93:14
94:4
returned 34:9
41:13 69:5
93:9
reunification
69:15 74:25
77:6,11,12,18
77:25 78:23
84:25
reunify 67:21
reversal 28:16
reverse 89:12
reversed 48:24
revictimized
20:25
revictimizing
35:12
review 2:10,11
9:10 23:4,5
29:10 91:20
reviewed 94:15
revised 9:6
reward 45:12
74:7
Rhonda 4:6,8
82:2
rich 79:10
Richard 77:7
rid 84:17
Rifle 29:20

right 5:22 7:2
8:5,10 10:19
16:18 26:16
28:6,20 30:15
30:23 37:1
42:17,19 50:16
51:11,22 56:8
56:9,10,11
57:13,15 58:2
59:24 63:4
66:8 73:9
77:20 79:23
80:8 81:2,3,5,6
81:15,23,24
84:8,16 85:18
90:18
rights 8:1 29:8
32:20 33:6
40:12 43:1
45:1,4,20
46:11 49:14
61:1 65:8
87:10
rippled 39:25
risk 9:12 55:8
56:2 69:23
room 37:18 42:2
48:15 51:18
roommates 63:1
rooms 72:23
rooted 74:22
Rosenfeld 89:9
roughly 90:13
round 72:13
routinely 19:9
20:1
RSA 12:20
27:17 30:15
33:13 38:24
39:1 43:1
62:15 83:8
RSAs 83:7
RT 85:1
rug 35:17
rule 83:8
rules 64:22
73:17 81:4
92:7,9,11
ruling 36:15

run 28:13 55:8
56:2 58:10
68:11
running 65:15
84:2

_____
S

S 24:3,21
sadly 13:8 14:2
83:18,18
safe 5:10,11 6:18
9:3 16:23 34:5
49:21 50:3,3
safeguards
33:13
safely 89:24
safety 12:10
13:1 16:10
20:21 33:6
36:9,21 40:22
42:25 43:5
46:6 48:9
51:12 52:21
86:22 89:4
saint 87:2
Salem 4:9
Sanders 89:8,10
Santa 89:9
Sarah 86:5
sat 44:6 51:16
Satanic 6:20
saw 30:7 44:15
67:15 84:24
saying 41:3 58:6
62:11 63:16
65:9 90:8
says 27:18 28:11
52:12 53:3
77:17 80:2,17
81:2,23 84:18
scared 11:14
scary 4:17
schedule 79:13
scheduled 69:3
79:14
scheduling
39:18
scheme 46:1
78:23

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**school** 7:8 67:21
  67:23 68:3,3,9
  68:11 70:4
  71:14
**scientific** 62:3
**scope** 15:3 84:13
**scorned** 45:10
**scot-free** 82:18
**screaming** 70:24
**screwed** 75:24
**scrutiny** 29:10
**se** 14:21 27:7
  29:6 58:25
  79:10 80:21
  92:6
**second** 11:25
  24:20 29:8,16
  43:1 52:7
  62:15 66:19
**secret** 22:1
**secure** 82:11
**security** 4:3 43:1
  45:2 56:7
**see** 10:2 22:6
  23:1 24:5 25:3
  25:5 36:16
  45:15 50:14
  51:19 52:11
  59:17 67:19
  68:19 69:22
  71:21 73:25
  74:1,7 77:1,1
  77:11 78:3
  80:1,12 84:4
**seeing** 5:20,21
  7:22 23:7 34:9
  88:12
**seek** 60:8 88:20
**seen** 6:5 15:3
  19:24 21:3,7
  36:6 40:15
  70:8 86:16
**seminar** 76:6
**Senate** 37:16,16
**send** 3:11 72:4,9
  74:9,14 75:3
  78:1 79:21
  94:23
**sending** 82:25

**sends** 75:6
**sense** 4:20 6:9
  47:18 92:12
**sent** 14:20 66:21
  81:7,19 82:19
  93:21
**sentenced** 50:4
**sentences** 49:8
  74:11 80:10
**sentencing** 9:20
  47:25 48:16,19
**sentiments**
  43:15
**separate** 59:23
  59:23 77:21
**separated** 19:1
  66:13,18
**separating** 66:3
**separation** 12:3
  18:24 56:5
  66:16 67:18
  86:14
**serious** 33:17
**seriously** 52:23
**sermon** 25:9
**serve** 61:19
**served** 44:5
  54:18 67:5
**service** 1:20 6:6
  25:3,5,16
**services** 17:14
  17:15 21:19
  22:13 57:17
  58:17,20 59:5
  59:19 61:23
  66:22
**session** 59:9
**set** 14:5 45:20
  55:17 63:4
**settled** 22:4
**seven** 7:17 23:21
  26:20 37:22
  39:12 40:20
  70:8
**seven-days-a-...**
  21:11
**severe** 32:5
  34:11
**severely** 85:10

85:11
**sex** 77:8
**sexual** 32:7
  34:11
**sexually** 65:21
**shaking** 11:14
**share** 16:7 17:5
**sharing** 53:20
**she'd** 74:24 82:6
**sheets** 3:9 4:3,4
  94:19
**shelf** 37:3
**shelter** 9:4
**shined** 35:19
**shingle** 77:17
**shocked** 81:16
**shoes** 32:16
  50:15
**shooting** 26:7
**short** 26:18
  41:10 59:11
**shoulder** 18:8
**show** 41:2
**showed** 24:15
**showing** 12:8
  69:3 70:1 88:5
**shown** 88:5
**shows** 73:1
**shutdowns** 70:2
**shutting** 45:1
**sibling** 62:25
**sick** 88:9
**side** 15:22 44:20
  44:23 57:23
  58:9,9 59:15
  65:19
**sides** 25:6 61:12
  64:6 65:15
**sign** 85:24
**sign-up** 4:2,4
  94:19
**signed** 3:25
  85:18
**significant** 20:16
  21:14 56:4
**silent** 34:25
**similar** 33:16
  34:22
**simple** 76:17

**simplify** 27:13
  58:24
**simply** 12:19
  13:21 35:24
  76:14
**single** 21:6 22:5
  25:17 32:10
**sinner** 87:2
**sister** 53:15
**sister-in-law**
  42:8
**sister-in-law's**
  42:9
**sit** 36:18 48:14
  51:18 74:2
  78:7
**sits** 37:3
**sitting** 25:4,15
  28:1 35:24
  37:1
**situation** 6:10
  10:7 47:9 48:7
  48:12 49:11
  60:24 63:14
  86:9
**situations** 4:15
  4:22 5:24 6:11
  51:23 55:5
**six** 11:22 24:8
  47:23 67:3,14
  67:15
**six-** 86:5
**six-month** 24:2
  61:8
**six-year** 16:19
**Sixth** 28:14
**skills** 35:11 96:5
**slander** 45:18
**slap** 76:18
**slightly** 43:14
**slut** 22:3
**small** 7:9 21:14
  43:16
**Smith** 43:10,11
  46:16,19
**society** 59:2,10
**sole** 66:24 71:8
**solely** 25:17
**somebody** 7:6,7

11:24 18:8
  40:21 50:12,15
  53:14 76:12
  79:8 81:7
  82:19,20,25
**somebody's** 7:10
**someone's** 46:7
**somewhat** 54:12
  86:15,24 94:8
**son** 34:19 66:18
  69:25 74:1
**son's** 70:22
**sons** 67:3
**soon** 21:21
  66:18,23
**sorry** 4:2 37:13
  52:24 57:13
  67:7 71:2
  77:22 94:22
**sort** 16:24 26:4,5
  30:19 54:21
**sorts** 13:7 59:5
  64:8 65:17
  66:4
**sought** 61:1
**soul** 5:25
**sound** 1:20 96:4
**source** 70:7,10
  70:14
**southern** 17:12
**space** 27:10
**speak** 3:8,25
  6:13 23:20
  26:19 32:1
  34:17 37:13
  43:12 46:23
  50:10 60:21
  66:11 72:4
  75:17 77:24
  78:7 85:17
**speaker** 4:1
  73:17,18 86:1
**speakerphone**
  72:6
**speakers** 85:22
**speaking** 7:14
  7:23 17:19
  46:18 49:18
  80:10

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**special** 20:9
**special-needs**
  20:12
**specific** 3:7
  64:13 86:16
  89:20
**specifically**
  12:21 92:5
**specifics** 27:24
**specifying** 27:9
**spectrum** 3:5
**spend** 16:2
  50:17 62:23
  68:15 72:1,22
**split** 73:24
**spoke** 48:17,17
  49:10 58:7
  60:21
**spoken** 70:7
**spokespeople**
  84:7
**sponsored** 89:7
**spot** 47:22
**spotlight** 35:19
**spouses** 73:12
**stable** 56:9
**staff** 43:12 80:22
**stakes** 56:4,7
**stalk** 7:10,11
**stalking** 2:16
  13:15 54:12
  56:16 64:11
**stamp** 95:8
**stand** 34:15 36:5
  53:11 70:20,25
  71:3
**standard** 3:17
  12:12 13:3,9
  13:11 26:17
  30:21 44:16
  56:20,22 91:14
**standards** 44:21
**standing** 51:11
**start** 8:21
**started** 22:22,23
  25:20 28:24
  42:3 75:7 94:9
**starting** 3:15
  23:24 24:2

**state** 2:19 4:13
  6:3 7:3,14 8:7
  8:10 9:18
  10:10 16:9,17
  17:13 28:2
  31:16 32:18
  34:6 35:21
  36:22 40:5
  46:8 57:6 59:3
  67:2 78:21
**state's** 90:23
  91:4
**stated** 15:6 30:7
  48:16 69:14
  70:6
**statement** 4:13
  30:10 31:7
  94:19
**statements**
  46:24
**states** 5:11 51:10
  67:8 69:16
  72:20 89:21
  90:2
**stating** 44:16
**station** 6:12
**stations** 72:24
**statistics** 26:9,11
  80:18
**status** 2:14
**statute** 12:7
  13:14,15 27:12
  63:1,6,13 64:2
  64:19 87:8,25
  88:1,7 93:1,8
  93:10
**statutes** 14:14
  14:23 15:3
  27:9 64:11,19
  64:24
**statutory** 44:13
**stay** 68:20 69:8
**stayed** 70:24
  82:24
**staying** 68:21
**step** 49:17 50:18
**steps** 2:21
**stereotypes**
  91:17

**stereotyping**
  55:8
**Sternenberg**
  25:22
**stop** 20:22 33:9
  39:17 42:5
  43:7 49:17
  67:24 71:4
  74:11 77:6
  78:22 80:10
  87:23 91:16
  92:14
**stops** 83:18,22
**stories** 34:24
**story** 34:24
  44:19,24
**Stowers** 46:21
  46:22 53:19,23
**straight** 44:14
**strange** 93:23
**streamline** 89:21
**Street** 1:17
**streets** 57:20
**strength** 35:5
**stress** 45:9 60:7
**stressed** 45:9
**strict** 29:10
**strictly** 84:12
**stripped** 34:3
**strong** 32:17
  34:16 77:13
  82:4
**stronger** 62:6
**strongly** 10:17
**structured** 45:9
**struggle** 58:22
**struggled** 34:22
  58:19
**struggling** 55:6
**stuck** 7:18
**studies** 62:3
**study** 20:11
  37:14,15 89:6
  89:7,8,9
**stuff** 30:20 37:9
  43:25 45:23
  92:2
**stunning** 46:9
**subject** 2:22

  11:5 14:6
  29:10 30:10
  90:8 94:23
**subjected** 11:21
  60:1
**subjective** 13:4
**subjects** 2:10
  23:21 26:20
  74:12
**submit** 23:12
  41:1 53:21
  62:4 63:13
  64:10 81:2,4
**submitted** 18:9
**submitting**
  17:21 23:9
**succeeded** 16:20
**success** 76:14
**successfully** 90:3
**sudden** 89:16
**suffer** 19:3 46:2
**suffers** 32:5
**suffice** 26:2
**sufficient** 56:24
  56:25
**Suffolk** 66:25
  71:7
**suggested** 56:23
  57:4,5 58:3
**suggestion** 15:2
  62:11
**suicidal** 20:6
  38:14
**Suite** 1:17
**suits** 65:5
**sum** 65:9
**summons** 79:20
**Sunday** 25:3
**Sununu** 94:7
**super** 4:17 80:9
**Superior** 2:11
  10:1,6 60:23
**supervised** 6:7
  24:6 68:7
**support** 2:13 6:2
  9:17 23:3
  32:12 34:12
  35:5 39:11,16
  40:2,3,4 42:8

  49:23 57:4
  66:2 72:19
  79:16,20,25
  81:24 82:8
  83:9,22 85:8
  88:22
**supported** 6:18
  6:21 57:8
**supporter** 72:22
  77:13
**supporting**
  84:21
**suppose** 27:3
**supposed** 6:15
  28:3 40:1 50:2
  50:3 71:23
  76:13 79:24
  84:6
**Supreme** 1:1 2:6
  4:24 10:8,10
  23:20 25:13
  29:21 39:11,24
  48:23
**sure** 15:16 27:12
  39:13 50:14
  53:6 57:15,16
  64:16 77:11
  86:2 88:1
  92:17
**surprising** 35:20
**survivor** 31:13
  31:13 47:6
  53:8 72:21
  81:24 88:7,11
**survivors** 20:18
  21:8,10 31:14
  35:10 72:24
  73:4 86:7 87:5
  87:9,13 88:1
  91:15
**survivors'** 87:10
**suspend** 85:19
**suspended** 48:20
  48:20,22
**sustainable**
  21:12
**swear** 30:8,8
**swept** 35:17
**system** 2:8 13:17

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

13:22 15:19
16:2 17:19
19:10,10,13,16
26:3 30:22
31:16,20,24
33:25 35:12,19
35:21,22 36:2
36:5 37:22
39:12,14 40:21
45:20 58:10,25
59:4,12 63:18
65:11,22 75:17
80:6 89:22
93:6
**systemic** 13:20
**systems** 16:24
  60:9

**T**

**T** 92:9
**t-shirt** 21:24,25
  22:6
**tactic** 89:13
**take** 8:9 31:4
  34:2 41:8,15
  41:18 52:23
  63:8 65:16
**taken** 6:11 25:6
  43:2,2 75:12
**tale** 91:23
**talk** 63:2 78:15
**talked** 7:21
  60:12 62:2
  65:4,7
**talking** 54:19
  59:11 71:5
  74:11 76:7
  80:16 92:1
**targeted** 17:7
**task** 1:5 2:7,9,24
  3:12,19,20
  23:22 26:21
  30:3,12,18
  31:11 55:14,15
  55:15 56:19,21
  57:4 58:14
  59:8,24 60:4,8
  62:21 66:10
  86:4 90:6 94:9

94:11
**tax** 50:17
**taxpayer** 45:12
**team** 67:20
**technically** 51:7
**Telephone** 95:4
**tell** 19:9 20:16
  20:24 22:5
  47:1 53:16
  56:14 57:10
  60:17 75:10
**telling** 44:20
  54:15,23 72:5
  79:12
**temporary**
  10:18,21,23
  11:1,12 13:24
  13:24 14:21
  15:22 56:25
  60:15
**term** 86:25
**terminated**
  90:19
**termination**
  49:14 61:1
  65:7
**terms** 78:16
**terrified** 42:1
**test** 38:13 64:10
**testified** 15:15
  82:2,18
**testify** 11:14
  17:5 60:3
  82:19 94:19
**testifying** 11:5
  11:20 81:25
**testimony** 14:7
  23:10 25:25
  37:6 44:8
  60:20 64:6
  75:4,4 78:1
  80:16 81:3
  83:6
**text** 72:5 75:6
**thank** 4:7 8:12
  8:13 15:13,17
  16:4,6 23:10
  23:11,13,14
  31:1,3,4,6,8

37:5,8 42:7
43:8,9 46:15
46:16,20,22
53:18,19,20,22
53:23 54:1
66:4,6,11
73:13,14,16
85:6,15,16
86:4 94:15,16
95:12,12,17,18
95:22,23
**thanking** 8:21
  71:24
**theme** 55:18
**then-infant**
  16:11
**therapeutic**
  88:20
**therapeutically**
  88:25
**therapist** 67:20
  67:23 68:6,25
  69:14 70:5
  77:16,16,18
  90:21
**therapists** 70:3
  90:16
**therapy** 68:15
  68:24 69:4,7
  71:13,16 74:25
  77:6,11,12,12
  77:13,25 78:23
  79:4 84:25
  88:18
**they'd** 74:2
**thing** 4:17 8:10
  18:25 21:13
  22:9 28:24
  36:11 41:11,12
  42:23 50:4
  55:11 57:13,16
  58:14 63:17,23
**things** 4:19 6:17
  6:25 7:17 9:16
  14:17 38:15
  50:13 53:11
  54:25 55:1,5,5
  55:9 61:10
  62:9 64:8

65:17 66:4
74:19,25 75:16
76:9 77:23
79:17 83:13
84:12
**think** 5:12 10:12
  11:19 12:11
  14:17,25 15:18
  15:25 26:11
  27:12,23 29:2
  29:10,17,23
  30:21 50:12
  54:18,24 55:25
  57:15 59:7
  60:20 61:3
  62:11 64:2
  65:3,10,10,13
  66:1 71:6
  83:17 85:4,4
  86:17,25 88:7
  89:21 90:5
  92:5 94:11,22
  95:14,21
**thinking** 59:10
  76:9
**third** 62:7
**thought** 47:11
  76:9 82:14
  83:7,9
**threat** 12:9
  62:16 76:21
**threatened** 6:6
  33:24 88:19
**threatening**
  18:10 73:3
  93:11
**threats** 38:25
**three** 11:22 19:7
  24:5,6 39:13
  41:14,18 68:21
  71:17 76:9
  83:9 95:3
**three-day** 68:15
**throw** 15:14
  80:12 89:13
**thrown** 24:19
**tied** 47:20
**time** 2:3 3:5,7,7
  5:21 8:3,6 9:22

11:13,25 12:1
12:23 14:8
15:18 16:3,11
18:10,16 21:6
21:24 22:18
23:9 29:13,14
31:3,21 32:14
34:2 38:4,10
38:22,23 39:2
40:16,18,23
41:10,15 43:3
43:18 44:1
48:2,3,20,22
49:20 50:23
53:1 58:22
61:7 66:16
67:3,13,16,18
71:1,21 72:1
73:13 88:19
89:2 90:23
91:11 93:8
**timely** 79:12
  80:12
**times** 14:11,14
  14:20 24:5
  36:17 39:11,24
  51:9 53:16
  61:8 67:15
  80:14,18
**tirelessly** 50:14
**title** 76:16
**today** 2:9 8:11
  8:16 10:3 16:7
  31:12 32:1
  34:15 35:14
  36:5,7 41:23
  42:2,7 46:23
  47:2,5 54:21
  54:25 60:12
  66:12 84:12
**today's** 54:16,16
**told** 18:2 22:1
  25:7 27:15
  38:16,17,17
  49:9,13 50:16
  51:6,22,25
  52:11 69:23
  72:14 78:16,17
  84:23 93:13

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**toll-** 3:16 95:4
**toll-free** 3:17
**tomorrow's**
  54:17
**ton** 82:16
**tone** 55:18
**top** 48:12
**topic** 29:17
  42:17,18 91:6
**total** 20:8
**town** 19:5 43:18
**traditional**
  28:16
**trafficked** 18:19
**trafficking**
  18:18
**tragedy** 26:7,7
  84:14
**tragically** 75:23
**train** 73:8 76:19
**trained** 5:5,18
  72:21 89:20
**training** 22:17
  27:8 36:13
  46:18 75:24,24
  77:14 78:24
  90:1
**transaction's**
  6:24
**transcript** 1:20
  96:3
**transcription**
  1:17,20
**TRANSCRIP...**
  96:7
**translation**
  17:19
**transparency**
  31:19
**transparent**
  36:12
**trauma** 11:6
  20:20,23 34:18
  41:24 66:20
  70:12
**trauma-infor...**
  35:6
**traumatic** 19:3
**traumatized**

20:25 33:25
  41:12 50:1
  69:25 82:3
**traumatizing**
  52:25 87:21
**travel** 67:8
  70:17
**treat** 4:9 45:8
  61:17
**treated** 52:16
  71:2
**treatment** 56:20
  75:22
**trenches** 60:18
**trespass** 24:15
**trial** 24:18 27:14
  54:8 71:14
**tried** 71:16
  87:16
**triggering** 73:1
**trouble** 65:22
  83:17 92:21
**true** 5:12 12:19
  14:10,19 30:9
  49:7 65:23
  72:11 91:23
  95:11
**truly** 87:4
**trust** 8:10 59:12
**trusted** 5:10
  74:23
**truth** 10:23 11:4
  22:1
**try** 30:20 43:12
  63:10,23 74:11
  77:21 80:10
**trying** 4:12
  16:19,23 17:2
  57:15 72:13
  76:2 87:17
  92:8,21
**turn** 22:10
**turned** 74:5
**turns** 19:11 81:8
**twice** 25:13 93:9
**two** 37:21 41:3
  43:25 48:21
  51:7 62:9
  66:13,15 67:3

68:15 71:21
  74:1,1,2 78:8
  79:6 80:8
  81:20 83:11
**type** 92:1
**types** 63:12

—————
**U**
**U.S** 18:18 29:9
  29:21 67:9,13
  89:7
**ultimate** 64:10
**ultimately** 17:15
  22:24 33:3
  62:6
**unacceptable**
  52:2 53:2
**unauthorized**
  38:25
**unbeknownst**
  67:11
**uncertain** 78:16
**uncooperative**
  69:2
**underlying** 25:7
**understand** 30:9
  48:24 58:14
  89:18 93:11
**understanding**
  10:24 18:3
  37:17 84:9
**understatement**
  16:25
**understood** 58:6
**undertaking**
  33:7
**unfair** 77:21
**unfortunately**
  8:24 39:22
  47:6,16 94:10
**unfriendly** 58:25
**unfunded** 21:9
**unhealthy** 73:2
**unhinged** 91:22
**UNIDENTIFI...**
  4:1
**Union** 26:1 27:1
**unique** 16:15
  35:9 44:9

**United** 67:8
  69:16
**universal** 13:11
**University** 89:9
**unknowingly**
  32:4
**unnecessary**
  44:3 53:5
**unprotected**
  31:24
**unrepresented**
  59:25
**unstoppable**
  45:14
**unsupervised**
  33:4
**unsustainable**
  21:8
**unwavering**
  32:11
**update** 86:12
  90:14
**updated** 9:5
  75:24
**uploaded** 3:3
**upper** 45:17
**urge** 64:2 65:9
  66:1
**use** 7:4 13:3
  14:15 35:3
  63:14 76:2
  89:11
**usually** 5:22
  77:3 83:19
  87:3
**utilities** 50:17
**utterly** 26:12

—————
**V**
**v** 28:20 29:18
**vagueness** 29:23
**valid** 39:7
**value** 10:15
  11:16
**valued** 37:4
**various** 30:17
  34:23 62:17
**vast** 58:20
**vehicle** 47:20

**verbatim** 30:7
**verbiage** 53:5
**Vermont** 57:6
  64:14 90:18
**versus** 36:17
**veto** 71:9
**Vicinanzo** 10:3
  12:16
**victim** 2:19 5:3
  21:22 22:5
  27:7 50:8
  65:24,24 81:21
  82:3 89:12,16
**victim's** 94:2
**victimhood**
  91:23
**victimization**
  9:23
**victims** 2:13,18
  9:4 13:17 14:9
  16:21 20:20,25
  21:3,20 22:20
  26:5 28:6
  31:14,20,22
  35:22 36:1
  45:3,10 54:10
  54:16,17 59:13
  59:19 61:21
  75:22 80:14
  91:24
**videos** 70:1
**videotaping**
  40:16
**view** 9:11 13:14
  13:20 15:7
  19:21 34:1
**viewed** 88:12
**violate** 11:24
**violated** 27:10
  40:12 48:4
**violates** 11:1
**violation** 27:12
  48:19
**violence** 1:5 2:7
  2:12,13,15,16
  2:18,18,21
  4:15,20 8:23
  8:23 9:2,5,10
  12:7 13:14

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

15:21 16:22
17:8,14 20:13
21:18,22 22:12
22:14,21,24
23:1 24:13
25:16 26:6,14
27:16 28:18
29:4 31:11,13
31:14,20 34:23
35:10,18,25
36:14,15 40:23
44:17 47:5
48:2 54:11
56:16 58:4
59:19 60:15
62:4 63:1
64:11 83:13
84:12 87:7
89:5
**violence-** 89:19
**violence-related**
23:4
**violent** 22:2
23:23 91:4
**visa** 67:9
**vision** 74:10
**visit** 68:7,8,13
68:18 69:17,17
71:22 72:16,18
**visitation** 24:6
33:4
**visits** 6:7
**Vivian** 37:7
**voice** 32:1 34:6
**voluntary** 59:18
**volunteer** 8:6
**vote** 71:9 85:13
**vulnerable**
36:10

**W**

**Wainwright**
28:20
**wait** 74:2
**waited** 51:16
**waiting** 17:5
**waking** 41:25
**walk** 57:20
69:22

**walk-through**
24:18
**walked** 82:18
**walker** 37:25
**walking** 6:15,15
22:22,23 92:8
**want** 6:4 8:8,21
11:3 12:5
15:14 17:3
27:4 35:24
37:9,20 51:16
53:17 57:21
60:1,2,17
61:13 71:25
73:22,25 74:6
74:8,20 77:11
78:3 81:18
82:20,21 88:14
**wanted** 11:15
25:3,8 42:9
50:11 82:22
91:8 94:6
**wanting** 20:6
**wants** 57:13
62:24 85:17
**warm** 88:3
**warrant** 49:9
**wasn't** 15:17
43:21 51:13,14
74:5 75:3
**waste** 28:7
**Wasting** 28:8
**Watch** 7:17
**watched** 69:21
**watching** 18:8
34:8
**wave** 45:14
**way** 4:25 5:5
11:7 12:14
13:13 34:18
42:1 43:5
45:18 49:2,17
49:24 50:9
55:9 57:6
58:10 59:10
60:5 61:19,25
62:1,11 63:17
71:2 81:4
87:11 88:2

94:23
**ways** 5:23 15:20
17:6 36:8
63:15 76:10
95:4
**we'll** 5:9 51:10
**we're** 3:7 4:21
5:10 21:14
29:3 52:16
55:3,24 58:11
58:22 59:2,4
59:11 61:4,20
61:20,20,21,21
61:22 65:15,17
65:17 74:10
79:13,20 80:6
80:9 84:11
85:19 90:12
93:3
**we've** 6:3,5
29:18 64:23
65:6 78:22
80:7
**weapon** 6:6
**weaponizing**
71:25
**website** 3:1,2,3
3:13 22:6
26:25 27:2
**websites** 5:16
**week** 3:15 7:14
24:5 37:14
38:23 66:19
78:8,12 79:21
**weekend** 51:5
**weekends** 68:15
74:2
**weeks** 42:8
71:20
**weighed** 50:6
**weighted** 64:7
**welcome** 95:13
**welfare** 88:8
**well-** 31:6
**well-being** 13:1
16:11
**went** 24:18 39:5
41:15,21 44:14
50:8 51:6

68:13 70:14
**weren't** 58:5
**whatsoever**
25:18 45:6
**wheel** 86:14,15
**wheelhouse** 5:5
**whispered** 14:7
14:11
**wife** 43:19 44:6
53:15
**wildfire** 43:20
**willing** 59:18
75:16
**willingness**
31:18
**wishing** 20:6
**woeful** 91:23
**woman** 21:21
22:1 35:14
70:8,12 78:13
80:15 84:23
**women** 19:9
20:2,15 29:5
35:5 80:17,17
82:23 90:7,8
**wonderful** 24:1
82:9
**word** 27:25
47:18 95:19
**word-of-mouth**
43:17
**words** 15:11
17:20 27:21
76:3
**work** 6:9 7:6,7,8
7:12 8:21 9:9
15:7,9 17:17
18:7 20:5,9,15
20:18 21:8,10
22:6 26:8 35:4
35:8,10,22
43:21,23 50:18
54:8,8,9,14,22
59:15 61:10
62:5 67:20
72:6,25 83:25
88:24 94:13
**workable** 12:11
63:18

**worked** 11:24
54:7 94:2
**working** 2:24
4:22 19:12
20:1 43:25
60:18 80:6
86:10
**works** 7:9 13:18
13:19 60:5
**world** 34:1 36:6
53:13
**worse** 30:25
**wouldn't** 18:16
81:22 82:16,17
**wrists** 76:18
**write** 46:11
**writing** 23:12
52:13 77:10
**written** 24:16
51:23 53:21
75:4 76:4 87:8
**wrong** 22:10
**wrote** 25:11
68:25 70:16
**www.escriber...**
1:19

**X**

**Y**

**y'all** 73:19 95:9
**yard** 6:14,19
**Yazinski** 10:12
13:6 56:23
57:11 65:4
**yeah** 42:14 85:2
92:13
**year** 39:6 44:13
48:6 61:8 67:4
79:5 80:15
94:7
**year-old** 86:6
**years** 5:11 15:20
16:8,21 19:12
22:10 24:2
34:25 37:22
38:3,10 39:12
40:20 43:25
47:8,10,24
48:6,21 54:6,7

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

54:8 58:19
63:9 66:15
67:3,14,16
70:8 71:17,22
72:3,12,15
73:21 74:1,17
75:14 83:10
93:4
**yelling** 13:6
70:15
**yep** 22:7
**yesterday's**
54:15
**York** 29:20
**young** 32:3,10
**youngest** 19:11
83:19,21

_____
**Z**
**ZINKIN** 95:2
**Zoom** 68:23

_____
**0**
**0** 26:15

_____
**1**
**1** 30:15 68:3
**1:02** 2:1
**10** 41:19 47:8
48:6 54:7 72:3
75:6,13 79:14
81:1
**100** 18:4 20:24
21:1 26:14
**11** 72:3
**11/10** 41:7
**11th** 58:7
**12** 10:24 11:12
**12th** 9:15
**13** 37:23 47:24
72:15
**14** 54:6 72:15
**15** 37:23 41:6,7
41:8
**15-year-old**
37:23
**150** 78:11
**16** 77:20 80:14
80:18
**16th** 1:17

**17** 47:7
**173** 43:16 44:17
44:25 45:9,16
45:21 46:9
**173-B** 45:8
62:15
**173-B:1** 12:20
27:18
**17th** 80:2
**18** 19:11 47:10
83:21
**19** 38:3
**1963** 28:21
**1988** 54:5
**1990** 58:18

_____
**2**
**2** 28:22 38:2
**2,000** 24:23
**20** 5:11 15:20
19:12 84:24,25
**20-** 29:21
**20-year** 72:18
**20,000** 73:23
**2003** 54:8
**2008** 29:19
**2010** 85:10
**2014** 48:9
**2015** 38:2 39:2
**2016** 23:25
41:13 50:6
67:2
**2018** 67:9
**2019** 25:3 50:24
51:4 68:17
69:20 70:20
**2021** 94:7
**2021-0192** 25:14
27:4
**2022** 1:7 96:15
**207** 1:17
**21** 1:7
**21-year-old** 10:4
**22** 39:12 74:17
**23** 96:15
**24-hour** 72:22
**24-hours-a-day**
21:11
**257-0885** 1:18

**275** 20:2

_____
**3**
**3** 10:24 26:22
89:3
**3:00** 17:2
**3:37** 95:24
**30** 10:14,20
15:20 16:8,21
38:7 53:3
70:25
**30-day** 11:18
**300** 20:2 78:11
**3rd** 25:3

_____
**4**
**4** 3:18 27:6 30:2
54:8
**400** 39:3,10
**461-A** 33:13
**461-A:6(g)**
87:25

_____
**5**
**5** 28:10
**50** 72:20 90:13
90:13
**59** 20:4

_____
**6**
**6** 10:24
**633** 43:1
**635** 39:1
**64** 20:4
**644** 38:24

_____
**7**
**7** 30:1
**7227** 1:17

_____
**8**
**8** 3:18 30:16
**8/11** 41:13
**8/21** 41:6
**8/25** 41:7
**800** 1:18
**843** 29:22
**85** 20:8
**85020** 1:18
**855-212-1234**

3:17

_____
**9**
**9** 10:24
**90** 77:3 85:4
**90-day** 44:9
**91-A** 30:15
**95** 20:15
**97** 77:3

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)