1
2
3
4
5
6       DOMESTIC VIOLENCE TASK FORCE VIRTUAL MEETING
7                    January 27, 2022
8                    Held via Webex
9       PRESENT:
10           Hon. Anna Barbara Hantz Marconi,
11      Associate Justice, New Hampshire Supreme Court
12           Hon. Susan Carbon, Circuit Court Judge
13           Hon. John Yazinski, Circuit Court Judge
14           Merrill Beauchamp, Director, Victim &
15      Witness Program
16           Kathy Beebe, Executive Director, Haven NH
17           Steven Endres, Assistant County Attorney,
18      Merrimack County
19           Martha Ann Hornick, Grafton County
20      Attorney
21           Mary Krueger, Attorney, NHLA
22           Lynda Ruel, Director, Office of
23      Victim/Witness Assistance, NH DOJ
24           Amanda Grady Sexton, Director of Public
25      Affairs, New Hampshire Coalition



1       Jon Strasburger, New Hampshire

2  Association of Criminal Defense Attorneys

3       Patricia LaFrance, Attorney, The Black

4  Law Group

5       Betsy Paine, Attorney, CASA NH

6       Pam Dodge, NHBA DOVE Program & 603 Legal

7       Sarah Freeman, Circuit Court

8  Administrator

9       Jean Kilham, Manager, NHJB Domestic

10  Violence Program

11       Anne Zinkin, NHSC Supervisory Law Clerk

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Domestic Violence Task Force - 01/27/2022

```
 1          JUDGE HANTZ MARCONI:  Well, all
 2     right.  Welcome to -- what, our seventh
 3     meeting -- on Charge 6 of the task force
 4     on review of domestic violence cases in
 5     the judicial system.  And I hope you all
 6     brought lunch because if we go for four
 7     hours -- only kidding -- that would be a
 8     long time.
 9          Today we want to talk about
10     communication among all stakeholders:
11     courts, law enforcement, criminal defense
12     bar, prosecutors, domestic violence
13     advocates, anyone else involved, 603
14     Legal, and most importantly, court and
15     court staff, judges, you name it.
16          So my understanding is in the
17     structure there are some -- which I put
18     down on this little piece of paper --
19     institutionalized communication avenues
20     like the Bar Association's Committee on
21     Cooperation with the Courts.  That's a
22     link between the Bar and the various
23     court systems, and it has served -- I've
24     been on it now for a couple of years.  It
25     serves a purpose in terms of structural
```

Domestic Violence Task Force - 01/27/2022

1       issues; e-filing and, you know, sort of,

2       constellations of issues that arrive.

3       That's a good thing.

4               Informal communication -- I know

5       some people, some groups, have ongoing

6       open lines of communication with, for

7       example, their local court, other

8       offices, the crisis centers, and the

9       court staff.  But that can be a function

10      of geography and personality.  There have

11      been over time brown-bag lunches

12      sporadically.  The county bar

13      associations have had communication with

14      the courts from time to time.  There are

15      obviously listservs and practice-area-

16      focused groups, if you will.  And we know

17      that for a period of time, there were

18      regular meetings -- I'm not sure if it

19      was quarterly -- between the Coalition

20      and specifically the circuit court

21      administrative judge.

22              So that's kind of setting the table.

23      And I don't know -- and I'm going to want

24      to hear how that routine meeting between

25      the coalition leadership and the circuit

Domestic Violence Task Force - 01/27/2022

1     judge -- administrative judge -- how that

2     actually worked, who was involved.  And I

3     also have heard anecdotally that some

4     crisis centers have ongoing open lines of

5     communication with their responding court

6     staff, but I don't know if that's

7     universal among crisis centers.

8          And the final point that I am aware

9     of -- but I'm not quite sure for how

10    long -- is the domestic violence program

11    managers -- so we had Sarah, now we have

12    Jean -- have a phone contact process, I

13    believe, available to crisis centers,

14    advocates, -- folks, I don't know how

15    that's published, so you can advise me.

16    But that is sort of a real time.

17         So we have plenty of opportunity --

18    well, it looks there have been

19    opportunities for periodic check-ins.

20    There's also a need for real-time, like,

21    hotline calls when things are not going

22    well in a particular case.  And so I want

23    to hear ideas about how we do better,

24    institutionalize this, open it up to all

25    interest groups, if you will.



Domestic Violence Task Force - 01/27/2022

1        So that's the challenge -- let me

2    have it.  And maybe we can start with the

3    Coalition.  How did those meetings work,

4    if anyone knows?

5        Looks like you, Amanda.

6        MS. SEXTON:  Thanks, Your Honor.  So

7    I've been with the Coalition since, I

8    think, 2001.  And for a period of time

9    while Judge Kelly was sitting as the

10   administrative judge in the family courts

11   then and then the circuit courts there

12   were quarterly meetings between Coalition

13   staff and the courts, which included

14   administrators, administrative judges,

15   and Judge Kelly himself, to really just

16   have a back-and-forth conversation about,

17   sort of, the status of how things were

18   going, if there were concerns with the

19   advocates, if there were concerns with

20   judges, if there were some themes that we

21   were seeing, if there were issues that

22   staff were having, and I think that those

23   were very productive.

24       I know that, you know, we have in --

25   we've recently heard from the Supreme



Domestic Violence Task Force - 01/27/2022

1    Court -- the chief justice -- that he is

2    very interested in continuing to bring

3    back these meetings with all levels of

4    administrative judges, and we're very

5    happy to be able to have that flow of

6    information continue.

7         I think in terms of practice with

8    our crisis centers, most of our member

9    programs do have open lines of

10   communications with the courts -- the

11   clerk of the courts -- to discuss things

12   such as a bailiff prohibiting an advocate

13   and a victim from using a empty courtroom

14   or a conference room to draft a petition,

15   or a clerk not allowing paperwork to be

16   brought home or not allowing a victim to

17   file for a 633:3-a when that's what their

18   choice was versus a 173-B; or just, sort

19   of, those more administrative issues to

20   directly communicate with the local court

21   clerk about any concerns they're having.

22        JUDGE HANTZ MARCONI:  And that can

23   happen in real time --

24        MS. SEXTON:  Um-hum.

25        JUDGE HANTZ MARCONI:  -- I think the



Domestic Violence Task Force - 01/27/2022

1          other thing is sometimes advocates aren't

2          allowed to sit at the table, kind of

3          thing --

4              MS. SEXTON:  Yeah --

5              JUDGE HANTZ MARCONI:   -- that can

6          happen in real time.

7              MS. SEXTON:  Yes, absolutely.

8          That's an example.  But that would be

9          more of an example of concerns with

10         judges.  So either a pattern -- a judge

11         has yelled at a victim.  We've heard --

12         we hear -- concerns such as a victim was

13         sitting waiting for their 173-B final

14         hearing, heard a judge yell at another

15         victim and left with the -- told the

16         advocate that she wasn't going to go

17         forward with the hearing.  Things like

18         that.

19              Those would be things that would be

20         brought to the Coalition, and then the

21         Coalition would bring those to court

22         staff or to the administrative judges

23         directly.  And again, I think, you know,

24         reinstituting these quarterly meetings, I

25         think, will be very productive.



Domestic Violence Task Force - 01/27/2022

1          I think the question lies with

2     advocates afterwards and victims when we

3     say, yes, we've raised these issues with

4     the courts.  I think the question then

5     becomes, but what's going to happen?

6     Will the -- will they be -- will they be

7     addressed?  Will they be reviewed?  Will

8     this pattern of behavior continue?  And

9     so I think that that's the -- from a

10    public perspective I think that continues

11    to be the question.  What happens when --

12         JUDGE HANTZ MARCONI:  Back in the --

13         MS. SEXTON:  -- significant issues

14    are raised.

15         JUDGE HANTZ MARCONI:  Back in the

16    day when these things were happening, was

17    there a perception that there was a

18    response?

19         MS. SEXTON:  I think that we --

20    certainly the crisis center programs

21    and -- I think they let the survivors

22    they're working with know that they are

23    heard, these complaints are heard.  But I

24    think that there are certain components

25    of this that are seen as, you know,

Domestic Violence Task Force - 01/27/2022

1        certainly personnel issues, and so I

2        think that -- it is hard for folks to

3        understand that there is no specific

4        action.  Of course, they can bring it to

5        the judicial conduct committee, there's

6        other avenues, but I think it's helpful

7        to -- for folks to hear that they're

8        being heard and things may be addressed,

9        but I don't think that there's -- that --

10       I don't think that we often leave with an

11       understanding of how it will be

12       addressed, or if it will be addressed.

13       And I understand there's some restraints

14       around that.

15              JUDGE HANTZ MARCONI:  And when you

16       had these meetings -- and I hate to get

17       into the, you know, details -- where did

18       they take place?  At the AOC, or --

19              MS. SEXTON:  At that AOC or -- yes.

20              JUDGE HANTZ MARCONI:  All right.

21       And it was mostly -- I'm going to say

22       these were meetings with the Coalition.

23       For example, if there were meetings with

24       other interested groups, stakeholders,

25       they were separate?  These were, like,



Domestic Violence Task Force - 01/27/2022

1      one-on-one meetings, not bringing

2      every -- different stakeholders together,

3      right?

4           MS. SEXTON:  Yes.  I think that's

5      correct, but I -- Your Honor.  But I

6      think I would say that many of the, sort

7      of, concerns that we're hearing are not

8      only from crisis center advocates, but

9      they may be from systems advocates.

10     We've had even concerns or complaints

11     brought forward from defense attorneys,

12     prosecutors, so other people working

13     within the system that may see a pattern

14     with a particular justice or --

15          JUDGE HANTZ MARCONI:  Do they get

16     reported to -- I'm just trying to get the

17     lay of the land.  Do those get reported

18     to the Coalition?  Or is that a separate

19     pipeline?

20          MS. SEXTON:  I -- I'm sure there are

21     other pipelines that are used.  But we --

22     I -- I routinely -- and other staff

23     members at the Coalition -- routinely

24     hear from stakeholders throughout the

25     system with specific concerns.



Domestic Violence Task Force - 01/27/2022

1           I will also say --

2           JUDGE HANTZ MARCONI:  Okay --

3           MS. SEXTON:  -- this was also an

4       opportunity for us to talk about judges

5       that were doing really extraordinary

6       work, and that we consistently hear from

7       advocates that -- maybe the outcome isn't

8       always they're hoping for, but the judge

9       took great -- great -- went to great

10      lengths to ensure that the victim felt

11      heard, that they had a guided, sort of,

12      interview process that was fair and

13      really gave the opportunity for the

14      victim to show why they may be in danger

15      from further abuse.  So both good and

16      bad.

17          JUDGE HANTZ MARCONI:  Good.

18          MS. PAINE:  Your Honor, back in the

19      day --

20          JUDGE YAZINSKI:  Justice Marconi,

21      can I (indiscernible) with a couple of

22      things --

23          MS. PAINE:  Oops, go ahead.

24          JUDGE YAZINSKI:  As I'm sitting here

25      listening -- so I -- when Amanda said

Domestic Violence Task Force - 01/27/2022

1      that a judge yelled in the courtroom, I

2      cringe.  I cringe when I hear that for

3      several reasons.  One, of course, it's

4      never appropriate, but two, I've also

5      done it.

6          One of the things that I ask

7      everyone to keep in mind here -- and I

8      think Judge Carbon would agree with me --

9      judges are human too.  And we sense

10      frustration, we get annoyed.

11          And I don't know if that's the

12      situation that Amanda speaks of, where

13      the judge raised his voice, or her voice,

14      but it would be -- obviously, would be

15      completely inappropriate in the setting

16      of a domestic violence case.  But there

17      are times -- it's easier for me now --

18      but there were times -- and the Supreme

19      Court recognized it in the Tadley (ph.)

20      decision a few years ago, involving

21      former Chief Justice Lynn -- that judges,

22      too, are human.

23          I think this connects with the other

24      conversations that we've had about

25      educating judges to make them understand

Domestic Violence Task Force - 01/27/2022

1      that what they portray on the bench is

2      often received by the parties in a way

3      that is not intended.  I have a deep

4      voice -- and I think Mary Krueger might

5      agree with me here -- there are times I

6      am in no way annoyed, angry, or meaning

7      to give anyone the sense that I am.  But

8      because of the tone of my voice it comes

9      across as I am.

10     So I think that goes to continuing

11     to educate judges about the perception of

12     people in the courtroom and how their

13     actions or inactions might make one party

14     or the other feel very uncomfortable,

15     particularly a victim, again, who, you

16     know -- a woman comes in to make a very

17     difficult case, and she's staring at a

18     six foot, two, white-haired old man.  And

19     we have to be -- we really have to feel

20     that.  We have to understand that.

21     The other point about the meetings

22     with the administrative judges -- and I

23     do remember that those occurred

24     regularly -- one of the things we also

25     have to keep in mind is the



Domestic Violence Task Force - 01/27/2022

1          administrative judge can't simply pick up

2          the phone and say, hey, Jack, I want

3          you -- you should decide cases this way.

4          One of the things that Judge Kelly, and

5          now Judge King, have always been

6          respectful of is the fact that judges

7          make individual decisions based upon the

8          individual facts in front of them.

9               So I think it really important to

10         document patterns -- as Amanda earlier

11         said -- document patterns.  And if that's

12         occurring, that is more impactful than,

13         you know, one person being annoyed

14         because a judge lost her temper in a

15         hearing.  But if a pattern develops,

16         that's when it can be addressed and would

17         be addressed.  But individual cases,

18         administrative judges don't even discuss

19         with us because it's not their -- they're

20         not the Supreme Court, and they recognize

21         that.

22              The final point -- and I don't mean

23         to dominate, but --

24              JUDGE HANTZ MARCONI:  I'll cut you

25         off when it's time.



Domestic Violence Task Force - 01/27/2022

1          JUDGE YAZINSKI:  I know you will.

2          When -- for all of the good things

3      that came when we established the circuit

4      court -- and there were many, many good

5      things -- one of the things that was not

6      so good was removing judges who were

7      familiar with the courts where they were

8      sitting and knew all of the players.

9          And now we really are a circuit

10     court.  Judges drive an hour or an hour

11     and a half to their court.  It is -- in

12     my court, if Deb Mozden from Turning

13     Points wanted to bring something to my

14     attention, she would bring it to my

15     attention, and I would get back to her.

16     Just as if I had an issue with an

17     advocate or felt that there was something

18     more an advocate could be doing, I would

19     immediately contact Deb, and the problem

20     would be resolved.

21         And we've had that open

22     communication, and it's valuable.  It's

23     valuable to me, it's valuable to them,

24     it's valuable to my staff.  However, if

25     the judge that is sitting in Claremont is

Domestic Violence Task Force - 01/27/2022

 1        driving from Portsmouth, it's highly

 2        unlikely he or she is going to not only

 3        know the advocacy center but know the

 4        school administrators and the police

 5        chiefs in the area.

 6             And so my final point is that there

 7        is -- that has been something of a cost

 8        with the circuit court.

 9             JUDGE HANTZ MARCONI:  Good points.

10             MS. FREEMAN:  Could I -- could I

11        build upon that?  And I think one of the

12        benefits of my position as domestic

13        violence program manager and Jean's

14        position now as domestic violence program

15        manager is each of us have been able to

16        develop really close relationships with

17        individual crisis centers because, as

18        Judge said, you know, judges are moving

19        around.

20             So I would say the majority of the

21        crisis centers I was speaking to on a

22        weekly basis, when we rolled out the

23        email filing pilot project.  Jean

24        consistently now speaks to crisis center

25        advocates whenever issues arise.  And it

Domestic Violence Task Force - 01/27/2022

1    really does -- it's so impactful to have

2    those individual relationships so you

3    can -- you can address both the one-

4    off -- someone didn't get the right

5    paperwork -- but also to hear about some

6    of those patterns before they become

7    patterns, to potentially address things

8    before they become systemic issues.  So I

9    think that has been one of the really

10   powerful things about the domestic

11   violence program manager role.

12        And it's not just for the crisis

13   center advocates.  It's for law

14   enforcement.  It's for any stakeholders

15   that have been involved in these domestic

16   violence cases.  And it's really one of

17   the great things about that role.  And in

18   that role, that person can take that

19   information and bring it to the right

20   place, whether that's the administrative

21   judge, or the clerk of court.

22        And so I think that has been really

23   great to have.  And to be able to pass

24   feedback back and forth, as the Judge

25   said, between things that are -- when



Domestic Violence Task Force - 01/27/2022

1       things are working really, really well

2       with judges and court staff, when things

3       are not working so well, when things are

4       working great with advocates, and when

5       things are not working so great.

6              JUDGE HANTZ MARCONI:  And that phone

7       number is accessible or available five

8       days a week?  Seven days a week?

9              MS. FREEMAN:  Yep.  So it's -- it's

10      a number that's available for law

11      enforcement on protective orders and it's

12      through relationships that we build with

13      stakeholders.

14             JUDGE HANTZ MARCONI:  So law

15      enforcement, crisis centers --

16             MS. FREEMAN:  And it's -- that

17      position is the -- so that position is

18      partly funded with federal funds, and it

19      is to be the liaison between the court

20      and stakeholders to -- related to

21      domestic violence.  So it has -- it --

22      the domestic violence program manager,

23      for instance, sits on the attorney

24      general's victims of crime steering

25      committee, and that is a roundtable with



Domestic Violence Task Force - 01/27/2022

1        a slew of stakeholders, and all those

2        individuals have Jean's contact

3        information.  When the DV fatality review

4        committee is meeting, she's on that.  And

5        so she's really the -- the connection

6        between the -- the community and the

7        courts.

8            JUDGE HANTZ MARCONI:  And mentioning

9        it again, some of you folks have way

10       longer memories, the governor's

11       commission -- if it was, or domestic

12       violence committee, commission, which is

13       somewhat dormant, we think -- was that an

14       opportunity for there to be additional

15       communication among stakeholders?

16           JUDGE CARBON:  So -- sure.  Betsy

17       and I were on that for many, many years.

18       We had multi layers.  So there was an

19       executive committee that she and I were

20       both on with the governor's office and

21       the attorney general and a few other key

22       individuals.  And we were chairs of the

23       many committees of the governor's

24       commission, and those committees has

25       their own members as well.  And we



Domestic Violence Task Force - 01/27/2022

1          regularly met, both within our committees

2          and then as a full commission, and then

3          the steering committee.  So much like we

4          did when we created the fatality review

5          committee, where it's, like, three

6          layers.  I guess the fatality had two.

7          We had the executive committee and then

8          the full committee.

9               And we had regular ongoing contact

10         with reviewing cases, as it may be, or

11         taking particular issues.  I chaired the

12         public education committee, for example.

13         We had a batterers intervention committee

14         that Scott chaired.  I don't see Scott on

15         the screen here, but he was another

16         member of the original committee.

17              And we had regular meetings.  So you

18         had many opportunities to be working

19         literally at the same table, you know,

20         not in a virtual setting like this, which

21         is, you know, better than telephone, but

22         certainly not the same as actually

23         sitting down every month with people and

24         reviewing issues and problem solving and

25         creating new and better ways of doing the



Domestic Violence Task Force - 01/27/2022

1     work that all of us are invested with

2     different perspectives from doing.  But

3     everybody was coming to the table on a

4     regular, monthly basis to meet, to

5     brainstorm, to problem solve, and to do

6     really good work moving the state

7     forward.

8          And there was a period of time when,

9     with this kind of collaboration, we were

10    leading the country in reputation of

11    being one of the stellar examples of good

12    DV work.  And it was great, and we were

13    doing a lot of work that spawned other

14    projects and modelling for other

15    jurisdictions to do that.  So --

16         JUDGE HANTZ MARCONI:  And that

17    commission was supported -- I mean, it

18    sounds like it was a executive branch but

19    also -- an executive branch function

20    including the judicial branch or --

21         JUDGE CARBON:  And the

22    legislative --

23         JUDGE HANTZ MARCONI:  -- it was

24    supported by, what, staff from the

25    executive or court or both?



Domestic Violence Task Force - 01/27/2022

1              JUDGE CARBON:  We were -- we were

2       our own staff.

3              JUDGE HANTZ MARCONI:  Okay.

4              JUDGE CARBON:  So we had the victim

5       witness advocate from the AG's office,

6       who ultimately, sort of, became the

7       secretariat, if you will.

8              JUDGE HANTZ MARCONI:  Yeah.

9              JUDGE CARBON:  She would schedule

10      the meetings and was an integral part of

11      the substantive work.  But at different

12      times there were different chairs of the

13      governor's commission, people from

14      different parties.  It didn't matter.

15             It was a nonpartisan group.  Kelly

16      Ayotte chaired it for a while.  Elizabeth

17      Toomey (ph.) from Department of Education

18      was a fabulous chair for a long period of

19      time, until she moved and retired.  But

20      it was a multi-membership.  On the

21      fatality review committee, we had William

22      Knowles (ph.) as a member of the

23      legislature at the time.  So we really

24      tried to reach deep and broad and have as

25      diverse a composition on the committee as

Domestic Violence Task Force - 01/27/2022

1    we could.  And I think that was a

2    successful way to do it.

3        MS. BEEBE:  The other piece I'd

4    add --

5        JUDGE HANTZ MARCONI:  Great.

6        MS. BEEBE:  -- to what Judge

7    Carbon's saying is that the other piece

8    that that commission brought was the

9    addition of ongoing training so that

10   every time there was changes to protocols

11   and updates to protocols, we were doing

12   regional trainings, multidisciplinary

13   regional trainings.  We would be in

14   different parts.  And then we could

15   follow up with that, locally, where you

16   actually were bringing together the

17   multidisciplinary (indiscernible) from

18   different communities that were getting

19   to know each other, and then could also

20   follow up as issues came up or to

21   continue to (indiscernible) that

22   communication.

23       JUDGE CARBON:  Yep.  So we had

24   multidisciplinary work, and we also had

25   discipline-specific work.  And we would

Domestic Violence Task Force - 01/27/2022

1    do that and then come together and -- a

2    series of ongoing trainings.  So that

3    was -- good point, Kathy.

4        JUDGE HANTZ MARCONI:  I'm seeing a

5    pattern.  Well, I'm seeing, I guess, a

6    reflection, if you will.  Some of the

7    topics we've discussed are within a

8    discipline, i.e., the court, stuff we can

9    do.  And then there is stuff we've talked

10   about that definitely is going to need a

11   multidisciplinary approach.  So I'm

12   seeing a reflection -- I'm seeing my

13   reflection in this discussion.

14       Other thoughts on -- so I guess I

15   look at law enforcement, prosecutors,

16   defense attorneys, they were all brought

17   in.  Social service agencies, I mean,

18   DCYF --

19       JUDGE CARBON:  Yep.  DCYF --

20       JUDGE HANTZ MARCONI:  -- were all

21   brought into this discussion.

22       JUDGE CARBON:  We had corrections,

23   psychologists, defense, bar, prosecution,

24   medical community, education -- Betsy,

25   help me out.  What am I missing?  We

Domestic Violence Task Force - 01/27/2022

1     really tried to reach the community at

2     large as best we could.

3          MS. PAINE:  And I think attorney

4     Cronheim testified that he had been

5     part --

6          JUDGE CARBON:  Right, right --

7          MS. PAINE:  -- that he had been part

8     of that effort.  And he certainly brought

9     great depth of experience in terms of his

10    criminal defense background and also

11    family law background.  Pam was part of

12    it --

13         JUDGE CARBON:  Yep.

14         MS. PAINE:  -- yeah.  And we -- Your

15    Honor, I would note that we haven't

16    discussed the crossover place that seems

17    so painful from the public hearing

18    record, which is the fact that children

19    often get caught in the middle of these

20    cases.  And we did have federal funding

21    for a three-year period -- five-year

22    period -- to do a project called the

23    Greenbook Project that tried to look at

24    the co-occurrence of child abuse and

25    domestic violence.  And I would say that



Domestic Violence Task Force - 01/27/2022

1          we started -- and Judge Yazinski was part

2          of that, Judge Carbon was part of that.

3          I don't know as -- we resolved how to

4          practice better for kids.  And it sounds

5          like, based on the testimony, that

6          there's still an incredible body of work

7          that needs to be taken on there.

8                  JUDGE HANTZ MARCONI:  Interesting.

9          What time frame was that, roughly?

10                 JUDGE CARBON:  It was --

11                 JUDGE YAZINSKI:  It was

12         (indiscernible) --

13                 JUDGE CARBON:  -- when I was still

14         sitting and --

15                 MS. FREEMAN:  2005 to 2007, I think?

16                 JUDGE YAZINSKI:  Yeah.

17                 JUDGE HANTZ MARCONI:  Okay.

18                 JUDGE YAZINSKI:  Yeah, exactly.

19                 MS. FREEMAN:  I was an advocate in

20         Plymouth right after that happened, and

21         it was based in Plymouth.  So I'm pretty

22         familiar with it.  It was amazing work.

23                 JUDGE YAZINSKI:  It was

24         incorporated --

25                 JUDGE HANTZ MARCONI:  Where might



Domestic Violence Task Force - 01/27/2022

1        that -- that -- those work papers, work

2        document, where might that reside?

3             MS. FREEMAN:  I can find them and

4        give it to Anne and Lisa.

5             JUDGE CARBON:  Yep.

6             JUDGE HANTZ MARCONI:  Great.

7             JUDGE YAZINSKI:  And we actually

8        drafted protocols along those lines that

9        we presented to the judges.  However, we

10       ran out of funding, we ran out of time.

11       We ran out of the ability to continue the

12       project and -- in a way that was

13       sustainable, which is what often happens,

14       unfortunately, when we do these things.

15            But that reminds me -- and again I

16       apologize.  I don't want to dominate

17       these things.  When Dr. Hodge -- I

18       watched the public hearing -- and she

19       testified about judges not being --

20       obviously, we don't have the training

21       that she had -- but not being trained in

22       trauma and PTSD and other mental health

23       issues that go along with interpersonal

24       violence.  While we were doing the

25       Greenbook work and thereafter, some of us



Domestic Violence Task Force - 01/27/2022

1      really did take a -- have a strong focus

2      on PTSD and trauma -- worked with Dr.

3      Rosenburg out of Dartmouth for years on a

4      trauma-focused CBT program that

5      ultimately went statewide.  We did train

6      judges, or at least we made -- we exposed

7      judges to it.

8           That collaboration was

9      (indiscernible) for several years also

10     involving DCYF, involving the local

11     mental health clinics and involving the

12     advocacy groups and the Coalition.  So

13     there are -- there are pieces out there

14     that did occur that sometimes we lose

15     track of.

16          MS. LAFRANCE:  Yeah, I was -- I was

17     going to say to, kind of, piggyback on

18     what the Judge said, when Dr. Hodge was

19     speaking, I actually wished she had hung

20     around because I wanted to talk to her

21     after.

22          Yeah, I mean, I see that sometimes

23     in when I represent somebody in a

24     restraining order hearing -- if there are

25     children involved, you know, sometimes



Domestic Violence Task Force - 01/27/2022

1          the judge is saying, well, they didn't

2          abuse the child, you know, just the wife

3          or the parent.  So there should be

4          contact with the child.  And it's like,

5          well, the children witnessed it.

6              So I mean, I -- I think definitely

7          the judges need some training on, you

8          know, just how even if there's not direct

9          physical abuse, just by witnessing abuse,

10         children, you know, can still suffer.

11         And not even thinking about, you know, if

12         they have contact with the abuser.  And

13         sometimes I've had judges order

14         unsupervised contact, so they're, you

15         know, filling the children's ears with

16         God knows what.  So --

17             JUDGE YAZINSKI:  Yeah -- and I hate

18         to jump in -- but Judge Carbon and Sarah

19         and Betsy, if that's occurring on a

20         regular basis, then that falls on us that

21         we have not trained and educated judges

22         well enough.

23             Patty, you have no idea what you're

24         making me feeling like when I hear that.

25         Because that is just -- just basic.  And



Domestic Violence Task Force - 01/27/2022

1      it's part of what we worked on with the

2      Greenbook.

3          And Sue, I'm sure you're cringing

4      too if you're -- as you hear that.

5          JUDGE CARBON:  Uh, yeah.  My hair,

6      which is normally dead straight, was,

7      like, doing loops right now.

8          We have trained -- really, we don't

9      even use children exposed any longer --

10     or children witnessing -- we talk about

11     children being exposed to violence.  And

12     we've done so much training on trying to

13     educate judges that even in utero -- I

14     mean, we find oftentimes that we feel

15     like we're training the bar.  Because

16     lawyers will sometimes say, you know, the

17     kids weren't around, they didn't see

18     this, they didn't witness it.  But we

19     know from science that kids in utero are

20     experiencing the effects of violence.

21     And we've looked at all the research

22     being done on brain development, and it's

23     extraordinary.

24         But it still takes a lot of time to

25     continue training because lots of this is



Domestic Violence Task Force - 01/27/2022

1     new and continually evolving.  And as a

2     bench, we've had a lot of training and

3     we've been doing our best to continue

4     educating judges, but I would also say,

5     candidly, we don't have nearly as much

6     time for training as I think we would

7     like.  DV one part of what we do, and

8     there's so many other areas.

9          But, you know, I would love to see

10    us have more time to do more training,

11    more experiential training.  And I think

12    Jack and Betsy would agree, and Sarah,

13    that this is something important to us,

14    that I think we recognize how critical

15    that is.

16         And I think we also need to do,

17    frankly, a better job understanding the

18    crossover and the different philosophical

19    approaches to domestic violence in the

20    context of a DV hearing and domestic

21    violence in the context of a parenting

22    case.  Because I think people approach

23    those two different doors with very

24    different philosophies.

25         And in a DV case, we're talking all



Domestic Violence Task Force - 01/27/2022

1        about safety.  That's number one.  And

2        when we go into parenting, we're talking

3        about a parent's rights to a child.

4        Safety sort of falls off the top tier.

5        And I think that's one area that we as a

6        state need to have some conversation

7        about and need to focus on and could do a

8        lot of collaborative work moving forward

9        on that too.  So I would agree with --

10       JUDGE HANTZ MARCONI:  For the cases

11       that -- and I think you mentioned the

12       bar, and then there's that missing link.

13       And we know that vast majority of these

14       cases are with unrepresented, self-

15       represented, parties --

16       JUDGE CARBON:  Right.

17       JUDGE HANTZ MARCONI:  -- but for

18       those where there are -- where there is

19       counsel, and I'm thinking DOVE program,

20       where there's assigned counsel.  Is it

21       something that the bar could help, in a

22       particular case, educate the court?  You

23       know what I'm saying?  I mean, sometimes

24       science gets ahead, and it's case-

25       specific when you have an opportunity to



Domestic Violence Task Force - 01/27/2022

1      bring some -- some actual factual

2      evidence to the court.

3           So I'm thinking of two prongs.

4      Certainly there's internal training,

5      which makes a ton of sense.  But there's

6      also, as you mentioned, communication

7      with the bar about when they have the

8      opportunity to broaden their horizon, if

9      you will, in what they're presenting.

10          JUDGE CARBON:  Well, you're right.

11     I mean, a lot of people come in without

12     the benefit of counsel, and we've

13     spent --

14          JUDGE HANTZ MARCONI:  Right.

15          JUDGE CARBON:  -- a lot of time in

16     this group already talking about the

17     critical importance of having good

18     counsel representing them but --

19          JUDGE HANTZ MARCONI:  Right.  And

20     then once you have counsel, is counsel

21     presenting --

22          JUDGE CARBON:  Um-hum.

23          JUDGE HANTZ MARCONI:  You know, in

24     the DOVE training, for example, is

25     counsel presenting its best case.  And



Domestic Violence Task Force - 01/27/2022

1        this would circle back then to the form

2        issue and what Judge Nicolosi said so

3        well, which is when you have a full --

4        fully formed petition, it makes the

5        hearing process easier.

6            JUDGE CARBON:  Um-hum.  Yep.  No

7        shortage of work to do.

8            JUDGE HANTZ MARCONI:  Yeah.

9            MS. DODGE:  Justice Hantz, are

10       you -- I mean, were you suggesting

11       potentially a roundtable with judges and

12       attorneys who typical take protective

13       order cases?

14           JUDGE HANTZ MARCONI:  Maybe.

15           MS. DODGE:  I mean that -- that may

16       be a helpful thing.  I mean, I don't -- I

17       mean -- so I'm speaking as a non-

18       attorney.  I don't know -- and there are

19       lawyers sitting here.  I don't know what

20       their sense would be of going to a

21       roundtable and discussion some trends

22       that they're seeing with the, you know,

23       not being able to obtain some of the

24       other relief that's so important for the

25       family, like the -- either the no



Domestic Violence Task Force - 01/27/2022

1       visitation or the child or supervised

2       visitation if there is something

3       available, where a judge has just ruled

4       that the kids weren't present, so it's

5       not a nonissue.  How comfortable would an

6       attorney be in a roundtable setting

7       discussing that with the judges?  I'm

8       just throwing that out there because I'm

9       a non-attorney and I'm not going to have

10      to appear before the judge.

11          MS. LAFRANCE:  Well, as an attorney

12      who takes these cases, you know, I think

13      it's all in how it's presented.  You

14      know, you don't -- I don't -- if it turns

15      into just a gripe fest, then maybe, you

16      know, a judge might -- I would hope

17      not -- but a judge might feel personally

18      attacked if they feel like it's something

19      that they did.  But if it's just

20      presented as a general, you know, hey,

21      let's work collaboratively to see if we

22      can solve this problem.  But I mean, I --

23      I certainly wouldn't mind a roundtable

24      with judges.  I mean, I think I'm

25      diplomatic enough that I can present



Domestic Violence Task Force - 01/27/2022

1        issues without being accusatory.

2            But one thing I did want to say,

3        what I really took away from the public

4        hearing on Friday was -- and I'm hearing

5        it again today -- is it always comes down

6        to training, which means money and time,

7        something that nobody has.

8            So I mean, we just -- we see this --

9        this has been going on for years, you

10       know.  And it's just -- you need the

11       money, you need the time, you need the

12       personnel.  And that's something that

13       historically the legislature just doesn't

14       want to give.  And I'm sure -- you

15       judges, you see it too, you know.

16           Now we're seeing, you know, look

17       at -- look at the Sununu Center, right?

18       They're looking at a hundred-million-

19       dollar payout.  Maybe if they'd taken

20       some of that money and put it into proper

21       training and staff, they wouldn't be

22       looking at that situation.  I mean,

23       that's -- that's -- that's what's going

24       to happen.  There's going to be a

25       lawsuit, and the state's going to end up



Domestic Violence Task Force - 01/27/2022

1         paying hundreds of -- maybe a hundred

2         million dollars, who knows -- because

3         there's no -- there's no training and

4         there's no time or staff.  So I mean,

5         that's -- you know, I was county

6         attorney, I dealt with budgets too, and I

7         know how the legislature can be.

8              Amanda, you've been up there, you've

9         seen it, right?  So how do we get around

10        that?  I mean, how do we get the

11        legislature to sit up and take notice?

12             MS. SEXTON:  Well, I think that

13        another --

14             JUDGE HANTZ MARCONI:  Well, we

15        also -- go ahead.

16             MS. SEXTON:  I'm so sorry.  I think

17        another recommendation should be that the

18        legislature appropriate additional funds

19        for training and staff to ensure that

20        these cases are done well.  Or they're

21        done in a way that can ensure that the

22        safety of some of most vulnerable

23        citizens are prioritized.

24             And I think you're absolutely right,

25        who has time right now to be taking



Domestic Violence Task Force - 01/27/2022

1        judges off the bench to be able to do

2        enhanced training that, I think, many are

3        very interested in and I think are

4        certainly needed.

5            So I think that that is one way -- I

6        think we could all come together from all

7        of these different disciplines to -- to

8        certainly recommend that there be some

9        sort of appropriation.

10           JUDGE HANTZ MARCONI:  Well, and I

11       think as we've seen, there may be grant

12       money available on a regular basis, if

13       you will.  But then sometimes that's just

14       a start.  It doesn't -- doesn't

15       perpetuate itself.  It doesn't continue

16       the program.

17           And so if we're going to solve this

18       long term, I mean, A, we're talking about

19       collaboration, and there's a whole lot

20       that we can do just in communicating.

21       But in carrying it forward, there's got

22       to be a sustainable work group, if you

23       will, to carry it forward.

24           MS. ZINKIN:  Judge Yazinski?  I -- I

25       think that you would know.  As I



Domestic Violence Task Force - 01/27/2022

1          remember, like, twenty-one years ago,
2          whatever, there was a lot more funding in
3          the budget for the judicial branch to
4          have training for lawyers and judges who
5          are part of the branch.  And my
6          understanding or recollection is that was
7          slashed, I want to say, like, ten years
8          ago.
9               JUDGE YAZINSKI:  Yeah, that's right,
10         Anne.  It -- it was almost completely
11         eliminated.
12              MS. ZINKIN:  Right.
13              JUDGE YAZINSKI:  So that we got
14         creative, and we do our own quarterly
15         trainings -- one coming up on Friday.
16         And then people like Judge Carbon go out
17         and get money to bring experts in to
18         present.  But we have no real educational
19         budget that allows us to get programming
20         outside of those very localized, tailored
21         things that tend not to cost any money.
22              JUDGE HANTZ MARCONI:  And what would
23         be nice, actually -- and this is a little
24         bit of a detour -- but I presume there
25         are -- and tell me if I'm wrong --



Domestic Violence Task Force - 01/27/2022

1       programs out there -- like, already

2       developed that people could go to,

3       attend, if we could just build it in to

4       the process.  And whether it is members

5       of the bar, members of the -- that work

6       in system, so to speak -- judges, staff.

7           I assume it would be great if we

8       could identify some of those programs --

9       I'm just thinking of our

10      recommendations -- so that -- it's not

11      like we're recreating the wheel.  There's

12      stuff out there to do.  We just need to

13      get people exposed to it.

14          JUDGE CARBON:  Justice Hantz

15      Marconi -- yeah.  There's tons of

16      material out there, and we've brought

17      many a resources in.  But part of the

18      issue is getting time set aside --

19          JUDGE HANTZ MARCONI:  Right.

20          JUDGE CARBON:  -- so that the entire

21      bench -- and we've advocated for

22      statewide so that it's superior, circuit,

23      Supreme -- so that everybody's getting

24      all of the information.  Because there's

25      some amazing training that's available.



Domestic Violence Task Force - 01/27/2022

1      And it's contracting with somebody to

2      say, okay, on whatever, X days we're

3      going to do it.  That's for the bench.  I

4      don't know what -- and maybe Amanda and

5      others know -- what's available for the

6      bar.

7           JUDGE HANTZ MARCONI:  Right.

8           JUDGE CARBON:  Because the

9      organizations that I work with are

10     judicial training.  But --

11          JUDGE HANTZ MARCONI:  Well, and you

12     think about it, the intersection with,

13     you know, how domestic violence affects

14     abuse and neglect cases --

15          JUDGE CARBON:  Right, absolutely.

16          JUDGE HANTZ MARCONI:  Right.  You

17     know.  So there's this whole cross-

18     referencing to the topic.  Which, yes,

19     would be great to have some.  And it is

20     time.  Because right now we don't have

21     time to take the judges off the bench.

22          MS. FREEMAN:  And we don't have

23     time --

24          JUDGE CARBON:  So if

25     (indiscernible) --



Domestic Violence Task Force - 01/27/2022

1            MS. FREEMAN:  Sorry, go ahead.

2            JUDGE CARBON:  Go ahead, Sarah.

3            MS. FREEMAN:  No, I was just

4        saying -- and we don't have the time for

5        staff to be able to train.

6            JUDGE HANTZ MARCONI:  Right.

7            MS. FREEMAN:  So the judges are just

8        one piece of that, and we're -- when

9        you're -- you don't have enough judges or

10       you don't have enough staff, every single

11       day you are just trying to meet your

12       statutory deadline to process cases, to

13       provide the access that -- the justice

14       that the statutes require.  So all of

15       what we're talking about, we want to do.

16       And --

17            JUDGE HANTZ MARCONI:  Yep.

18            MS. FREEMAN:  -- we have -- we may

19       have funding for -- to bring in a

20       trainer.  But we don't have the time --

21       staff time or judge time -- to dedicate

22       to that consistently.

23            MS. LAFRANCE:  So --

24            MS. SEXTON:  I -- it sounds like

25       we've -- so sorry.



Domestic Violence Task Force - 01/27/2022

1          JUDGE HANTZ MARCONI:  Yeah.

2          MS. LAFRANCE:  Oh, no.  I was going

3     to say I'm -- I'm on the CLE committee,

4     and they know I'm part of this task

5     force, so they were looking for me to

6     report back to see if there was any

7     training that the bar could offer through

8     their CLE.  So I, you know -- they have

9     the facility -- obviously, we're doing

10    most of our training online through Zoom.

11    But I think this is definitely something

12    that we could turn into a day-long

13    program.  But like Sarah just said, it's

14    getting the time to find the judges and

15    court staff --

16         JUDGE HANTZ MARCONI:  But --

17         MS. LAFRANCE:   -- to actually be

18    able to come to the training.

19         JUDGE HANTZ MARCONI:  But also just

20    like lawyers educate judges on various

21    aspects of the law when they're

22    presenting their case, I just wonder

23    about that -- I mean, not ideal but

24    backdoor way of bringing -- again, in a

25    particular case -- bringing some new data

Domestic Violence Task Force - 01/27/2022

1        to the fore.

2            MS. SEXTON:  Yeah --

3            JUDGE CARBON:  It might be

4        interesting to have the bar do some

5        programs, for example, on trauma-informed

6        practice, which impacts judicial

7        officers.  It impacts the bar.  It

8        impacts law enforcement.  It impacts

9        advocates.  Everybody who touches DV

10       needs to know about trauma.  And judges

11       are getting a lot of training on trauma.

12       I don't know the extent to which other

13       are.  But you could have a training that

14       could be applicable to a

15       multidisciplinary audience.

16           But even doing something, like, at a

17       bar meeting where -- that's a very

18       visible organization -- I'm not sure that

19       others besides the bench and bar would

20       attend the bar meetings.  But that sort

21       of thing -- or where we used to have our

22       statewide conferences, they used to be

23       truly multidisciplinary.  And we could

24       bring people to them and have some

25       multidisciplinary conversations.  But

Domestic Violence Task Force - 01/27/2022

1        there again we're at a point where we

2        don't have the time or the

3        (indiscernible) --

4               JUDGE HANTZ MARCONI:  But at bar

5        meetings, even county bar meetings, where

6        they have an after-hours, you could

7        perhaps delve into that.

8               JUDGE CARBON:  You could.  I think

9        that would be a little bit more

10       challenging to try to do ten around the

11       state, but certainly --

12              JUDGE HANTZ MARCONI:  Hey, I'm an

13       optimist.

14              JUDGE CARBON:  Yeah.

15              JUDGE HANTZ MARCONI:  If you had a

16       program.  I mean, if you had a program --

17              JUDGE CARBON:  Yep.

18              JUDGE HANTZ MARCONI:  -- that you

19       could roll out to Inns of Court and

20       county bar meetings, people might go, and

21       you'd have that, again, you know, cross-

22       referencing.

23              MS. FREEMAN:  And --

24              JUDGE HANTZ MARCONI:  That'd be

25       interesting.



Domestic Violence Task Force - 01/27/2022

 1          MS. FREEMAN:  And I would say that I

 2     think some of us have worked on trying to

 3     developing programing that's systemwide,

 4     but it goes back to when are we going to

 5     have judges participate in this, and when

 6     are we going to have staff.  Because

 7     they're -- we're processing -- we're

 8     processing cases, we're getting those

 9     three- to five-day hearings out.

10          And so it really becomes a larger

11     system challenge where we may have

12     internal and external resources for

13     training both to fund it and to have

14     people train, but it -- where do you find

15     the space to do that.

16          JUDGE CARBON:  And Sarah, if I

17     could --

18          JUDGE HANTZ MARCONI:  Well, we're

19     trying to -- again, another hat that I

20     wear is this education subcommittee for

21     court staff that came out of a internal

22     survey -- trying to create sort of an

23     online catalogue of trainings.  So

24     it's -- it will be a little bit in the

25     future, but if we could have modules for

Domestic Violence Task Force - 01/27/2022

1      folks to do at their own pace, there's

2      that coming.

3              JUDGE CARBON:  That's certainly

4      helpful.  And I'll just -- since we're

5      just in a group -- I'll advocate for what

6      I think is ideal, which is getting people

7      together.

8              JUDGE HANTZ MARCONI:  Yes.

9              JUDGE CARBON:  Having the

10     opportunity for discussion about that.

11     Some people really do learn very well

12     sitting in their living room drinking

13     coffee and that kind of thing.  But other

14     people really benefit from having an

15     opportunity to talk and exchange ideas,

16     and to vet ideas when they don't really

17     resonate with you.  And all the cognitive

18     dissonance that you have with some of

19     that stuff.

20             But I would also just share an

21     observation that I don't know that has

22     come up before.

23             Judge Yazinski, correct me if I'm

24     wrong -- or maybe Sarah, you know the

25     numbers -- we've got about a third of the

Domestic Violence Task Force - 01/27/2022

1       circuit court bench is new to the bench,

2       five years or less.  Something like that.

3       Judge Yazinski and I are, like, the old-

4       timers, who they're going to be put out

5       to pasture pretty soon.

6           So you've got brand-new people who

7       not only need DV, they need child abuse.

8       And we've been talking about the same

9       thing with the child abuse institutes as

10      we are with the DV.  So this is one

11      critically important topic, but it's not

12      the only topic that we need to get judges

13      really well-trained in.  So when we're

14      taking this, and now we multiply it by

15      umpteen other also really important

16      topics, it's -- it's a daunting task.

17          And I think people just need to be

18      realistic that we, in an ideal world,

19      could send judges to an institute for a

20      couple months to get the training and

21      then continue on with some of that.  But

22      we need to figure out what is realistic

23      and recognize that there are a lot of

24      people who have very little training

25      because they're just so new to the bench,



Domestic Violence Task Force - 01/27/2022

1          and you just can't learn everything all

2          at once.  Even if you practice law in

3          that area, it is very different when then

4          you go on the bench.  So --

5              JUDGE HANTZ MARCONI:  And so that

6          brings us back to where we started, in a

7          way, I think, in terms of

8          communication -- ongoing communication to

9          help focus 'till we can send people, you

10         know, six weeks a year for training on

11         everything -- but we can at least focus

12         and prioritize the areas because of the

13         feedback we get.  We might be able to

14         prioritize the areas that need -- that

15         need some help right away.  Or at least

16         prioritize the type of training or the --

17         the corrections that are perceived to

18         need to be made, or -- and/or I also

19         think -- communication, two-way street --

20         to perhaps explain why a particular

21         critique of a particular pattern might be

22         warranted.

23             I mean, it just -- I think the

24         communication aspect helps create a base

25         of understanding, if you will.  So a

Domestic Violence Task Force - 01/27/2022

1           judge might not understand that raising

2           their voice is scaring people.  On the

3           other hand, you might be able to at least

4           get some -- I don't know -- feedback so

5           that it can be explained to the folks

6           coming in to court that this is not

7           directed at you, this is not personal,

8           this is, you know, kind of, the way this

9           person presents, if you will.

10              MS. SEXTON:  I think that we've --

11          we probably all agree that improved

12          communication is going to make a big

13          difference here.  That ongoing training

14          is going to be absolutely critical.

15              But, you know, I'm not hearing from

16          folks that are saying one particular

17          judge yelled on X day.  I'm hearing

18          from -- consistently from -- a broad

19          network of people that are working within

20          the community that there are five, six

21          judges that are consistently -- what

22          people believe -- are making some -- are

23          acting in a way that is putting victims

24          in further danger.  I know those are very

25          strong words, but I hear the same judges



Domestic Violence Task Force - 01/27/2022

```
 1          names over and over and over again from

 2          all across the state.

 3               So I guess the question is, once we

 4          have all of those -- once we work to

 5          improve all of these things, which we

 6          know and we absolutely should, what are

 7          we going to do when we've identified that

 8          we still have that same group of people

 9          that are -- are seemingly problematic on

10          these issues --

11               JUDGE HANTZ MARCONI:  Well, I think

12          that -- that's part of the communication

13          because, again, if there is -- and this

14          gets back to -- to knowing the problem.

15          So if -- I mean, those situations -- at

16          least from where I'm sitting -- would

17          need an open conversation about what are

18          you hearing, what's being reported, what

19          are the circumstances, is there an

20          alternative explanation, is there not,

21          and then getting to the ground of if it

22          is an ongoing pattern of, perhaps, lack

23          of judgement or something, is there a

24          correction.  But I think that's part of

25          the conversation that needs to happen.
```

Domestic Violence Task Force - 01/27/2022

1          JUDGE YAZINSKI:  And in those areas,

2     are your -- are your centers -- are the

3     directors comfortable -- like I said

4     earlier, Deb Mozden would be comfortable

5     contacting me.  Are they comfortable

6     contacting those judges?  Let me give you

7     an example.

8          Years ago, I denied a number of

9     motions to waive filing fees, and Deb

10    Mozden asked if she could meet with me.

11    And she brought to my attention that I

12    was denying waivers for women who were

13    either in shelter or dealing with Turning

14    Points.  And it caused me to look more

15    closely at both why I was denying those

16    and whether or not I needed to revamp the

17    way that I was looking at that portion --

18    because again that was financial control,

19    lots of parts went into it.

20         But it made me think long and hard

21    about it, and I still think about it when

22    I look at a request to waive fees and I

23    look at a financial affidavit.  So do

24    you -- do you think Deb's equivalents in

25    those areas would be comfortable talking

Domestic Violence Task Force - 01/27/2022

1       with their judges?

2           MS. SEXTON:  Judge Yazinski, that's

3       a great question.  And I wish that, you

4       know, that everyone had, you know, the

5       relationship that you and Deb have.  And

6       I wish that every courtroom looked like

7       yours and Judge Carbon's, but they don't.

8       I do think that that is a very valuable

9       relationship you have, and I think it

10      would absolutely beneficial if we could,

11      you know, open those lines of

12      communications.

13          And I think somebody at our last

14      meeting mentioned the coordinating

15      councils, the domestic violence

16      coordinating councils, the brown-bag

17      lunches.  I participated in those when I

18      was a young advocate at one of the crisis

19      centers, and those were an excellent way

20      for everybody within the community and

21      the court to have localized

22      conversations.  And I suspect that if we

23      could reinstitute those, they would be

24      incredibly valuable.

25          JUDGE HANTZ MARCONI:  And even



Domestic Violence Task Force - 01/27/2022

1       beyond the brown-bag lunch, if we could

2       just make a point of connecting the

3       crisis center catchment area with the

4       judges in that area and inviting that

5       communication, that could solve the

6       problem -- I mean, do the lunches too --

7       but that could just be something we

8       institute.  You're the assigned judges

9       for the next, you know, however many

10      months it's going to be, and here are the

11      phone numbers and here are the people,

12      like a cheat sheet.

13          I mean, I know, anecdotally, judges

14      move around, the first thing -- the

15      challenge is finding the resources that

16      are in that community.  And it's not just

17      DV, it's lots of other areas as well.  So

18      maybe we need to invite that

19      introduction.

20          JUDGE CARBON:  Justice Marconi I

21      think --

22          JUDGE HANTZ MARCONI:  As long as the

23      crisis center folks would be willing to,

24      you know, pick up the phone and not feel

25      hesitant or, frankly, if they feel



Domestic Violence Task Force - 01/27/2022

1          hesitant, I guess the same could be the

2          Coalition top brass could pick up the

3          phone.

4              MS. BEEBE:  Can I just add to that

5          as someone from a crisis center?  You

6          know, I don't think that there's any

7          hesitancy, and I also think it's bigger

8          and more multidisciplinary than focusing

9          just on judges.

10             You know, we have -- we have the

11         same challenges with different court

12         personnel, with law enforcement, with --

13         but it's not across the board.  And so

14         it's -- some of it is systematic in terms

15         of not understanding the protocols and

16         what people are supposed to be doing

17         within the protocols and trying to figure

18         that out.  So for me if there was a

19         clearer sense of what everybody's role

20         and responsibility is so that you can

21         have those conversations of where the

22         breakdown might be occurring is different

23         from if there's some decisions being made

24         that are seemingly harmful to victims

25         that have nothing to do the process of



Domestic Violence Task Force - 01/27/2022

1        what we're trying to fix here.

2              And the other piece is that I do

3        think the opportunity of bringing people

4        together -- I know those coordinating

5        councils and brown-bag lunches were

6        extremely beneficial.  And I think Sarah

7        and now Jean's position is extremely

8        helpful to connecting us to the court

9        personnel that we might not know.

10             'Cause it does come down to

11       personalities.  We have court personnel

12       that will call us on a weekly basis and

13       make sure that we're there and make sure

14       that we're connected to the victims that

15       are seeking relief.  But then there's

16       others that we really struggle to even

17       have any sort of communication or are not

18       at all helpful when we are able to be

19       there, based on the victims reaching out

20       to us first.

21             So I mean, I just know in going back

22       and reading the protocols and -- I don't

23       know -- is there a revised protocol

24       that's in the works from the one from

25       2013, or is that the most recent?



Domestic Violence Task Force - 01/27/2022

1        JUDGE HANTZ MARCONI:  I think there

2    are revisions to the protocols in the

3    works.  I'm not quite sure what -- what

4    about the protocols would direct a

5    call -- I guess I'm thinking the problem

6    with the judge we kind of know.  Either

7    you're going to call that judge or take

8    it to the administrative judge.  Problem

9    with staff, you're either going to go to

10   that staff or, frankly, Jean, you know,

11   sort of.  Or the clerk of that particular

12   court.  Law enforcement, I guess you'd go

13   to that particular agency.  So --

14       MS. BEEBE:  Well, then I guess they

15   are two separate things.  You know, like,

16   there -- there is the definitely being

17   comfortable reaching out, and I think

18   that -- I know we do that.  But I do

19   think the challenge is that there being

20   several different judges when you're

21   working with so many courts in one area

22   to have that relationship.  You might

23   have that relationship with one or two of

24   them, but to build that relationship to

25   the point where you can have those

Domestic Violence Task Force - 01/27/2022

1       thoughtful conversations --

2              JUDGE HANTZ MARCONI:  And maybe --

3       right.  And maybe we just need to not

4       make it a personal relationship but make

5       it a system relationship, which is --

6       here's the deal, the crisis center and

7       you know, through the DV program manager,

8       though, you know, whatever system we

9       devise, that's where you call whether you

10      know the person or not.

11             MS. BEEBE:  And I think that's where

12      I was muddying it up a little bit was

13      because there -- to me -- there is that

14      clear systems piece, which is different

15      from the reaching out if there's been an

16      issue.

17             Which we would want also to come the

18      other way, too.  Cause problems with

19      advocates, problems with all the

20      disciplines, but to be able to open up

21      those lines of communication that -- but

22      also be clear what everyone's role is

23      based on the systems piece.

24             MS. FREEMAN:  And I do think that

25      COVID and staff turnover in the courts



Domestic Violence Task Force - 01/27/2022

1      and in the crisis centers has impacted

2      that.  Because it has been more people,

3      then remote, there's been lots of

4      changing staff, so it's going to be

5      introducing new advocates and new court

6      staff to each other and their roles and

7      learning.  And having advocates in the

8      courts meeting people, which has been

9      challenging over the last two years.

10             JUDGE HANTZ MARCONI:  And we haven't

11     heard much from the -- I think you guys

12     call them system advocates -- but the --

13     victim witnesses advocates.  But I don't

14     know if there's a communication problem

15     there.

16             JUDGE CARBON:  I don't know if there

17     necessarily is there, but I think one

18     issue that -- when I listen to Judge

19     Yazinski and talk about his work with Deb

20     Mozden, that didn't just happen.  I mean,

21     I think they really cultivated a

22     relationship.  And you build trust over

23     time.

24             And so this is the kind of thing

25     that if you really want to



Domestic Violence Task Force - 01/27/2022

1       institutionalize, I think we need to

2       think back to the way that we created our

3       original coordinating councils back in

4       1994, I think, when we had the first

5       conference.  And start doing that and

6       really cultivating within the community

7       so that it's not putting all of this

8       on -- everybody call Jean when you've got

9       a problem.  But getting people to know

10      one another, to be familiar with one

11      another.  Because nobody wants to be

12      calling anybody -- a total stranger --

13      and saying, hey, this just happened.  You

14      want to be able to receive it and hear it

15      in a genuine way and be open to saying,

16      okay, what did happen, and do we need to

17      make some change.

18           I will share also that serving on

19      the judicial conduct committee, we will

20      have complaints come in where somebody

21      will say -- as Amanda has suggested --

22      that somebody was really rude and very

23      disrespectful and whatever may be.  And

24      we listen to those hearings.  And

25      sometimes the complaining party is spot-



Domestic Violence Task Force - 01/27/2022

1      on.  That judge was inappropriate.  And

2      other times, there isn't what the

3      litigant is complaining of.

4          And so I just -- I just want to ask

5      Amanda, when you hear this from people,

6      is there somebody who goes back and would

7      listen to a hearing tape so that if

8      somebody said, we're getting these

9      complaints about Judge X or Judge Y, that

10     you've checked that and indeed you really

11     are hearing that, and so it's something

12     that we actually need --

13         MS. SEXTON:  Yes.

14         JUDGE CARBON:  Okay.  That's

15     (indiscernible) --

16         MS. SEXTON:  Judge Carbon, I will --

17     I can assure that when I -- when we bring

18     something to the courts, I've listened to

19     the recording, that it's been well-

20     documented, and that everybody at the

21     Coalition agrees with either the

22     survivor, the community member, the

23     advocate, that it is a very serious issue

24     that the courts need to hear about.

25         JUDGE CARBON:  Okay, thanks.



Domestic Violence Task Force - 01/27/2022

1          JUDGE HANTZ MARCONI:  All right.  I

2      have 2 p.m., which means it's 5.

3          So other thoughts on this topic of

4      communication?  And again, if you have

5      thoughts that pop into your head once

6      we're done, send them in.  Thoughts about

7      training materials, send them in.  And

8      thoughts about what we're going to talk

9      about Monday.

10          I think we have a firearm issue that

11      popped up that we're going to talk about

12      Monday.  Think about what else we can

13      talk about Monday.  This is our grab bag.

14      Email them in, send them in, call them

15      in, and we will pick up again on Monday.

16          Also, I want you to think about

17      which topic or topics you would like to

18      be linked with so that our drafting team

19      can reach out and sort of vet their

20      initial draft with a member or two or

21      three of the task force as we draft so

22      that we can pull our thoughts together

23      and then circulate to the whole group.

24      So I want y'all to pick one, at least

25      one.  If you're interested in more than

Domestic Violence Task Force - 01/27/2022

1      one charge area, including Monday, which

2      is wide open.

3           Anything else that you think we need

4      to talk about, we haven't talked about

5      enough, we haven't, you know, drilled

6      down and gotten specific enough.  I think

7      we're getting more comfortable with each

8      other, so no limits on what we talk about

9      Monday.  And think about those two things

10     because I'll be looking for volunteers at

11     the end of that session or shortly

12     thereafter.

13          Okay.  Thanks much to everyone.

14     Again, many thanks.

15

16

17

18

19

20

21

22

23

24

25



1              C E R T I F I C A T I O N

2

3          I, Grace Markarian, certify that the

4          foregoing transcript is a true and

5          accurate record of the proceedings.

6

7

8

9          _____

10         Grace Markarian (CDLT-258)

11         TTA-Certified Digital Legal Transcriber

12

13         eScribers

14         352 Seventh Avenue, Suite #604

15         New York, NY 10001

16

17         Date:   February 28, 2022

18

19

20

21

22

23

24

25



**A**

ability 28:11
able 7:5 17:15
 18:23 35:23
 39:1 43:5
 44:18 50:13
 51:3 57:18
 59:20 61:14
absolutely 8:7
 38:24 42:15
 51:14 52:6
 54:10
abuse 12:15
 26:24 30:2,9,9
 42:14 49:7,9
abuser 30:12
access 43:13
accessible 19:7
accurate 65:5
accusatory 37:1
acting 51:23
action 10:4
actions 14:13
actual 34:1
add 24:4 56:4
addition 24:9
additional 20:14
 38:18
address 18:3,7
addressed 9:7
 10:8,12,12
 15:16,17
administrative
 4:21 5:1 6:10
 6:14 7:4,19
 8:22 14:22
 15:1,18 18:20
 58:8
Administrator
 2:8
administrators
 6:14 17:4
advise 5:15
advocacy 17:3
 29:12
advocate 7:12
 8:16 16:17,18
 23:5 27:19
 48:5 54:18

62:23
advocated 41:21
advocates 3:13
 5:14 6:19 8:1
 9:2 11:8,9 12:7
 17:25 18:13
 19:4 45:9
 59:19 60:5,7
 60:12,13
Affairs 1:25
affidavit 53:23
after-hours 46:6
AG's 23:5
agencies 25:17
agency 58:13
ago 13:20 40:1,8
 53:8
agree 13:8 14:5
 32:12 33:9
 51:11
agrees 62:21
ahead 12:23
 33:24 38:15
 43:1,2
allowed 8:2
allowing 7:15,16
allows 40:19
alternative
 52:20
Amanda 1:24
 6:5 12:25
 13:12 15:10
 38:8 42:4
 61:21 62:5
amazing 27:22
 41:25
and/or 50:18
anecdotally 5:3
 55:13
angry 14:6
Ann 1:19
Anna 1:10
Anne 2:11 28:4
 40:10
annoyed 13:10
 14:6 15:13
anybody 61:12
AOC 10:18,19
apologize 28:16

appear 36:10
applicable 45:14
approach 25:11
 32:22
approaches
 32:19
appropriate
 13:4 38:18
appropriation
 39:9
area 17:5 33:5
 50:3 55:3,4
 58:21 64:1
areas 32:8 50:12
 50:14 53:1,25
 55:17
arrive 4:2
aside 41:18
asked 53:10
aspect 50:24
aspects 44:21
assigned 33:20
 55:8
Assistance 1:23
Assistant 1:17
Associate 1:11
Association 2:2
Association's
 3:20
associations
 4:13
assume 41:7
assure 62:7
attacked 36:18
attend 41:3
 45:20
attention 16:14
 16:15 53:11
attorney 1:17,20
 1:21 2:3,5
 19:23 20:21
 26:3 35:18
 36:6,11 38:6
attorneys 2:2
 11:11 25:16
 35:12
audience 45:15
available 5:13
 19:7,10 36:3

39:12 41:25
 42:5
Avenue 65:14
avenues 3:19
 10:6
aware 5:8
Ayotte 23:16

**B**

back 7:3 9:12,15
 12:18 16:15
 18:24 35:1
 44:6 47:4 50:6
 52:14 57:21
 61:2,3 62:6
back-and-forth
 6:16
backdoor 44:24
background
 26:10,11
bad 12:16
bag 63:13
bailiff 7:12
bar 3:12,20,22
 4:12 25:23
 31:15 33:12,21
 34:7 41:5 42:6
 44:7 45:4,7,17
 45:19,20 46:4
 46:5,20
Barbara 1:10
base 50:24
based 15:7 27:5
 27:21 57:19
 59:23
basic 30:25
basis 17:22 22:4
 30:20 39:12
 57:12
batterers 21:13
Beauchamp
 1:14
Beebe 1:16 24:3
 24:6 56:4
 58:14 59:11
behavior 9:8
believe 5:13
 51:22
bench 14:1 32:2

39:1 41:21
 42:3,21 45:19
 49:1,1,25 50:4
beneficial 54:10
 57:6
benefit 34:12
 48:14
benefits 17:12
best 26:2 32:3
 34:25
Betsy 2:5 20:16
 25:24 30:19
 32:12
better 5:23
 21:21,25 27:4
 32:17
beyond 55:1
big 51:12
bigger 56:7
bit 40:24 46:9
 47:24 59:12
Black 2:3
board 56:13
body 27:6
brain 31:22
brainstorm 22:5
branch 22:18,19
 22:20 40:3,5
brand-new 49:6
brass 56:2
breakdown
 56:22
bring 7:2 8:21
 10:4 16:13,14
 18:19 34:1
 40:17 43:19
 45:24 62:17
bringing 11:1
 24:16 44:24,25
 57:3
brings 50:6
broad 23:24
 51:18
broaden 34:8
brought 3:6
 7:16 8:20
 11:11 24:8
 25:16,21 26:8
 41:16 53:11

**brown-bag** 4:11
54:16 55:1
57:5
**budget** 40:3,19
**budgets** 38:6
**build** 17:11
19:12 41:3
58:24 60:22

**C**

**C** 65:1,1
**call** 57:12 58:5,7
59:9 60:12
61:8 63:14
**called** 26:22
**calling** 61:12
**calls** 5:21
**candidly** 32:5
**Carbon** 1:12
13:8 20:16
22:21 23:1,4,9
24:23 25:19,22
26:6,13 27:2
27:10,13 28:5
30:18 31:5
33:16 34:10,15
34:22 35:6
40:16 41:14,20
42:8,15,24
43:2 45:3 46:8
46:14,17 47:16
48:3,9 55:20
60:16 62:14,16
62:25
**Carbon's** 24:7
54:7
**carry** 39:23
**carrying** 39:21
**CASA** 2:5
**case** 5:22 13:16
14:17 32:22,25
33:22 34:25
44:22,25
**case-** 33:24
**cases** 3:4 15:3,17
18:16 21:10
26:20 33:10,14
35:13 36:12
38:20 42:14

43:12 47:8
**catalogue** 47:23
**catchment** 55:3
**caught** 26:19
**Cause** 57:10
59:18
**caused** 53:14
**CBT** 29:4
**CDLT-258**
65:10
**center** 9:20 11:8
17:3,24 18:13
37:17 55:3,23
56:5 59:6
**centers** 4:8 5:4,7
5:13 7:8 17:17
17:21 19:15
53:2 54:19
60:1
**certain** 9:24
**certainly** 9:20
10:1 21:22
26:8 34:4
36:23 39:4,8
46:11 48:3
**certify** 65:3
**chair** 23:18
**chaired** 21:11
21:14 23:16
**chairs** 20:22
23:12
**challenge** 6:1
47:11 55:15
58:19
**challenges** 56:11
**challenging**
46:10 60:9
**change** 61:17
**changes** 24:10
**changing** 60:4
**charge** 3:3 64:1
**cheat** 55:12
**check-ins** 5:19
**checked** 62:10
**chief** 7:1 13:21
**chiefs** 17:5
**child** 26:24 30:2
30:4 33:3 36:1
49:7,9

**children** 26:18
29:25 30:5,10
31:9,10,11
**children's** 30:15
**choice** 7:18
**circle** 35:1
**circuit** 1:12,13
2:7 4:20,25
6:11 16:3,9
17:8 41:22
49:1
**circulate** 63:23
**circumstances**
52:19
**citizens** 38:23
**Claremont**
16:25
**CLE** 44:3,8
**clear** 59:14,22
**clearer** 56:19
**clerk** 2:11 7:11
7:15,21 18:21
58:11
**clinics** 29:11
**close** 17:16
**closely** 53:15
**co-occurrence**
26:24
**coalition** 1:25
4:19,25 6:3,7
6:12 8:20,21
10:22 11:18,23
29:12 56:2
62:21
**coffee** 48:13
**cognitive** 48:17
**collaboration**
22:9 29:8
39:19
**collaborative**
33:8
**collaboratively**
36:21
**come** 25:1 34:11
39:6 44:18
48:22 57:10
59:17 61:20
**comes** 14:8,16
37:5

**comfortable**
36:5 53:3,4,5
53:25 58:17
64:7
**coming** 22:3
40:15 48:2
51:6
**commission**
20:11,12,24
21:2 22:17
23:13 24:8
**committee** 3:20
10:5 19:25
20:4,12,19
21:3,5,7,8,12
21:13,16 23:21
23:25 44:3
61:19
**committees**
20:23,24 21:1
**communicate**
7:20
**communicating**
39:20
**communication**
3:10,19 4:4,6
4:13 5:5 16:22
20:15 24:22
34:6 50:8,8,19
50:24 51:12
52:12 55:5
57:17 59:21
60:14 63:4
**communicatio...**
7:10 54:12
**communities**
24:18
**community** 20:6
25:24 26:1
51:20 54:20
55:16 61:6
62:22
**complaining**
61:25 62:3
**complaints** 9:23
11:10 61:20
62:9
**completely**
13:15 40:10

**components**
9:24
**composition**
23:25
**concerns** 6:18
6:19 7:21 8:9
8:12 11:7,10
11:25
**conduct** 10:5
61:19
**conference** 7:14
61:5
**conferences**
45:22
**connected** 57:14
**connecting** 55:2
57:8
**connection** 20:5
**connects** 13:23
**consistently**
12:6 17:24
43:22 51:18,21
**constellations**
4:2
**contact** 5:12
16:19 20:2
21:9 30:4,12
30:14
**contacting** 53:5
53:6
**context** 32:20,21
**continually** 32:1
**continue** 7:6 9:8
24:21 28:11
31:25 32:3
39:15 49:21
**continues** 9:10
**continuing** 7:2
14:10
**contracting** 42:1
**control** 53:18
**conversation**
6:16 33:6
52:17,25
**conversations**
13:24 45:25
54:22 56:21
59:1
**Cooperation**

3:21
**coordinating**
54:14,16 57:4
61:3
**correct** 11:5
48:23
**correction** 52:24
**corrections**
25:22 50:17
**cost** 17:7 40:21
**councils** 54:15
54:16 57:5
61:3
**counsel** 33:19,20
34:12,18,20,20
34:25
**country** 22:10
**county** 1:17,18
1:19 4:12 38:5
46:5,20
**couple** 3:24
12:21 49:20
**course** 10:4 13:3
**court** 1:11,12,13
2:7 3:14,15,23
4:7,9,20 5:5
7:1,20 8:21
13:19 15:20
16:4,10,11,12
17:8 18:21
19:2,19 22:25
25:8 33:22
34:2 44:15
46:19 47:21
49:1 51:6
54:21 56:11
57:8,11 58:12
60:5
**courtroom** 7:13
13:1 14:12
54:6
**courts** 3:11,21
4:14 6:10,11
6:13 7:10,11
9:4 16:7 20:7
58:21 59:25
60:8 62:18,24
**COVID** 59:25
**create** 47:22

50:24
**created** 21:4
61:2
**creating** 21:25
**creative** 40:14
**crime** 19:24
**criminal** 2:2
3:11 26:10
**cringe** 13:2,2
**cringing** 31:3
**crisis** 4:8 5:4,7
5:13 7:8 9:20
11:8 17:17,21
17:24 18:12
19:15 54:18
55:3,23 56:5
59:6 60:1
**critical** 32:14
34:17 51:14
**critically** 49:11
**critique** 50:21
**Cronheim** 26:4
**cross-** 42:17
46:21
**crossover** 26:16
32:18
**cultivated** 60:21
**cultivating** 61:6
**cut** 15:24

——— **D** ———
**danger** 12:14
51:24
**Dartmouth** 29:3
**data** 44:25
**Date** 65:17
**daunting** 49:16
**day** 9:16 12:19
43:11 51:17
**day-long** 44:12
**days** 19:8,8 42:2
**DCYF** 25:18,19
29:10
**dead** 31:6
**deadline** 43:12
**deal** 59:6
**dealing** 53:13
**dealt** 38:6
**Deb** 16:12,19

53:4,9 54:5
60:19
**Deb's** 53:24
**decide** 15:3
**decision** 13:20
**decisions** 15:7
56:23
**dedicate** 43:21
**deep** 14:3 23:24
**defense** 2:2 3:11
11:11 25:16,23
26:10
**definitely** 25:10
30:6 44:11
58:16
**delve** 46:7
**denied** 53:8
**denying** 53:12
53:15
**Department**
23:17
**depth** 26:9
**details** 10:17
**detour** 40:24
**develop** 17:16
**developed** 41:2
**developing** 47:3
**development**
31:22
**develops** 15:15
**devise** 59:9
**difference** 51:13
**different** 11:2
22:2 23:11,12
23:14 24:14,18
39:7 50:3
56:11,22 58:20
59:14
**difficult** 14:17
**Digital** 65:11
**diplomatic**
36:25
**direct** 30:8 58:4
**directed** 51:7
**directly** 7:20
8:23
**Director** 1:14,16
1:22,24

**directors** 53:3
**discipline** 25:8
**discipline-spe...**
24:25
**disciplines** 39:7
59:20
**discuss** 7:11
15:18
**discussed** 25:7
26:16
**discussing** 36:7
**discussion** 25:13
25:21 35:21
48:10
**disrespectful**
61:23
**dissonance**
48:18
**diverse** 23:25
**document** 15:10
15:11 28:2
**documented**
62:20
**Dodge** 2:6 35:9
35:15
**doing** 12:5 16:18
21:25 22:2,13
24:11 28:24
31:7 32:3 44:9
45:16 56:16
61:5
**DOJ** 1:23
**dollar** 37:19
**dollars** 38:2
**domestic** 1:6 2:9
3:4,12 5:10
13:16 17:12,14
18:10,15 19:21
19:22 20:11
26:25 32:19,20
42:13 54:15
**dominate** 15:23
28:16
**doors** 32:23
**dormant** 20:13
**DOVE** 2:6 33:19
34:24
**Dr** 28:17 29:2,18
**draft** 7:14 63:20

63:21
**drafted** 28:8
**drafting** 63:18
**drilled** 64:5
**drinking** 48:12
**drive** 16:10
**driving** 17:1
**DV** 20:3 22:12
32:7,20,25
45:9 49:7,10
55:17 59:7

——— **E** ———
**E** 65:1
**e-filing** 4:1
**earlier** 15:10
53:4
**ears** 30:15
**easier** 13:17
35:5
**educate** 14:11
31:13 33:22
44:20
**educated** 30:21
**educating** 13:25
32:4
**education** 21:12
23:17 25:24
47:20
**educational**
40:18
**effects** 31:20
**effort** 26:8
**either** 8:10
35:25 53:13
58:6,9 62:21
**eliminated**
40:11
**Elizabeth** 23:16
**email** 17:23
63:14
**empty** 7:13
**Endres** 1:17
**enforcement**
3:11 18:14
19:11,15 25:15
45:8 56:12
58:12
**enhanced** 39:2

38:19,21
**entire** 41:20
**equivalents**
  53:24
**eScribers** 65:13
**established** 16:3
**everybody** 22:3
  45:9 54:20
  61:8 62:20
**everybody's**
  41:23 56:19
**everyone's**
  59:22
**evidence** 34:2
**evolving** 32:1
**exactly** 27:18
**example** 4:7 8:8
  8:9 10:23
  21:12 34:24
  45:5 53:7
**examples** 22:11
**excellent** 54:19
**exchange** 48:15
**executive** 1:16
  20:19 21:7
  22:18,19,25
**experience** 26:9
**experiencing**
  31:20
**experiential**
  32:11
**experts** 40:17
**explain** 50:20
**explained** 51:5
**explanation**
  52:20
**exposed** 29:6
  31:9,11 41:13
**extent** 45:12
**external** 47:12
**extraordinary**
  12:5 31:23
**extremely** 57:6,7

**F**
**F** 65:1
**fabulous** 23:18
**facility** 44:9
**fact** 15:6 26:18

**facts** 15:8
**factual** 34:1
**fair** 12:12
**falls** 30:20 33:4
**familiar** 16:7
  27:22 61:10
**family** 6:10
  26:11 35:25
**fatality** 20:3
  21:4,6 23:21
**February** 65:17
**federal** 19:18
  26:20
**feedback** 18:24
  50:13 51:4
**feel** 14:14,19
  31:14 36:17,18
  55:24,25
**feeling** 30:24
**fees** 53:9,22
**felt** 12:10 16:17
**fest** 36:15
**figure** 49:22
  56:17
**file** 7:17
**filing** 17:23 53:9
**filling** 30:15
**final** 5:8 8:13
  15:22 17:6
**financial** 53:18
  53:23
**find** 28:3 31:14
  44:14 47:14
**finding** 55:15
**firearm** 63:10
**first** 55:14 57:20
  61:4
**five** 19:7 49:2
  51:20
**five-day** 47:9
**five-year** 26:21
**fix** 57:1
**flow** 7:5
**focus** 29:1 33:7
  50:9,11
**focused** 4:16
**focusing** 56:8
**folks** 5:14 10:2,7
  20:9 48:1 51:5

51:16 55:23
**follow** 24:15,20
**foot** 14:18
**force** 1:6 3:3
  44:5 63:21
**fore** 45:1
**foregoing** 65:4
**form** 35:1
**formed** 35:4
**former** 13:21
**forth** 18:24
**forward** 8:17
  11:11 22:7
  33:8 39:21,23
**four** 3:6
**frame** 27:9
**frankly** 32:17
  55:25 58:10
**Freeman** 2:7
  17:10 19:9,16
  27:15,19 28:3
  42:22 43:1,3,7
  43:18 46:23
  47:1 59:24
**Friday** 37:4
  40:15
**front** 15:8
**frustration**
  13:10
**full** 21:2,8 35:3
**fully** 35:4
**function** 4:9
  22:19
**fund** 47:13
**funded** 19:18
**funding** 26:20
  28:10 40:2
  43:19
**funds** 19:18
  38:18
**further** 12:15
  51:24
**future** 47:25

**G**
**general** 20:21
  36:20
**general's** 19:24
**genuine** 61:15

**geography** 4:10
**getting** 24:18
  41:18,23 44:14
  45:11 47:8
  48:6 52:21
  61:9 62:8 64:7
**give** 14:7 28:4
  37:14 53:6
**go** 3:6 8:16
  12:23 28:23
  33:2 38:15
  40:16 41:2
  43:1,2 46:20
  50:4 58:9,12
**God** 30:16
**goes** 14:10 47:4
  62:6
**going** 4:23 5:21
  6:18 8:16 9:5
  10:21 17:2
  25:10 29:17
  35:20 36:9
  37:9,23,24,25
  39:17 42:3
  44:2 47:4,6
  49:4 51:12,14
  52:7 55:10
  57:21 58:7,9
  60:4 63:8,11
**good** 4:3 12:15
  12:17 16:2,4,6
  17:9 22:6,11
  25:3 34:17
**gotten** 64:6
**governor's**
  20:10,20,23
  23:13
**grab** 63:13
**Grace** 65:3,10
**Grady** 1:24
**Grafton** 1:19
**grant** 39:11
**great** 12:9,9,9
  18:17,23 19:4
  19:5 22:12
  24:5 26:9 28:6
  41:7 42:19
  54:3
**Greenbook**

26:23 28:25
  31:2
**gripe** 36:15
**ground** 52:21
**group** 2:4 23:15
  34:16 39:22
  48:5 52:8
  63:23
**groups** 4:5,16
  5:25 10:24
  29:12
**guess** 21:6 25:5
  25:14 52:3
  56:1 58:5,12
  58:14
**guided** 12:11
**guys** 60:11

**H**
**hair** 31:5
**half** 16:11
**Hampshire** 1:11
  1:25 2:1
**hand** 51:3
**Hantz** 1:10 3:1
  7:22,25 8:5
  9:12,15 10:15
  10:20 11:15
  12:2,17 15:24
  17:9 19:6,14
  20:8 22:16,23
  23:3,8 24:5
  25:4,20 27:8
  27:17,25 28:6
  33:10,17 34:14
  34:19,23 35:8
  35:9,14 38:14
  39:10 40:22
  41:14,19 42:7
  42:11,16 43:6
  43:17 44:1,16
  44:19 46:4,12
  46:15,18,24
  47:18 48:8
  50:5 52:11
  54:25 55:22
  58:1 59:2
  60:10 63:1
**happen** 7:23 8:6

9:5 37:24
52:25 60:20
61:16
**happened** 27:20
61:13
**happening** 9:16
**happens** 9:11
28:13
**happy** 7:5
**hard** 10:2 53:20
**harmful** 56:24
**hat** 47:19
**hate** 10:16 30:17
**Haven** 1:16
**head** 63:5
**health** 28:22
29:11
**hear** 4:24 5:23
8:12 10:7
11:24 12:6
13:2 18:5
30:24 31:4
51:25 61:14
62:5,24
**heard** 5:3 6:25
8:11,14 9:23
9:23 10:8
12:11 60:11
**hearing** 8:14,17
11:7 15:15
26:17 28:18
29:24 32:20
35:5 37:4,4
51:15,17 52:18
62:7,11
**hearings** 47:9
61:24
**Held** 1:8
**help** 25:25 33:21
50:9,15
**helpful** 10:6
35:16 48:4
57:8,18
**helps** 50:24
**hesitancy** 56:7
**hesitant** 55:25
56:1
**hey** 15:2 36:20
46:12 61:13

**highly** 17:1
**historically**
37:13
**Hodge** 28:17
29:18
**home** 7:16
**Hon** 1:10,12,13
**Honor** 6:6 11:5
12:18 26:15
**hope** 3:5 36:16
**hoping** 12:8
**horizon** 34:8
**Hornick** 1:19
**hotline** 5:21
**hour** 16:10,10
**hours** 3:7
**human** 13:9,22
**hundred** 38:1
**hundred-milli...**
37:18
**hundreds** 38:1
**hung** 29:19

**I**

**i.e** 25:8
**idea** 30:23
**ideal** 44:23 48:6
49:18
**ideas** 5:23 48:15
48:16
**identified** 52:7
**identify** 41:8
**immediately**
16:19
**impacted** 60:1
**impactful** 15:12
18:1
**impacts** 45:6,7,8
45:8
**importance**
34:17
**important** 15:9
32:13 35:24
49:11,15
**importantly**
3:14
**improve** 52:5
**improved** 51:11
**inactions** 14:13

**inappropriate**
13:15 62:1
**included** 6:13
**including** 22:20
64:1
**incorporated**
27:24
**incredible** 27:6
**incredibly** 54:24
**indiscernible**
12:21 24:17,21
27:12 29:9
42:25 46:3
62:15
**individual** 15:7
15:8,17 17:17
18:2
**individuals** 20:2
20:22
**Informal** 4:4
**information** 7:6
18:19 20:3
41:24
**initial** 63:20
**Inns** 46:19
**instance** 19:23
**institute** 49:19
55:8
**institutes** 49:9
**institutionalize**
5:24 61:1
**institutionalized**
3:19
**integral** 23:10
**intended** 14:3
**interest** 5:25
**interested** 7:2
10:24 39:3
63:25
**interesting** 27:8
45:4 46:25
**internal** 34:4
47:12,21
**interpersonal**
28:23
**intersection**
42:12
**intervention**
21:13

**interview** 12:12
**introducing**
60:5
**introduction**
55:19
**invested** 22:1
**invite** 55:18
**inviting** 55:4
**involved** 3:13
5:2 18:15
29:25
**involving** 13:20
29:10,10,11
**issue** 16:16 35:2
41:18 59:16
60:18 62:23
63:10
**issues** 4:1,2 6:21
7:19 9:3,13
10:1 17:25
18:8 21:11,24
24:20 28:23
37:1 52:10

**J**

**Jack** 15:2 32:12
**January** 1:7
**Jean** 2:9 5:12
17:23 58:10
61:8
**Jean's** 17:13
20:2 57:7
**job** 32:17
**John** 1:13
**Jon** 2:1
**judge** 1:12,13
3:1 4:21 5:1,1
6:9,10,15 7:22
7:25 8:5,10,14
9:12,15 10:15
10:20 11:15
12:2,8,17,20
12:24 13:1,8
13:13 15:1,4,5
15:14,24 16:1
16:25 17:9,18
18:21,24 19:6
19:14 20:8,16
22:16,21,23

23:1,3,4,8,9
24:5,6,23 25:4
25:19,20,22
26:6,13 27:1,2
27:8,10,11,13
27:16,17,18,23
27:25 28:5,6,7
29:18 30:1,17
30:18 31:5
33:10,16,17
34:10,14,15,19
34:22,23 35:2
35:6,8,14 36:3
36:10,16,17
38:14 39:10,24
40:9,13,16,22
41:14,19,20
42:7,8,11,15
42:16,24 43:2
43:6,17,21
44:1,16,19
45:3 46:4,8,12
46:14,15,17,18
46:24 47:16,18
48:3,8,9,23
49:3 50:5 51:1
51:17 52:11
53:1 54:2,7,25
55:20,22 58:1
58:6,7,8 59:2
60:10,16,18
62:1,9,9,14,16
62:25 63:1
**judgement**
52:23
**judges** 3:15 6:14
6:20 7:4 8:10
8:22 12:4 13:9
13:21,25 14:11
14:22 15:6,18
16:6,10 17:18
19:2 28:9,19
29:6,7 30:7,13
30:21 31:13
32:4 35:11
36:7,24 37:15
39:1 40:4 41:6
42:21 43:7,9
44:14,20 45:10

47:5 49:12,19
51:21,25 53:6
54:1 55:4,8,13
56:9 58:20
**judicial** 3:5 10:5
22:20 40:3
42:10 45:6
61:19
**jump** 30:18
**jurisdictions**
22:15
**justice** 1:11 7:1
11:14 12:20
13:21 35:9
41:14 43:13
55:20

**K**

**Kathy** 1:16 25:3
**keep** 13:7 14:25
**Kelly** 6:9,15
15:4 23:15
**key** 20:21
**kidding** 3:7
**kids** 27:4 31:17
31:19 36:4
**Kilham** 2:9
**kind** 4:22 8:2
22:9 29:17
48:13 51:8
58:6 60:24
**King** 15:5
**knew** 16:8
**know** 4:1,4,16
4:23 5:6,14
6:24,24 8:23
9:22,25 10:17
13:11 14:16
15:13 16:1
17:3,3,18
21:19,21 24:19
27:3 29:25
30:2,8,10,11
30:15 31:16,19
32:9 33:13,23
34:23 35:18,19
35:22 36:12,14
36:16,20 37:10
37:15,16 38:5

38:7 39:25
42:4,5,13,17
44:4,8 45:10
45:12 46:21
48:21,24 50:10
51:4,8,15,24
52:6 54:4,4,11
55:9,13,24
56:6,10 57:4,9
57:21,23 58:6
58:10,15,18
59:7,8,10
60:14,16 61:9
64:5
**knowing** 52:14
**Knowles** 23:22
**knows** 6:4 30:16
38:2
**Krueger** 1:21
14:4

**L**

**lack** 52:22
**LaFrance** 2:3
29:16 36:11
43:23 44:2,17
**land** 11:17
**large** 26:2
**larger** 47:10
**law** 2:4,11 3:11
18:13 19:10,14
25:15 26:11
44:21 45:8
50:2 56:12
58:12
**lawsuit** 37:25
**lawyers** 31:16
35:19 40:4
44:20
**lay** 11:17
**layers** 20:18
21:6
**leadership** 4:25
**leading** 22:10
**learn** 48:11 50:1
**learning** 60:7
**leave** 10:10
**left** 8:15
**Legal** 2:6 3:14

65:11
**legislative** 22:22
**legislature** 23:23
37:13 38:7,11
38:18
**lengths** 12:10
**let's** 36:21
**levels** 7:3
**liaison** 19:19
**lies** 9:1
**limits** 64:8
**lines** 4:6 5:4 7:9
28:8 54:11
59:21
**link** 3:22 33:12
**linked** 63:18
**Lisa** 28:4
**listen** 60:18
61:24 62:7
**listened** 62:18
**listening** 12:25
**listservs** 4:15
**literally** 21:19
**litigant** 62:3
**little** 3:18 40:23
46:9 47:24
49:24 59:12
**living** 48:12
**local** 4:7 7:20
29:10
**localized** 40:20
54:21
**locally** 24:15
**long** 3:8 5:10
23:18 39:18
53:20 55:22
**longer** 20:10
31:9
**look** 25:15 26:23
37:16,17 53:14
53:22,23
**looked** 31:21
54:6
**looking** 37:18,22
44:5 53:17
64:10
**looks** 5:18 6:5
**loops** 31:7
**lose** 29:14

**lost** 15:14
**lot** 22:13 31:24
32:2 33:8
34:11,15 39:19
40:2 45:11
49:23
**lots** 31:25 53:19
55:17 60:3
**love** 32:9
**lunch** 3:6 55:1
**lunches** 4:11
54:17 55:6
57:5
**Lynda** 1:22
**Lynn** 13:21

**M**

**majority** 17:20
33:13
**making** 30:24
51:22
**man** 14:18
**manager** 2:9
17:13,15 18:11
19:22 59:7
**managers** 5:11
**Marconi** 1:10
3:1 7:22,25 8:5
9:12,15 10:15
10:20 11:15
12:2,17,20
15:24 17:9
19:6,14 20:8
22:16,23 23:3
23:8 24:5 25:4
25:20 27:8,17
27:25 28:6
33:10,17 34:14
34:19,23 35:8
35:14 38:14
39:10 40:22
41:15,19 42:7
42:11,16 43:6
43:17 44:1,16
44:19 46:4,12
46:15,18,24
47:18 48:8
50:5 52:11
54:25 55:20,22

58:1 59:2
60:10 63:1
**Markarian** 65:3
65:10
**Martha** 1:19
**Mary** 1:21 14:4
**material** 41:16
**materials** 63:7
**matter** 23:14
**mean** 15:22
22:17 25:17
29:22 30:6
31:14 33:23
34:11 35:10,15
35:16,17 36:22
36:24 37:8,22
38:4,10 39:18
44:23 46:16
50:23 52:15
55:6,13 57:21
60:20
**meaning** 14:6
**means** 37:6 63:2
**medical** 25:24
**meet** 22:4 43:11
53:10
**meeting** 1:6 3:3
4:24 20:4
45:17 54:14
60:8
**meetings** 4:18
6:3,12 7:3 8:24
10:16,22,23
11:1 14:21
21:17 23:10
45:20 46:5,5
46:20
**member** 7:8
21:16 23:22
62:22 63:20
**members** 11:23
20:25 41:4,5
**memories** 20:10
**mental** 28:22
29:11
**mentioned**
33:11 34:6
54:14
**mentioning** 20:8

**Merrill** 1:14
**Merrimack** 1:18
**met** 21:1
**middle** 26:19
**million** 38:2
**mind** 13:7 14:25
  36:23
**missing** 25:25
  33:12
**modelling** 22:14
**modules** 47:25
**Monday** 63:9,12
  63:13,15 64:1
  64:9
**money** 37:6,11
  37:20 39:12
  40:17,21
**month** 21:23
**monthly** 22:4
**months** 49:20
  55:10
**motions** 53:9
**move** 55:14
**moved** 23:19
**moving** 17:18
  22:6 33:8
**Mozden** 16:12
  53:4,10 60:20
**muddying** 59:12
**multi** 20:18
**multi-member...**
  23:20
**multidisciplin...**
  24:12,17,24
  25:11 45:15,23
  45:25 56:8
**multiply** 49:14

**N**

**N** 65:1
**name** 3:15
**names** 52:1
**nearly** 32:5
**necessarily**
  60:17
**need** 5:20 25:10
  30:7 32:16
  33:6,7 37:10
  37:11,11 41:12

49:7,7,12,17
49:22 50:14,15
  50:18 52:17
  55:18 59:3
  61:1,16 62:12
  62:24 63:3
**needed** 39:4
  53:16
**needs** 27:7 45:10
  52:25
**neglect** 42:14
**network** 51:19
**never** 13:4
**new** 1:11,25 2:1
  21:25 32:1
  44:25 49:1,25
  60:5,5 65:15
**NH** 1:16,23 2:5
**NHBA** 2:6
**NHJB** 2:9
**NHLA** 1:21
**NHSC** 2:11
**nice** 40:23
**Nicolosi** 35:2
**non-** 35:17
**non-attorney**
  36:9
**nonissue** 36:5
**nonpartisan**
  23:15
**normally** 31:6
**note** 26:15
**notice** 38:11
**number** 19:7,10
  33:1 53:8
**numbers** 48:25
  55:11
**NY** 65:15

**O**

**O** 65:1
**observation**
  48:21
**obtain** 35:23
**obviously** 4:15
  13:14 28:20
  44:9
**occur** 29:14
**occurred** 14:23

**occurring** 15:12
  30:19 56:22
**offer** 44:7
**office** 1:22 20:20
  23:5
**officers** 45:7
**offices** 4:8
**oftentimes** 31:14
**Oh** 44:2
**okay** 12:2 23:3
  27:17 42:2
  61:16 62:14,25
  64:13
**old** 14:18
**old-** 49:3
**once** 34:20 50:2
  52:3,4 63:5
**one-** 18:3
**one-on-one** 11:1
**ongoing** 4:5 5:4
  21:9 24:9 25:2
  50:8 51:13
  52:22
**online** 44:10
  47:23
**Oops** 12:23
**open** 4:6 5:4,24
  7:9 16:21
  52:17 54:11
  59:20 61:15
  64:2
**opportunities**
  5:19 21:18
**opportunity**
  5:17 12:4,13
  20:14 33:25
  34:8 48:10,15
  57:3
**optimist** 46:13
**order** 29:24
  30:13 35:13
**orders** 19:11
**organization**
  45:18
**organizations**
  42:9
**original** 21:16
  61:3
**outcome** 12:7

**outside** 40:20

**P**

**p.m** 63:2
**pace** 48:1
**Paine** 2:5 12:18
  12:23 26:3,7
  26:14
**painful** 26:17
**Pam** 2:6 26:11
**paper** 3:18
**papers** 28:1
**paperwork** 7:15
  18:5
**parent** 30:3
**parent's** 33:3
**parenting** 32:21
  33:2
**part** 23:10 26:5
  26:7,11 27:1,2
  31:1 32:7 40:5
  41:17 44:4
  52:12,24
**participate** 47:5
**participated**
  54:17
**particular** 5:22
  11:14 21:11
  33:22 44:25
  50:20,21 51:16
  58:11,13
**particularly**
  14:15
**parties** 14:2
  23:14 33:15
**partly** 19:18
**parts** 24:14
  53:19
**party** 14:13
  61:25
**pass** 18:23
**pasture** 49:5
**Patricia** 2:3
**pattern** 8:10 9:8
  11:13 15:15
  25:5 50:21
  52:22
**patterns** 15:10
  15:11 18:6,7

**Patty** 30:23
**paying** 38:1
**payout** 37:19
**people** 4:5 11:12
  14:12 21:23
  23:13 32:22
  34:11 40:16
  41:2,13 45:24
  46:20 47:14
  48:6,11,14
  49:6,17,24
  50:9 51:2,19
  51:22 52:8
  55:11 56:16
  57:3 60:2,8
  61:9 62:5
**perceived** 50:17
**perception** 9:17
  14:11
**period** 4:17 6:8
  22:8 23:18
  26:21,22
**periodic** 5:19
**perpetuate**
  39:15
**person** 15:13
  18:18 51:9
  59:10
**personal** 51:7
  59:4
**personalities**
  57:11
**personality** 4:10
**personally** 36:17
**personnel** 10:1
  37:12 56:12
  57:9,11
**perspective** 9:10
**perspectives**
  22:2
**petition** 7:14
  35:4
**ph** 13:19 23:17
  23:22
**philosophical**
  32:18
**philosophies**
  32:24
**phone** 5:12 15:2

19:6 55:11,24
56:3
**physical** 30:9
**pick** 15:1 55:24
56:2 63:15,24
**piece** 3:18 24:3,7
43:8 57:2
59:14,23
**pieces** 29:13
**piggyback** 29:17
**pilot** 17:23
**pipeline** 11:19
**pipelines** 11:21
**place** 10:18
18:20 26:16
**players** 16:8
**plenty** 5:17
**Plymouth** 27:20
27:21
**point** 5:8 14:21
15:22 17:6
25:3 46:1 55:2
58:25
**points** 16:13
17:9 53:14
**police** 17:4
**pop** 63:5
**popped** 63:11
**portion** 53:17
**portray** 14:1
**Portsmouth**
17:1
**position** 17:12
17:14 19:17,17
57:7
**potentially** 18:7
35:11
**powerful** 18:10
**practice** 7:7
27:4 45:6 50:2
**practice-area-**
4:15
**present** 1:9 36:4
36:25 40:18
**presented** 28:9
36:13,20
**presenting** 34:9
34:21,25 44:22
**presents** 51:9

**presume** 40:24
**pretty** 27:21
49:5
**prioritize** 50:12
50:14,16
**prioritized**
38:23
**probably** 51:11
**problem** 16:19
21:24 22:5
36:22 52:14
55:6 58:5,8
60:14 61:9
**problematic**
52:9
**problems** 59:18
59:19
**proceedings**
65:5
**process** 5:12
12:12 35:5
41:4 43:12
56:25
**processing** 47:7
47:8
**productive** 6:23
8:25
**program** 1:15
2:6,10 5:10
17:13,14 18:11
19:22 29:4
33:19 39:16
44:13 46:16,16
59:7
**programing**
47:3
**programming**
40:19
**programs** 7:9
9:20 41:1,8
45:5
**prohibiting** 7:12
**project** 17:23
26:22,23 28:12
**projects** 22:14
**prongs** 34:3
**proper** 37:20
**prosecution**
25:23

**prosecutors**
3:12 11:12
25:15
**protective** 19:11
35:12
**protocol** 57:23
**protocols** 24:10
24:11 28:8
56:15,17 57:22
58:2,4
**provide** 43:13
**psychologists**
25:23
**PTSD** 28:22
29:2
**public** 1:24 9:10
21:12 26:17
28:18 37:3
**published** 5:15
**pull** 63:22
**purpose** 3:25
**put** 3:17 37:20
49:4
**putting** 51:23
61:7

——————
**Q**
——————
**quarterly** 4:19
6:12 8:24
40:14
**question** 9:1,4
9:11 52:3 54:3
**quite** 5:9 58:3

——————
**R**
——————
**R** 65:1
**raised** 9:3,14
13:13
**raising** 51:1
**ran** 28:10,10,11
**reach** 23:24 26:1
63:19
**reaching** 57:19
58:17 59:15
**reading** 57:22
**real** 5:16 7:23
8:6 40:18
**real-time** 5:20
**realistic** 49:18
49:22

**really** 6:15 12:5
12:13 14:19
15:9 16:9
17:16 18:1,9
18:16,22 19:1
19:1 20:5 22:6
23:23 26:1
29:1 31:8 37:3
47:10 48:11,14
48:16 49:13,15
57:16 60:21,25
61:6,22 62:10
**reasons** 13:3
**receive** 61:14
**received** 14:2
**recognize** 15:20
32:14 49:23
**recognized**
13:19
**recollection** 40:6
**recommend**
39:8
**recommendati...**
38:17
**recommendati...**
41:10
**record** 26:18
65:5
**recording** 62:19
**recreating** 41:11
**referencing**
42:18 46:22
**reflection** 25:6
25:12,13
**regional** 24:12
24:13
**regular** 4:18
21:9,17 22:4
30:20 39:12
**regularly** 14:24
21:1
**reinstitute** 54:23
**reinstituting**
8:24
**related** 19:20
**relationship**
54:5,9 58:22
58:23,24 59:4
59:5 60:22

**relationships**
17:16 18:2
19:12
**relief** 35:24
57:15
**remember** 14:23
40:1
**reminds** 28:15
**remote** 60:3
**removing** 16:6
**report** 44:6
**reported** 11:16
11:17 52:18
**represent** 29:23
**represented**
33:15
**representing**
34:18
**reputation**
22:10
**request** 53:22
**require** 43:14
**research** 31:21
**reside** 28:2
**resolved** 16:20
27:3
**resonate** 48:17
**resources** 41:17
47:12 55:15
**respectful** 15:6
**responding** 5:5
**response** 9:18
**responsibility**
56:20
**restraining**
29:24
**restraints** 10:13
**retired** 23:19
**revamp** 53:16
**review** 3:4 20:3
21:4 23:21
**reviewed** 9:7
**reviewing** 21:10
21:24
**revised** 57:23
**revisions** 58:2
**right** 3:2 10:20
11:3 18:4,19
26:6,6 27:20

31:7 33:16
34:10,14,19
37:17 38:9,24
38:25 40:9,12
41:19 42:7,15
42:16,20 43:6
50:15 59:3
63:1
**rights** 33:3
**role** 18:11,17,18
56:19 59:22
**roles** 60:6
**roll** 46:19
**rolled** 17:22
**room** 7:14 48:12
**Rosenburg** 29:3
**roughly** 27:9
**roundtable**
19:25 35:11,21
36:6,23
**routine** 4:24
**routinely** 11:22
11:23
**rude** 61:22
**Ruel** 1:22
**ruled** 36:3

———————
**S**
**safety** 33:1,4
38:22
**Sarah** 2:7 5:11
30:18 32:12
43:2 44:13
47:16 48:24
57:6
**saying** 24:7 30:1
33:23 43:4
51:16 61:13,15
**scaring** 51:2
**schedule** 23:9
**school** 17:4
**science** 31:19
33:24
**Scott** 21:14,14
**screen** 21:15
**secretariat** 23:7
**see** 11:13 21:14
29:22 31:17
32:9 36:21

37:8,15 44:6
**seeing** 6:21 25:4
25:5,12,12
35:22 37:16
**seeking** 57:15
**seemingly** 52:9
56:24
**seen** 9:25 38:9
39:11
**self-** 33:14
**send** 49:19 50:9
63:6,7,14
**sense** 13:9 14:7
34:5 35:20
56:19
**separate** 10:25
11:18 58:15
**series** 25:2
**serious** 62:23
**served** 3:23
**serves** 3:25
**service** 25:17
**serving** 61:18
**session** 64:11
**set** 41:18
**setting** 4:22
13:15 21:20
36:6
**Seven** 19:8
**seventh** 3:2
65:14
**Sexton** 1:24 6:6
7:24 8:4,7 9:13
9:19 10:19
11:4,20 12:3
38:12,16 43:24
45:2 51:10
54:2 62:13,16
**share** 48:20
61:18
**sheet** 55:12
**shelter** 53:13
**shortage** 35:7
**shortly** 64:11
**show** 12:14
**significant** 9:13
**simply** 15:1
**single** 43:10
**sit** 8:2 38:11

**sits** 19:23
**sitting** 6:9 8:13
12:24 16:8,25
21:23 27:14
35:19 48:12
52:16
**situation** 13:12
37:22
**situations** 52:15
**six** 14:18 50:10
51:20
**slashed** 40:7
**slew** 20:1
**Social** 25:17
**solve** 22:5 36:22
39:17 55:5
**solving** 21:24
**somebody** 29:23
42:1 54:13
61:20,22 62:6
62:8
**somewhat** 20:13
**soon** 49:5
**sorry** 38:16 43:1
43:25
**sort** 4:1 5:16
6:17 7:18 11:6
12:11 23:6
33:4 39:9
45:20 47:22
57:17 58:11
63:19
**sounds** 22:18
27:4 43:24
**space** 47:15
**spawned** 22:13
**speak** 41:6
**speaking** 17:21
29:19 35:17
**speaks** 13:12
17:24
**specific** 10:3
11:25 33:25
64:6
**specifically** 4:20
**spent** 34:13
**sporadically**
4:12
**spot-** 61:25

**staff** 3:15 4:9
5:6 6:13,22
8:22 11:22
16:24 19:2
22:24 23:2
37:21 38:4,19
41:6 43:5,10
43:21 44:15
47:6,21 58:9
58:10 59:25
60:4,6
**stakeholders**
3:10 10:24
11:2,24 18:14
19:13,20 20:1
20:15
**staring** 14:17
**start** 6:2 39:14
61:5
**started** 27:1
50:6
**state** 22:6 33:6
46:11 52:2
**state's** 37:25
**statewide** 29:5
41:22 45:22
**status** 6:17
**statutes** 43:14
**statutory** 43:12
**steering** 19:24
21:3
**stellar** 22:11
**Steven** 1:17
**straight** 31:6
**stranger** 61:12
**Strasburger** 2:1
**street** 50:19
**strong** 29:1
51:25
**structural** 3:25
**structure** 3:17
**struggle** 57:16
**stuff** 25:8,9
41:12 48:19
**subcommittee**
47:20
**substantive**
23:11
**successful** 24:2

**Sue** 31:3
**suffer** 30:10
**suggested** 61:21
**suggesting** 35:10
**Suite** 65:14
**Sununu** 37:17
**superior** 41:22
**supervised** 36:1
**Supervisory**
2:11
**supported** 22:17
22:24
**supposed** 56:16
**Supreme** 1:11
6:25 13:18
15:20 41:23
**sure** 4:18 5:9
11:20 20:16
31:3 37:14
45:18 57:13,13
58:3
**survey** 47:22
**survivor** 62:22
**survivors** 9:21
**Susan** 1:12
**suspect** 54:22
**sustainable**
28:13 39:22
**system** 3:5 11:13
11:25 41:6
47:11 59:5,8
60:12
**systematic** 56:14
**systemic** 18:8
**systems** 3:23
11:9 59:14,23
**systemwide** 47:3

———————
**T**
**T** 65:1,1
**table** 4:22 8:2
21:19 22:3
**Tadley** 13:19
**tailored** 40:20
**take** 10:18 18:18
29:1 35:12
38:11 42:21
58:7
**taken** 27:7 37:19

**takes** 31:24
  36:12
**talk** 3:9 12:4
  29:20 31:10
  48:15 60:19
  63:8,11,13
  64:4,8
**talked** 25:9 64:4
**talking** 32:25
  33:2 34:16
  39:18 43:15
  49:8 53:25
**tape** 62:7
**task** 1:6 3:3 44:4
  49:16 63:21
**team** 63:18
**telephone** 21:21
**tell** 40:25
**temper** 15:14
**ten** 40:7 46:10
**tend** 40:21
**term** 39:18
**terms** 3:25 7:7
  26:9 50:7
  56:14
**testified** 26:4
  28:19
**testimony** 27:5
**thanks** 6:6 62:25
  64:13,14
**That'd** 46:24
**themes** 6:20
**they'd** 37:19
**thing** 4:3 8:1,3
  35:16 37:2
  45:21 48:13
  49:9 55:14
  60:24
**things** 5:21 6:17
  7:11 8:17,19
  9:16 10:8
  12:22 13:6
  14:24 15:4
  16:2,5,5 18:7
  18:10,17,25
  19:1,2,3,5
  28:14,17 40:21
  52:5 58:15
  64:9

**think** 6:8,22 7:7
  7:25 8:23,25
  9:1,4,9,10,19
  9:21,24 10:2,6
  10:9,10 11:4,6
  13:8,23 14:4
  14:10 15:9
  17:11 18:9,22
  20:13 24:1
  26:3 27:15
  30:6 32:6,11
  32:14,16,22
  33:5,11 36:12
  36:24 38:12,16
  38:24 39:2,3,5
  39:6,11,25
  42:12 44:11
  46:8 47:2 48:6
  49:17 50:7,19
  50:23 51:10
  52:11,24 53:20
  53:21,24 54:8
  54:9,13 55:21
  56:6,7 57:3,6
  58:1,17,19
  59:11,24 60:11
  60:17,21 61:1
  61:2,4 63:10
  63:12,16 64:3
  64:6,9
**thinking** 30:11
  33:19 34:3
  41:9 58:5
**third** 48:25
**thoughtful** 59:1
**thoughts** 25:14
  63:3,5,6,8,22
**three** 21:5 63:21
**three-** 47:9
**three-year** 26:21
**throwing** 36:8
**tier** 33:4
**till** 50:9
**time** 3:8 4:11,14
  4:14,17 5:16
  6:8 7:23 8:6
  15:25 22:8
  23:19,23 24:10
  27:9 28:10

  31:24 32:6,10
  34:15 37:6,11
  38:4,25 41:18
  42:20,21,23
  43:4,20,21,21
  44:14 46:2
  60:23
**timers** 49:4
**times** 13:17,18
  14:5 23:12
  62:2
**today** 3:9 37:5
**told** 8:15
**ton** 34:5
**tone** 14:8
**tons** 41:15
**Toomey** 23:17
**top** 33:4 56:2
**topic** 42:18
  49:11,12 63:3
  63:17
**topics** 25:7
  49:16 63:17
**total** 61:12
**touches** 45:9
**track** 29:15
**train** 29:5 43:5
  47:14
**trained** 28:21
  30:21 31:8
**trainer** 43:20
**training** 24:9
  28:20 30:7
  31:12,15,25
  32:2,6,10,11
  34:4,24 37:6
  37:21 38:3,19
  39:2 40:4
  41:25 42:10
  44:7,10,18
  45:11,13 47:13
  49:20,24 50:10
  50:16 51:13
  63:7
**trainings** 24:12
  24:13 25:2
  40:15 47:23
**Transcriber**
  65:11

**transcript** 65:4
**trauma** 28:22
  29:2 45:10,11
**trauma-focused**
  29:4
**trauma-infor...**
  45:5
**trends** 35:21
**tried** 23:24 26:1
  26:23
**true** 65:4
**truly** 45:23
**trust** 60:22
**try** 46:10
**trying** 11:16
  31:12 43:11
  47:2,19,22
  56:17 57:1
**TTA-Certified**
  65:11
**turn** 44:12
**Turning** 16:12
  53:13
**turnover** 59:25
**turns** 36:14
**twenty-one** 40:1
**two** 13:4 14:18
  21:6 32:23
  34:3 58:15,23
  60:9 63:20
  64:9
**two-way** 50:19
**type** 50:16
**typical** 35:12

          U
**Uh** 31:5
**ultimately** 23:6
  29:5
**Um-hum** 7:24
  34:22 35:6
**umpteen** 49:15
**uncomfortable**
  14:14
**understand** 10:3
  10:13 13:25
  14:20 51:1
**understanding**
  3:16 10:11

  32:17 40:6
  50:25 56:15
**unfortunately**
  28:14
**universal** 5:7
**unrepresented**
  33:14
**unsupervised**
  30:14
**updates** 24:11
**use** 31:9
**utero** 31:13,19

          V
**valuable** 16:22
  16:23,23,24
  54:8,24
**various** 3:22
  44:20
**vast** 33:13
**versus** 7:18
**vet** 48:16 63:19
**victim** 1:14 7:13
  7:16 8:11,12
  8:15 12:10,14
  14:15 23:4
  60:13
**Victim/Witness**
  1:23
**victims** 9:2
  19:24 51:23
  56:24 57:14,19
**violence** 1:6
  2:10 3:4,12
  5:10 13:16
  17:13,14 18:11
  18:16 19:21,22
  20:12 26:25
  28:24 31:11,20
  32:19,21 42:13
  54:15
**virtual** 1:6 21:20
**visible** 45:18
**visitation** 36:1,2
**voice** 13:13,13
  14:4,8 51:2
**volunteers** 64:10
**vulnerable**
  38:22

**W**

**waiting** 8:13
**waive** 53:9,22
**waivers** 53:12
**want** 3:9 4:23
  5:22 15:2
  28:16 37:2,14
  40:7 43:15
  59:17 60:25
  61:14 62:4
  63:16,24
**wanted** 16:13
  29:20
**wants** 61:11
**warranted**
  50:22
**wasn't** 8:16
**watched** 28:18
**way** 14:2,6 15:3
  20:9 24:2
  28:12 38:21
  39:5 44:24
  50:7 51:8,23
  53:17 54:19
  59:18 61:2,15
**ways** 21:25
**we're** 7:4 11:7
  31:15 32:25
  33:2 37:16
  39:17,18 41:11
  42:2 43:8,15
  44:9 46:1 47:7
  47:7,8,18 48:4
  49:13 57:1,13
  57:14 62:8
  63:6,8,11 64:7
**we've** 6:25 8:11
  9:3 11:10
  13:24 16:21
  25:7,9 31:12
  31:21 32:2,3
  34:12 39:11
  41:16,21 43:25
  48:25 49:8
  51:10 52:7
**wear** 47:20
**Webex** 1:8
**week** 19:8,8
**weekly** 17:22

57:12
**weeks** 50:10
**Welcome** 3:2
**well-** 62:19
**well-trained**
  49:13
**went** 12:9 29:5
  53:19
**weren't** 31:17
  36:4
**wheel** 41:11
**white-haired**
  14:18
**wide** 64:2
**wife** 30:2
**William** 23:21
**willing** 55:23
**wish** 54:3,6
**wished** 29:19
**witness** 1:15
  23:5 31:18
**witnessed** 30:5
**witnesses** 60:13
**witnessing** 30:9
  31:10
**woman** 14:16
**women** 53:12
**wonder** 44:22
**words** 51:25
**work** 6:3 12:6
  22:1,6,12,13
  23:11 24:24,25
  27:6,22 28:1,1
  28:25 33:8
  35:7 36:21
  39:22 41:5
  42:9 52:4
  60:19
**worked** 5:2 29:2
  31:1 47:2
**working** 9:22
  11:12 19:1,3,4
  19:5 21:18
  51:19 58:21
**works** 57:24
  58:3
**world** 49:18
**wouldn't** 36:23
  37:21

**wrong** 40:25
  48:24

**X**

**X** 42:2 51:17
  62:9

**Y**

**Y** 62:9
**y'all** 63:24
**Yazinski** 1:13
  12:20,24 16:1
  27:1,11,16,18
  27:23 28:7
  30:17 39:24
  40:9,13 48:23
  49:3 53:1 54:2
  60:19
**yeah** 8:4 23:8
  26:14 27:16,18
  29:16,22 30:17
  31:5 35:8 40:9
  41:15 44:1
  45:2 46:14
**year** 50:10
**years** 3:24 13:20
  20:17 29:3,9
  37:9 40:1,7
  49:2 53:8 60:9
**yell** 8:14
**yelled** 8:11 13:1
  51:17
**Yep** 19:9 24:23
  25:19 26:13
  28:5 35:6
  43:17 46:17
**York** 65:15
**young** 54:18

**Z**

**Zinkin** 2:11
  39:24 40:12
**Zoom** 44:10

**0**

**1**

**1000I** 65:15
**173-B** 7:18 8:13
**1994** 61:4

**2**

**2** 63:2
**2001** 6:8
**2005** 27:15
**2007** 27:15
**2013** 57:25
**2022** 1:7 65:17
**27** 1:7
**28** 65:17

**3**

**352** 65:14

**4**

**5**

**5** 63:2

**6**

**6** 3:3
**603** 2:6 3:13
**604** 65:14
**633:3-a** 7:17

**7**

**8**

**9**