1

2

3

4

5

6        DOMESTIC VIOLENCE TASK FORCE VIRTUAL MEETING

7                        February 22, 2022

8                         Held via Webex

9

10

11     PRESENT:

12          Anna Barbara Hantz Marconi, Associate

13     Justice, New Hampshire Supreme Court

14          Susan Carbon, Circuit Court Judge

15          Diane Nicolosi, Superior Court Judge

16          John Yazinski, Circuit Court Judge

17          Mary Barton, Clerk, Circuit Court

18          Merrill Beauchamp, Director, Victim &

19     Witness Program

20          Kathy Beebe, Executive Director, HAVEN NH

21          Kristyn Bernier, Investigator, Belknap

22     County Attorney's Office

23          Steven Endres, Assistant County Attorney,

24     Merrimack County

25          Martha Ann Hornick, Grafton County



```
 1   Attorney
 2        Mary Krueger, Attorney, NHLA
 3        Lynda Ruel, Director, Office of
 4   Victim/Witness Assistance, NH DOJ
 5        Scott Hampton, Director, Ending the
 6   Violence
 7        David Hobbs, Hampton, NH Association of
 8   Chiefs of Police
 9        Lyn Schollett, Executive Director, New
10   Hampshire Coalition
11        Amanda Grady Sexton, Director of Public
12   Affairs, New Hampshire Coalition
13        Jon Strasburger, New Hampshire
14   Association of Criminal Defense Attorneys
15        David Vicinanzo, Attorney, DOVE Program
16        Patricia LaFrance, Attorney, The Black
17   Law Group
18        Betsy Paine, Attorney, CASA NH
19        Pam Dodge, NHBA DOVE Program & 603 Legal
20        Sarah Freeman, Circuit Court
21   Administrator
22        Jean Kilham, Manager, NHJB Domestic
23   Violence Program
24        Erin Jasina, Director, NHLA DV Program
25        Anne Zinkin, Supervisory Law Clerk, NHSC
```



Domestic Violence Task Force - 02/22/22

1          JUSTICE HANTZ MARCONI:    Welcome

2     back, Task Force.  I hope you guys all

3     got some rest while you were not having

4     these Zoom meetings, Webex meetings.

5          The working group, together with

6     various volunteers on various charges --

7     some more than one, thank you very

8     much -- have come up with the document

9     that we circulated Friday.  And since

10     that time, I've gotten two submissions

11     for edits and comments.

12          We set a deadline of tomorrow, so

13     there may be more coming.  But at this

14     point in time, we've got two so far -- I

15     mean, two comprehensive reviews, if you

16     will.  One, the Coalition circulated

17     theirs earlier today.  The other one

18     hasn't been circulated to the group yet.

19     It is from folks in the branch.  So we've

20     got some tweaks and edits to language and

21     wording.

22          What we've been doing with feedback

23     from the working groups and sounding

24     boards that have been participating in

25     the drafting is working through the

Domestic Violence Task Force - 02/22/22

1    suggested changes, trying to figure out

2    where the suggestions fit in the

3    comprehensive review, if you will, and

4    the comments that people have been

5    making.

6         For example, we have learned a lot

7    through this process, where information

8    and perspective from one participant may

9    sort of conflict a bit with information

10   and assertions from another participant.

11   We are a committee of the whole.  We are

12   not the branch task force.  We are not

13   the task force of any particular group.

14   That's why we have such a broad

15   combination of folks sitting here, trying

16   to capture all the various perspectives

17   of people who live and work in this

18   space.

19        So what we've done previously is

20   work through comments and suggestions to

21   try to come to common ground.  I would

22   like to be able to do that with the

23   submissions that we've received from

24   those individual interested parties, if

25   you will, and then circulate another

Domestic Violence Task Force - 02/22/22

1      "final draft" for everybody's review.  So

2      that's sort of the way we've been

3      rolling, thus far.

4           This meeting was set up just so we

5      can answer questions, find out if anyone

6      has concerns about the process, and

7      basically, just try and tie up loose

8      ends.  So I am all ears.

9           MR. VICINANZO:  Justice Marconi,

10     Dave (ph.) Vicinanzo.  I feel that the

11     draft is -- I really want to commend all

12     the hard work that has gone into this

13     draft.  And to everybody on the committee

14     and to your leadership, I think that's

15     been fantastic.

16          I did want to point out, in

17     particular, though, how much I

18     appreciated Lyn Schollett's comments

19     earlier today and her ideas and thoughts

20     for edits.  I read through them, and I

21     kept thinking, I wish I'd thought of

22     that.  That's a great idea.

23          And not only did she provide a lot

24     of substance, but I do feel like the

25     atmospheric that Lyn is suggesting is

Domestic Violence Task Force - 02/22/22

1    helpful to the report.  And I can't help

2    but note -- and while we're all doing our

3    best here and very candid about things,

4    we all know what the genesis of this

5    committee was and the very unfortunate

6    events.

7            And I want -- I really feel like we

8    all have an interest in avoiding any sort

9    of atmospheric of defensiveness or that

10   there's any sort of inhibition on our

11   ability to kind of self-examine what

12   happened.  And I felt that Lyn did a

13   really good job of kind of fleshing that

14   out.  And I felt sort of liberated when I

15   read through it.  I can't be a whole lot

16   more specific to that, but I really felt

17   that it was a significant contribution to

18   the work product.

19           JUSTICE HANTZ MARCONI:  Good.  I

20   know that also, counter from that, there

21   is -- we all know why we're here.  There

22   is a lot of information that is floating

23   around in the public sphere.  Some of it

24   is accurate; some of it is not.  And I

25   think that has put a bit of a caution to,

Domestic Violence Task Force - 02/22/22

1       again, everyone's -- we all want to be

2       transparent, and we all want to be open

3       in this proceeding.

4             Obviously, it is an open proceeding,

5       and the public and everybody else is

6       watching us.  But I think to my way of

7       thinking and to what the context of our

8       report can't draw conclusions that

9       aren't -- or can't make assumptions that

10      aren't fully vetted or perhaps may be

11      less than accurate.  So I think that's

12      the realm in which we operate.  So I

13      appreciate that.

14            MR. VICINANZO:  No, I agree with

15      you.  But I think the suggestion of

16      looking to what other states are doing --

17            JUSTICE HANTZ MARCONI:  Yeah.

18            MR. VICINANZO:  -- I always think

19      that's a great -- there's fifty great

20      states out there, and every one of them

21      is a learning lab.  And --

22            JUSTICE HANTZ MARCONI:  Right.

23            MR. VICINANZO:  -- we should be

24      looking there.  I think the idea of

25      collecting data, that's a -- it's bold,



Domestic Violence Task Force - 02/22/22

1       but you know what?  If we're interested

2       in solving issue -- solving problems and

3       making things better, that's one of the

4       first things you do.  So I thought that

5       was a very good suggestion.

6          JUSTICE HANTZ MARCONI:  Right.  And

7       those are things -- I mean, obviously,

8       from the get-go -- and I think I told

9       everyone when we started, feed us stuff;

10      put it in the Dropbox.  I'm sure there

11      are other best practices.  There are

12      other things that states do.

13          Again, one caution:  some states

14      have elected judge positions.  They work

15      in a different realm.  So those decisions

16      need to be vetted by a committee beyond

17      this one.  You know what I mean?  What's

18      good in some state may or may not work

19      here because of the differences in the

20      systems in which they work.

21          The good can be taken away, which is

22      why -- and then the things that don't

23      work left behind, which is why our

24      challenge -- which I appreciate everyone.

25      When you signed up, I said it would be a



Domestic Violence Task Force - 02/22/22

1          short-term commitment.  It is because we

2          aren't the group that's moving it forward

3          to evaluate what of those other things.

4              So to the extent we can point the

5          diversity committee, to the extent we can

6          appoint the committee that's statutorily

7          dictated to review judicial performance,

8          to other tools, I think that's really,

9          really helpful.

10             What we can't do is decide which

11         tool is best because we just don't -- we

12         haven't had that -- well, we haven't had

13         that charge, and we certainly don't have

14         the information to make that decision.

15         So absolutely, I think the new ideas, so

16         to speak, are great, and they need to be

17         couched within those limits.  So yes.

18             INV. BERNIER:  Justice Marconi, if I

19         could kind of dovetail on that, I read

20         what Lyn had done.  And I had looked at a

21         lot of the things.  And when I signed up,

22         when I said yes to this, one of the

23         things that I wanted to avoid, which I

24         believe we've -- a lot of people have

25         done a lot of great work, and it's been

Domestic Violence Task Force - 02/22/22

1         open conversations and people being very

2         involved, and it's been a wonderful

3         experience.  I'm glad I did it.  The

4         group has been transparent, and I think

5         everybody wants the same thing.

6              But one of the things that I was

7         really -- that I promised myself is that

8         I didn't want this to end up being

9         something that was a -- I always call it,

10        like, the feel-good legislation, when put

11        something out there that kind of just

12        placates.  And I'm not suggesting that

13        this does at all.

14             One of the things, though, that I

15        keep going back to is the piece in the

16        report, if I can pull it up.  It was on

17        page 20 that I keep going back to, which

18        essentially says a judge with that

19        understanding could have engaged in a

20        different legal analysis; could

21        permissibly have found that R.L. posed a

22        credible present threat, even though

23        there was no recent act of physical

24        violence.

25             So essentially, the report that came



Domestic Violence Task Force - 02/22/22

1        out of the incident involving what

2        brought us here, essentially, at the end

3        of the day, said that two judges with the

4        same information could essentially come

5        up with completely different decisions at

6        the end of the day.

7               And that sticks with me the most out

8        of this, in that when we have that type

9        of a situation and you have judges that

10       can follow the letter of the law and can

11       do things properly, with regard to how

12       they deal with the participants and the

13       paperwork and all those other things, but

14       looking at the facts in two different

15       lights that could lead them to different

16       legal analysis.

17              That was really what stuck with me

18       in terms of wanting that transparency,

19       which is what the public wants, that

20       accountability in making sure that we

21       can't have that type of decision, that

22       there's got to be some type of very

23       specific oversight with regard to DV

24       orders and DV petitions so that we don't

25       end up in this situation, because that --

Domestic Violence Task Force - 02/22/22

1       in my line of work, that's a real --

2       that's a real problem.

3           If I go to a scene and I see X, Y,

4       and Z, and I make a decision it's this,

5       and another officer sees those same

6       things and does a completely separate

7       thing, that's a problem, which is why we

8       have standards and oversight and evals

9       and those things.

10          So I think that's the biggest thing

11      for me is that I want to walk away from

12      this knowing that what we do, at the end

13      of the day, gets us -- may not solve that

14      problem but at least tackle that issue

15      that two different judges cannot look at

16      the same fact pattern and see something

17      different.

18          JUSTICE HANTZ MARCONI:

19      Unfortunately -- and I mean, certainly,

20      there are ways to -- and this task force

21      was looking at ways to improve the system

22      so that people are better served, if you

23      will.  But I know -- I mean, the U.S.

24      Supreme Court takes up issues where the

25      circuits are divided.



Domestic Violence Task Force - 02/22/22

1              You have this in all walks of life.

2       Unless you have mandatory sentencing

3       requirements -- and even then, there is

4       judicial discretion in evaluating the

5       law, credibility.  They don't always --

6       it's like that old trope about people

7       seeing -- different eyewitnesses seeing

8       different events on the ground.

9              So I hear that there should be some

10      consistency, but that consistency, again,

11      cookie-cutter application doesn't always

12      result in just results either.  So

13      certainly, helping people understand is

14      one thing.  But requiring -- I think it

15      might be difficult to arrive at a place

16      where you can predict the outcome before

17      you head into court.  I mean, that would

18      be -- that might be nice in a lot of

19      situations.  But I hear what you're

20      saying.

21             MS. SCHOLLETT:  Everybody, it's Lyn

22      from the Coalition.  Thank you to those

23      of you who have worked so hard on the

24      drafting -- I want to echo everybody

25      else's comments on that -- and also those

Domestic Violence Task Force - 02/22/22

1        who read our feedback this afternoon.

2            And Justice Hantz Marconi, I'm glad

3        you mentioned doing a check-in about --

4            JUSTICE HANTZ MARCONI:  I'm having a

5        little bit of -- you have the Kathy Beebe

6        disease now.

7            MS. SCHOLLETT:  Oh.  Someone else

8        go.  Let me check my settings.

9            JUSTICE HANTZ MARCONI:  Okay.  Try

10       it again.  Maybe it's me.

11           MR. VICINANZO:  Can't hear you, Lyn.

12           JUSTICE HANTZ MARCONI:  Does anyone

13       else --

14           MS. ZINKIN:  Lyn, you're on mute.

15       You muted yourself.

16           MS. SCHOLLETT:  Okay.  Going to try

17       again.  Is that better?

18           JUSTICE HANTZ MARCONI:  That's

19       better, yes.

20           MS. SCHOLLETT:  Okay.  Thanks.

21           MR. VICINANZO:  There we go.

22           MS. SCHOLLETT:  Sorry.  I got into

23       my settings.  So I wanted to first thank

24       everybody who's worked so hard on the

25       drafting, because obviously, this has



Domestic Violence Task Force - 02/22/22

1    been a heavy lift.  And thanks to the

2    folks who read our feedback today.

3        I wanted to say to Justice Hantz

4    Marconi, I'm really glad you mentioned

5    process, because that was one of the

6    issues that we wanted to raise as well.

7    I think we all had hopes, coming into

8    this task force, for the direction we

9    could go and how we could bring our

10   strengths and expertise to the table.

11   And I think one of the things that we're

12   hoping that comes out of it is a report

13   that does reflect the varying voices and

14   varying experiences of task force

15   members.

16       And we've been providing feedback

17   this afternoon.  Thanks.  A lot of back

18   and forth with Anne.  And I think what I

19   just keep staying focused on is the

20   charge to this task force, which was to

21   do a systemic review of cases, with, as

22   Kristyn just pointed out, a goal toward

23   improving outcomes.

24       And I really think we can do that.

25   And so we're just strongly advocating for



Domestic Violence Task Force - 02/22/22

1          a lot of the recommendations to be a big

2          voice, to be as directive as possible,

3          recognizing that we're multidisciplinary,

4          recognize that we don't have sort of an

5          enforcement mechanism of any kind, but we

6          can come together as leaders in this

7          state and say, these are things we can do

8          to improve the accessibility of this

9          system and to improve safety for victims.

10              And I really think the ones that we

11         can focus on most is doing a deep dive

12         into information we already have access

13         to and analyzing that information around

14         outcomes.

15              So I hear what you're saying, in

16         terms of we can't promise consistent

17         outcomes in court cases.  And at the same

18         time, I think, if we're really going to

19         create a system that is usable by victims

20         who maybe don't have an advocate and

21         don't have a lawyer, that looking for as

22         much consistency in that process is very,

23         very helpful.  So thank you.

24              JUSTICE HANTZ MARCONI:  Well, and I

25         think -- I agree.  I think, as Judge



Domestic Violence Task Force - 02/22/22

1        Nicolosi indicated, a really terrific

2        petition goes a long way to setting the

3        stage for a fair outcome.  And so to the

4        extent that that paperwork side of

5        things, the guided interview business --

6        I do think we're all on the same page.

7             At least from what we've collected

8        from the discussions, I think we're all

9        focused on the same thing, providing

10       judges with the information they need,

11       providing victims with the safety and

12       security that they need, and providing,

13       of course, a fair playing field for the

14       defendants.  I mean, that's sort of the

15       world in which we operate in.

16            Is there any other thought about

17       putting this together, assuming we can

18       get there, and getting it issued?  Like I

19       said, we'll continue these discussions.

20       I am, frankly, pretty hopeful, having

21       seen the recommendations that have come

22       back in thus far.  Assuming nothing

23       major, by tomorrow, I think we're going

24       to have the report that we're looking

25       for.



Domestic Violence Task Force - 02/22/22

```
 1              MS. LAFRANCE:  Can I just ask -- we
 2         came up with this great report, a lot of
 3         good recommendations.  I mean, what is
 4         the commitment from the people who can
 5         make the changes?  I mean, do we have
 6         any -- what I got out of the public
 7         hearing was more training, more money.
 8              Okay.  Well, great, but especially
 9         the legislature being what it is now,
10         what are the chances of getting more
11         money out of this legislature?  I mean,
12         everybody -- when this initially
13         happened, everybody was like, oh my God,
14         we've got to do this; we've got to do
15         that.  Well, when push comes to shove,
16         are we going to have what we need to
17         implement this?
18              I don't see a further commitment
19         here, even from -- I just reviewed the
20         order establishing this task force.
21         Nothing in that order said, and we will
22         follow the recommendations, or we will
23         take steps to implement.  All it said
24         was, we're going to take a really good
25         look at this.  And task force, I think we
```

Domestic Violence Task Force - 02/22/22

1        did our job.  But --

2            JUSTICE HANTZ MARCONI:  Yes.

3            MS. LAFRANCE:  -- what's the further

4        commitment here?  Maybe we should make a

5        stronger statement and call on

6        legislators or whoever.  This needs to be

7        done.  If you're really serious about

8        this, this needs to be done, put some

9        oomph behind our findings.

10           JUSTICE HANTZ MARCONI:  Well, I

11       think two things come to mind.  And

12       believe me, this is something I've

13       struggled with from the get-go.  We are

14       a -- we're an offshoot.  We aren't the

15       branch.  We're kind of an ad hoc

16       committee to actually, frankly, issue-

17       spot and provide some suggestions, which

18       will give people a pathway to "do their

19       jobs."

20           So yes, I mean, this report will be

21       presented to the branch, and the branch

22       will be able to have a response.  We also

23       make recommendations to the governor.  I

24       don't know about you, but I'm not in a

25       position to exactly tell him, although

Domestic Violence Task Force - 02/22/22

1       the public focus on this report will

2       certainly allow for follow-up to the

3       governor's office and also to the

4       legislature.

5              And the one thing that has struck me

6       from the beginning is there are --

7       there's an awful lot of firepower in and

8       on this task force, with organizations

9       that exist outside of the task force.

10      And so to have this report have a

11      recommendation in it that then allows for

12      follow-up by current standing

13      organizations, I think, is a tool.

14             Task force is going to go away.  But

15      the members and the stakeholders and the

16      agencies that do have that ability are

17      going to persist.  So hopefully, this

18      collaboration will cause those folks who

19      are aligned in their viewpoints or

20      policy-setting roles to get together and

21      push it, which is not something that

22      everybody on the task force is able to do

23      because of our various constraints.  So

24      that's what made it a little neither fish

25      nor fowl.



Domestic Violence Task Force - 02/22/22

 1          But certainly, these recommendations

 2      provide a path forward.  For example,

 3      when the branch goes for funding, when

 4      the Coalition goes for more grant

 5      funding, when NHLA is setting up its

 6      policies and processes, we now have

 7      something to stand on.  That's the way I

 8      see it.

 9          MS. SCHOLLETT:  So I wonder --

10      that's an interesting point that you

11      raise, Justice Hantz Marconi.  And I

12      don't usually speak on the fly, but I'm

13      just sort of thinking through this right

14      now.

15          Is there a way for this group to

16      come back together in six months or

17      twelve months and do a check-in on the

18      status of the recommendations?  Again, I

19      understand it's not with an enforcement

20      mechanism, but I think it would be really

21      interesting and helpful to have a follow-

22      up around some of the big themes like

23      transparency and accountability and

24      things like that.  Is that something the

25      task force would ever consider?

Domestic Violence Task Force - 02/22/22

1            JUSTICE HANTZ MARCONI:  I don't know
2       if our charge lets us do that, but I
3       certainly -- we could certainly get back
4       together and chat.  But I think the real
5       call to action is going to be from here
6       forward, and I don't know what we would
7       accomplish by getting back together and
8       finding out that the legislature wouldn't
9       do anything, except that we can all
10      complain to each other.  But it may be
11      because they haven't received a good
12      proposal, or who knows?

13            I can certainly look into it.  But I
14      know from our initial gathering together
15      and the charge we have, our job's over at
16      this point.  But I don't see -- again,
17      speaking on the fly, I don't have a
18      problem convening an ad hoc committee in
19      a year from now or six months or
20      whatever.  But I do think our job was to
21      provide a roadmap for those who are, as I
22      call it, in the space.

23            What we were able to do -- and I do
24      think, again, this has been a big
25      learning process for me as well.  And

Domestic Violence Task Force - 02/22/22

1       again, as the outsider, I think a lot of

2       communication broke down.

3               And certainly, the Governor's

4       Commission on Domestic Violence was a

5       place for collaboration.  And so I almost

6       see that as a replacement for this.  We

7       were pulled together to figure out why

8       there were so many -- again, a lack of

9       communication is my biggest takeaway.

10      And I think that should be

11      institutionalized, and that's not this

12      group.  But that's just me.

13              INV. BERNIER:  Justice, is it -- I

14      know there were a number of -- and I had

15      a great interaction with Judge Yazinski

16      over the firearm issue.  And I work with

17      a number of different people on different

18      things.

19              There are a lot of recommendations

20      and great ideas that have come up with

21      this that don't necessarily cost money,

22      and things like forms, things like that

23      interview, that -- the weapon issue, in

24      terms of merging what law enforcement is

25      doing and judges so that we're all on the

Domestic Violence Task Force - 02/22/22

1       same page and we're following through

2       with that stuff.

3            Is there going to be an opportunity,

4       if people want to be involved with moving

5       some of those things forward, wherever

6       the mothership is that looks at this and

7       makes decisions, is there going to be an

8       opportunity for us to stay on board with

9       some of this stuff and be involved in

10      helping implement some of those things

11      that we're working, say, with the

12      Coalition and with regard to legislation?

13           I know I would absolutely commit to

14      that, on a number of fronts.  I'm sure

15      there are others here that would do it as

16      well.  But I wasn't sure what that was

17      going to look like, moving forward.

18           JUSTICE HANTZ MARCONI:  Right.  I

19      think there are going to be different

20      entities.  I've learned some of them

21      already.  We have recommendations for

22      having county-based sort of collaborative

23      groups, whether those are it.  We've got

24      that annual -- and I'll get the name

25      wrong, but the thing that Erin either



Domestic Violence Task Force - 02/22/22

1        hosts or provides feedback from, the

2        statewide group.

3             So I think there are other -- and

4        there may well be a group spawned to look

5        at the firearms issue.  But again, I

6        think it's going to be on a -- it's kind

7        of why the charges are the way they are,

8        on an issue-by-issue basis, not one

9        central committee doing -- unless

10       standing committee and the branch, I'm

11       sure -- and it's part of our

12       recommendation -- will be looking for

13       input from interested folks in the

14       stakeholder group, if you will.

15            So I do see that there is that

16       opportunity, going forward.

17            MS. JASINA:  I would encourage

18       anyone who's interested in being a part

19       of the statewide Domestic Violence

20       Advisory Council to reach out to me.

21       It's --

22            JUSTICE HANTZ MARCONI:  That's the

23       thing I was trying to figure out.

24            MS. JASINA:  Many of you are already

25       members and have been members for quite



Domestic Violence Task Force - 02/22/22

1       some time.  But we meet quarterly, and

2       it's something that NHLA facilitates and

3       convenes.  And I'd be happy to talk to

4       anyone who wants more information about

5       it or who would like to be a part of it.

6            We discuss legislation.  We do a

7       court watch, anything that is positively

8       or negatively impacting victims and

9       survivors.  So just feel free to send me

10      an email.

11           And I will also say that I know we

12      all put in so much work to this report,

13      and we could probably write five

14      different reports, all equally great but

15      maybe with different perspectives.  But

16      we were just always having this March 1st

17      looming deadline over us.  And I think

18      that we did the best that we could under

19      the time constraints.

20           But as many of you have already

21      said, I think it's really -- this may be

22      the end of the task force, but it's

23      really just the beginning of the work.

24      We've identified so many things that

25      needs improvement, or we could just start

Domestic Violence Task Force - 02/22/22

1        an entirely new project or different

2        initiatives.

3              And I am personally committed to

4        seeing some of these things through that

5        are -- that NHLA can be involved in.  I

6        look forward to working with many of you

7        into the future and pushing some of these

8        things forward.

9              But the report itself is not what's

10       going -- it will be available, and it

11       will be -- the public will have access to

12       it, but I don't think it's the thing

13       that's going to live on from this group.

14       I think it's the work that we do after

15       this and the collaboration that we all do

16       after this that's really going to make

17       the difference.

18             And that's not to say that you all

19       haven't put in amazing work.  And Anne

20       has just done an incredible job putting

21       this report together.  It's been really

22       impressive to see.  But I think it's

23       going to be what we do after this that is

24       going to make the real difference.  And I

25       just hope we can all think about that and

Domestic Violence Task Force - 02/22/22

1        push that agenda forward.

2            JUSTICE HANTZ MARCONI:  And I do see

3        a question from Kristyn about the DV

4        Fatality Review Committee.  It does still

5        exist.  So I guess the question is -- and

6        someone answered -- looks like they're

7        looking to tweak that.  But it does

8        continue to do its thing and reports

9        annually to the -- wherever they post

10       their report.  So it is still ongoing.

11           But that is one thing, I think, that

12       is of value to the work that's been done

13       is identifying these various pieces of

14       work that some exist and some have been

15       dormant.  And so getting everything back

16       in focus, I think, is really helpful.

17           MS. PAINE:  And to the extent, I

18       think, that we can include the executive

19       branch and the legislature, those were

20       critical components in prior work that we

21       did with the Governor's Commission.  And

22       it took sort of all three branches to

23       make some of the changes happen and for

24       people to really dig deep.

25           And there are a number of issues



Domestic Violence Task Force - 02/22/22

1    here that are a question of political

2    will and money.  And even the data piece

3    is a function of political will and

4    money.

5         As was noted long ago, the Odyssey

6    system is a case-management system, not

7    an information-management system.  And

8    its ability to do data reporting is

9    incredibly limited by the programmers

10   themselves.  And everything you want to

11   do in addition to pull things out costs a

12   great deal of money now.

13        We bought what we bought when we

14   bought it, and we tried to tell them at

15   that time what we wanted and what we

16   thought we were going to want for a

17   decade ahead.  And we knew when we made

18   those choices that we were going to live

19   with them for a very long time.

20        And we spent the money the best way

21   we knew how when we did it, but I would

22   certainly say that that accountability

23   piece really requires good information.

24   And adding to our ability to collect that

25   information is significant and expensive.

Domestic Violence Task Force - 02/22/22

1            JUSTICE HANTZ MARCONI:  And it's

2       good to know that this is not unique to

3       domestic violence.  The diversity

4       initiative is looking for data.  The

5       Access to Justice Commission is looking

6       for data.  So the limitations on Odyssey

7       are painfully apparent.

8            That does not stop independent

9       review.  You can pull down cases and do

10      your own digging through files.  But

11      again, that takes time and money.  So

12      there are workarounds that independent

13      agencies can do with the data that's

14      available.

15           And there's the other side of the

16      coin, which is having ready data at our

17      fingertips in the branch.  And that is,

18      at some times, limited by hardware.  I

19      wish we were the feds, but we aren't.  We

20      don't have their budget.

21           MS. FREEMAN:  I would also say and

22      add to what Betsy said, it's also a

23      function of the cost to have staff time

24      to devote to adding that information into

25      Odyssey.  So if we're looking at the

Domestic Violence Task Force - 02/22/22

1        cost, it's the cost of upgrade to

2        software and the cost of increased staff

3        time.  And so there is a cost to these

4        things, even if it's not apparent at

5        first.

6            JUSTICE HANTZ MARCONI:  Right.  And

7        so when there have been prior

8        initiatives -- again, I see Kristyn's

9        comment to everybody about UNH being a

10       source.  That is so.  And in fact, there

11       was just an initiative, I believe, grant-

12       funded, to do some diversity surveying in

13       the Bar Association.  So again, the

14       resources are there, but they aren't

15       free.

16           So not making excuses, but that is

17       a -- getting data is a -- well, is a

18       multifaceted issue.  Again, you can

19       still -- I mean, the good thing about

20       domestic violence cases is it's a finite

21       set.  And if somebody had the bandwidth

22       to pull down copies of all the orders,

23       there would be a data set.  So there are

24       different ways to approach the issue.  I

25       guess that's the point.



Domestic Violence Task Force - 02/22/22

1             Any other thoughts, comments,

2        perspectives, input, dissatisfaction,

3        satisfaction?

4             MR. STRASBURGER:   Justice Hantz

5        Marconi, I just wanted --

6             JUSTICE HANTZ MARCONI:   Yes.

7             MR. STRASBURGER:   -- to dovetail

8        with respect to the fact that the data

9        collection and sort of our limitations on

10       that involves greater than just DV cases,

11       as you've already identified.   And I

12       think that's important to the

13       transparency that we've been talking

14       about and trying to figure out solutions

15       to address consistency.

16             But I have some concerns about some

17       of the proposed edits to the sort of -- I

18       guess I'll call it judicial

19       accountability or judicial review

20       section, because we are here to focus on

21       DV matters.

22             But if we start getting into an

23       ability for individual litigants to sort

24       of escalate, to administrative judges,

25       results in a particular case, I think



Domestic Violence Task Force - 02/22/22

1        that's also going to affect the other

2        areas of the law that the court has to

3        adjudicate and really could fundamentally

4        change our process.

5             Right now, the judicial officers

6        make those decisions on a case-by-case

7        basis, and we have an appellate review

8        process.  And we don't have elected

9        judges in New Hampshire.

10            And it's a little bit concerning to

11       me that if the committee seems to support

12       what I would say is a pretty significant

13       overhaul of the judicial review process,

14       then we might be getting to that point,

15       where individual litigants who might be

16       unhappy, either because they just don't

17       understand the process, maybe, or they

18       just may disagree with the court's

19       analysis in their particular case, if

20       they can start to get an audience with an

21       administrative judge and there is data

22       collected about how many particular

23       judges are granting domestic violence

24       petitions or denying domestic violence

25       petitions, I just have a concern that



Domestic Violence Task Force - 02/22/22

1       that would be a -- have a potential, at

2       least, to be a pretty significant

3       overhaul to our fundamental

4       Constitutional process here.

5            So I just wanted to point that out.

6       I completely favor the report and the

7       recommendations with respect to charge 7,

8       as drafted.  And I definitely hear Lyn's

9       concerns about transparency and getting

10      the data and having a mechanism to follow

11      up on that.

12           But I would just be very concerned

13      about giving a process by which aggrieved

14      litigants could take a case-by-case basis

15      to an administrative judge or some other

16      review process.  I just think that that

17      has a potential to be somewhat dangerous

18      for our system.

19           JUSTICE HANTZ MARCONI:  And I can

20      say that I've -- again, I've struggled

21      with this.  I think I've said it to

22      anyone who would listen.  Data is data,

23      as we all know.  Just look at the

24      political situation today.

25           But in term -- it can be as simple



Domestic Violence Task Force - 02/22/22

1      as how many petitions granted or denied.

2      It can also be Andy Smith at UNH with a

3      detailed regression analysis of what the

4      claims were, who the -- I mean, it

5      doesn't tell you anything if you're just

6      adding up numbers.

7           So that's why in our discussions,

8      while there's agreement on improving

9      transparency and the review provisions

10     haven't been reconstituted in many years,

11     maybe there is a better way to do the

12     review process within the confines and

13     restrictions that we have.

14          And that's what the recommendations

15     are sort of geared toward, having the

16     committee that does the review take a

17     look and see if there's a better

18     mousetrap at this point in time, as

19     opposed to when the survey system was

20     developed, with input from the talking

21     heads who knew that business thirty years

22     ago.

23          So I agree that that is -- you don't

24     want to create problems where -- in

25     trying to solve problems, I guess, is



Domestic Violence Task Force - 02/22/22

1      that point, which is why it really

2      deserves a more considered review than

3      we've been able to give it here.

4           MS. ZINKIN:  I think Jon is raising

5      a really good point, at least the way I'm

6      understanding it, which is our current

7      system is there's trial courts, and if

8      you're not happy with what happened in

9      the trial court, you appeal to the

10     Supreme Court.  We don't have an

11     intermediate appellate court.  There

12     isn't another mechanism to complain about

13     what happened in your case, other than by

14     appeal.

15          And what I'm hearing you say is if

16     the report says there should be some

17     other mechanism, then that's changing our

18     system in a really big way.  At least,

19     that's what I'm hearing, I think.

20          MR. STRASBURGER:  Well, I'm going to

21     thank Anne because she articulated that

22     much more artfully than I did.  But that

23     is exactly the message I was trying to

24     convey.

25          And I'm not suggesting that that's



Domestic Violence Task Force - 02/22/22

1       what's been proposed.  But some of the --

2       some of the revisions look like that

3       could be an implication of what the task

4       force is suggesting, that there is some

5       large overhaul necessary.

6           And I'm just concerned about sending

7       that message because we do have a system

8       with an appellate process, and we don't

9       have an intermediary appellate court,

10      just as you said, Anne.  And from my

11      perspective, an aggrieved party, that's

12      their sole remedy.  I mean, obviously, if

13      they feel there's been a judicial conduct

14      violation, there's already a -- there's

15      already an avenue for that to be

16      resolved.

17          So that was my concern.  And thank

18      you, Anne, for saying that much more

19      artfully than I did.

20          MS. SCHOLLETT:  Well, I'd love to

21      just -- oh.  I've spoken.  Go ahead.  Was

22      that Steve or someone else?

23          MR. ENDRES:  Sorry, Lyn.

24          A slightly different perspective to

25      that, though, is that this is an



Domestic Violence Task Force - 02/22/22

1       adversarial system.  And for lack of a

2       better term, there's winners and losers.

3       And you tend to have people who, perhaps,

4       are losers who are upset about the

5       process and are going to complain about

6       it.

7           Whether they have an avenue to

8       complain or not isn't going to stop them

9       from complaining.  So if they're upset,

10      they're still going to try and contact

11      the administrative judge.  They're going

12      to contact the press.  They're going to

13      talk to whomever will listen to them and

14      complain about the process.

15          While I agree that sort of keeping

16      data isn't the be-all and end-all, I

17      don't necessarily think that that data

18      has to be publicly available.  But I

19      think it's worth knowing what the data is

20      so that you can look at it and see if we

21      have a problem.

22          And I think, in terms of -- to take

23      it out of, like, the domestic violence

24      world and put it in, for example, like, a

25      driving while intoxicated world, if you



Domestic Violence Task Force - 02/22/22

1        have a judge who finds ninety-nine

2        percent of people guilty of DWI, and you

3        have another judge who finds, say, twenty

4        percent of people guilty of DWI, you

5        don't necessarily know that you have a

6        problem, but you know that maybe you

7        should look into that.

8                And perhaps the judge that only

9        finds a very small percentage of people

10       guilty of DWI is seeing cases from police

11       departments that over-charge or don't do

12       a good job in their investigations.  And

13       maybe the judge who finds many people

14       guilty of DWI has very squared-away

15       police departments who only bring very

16       strong cases.

17               But it's at least worth knowing that

18       or at least having a basis to look into

19       that, which to me, is the second step.

20       So the data collection, to me, is really

21       trying to figure out is there a problem

22       with judicial accountability, not

23       necessarily as a solution to it, but at

24       least a jumping-off point to say, should

25       we look closer at this.



Domestic Violence Task Force - 02/22/22

 1          JUSTICE HANTZ MARCONI:   Right.   And

 2      that gets into my what are the factors.

 3      I think of prosecutors who don't bring a

 4      case if there's a problem with it.

 5      You're going to plead it out or do -- so

 6      your win-loss record may be sort of

 7      artificially impacted.   Judges get

 8      everything, so the good, the bad, the

 9      ugly.

10          So collecting data, like you've

11      said, is a start.   But drawing

12      conclusions therefrom -- and maybe that

13      process of drawing conclusions therefrom

14      needs to be internal, just for the point

15      you raised that it's not always an

16      easy -- it's not always an easy

17      conclusion to draw.

18          So that goes to, again, the

19      recommendation to improve data collection

20      but without specifying how that data's

21      going to be handled, because I think it

22      depends on, A, what data we can get, and

23      B, sort of how raw it is, so that you

24      don't mislead.   So I think those are good

25      points.



Domestic Violence Task Force - 02/22/22

1          MS. SCHOLLETT:  And I would just

2     respond briefly to Jon that we are very

3     clear we are not trying to insert some

4     kind of intermediate appellate process

5     but are just strongly recommending that

6     we look at objective performance criteria

7     and look at some of the models that have

8     been set up in other states to do that.

9     And we definitely included those in the

10    comments as well.

11         So I just -- I do.  I appreciate

12    your point, and that isn't what this is.

13    But for example, if we looked at our

14    statewide protocol that requires judges

15    to have a conversation with a victim

16    before denying a final order, if that's

17    not happening -- and that was a protocol

18    that was created in a multidisciplinary

19    sense like this -- that is something that

20    we should be able to address as a group,

21    whether that's (indiscernible) --

22         JUSTICE HANTZ MARCONI:  Right.  And

23    updating protocols is important because,

24    as we've learned from these discussions,

25    the judges don't feel like maybe that is

Domestic Violence Task Force - 02/22/22

1    achievable because of the prohibition

2    against assisting one side versus the

3    other.  So we've learned a lot that

4    something that may work or is suggested

5    at point 1 may, in reality, not bear out.

6         And so that's why I think there

7    needs to be wiggle room so that pros and

8    the experts can actually spend some time

9    thinking about consequences and

10   unintended consequences.  So I think

11   that's good.

12        DR. HAMPTON:  I just wanted to toss

13   in a comment about sort of why I think I

14   was on this committee at all, and that

15   has to do with trying to view things

16   through the perspective of the abuser.

17        And it's sort of axiomatic in my

18   work, where we look at all of our

19   interventions and all the ways that we

20   try and do the work with one question:

21   is, what effect does this have on an

22   abuser's inclination and opportunity to

23   abuse.

24        And so a few reactions I had was

25   just the fact of this committee, its



Domestic Violence Task Force - 02/22/22

1     willingness to look at a very difficult

2     situation and then reflect upon itself, I

3     think, is very hopeful.

4         Secondly, I think a lot of the

5     recommendations that have come up are

6     very well thought out and takes us a long

7     way in that direction.

8         And thirdly, the comments that Lyn

9     had, as I was reading those and I was

10    thinking, okay, for each one of these

11    adjustments, whether it's about

12    transparency or it's about evaluations of

13    judges or about looking at models from

14    other states, each and every one of the

15    edits or comments, I thought, went --

16    took a significant step in reducing an

17    abuser's inclination and opportunity to

18    abuse.  So I really like that kind of

19    reflection.

20        The other thing I'm wondering about,

21    too, is this task force does sort of

22    officially go away at the end of this,

23    and -- but we will be delivering

24    recommendations.  And I wonder if maybe

25    one of the recommendations is that this

Domestic Violence Task Force - 02/22/22

1      committee reconvenes at a particular

2      point.  Why don't we just sort of weave

3      that into it?

4            And one of the reasons I think that

5      might be particularly helpful goes back

6      to the Fatality Review Committee.  And

7      I'm bouncing all this credit over to

8      Judge Carbon's way.  In the formation of

9      that committee, back in the late '90s,

10     early -- around 2000, one of the things

11     that we had a discussion about was how do

12     we -- how do we develop a mechanism where

13     people are comfortable sharing

14     information.

15           We don't want it to be a finger-

16     pointing thing.  We don't want people to

17     shut down.  We don't want -- this is not

18     about making people liable for past

19     errors in judgment.  And in one of the --

20     and I think it -- I think we were really

21     successful in creating an environment

22     where we could do some productive work.

23           And one of the outgrowths of that

24     was not just coming up with

25     recommendations, but one of the charge --



Domestic Violence Task Force - 02/22/22

```
 1        one of the things we put into each of our
 2        reports was an expectation that there
 3        would be a reporting back on the progress
 4        that was made or not made with regard to
 5        recommendations.
 6             So we would have recommendations.
 7        We would list the agency or committee
 8        member that was responsible for making
 9        that happen.  And then we would reconvene
10        and ask people, okay, so what has
11        happened with regard to those
12        recommendations over the last three
13        months, six months, or a year period.
14             So if we could put in a
15        recommendation that this becomes an
16        iterative process, rather than a singular
17        report that people do or don't do with as
18        they please, I think that would push us a
19        lot further forward.
20             JUSTICE HANTZ MARCONI:  It may be
21        challenging to identify the responsive
22        parties.  I mean, obviously, some is the
23        branch, and then some is not the branch,
24        so -- but certainly, there's nothing
25        wrong with recommending that we get back
```



Domestic Violence Task Force - 02/22/22

1    together and take stock of what's

2    happened in the interim.

3        MS. PAINE:  Your Honor, just in

4    terms of process, so the working group

5    will take the results of today's meeting

6    and all the various comments and then

7    finalize the report; am I correct?

8        JUSTICE HANTZ MARCONI:  That's what

9    we're going to try to do, yes.  And that

10   would be, again, comments due by

11   tomorrow -- we may have them all, at this

12   point -- and recirculate tomorrow or

13   Thursday and get sort of some final say-

14   so by the group --

15       MS. ZINKIN:  I was going to say --

16       JUSTICE HANTZ MARCONI:   -- and

17   then --

18       MS. ZINKIN:  -- likely recirculate

19   Thursday.

20       JUSTICE HANTZ MARCONI:  Yeah,

21   Thursday.  Yes, Anne.  Thursday.  Yes.

22       And then once we have general

23   agreement, which I would get by email,

24   unless y'all want to see each other's

25   smiling faces again, we will let Susan



Domestic Violence Task Force - 02/22/22

1       Warner just make the thing look

2       reasonable, in terms of, like -- I

3       haven't paid attention to much of the

4       cover and the graphics and that kind of

5       thing because I've been focused on the

6       guts.

7           So and then we'd be ready to present

8       it to the branch, to the chief, on the

9       1st.  And then the question is if we want

10      to have a public presentation, if you

11      will, maybe on the 2nd.  We can do that,

12      or we don't have to.  But it occurred to

13      me that it might make sense to have a

14      discussion with the members of the task

15      force as to what we did and why we did it

16      and what we're hoping comes from it.

17          I see rampant enthusiasm for that

18      idea.  I can also do that all by myself,

19      if no one wants to show up.

20          MS. PAINE:  Your Honor, do --

21          JUSTICE HANTZ MARCONI:  Yes.

22          MS. PAINE:  Do we have an agreement

23      that -- or not, about inquiries from the

24      press to anyone in particular, or flow

25      through Susan, or anyone's in this group



Domestic Violence Task Force - 02/22/22

1        is, obviously, able to comment or --

2            JUSTICE HANTZ MARCONI:  Just

3        (indiscernible) that --

4            MS. PAINE:  -- just out of courtesy

5        and respect, I don't --

6            JUSTICE HANTZ MARCONI:  We don't

7        have any sort of agreement or process.

8        And just as I sort of presumed and

9        encouraged people to share their work,

10       each one of you represents a whole crowd

11       of people behind you in this space.  So

12       as I sit here today, unless I hear

13       differently, I don't mind or have any

14       restriction against anyone in the task

15       force speaking to their experience.

16           But if the task force would feel

17       more comfortable routing requests

18       through -- I don't know -- Susan Warner

19       or an individual person -- I won't say

20       Anne.  She'll kill me.  But routing it

21       through somebody, we can do that too, if

22       we want to filter.  So don't know what

23       you think about that.

24           MS. LAFRANCE:  I think as individual

25       members of the task force, if we're



Domestic Violence Task Force - 02/22/22

1      approached, we should be able to talk

2      about our work, not any resolutions or

3      anything like that, but certainly, our

4      experience on it and just the general

5      goals.  We can cite the directive from

6      the original directive and what the goals

7      were.

8           I have a relationship with WMUR, so

9      I don't -- they had called me, actually,

10     originally, to comment on this before I

11     was on the task force.  So I think

12     it's -- but if you prefer to have it go

13     through somebody, I mean, I had

14     anticipated most people would be putting

15     it on their social media pages, too, to

16     highlight the work they did, just to get

17     the general public aware of it, so --

18          JUSTICE HANTZ MARCONI:  Exactly.  So

19     I mean, your names are out there.  And I

20     think if someone wants to call you and

21     ask you about it, that's perfectly fine.

22          INV. BERNIER:  I'm not a big fan of

23     big-group public things, but I think for

24     this, I -- after the work that

25     everybody's done, I think it would be



Domestic Violence Task Force - 02/22/22

1        something to think about to do something

2        where the group could present it

3        together.

4             I think it says something when you

5        have all these people from all these

6        different disciplines that are able to

7        make these meetings and do the work that

8        needed to be done.  A ton of work went

9        into it.  A ton of thought went into it.

10            And I think it shows the public that

11       there is a willingness for people to

12       unify and work together and put their

13       opinions on the table and come up with

14       something that everybody can stick their

15       name to in making things better.

16            And I think the group should be

17       proud of that, and it sets an example

18       that this type of thing can be

19       accomplished, not just necessarily having

20       it go out on the news as just a report

21       but this particular group of people.

22       It's an interesting concept and something

23       that the public really doesn't know much

24       about --

25            JUSTICE HANTZ MARCONI:  Right.



Domestic Violence Task Force - 02/22/22

1       Okay.

2           INV. BERNIER:  -- when it comes to

3       these types of little task forces.

4           JUSTICE HANTZ MARCONI:  And my

5       thought is, too, it will enable us to

6       help the different, again, involved

7       agencies, if you will.  It helps to -- I

8       don't know -- set that next step.  I

9       mean, we know the limitations of this

10      group.  Now others have to act.  And so I

11      think that's a discussion that is worth

12      having.

13          The folks who showed up at our

14      public hearing, they are invested.  There

15      are people out there who are invested in

16      what we come up with.  So I think it

17      makes sense to respond.

18          CHIEF HOBBS:  Justice Marconi, what

19      if when the report was finally -- was

20      finalized, if a press release came from

21      the courts, and then that -- if that was

22      shared, referencing the final report,

23      that would be something that we could

24      all -- that press release is something

25      that we could all share and generate that

Domestic Violence Task Force - 02/22/22

1       public -- start getting the word out?

2              And I think that's how you're going

3       to see the changes is by getting the word

4       out.  So if there was a general --

5              JUSTICE HANTZ MARCONI:  I think

6       that's a great idea.

7              CHIEF HOBBS:  -- press release.

8              JUSTICE HANTZ MARCONI:  And maybe a

9       combination of the two, a press release

10      that everybody can share, and if we do

11      have some people who want to get

12      together, we can be there to answer

13      questions.

14             And Kristyn says if we serve cake,

15      everyone will show up.  Very good.

16             So you want me to work on something,

17      and if people can come, great, and if

18      they can't, fine.  But it'll just be an

19      opportunity for if any media want to show

20      up, if anyone cares, they can come and

21      see what we did.  Okay.  I'll work on it.

22      Maybe cake.  I don't know.

23             All right.  Anything else as we

24      approach 5 o'clock?  Not that we have a

25      time limit, but feel free, if you get off



Domestic Violence Task Force - 02/22/22

1      this call and think of something else

2      that you want to share and didn't, to

3      share.

4           Any other thoughts about presenting

5      this to the public, I'd love to hear.

6      Any other thoughts about what needs to go

7      into the report, we want to hear.

8           And again, it's not -- believe me,

9      it's not me.  I sound like it's me.  It's

10     not.  We've had this working group and

11     all you folks who are sounding boards and

12     all these minutes that have been taken

13     where we're really trying to coalesce the

14     various perspectives.  And so all we're

15     doing is measuring it against what other

16     people have said.  So that's been the

17     process.

18          And so anything else, send it in to

19     the boiling-pot of report writing, and

20     we'll figure it out.

21          Okay.  Thank you very much.  See you

22     next time.

23          (End of audio)

24

25



1                    C E R T I F I C A T I O N

2

3          I, Cheryl Odom, certify that the

4          foregoing transcript is a true and

5          accurate record of the proceedings.

6

7

8

9          _____

10         Cheryl Odom (CDLT-186)

11         TTA-Certified Digital Legal Transcriber

12

13         eScribers

14         352 Seventh Avenue, Suite #604

15         New York, NY 10001

16

17         Date:  March 22, 2022

18

19

20

21

22

23

24

25



**A**

**ability** 6:11
20:16 29:8,24
32:23
**able** 4:22 19:22
20:22 22:23
36:3 41:20
48:1 49:1 50:6
**absolutely** 9:15
24:13
**abuse** 42:23
43:18
**abuser** 42:16
**abuser's** 42:22
43:17
**access** 16:12
27:11 30:5
**accessibility**
16:8
**accomplish** 22:7
**accomplished**
50:19
**accountability**
11:20 21:23
29:22 32:19
39:22
**accurate** 6:24
7:11 54:5
**achievable** 42:1
**act** 10:23 51:10
**action** 22:5
**ad** 19:15 22:18
**add** 30:22
**adding** 29:24
30:24 35:6
**addition** 29:11
**address** 32:15
41:20
**adjudicate** 33:3
**adjustments**
43:11
**administrative**
32:24 33:21
34:15 38:11
**Administrator**
2:21
**adversarial** 38:1
**Advisory** 25:20
**advocate** 16:20

**advocating**
15:25
**Affairs** 2:12
**affect** 33:1
**afternoon** 14:1
15:17
**agencies** 20:16
30:13 51:7
**agency** 45:7
**agenda** 28:1
**aggrieved** 34:13
37:11
**ago** 29:5 35:22
**agree** 7:14 16:25
35:23 38:15
**agreement** 35:8
46:23 47:22
48:7
**ahead** 29:17
37:21
**aligned** 20:19
**allow** 20:2
**allows** 20:11
**Amanda** 2:11
**amazing** 27:19
**analysis** 10:20
11:16 33:19
35:3
**analyzing** 16:13
**Andy** 35:2
**Ann** 1:25
**Anna** 1:12
**Anne** 2:25 15:18
27:19 36:21
37:10,18 46:21
48:20
**annual** 24:24
**annually** 28:9
**answer** 5:5
52:12
**answered** 28:6
**anticipated**
49:14
**anyone's** 47:25
**apparent** 30:7
31:4
**appeal** 36:9,14
**appellate** 33:7
36:11 37:8,9

41:4
**application**
13:11
**appoint** 9:6
**appreciate** 7:13
8:24 41:11
**appreciated**
5:18
**approach** 31:24
52:24
**approached**
49:1
**areas** 33:2
**arrive** 13:15
**artfully** 36:22
37:19
**articulated**
36:21
**artificially** 40:7
**assertions** 4:10
**Assistance** 2:4
**Assistant** 1:23
**assisting** 42:2
**Associate** 1:12
**Association** 2:7
2:14 31:13
**assuming** 17:17
17:22
**assumptions** 7:9
**atmospheric**
5:25 6:9
**attention** 47:3
**Attorney** 1:23
2:1,2,15,16,18
**Attorney's** 1:22
**Attorneys** 2:14
**audience** 33:20
**audio** 53:23
**available** 27:10
30:14 38:18
**avenue** 37:15
38:7 54:14
**avoid** 9:23
**avoiding** 6:8
**aware** 49:17
**awful** 20:7
**axiomatic** 42:17

**B**

**B** 40:23
**back** 3:2 10:15
10:17 15:17
17:22 21:16
22:3,7 28:15
44:5,9 45:3,25
**bad** 40:8
**bandwidth**
31:21
**Bar** 31:13
**Barbara** 1:12
**Barton** 1:17
**basically** 5:7
**basis** 25:8 33:7
34:14 39:18
**be-all** 38:16
**bear** 42:5
**Beauchamp**
1:18
**Beebe** 1:20 14:5
**beginning** 20:6
26:23
**believe** 9:24
19:12 31:11
53:8
**Belknap** 1:21
**Bernier** 1:21
9:18 23:13
49:22 51:2
**best** 6:3 8:11
9:11 26:18
29:20
**Betsy** 2:18 30:22
**better** 8:3 12:22
14:17,19 35:11
35:17 38:2
50:15
**beyond** 8:16
**big** 16:1 21:22
22:24 36:18
49:22
**big-group** 49:23
**biggest** 12:10
23:9
**bit** 4:9 6:25 14:5
33:10
**Black** 2:16
**board** 24:8
**boards** 3:24

53:11
**boiling-pot**
53:19
**bold** 7:25
**bought** 29:13,13
29:14
**bouncing** 44:7
**branch** 3:19
4:12 19:15,21
19:21 21:3
25:10 28:19
30:17 45:23,23
47:8
**branches** 28:22
**briefly** 41:2
**bring** 15:9 39:15
40:3
**broad** 4:14
**broke** 23:2
**brought** 11:2
**budget** 30:20
**business** 17:5
35:21

**C**

**C** 54:1,1
**cake** 52:14,22
**call** 10:9 19:5
22:5,22 32:18
49:20 53:1
**called** 49:9
**candid** 6:3
**capture** 4:16
**Carbon** 1:14
**Carbon's** 44:8
**cares** 52:20
**CASA** 2:18
**case** 32:25 33:19
36:13 40:4
**case-by-case**
33:6 34:14
**case-manage...**
29:6
**cases** 15:21
16:17 30:9
31:20 32:10
39:10,16
**cause** 20:18
**caution** 6:25

8:13
**CDLT-186**
54:10
**central** 25:9
**certainly** 9:13
12:19 13:13
20:2 21:1 22:3
22:3,13 23:3
29:22 45:24
49:3
**certify** 54:3
**challenge** 8:24
**challenging**
45:21
**chances** 18:10
**change** 33:4
**changes** 4:1 18:5
28:23 52:3
**changing** 36:17
**charge** 9:13
15:20 22:2,15
34:7 44:25
**charges** 3:6 25:7
**chat** 22:4
**check** 14:8
**check-in** 14:3
21:17
**Cheryl** 54:3,10
**chief** 47:8 51:18
52:7
**Chiefs** 2:8
**choices** 29:18
**Circuit** 1:14,16
1:17 2:20
**circuits** 12:25
**circulate** 4:25
**circulated** 3:9
3:16,18
**cite** 49:5
**claims** 35:4
**clear** 41:3
**Clerk** 1:17 2:25
**closer** 39:25
**coalesce** 53:13
**Coalition** 2:10
2:12 3:16
13:22 21:4
24:12
**coin** 30:16

**collaboration**
20:18 23:5
27:15
**collaborative**
24:22
**collect** 29:24
**collected** 17:7
33:22
**collecting** 7:25
40:10
**collection** 32:9
39:20 40:19
**combination**
4:15 52:9
**come** 3:8 4:21
11:4 16:6
17:21 19:11
21:16 23:20
43:5 50:13
51:16 52:17,20
**comes** 15:12
18:15 47:16
51:2
**comfortable**
44:13 48:17
**coming** 3:13
15:7 44:24
**commend** 5:11
**comment** 31:9
42:13 48:1
49:10
**comments** 3:11
4:4,20 5:18
13:25 32:1
41:10 43:8,15
46:6,10
**Commission**
23:4 28:21
30:5
**commit** 24:13
**commitment** 9:1
18:4,18 19:4
**committed** 27:3
**committee** 4:11
5:13 6:5 8:16
9:5,6 19:16
22:18 25:9,10
28:4 33:11
35:16 42:14,25

**44**:1,6,9 45:7
**common** 4:21
**communication**
23:2,9
**complain** 22:10
36:12 38:5,8
38:14
**complaining**
38:9
**completely** 11:5
12:6 34:6
**components**
28:20
**comprehensive**
3:15 4:3
**concept** 50:22
**concern** 33:25
37:17
**concerned** 34:12
37:6
**concerning**
33:10
**concerns** 5:6
32:16 34:9
**conclusion**
40:17
**conclusions** 7:8
40:12,13
**conduct** 37:13
**confines** 35:12
**conflict** 4:9
**consequences**
42:9,10
**consider** 21:25
**considered** 36:2
**consistency**
13:10,10 16:22
32:15
**consistent** 16:16
**Constitutional**
34:4
**constraints**
20:23 26:19
**contact** 38:10,12
**context** 7:7
**continue** 17:19
28:8
**contribution**
6:17

**convenes** 26:3
**convening** 22:18
**conversation**
41:15
**conversations**
10:1
**convey** 36:24
**cookie-cutter**
13:11
**copies** 31:22
**correct** 46:7
**cost** 23:21 30:23
31:1,1,2,3
**costs** 29:11
**couched** 9:17
**Council** 25:20
**counter** 6:20
**County** 1:22,23
1:24,25
**county-based**
24:22
**course** 17:13
**court** 1:13,14,15
1:16,17 2:20
12:24 13:17
16:17 26:7
33:2 36:9,10
36:11 37:9
**court's** 33:18
**courtesy** 48:4
**courts** 36:7
51:21
**cover** 47:4
**create** 16:19
35:24
**created** 41:18
**creating** 44:21
**credibility** 13:5
**credible** 10:22
**credit** 44:7
**Criminal** 2:14
**criteria** 41:6
**critical** 28:20
**crowd** 48:10
**current** 20:12
36:6
_____
**D**
_____
**dangerous** 34:17

**data** 7:25 29:2,8
30:4,6,13,16
31:17,23 32:8
33:21 34:10,22
34:22 38:16,17
38:19 39:20
40:10,19,22
**data's** 40:20
**Date** 54:17
**Dave** 5:10
**David** 2:7,15
**day** 11:3,6 12:13
**deadline** 3:12
26:17
**deal** 11:12 29:12
**decade** 29:17
**decide** 9:10
**decision** 9:14
11:21 12:4
**decisions** 8:15
11:5 24:7 33:6
**deep** 16:11
28:24
**defendants**
17:14
**Defense** 2:14
**defensiveness**
6:9
**definitely** 34:8
41:9
**delivering** 43:23
**denied** 35:1
**denying** 33:24
41:16
**departments**
39:11,15
**depends** 40:22
**deserves** 36:2
**detailed** 35:3
**develop** 44:12
**developed** 35:20
**devote** 30:24
**Diane** 1:15
**dictated** 9:7
**difference** 27:17
27:24
**differences** 8:19
**different** 8:15
10:20 11:5,14

11:15 12:15,17
13:7,8 23:17
23:17 24:19
26:14,15 27:1
31:24 37:24
50:6 51:6
**differently** 48:13
**difficult** 13:15
43:1
**dig** 28:24
**digging** 30:10
**Digital** 54:11
**direction** 15:8
43:7
**directive** 16:2
49:5,6
**Director** 1:18,20
2:3,5,9,11,24
**disagree** 33:18
**disciplines** 50:6
**discretion** 13:4
**discuss** 26:6
**discussion** 44:11
47:14 51:11
**discussions** 17:8
17:19 35:7
41:24
**disease** 14:6
**dissatisfaction**
32:2
**dive** 16:11
**diversity** 9:5
30:3 31:12
**divided** 12:25
**document** 3:8
**Dodge** 2:19
**doing** 3:22 6:2
7:16 14:3
16:11 23:25
25:9 53:15
**DOJ** 2:4
**domestic** 1:6
2:22 23:4
25:19 30:3
31:20 33:23,24
38:23
**dormant** 28:15
**DOVE** 2:15,19
**dovetail** 9:19

32:7
**DR** 42:12
**draft** 5:1,11,13
**drafted** 34:8
**drafting** 3:25
13:24 14:25
**draw** 7:8 40:17
**drawing** 40:11
40:13
**driving** 38:25
**Dropbox** 8:10
**due** 46:10
**DV** 2:24 11:23
11:24 28:3
32:10,21
**DWI** 39:2,4,10
39:14

**E**

**E** 54:1
**earlier** 3:17 5:19
**early** 44:10
**ears** 5:8
**easy** 40:16,16
**echo** 13:24
**edits** 3:11,20
5:20 32:17
43:15
**effect** 42:21
**either** 13:12
24:25 33:16
**elected** 8:14 33:8
**else's** 13:25
**email** 26:10
46:23
**enable** 51:5
**encourage** 25:17
**encouraged** 48:9
**end-all** 38:16
**Endres** 1:23
37:23
**ends** 5:8
**enforcement**
16:5 21:19
23:24
**engaged** 10:19
**enthusiasm**
47:17
**entirely** 27:1

**entities** 24:20
**environment**
44:21
**equally** 26:14
**Erin** 2:24 24:25
**errors** 44:19
**escalate** 32:24
**eScribers** 54:13
**especially** 18:8
**essentially** 10:18
10:25 11:2,4
**establishing**
18:20
**evals** 12:8
**evaluate** 9:3
**evaluating** 13:4
**evaluations**
43:12
**events** 6:6 13:8
**everybody** 5:13
7:5 10:5 13:21
13:24 14:24
18:12,13 20:22
31:9 50:14
52:10
**everybody's** 5:1
49:25
**everyone's** 7:1
**exactly** 19:25
36:23 49:18
**example** 4:6
21:2 38:24
41:13 50:17
**excuses** 31:16
**executive** 1:20
2:9 28:18
**exist** 20:9 28:5
28:14
**expectation** 45:2
**expensive** 29:25
**experience** 10:3
48:15 49:4
**experiences**
15:14
**expertise** 15:10
**experts** 42:8
**extent** 9:4,5 17:4
28:17
**eyewitnesses**

13:7

**F**

**F** 54:1
**faces** 46:25
**facilitates** 26:2
**fact** 12:16 31:10
32:8 42:25
**factors** 40:2
**facts** 11:14
**fair** 17:3,13
**fan** 49:22
**fantastic** 5:15
**far** 3:14 5:3
17:22
**Fatality** 28:4
44:6
**favor** 34:6
**February** 1:7
**feds** 30:19
**feed** 8:9
**feedback** 3:22
14:1 15:2,16
25:1
**feel** 5:10,24 6:7
26:9 37:13
41:25 48:16
52:25
**feel-good** 10:10
**felt** 6:12,14,16
**field** 17:13
**fifty** 7:19
**figure** 4:1 23:7
25:23 32:14
39:21 53:20
**files** 30:10
**filter** 48:22
**final** 5:1 41:16
46:13 51:22
**finalize** 46:7
**finalized** 51:20
**finally** 51:19
**find** 5:5
**finding** 22:8
**findings** 19:9
**finds** 39:1,3,9,13
**fine** 49:21 52:18
**finger-** 44:15
**fingertips** 30:17

**finite** 31:20
**firearm** 23:16
**firearms** 25:5
**firepower** 20:7
**first** 8:4 14:23
31:5
**fish** 20:24
**fit** 4:2
**five** 26:13
**fleshing** 6:13
**floating** 6:22
**flow** 47:24
**fly** 21:12 22:17
**focus** 16:11 20:1
28:16 32:20
**focused** 15:19
17:9 47:5
**folks** 3:19 4:15
15:2 20:18
25:13 51:13
53:11
**follow** 11:10
18:22 34:10
**follow-** 21:21
**follow-up** 20:2
20:12
**following** 24:1
**force** 1:6 3:2
4:12,13 12:20
15:8,14,20
18:20,25 20:8
20:9,14,22
21:25 26:22
37:4 43:21
47:15 48:15,16
48:25 49:11
**forces** 51:3
**foregoing** 54:4
**formation** 44:8
**forms** 23:22
**forth** 15:18
**forward** 9:2
21:2 22:6 24:5
24:17 25:16
27:6,8 28:1
45:19
**found** 10:21
**fowl** 20:25
**frankly** 17:20

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

19:16
**free** 26:9 31:15
52:25
**Freeman** 2:20
30:21
**Friday** 3:9
**fronts** 24:14
**fully** 7:10
**function** 29:3
30:23
**fundamental**
34:3
**fundamentally**
33:3
**funded** 31:12
**funding** 21:3,5
**further** 18:18
19:3 45:19
**future** 27:7

**G**

**gathering** 22:14
**geared** 35:15
**general** 46:22
49:4,17 52:4
**generate** 51:25
**genesis** 6:4
**get-go** 8:8 19:13
**getting** 17:18
18:10 22:7
28:15 31:17
32:22 33:14
34:9 52:1,3
**give** 19:18 36:3
**giving** 34:13
**glad** 10:3 14:2
15:4
**go** 12:3 14:8,21
15:9 20:14
37:21 43:22
49:12 50:20
53:6
**goal** 15:22
**goals** 49:5,6
**God** 18:13
**goes** 17:2 21:3,4
40:18 44:5
**going** 10:15,17
14:16 16:18

17:23 18:16,24
20:14,17 22:5
24:3,7,17,19
25:6,16 27:10
27:13,16,23,24
29:16,18 33:1
36:20 38:5,8
38:10,11,12
40:5,21 46:9
46:15 52:2
**good** 6:13,19 8:5
8:18,21 18:3
18:24 22:11
29:23 30:2
31:19 36:5
39:12 40:8,24
42:11 52:15
**gotten** 3:10
**governor** 19:23
**governor's** 20:3
23:3 28:21
**Grady** 2:11
**Grafton** 1:25
**grant** 21:4
**grant-** 31:11
**granted** 35:1
**granting** 33:23
**graphics** 47:4
**great** 5:22 7:19
7:19 9:16,25
18:2,8 23:15
23:20 26:14
29:12 52:6,17
**greater** 32:10
**ground** 4:21
13:8
**group** 2:17 3:5
3:18 4:13 9:2
10:4 21:15
23:12 25:2,4
25:14 27:13
41:20 46:4,14
47:25 50:2,16
50:21 51:10
53:10
**groups** 3:23
24:23
**guess** 28:5 31:25
32:18 35:25

**guided** 17:5
**guilty** 39:2,4,10
39:14
**guts** 47:6
**guys** 3:2

**H**

**Hampshire** 1:13
2:10,12,13
33:9
**Hampton** 2:5,7
42:12
**handled** 40:21
**Hantz** 1:12 3:1
6:19 7:17,22
8:6 12:18 14:2
14:4,9,12,18
15:3 16:24
19:2,10 21:11
22:1 24:18
25:22 28:2
30:1 31:6 32:4
32:6 34:19
40:1 41:22
45:20 46:8,16
46:20 47:21
48:2,6 49:18
50:25 51:4
52:5,8
**happen** 28:23
45:9
**happened** 6:12
18:13 36:8,13
45:11 46:2
**happening**
41:17
**happy** 26:3 36:8
**hard** 5:12 13:23
14:24
**hardware** 30:18
**HAVEN** 1:20
**head** 13:17
**heads** 35:21
**hear** 13:9,19
14:11 16:15
34:8 48:12
53:5,7
**hearing** 18:7
36:15,19 51:14

**heavy** 15:1
**Held** 1:8
**help** 6:1 51:6
**helpful** 6:1 9:9
16:23 21:21
28:16 44:5
**helping** 13:13
24:10
**helps** 51:7
**highlight** 49:16
**Hobbs** 2:7 51:18
52:7
**hoc** 19:15 22:18
**Honor** 46:3
47:20
**hope** 3:2 27:25
**hopeful** 17:20
43:3
**hopefully** 20:17
**hopes** 15:7
**hoping** 15:12
47:16
**Hornick** 1:25
**hosts** 25:1

**I**

**idea** 5:22 7:24
47:18 52:6
**ideas** 5:19 9:15
23:20
**identified** 26:24
32:11
**identify** 45:21
**identifying**
28:13
**impacted** 40:7
**impacting** 26:8
**implement**
18:17,23 24:10
**implication** 37:3
**important** 32:12
41:23
**impressive**
27:22
**improve** 12:21
16:8,9 40:19
**improvement**
26:25
**improving** 15:23

35:8
**incident** 11:1
**inclination**
42:22 43:17
**include** 28:18
**included** 41:9
**increased** 31:2
**incredible** 27:20
**incredibly** 29:9
**independent**
30:8,12
**indicated** 17:1
**indiscernible**
41:21 48:3
**individual** 4:24
32:23 33:15
48:19,24
**information** 4:7
4:9 6:22 9:14
11:4 16:12,13
17:10 26:4
29:23,25 30:24
44:14
**information-...**
29:7
**inhibition** 6:10
**initial** 22:14
**initially** 18:12
**initiative** 30:4
31:11
**initiatives** 27:2
31:8
**input** 25:13 32:2
35:20
**inquiries** 47:23
**insert** 41:3
**institutionalized**
23:11
**interaction**
23:15
**interest** 6:8
**interested** 4:24
8:1 25:13,18
**interesting**
21:10,21 50:22
**interim** 46:2
**intermediary**
37:9
**intermediate**

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

36:11 41:4
**internal** 40:14
**interventions**
42:19
**interview** 17:5
23:23
**intoxicated**
38:25
**INV** 9:18 23:13
49:22 51:2
**invested** 51:14
51:15
**investigations**
39:12
**Investigator**
1:21
**involved** 10:2
24:4,9 27:5
51:6
**involves** 32:10
**involving** 11:1
**issue** 8:2 12:14
23:16,23 25:5
31:18,24
**issue-** 19:16
**issue-by-issue**
25:8
**issued** 17:18
**issues** 12:24 15:6
28:25
**it'll** 52:18
**iterative** 45:16

**J**

**Jasina** 2:24
25:17,24
**Jean** 2:22
**job** 6:13 19:1
22:20 27:20
39:12
**job's** 22:15
**jobs** 19:19
**John** 1:16
**Jon** 2:13 36:4
41:2
**judge** 1:14,15,16
8:14 10:18
16:25 23:15
33:21 34:15

38:11 39:1,3,8
39:13 44:8
**judges** 11:3,9
12:15 17:10
23:25 32:24
33:9,23 40:7
41:14,25 43:13
**judgment** 44:19
**judicial** 9:7 13:4
32:18,19 33:5
33:13 37:13
39:22
**jumping-off**
39:24
**Justice** 1:13 3:1
5:9 6:19 7:17
7:22 8:6 9:18
12:18 14:2,4,9
14:12,18 15:3
16:24 19:2,10
21:11 22:1
23:13 24:18
25:22 28:2
30:1,5 31:6
32:4,6 34:19
40:1 41:22
45:20 46:8,16
46:20 47:21
48:2,6 49:18
50:25 51:4,18
52:5,8

**K**

**Kathy** 1:20 14:5
**keep** 10:15,17
15:19
**keeping** 38:15
**kept** 5:21
**Kilham** 2:22
**kill** 48:20
**kind** 6:11,13
9:19 10:11
16:5 19:15
25:6 41:4
43:18 47:4
**knew** 29:17,21
35:21
**know** 6:4,20,21
8:1,17 12:23

19:24 22:1,6
22:14 23:14
24:13 26:11
30:2 34:23
39:5,6 48:18
48:22 50:23
51:8,9 52:22
**knowing** 12:12
38:19 39:17
**knows** 22:12
**Kristyn** 1:21
15:22 28:3
52:14
**Kristyn's** 31:8
**Krueger** 2:2

**L**

**lab** 7:21
**lack** 23:8 38:1
**LaFrance** 2:16
18:1 19:3
48:24
**language** 3:20
**large** 37:5
**late** 44:9
**law** 2:17,25
11:10 13:5
23:24 33:2
**lawyer** 16:21
**lead** 11:15
**leaders** 16:6
**leadership** 5:14
**learned** 4:6
24:20 41:24
42:3
**learning** 7:21
22:25
**left** 8:23
**legal** 2:19 10:20
11:16 54:11
**legislation** 10:10
24:12 26:6
**legislators** 19:6
**legislature** 18:9
18:11 20:4
22:8 28:19
**letter** 11:10
**liable** 44:18
**liberated** 6:14

**life** 13:1
**lift** 15:1
**lights** 11:15
**limit** 52:25
**limitations** 30:6
32:9 51:9
**limited** 29:9
30:18
**limits** 9:17
**line** 12:1
**list** 45:7
**listen** 34:22
38:13
**litigants** 32:23
33:15 34:14
**little** 14:5 20:24
33:10 51:3
**live** 4:17 27:13
29:18
**long** 17:2 29:5
29:19 43:6
**look** 12:15 18:25
22:13 24:17
25:4 27:6
34:23 35:17
37:2 38:20
39:7,18,25
41:6,7 42:18
43:1 47:1
**looked** 9:20
41:13
**looking** 7:16,24
11:14 12:21
16:21 17:24
25:12 28:7
30:4,5,25
43:13
**looks** 24:6 28:6
**looming** 26:17
**loose** 5:7
**losers** 38:2,4
**lot** 4:6 5:23 6:15
6:22 9:21,24
9:25 13:18
15:17 16:1
18:2 20:7 23:1
23:19 42:3
43:4 45:19
**love** 37:20 53:5

**Lyn** 2:9 5:18,25
6:12 9:20
13:21 14:11,14
37:23 43:8
**Lyn's** 34:8
**Lynda** 2:3

**M**

**major** 17:23
**making** 4:5 8:3
11:20 31:16
44:18 45:8
50:15
**Manager** 2:22
**mandatory** 13:2
**March** 26:16
54:17
**Marconi** 1:12
3:1 5:9 6:19
7:17,22 8:6
9:18 12:18
14:2,4,9,12,18
15:4 16:24
19:2,10 21:11
22:1 24:18
25:22 28:2
30:1 31:6 32:5
32:6 34:19
40:1 41:22
45:20 46:8,16
46:20 47:21
48:2,6 49:18
50:25 51:4,18
52:5,8
**Martha** 1:25
**Mary** 1:17 2:2
**matters** 32:21
**mean** 3:15 8:7
8:17 12:19,23
13:17 17:14
18:3,5,11
19:20 31:19
35:4 37:12
45:22 49:13,19
51:9
**measuring** 53:15
**mechanism** 16:5
21:20 34:10
36:12,17 44:12

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**media** 49:15
  52:19
**meet** 26:1
**meeting** 1:6 5:4
  46:5
**meetings** 3:4,4
  50:7
**member** 45:8
**members** 15:15
  20:15 25:25,25
  47:14 48:25
**mentioned** 14:3
  15:4
**merging** 23:24
**Merrill** 1:18
**Merrimack** 1:24
**message** 36:23
  37:7
**mind** 19:11
  48:13
**minutes** 53:12
**mislead** 40:24
**models** 41:7
  43:13
**money** 18:7,11
  23:21 29:2,4
  29:12,20 30:11
**months** 21:16,17
  22:19 45:13,13
**mothership** 24:6
**mousetrap**
  35:18
**moving** 9:2 24:4
  24:17
**multidisciplin...**
  16:3 41:18
**multifaceted**
  31:18
**mute** 14:14
**muted** 14:15

**N**

**N** 54:1
**name** 24:24
  50:15
**names** 49:19
**necessarily**
  23:21 38:17
  39:5,23 50:19

**necessary** 37:5
**need** 8:16 9:16
  17:10,12 18:16
**needed** 50:8
**needs** 19:6,8
  26:25 40:14
  42:7 53:6
**negatively** 26:8
**neither** 20:24
**new** 1:13 2:9,12
  2:13 9:15 27:1
  33:9 54:15
**news** 50:20
**NH** 1:20 2:4,7
  2:18
**NHBA** 2:19
**NHJB** 2:22
**NHLA** 2:2,24
  21:5 26:2 27:5
**NHSC** 2:25
**nice** 13:18
**Nicolosi** 1:15
  17:1
**ninety-nine** 39:1
**note** 6:2
**noted** 29:5
**number** 23:14
  23:17 24:14
  28:25
**numbers** 35:6
**NY** 54:15

**O**

**O** 54:1
**o'clock** 52:24
**objective** 41:6
**obviously** 7:4
  8:7 14:25
  37:12 45:22
  48:1
**occurred** 47:12
**Odom** 54:3,10
**Odyssey** 29:5
  30:6,25
**office** 1:22 2:3
  20:3
**officer** 12:5
**officers** 33:5
**officially** 43:22

**offshoot** 19:14
**oh** 14:7 18:13
  37:21
**okay** 14:9,16,20
  18:8 43:10
  45:10 51:1
  52:21 53:21
**old** 13:6
**once** 46:22
**ones** 16:10
**ongoing** 28:10
**oomph** 19:9
**open** 7:2,4 10:1
**operate** 7:12
  17:15
**opinions** 50:13
**opportunity**
  24:3,8 25:16
  42:22 43:17
  52:19
**opposed** 35:19
**order** 18:20,21
  41:16
**orders** 11:24
  31:22
**organizations**
  20:8,13
**original** 49:6
**originally** 49:10
**other's** 46:24
**outcome** 13:16
  17:3
**outcomes** 15:23
  16:14,17
**outgrowths**
  44:23
**outside** 20:9
**outsider** 23:1
**over-charge**
  39:11
**overhaul** 33:13
  34:3 37:5
**oversight** 11:23
  12:8

**P**

**page** 10:17 17:6
  24:1
**pages** 49:15

**paid** 47:3
**Paine** 2:18 28:17
  46:3 47:20,22
  48:4
**painfully** 30:7
**Pam** 2:19
**paperwork**
  11:13 17:4
**part** 25:11,18
  26:5
**participant** 4:8
  4:10
**participants**
  11:12
**participating**
  3:24
**particular** 4:13
  5:17 32:25
  33:19,22 44:1
  47:24 50:21
**particularly**
  44:5
**parties** 4:24
  45:22
**party** 37:11
**path** 21:2
**pathway** 19:18
**Patricia** 2:16
**pattern** 12:16
**people** 4:4,17
  9:24 10:1
  12:22 13:6,13
  18:4 19:18
  23:17 24:4
  28:24 38:3
  39:2,4,9,13
  44:13,16,18
  45:10,17 48:9
  48:11 49:14
  50:5,11,21
  51:15 52:11,17
  53:16
**percent** 39:2,4
**percentage** 39:9
**perfectly** 49:21
**performance** 9:7
  41:6
**period** 45:13
**permissibly**

  10:21
**persist** 20:17
**person** 48:19
**personally** 27:3
**perspective** 4:8
  37:11,24 42:16
**perspectives**
  4:16 26:15
  32:2 53:14
**petition** 17:2
**petitions** 11:24
  33:24,25 35:1
**ph** 5:10
**physical** 10:23
**piece** 10:15 29:2
  29:23
**pieces** 28:13
**placates** 10:12
**place** 13:15 23:5
**playing** 17:13
**plead** 40:5
**please** 45:18
**point** 3:14 5:16
  9:4 21:10
  22:16 31:25
  33:14 34:5
  35:18 36:1,5
  39:24 40:14
  41:12 42:5
  44:2 46:12
**pointed** 15:22
**pointing** 44:16
**points** 40:25
**police** 2:8 39:10
  39:15
**policies** 21:6
**policy-setting**
  20:20
**political** 29:1,3
  34:24
**posed** 10:21
**position** 19:25
**positions** 8:14
**positively** 26:7
**possible** 16:2
**post** 28:9
**potential** 34:1
  34:17
**practices** 8:11

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**predict** 13:16
**prefer** 49:12
**present** 1:11
  10:22 47:7
  50:2
**presentation**
  47:10
**presented** 19:21
**presenting** 53:4
**press** 38:12
  47:24 51:20,24
  52:7,9
**presumed** 48:8
**pretty** 17:20
  33:12 34:2
**previously** 4:19
**prior** 28:20 31:7
**probably** 26:13
**problem** 12:2,7
  12:14 22:18
  38:21 39:6,21
  40:4
**problems** 8:2
  35:24,25
**proceeding** 7:3,4
**proceedings**
  54:5
**process** 4:7 5:6
  15:5 16:22
  22:25 33:4,8
  33:13,17 34:4
  34:13,16 35:12
  37:8 38:5,14
  40:13 41:4
  45:16 46:4
  48:7 53:17
**processes** 21:6
**product** 6:18
**productive**
  44:22
**Program** 1:19
  2:15,19,23,24
**programmers**
  29:9
**progress** 45:3
**prohibition** 42:1
**project** 27:1
**promise** 16:16
**promised** 10:7

**properly** 11:11
**proposal** 22:12
**proposed** 32:17
  37:1
**pros** 42:7
**prosecutors** 40:3
**protocol** 41:14
  41:17
**protocols** 41:23
**proud** 50:17
**provide** 5:23
  19:17 21:2
  22:21
**provides** 25:1
**providing** 15:16
  17:9,11,12
**provisions** 35:9
**public** 2:11 6:23
  7:5 11:19 18:6
  20:1 27:11
  47:10 49:17,23
  50:10,23 51:14
  52:1 53:5
**publicly** 38:18
**pull** 10:16 29:11
  30:9 31:22
**pulled** 23:7
**push** 18:15
  20:21 28:1
  45:18
**pushing** 27:7
**put** 6:25 8:10
  10:10 19:8
  26:12 27:19
  38:24 45:1,14
  50:12
**putting** 17:17
  27:20 49:14

_____
          **Q**
_____
**quarterly** 26:1
**question** 28:3,5
  29:1 42:20
  47:9
**questions** 5:5
  52:13
**quite** 25:25

_____
          **R**
_____
**R** 54:1

**R.L** 10:21
**raise** 15:6 21:11
**raised** 40:15
**raising** 36:4
**rampant** 47:17
**raw** 40:23
**reach** 25:20
**reactions** 42:24
**read** 5:20 6:15
  9:19 14:1 15:2
**reading** 43:9
**ready** 30:16 47:7
**real** 12:1,2 22:4
  27:24
**reality** 42:5
**really** 5:11 6:7
  6:13,16 9:8,9
  10:7 11:17
  15:4,24 16:10
  16:18 17:1
  18:24 19:7
  21:20 26:21,23
  27:16,21 28:16
  28:24 29:23
  33:3 36:1,5,18
  39:20 43:18
  44:20 50:23
  53:13
**realm** 7:12 8:15
**reasonable** 47:2
**reasons** 44:4
**received** 4:23
  22:11
**recirculate**
  46:12,18
**recognize** 16:4
**recognizing** 16:3
**recommendati...**
  20:11 25:12
  40:19 45:15
**recommendati...**
  16:1 17:21
  18:3,22 19:23
  21:1,18 23:19
  24:21 34:7
  35:14 43:5,24
  43:25 44:25
  45:5,6,12
**recommending**

41:5 45:25
**reconstituted**
  35:10
**reconvene** 45:9
**reconvenes** 44:1
**record** 40:6 54:5
**reducing** 43:16
**referencing**
  51:22
**reflect** 15:13
  43:2
**reflection** 43:19
**regard** 11:11,23
  24:12 45:4,11
**regression** 35:3
**relationship**
  49:8
**release** 51:20,24
  52:7,9
**remedy** 37:12
**replacement**
  23:6
**report** 6:1 7:8
  10:16,25 15:12
  17:24 18:2
  19:20 20:1,10
  26:12 27:9,21
  28:10 34:6
  36:16 45:17
  46:7 50:20
  51:19,22 53:7
  53:19
**reporting** 29:8
  45:3
**reports** 26:14
  28:8 45:2
**represents** 48:10
**requests** 48:17
**requirements**
  13:3
**requires** 29:23
  41:14
**requiring** 13:14
**resolutions** 49:2
**resolved** 37:16
**resources** 31:14
**respect** 32:8
  34:7 48:5
**respond** 41:2

51:17
**response** 19:22
**responsible** 45:8
**responsive** 45:21
**rest** 3:3
**restriction** 48:14
**restrictions**
  35:13
**result** 13:12
**results** 13:12
  32:25 46:5
**review** 4:3 5:1
  9:7 15:21 28:4
  30:9 32:19
  33:7,13 34:16
  35:9,12,16
  36:2 44:6
**reviewed** 18:19
**reviews** 3:15
**revisions** 37:2
**right** 7:22 8:6
  21:13 24:18
  31:6 33:5 40:1
  41:22 50:25
  52:23
**roadmap** 22:21
**roles** 20:20
**rolling** 5:3
**room** 42:7
**routing** 48:17,20
**Ruel** 2:3

_____
          **S**
_____
**safety** 16:9
  17:11
**Sarah** 2:20
**satisfaction** 32:3
**say-** 46:13
**saying** 13:20
  16:15 37:18
**says** 10:18 36:16
  50:4 52:14
**scene** 12:3
**Schollett** 2:9
  13:21 14:7,16
  14:20,22 21:9
  37:20 41:1
**Schollett's** 5:18
**Scott** 2:5

**second** 39:19
**Secondly** 43:4
**section** 32:20
**security** 17:12
**see** 12:3,16
    18:18 21:8
    22:16 23:6
    25:15 27:22
    28:2 31:8
    35:17 38:20
    46:24 47:17
    52:3,21 53:21
**seeing** 13:7,7
    27:4 39:10
**seen** 17:21
**sees** 12:5
**self-examine**
    6:11
**send** 26:9 53:18
**sending** 37:6
**sense** 41:19
    47:13 51:17
**sentencing** 13:2
**separate** 12:6
**serious** 19:7
**serve** 52:14
**served** 12:22
**set** 3:12 5:4
    31:21,23 41:8
    51:8
**sets** 50:17
**setting** 17:2 21:5
**settings** 14:8,23
**Seventh** 54:14
**Sexton** 2:11
**share** 48:9 51:25
    52:10 53:2,3
**shared** 51:22
**sharing** 44:13
**She'll** 48:20
**short-term** 9:1
**shove** 18:15
**show** 47:19
    52:15,19
**showed** 51:13
**shows** 50:10
**shut** 44:17
**side** 17:4 30:15
    42:2

**signed** 8:25 9:21
**significant** 6:17
    29:25 33:12
    34:2 43:16
**simple** 34:25
**singular** 45:16
**sit** 48:12
**sitting** 4:15
**situation** 11:9
    11:25 34:24
    43:2
**situations** 13:19
**six** 21:16 22:19
    45:13
**slightly** 37:24
**small** 39:9
**smiling** 46:25
**Smith** 35:2
**social** 49:15
**software** 31:2
**sole** 37:12
**solution** 39:23
**solutions** 32:14
**solve** 12:13
    35:25
**solving** 8:2,2
**somebody** 31:21
    48:21 49:13
**somewhat** 34:17
**Sorry** 14:22
    37:23
**sort** 4:9 5:2 6:8
    6:10,14 16:4
    17:14 21:13
    24:22 28:22
    32:9,17,23
    35:15 38:15
    40:6,23 42:13
    42:17 43:21
    44:2 46:13
    48:7,8
**sound** 53:9
**sounding** 3:23
    53:11
**source** 31:10
**space** 4:18 22:22
    48:11
**spawned** 25:4
**speak** 9:16 21:12

**speaking** 22:17
    48:15
**specific** 6:16
    11:23
**specifying** 40:20
**spend** 42:8
**spent** 29:20
**sphere** 6:23
**spoken** 37:21
**spot** 19:17
**squared-away**
    39:14
**staff** 30:23 31:2
**stage** 17:3
**stakeholder**
    25:14
**stakeholders**
    20:15
**stand** 21:7
**standards** 12:8
**standing** 20:12
    25:10
**start** 26:25
    32:22 33:20
    40:11 52:1
**started** 8:9
**state** 8:18 16:7
**statement** 19:5
**states** 7:16,20
    8:12,13 41:8
    43:14
**statewide** 25:2
    25:19 41:14
**status** 21:18
**statutorily** 9:6
**stay** 24:8
**staying** 15:19
**step** 39:19 43:16
    51:8
**steps** 18:23
**Steve** 37:22
**Steven** 1:23
**stick** 50:14
**sticks** 11:7
**stock** 46:1
**stop** 30:8 38:8
**Strasburger**
    2:13 32:4,7
    36:20

**strengths** 15:10
**strong** 39:16
**stronger** 19:5
**strongly** 15:25
    41:5
**struck** 20:5
**struggled** 19:13
    34:20
**stuck** 11:17
**stuff** 8:9 24:2,9
**submissions**
    3:10 4:23
**substance** 5:24
**successful** 44:21
**suggested** 4:1
    42:4
**suggesting** 5:25
    10:12 36:25
    37:4
**suggestion** 7:15
    8:5
**suggestions** 4:2
    4:20 19:17
**Suite** 54:14
**Superior** 1:15
**Supervisory**
    2:25
**support** 33:11
**sure** 8:10 11:20
    24:14,16 25:11
**survey** 35:19
**surveying** 31:12
**survivors** 26:9
**Susan** 1:14
    46:25 47:25
    48:18
**system** 12:21
    16:9,19 29:6,6
    29:7 34:18
    35:19 36:7,18
    37:7 38:1
**systemic** 15:21
**systems** 8:20

―――――――――
        **T**
―――――――――
**T** 54:1,1
**table** 15:10

    50:13
**tackle** 12:14
**take** 18:23,24
    34:14 35:16
    38:22 46:1,5
**takeaway** 23:9
**taken** 8:21 53:12
**takes** 1:24
    30:11 43:6
**talk** 26:3 38:13
    49:1
**talking** 32:13
    35:20
**task** 1:6 3:2 4:12
    4:13 12:20
    15:8,14,20
    18:20,25 20:8
    20:9,14,22
    21:25 26:22
    37:3 43:21
    47:14 48:14,16
    48:25 49:11
    51:3
**tell** 19:25 29:14
    35:5
**tend** 38:3
**term** 34:25 38:2
**terms** 11:18
    16:16 23:24
    38:22 46:4
    47:2
**terrific** 17:1
**thank** 3:7 13:22
    14:23 16:23
    36:21 37:17
    53:21
**thanks** 14:20
    15:1,17
**theirs** 3:17
**themes** 21:22
**therefrom** 40:12
    40:13
**thing** 10:5 12:7
    12:10 13:14
    17:9 20:5
    24:25 25:23
    27:12 28:8,11
    31:19 43:20
    44:16 47:1,5

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

50:18
**things** 6:3 8:3,4
8:7,12,22 9:3
9:21,23 10:6
10:14 11:11,13
12:6,9 15:11
16:7 17:5
19:11 21:24
23:18,22,22
24:5,10 26:24
27:4,8 29:11
31:4 42:15
44:10 45:1
49:23 50:15
**think** 5:14 6:25
7:6,11,15,18
7:24 8:8 9:8,15
10:4 12:10
13:14 15:7,11
15:18,24 16:10
16:18,25,25
17:6,8,23
18:25 19:11
20:13 21:20
22:4,20,24
23:1,10 24:19
25:3,6 26:17
26:21 27:12,14
27:22,25 28:11
28:16,18 32:12
32:25 34:16,21
36:4,19 38:17
38:19,22 40:3
40:21,24 42:6
42:10,13 43:3
43:4 44:4,20
44:20 45:18
48:23,24 49:11
49:20,23,25
50:1,4,10,16
51:11,16 52:2
52:5 53:1
**thinking** 5:21
7:7 21:13 42:9
43:10
**thirdly** 43:8
**thirty** 35:21
**thought** 5:21 8:4
17:16 29:16

43:6,15 50:9
51:5
**thoughts** 5:19
32:1 53:4,6
**threat** 10:22
**three** 28:22
45:12
**Thursday** 46:13
46:19,21,21
**tie** 5:7
**time** 3:10,14
16:18 26:1,19
29:15,19 30:11
30:23 31:3
35:18 42:8
52:25 53:22
**times** 30:18
**today** 3:17 5:19
15:2 34:24
48:12
**today's** 46:5
**told** 8:8
**tomorrow** 3:12
17:23 46:11,12
**ton** 50:8,9
**tool** 9:11 20:13
**tools** 9:8
**toss** 42:12
**training** 18:7
**Transcriber**
54:11
**transcript** 54:4
**transparency**
11:18 21:23
32:13 34:9
35:9 43:12
**transparent** 7:2
10:4
**trial** 36:7,9
**tried** 29:14
**trope** 13:6
**true** 54:4
**try** 4:21 5:7 14:9
14:16 38:10
42:20 46:9
**trying** 4:1,15
25:23 32:14
35:25 36:23
39:21 41:3

42:15 53:13
**TTA-Certified**
54:11
**tweak** 28:7
**tweaks** 3:20
**twelve** 21:17
**twenty** 39:3
**two** 3:10,14,15
11:3,14 12:15
19:11 52:9
**type** 11:8,21,22
50:18
**types** 51:3

_____
**U**
**U.S** 12:23
**ugly** 40:9
**understand**
13:13 21:19
33:17
**understanding**
10:19 36:6
**unfortunate** 6:5
**Unfortunately**
12:19
**UNH** 31:9 35:2
**unhappy** 33:16
**unify** 50:12
**unintended**
42:10
**unique** 30:2
**updating** 41:23
**upgrade** 31:1
**upset** 38:4,9
**usable** 16:19
**usually** 21:12

_____
**V**
**value** 28:12
**various** 3:6,6
4:16 20:23
28:13 46:6
53:14
**varying** 15:13
15:14
**versus** 42:2
**vetted** 7:10 8:16
**Vicinanzo** 2:15
5:9,10 7:14,18
7:23 14:11,21

**victim** 1:18
41:15
**Victim/Witness**
2:4
**victims** 16:9,19
17:11 26:8
**view** 42:15
**viewpoints**
20:19
**violation** 37:14
**violence** 1:6 2:6
2:23 10:24
23:4 25:19
30:3 31:20
33:23,24 38:23
**VIRTUAL** 1:6
**voice** 16:2
**voices** 15:13
**volunteers** 3:6

_____
**W**
**walk** 12:11
**walks** 13:1
**want** 5:11,16 6:7
7:1,2 10:8
12:11 13:24
24:4 29:10,16
35:24 44:15,16
44:17 46:24
47:9 48:22
52:11,16,19
53:2,7
**wanted** 9:23
14:23 15:3,6
29:15 32:5
34:5 42:12
**wanting** 11:18
**wants** 10:5
11:19 26:4
47:19 49:20
**Warner** 47:1
48:18
**wasn't** 24:16
**watch** 26:7
**watching** 7:6
**way** 5:2 7:6 17:2
21:7,15 25:7
29:20 35:11
36:5,18 43:7

44:8
**ways** 12:20,21
31:24 42:19
**we'll** 17:19
53:20
**we're** 6:2,21 8:1
15:11,25 16:3
16:18 17:6,8
17:23,24 18:24
19:14,15 23:25
24:1,11 30:25
46:9 47:16
48:25 53:13,14
**we've** 3:14,19,22
4:19,23 5:2
9:24 15:16
17:7 18:14,14
24:23 26:24
32:13 36:3
41:24 42:3
53:10
**weapon** 23:23
**weave** 44:2
**Webex** 1:8 3:4
**Welcome** 3:1
**went** 43:15 50:8
50:9
**wiggle** 42:7
**willingness** 43:1
50:11
**win-loss** 40:6
**winners** 38:2
**wish** 5:21 30:19
**Witness** 1:19
**WMUR** 49:8
**wonder** 21:9
43:24
**wonderful** 10:2
**wondering**
43:20
**word** 52:1,3
**wording** 3:21
**work** 4:17,20
5:12 6:18 8:14
8:18,20,23
9:25 12:1
23:16 26:12,23
27:14,19 28:12
28:14,20 42:4

42:18,20 44:22
48:9 49:2,16
49:24 50:7,8
50:12 52:16,21
**workarounds**
30:12
**worked** 13:23
14:24
**working** 3:5,23
3:25 24:11
27:6 46:4
53:10
**world** 17:15
38:24,25
**worth** 38:19
39:17 51:11
**wouldn't** 22:8
**write** 26:13
**writing** 53:19
**wrong** 24:25
45:25

**X**
**X** 12:3

**Y**
**Y** 12:3
**y'all** 46:24
**Yazinski** 1:16
23:15
**Yeah** 7:17 46:20
**year** 22:19 45:13
**years** 35:10,21
**York** 54:15

**Z**
**Z** 12:4
**Zinkin** 2:25
14:14 36:4
46:15,18
**Zoom** 3:4

**0**

**1**
**1** 42:5
**10001** 54:15
**1st** 26:16 47:9

**2**

**20** 10:17
**2000** 44:10
**2022** 1:7 54:17
**22** 1:7 54:17
**2nd** 47:11

**3**
**352** 54:14

**4**

**5**
**5** 52:24

**6**
**603** 2:19
**604** 54:14

**7**
**7** 34:7

**8**

**9**
**90s** 44:9

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)