# The State of New Hampshire
## COMPLAINT

Case Number: 430-2022-CR-00721    Charge ID: 2044105G

SIN# 00210002200000619001

| | VIOLATION | MISDEMEANOR | ☒ CLASS A | ☐ CLASS B | ☐ UNCLASSIFIED (non-person) |
|---|---|---|---|---|---|
| | | FELONY ☐ CLASS A | ☐ CLASS B | ☐ SPECIAL | ☐ UNCLASSIFIED (non-person) |

You are to appear at the: **3rd Circuit District Division Conway** Court,
Address: **35 E CONWAY RD, CENTER CONWAY, NH**   County: **Carroll**
Time: **2:30 PM**   Date: **12/20/2022**

**RECEIVED**
**DEC 20 2022**
**CONWAY DISTRICT COURT**

Under penalty of law to answer to a complaint charging you with the following offense:
**THE UNDERSIGNED COMPLAINS THAT :** PLEASE PRINT

| KINNEY | ANTHONY | | |
|---|---|---|---|
| Last Name | First Name | | Middle |
| [redacted] | MIDDLETON | NH | 03887 |
| Address | City | State | Zip |
| M | W | 5 1 1 | 1 6 5 | HAZEL | BROWN |
| Sex | Race | Height | Weight | Eye Color | Hair Color |
| /73 | NHL[redacted] | | NH | | |
| DOB | License #: | | OP License State | | |

☐ COMM. VEH.   ☐ COMM. DR. LIC.   ☐ HAZ. MAT.   ☐ 16+PASSENGER

AT: KEARSARGE RD: 662 KEARSARGE RD, N CONWAY NH
On 12/15/2022 at 9:07 PM in Carroll County NH, did commit the offense of:
RSA Name:   Violation of Protective Order
Contrary to RSA:   173-B:9
Inchoate:
(Sentence Enhancer):

And the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did:

knowingly violate a protective order issued pursuant to RSA 173-B by Judge Greenhalgh of the 3rd Circuit Court-District Division-Conway on May 10th, 2022, in that Anthony Kinney had contact with Christine Berlind via text message, and he had been released on bail at the time of the offense,

Not Guilty at Arraignment
[signature]
12/20/22

**ORIGINAL**

against the peace and dignity of the State.
☐ SERVED IN HAND

[signature]   Sergeant WILLIAM M STRONG II   Conway PD
Complainant Signature   Complainant Printed Name   Complainant Dept.

Making a false statement on this complaint may result in criminal prosecution.
Oath below not required for police officers unless complaint charges class A misdemeanor or felony (RSA 592-A:7.I).
Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in his/her belief, true.

12/20/2022
Date                                    Justice of the Peace

NHJB-2962-D (6/27/2016)