**Mr. Dana Albrecht**
131 Daniel Webster Hwy #235
Nashua, NH 03060

dana.albrecht@hushmail.com
+1 (603) 809-1097

January 31, 2025

Ms. Deanna Campbell, Esq.
New Hampshire Public Defender
142 Portsmouth Ave, Ste 1
Stratham, NH 03885
Tel: (603) 778-0526

Re:     *State v. Destinie L. Berard*
        No. 441-2024-CR-00353

Dear Ms. Campbell,

Please find enclosed a copy of the materials I received from the State in this matter.

I am providing both a printed and scanned copy on a USB drive.

Are you able to provide any assistance in this matter?

Email is a splendid way to reach me!

Thank you for your time and attention.

Sincerely,

Dana Albrecht

Encl.

Cc:     Ms. Destinie L. Berard



February 3, 2025

Dear Dana Albrecht:

The following is in response to your request for proof of delivery on your item with the tracking number: **4200 3885 9510 8067 1176 5032 6270 46**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | February 3, 2025, 2:51 pm |
| Location: | STRATHAM, NH 03885 |
| Postal Product: | Priority Mail® |
| Extra Services: | Signature Confirmation™ |
|  | Up to $100 insurance included |
| Recipient Name: | DEANNA CAMPBELL |
| Actual Recipient Name: | D AEGL |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| Weight: | 5lb, 13.0oz |

### Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient: 142 PORTSMOUTH AVE STE 1, STRATHAM, NH 03885

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004