# CASE SUMMARY
## CASE NO. 441-2024-CR-00353

| | | |
|---|---|---|
| **State v. DESTINIE L BERARD** § § § § | Location: | **10th Circuit - District Division - Hampton** |
| | Filed on: | **03/18/2024** |

## CASE INFORMATION

| Offense | Statute | Deg | Date | Case Type: | **Criminal** |
|---|---|---|---|---|---|
| Jurisdiction: **Seabrook** | | | | | |
| 1. Violation of Protective Order | 173-B:9 | MISD A | 05/30/2022 | Case Status: | **05/14/2025 Scheduling Pending** |
| ChargeID: 2186723C  ACN: 00868002400000087001 | | | | | |
| Arrest: 03/15/2024 | | | | | |

## PARTY INFORMATION

|  |  | Attorneys |
|---|---|---|
| **Defendant** | **BERARD, DESTINIE L**  *46 Pond St*  *Georgetown, MA 01833*  *White  Female  Height 4'10"  Weight 185lbs*  *DOB: 12/01/1979  Age: 44*  *DL: MA  S32421583* | **Shepherd, Justin C., ESQ**  *Retained*  000-000-0000(W) |
| **Prosecutor** | **Seabrook Prosecutor**  *Seabrook Police Department*  *Liberty Lane*  *Seabrook, NH 03874* | |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 05/30/2022 | Complaint Narrative at Filing  *Knowingly violate a final Order of Protection issued by the 10th Circuit Court-Family Division-Brentwood on July 8, 2020, in that she came within 300 feet of the protected party in said order at 1 Lowell Street, Saint Elizabeth of Hungary Mission Church,*  *Charges: 1* | |
| 03/18/2024 | **Video Arraignment/Bail Hearing** | |
| 03/18/2024 | Complaint As Accepted For Filing | |
| 03/18/2024 | Gerstein Affidavit | Index #1 |
| 03/18/2024 | **Plea** (Judicial Officer: Christo, Ellen V)  1. Violation of Protective Order  Not Guilty | |
| 03/18/2024 | Arraignment - Advisement of Rights | Index #2 |
| 03/18/2024 | Bail Order (Judicial Officer: Christo, Ellen V )  *released on PR. no victim contact* | Index #3 |
| 03/18/2024 | Other  *advance notice form still camera/cellphone/video* | Index #4 |
| 04/17/2024 | Other  *request for copy of entire file* | Index #5 |
| 04/17/2024 | Other  *copy of all completed audio video camera notice forms* | Index #6 |
| 04/18/2024 | Other | Index #7 |

# CASE SUMMARY
### CASE NO. 441-2024-CR-00353

| | | |
|---|---|---|
| | *Notice of Removal* | |
| 04/18/2024 | Other<br>Party: Defendant BERARD, DESTINIE L<br>*copy of transcript* | Index #8 |
| 04/22/2024 | Appearance<br>*Nicole Reilly for Victim* | Index #9 |
| 04/23/2024 | Other<br>*request for copies Dana Albrecht/Sent Copy of Request with No Record Found to Mr. Albrecht* | Index #10 |
| 05/29/2024 | Denied (Judicial Officer: Christo, Ellen V ) | |
| 05/31/2024 | Notice of Decision | Index #11 |
| 06/10/2024 | Request<br>Party: Defendant BERARD, DESTINIE L<br>*for certified copies / mailed pmnt and case summery stating we do not have requested documents* | Index #12 |
| 06/21/2024 | Financial Affidavit<br>*Sent back to Ms. Berard with the Request for lawyer form. I have made a copy.Sealed* | Index #13 |
| 06/26/2024 | Motion to Continue<br>*Hold until 7-6-24* | Index #14 |
| 07/09/2024 | Denied (Judicial Officer: Zaino, Michael J ) | |
| 06/26/2024 | Other<br>*Defendant's Request for Court to Show Cause re: Jurisdiction* | Index #15 |
| 07/31/2024 | Denied (Judicial Officer: Christo, Ellen V )<br>*circuit court has jurisdiciton over violations of protective orders RSA 173-B9* | |
| 06/26/2024 | Motion<br>*Defendant's Motion to Strike Gerstein Affidavit (Index #1)* | Index #16 |
| 07/31/2024 | Order Issued (Judicial Officer: Christo, Ellen V )<br>*to be addressed at trial* | |
| 06/26/2024 | Motion to Seal<br>*Defendant's Expedited Motion to Seal Financial Affidavit (Index #13)* | Index #17 |
| 06/26/2024 | Granted in Part (Judicial Officer: Christo, Ellen V ) | |
| 07/26/2024 | Notice of Decision | Index #24 |
| 07/09/2024 | Request<br>*Request for Certified Copies* | Index #18 |
| 07/09/2024 | Other<br>*Advance Notice Form* | Index #19 |
| 07/09/2024 | Motion<br>*Defendant's Motion for Court Appointed Private Counsel at State Expense/Hold until 7/19/24* | Index #20 |
| 11/14/2024 | Order Issued (Judicial Officer: Walch, Dorothy E )<br>*references JTP 7/16/24 order if financially eligible, motion to be scheduled for hearing* | |

| Date | Event | Index |
|---|---|---|
| 07/09/2024 | Other<br>*Defendant's Notice of Affirmative Defense* | Index #21 |
| 07/10/2024 | **Trial** (Judicial Officer: Murray, Scott W) | |
| 07/10/2024 | Order (Judicial Officer: Murray, Scott W )<br>*JTP co-signed 7/12/24* | Index #22 |
| 07/16/2024 | Order (Judicial Officer: Pendleton, John T )<br>*narrative typed order* | Index #23 |
| 07/26/2024 | Notice of Decision | Index #23 |
| 10/07/2024 | Motion<br>Party: Defendant BERARD, DESTINIE L<br>*Motion for Richard's Hearing* | Index #25 |
| 10/21/2024 | Order Issued (Judicial Officer: Pendleton, John T )<br>*def may call Sgt. Lawerence as witness but declines to schedule Richards hearing* | |
| 10/28/2024 | Notice of Decision | Index #25 |
| 10/07/2024 | Motion to Compel<br>Party: Defendant BERARD, DESTINIE L<br>*Def's Motion to Compel NHPD to Obtain Prior Mass Police Court Record Dismissing Charges* | Index #26 |
| 10/21/2024 | Denied (Judicial Officer: Pendleton, John T ) | |
| 10/28/2024 | Notice of Decision<br>*on motion to compel denied* | Index #26 |
| 10/15/2024 | Motion to Continue<br>Party: Defendant BERARD, DESTINIE L<br>*Pending hold until 10/24* | Index #27 |
| 10/21/2024 | Order (Judicial Officer: Pendleton, John T )<br>*On Motion to Cont.* | Index #28 |
| 10/28/2024 | Notice of Decision | Index #29 |
| 10/30/2024 | Request<br>*For copies from July 9th to present / Completed 11-4-24* | Index #30 |
| 11/01/2024 | Motion for Clarification<br>Party: Defendant BERARD, DESTINIE L<br>*Ex Parte Motion for Clarification of October 21, 2024 ORder* | Index #31 |
| 11/01/2024 | Order (Judicial Officer: Pendleton, John T ) | Index #32 |
| 11/04/2024 | Notice of Decision | Index #33 |
| 11/01/2024 | Other<br>*Advance Notice Form Still Camera/Cellphones/Tablet/Audio/Video (One Day Only)* | Index #34 |
| 11/04/2024 | Email-Address Notification or Change<br>Party: Defendant BERARD, DESTINIE L<br>*Address has been updated* | Index #35 |
| 11/04/2024 | Other | Index #36 |

| Date | Event | Index |
|---|---|---|
| | *let regarding correspondence for court appoint counsel* | |
| 11/13/2024 | Order Issued (Judicial Officer: Walch, Dorothy E )<br>*read and noted* | |
| 11/08/2024 | Motion to Continue<br>Party: Defendant BERARD, DESTINIE L<br>*Ex-Parte* | Index #37 |
| 11/13/2024 | Moot (Judicial Officer: Walch, Dorothy E ) | |
| 11/18/2024 | Notice of Decision | Index #37 |
| 11/08/2024 | Motion<br>Party: Defendant BERARD, DESTINIE L<br>*Expedited Motion for Stay Pending Appeal* | Index #38 |
| 04/14/2025 | Notice of Appeal to Supreme Court | Index #39 |
| 11/12/2024 | Motion in Limine<br>Party: Defendant BERARD, DESTINIE L<br>*Defendant's Expedited Motion in Limine to Exclude Testimony of Late- Disclosed Witnesses* | Index #40 |
| 11/13/2024 | Order Issued (Judicial Officer: Walch, Dorothy E )<br>*def did not request discovery and info regarding witness was sent to late to late per the rules of criminal procedure* | |
| 11/18/2024 | Notice of Decision | Index #40 |
| 11/12/2024 | Appearance<br>*Dana Albrecht* | Index #41 |
| 11/12/2024 | Affidavit | Index #42 |
| 11/13/2024 | **Trial** (Judicial Officer: Walch, Dorothy E) | |
| 11/13/2024 | Motion<br>*Motion for Limited Intervention For Purposes of Quashing Subpoena of Destiny Berared / Filed by Naomi Butterfiled* | Index #43 |
| 11/13/2024 | Granted (Judicial Officer: Walch, Dorothy E ) | |
| 11/13/2024 | Motion to Quash<br>*Motion to Quash Subpoena / Filed by Naomi Butterfiled* | Index #44 |
| 11/13/2024 | Granted (Judicial Officer: Walch, Dorothy E ) | |
| 11/13/2024 | Other<br>*advance notice video taping/ cellphone/audio filed by: Lindsey Smith* | Index #45 |
| 11/13/2024 | Other<br>*advance notice video taping/ audio recording/ cellphone- filed byGuyle Dorbat* | Index #46 |
| 11/13/2024 | Other<br>*advance notice of video recording, audio recording, cellphone filed by: Cindy Smith* | Index #47 |
| 11/13/2024 | District Division Rule 1.3D<br>Party: Power of Attorney Albrecht, Dana | Index #48 |

| | | |
|---|---|---|
| 11/14/2024 | Request<br>Party: Prosecutor Seabrook Prosecutor<br>*Request for Motion to Amend Complaint(s)* | Index #49 |
| 12/18/2024 | Granted (Judicial Officer: Walch, Dorothy E ) | |
| 12/19/2024 | Notice of Decision | Index #49 |
| 11/15/2024 | Email-Address Notification or Change<br>Party: Power of Attorney Albrecht, Dana<br>*Filed by Dana Albrecht to conf address of 131 Daniel Webster Hwy #235 Nashua NH 03060* | Index #50 |
| 11/20/2024 | Return of Service<br>Party: Power of Attorney Albrecht, Dana<br>*By Sheriff for the Following: Deanna Campbell, Esq / Jennifer Jones* | Index #51 |
| 11/20/2024 | Other<br>*non est return Erin Creegan and Judge Sue Carbon* | Index #52 |
| 11/20/2024 | Supreme Court Order<br>*Notice of Docketing and Mandatory Efiling* | |
| 11/21/2024 | Order (Judicial Officer: Walch, Dorothy E )<br>*Order on Double Jeopardy Issue* | Index #53 |
| 11/26/2024 | Notice of Decision | Index #53 |
| 11/21/2024 | Request for Certified Copies<br>*all documents 10/30/24 and present* | Index #54 |
| 11/22/2024 | Motion<br>Party: Power of Attorney Albrecht, Dana<br>*Def's Motion to Partially Strike November 13, 2024 Order on Ex Parte Motion to Continue 11/13/24* | Index #55 |
| 12/18/2024 | Denied (Judicial Officer: Walch, Dorothy E ) | |
| 12/19/2024 | Notice of Decision | Index #55 |
| 11/22/2024 | Memorandum of Law<br>Party: Power of Attorney Albrecht, Dana<br>*Re: Jurisdiction* | Index #56 |
| 11/22/2024 | Motion<br>Party: Power of Attorney Albrecht, Dana<br>*Def Motion to Partially Vacate 11-13-23 Order on Def Expedited Motion in Limine to Exclude Testimony of Late Disclosed Witness* | Index #57 |
| 12/18/2024 | Denied (Judicial Officer: Walch, Dorothy E ) | |
| 11/26/2024 | Notice of Decision<br>*on motion to Quash Subpoena* | Index #54 |
| 12/06/2024 | Motion for Late Entry<br>Party: Power of Attorney Albrecht, Dana | Index #58 |
| 12/18/2024 | Granted (Judicial Officer: Walch, Dorothy E ) | |
| 12/19/2024 | Notice of Decision | Index #58 |

| Date | Event | Index |
|---|---|---|
| 12/06/2024 | Objection<br>*Objection to State's Request for Motion to Amend* | Index #59 |
| 12/06/2024 | Motion to Reconsider<br>Party: Power of Attorney Albrecht, Dana<br>*Motion to Reconsider Order on Double Jeopardy* | Index #60 |
| 12/18/2024 | Denied (Judicial Officer: Walch, Dorothy E ) | |
| 12/19/2024 | Notice of Decision | Index #60 |
| 12/13/2024 | Memorandum of Law<br>Party: Power of Attorney Albrecht, Dana<br>*Defendant's Memorandum of Law re Notice* | Index #61 |
| 12/18/2024 | Read and Noted (Judicial Officer: Walch, Dorothy E )<br>*This matter shall be rescheduled so the parties have an opportunity to file memorandums* | |
| 12/18/2024 | Notice of Decision | Index #61 |
| 12/17/2024 | Motion to Quash<br>*Atty Creegan / General Council Judicial Branch* | Index #62 |
| 12/17/2024 | Order Issued (Judicial Officer: Rauseo, Kevin P )<br>*schedule for hearing* | |
| 12/18/2024 | Granted (Judicial Officer: Walch, Dorothy E )<br>*after hearing* | |
| 12/18/2024 | Notice of Decision<br>*on motion to Quash; Granted after hearing* | Index #62 |
| 12/17/2024 | Motion<br>*Motion to Appear Remotely on Motion to Quash* | Index #63 |
| 12/17/2024 | Granted (Judicial Officer: Rauseo, Kevin P ) | |
| 12/17/2024 | Motion<br>Party: Defendant BERARD, DESTINIE L<br>*ex parte motion to strike motion to quash* | Index #64 |
| 12/18/2024 | Denied (Judicial Officer: Walch, Dorothy E ) | |
| 12/18/2024 | Notice of Decision | Index #64 |
| 12/17/2024 | Objection<br>Party: Power of Attorney Albrecht, Dana; Defendant BERARD, DESTINIE L<br>*defendants objection to NHJB general counsel Erin Creegans Motion to Quash* | Index #65 |
| 12/17/2024 | Other<br>*advance notice form/still camera/video/audio Dana Albrect* | Index #66 |
| 12/17/2024 | Other<br>Party: Defendant BERARD, DESTINIE L<br>*advance notice form stil camera/cell phones/ audio/video Destinee Berard* | Index #67 |
| 12/18/2024 | **Motion Hearing** (Judicial Officer: Walch, Dorothy E)<br>*Re: Motion to Quash* | |

# CASE SUMMARY
### CASE NO. 441-2024-CR-00353

| | | |
|---|---|---|
| 12/18/2024 | Request<br>    Party: Power of Attorney Albrecht, Dana<br>    *Defendant's Request for findings of fact re: 12/18/24 Hearing* | Index #68 |
| 12/18/2024 | Other (Judicial Officer: Walch, Dorothy E )<br>    *The findings of facts and rulings of law are unnecessary for resolution of the limited issue before the court.* | Index #69 |
| 12/18/2024 | Notice of Decision<br>    *on finding of facts ruling of law* | Index #70 |
| 12/18/2024 | Other<br>    *advance notice form still camera/cell phone/tablet/audio/video Anthony Kinney* | Index #71 |
| 12/19/2024 | CANCELED Motion Hearing | |
| 12/20/2024 | Motion<br>    Party: Power of Attorney Albrecht, Dana<br>    *Motion to Address Status of Counsel / Hold until 12/30/24* | Index #72 |
|     02/13/2025 | Denied (Judicial Officer: Pendleton, John T )<br>    *Juge's Order sent out* | |
|     02/14/2025 | Notice of Decision | Index #95 |
| 12/30/2024 | Return of Service<br>    *Subpoena / Deanna Campbell and Tracy Meyer* | Index #73 |
| 01/17/2025 | Supreme Court Order<br>    *Mandate* | |
| 01/17/2025 | Supreme Court Order<br>    *Mandate* | |
| 01/17/2025 | Supreme Court Order<br>    *Mandate* | |
| 02/03/2025 | Motion to Quash<br>    *Filed By Atty Erin Creegan for Clerk Tracy Meyer* | Index #74 |
|     02/06/2025 | Objection<br>    Party: Power of Attorney Albrecht, Dana<br>    *Defendant's Objection to #74 NHJB General Counsel Erin Creegan's Motion to Quash* | Index #78 |
| 02/06/2025 | Memorandum of Law<br>    Party: Power of Attorney Albrecht, Dana<br>    *Defendant's Memorandum of Law re: Scheduling of Hearing(s) and Discovery* | Index #76 |
|     02/07/2025 | Order Issued (Judicial Officer: Walch, Dorothy E )<br>    *hearing shall be continued for parties to submit memorandum of law 10 days prior* | |
|     02/11/2025 | Notice of Decision | Index #77 |
| 02/07/2025 | Granted (Judicial Officer: Walch, Dorothy E ) | |
| 02/11/2025 | Notice of Decision | Index #75 |
| 02/04/2025 | Motion | Index #79 |

| | | |
|---|---|---|
| | Party: Power of Attorney Albrecht, Dana<br>*Motion For Recusal re: Erin Creegan, Esq.* | |
| 02/05/2025 | Denied (Judicial Officer: Walch, Dorothy E )<br>*Judge Walch has never been represented by atty Creegan* | |
| 02/05/2025 | Notice of Decision | Index #81 |
| 02/04/2025 | Response<br>*to motion to recuse* | Index #80 |
| 02/13/2025 | CANCELED  Trial | |
| 02/13/2025 | Order (Judicial Officer: Pendleton, John T )<br>*on motion to continue* | Index #82 |
| 02/14/2025 | Notice of Decision<br>*on Motion to Continue* | Index #83 |
| 02/18/2025 | Return of Service<br>Party: Power of Attorney Albrecht, Dana<br>*From the Sheriff for the following Subpoena's: Deanna Campbell, Erin Creegan and Tracy Meyer* | Index #84 |
| 03/07/2025 | Motion for Clarification<br>Party: Power of Attorney Albrecht, Dana<br>*Def Expedited Motion for Clarification of Judge Pendleton's February 13, 2025 Orders (Index 85 and Index 95)* | Index #85 |
| 03/07/2025 | Denied (Judicial Officer: Pendleton, John T ) | |
| 03/11/2025 | Notice of Decision | Index #85 |
| 03/11/2025 | Motion to Quash<br>*Filed by Atty Erin Creegan* | Index #86 |
| 03/11/2025 | Order Issued (Judicial Officer: Pendleton, John T )<br>*on Clerk Meyer subpeona* | |
| 03/12/2025 | Other<br>Party: Power of Attorney Albrecht, Dana<br>*copy Rule of 7 Notice of Mandatory Appeal* | Index #87 |
| 03/12/2025 | Motion<br>Party: Power of Attorney Albrecht, Dana<br>*Defendant's Expedited Motion to Stay Pending Appeal* | Index #88 |
| 03/12/2025 | Objection<br>Party: Power of Attorney Albrecht, Dana<br>*Defendant's Objection to NHJB General Counsel Erin Creegan's Motion to Quash dated 3-11-25* | Index #89 |
| 03/12/2025 | Memorandum of Law<br>Party: Power of Attorney Albrecht, Dana<br>*Defendant's Memorandum of Law in Support of Objection to Motion to Quash* | Index #90 |
| 03/12/2025 | Request for Certified Copies<br>Party: Power of Attorney Albrecht, Dana<br>*judge Walch 11-14 order in Judge Pendletons 2-13-25 order* | Index #91 |
| 03/12/2025 | Other | Index #92 |

| | | |
|---|---|---|
| | Party: Power of Attorney Albrecht, Dana<br>*Advance Notice Form /Still Camera / Cell Phones / Tablets / Audio/Video* | |
| 03/12/2025 | Notice of Decision | Index #86 |
| 03/13/2025 | **Other Proceeding** (Judicial Officer: Pendleton, John T)<br>*Hearing Re Double Jeapordy Issue and All Pending Matters* | |
| 03/13/2025 | Other<br>Party: Power of Attorney Albrecht, Dana<br>*Statment of facts and Legal argument on double jeopardy* | Index #93 |
| 03/13/2025 | Motion to Reconsider<br>Party: Power of Attorney Albrecht, Dana<br>*Motion to reconsider of 3/11/25 order* | Index #94 |
| 03/13/2025 | Denied (Judicial Officer: Pendleton, John T )<br>*courts initial order did not misapply or misinterpret fact or law* | |
| 03/14/2025 | Notice of Decision | Index #95 |
| 03/13/2025 | Request<br>Party: Power of Attorney Albrecht, Dana; Defendant BERARD, DESTINIE L<br>*for finding of facts and ruling of law* | Index #96 |
| 03/17/2025 | Withdrawal<br>*Atty Reilly for AV* | Index #97 |
| 03/18/2025 | Order (Judicial Officer: Pendleton, John T )<br>*order on hearing on double jeopardy and other matters* | Index #98 |
| 03/18/2025 | Notice of Decision<br>*sent order to all parties* | Index #99 |
| 03/18/2025 | Return of Service<br>*Tracy Meyer, Erin Creegan Esq, Deanna Campbell* | Index #100 |
| 03/20/2025 | Returned Mail<br>*From Dana Albrecht (not enough postage)* | Index #101 |
| 03/20/2025 | Request<br>*Made by Mr. Albrecht vor NOD on 11/14 Judge walch order / Completed on 03-26-25* | Index #102 |
| 03/26/2025 | Supreme Court Order<br>*Re: Notice of Docketing and Mandatory E- Filing* | |
| 03/28/2025 | Memorandum of Law<br>Party: Power of Attorney Albrecht, Dana<br>*Re: State v Mack, 173 N.H. (2020) Stewart v Murdock, NO 2015-0448 (NH Jan 8, 2016)* | Index #104 |
| 04/10/2025 | Order Issued (Judicial Officer: Pendleton, John T )<br>*court treats this as a notice of pleading outlining a defense/and may consider at trial* | |
| 03/28/2025 | Motion<br>Party: Power of Attorney Albrecht, Dana<br>*Motion for Judicial Notice of Barbara Stewart v Jeffrey Murdock No 429-12-CV-353 (Appeal No 2015-0448)* | Index #103 |
| 04/09/2025 | Granted (Judicial Officer: Lown, Bradley M ) | |

| Date | Entry | Index |
|---|---|---|
| | *The Court is aware of the Stewart Case and the Case shall be considered* | |
| 04/09/2025 | Notice of Decision | Index #105 |
| 03/28/2025 | Request for Certified Copies<br>Party: Power of Attorney  Albrecht, Dana<br>*Completed 4-8-25* | Index #106 |
| 03/28/2025 | Request for Certified Copies<br>Party: Power of Attorney  Albrecht, Dana<br>*Index #114 Returned Mail and #110 Withdrawal* | Index #107 |
| 04/03/2025 | Memorandum of Law<br>Party: Power of Attorney  Albrecht, Dana<br>*Defendant's Memorandum of Law re: Status of Counsel and Constitutional Defects in NH Indigent Defense Repayment Scheme* | Index #108 |
| 04/10/2025 | Order Issued (Judicial Officer: Pendleton, John T )<br>*Memorandum of law no action required* | |
| 04/03/2025 | Motion<br>Party: Power of Attorney  Albrecht, Dana<br>*Motion for Judicial Notice of State v. Nicholas John Ranaldi, No 430-2023-CR-661 / Pending hold 4-10-25* | Index #109 |
| 04/10/2025 | Order Issued (Judicial Officer: Pendleton, John T )<br>*this is a notice, no action ruling needed* | |
| 04/07/2025 | Objection<br>Party: Power of Attorney  Albrecht, Dana<br>*Defendant's Objection to New Hampshire Public Defender's Motion to Quash* | Index #110 |
| 04/08/2025 | Motion to Quash<br>*Atty Linda Smith for Atty. Watts, Atty. De Vorsey and Atty. Campbell* | Index #111 |
| 04/08/2025 | Granted (Judicial Officer: Pendleton, John T ) | |
| 04/08/2025 | Notice of Decision<br>*on motion to quash* | Index #112 |
| 04/08/2025 | Motion to Quash<br>*Received from Atty James Shepard* | Index #113 |
| 04/09/2025 | Granted (Judicial Officer: Lown, Bradley M ) | |
| 04/09/2025 | Notice of Decision | Index #114 |
| 04/09/2025 | Objection<br>Party: Power of Attorney  Albrecht, Dana<br>*Defendant's Objection to Department of Administrateive Services' Motion to Quash* | Index #115 |
| 04/09/2025 | Read and Noted (Judicial Officer: Lown, Bradley M ) | |
| 04/09/2025 | Notice of Decision | Index #116 |
| 04/09/2025 | Motion<br>Party: Power of Attorney  Albrecht, Dana<br>*Expedited Motion to Partially Vacate July 16, 2024 Order (Index #22) and its Progeny* | Index #117 |

| | | |
|---|---|---|
| 04/10/2025 | Denied (Judicial Officer: Pendleton, John T )<br>*see multiple orders on this issue.* | |
| 04/09/2025 | Motion to Recuse<br>Party: Power of Attorney Albrecht, Dana<br>*Expedited Motion to Recuse Judge John Pendleton* | Index #118 |
| 04/10/2025 | Denied (Judicial Officer: Pendleton, John T )<br>*motion fails to outline any grounds for recusal* | |
| 04/09/2025 | Request for Certified Copies<br>*Completed 4-10-25* | Index #119 |
| 04/09/2025 | Notice of Appeal to Supreme Court | Index #120 |
| 04/10/2025 | **Case Status Hearing** (Judicial Officer: Pendleton, John T)<br>*Hearing on Status of Counsel* | |
| 04/10/2025 | Other<br>*notice of camera/audio/video Anthony King* | Index #121 |
| 04/10/2025 | Other<br>*notice of camera/audio/video Dana Albrecht* | Index #122 |
| 04/10/2025 | Request for a Lawyer | Index #131 |
| 04/11/2025 | Order (Judicial Officer: Pendleton, John T )<br>*Status of Counsel Hearing Order April 10,2025* | Index #123 |
| 04/11/2025 | Request for Certified Copies<br>*From Dana Albrechet/* | Index #136 |
| 04/11/2025 | Return of Service<br>*On: Deanna Campbell, Megan De Vorsey and Jacob Rose Watts* | Index #138 |
| 04/11/2025 | Request for Certified Copies<br>*Made by Dana Albrecht/Completed 05/09/25* | Index #139 |
| 04/11/2025 | Request for Certified Copies<br>*Made by Dana Albrecht/Completed 05/09/25* | Index #140 |
| 04/14/2025 | CANCELED **Trial** | |
| 04/15/2025 | Notice of Decision<br>*On Memorandum of Law Re:State V Mak, Stewart V Murdock* | Index #124 |
| 04/15/2025 | Notice of Decision<br>*On Defendants Memorandum of Law re: Status of Counsel and Constitutional Defects in New Hampshire Indigent Defendants Repayment Scheme* | Index #125 |
| 04/15/2025 | Notice of Decision<br>*Motion for Judicial Notice* | Index #126 |
| 04/15/2025 | Notice of Decision<br>*Motion to Partially Vacate July 16th Order* | Index #127 |
| 04/15/2025 | Notice of Decision<br>*On motion to recuse Judge Pendleton* | Index #128 |

# Case Summary
### Case No. 441-2024-CR-00353

| Date | Event | Index |
|---|---|---|
| 04/15/2025 | Notice of Decision<br>*Status of Counsel Hearing Order- April 10,2025* | Index #129 |
| 04/15/2025 | Appointment of Counsel<br>PUB<br>    *Charges: 1* | Index #130 |
| 04/16/2025 | Assented to Motion to Continue<br>Party: Prosecutor  Seabrook Prosecutor | Index #132 |
| 04/18/2025 | Motion to Dismiss<br>*Filed by Non-Attorney Representative / Pending Hold until 04-28-25* | Index #133 |
| 04/18/2025 | Other Motions<br>*Filed by Non Atty Rep Dana Albrecht / Hold until 04-28-25* | Index #134 |
| 04/25/2025 | Supreme Court Order<br>*Notice of docketing and mandatory efiling* | |
| 04/29/2025 | Other<br>*Advance Notice Form Still Camera/Cellphones/Tablets/Audio/Video (One Day Only)* | Index #135 |
| 04/29/2025 | Request for Certified Copies<br>*Made By Dana Albrecht / Completed 05/09/25* | Index #137 |
| 05/01/2025 | Supreme Court Order | |
| 05/02/2025 | Notice of Decision<br>*letter returning pleading to non-attorney* | Index #143 |
| 05/14/2025 | Assented to Motion to Continue<br>Party: Attorney  Shepherd, Justin C., ESQ;  Defendant  BERARD, DESTINIE L | Index #141 |
| 05/14/2025 |    Granted (Judicial Officer: Christo, Ellen V ) | |
| 05/14/2025 |    Notice of Decision | Index #142 |
| 05/14/2025 | Request<br>*Made by Dana Albrecht / Completed on 5/30/25* | Index #146 |
| 05/15/2025 | **CANCELED**  Other Proceeding<br>*Hearing Regarding Double Jeopardy Issue and All Pending Matters* | |
| 05/15/2025 | **CANCELED**  Trial | |
| 05/20/2025 | Other<br>*Advance Notice Form Still Camera/Cellphones/Tab;Tablets/Audio/Video (One Day Only)* | Index #144 |
| 05/20/2025 | Request<br>*Made by Dana Albrecht / Completed 5/30/25* | Index #147 |
| 05/27/2025 | Appearance<br>Party: Attorney  Shepherd, Justin C., ESQ | Index #145 |
| 06/17/2025 | Supreme Court Order | |
| 06/17/2025 | Supreme Court Order | |
| 06/23/2025 | Motion to Continue | Index #148 |

10TH CIRCUIT - DISTRICT DIVISION - HAMPTON

# CASE SUMMARY
### CASE NO. 441-2024-CR-00353

Party: Attorney Shepherd, Justin C., ESQ

| | |
|---|---|
| 06/24/2025 | Granted (Judicial Officer: Pendleton, John T ) |
| 06/26/2025 | *CANCELED* **Trial** |
| 07/17/2025 | **Trial** (Judicial Officer: Pendleton, John T) |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Defendant** BERARD, DESTINIE L | |
| | Total Charges | 158.00 |
| | Total Payments and Credits | 158.00 |
| | **Balance Due as of 07/01/2025** | **0.00** |