UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| DANA ALBRECHT,<br><br>        Plaintiff,<br><br>        v.<br><br>JUDGE JOHN PENDELTON, solely in his official capacity, *et al*.,<br><br>        Defendants. | Case No.: 25-cv-00093-SM |

**MOTION TO EXTEND TIME
TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**

NOW COME the Judicial Defendants,[1] by and through the undersigned counsel, and hereby request this Court for an extension of time to file their Answer or other responsive pleading by twenty-one days, up to and including July 28, 2025, and in support thereof, states as follows:

1. The Plaintiff, Dana Albrecht, filed his Amended Complaint on June 20, 2025 (the "Amended Complaint").

2. Presently, the deadline for the Judicial Defendants to file their Answer or other responsive pleading is July 7, 2025.

3. In light of the length and complexity of the Amended Complaint, the undersigned counsel needs additional time to confer with the Judicial Defendants and draft an appropriate response.

---

[1] The Plaintiff named the following parties, "solely in their official capacity[ies]" as Defendants in this case: (i) Judge John T. Pendelton, (ii) Scott Murray, (iii) Judge Ellen V. Christo, (iv) Justice Gordon J. MacDonald, (v) Justice Patrick E. Donovan, (vi) Justice James P. Bassett, (vii) Justice Anna Barbara Hantz Marconi, (viii) Justice Melissa B. Countway, (ix) Erin Creegan, and (x) Tracy L. Meyer.  The foregoing parties are referred to herein collectively as the "Judicial Defendants."

1

4. This Motion represents the Judicial Defendants' first request for an extension of time to file their Answer or other responsive pleading.

5. Given the fact that this deadline is today, the undersigned counsel has not contacted the Plaintiff to confirm his assent to the relief requested herein.

WHEREFORE, the Judicial Defendants respectfully request this Court to extend the deadline for the filing of their Answer or other responsive pleading by twenty-one days, up to and including July 28, 2025, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

JUDGE JOHN T. PENDELTON, SCOTT MURRAY, JUDGE ELLEN V. CHRISTO, JUSTICE GORDON J. MACDONALD, JUSTICE PATRICK E. DONOVAN, JUSTICE JAMES P. BASSETT, JUSTICE ANNA BARBARA HANTZ MARCONI, JUSTICE MELISSA B. COUNTWAY, ERIN CREEGAN, and TRACY L. MEYER, solely in their official capacities,

JOHN M. FORMELLA
ATTORNEY GENERAL

Dated: July 7, 2025

/s/ Christopher G. Bond
Christopher G. Bond, Esq., Bar No. 20161
Associate Attorney General
New Hampshire Department of Justice
Civil Law Bureau
1 Granite Place South
Concord, NH 03301
(603) 271-3650
christopher.g.bond@doj.nh.gov

## CERTIFICATE OF SERVICE

I, Christopher G. Bond, hereby certify that on this date, I caused a true copy of the foregoing to be served by this Court's electronic filing system to all parties who have entered appearances in this case.

Dated: July 7, 2025                                  /s/ Christopher G. Bond
                                                                  Christopher G. Bond, Esq.