UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| DANA ALBRECHT,<br><br>       Plaintiff,<br><br>       v.<br><br>JUDGE JOHN PENDELTON, solely in his official capacity, *et al*.,<br><br>       Defendants. | Case No.: 25-cv-00093-SM |

**MOTION TO EXTEND TIME
TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**

NOW COME the Defendants, the Twenty-Four Members of the New Hampshire Judicial Council, solely in their official capacities, Attorney General John M. Formella, solely in his official capacity, and Commissioner Charles Arlinghaus, solely in his official capacity (collectively, the "State Defendants"), by and through the undersigned counsel, and hereby request this Court for an extension of time to file their Answer or other responsive pleading by twenty-one days, up to and including July 28, 2025, and in support thereof, state as follows:

    1.    The Plaintiff, Dana Albrecht, filed his Amended Complaint on June 20, 2025 (the "Amended Complaint").

    2.    Presently, the deadline for the State Defendants to file their Answer or other responsive pleading is July 7, 2025.

    3.    In light of the length and complexity of the Amended Complaint, the undersigned counsel needs additional time to confer with the State Defendants and draft an appropriate response.

1

4.  This Motion represents the State Defendants' first request for an extension of time to file their Answer or other responsive pleading.

5.  Given the fact that this deadline is today, the undersigned counsel has not contacted the Plaintiff to confirm his assent to the relief requested herein.

WHEREFORE, the State Defendants respectfully request this Court to extend the deadline for the filing of their Answer or other responsive pleading by twenty-one days, up to and including July 28, 2025, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

THE TWENTY-FOUR MEMBERS OF THE NEW HAMPSHIRE JUDICIAL COUNCIL, ATTORNEY GENERAL JOHN M. FORMELLA, and COMMISSIONER CHARLES ARLINGHAUS, solely in their official capacities,

By their attorneys,

JOHN M. FORMELLA
ATTORNEY GENERAL

Dated: July 7, 2025

/s/ Duncan A. Edgar
Duncan A. Edgar, Esq., Bar No. 266272
Assistant Attorney General
New Hampshire Department of Justice
Civil Law Bureau
1 Granite Place South
Concord, NH 03301
(603) 271-3658
duncan.a.edgar@doj.nh.gov

## CERTIFICATE OF SERVICE

      I, Duncan A. Edgar, hereby certify that on this date, I caused a true copy of the foregoing to be served by this Court's electronic filing system to all parties who have entered appearances in this case.

Dated: July 7, 2025                              /s/ Duncan A. Edgar  
                                                               Duncan A. Edgar, Esq.