

DEVAL L. PATRICK
*GOVERNOR*

TIMOTHY P. MURRAY
*LIEUTENANT GOVERNOR*

MARY ELIZABETH HEFFERNAN
*SECRETARY*

COLONEL MARIAN J. McGOVERN
*SUPERINTENDENT*

*The Commonwealth of Massachusetts*
*Department of State Police*
*Division of Standards and Training*
*Internal Affairs Section*
*470 Worcester Road*
*Framingham, Ma. 01702*

June 20, 2012

Chief Robert Roy
Salisbury Police Department
24 Railroad Avenue
Salisbury, Massachusetts 01952

Re:   Massachusetts State Police Internal Affairs Section Investigation #12-0037,

Dear Chief Roy,

I have been assigned to conduct an internal affairs investigation involving members of the Massachusetts State Police regarding an incident that occurred on June 9, 2012, at the Salisbury Police Station, 24 Railroad Avenue, Salisbury, Massachusetts. I am requesting authorization from you to interview Officer Patrick Symkowski, Officer James Leavitt and Officer Dennis Lucia of the Salisbury Police Department in an effort to fully investigate these circumstances. Thank you for any assistance that you may provide. Please call with any questions or concerns.

Sincerely,

Detective Lieutenant Dana J. Pagley
Internal Affairs Section
Massachusetts State Police
Office:  508-988-7006
Cell:  ████████

*Excellence In Service Through Quality Policing*