| CRIMINAL DOCKET | DOCKET NUMBER 1222CR000988 | NO. OF COUNTS 3 | Trial Court of Massachusetts District Court Department |
|---|---|---|---|
| DEFENDANT NAME AND ADDRESS Bruce Brown [redacted] Newburyport, MA | DOB [redacted]/1988 DATE COMPLAINT ISSUED 06/11/2012 PRECOMPLAINT ARREST DATE 06/09/2012 | GENDER Male | COURT NAME & ADDRESS Newburyport District Court 188 State Street, Route 1 Traffic Circle Newburyport, MA 01950 INTERPRETER REQUIRED |

**FIRST FIVE OFFENSE COUNTS**

| COUNT | CODE | OFFENSE DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 265/13D/B | A&B ON PUBLIC EMPLOYEE c265 §13D | 06/09/2012 |
| 2 | 268/32B | RESIST ARREST c268 §32B | 06/09/2012 |
| 3 | 272/53/F | DISORDERLY CONDUCT c272 §53 | 06/09/2012 |

DEFENSE ATTORNEY: A. Milne, Esq. 6·11·12
OFFENSE CITY/TOWN: Salisbury
POLICE DEPARTMENT: Salisbury PD

| DATE & JUDGE | DOCKET ENTRY | DATE & JUDGE | FEES IMPOSED |
|---|---|---|---|
| Doyle, J. JUN 11 2012 | ☑ Attorney appointed (SJC R. 3:10) ☐ Atty denied & Deft. Advised per 211 D §2A ☐ Waiver of Counsel found after colloquy | 6-11-12 Doyle J | Counsel Fee (211D § 2A¶2) $150 — ☐ WAIVED Counsel Contribution (211D § 2) $ ☐ WAIVED |
| Doyle, J. JUN 11 2012 | Terms of release set: ☐ PR ☑ Bail 1,000 cash ☑ See Docket for special conditions — posted ☐ Held (276 §58A) | | Default Warrant Fee (276 § 30¶1) $ ☐ WAIVED Default Warrant Arrest Fee (276 § 30 ¶2) $ ☐ WAIVED |
| Doyle, J. JUN 11 2012 | Arraigned and advised: ☑ Potential of bail revocation (276 §58) ☐ Right to bail to review (276 §58) ☐ Right to drug exam (111E § 10) | Doyle, J. OCT 15 2012 | Probation Supervision Fee (276 § 87A) $50/mo. APSF for 12 mos. ☐ WAIVED Bail Order Forfeited |
| Doyle, J. OCT 15 2012 | Advised of right to jury trial ☑ Waiver of jury found after colloquy ☐ Does not waive | | |
| | Advised of trial rights as pro se (Dist. Ct. Supp.R.4) Advised of right of appeal to Appeals Ct. (M.R. Crim P.R. 28) | Doyle, J. JUN 11 2012 | Cond of Release: No Abuse of Victim |

**SCHEDULING HISTORY**

| NO. | SCHEDULED DATE | EVENT | RESULT | JUDGE | TAPE START/STOP |
|---|---|---|---|---|---|
| 1 | 06/11/2012 | Arraignment | ☑ Held ☐ Not Held but Event Resolved ☐ Cont'd | Doyle J. | 0 |
| 2 | 7.11.12 | PTH/SRP | ☑ Held ☐ Not Held but Event Resolved ☐ Cont'd | Doyle | 0 |
| 3 | 8.1.12 | CTE | ☑ Held ☐ Not Held but Event Resolved ☐ Cont'd | Susan | |
| 4 | 10.15.12 → 10.15.12 | JT | ☐ Held ☑ Not Held but Event Resolved ☐ Cont'd | Not Resolved Doyle J.O. | |
| 5 | 10.15.13 | SRP CWF | ☑ Held ☑ Not Held but Event Resolved ☐ Cont'd | Dold Dismissed Doyle | |
| 6 | 6.5.23 | pet seal | ☑ Held ☐ Not Held but Event Resolved ☐ Cont'd | Curran | |
| 7 | 6.20.23 | pet seal | ☑ Held ☐ Not Held but Event Resolved ☐ Cont'd 23D | Doyle | |
| 8 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 9 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 10 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |

**APPROVED ABBREVIATIONS**
ARR = Arraignment   PTH = Pretrial hearing   DCE = Discovery compliance & jury selection   BTR = Bench trial   JTR = Jury trial   PCH = Probable cause hearing   MOT = Motion hearing   SRE = Status review
SRP = Status review of payments   FAT = First appearance in jury session   SEN = Sentencing   CWF = Continuance-without-finding scheduled to terminate   PRO = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant Issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PVH = probation revocation hearing.

| A TRUE COPY ATTEST: | CLERK-MAGISTRATE / ASST CLERK X | TOTAL NO. OF PAGES | ON (DATE) |
|---|---|---|---|

Date/Time Printed: 06-11-2012 09:41:07     1222CR000988     Version 2.0 - 11/06

| CRIMINAL DOCKET - OFFENSES | DEFENDANT NAME: Bruce Brown | DOCKET NUMBER: 1222CR000988 |
|---|---|---|

**COUNT / OFFENSE**
**1  A&B ON PUBLIC EMPLOYEE c265 §13D**

DISPOSITION DATE AND JUDGE: OCT 15 2012  Doyle, J.

**DISPOSITION METHOD**
- ☒ Guilty Plea or ☒ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
- ☐ Bench Trial
- ☐ Jury Trial
- ☐ Dismissed upon:
  - ☐ Request of Commonwealth  ☐ Request of Victim
  - ☐ Request of Defendant  ☐ Failure to prosecute
- ☐ Other:
- ☐ Filed with Defendant's consent
- ☐ Nolle Prosequi
- ☐ Decriminalized (277 §70 C)

| FINE/ASSESSMENT | SURFINE | COSTS 200- | OUI §24D FEE | OUI VICTIMS ASMT |
| HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT 50- | BATTERER'S FEE | OTHER |

**SENTENCE OR OTHER DISPOSITION**
- ☒ Sufficient facts found but continued without a finding until: 1yr, 10·15·13
- ☐ Defendant placed on probation until:
  - ☐ Risk/Need or OUI  ☒ Administrative Supervision
- ☐ Defendant placed on pretrial probation (276 §87) until:
- ☐ To be dismissed if court costs / restitution paid by:

**FINDING**
- ☐ Guilty  ☐ Not Guilty
- ☐ Responsible  ☐ Not Responsible
- ☐ Probable Cause  ☐ No Probable Cause

**FINAL DISPOSITION**
- ☒ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated: defendant discharged
- ☐ Sentence or disposition revoked (see cont'd page)

JUDGE: Doyle J    DATE: 10·15·13

---

**COUNT / OFFENSE**
**2  RESIST ARREST c268 §32B**

DISPOSITION DATE AND JUDGE: OCT 15 2012  Doyle, J.

**DISPOSITION METHOD**
- ☐ Guilty Plea or ☒ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
- ☐ Bench Trial
- ☐ Jury Trial
- ☐ Dismissed upon:
  - ☐ Request of Commonwealth  ☐ Request of Victim
  - ☐ Request of Defendant  ☐ Failure to prosecute
- ☐ Other:
- ☐ Filed with Defendant's consent
- ☐ Nolle Prosequi
- ☐ Decriminalized (277 §70 C)

| FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
| HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

**SENTENCE OR OTHER DISPOSITION**
- ☒ Sufficient facts found but continued without a finding until: 1yr, 10·15·13
- ☐ Defendant placed on probation until:
  - ☐ Risk/Need or OUI  ☒ Administrative Supervision
- ☐ Defendant placed on pretrial probation (276 §87) until:
- ☐ To be dismissed if court costs / restitution paid by:

**FINDING**
- ☐ Guilty  ☐ Not Guilty
- ☐ Responsible  ☐ Not Responsible
- ☐ Probable Cause  ☐ No Probable Cause

**FINAL DISPOSITION**
- ☒ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated: defendant discharged
- ☐ Sentence or disposition revoked (see cont'd page)

JUDGE: Doyle J    DATE: 10·15·13

---

**COUNT / OFFENSE**
**3  DISORDERLY CONDUCT c272 §53**

DISPOSITION DATE AND JUDGE: OCT 15 2012  Doyle, J.

**DISPOSITION METHOD**
- ☐ Guilty Plea or ☒ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
- ☐ Bench Trial
- ☐ Jury Trial
- ☐ Dismissed upon:
  - ☐ Request of Commonwealth  ☐ Request of Victim
  - ☐ Request of Defendant  ☐ Failure to prosecute
- Other:
- ☐ Filed with Defendant's consent
- ☐ Nolle Prosequi
- ☐ Decriminalized (277 §70 C)

| FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
| HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

**SENTENCE OR OTHER DISPOSITION**
- ☒ Sufficient facts found but continued without a finding until: 1yr, 10·15·13
- ☐ Defendant placed on probation until:
  - ☐ Risk/Need or OUI  ☒ Administrative Supervision
- ☐ Defendant placed on pretrial probation (276 §87) until:
- ☐ To be dismissed if court costs / restitution paid by:

**FINDING**
- ☐ Guilty  ☐ Not Guilty
- ☐ Responsible  ☐ Not Responsible
- ☐ Probable Cause  ☐ No Probable Cause

**FINAL DISPOSITION**
- ☒ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated: defendant discharged
- ☐ Sentence or disposition revoked (see cont'd page)

JUDGE: Doyle J    DATE: 10·15·13

---

Date/Time Printed: 06-11-2012 09:41:07



1222CR000988

Version 2.0 - 11/06

| CRIMINAL DOCKET<br>DOCKET ENTRIES | DEFENDANT NAME<br>Bruce Brown | DOCKET NUMBER<br>1222CR000988 |
|---|---|---|

| DATE | DOCKET ENTRIES |
|---|---|
| 6-11-12 | 60 day warning (Doyle J) condition: N/A (N) - Doyle J |
| Doyle, J. →<br>OCT 15 2012 | Doyle J. - full colloquy given, jury waiver ☒. ∆ advised of alien rts. Bail posted may be ret'd to surety once LOC is paid.<br>**ALIEN RIGHTS GIVEN** Doyle J |
| 10-15-12 | Bail applied to ct fees |
| ~~12-16-13~~ | ~~[struck through]~~ Wrong Case |
| 6.20.23 | Doyle J  ADA Belmonte, ∆ present. No action on petition. ∆ may mark up at a later date. |

APPROVED ABBREVIATIONS
ARR = Arraignment   PTH = Pretrial hearing   DCE = Discovery compliance & jury selection   BTR = Bench trial   JTR = Jury trial   PCH = Probable cause hearing   MOT = Motion hearing   SRE = Status review
SRP = Status review of payments   FAT = First appearance in jury session   SEN = Sentencing   CWF = Continuance-without-finding scheduled to terminate   PRO = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PVH = probation revocation hearing.

Date/Time Printed: 06-11-2012 09:41:07            1222CR000988            Version 2.0 - 11/06/