

# Salisbury Police Department

Thomas W. Fowler, *Chief of Police*

181 Beach Road, Salisbury, Massachusetts 01952 • 978-465-3121 • www.salisburypolice.com

May 23, 2018

Officer Patrick Szymkowski
181 Beach Road
Salisbury, MA 01952

Dear Officer Szymkowski,

    This department has initiated an internal investigation into allegations concerning your behavior documented in Georgetown incident report 18-147-OF, which is attached, involving ███████████. This report was filed on April 13, 2018 at the Georgetown Police Department. While this investigation is being carried out I am taking the following actions concerning your status.

    You are hereby advised that upon service of this notice you are being placed on paid administrative leave status until I have notified you that the investigation is completed or I have rendered a decision of whether to recommend discipline up to and including termination of your employment with the Town of Salisbury.

    During the time that you are on paid administrative leave you are not authorized to exercise any police powers, nor are you authorized to act in any manner thereof, in the capacity of a police officer. While on paid administrative leave you are not authorized to enter the confines of the Salisbury Police Station unless accompanied by the Officer in Charge. You are restricted from accessing any departmental computer, report, document or file.

    Upon receipt of this notice you are to immediately return your department firearms badges and Commonwealth of Massachusetts police ID to Lieutenant King or his designee.

    Additionally, you are ordered to have no contact with ███████████, date of birth ███████ who resides at ███████████████████████. This order of no contact includes all forms of electronic communications as well as going to the abovementioned address.

    Thank you for your attention.

Very truly yours,

*Thomas W. Fowler*

Thomas W. Fowler
Chief of Police

Cc: Neil Harrington, Town Manger
IA file