

# Salisbury Police Department

Thomas W. Fowler, *Chief of Police*

181 Beach Road, Salisbury, Massachusetts 01952 • 978-465-3121 • www.salisburypolice.com

May 24, 2018

Officer Patrick Szymkowski
181 Beach Road
Salisbury, MA  01952

Dear Officer Szymkowski:

    This department initiated an internal investigation into allegations concerning your behavior documented in Georgetown incident report 18-147-OF. During this investigation you were placed on paid administrative leave effective May 23, 2018.

    The investigation portion of this process has been completed with your interview by myself and Lieutenant King on this date. The investigation did not disclose any compelling reasons for you to remain on paid administrative leave therefore, you are hereby returned to full duty without any restrictions.

    If you have any questions, please don't hesitate to call.

Very truly yours,

*Thomas W. Fowler*

Thomas W. Fowler
Chief of Police

Copy: Neil Harrington, Town Manager
        IA file