# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

10th Circuit - Family Division - Brentwood
PO Box 1208
Kingston NH 03848-1208

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## ORDER ON DVP/STALKING DENIAL
## OR NO TEMPORARY ORDERS

Case Number:  **618-2018-DV-00078**                PNO:

Patrick Szymkowski _____ V. Destinie Berard _____  ████1979

Plaintiff                                    Defendant                    Def Date of Birth

## ORDER

☐   PETITION DENIED AND CASE DISMISSED for the following reasons:

_____

_____

☒   NO TEMPORARY ORDERS ARE ISSUED.  However, THIS CASE SHALL BE SCHEDULED
FOR A HEARING with plaintiff and defendant present, as set forth below (see NOTICE OF
HEARING).

**Recommended:**

May 30, 2018 _____

Date

_____
Signature of Marital Master

_____
Printed Name of Marital Master

**So Ordered:**

I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital
master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal
standard to the facts determined by the marital master/judicial referee/hearing officer.

_____5/30/18_____

Date

_____
Signature of Judge

1-855-212-1234 _____

Telephone Number of Court

**Mark F. Weaver** _____

Print / Type Name of Judge

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

**NOTICE TO LAW ENFORCEMENT:**  Please serve this NOTICE OF HEARING on the defendant
named in this petition.  This case is scheduled for a hearing at the above court on _____ at
_____. The plaintiff and defendant are hereby summoned to appear at the hearing.  The
court will hear testimony from both parties.  One half hour will be allotted for this hearing.

If you will need an interpreter or other accommodations for this hearing, please contact the court
immediately.

Please be advised (and/or advise clients, witnesses, and others) that it is a Class B felony to carry a
firearm or other deadly weapon as defined in RSA 625.11, V in a courtroom or area used by a court.

_____

Date

_____
LoriAnne Hensel, Clerk of Court

NHJB-2116 DF (07/01/2011)