# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

10th Circuit-Family Division-Brentwood
P.O. Box 1208
Kingston, NH 03848-1208

**RECEIVED**
MAY 30 2018
10th Circuit at Brentwood

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## REQUEST/ORDER FOR WITHDRAWAL OF DOMESTIC VIOLENCE OR STALKING PROTECTIVE ORDER

Case Numbers: 618-2018-DV-78

PNO: _____

Court ORI: NH008293J

Plaintiff: Patrick Szymokowski

Plf Date of Birth: _____

v.

Defendant: Destinii Berard

Def Date of Birth: _____

I, Patrick Szymkowski, wish to have my Protective Order withdrawn. This request is made voluntarily and without duress, undue pressure, or threats being made to me. I understand that by withdrawing the Protective Order, I will no longer be protected by any orders issued in this case. I also understand that this withdrawal does not prevent me from applying for a new Protective Order in the future, if necessary.

Date: 5/30/18

Plaintiff Signature: [signed]

## ORDER

[✓] Plaintiff's request to withdraw the Protective Order is **APPROVED** and the orders are **VACATED**.

[ ] Plaintiff's request to withdraw the Protective Order is **DENIED**.

THIS ORDER DOES NOT VACATE ANY CONDITIONS IMPOSED IN CRIMINAL MATTERS BEFORE A COURT OF COMPETENT JURISDICTION.

**Recommended:**

Date: _____

Signature of Marital Master: _____

Printed Name of Marital Master: _____

**So Ordered:**

I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

Date: 5/30/18

Signature of Judge: [signed]

Printed Name of Judge: Mark F. Weaver

Given in hand

NHJB-2046-DF (02/14/2013)

Page 1 of 1