

# Salisbury Police Department

Thomas W. Fowler, *Chief of Police*

181 Beach Road, Salisbury, Massachusetts 01952 • 978-465-3121 • www.salisburypolice.com

May 30, 2018

Officer Patrick Szymkowski
Salisbury Police Department
181 Beach Road
Salisbury, MA 01952

Dear Officer Szymkowski,

    The Salisbury Police Department conducted an internal investigation concerning your behavior documented in Georgetown incident report 18-147-OF, involving ▮▮▮▮▮. This report was filed on April 13, 2018 at the Georgetown Police Department.

    On or about June 30, 2016 it came to my attention that you were ▮▮▮▮▮ ▮▮▮▮▮. It was reported that she went to the Georgetown Police Department asking about her options for a restraining order. That incident was investigated and on June 30, 2016, Lieutenant King conducted a formal, verbal counseling session with you. At that time you assured us that you would conduct yourself in a more ethical manner both on and off duty.

    On April 13, 2018 ▮▮▮▮▮ again went to the Georgetown Police Department inquiring about her options for a restraining order. As soon as I became aware of this incident and the fact that you were ▮▮▮▮▮ you were placed on paid administrative leave. That was on Wednesday May 23, 2018.

    On Thursday May 24, 2018 a fact finding meeting was conducted in my conference room. Present at that meeting were you, Lieutenant King and myself. During that meeting it was determined that you ▮▮▮▮▮

███████████ was counselled in 2016 about this behavior. Additionally, you stated that you thought ████████ may have gone to the Georgetown Police Department yet you failed to notify me or Lieutenant King.

I have concluded that you have violated the Department's Rules of Conduct Policy (DISC-1). Additionally, you violated the Department's Domestic Violence & Criminal Harassment Policy (VWA-2) for not reporting that you may have been subject of a police investigation in Georgetown. These charges have been **sustained and supported by sufficient evidence.**

On Tuesday May 29, 2018 we met again in my conference room with Lieutenant King to discuss a resolution to the abovementioned policy violations. You were offered and accepted the following resolution to this matter.

As of the signing of this agreement, you will be suspended from police duty for two (2) days. This suspension will be held in abeyance for a period of two (2) years. You will conduct yourself in a manner as to reflect most favorably on the Department.

If you are found in violation of these same policies in the future, I may, in my discretion, recommend to the Town Manager that your employment with the Town be terminated. Further, keep in mind that any future violations of department rules and regulations will result in discipline, up to and including further suspension without pay or termination of employment.

After the two (2) year period, and if no other similar policy violations arise, the two (2) day suspension will be reduced to a written reprimand.

A copy of this letter will be placed in your personnel file. I want to thank you for your honesty and candor during this process.

Very Truly Yours,

Thomas W. Fowler
Chief of Police

Agreed to on: _May 31, 2018_
　　　　　　　　　Date

_____
Officer Patrick Szymkowski

Copies:    Neil Harrington, Town Manager
           NEPBA Local 15
           Personnel File