&lt;aking@salisburypolice.com&gt;

**From:** ▮▮▮▮▮ &lt;▮▮▮▮▮▮▮▮▮▮▮&gt;
**To:** aking@salisburypolice.com &lt;aking@salisburypolice.com&gt;
**Date:** 30 May '18 16:30
**Subject:** (none)
**Attach.:** IMG_9602.jpg (136.29 KB), IMG_9600.jpg (78.94 KB), IMG_9601.jpg (71.24 KB)

This is one of many pictures he has sent me making fun of people he's arrested