

# Salisbury Police Department

Thomas W. Fowler, *Chief of Police*

181 Beach Road, Salisbury, Massachusetts 01952 • 978-465-3121 • www.salisburypolice.com

June 6, 2018

Officer Patrick Szymkowski
Salisbury Police Department
181 Beach Road
Salisbury, MA 01952

Dear Officer Szymkowski,

    The Salisbury Police Department conducted an internal investigation concerning your behavior documented in Georgetown incident report 18-147-OF, involving ▓▓▓▓▓▓▓▓. This report was filed on April 13, 2018 at the Georgetown Police Department.

    On Tuesday May 29, 2018 we met in my conference room with Lieutenant King to discuss a resolution to the abovementioned matter. You were offered and accepted the following resolution to this matter. You will be suspended from police duty for two (2) days. This suspension will be held in abeyance for a period of two (2) years. You will conduct yourself in a manner as to reflect most favorably on the Department. It was also agreed that if there were any similar violations in the future the suspension would be served and there may be additional discipline administered.

    On May 30, 2018 I received an email from ▓▓▓▓▓▓▓▓ that included three (3) Salisbury Police mug shots and a photo of evidence seized in a civil marijuana case. She claimed that they were forwarded to her by you in late 2014.

    On Tuesday June 5, 2018 we met in my conference room with Lieutenant King to discuss this newly disclosed information. You admitted that you sent ▓▓▓▓▓▓▓▓ the photos and admitted it was extremely poor judgement. You also assured us there were no other similar photos that were sent to her.

The disclosure of these photos to a civilian who has no association with the Salisbury Police Department is a gross violation of department policy. Specifically, it violated the Department Code of Conduct and Responsibility Policy (DISC-1). More specifically, Section G. Public Statements, subsection 4. Dissemination of Official Information section a. which states:

*"Employees shall treat as confidential that information which is confided to them personally in the course of their official duties. They shall disclose such information only as required in the proper performance of their duties"*

Additionally section b:

*"Employees shall neither disclose nor use for their personal interest any confidential information acquired by them in the course of their official duties."*

Also section c:

*"Employees shall treat as confidential all matters relating to investigations, internal affairs, and personnel."*

You are hereby charged with violating the abovementioned policies. These charges have been **sustained and supported by sufficient evidence.**

As a result of these charges and in accordance to the resolution agreement dated May 30, 2018 you are hereby suspended without pay from duty from **Monday June 18, 2018 to Tuesday June 19, 2018**. During this time you may not represent yourself or act as a police officer in any capacity and you will not be eligible for any overtime or detail work.

If you are found in violation of these same policies in the future, I may, in my discretion, recommend to the Town Manager that your employment with the Town be terminated. Further,

keep in mind that any future violations of department rules and regulations will result in discipline, up to and including further suspension without pay or termination of employment.

A copy of this letter will be placed in your personnel file. I want to thank you for your honesty and candor during this process.

Very Truly Yours,

Thomas W. Fowler
Chief of Police


Copies:     Neil Harrington, Town Manager
            NEPBA Local 15
            Personnel File