RECEIVED
MAY 19 2021
10th Circuit at Brentwood

**Court:** 10th Circuit – Family Division – Brentwood
**Case Name:** In the Matter of Patrick Szymkowski and Nicole Szymkowski
**Case Number:** 818-2021-DM-00083

## Motion To waive Attendance at Child Impact Program

On June 8, 2018, the decision to separate / divorce was made between Patrick Szymkowski and Nicole Szymkowski. The children, ages 11 & 12 at the time, were sat down, explained the difficult decision, and given the chance to ask questions and have a discussion. That channel of communication has / shall always remain open with the children.

Shortly after the decision, and in the best interests of the children, Patrick proposed a living arrangement in which both he and Nicole maintain residency at the single-family home located at ███████ ███████. Patrick would reside in an in-law style space above the garage, while Nicole and the children maintain their occupancy in the main portion of the house without any change. After several days, Nicole accepted the proposal. Patrick and Nicole have maintained this living arrangement agreement since June 8, 2018 to present day without issue.

During the last 3 years, this unique / exceptional living arrangement has allowed Patrick, Nicole, and the children the ability to:
- Co-parent with ease on a daily basis, splitting of parental responsibilities
- School drop off / pickup, unexpected calls for early dismissals (sick)
- No disruption in either child's social lives, school, friends
- Patrick & Nicole maintain a friendship that the children clearly benefit from and observe
- Minimize any negative impact that divorce often has on children
- Maintain a close daily relationship with both children
- With opposite work schedules, typically one parent is always home with the children
- Provide and address any of the children's needs that may arise unexpectedly
- Children have not displayed any negative effects of the decision to divorce

To further articulate the climate that exists between Patrick and Nicole, prior to the decision to separate / divorce in 2018, the family would spend Labor Day weekend at Sebago Resort in Maine with other friends and family. Nicole, and both children have continued the tradition despite the separation 3 years ago. This year, and after discussion with Nicole, Patrick along with his girlfriend and her daughter, will also be spending the long holiday weekend with the large group of family and friends at the resort. Additionally, Patrick's younger is getting married this summer, Nicole too was invited and will be attending. The two will likely be sitting at the same table during the reception.

In conclusion, Patrick and Nicole believe their decisions and actions over the last 3 years clearly display and confirm they have acted in the best interests of their children. They believe they've shown and demonstrated their parenting responsibilities are fully understood. Despite the difficult decision, they have fostered a healthy friendship, and made decisions together while raising their two children.

It is because of these examples and chosen living arrangement, Patrick and Nicole seek to have the Child Impact Seminar respectfully WAIVED.