# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

10th Circuit-Family Division-Brentwood
P.O. Box 1208
Kingston, NH 03848-1208

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## DOMESTIC VIOLENCE PETITION
Pursuant to RSA 173-B

Case Number: 618-2018-DV-00084   PNO: _____

Patrick Szymkowski [DOB] /77  v.  Destinie Berard [DOB] /79
Plaintiff / Plf Date of Birth        Defendant / Def Date of Birth

Sex: [X] M  [ ] F
Race: [ ] Asian  [ ] Other  [ ] Black  [ ] Unavailable  [ ] Indian  [ ] White  [ ] Multiracial  [ ] Native Hawaiian or Other Pacific Islander
Ethnicity: [ ] Hispanic  [X] Non-Hispanic  [ ] Refused

Sex: [ ] M  [X] F
Street Address: 46 Pond St
City / State / Zip: Georgetown

**RELATIONSHIP to DEFENDANT**
[ ] Married
[ ] Divorced
[ ] Separated
[ ] Cohabit / cohabited
[ ] Child in common
[ ] Household member
[X] Other  Ex GF

TO THE JUSTICE OF THE COURT: I am in immediate danger of abuse by the defendant. I base my request for protection from abuse on the following facts that occurred on the following dates, and ask the court to issue orders as noted below:

Due to the repeated/unwanted contact by ∆ on 5/19/18, 5/25/18, 6/2/18, and 6/10/18, and ∆ refusing to comply with police request to stop all forms of contact, I petition for said order based on the following:
5/23 - Following the conclusion of a mutually tumultuous relationship, I was placed on paid leave by my employer due to allegations made by ∆ of physical & emotional abuse. Based on investigation and interview with ∆

[X] SEE ATTACHED ADDITIONAL PAGE(S)

The defendant and I are currently involved in or have received orders in the following court actions:
[ ] divorce  [ ] custody  [ ] protective order  [X] none  [ ] other _____

Please list the court(s) handling the case(s): _____
Are you represented by a lawyer in any of these matters?  [ ] Yes  [X] No
**Residence:** [X] own  [ ] rent  [ ] in whose name? _____

Children living in household:

| NAME | DOB | BIRTH PARENTS | WHO HAS CUSTODY |
|---|---|---|---|
| H▇ S▇ | 12 | Patrick/Nicole Szymkowski | Joint |
| M▇ S▇ | 10 | " | " |

Note: If you have minor children born to or adopted by you and the defendant, you must submit a UCCJEA Affidavit (Form NHJB-2660-FP)

I have suffered the following financial losses as a result of the abuse:  [ ] medical/dental/optical expenses
[ ] loss of wages  [ ] loss of personal property  [ ] other (explain) _____

NHJB-2050-DF (07/21/2014)                          Page 1 of 3

1

Case Name: _Brunkowsky v. Dvorak_ (handwritten)
Case Number: _618-20 s-DV-00084_ (handwritten)   P: _____

## DOMESTIC VIOLENCE PETITION

### REQUEST FOR PROTECTIVE ORDERS:

1. [X] Restrain the defendant from abusing me, having any contact with me, whether in person or through third persons, including but not limited to contact by telephone, letters, fax, texting, social media, e-mail, the sending or delivery of gifts or any other method, unless specifically authorized by the court.

2. [ ] Restrain the defendant from entering in or on the premises (including curtilage) where I reside except with a peace officer for the purpose of removing defendant's personal possessions; my place of employment; my school.

3. [X] Restrain the defendant from abusing my relatives or members of my household.

4. [X] Restrain the defendant from taking, converting or damaging property in which I have a legal or equitable interest.

5. [ ] Direct the defendant to temporarily relinquish to a peace officer any firearms or other deadly weapons, including _____

6. [ ] Award temporary custody of our minor child(ren) to me.

7. [ ] Restrain the defendant from contact and from taking, transferring, encumbering, concealing, committing an act of cruelty or neglect or disposing of any animal owned, possessed, leased, kept or held by me or the defendant or a minor child in either household.

### REQUEST FOR ADDITIONAL ORDERS:

8. [ ] Direct the defendant to make child support payments to me for the care of our minor children.
9. [ ] Direct the defendant to follow a court approved visitation plan if defendant wishes to exercise child visitation rights.
10. [ ] Award me the exclusive right to use and possession of our residence and household furnishings.
11. [ ] Award me the exclusive right of use and possession of the following vehicle: _____
12. [ ] Award me the exclusive care, custody or control of any animal owned, possessed, leased, kept or held by me, the defendant or a minor child in either household.
13. [ ] Order the defendant to pay me for financial losses suffered as a direct result of the abuse.
14. [ ] Recommend that the defendant attend a batterers treatment program or personal counseling.
15. [ ] Other relief: _____

### Additional Space for Statement of Facts

my investigation concluded and felt "Confident that no physical or emotional abuse had taken place." I returned to work after 1 day. Investigation conducted by Lt. Anthony King.

Based on above investigation and at my request A was informed by Lt. King no additional communication between her or I would take place. A "assured" Lt King via email no communication would occur. A additionally sent Lt King emails further exonerating any wrong doing as initially reported.

Prior to the above invest/incident A has consistently lashed out and acted in ways meant to coerce, manipulate, and intimidate me in attempts to prolong the toxic relationship that existed.

Case Name: Szymkowski v Gerard
Case Number: 618-2018-DV-00084

**DOMESTIC VIOLENCE PETITION**

The above incident which prompted the above investigation was reported to the Georgetown, Ma Police Dept. A inquiry on domestic orders was in response to me threatening to seek a protective order due to her manic and emotionally unstable episodes. The day in which she spoke with GPD A went as far as sending me images as she arrived and walked into police station. I advised A to please has GPD call me immediately for a written statement.

The following pages are a fraction of incidents leading to this petition:

**THIS PETITION MUST BE SIGNED BY THE PETITIONER WHILE AT COURT.**

**THIS PETITION WILL NOT BE ACCEPTED BY FAX, E-MAIL, OR U.S. MAIL.**

I swear that the foregoing information is true and correct to the best of my knowledge. I understand that making a false statement on this petition will subject me to criminal penalties.

Date: 6/13/18
Signature of Plaintiff: [signed]

State of New Hampshire, County of Rockingham

This instrument was acknowledged before me on 6-13-18 by Patrick L Szymkowski

My Commission Expires: 5-4-21
Affix Seal, if any: [signed] Linda Lanouette

Linda M. Lanouette
Notary Public-New Hampshire
My Commission Expires
May 4, 2021

Clerk of Court/Deputy Clerk/Justice of Peace/Notarial Officer

NHJB-2050-DF (07/21/2014)    Page 3 of 3