# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

10th Circuit - Family Division - Brentwood
PO Box 1208
Kingston NH  03848-1208

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## ORDER ON FURTHER EXTENSION OF
## DOMESTIC VIOLENCE OR STALKING FINAL PROTECTIVE ORDER
Pursuant to RSA 633:3-a or 173-B

| Case Number: | 618-2018-DV-00084 | | PNO: | 6181810084 | |
|---|---|---|---|---|---|
| Patrick Szymkowski | | 1977 | V. Destinie Berard | | 1979 |
| Plaintiff | | Plf Date of Birth | Defendant | | Def Date of Birth |

Pursuant to the provision of New Hampshire RSA 173-B:5, VI or RSA 633:3-a, III-c, the Plaintiff requests a further extension of the Final Protective Order issued on <u>July 11, 2018</u>, the Plaintiff having been originally granted a one-year extension.

[✓]  The Court finds, based upon the Plaintiff's representations, that good cause exists to extend the order.  Accordingly, the Final Protective Order is hereby further extended to <u>July 10, 2025</u>.  The Defendant shall be given notice of Plaintiff's request and this order.  If the Defendant objects to the extension, he/she shall file a written objection within 10 days of the date of the Clerk's Notice of Decision and a hearing shall be conducted within 30 days of this order.  At such hearing, the Court may either reaffirm, modify or vacate this extension order.  If a hearing is scheduled, both parties shall appear.

[ ]  The Court finds, based upon the Plaintiff's representations, that good cause does not exist and the request to extend the order is denied.

**Recommended:**

_____
Date

_____
Signature of Marital Master

_____
Printed Name of Marital Master

**So Ordered:**
I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

7/8/2020
Date

_/s/ Polly L. Hall_
Signature of Judge

Polly L. Hall, Judge
Printed Name of Judge

NHJB-2100-DFS (07/01/2011)