# The State of New Hampshire
## COMPLAINT

Case Number: 441-2024-CR-353        Charge ID: 2186723C

| ☐ VIOLATION | **MISDEMEANOR** | ☒ CLASS A | ☐ CLASS B | ☐ UNCLASSIFIED (non-person) |
|---|---|---|---|---|
|  | **FELONY** ☐ CLASS A | ☐ CLASS B | ☐ SPECIAL | ☐ UNCLASSIFIED (non-person) |

You are to appear at the: **10thCircuit-Hampton**     Court,
Address: **3 TIMBER SWAMP RD, HAMPTON, NH**     County: **ROCKINGHAM**
Time: 11:00AM     Date: 03/18/24

Under penalty of law to answer to a complaint charging you with the following offense:

**THE UNDERSIGNED COMPLAINS THAT :  PLEASE PRINT**

| BERARD | DESTINIE | L |
|---|---|---|
| Last Name | First Name | Middle |
| 46 POND ST | GEORGETOWN | MA |
| Address | City | State / Zip |

| F | W | 4 1 0 | 1 8 0 | BLUE | BLOND OR STRAWBERRY |
|---|---|---|---|---|---|
| Sex | Race | Height | Weight | Eye Color | Hair Color |

| ███/79 | | | MA |
|---|---|---|---|
| DOB | License #: | | OP License State |

☐ COMM. VEH.     ☐ COMM. DR. LIC.     ☐ HAZ. MAT.     ☐ 16+PASSENGER

AT: SEABROOK POLICE DEPARTMENT: 7 LIBERTY LN, SEABROOK NH
On 05/30/2022 at 12:45 PM in Rockingham County NH, did commit the offense of:
RSA Name:              Violation of Protective Order
Contrary to RSA:       173-B:9
Inchoate:
(Sentence Enhancer):

And the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did:

Knowingly violate a final Order of Protection issued by the 10th Circuit Court-Family Division-Brentwood on July 8, 2020, in that she came within 300 feet of the protected party in said order at 1 Lowell Street, Saint Elizabeth of Hungary Mission Church,

Date 3/18/24
☐ no plea (felony)
☒ not guilty (to all charges)

△ waives counsel
☒ shall be appointed counsel
△ will hire counsel

*EVC*
Judge

against the peace and dignity of the State.
☐ SERVED IN HAND

Complainant Signature     Sergeant JUSTIN T MURPHY     Seabrook PD
                          Complainant Printed Name     Complainant Dept.

**Making a false statement on this complaint may result in criminal prosecution.**
Oath below not required for police officers unless complaint charges class A misdemeanor or felony (RSA 592-A:7.I).
Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in his/her belief, true.

6-14-2022
Date                      Justice of the Peace

NHJB-2962-D (6/27/2016)