# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
https://www.courts.nh.gov

**Court Name:** 10th Circuit - District Division - Hampton

**Case Name:** State v. DESTINIE L BERARD

**Case Number:** 441-2024-CR-00353
(if known)

**Charge ID** 2186723C
(if known)

## BAIL ORDER

Police Dept. _Seabrook PD_    Agency Case Number: _____

| Date of Offense | Offense | Degree<br>Violation, Misd. A, Misd. B, Felony, other |
|---|---|---|
| May 30, 2022 | Violation of Protective Order | Class A Misdemeanor |

You are required to appear for a hearing at:

Court Location: 10th Circuit - District Division - Hampton

Court Address: 3 Timber Swamp Road  Hampton NH  03842

Date of Hearing: _July 10, 2024_    Time of Hearing: _1:00_  ☐ AM  ☑ PM

It is hereby ordered that the defendant shall:

☑ Be released on personal recognizance.

☐ Be detained for not more than 72 hours to allow for filing of a probation violation.

☐ Be released on $ _____ ☐ cash or ☐ corporate surety bail.
The Court finds that this financial condition will not be the cause for continued detention,
unless:
☐ a hearing to determine the source of funds for bail is required before posting bail, OR

☐ the Court finds by *clear and convincing evidence* that no reasonable alternative or
combination of conditions will:
☐ Reasonably assure the appearance of the defendant; and/or

☐ Reasonably assure that the defendant will not commit an offense while on release

☐ Be placed in preventive detention pursuant to RSA 597:2, III(a) based on *clear and convincing evidence* that the defendant's release will endanger the safety of the defendant or of the public.

**Case Name:** State v. DESTINIE L BERARD

**Case Number:** 441-2024-CR-00353

**BAIL ORDER**

**The Defendant is subject to the following additional conditions:**
Defendant shall not commit a federal, state, or local crime, must appear at all court proceedings as ordered, must advise the court in writing of all changes of address within 24 hours, and must comply with all civil domestic violence and stalking orders of protection.

1. ☑ Shall have no contact, direct or indirect, or through a third party with _Patrick Szymkowski_ and shall not come within __300__ feet of where that person(s) may be.

If released, the defendant:
2. ☑ Shall not be at the following address/location: _138 North Road   Fremont, NH_
3. ☐ Shall live at: _____
4. ☐ Shall not travel outside of New Hampshire.
5. ☑ Shall not possess a firearm, destructive device, dangerous weapon, or ammunition.
6. ☑ Shall refrain from ☑ excessive ☐ any use of alcohol, and use of any narcotic drug or controlled substance as defined in RSA 318-B.
7. ☐ Shall not drive until defendant's license/privilege is restored by Division of Motor Vehicles.
8. ☐ Shall follow all terms and conditions of probation and/or parole. The defendant shall report to probation no later than _____
9. ☑ Shall sign a Waiver of Extradition.
10. ☐ The Criminal Bail Protective Order issued on _____ remains in full force and effect.
11. ☑ Other:
    _Follow Final DV Order in effect until July 10, 2025._
    _____

**So Ordered:**

__3/18/24__
Date

Signature of Judge / Bail Commissioner

$40 Bail commissioner fee:
☐ paid ☐ payment arrangement made ☐ unpaid

**Ellen V. Christo**
Printed Name of Judge / Bail Commissioner

**For Court Use Only:**
☐ Approved as amended/modified       ☐ See Supplemental Bail Order

_____
Date

_____
Signature of Judge

_____
Printed Name of Judge

**Defendant Information:**
Name: DESTINIE L BERARD                    DOB: ████ 1979

Physical address: _____

Mailing address (if different): _____

Cell phone #: _____       Alt. phone #: _____

E-mail: _____       ☐ I received a copy of "What You Need to Know"

_____
Date

_____
Signature of Defendant

**Please contact the Information Center with any questions at 1-855-212-1234.**