# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

**RECEIVED**

JUN 24 2025

~~10th Circuit Court~~
Hampton - Family

| | |
|---|---|
| Court Name: | 10th Circuit - District Division - Hampton |
| Case Name: | State of New Hampshire v. Destinie L. Berard |
| Case Number: (if known) | 441-2024-CR-00353 |

## REQUEST FOR CERTIFICATE OR COPY

1. Person making request **Dana Albrecht**   Telephone number **(603) 809-1097**

   Mailing address **131 D.W. Hwy #235, Nashua, NH 03060**

2. I request the following certificates or copies:

   ☐ Certificate of Name Change      Quantity _____ (photo ID copy required)

   ☐ Certificate of Appointment      Quantity _____ (photo ID copy required)

   ☐ Certificate of Adoption         Quantity _____ (See #3 below)

   ☑ Certified copy – list documents
   
   **All appearances filed by State prosecutors:**   Quantity  **1**
   
   **John Ventura, Esq. (NH Bar #20569)**   Quantity _____
   
   **Daniel Lawrence**   Quantity _____

   ☐ Plain copy – list documents
   
   _____   Quantity _____
   
   _____   Quantity _____

   ☐ Authenticated Packet      Quantity _____

   ☐ Other – explain   ☐ Foreign Country
   
   _____   Quantity _____

3. For a Certificate of Adoption, please check one of the following:

   ☐ I am the adoptee identified in the certificate, and I am age 18 or older.
   
   ☐ I am the adoptive parent of the adoptee identified in the certificate, and this adoptee is under the age of 18.
   
   ☐ **Enclosed is a copy of my driver's license, or a photo ID**

4. For all requests, please check one of the following:
   
   ☑ I will pick up these certificates or copies.
   
   ☐ Please mail the certificates or copies to the address indicated in #1 above.

June 24, 2025                          *[signature]*
Date                                   Signature

---

**To be completed by Court Staff**

Type of Proof of Identification provided _____

Amount paid: _____   Payment made by: ☐ Check  ☐ Cash  ☐ Credit Card

Date sent or picked up: _____   Issued by: _____

**NO Record found**

NHJB-2420-DFP (05/17/2021)          Page 1 of 1