# State of New Hampshire

Rockingham, SS.                                  Hampton District Court

State of New Hampshire
v.
Destinie L. Berard
**441-2024-CR-00353**

RECEIVED
MAY 1 4 2025
10th Circuit Court
Hampton - District

## ASSENTED TO MOTION TO CONTINUE

NOW COMES the State of New Hampshire in the above captioned matter and moves that this matter, which is scheduled for a Bench Trial on **May 15, 2025 at 1:00pm** be continued to a date convenient to the Court. As grounds for said Motion the State offers the following:

1) On March 15, 2024 the defendant; Destinie L. Berard, was arrested for Violation of Protective Order and charges were entered into the 10th Circuit Court-Hampton Division, receiving a docket number of 441-2024-CR-00353.

2) On March 18, 2024, the defendant; Destinie L. Berard, was arraigned and a Bench Trial has been scheduled for May 15, 2025, at 1:00pm, to be heard in the 10th Circuit Court-Hampton Division

3) Upon receiving notification of the date of said Bench Trial, the State learned that its primary witness, Sergeant Justin Murphy Officer James Mascioli, will be away at training and will be unavailable between the dates of May 14, 2025 through May 16, 2025.

4) The State has also received notification that the victim, Patrick Szymkowski, will also be unavailable, due to training.

5) On May 13, 2025, the State contacted defendant Destinie Berard, through her Attorney, Justin Shepherd, to request their assent for a continuance for the scheduled Bench Trial. Attorney Shepherd assented to the State's request to continue the matter

Wherefore the State of New Hampshire respectfully requests this Honorable Court to:

A.    Grant the State's request to continue this Bench Trial from the May 15, 2025 Trial list, and schedule this matter for a Bench Trial at a later date that the Honorable Court deems appropriate.

B.    For such other and further relief as justice may require.

I certify that on this date, I have forwarded a true copy of this motion to the defendant, through Attorney Justin Shepherd, through email.

DATE: May 13, 2025

*[signature]*
Daniel J. Lawrence
Prosecution Sergeant
Seabrook Police Department

RECEIVED
MAY 14 2025
10th Circuit Court
Hampton - District

CC: Attorney, Justin Shepherd
     Destinie Berard

Granted.

*[signature]*

Ellen V. Christo
Judge

5/14/25