THE STATE OF NEW HAMPSHIRE

10TH CIRCUIT – DISTRICT DIVISION – HAMPTON

ROCKINGHAM, SS                                                                                              JUNE TERM 2025

THE STATE OF NEW HAMPSHIRE

V.

DESTINIE L. BERARD

Docket No. 441-2024-CR-00353

RECEIVED

JUN 23 2025

10th Circuit Court
Hampton - District

## ASSENTED TO MOTION TO CONTINUE

NOW COMES counsel in the above-captioned matter and hereby requests that this Honorable Court continue the trial currently scheduled for June 26, 2025. The following is advanced in support of this motion:

1. Destinie L. Berard stands accused of one count Violation of a Protective Order.

2. This matter is scheduled for a trial on June 26, 2025.

3. Counsel will be in a jury trial commencing June 23, 2025, through June 26, 2025. (State v. Christopher Bilodeau, Merrimack County Superior Court). The parties have selected a jury.

4. Counsel is respectfully requesting that this matter be continued.

5. Counsel discussed this matter with Attorney Ventura. Attorney Ventura does not object to this Motion to Continue.

6. Counsel is unavailable from July 3, 2025 – July 15, 2025, and August 16, 2025- August 30, 2025.

WHEREFORE, Counsel requests that this Honorable Court:

A. Continue the trial currently scheduled for June 26, 2025.

Respectfully submitted,

/s/ Justin Shepherd, Esq. #14611
Shepherd Legal PLLC
14 Londonderry Road
Londonderry, NH 03053
603/233-1626

## CERTIFICATE OF SERVICE

I, Justin Shepherd, do hereby certify that a copy of the foregoing has been delivered to Attorney Ventura on this 20th day of June 2025.

/s/ Justin Shepherd, Esq.

## ORDER ON CONTINUANCE

The Court appreciates that Attorney Shepherd is somewhat new to the case. This case has been continued multiple times. The Motion offers no explaination for why the continuance is being requested at this late date, given it has been scheduled for sometime. The Court recognizing Attorney Shepherd cannot be in two places at once, but the last minute nature of the filing creates issues for this Court's docket. The Court set asside significant time in the docket to hear the case. The Court grants the request but in the future no further continuances will be granted absent extraordinary circumstances. Any scheduling issues with the rescheduled date must be raised timely.

Judge John Pendleton - June 24, 2025