# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

10th Circuit - District Division - Hampton
3 Timber Swamp Road
Hampton NH  03842

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
https://www.courts.nh.gov

## NOTICE OF HEARING

**FILE COPY**

Case Name:  **State v. DESTINIE L BERARD**
Case Number:  **441-2024-CR-00353**

The above referenced case(s) has/have been scheduled for:
**Trial**

| Date of Offense: | Description: | Charge ID: | Statute: |
|---|---|---|---|

**Date: July 17, 2025**
**Time: 9:00 AM**
**Time Allotted: 2 Hours**

3 Timber Swamp Road
Hampton NH  03842

If you are unable to appear at this scheduled hearing, you must request a continuance from the Court in writing at least 10 days in advance of the hearing date. You must also send a copy of the request to the opposing party, unless restricted from doing so.  Motions to continue filed fewer than 10 days in advance of hearing will only be granted if the Court finds that an emergency or exceptional circumstance exists. You must appear on the scheduled date unless you receive notification from the Court that a request to continue the hearing has been granted.  **FAILURE TO APPEAR OR PROPERLY OBTAIN A CONTINUANCE FROM THE COURT MAY RESULT IN AN ORDER FOR YOUR ARREST.**

When a person pleads guilty/nolo or is convicted after trial, the court expects all fines imposed to be paid in full on the date of the hearing.

### NOTICE OF APPELLATE RIGHTS

A person convicted of a violation level offense or a class B misdemeanor has the right to appeal the decision of the District Division by filing an appeal with the New Hampshire Supreme Court.  This appeal is only on questions of law which means that the Supreme Court will not consider questions of fact already decided by the District Division.  With limited exceptions, the person convicted has 30 days from the date of sentencing to file an appeal with the Supreme Court.

A person convicted of a class A misdemeanor has the right to appeal the decision of the District Division to the Superior Court and to have a trial by jury.  The person convicted must notify the District Division of the intent to appeal within 72 hours of sentencing.

If you will need an interpreter or other accommodations for this hearing, please contact the court immediately.
Please be advised (and/or advise clients, witnesses, and others) that it is a Class B felony to carry a firearm or other deadly weapon as defined in RSA 625:11, V in a courtroom or area used by a court.

June 25, 2025

Elizabeth Keelty
Clerk of Court

C:  Seabrook Prosecutor; Justin C. Shepherd, ESQ