


# ABOUT US

We take pride in safeguarding the right to defense for each individual.

## OUR HISTORY

🇺🇸 English

The New Hampshire Public Defender was established in 1972 as a pilot project of New Hampshire Legal Assistance, and has existed as a stand-alone institution since 1985. Its sole purpose is to provide indigent defense services to people charged with crimes. The program began with a single office in Concord. Over time, the program opened satellite offices in other counties, and established administrative offices in its Merrimack County office, located in Concord, the state capital.

In 1981, the Public Defender, in collaboration with the Franklin Pierce Law Center (now the University of New Hampshire School of Law), started the Appellate Defender program, which provides indigent defense services to defendants who appeal their convictions to the New Hampshire Supreme Court. As of today, the Appellate Defender operates independently from the law school.

**CAREERS AT NHPD**

# TODAY

Today, the Public Defender is an independent, non-profit corporation with offices in every county. The program works diligently to provide quality representation to indigent defendants accused of crimes in all state courts. In addition to its attorneys, the Public Defender employs legal assistants, paralegals, investigators, social service advocates, support staff, and information technology specialists, all of whom are dedicated to its core mission of serving indigent people accused of crimes.

🇺🇸 English



## LEADERSHIP TEAM

The program's Leadership Team consists of its Executive Director, Director of Litigation, Director of Legal Services, Director of Finance, Director of Professional Development, Manager of Administrative Services, Director of Client Services, HR Manager, and IT Manager. It reports to a Board of Directors and the Judicial Council, which administers all indigent counsel services on behalf of the State.

**MEET THE DIRECTORS**

🇺🇸 English

## WHAT WE CAN DO

The New Hampshire Public Defender represents indigent people facing a loss of liberty, whether they are children or adults. In most scenarios, this means you are facing a misdemeanor or felony offense. We also provide post-conviction work for individuals facing probation violations, parole violations, or motions to impose suspended or deferred sentences.

We have ten trial offices that provide representation throughout the state and an appellate office that handles appeals to the New Hampshire Supreme Court. If you have a question about any criminal matter, you can contact the New Hampshire Public Defender and request to speak to an attorney for legal advice, even before the court determines if you qualify for an attorney and before a charge is filed.

We are here to help anyone facing charges in the state court and are dedicated to providing the highest quality representation.

## WHAT WE CANNOT DO

The program cannot represent any person who is not indigent. Every person who the program represents must be found qualified for the program's services by the court in which the defendant faces charges.

If you are a child facing a loss of liberty, you are presumed indigent, and the determination of qualification for an attorney does not rely on your parents' financial means.

### IN ADDITION, THE PROGRAM CANNOT:

- Represent any person who is charged with a violation or class B misdemeanor unless the court is seeking to hold you in jail or seeking a period of incarceration.

🇺🇸 English

- Represent New Hampshire residents who face criminal prosecution in another state's court.
- Represent New Hampshire residents charged with crimes in federal court.
- Represent parents in Family Court who are facing civil sanctions related to the alleged abuse and neglect of a child.
- Represent either people seeking domestic violence restraining orders, or the defendants in those proceedings.
- Represent people seeking to annul convictions. A link to the annulment statute is here. A link to the annulment application form is here.

For a list of agencies which may be able to help you if the program cannot, please go to Useful Links.

GO TO USEFUL LINKS

**CENTRAL OFFICE:**

10 Ferry Street

Concord, NH 03301

1-800-464-0652

Disclaimer

**USEFUL LINKS:**

Judicial Branch

Department of Safety

Department of Corrections

🇺🇸 English

**FOLLOW US:**

f

in

NH Bar Association



NHACDL

Copyright © 2024 New Hampshire Public Defender. All rights reserved.

🇺🇸 English