| State v. DESTINIE L BERARD | | |
|---|---|---|
| | Location: | 10th Circuit - District Division - Hampton |
| | Filed on: | 03/18/2024 |
| | Agency Case Number: | 868-24-87-AR |

## CASE INFORMATION

| Offense | Statute | Deg | Date | Case Type: | Criminal |
|---|---|---|---|---|---|
| Jurisdiction: **Seabrook** | | | | | |
| 1. Violation of Protective Order | 173-B:9 | MISD | A 05/30/2022 | Case Status: | 03/18/2024 Pending |
| ChargeID: 2186723C ACN: 00868002400000087001 | | | | | |
| Arrest: 03/15/2024 | | | | | |

## PARTY INFORMATION

**Defendant**    **BERARD, DESTINIE L**
42 POND ST
GEORGETOWN, MA 01833
White Female Height 4'10" Weight 185lbs
DOB: ████████ Age: 44
DL: ████████

*Attorneys*
**NH Public Defender, Rockingham County**
*Retained*
603-778-0526(W)

**Prosecutor**    **Seabrook Prosecutor**
*Seabrook Police Department*
*Liberty Lane*
*Seabrook, NH 03874*

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 05/30/2022 | **Complaint Narrative at Filing**<br>*Knowingly violate a final Order of Protection issued by the 10th Circuit Court-Family Division-Brentwood on July 8, 2020, in that she came within 300 feet of the protected party in said order at 1 Lowell Street, Saint Elizabeth of Hungary Mission Church,*<br>Charges: 1 | |
| 03/18/2024 | **Video Arraignment/Bail Hearing** | |
| 03/18/2024 | Complaint As Accepted For Filing | |
| 03/18/2024 | Gerstein Affidavit | Index #1 |
| 03/18/2024 | **Plea** (Judicial Officer: Christo, Ellen V)<br>  1. Violation of Protective Order<br>    Not Guilty | |
| 03/18/2024 | Arraignment - Advisement of Rights | Index #2 |
| 03/18/2024 | Bail Order (Judicial Officer: Christo, Ellen V )<br>  *released on PR. no victim contact* | Index #3 |
| 03/18/2024 | Notice of Video Hearing | Index #4 |
| 07/10/2024 | **Trial** (Judicial Officer: Christo, Ellen V) | |