| State v. DESTINIE L BERARD | § § § § | Location: | 10th Circuit - District Division - Hampton |
|---|---|---|---|
| | | Filed on: | 03/18/2024 |

## CASE INFORMATION

| Offense | Statute | Deg | Date | Case Type: | Criminal |
|---|---|---|---|---|---|
| Jurisdiction: **Seabrook** | | | | | |
| 1. Violation of Protective Order | 173-B:9 | MISD | 05/30/2022 | Case Status: | 03/18/2024  Pending |
| ChargeID: 2186723C  ACN: 00868002400000087001 | | | | | |
| Arrest: 03/15/2024 | | | | | |

## PARTY INFORMATION

| | | *Attorneys* |
|---|---|---|
| **Defendant** | **BERARD, DESTINIE L** | **NH Public Defender, Rockingham County** |
| | *46 Pond St* | *Retained* |
| | *Georgetown, MA 01833* | 603-778-0526(W) |
| | *White  Female  Height 4'10"  Weight 185lbs* | |
| | *DOB: ▓▓▓▓  Age: 44* | |
| | *DL: ▓▓▓▓* | |
| **Prosecutor** | **Seabrook Prosecutor** | |
| | *Seabrook Police Department* | |
| | *Liberty Lane* | |
| | *Seabrook, NH 03874* | |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 05/30/2022 | Complaint Narrative at Filing<br>*Knowingly violate a final Order of Protection issued by the 10th Circuit Court-Family Division-Brentwood on July 8, 2020, in that she came within 300 feet of the protected party in said order at 1 Lowell Street, Saint Elizabeth of Hungary Mission Church,*<br>*Charges: 1* | |
| 03/18/2024 | **Video Arraignment/Bail Hearing** | |
| 03/18/2024 | Complaint As Accepted For Filing | |
| 03/18/2024 | Gerstein Affidavit | Index #1 |
| 03/18/2024 | **Plea** (Judicial Officer: Christo, Ellen V)<br>   1. Violation of Protective Order<br>        Not Guilty | |
| 03/18/2024 | Arraignment - Advisement of Rights | Index #2 |
| 03/18/2024 | Bail Order (Judicial Officer: Christo, Ellen V )<br>   *released on PR. no victim contact* | Index #3 |
| 03/18/2024 | Notice of Video Hearing | Index #4 |
| 04/17/2024 | Other<br>   *request for copy of entire file* | Index #6 |
| 04/17/2024 | Other<br>   *copy of all completed audio video camera notice forms* | Index #7 |
| 04/18/2024 | Other<br>   *Notice of Removal* | Index #5 |

| Date | Event | Index |
|---|---|---|
| 04/18/2024 | Other<br>  Party: Defendant BERARD, DESTINIE L<br>  *Notice of Removal* | Index #10 |
| 04/22/2024 | Appearance<br>  *Nicole Reilly for Victim* | Index #8 |
| 04/23/2024 | Other<br>  *request for copies Dana Albrecht/Sent Copy of Request with No Record Found to Mr. Albrecht* | Index #9 |
| 05/29/2024 | Denied (Judicial Officer: Christo, Ellen V ) | |
| 05/31/2024 | Notice of Decision | Index #11 |
| 06/10/2024 | Request<br>  Party: Defendant BERARD, DESTINIE L<br>  *for certified copies / mailed pmnt and case summery stating we do not have requested documents* | Index #12 |
| 06/21/2024 | Financial Affidavit<br>  *Sent back to Ms. Berard with the Request for lawyer form. I have made a copy.* | Index #13 |
| 06/26/2024 | Motion to Continue<br>  *Hold until 7-6-24* | Index #14 |
| 07/09/2024 | Denied (Judicial Officer: Zaino, Michael J ) | |
| 06/26/2024 | Other<br>  *Defendant's Request for Court to Show Cause re: Jurisdiction* | Index #15 |
| 06/26/2024 | Motion<br>  *Defendant's Motion to Strike Gerstein Affidavit (Index #1)* | Index #16 |
| 06/26/2024 | Motion to Seal<br>  *Defendant's Expedited Motion to Seal Financial Affidavit (Index #13)* | Index #17 |
| 06/26/2024 | Granted in Part (Judicial Officer: Christo, Ellen V ) | |
| 07/26/2024 | Notice of Decision | Index #24 |
| 07/09/2024 | Request<br>  *Request for Certified Copies* | Index #18 |
| 07/09/2024 | Other<br>  *Advance Notice Form* | Index #19 |
| 07/09/2024 | Motion<br>  *Defendant's Motion for Court Appointed Private Counsel at State Expense/Hold until 7/19/24* | Index #20 |
| 07/09/2024 | Other<br>  *Defendant's Notice of Affirmative Defense* | Index #21 |
| 07/10/2024 | **Trial** (Judicial Officer: Murray, Scott W) | |
| 07/16/2024 | Order (Judicial Officer: Pendleton, John T ) | Index #22 |
| 07/26/2024 | Notice of Decision | Index #23 |
| 07/31/2024 | Denied (Judicial Officer: Christo, Ellen V ) | |

| Date | Event | Index |
|---|---|---|
| | *Re: Def Req for Court to Show Cause* | |
| 08/22/2024 | Other (Judicial Officer: Christo, Ellen V ) <br> *to be addressed at trial re: def mtn to str* | Index #25 |
| 08/22/2024 | Notice of Decision | Index #26 |
| 08/22/2024 | Notice of Decision | Index #27 |
| 10/07/2024 | Motion <br> Party: Defendant BERARD, DESTINIE L <br> *Motion for Richard's Hearing* | Index #28 |
| 10/21/2024 | Order (Judicial Officer: Pendleton, John T ) | Index #32 |
| 10/07/2024 | Motion to Compel <br> Party: Defendant BERARD, DESTINIE L <br> *Def's Motion to Compel NHPD to Obtain Prior Mass Police Court Record Dismissing Charges* | Index #29 |
| 10/21/2024 | Denied (Judicial Officer: Pendleton, John T ) | |
| 10/28/2024 | Notice of Decision | Index #31 |
| 10/15/2024 | Motion to Continue <br> Party: Defendant BERARD, DESTINIE L <br> *Pending hold until 10/24* | Index #30 |
| 10/21/2024 | Order (Judicial Officer: Pendleton, John T ) <br> *On Motion to Cont.* | Index #33 |
| 10/30/2024 | Request <br> *For copies from July 9th to present / Completed 11-4-24* | Index #34 |
| 11/01/2024 | Motion for Clarification <br> Party: Defendant BERARD, DESTINIE L <br> *Ex Parte Motion for Clarification of October 21, 2024 ORder* | Index #35 |
| 11/01/2024 | Order (Judicial Officer: Pendleton, John T ) | Index #36 |
| 11/01/2024 | Other <br> *Advance Notice Form Still Camera/Cellphones/Tablet/Audio/Video (One Day Only)* | Index #38 |
| 11/04/2024 | Notice of Decision | Index #37 |
| 11/04/2024 | Email-Address Notification or Change <br> Party: Defendant BERARD, DESTINIE L <br> *Address has been updated* | Index #39 |
| 11/08/2024 | Motion to Continue <br> Party: Defendant BERARD, DESTINIE L <br> *Ex-Parte* | Index #40 |
| 11/08/2024 | Motion <br> Party: Defendant BERARD, DESTINIE L <br> *Expedited Motion for Stay Pending Appeal* | Index #41 |
| 11/12/2024 | Motion in Limine <br> Party: Defendant BERARD, DESTINIE L <br> *Defendant's Expedited Motion in Limine to Exclude Testimony of Late- Disclosed Witnesses* | Index #42 |

# 10th Circuit - District Division - Hampton
## Case Summary
### Case No. 441-2024-CR-00353

| 11/13/2024 | **Trial** (Judicial Officer: Walch, Dorothy E) |

| DATE | FINANCIAL INFORMATION |
|---|---|
| | **Defendant**  BERARD, DESTINIE L |
| | Total Charges                                                           158.00 |
| | Total Payments and Credits                                   158.00 |
| | **Balance Due as of  11/12/2024**                              **0.00** |