THE STATE OF NEW HAMPSHIRE

SUPREME COURT

**In Case No. 2025-0182, <u>State of New Hampshire v. Destinie L. Berard</u>, the court on July 1, 2025, issued the following order:**

Upon review, the appeal is dismissed because it is an improper interlocutory appeal. The appeal is interlocutory because a decision on the merits has yet to issue, and the criminal proceedings in the trial court remain ongoing. <u>See</u> Rule 3; Rule 7.

The defendant's motion for stay is denied. The defendant's motion for court-appointed counsel is denied.

<u>Appeal dismissed</u>.

This order is entered by a single justice (Countway, J.). <u>See</u> Rule 21(7).

**Timothy A. Gudas,
Clerk**

Distribution:
10th N.H. Circuit Court - Hampton District Division, 441-2024-CR-00353
Honorable John T. Pendleton
Destinie Berard
Dana Albrecht
Attorney General
Linda M. Smith, Esq.
File