**Subject:** Request for copy of 7/17/25 Trial Verdict – State v. Destinie Berard, No. 441-2024-CR-00353
**From:** Dana Albrecht <dana.albrecht@hushmail.com>
**Date:** 7/18/25, 15:27
**To:** Elizabeth Keelty <EKeelty@courts.state.nh.us>
**CC:** Erin Creegan <ECreegan@courts.state.nh.us>, Av Harris <aharris@courts.state.nh.us>, Dana Albrecht <dana.albrecht@hushmail.com>

Good afternoon Clerk Keelty,

Attached is a PDF copy of the request I filed in person today for a copy of the 7/17/25 trial verdict in *State v. Destinie Berard*, No. 441-2024-CR-00353.

Please let me know if anything further is needed.

Thank you,
Dana Albrecht

---

Attachments:

2025_07_18_Copy_Request.pdf                                37.9 KB

# THE STATE OF NEW HAMPSHIRE
# JUDICIAL BRANCH
http://www.courts.state.nh.us

**RECEIVED**

JUL 18 2025

10th Circuit Court
Hampton - District

| | | |
|---|---|---|
| Court Name: | 10th Circuit - District Division - Hampton | |
| Case Name: | State of New Hampshire v. Destinie L. Berard | |
| Case Number: (if known) | 441-2024-CR-00353 | |

## REQUEST FOR CERTIFICATE OR COPY

1. Person making request **Dana Albrecht**    Telephone number **(603) 809-1097**

   Mailing address **131 Daniel Webster Hwy #235, Nashua NH 03060**

2. I request the following certificates or copies:

   ☐ Certificate of Name Change    Quantity _____ (photo ID copy required)

   ☐ Certificate of Appointment    Quantity _____ (photo ID copy required)

   ☐ Certificate of Adoption    Quantity _____ (See #3 below)

   ☑ Certified copy - list documents
   **Verdict - 7/17/2025 trial**    Quantity **3**
   _____    Quantity _____
   _____    Quantity _____

   ☑ Plain copy – list documents
   **Verdict - 7/17/2025 trial**    Quantity **1**
   _____    Quantity _____

   ☐ Authenticated Packet    Quantity _____

   ☐ Other – explain    ☐ Foreign Country
   _____    Quantity _____

3. For a Certificate of Adoption, please check one of the following:

   ☐ I am the adoptee identified in the certificate, and I am age 18 or older.

   ☐ I am the adoptive parent of the adoptee identified in the certificate, and this adoptee is under the age of 18.

   ☐ **Enclosed is a copy of my driver's license, or a photo ID**

4. For all requests, please check one of the following:

   ☑ I will pick up these certificates or copies.

   ☐ Please mail the certificates or copies to the address indicated in #1 above.

July 18, 2025    *[signature]*
Date    Signature

### To be completed by Court Staff

Type of Proof of Identification provided _____

Amount paid: _____    Payment made by:  ☐ Check  ☐ Cash  ☐ Credit Card

Date sent or picked up: _____    Issued by: _____

NHJB-2420-DFP (05/17/2021)    Page 1 of 1