UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Dana Albrecht

    v.                                         Case No. 25-cv-93-SM

NH Circuit Court, Judge, et al

JUDGMENT

    Judgment is hereby entered in accordance with the Order by Judge Steven J. McAuliffe dated August 8, 2025.

                                            By the Court:

                                            /s/ Tracy A. Uhrin
                                            Tracy A. Uhrin
                                            Clerk of Court

Date: August 11, 2025

cc:    Dana Albrecht, pro se
        All Counsel of Record
        Destinie L. Berard