UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW HAMPSHIRE


Dana Albrecht

      v.                                Case No. 25-cv-93-SM

Judge, N.H. Circuit Court, et al.


                         O R D E R

     Pro se plaintiff Dana Albrecht brought suit against New Hampshire state judges and court officials as well as state officials and police officers in the towns of Seabrook, New Hampshire, and Salisbury, Massachusetts, alleging claims on behalf of Destinie Berard, who is not a party.  Doc. no. 1.  In an order issued on August 8, 2025, the court dismissed the case for lack of subject matter jurisdiction because Albrecht lacked standing to bring claims on Berard's behalf. Doc. no. 57.  Judgment was entered on August 11, 2025. Doc. no. 59.

     Albrecht moves for clarification of the court's order (doc. no. 57) that dismissed the case.  Doc. no. 58.  In his motion, Albrecht inquiries about whether nonparty Destinie Berard was notified of the court's decision, and the answer is yes.  The court mailed Berard copies of the order and the judgment on August 11, 2025.

     He also argues that the court issued an impermissible advisory opinion in footnote 2 of the order.  Doc. no. 57, at 5

n.2. Albrecht is mistaken. In his amended complaint, Albrecht attempted to challenge the validity of RSA 173-B:3 through harm he alleged on behalf of Berard. <u>Id.</u> at 5. In that context, he also cited "Mr. Albrecht's case," an apparent reference to his own litigation in state court. <u>Id.</u> Footnote 2 explains why that reference did not state a cognizable claim on his own behalf for purposes of standing and subject matter jurisdiction.

<u>Conclusion</u>

For the foregoing reasons, Albrecht's motion for clarification (doc. no. 58) is granted to the extent provided in this order.

The case remains closed.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

August 28, 2025

cc:  Dana Albrecht, pro se
     Counsel of Record

2